**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

Nos. 22-1271 (and consolidated cases)

---

UNITED STATES SUGAR CORPORATION,
*Petitioner*,
v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,
*Respondent*.

---

PETITION FOR REVIEW OF FINAL ADMINISTRATIVE ACTION OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY

---

# DEFERRED JOINT APPENDIX

TODD KIM
Assistant Attorney General
PERRY M. ROSEN
United States Department of Justice
Environment & Natural Resources Div.
Environmental Defense Section
P.O. Box 7611
Washington D.C. 20044
perry.rosen@usdoj.gov

*Counsel for Respondent*

James S. Pew
EARTHJUSTICE
1001 G Street, NW, Suite 1000
Washington, DC 20001
(202) 667-4500
jpew@earthjustice.org

*Counsel for California Communities Against Toxics, Coalition For A Safe Environment, Sierra Club, and Utah Physicians for a Healthy Environment*

*(Additional counsel listed inside cover)*

**DATED: November 27, 2023**

OF COUNSEL:

SUSMITA DUBEY
LUCAS MAY
U.S. Environmental Protection Agency
Office of General Counsel
William Jefferson Clinton Building
1200 Pennsylvania Ave., NW
Mail Code 2344A
Washington, D.C. 20460

OF COUNSEL:

Andrew J. Topps
Vice President, General Counsel, and Corporate Secretary
AMERICAN FOREST AND PAPER ASSOCIATION
1101 K Street, N.W., Suite 700
Washington, DC 20005
Andrew_Topps@afandpa.org

Elliott Zenick
Assistant General Counsel
AMERICAN CHEMISTRY COUNCIL
700 2nd Street, NE
Washington, DC 20002
Elliott_Zenick@americanchemistry.com

Kevin M. Dempsey
President and CEO
AMERICAN IRON AND STEEL INSTITUTE
25 Massachusetts Avenue, NW
Suite 800
Washington, DC 20001
kdempsey@steel.org

Lisa M. Jaeger
BRACEWELL LLP

Timothy S. Bishop
Matthew C. Sostrin
Nicholas Vera
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606
(312) 782-0600
tbishop@mayerbrown.com

*Counsel for United States Sugar Corporation*

Shannon S. Broome
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
sbroome@HuntonAK.com

Charles H. Knauss
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, N.W.
Suite 900
Washington, D.C. 20007
(415) 975-3718
cknauss@HuntonAK.com

*Counsel for American Forest & Paper Ass'n, American Wood Council, Council of Industrial Boiler Owners*

2001 M Street, N.W., Suite 900
Washington, DC 20036-3310
lisa.jaeger@bracewell.com

*Counsel to Council of Industrial Boiler Owners*

# TABLE OF CONTENTS

**FEDERAL REGISTERS** **PAGE**


National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, 87 Fed. Reg. 60,816 (Oct. 6, 2022) .......... JA0001

National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters; Amendments, Proposed Rule, 85 Fed. Reg. 52,198 (Aug. 24, 2020) ...... JA0051

National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, 78 Fed. Reg. 7,138 (Jan. 31, 2013) (Excerpts) .......... JA0090

National Emission Standards for Hazardous Air Pollutants; Notice of Reconsideration 76 Fed. Reg. 15,266 (March 21, 2011).......... JA0119

National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, 76 Fed. Reg. 15,608 (March 21, 2011) (Excerpts) .......... JA0121

National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, 75 Fed. Reg. 32,006 (June 4, 2010) (Excerpts) .......... JA0140

National Emission Standards for Hazardous Air Pollutants for Industrial/Commercial/Institutional Boilers and Process Heaters, 68 Fed. Reg. 1,660 (Jan. 13, 2003) (Excerpts).......... JA0144

Revised Standards for Hazardous Waste Combustors, 61 Fed. Reg. 17,358 (April 19, 1996) (Excerpts).......... JA0146


**ADDITIONAL MATERIALS**


EPA's Petition for Panel Rehearing as to Remedy and Declaration of Panagiotis E. Tsirigotis, *U.S. Sugar I*, No. 11-1108, Doc. #1635275.......... JA0149

Use of the Upper Prediction Limit for Calculating MACT Floors (July 30, 2014), EPA-HQ-OAR-2012-0522-0007 .......... JA0174

Regulatory Impact Analysis for the Industrial Commercial, and Institutional Boilers and Process Heaters NESHAP Amendments, EPA-HQ-OAR-2002-0058-4180 (Excerpts) .......... JA0189

EPA, Revised MACT Floor Analysis (2021) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source, EPA-HQ-OAR-2002-0058-4174 (Excerpts) .......... JA0194

Report of Air Pollution Source Testing Unit 1 Biomass Fuel Fired Steam Generating Plant EPA-HQ-OAR-2002-0058-4084, (Excerpts) .......... JA0281

Comments Submitted by Paul Noe, Vice President for Public Policy, American Forest and Paper Association (AF&PA); American Chemistry Council (ACC) et al., EPA-HQ-OAR-2002-0058-3971 .......... JA0287

Comments of California Communities Against Toxics, Sierra Club, and Earthjustice, EPA-HQ-OAR-2002-0058-3970 .......... JA0327

Comments Submitted by Michael Ballenger, Principal Consultant, Trinity Consultants, Inc., on Behalf of the United States Sugar Corporation (USSC), EPA-HQ-OAR-2002-0058-3969 .......... JA0354

EPA, Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source EPA-HQ-OAR-2002-0058-3948 (Excerpts) .......... JA0373

Approach for Applying Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources (Aug. 2019), EPA-HQ-OAR-2002-0058-3946 (Excerpts) .......... JA0378

EPA's Response to Remand of the Record for Major Source Boilers on July 14, 2014, EPA-HQ-OAR-2002-0058-3892 .......... JA0392

Data and Procedure for Handling Below Detection Level Data in Analyzing Various Pollutant Emissions Databases for MACT and RTR Emissions Limits, EPA-HQ-OAR-2002-0058-3839 ........................................................ JA0408

Revised MACT Floor Analysis for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants, EPA-HQ-OAR-2002-0058-3836 (Excerpts) ........................................................................................ JA0416

Summary of Test Report Data Review from Best Performing Units at Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source (Nov. 2011), EPA-HQ-OAR-2002-0058-3390, (Excerpts) .................................................... JA0432

Revised Methodology for Estimating Cost and Emissions Impacts for Industrial, Commercial Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants EPA-HQ-OAR-2002-0058-3383 (Excerpts) ........................................................................................ JA0437

Revised MACT Floor Analysis (2011) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source, EPA-HQ-OAR-2002-0058-3273, (Excerpts) ........................................................................................ JA0442

MACT Floor Analysis (April 2010) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source, EPA-HQ-OAR-2002-0058-0815, (Excerpts) ........................................................................................ JA0472

**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[EPA–HQ–OAR–2002–0058; FRL–6312–02–OAR]**

**RIN 2060–AU20**

# National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** This action finalizes amendments to the national emission standards for hazardous air pollutants (NESHAP) at major sources from new and existing industrial, commercial, and institutional (ICI) boilers and process heaters. Certain aspects of these standards were challenged and subsequently remanded to the Agency by the United States Court of Appeals for the District of Columbia Circuit (D.C. Circuit). This action finalizes amendments to several numeric emission limits for new and existing boilers and process heaters consistent with the court's opinion and sets compliance dates for these new emission limits. This action also provides further explanation of one aspect of the Agency's use of carbon monoxide (CO) as a surrogate for organic hazardous air pollutants (HAP) and its use of a CO threshold to represent the application of the maximum achievable control technology (MACT) for organic HAP. We are also finalizing several technical clarifications and corrections.

**DATES:** This final rule is effective on December 5, 2022. The incorporation by reference (IBR) of certain material listed in the rule is approved by the Director of the Federal Register as of October 6, 2022. The incorporation by reference of this material was previously approved by the Director of the Federal Register as of May 20, 2011.

**FOR FURTHER INFORMATION CONTACT:** For questions about this final action, contact Lisa Thompson, Sector Policies and Programs Division (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; telephone number: (919) 541–9775; and email address: *thompson.lisa@epa.gov* or Nick Hutson, Sector Policies and Programs Division (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; telephone number: (919) 541–2968; and email address: *hutson.nick@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

*Docket.* The EPA has established a docket for this rulemaking under Docket ID No. EPA–HQ–OAR–2002–0058. All documents in the docket are listed on the *https://www.regulations.gov/* website. Although listed, some information is not publicly available, *e.g.,* Confidential Business Information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the internet and will be publicly available only in hard copy form. Publicly available docket materials are available electronically through *https://www.regulations.gov/.* Out of an abundance of caution for members of the public and our staff, the EPA Docket Center and Reading Room are closed to the public, with limited exceptions, to reduce the risk of transmitting COVID–19. Our Docket Center staff will continue to provide remote customer service via email, phone, and webform.

*Organization of this document.* The information in this preamble is organized as follows:

I. General Information
A. Executive Summary
B. Does this action apply to me?
C. Where can I get a copy of this document and other related information?
D. Judicial Review and Administrative Reconsideration
II. Background
III. Summary of Final Action and Significant Changes Since Proposal
A. Revisions to MACT Floor Emission Limits
B. Beyond-the-Floor Emission Limits
C. Revisions to Output-Based Emission Limits
D. CO as a Surrogate for Organic HAP
E. CO 130 PPM Threshold Emission Limits
F. New Source Definition
G. Approval for $CO_2$ in Lieu of $O_2$ Monitoring for CO CEMS Compliance Calculations
IV. Results and Final Decisions
A. What are the resulting changes to emission limits?
B. What compliance dates are we finalizing?
C. What other actions are we finalizing?
V. Summary of Cost, Environmental, and Economic Impacts
A. What are the affected sources?
B. What are the air quality impacts?
C. What are the cost impacts?
D. What are the secondary impacts?
E. What are the economic impacts?
F. What are the benefits?
G. What analysis of environmental justice did we conduct?
VI. Statutory and Executive Order Reviews
A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
B. Paperwork Reduction Act (PRA)
C. Regulatory Flexibility Act (RFA)
D. Unfunded Mandates Reform Act (UMRA)
E. Executive Order 13132: Federalism
F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
G. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks
H. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use
I. National Technology Transfer and Advancement Act (NTTAA)
J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations
K. Congressional Review Act (CRA)

## I. General Information

### *A. Executive Summary*

#### 1. Purpose of the Regulatory Action

#### a. Need for Regulatory Action

The NESHAP for Industrial, Commercial, and Institutional Boilers (ICI) and Process Heaters was promulgated on March 21, 2011 and amended on January 31, 2013 and again on November 20, 2015. Environmental groups and industry submitted petitions seeking judicial review of the 2013 NESHAP. On July 29, 2016, the D.C. Circuit remanded for further explanation the use of CO as a surrogate for organic HAP due to the EPA's failure to address a public comment received and vacated certain emission standards where it held that the EPA had improperly excluded certain units in establishing the emission standards. *U.S. Sugar Corp.* v. *EPA,* 830 F.3d 579, 631. On December 23, 2016, the D.C. Circuit amended its July 29, 2016 decision to remand those emission standards instead of vacating them. 844 F.3d 268. In March 2018, the court, in a separate challenge to the 2015 amended NESHAP, remanded for further explanation the EPA's decision to set a limit of 130 parts per million (ppm) CO as a minimum standard for certain subcategories of boilers and process heaters. *Sierra Club* v. *EPA,* 884 F.3d 1185.

In response to these remands, the EPA is finalizing revisions to several emission standards consistent with the court's opinion and providing further explanation of the two issues remanded for that purpose.

b. Legal Authority

The statutory authority for this final action is section 112 of the Clean Air Act (CAA). Section 112(d)(2) of the CAA directs the EPA to develop NESHAP which require existing and new major sources to control emissions of HAP using MACT based standards. This NESHAP applies to all ICI boilers and process heaters located at major sources of HAP emissions.[1]

2. Summary of the Major Provisions of the Regulatory Action in Question

The EPA is finalizing revisions to 34 different emission limits which it had previously promulgated in 2011 and amended in 2013. Of these 34 emission limits, 28 of the limits are more stringent and six of the limits are less stringent than the previously promulgated emission limits. The EPA is also finalizing a deadline of 3 years after the effective date of the final rule for sources to demonstrate compliance with these revised emission limits. A list of each combination of subcategory and pollutant with revised limits is shown in Table 1.

TABLE 1—SUMMARY OF SUBCATEGORIES WITH REVISED EMISSION LIMITS

| Subcategory | Pollutant |
|---|---|
| New-Solid | HCl. |
| New-Dry Biomass Stoker | TSM.* |
| New-Biomass Fluidized Bed | CO, PM, TSM. |
| New-Biomass Suspension Burner | CO, TSM.* |
| New-Biomass Hybrid Suspension Grate. | CO. |
| New-Biomass Dutch Oven/Pile Burner. | PM. |
| New-Biomass Fuel Cell | PM. |
| New-Wet Biomass Stoker | CO, PM. |
| New-Liquid | HCl. |
| New-Heavy Liquid | PM, TSM. |
| New-Process Gas | PM.* |
| Existing-Solid | HCl, Hg. |
| Existing-Coal | PM. |
| Existing-Coal Stoker | CO. |
| Existing-Dry Biomass Stoker | TSM.* |
| Existing-Wet Biomass Stoker | CO, PM, TSM. |
| Existing-Biomass Fluidized Bed | CO, PM, TSM. |
| Existing-Biomass Suspension Burners. | PM, TSM.* |
| Existing-Biomass Dutch Oven/Pile Burner. | PM. |
| Existing-Liquid | Hg. |
| Existing-Heavy Liquid | PM. |
| Existing-Non-continental Liquid | PM. |
| Existing-Process Gas | PM.* |

*Indicates a less stringent limit compared to the previously promulgated emission limits.

3. Costs and Benefits

We have estimated certain costs and benefits of the final rule, and these are found in Table 2. All of these estimates are in 2016 dollars (2016$). The monetized benefits estimate reflects an annual average of 446 tons of fine particulate matter ($PM_{2.5}$) emission reductions per year and 1,141 tons of sulfur dioxide ($SO_2$) emission reductions per year, both pollutants not directly regulated by this final rule. The unmonetized benefits include reduced exposure to directly regulated HAP, including mercury (Hg), hydrochloric acid (HCl), non-Hg metals (*e.g.,* antimony, cadmium), formaldehyde, benzene, and polycyclic organic matter; reduced climate effects due to reduced black carbon emissions; reduced ecosystem effects; and reduced visibility impairments. These estimates also include climate disbenefits resulting from an increase in carbon dioxide ($CO_2$) emissions, a secondary impact from electricity use by additional control devices in response to the final amendments.

Table 2 presents estimates of the present values (PV) and equivalent annualized values (EAV), calculated using discount rates of 3 and 7 percent as directed by OMB's Circular A–4, of the health benefits, climate disbenefits, compliance costs, and net benefits of the final rule, in 2016 dollars, discounted to 2020. The estimated net benefits are the estimated benefits minus the estimated disbenefits and the estimated costs of the final rule.

TABLE 2—ESTIMATED HEALTH BENEFITS, CLIMATE DISBENEFITS, COMPLIANCE COSTS, AND NET BENEFITS OF THE FINAL RULE, 2022 THROUGH 2029

[Millions 2016$, discounted to 2020][a]

| | 3% Discount rate | 7% Discount rate |
|---|---|---|
| *Present Value:* | | |
| Health Benefits[b] | $500 and $505 | $350 and $353. |
| Climate Disbenefits[b] | $7 | $7. |
| Compliance Costs[c] | $315 | $265. |
| Net Benefits[d] | $178 and $182 + B | $80 and $83 + B. |
| *Equivalent Annualized Value:* | | |
| Health Benefits | $71 and $72 | $58 and $59. |
| Climate Disbenefits | $1 | $1. |
| Compliance Costs | $45 | $44. |
| Net Benefits | $25 and $26 + C | $13 and $14 + C. |

[a] Numbers may not sum due to independent rounding.

[b] The health benefits are associated with several point estimates and are presented at real discount rates of 3 and 7 percent. The health benefits are a result of the $PM_{2.5}$ and $SO_2$ emission reductions estimated for this final rule, and are associated with several point estimates and are presented at real discount rates of 3 and 7 percent. The two benefits estimates are separated by the word "and" to signify that they are two separate estimates. The estimates do not represent lower- and upper-bound estimates and should not be summed. Data, resource, and methodological limitations prevented the EPA from monetizing the human health benefits from reduced exposure to mercury, HCl, and other HAP whose emissions are directly regulated by this final rule. The EPA provides a qualitative discussion of mercury, HCl, and other HAP benefits in the RIA. In addition, the potential benefits from reduced ecosystem effects and reduced visibility impairment from the reduction in emissions of non-HAP pollutants such as $PM_{2.5}$ and $SO_2$ are also not monetized here. Climate disbenefits are based on changes (increases) in $CO_2$ emissions and are calculated using four different estimates of the social cost of carbon (SC–$CO_2$) (model average at 2.5 percent, 3 percent, and 5 percent discount rates; 95th percentile at 3 percent discount rate). For the presentational purposes of this table, we show the climate disbenefits associated with the average SC–$CO_2$ at a 3 percent discount rate, but the Agency does not have a single central SC–$CO_2$ point estimate. We emphasize the importance and value of considering the disbenefits calculated using all four SC–$CO_2$ estimates; the additional disbenefit estimates are presented in section V of this preamble. As discussed in Chapter 4 of the Regulatory Impact Analysis (RIA) for this final rule, a consideration of climate disbenefits calculated using discount rates below 3 percent, including 2 percent and lower, are also warranted when discounting intergenerational impacts.

[1] See 75 FR 32016 and § 63.7575 "What definitions apply to this subpart" of 40 CFR part 63, subpart DDDDD, for definitions of ICI boilers and process heaters.

[c] To estimate these annualized costs, the EPA uses a conventional and widely accepted approach, the equivalent uniform annual cost (EUAC) approach, that applies a capital recovery factor (CRF) multiplier to capital investments and adds that to the annual incremental operating expenses. Annual costs were calculated using a 5.5% nominal interest rate consistent with the rate used for the cost analysis done for the proposed rule.

[d] The letter ''B'' captures the portion of the present value of net benefits due to the unmonetized benefits from the emission reductions of directly regulated HAP and all other emission changes resulting from this final rule. The letter ''C'' captures the portion of the equivalent annualized value of net benefits due to the unmonetized benefits from the emission reductions of directly regulated HAP and all other emission changes resulting from this final rule. The benefits from emission reductions of directly regulated HAP under this final rule are not monetized due to lack of appropriate valuation estimates. More information on the unmonetized benefits from HAP and non-HAP emission reductions can be found in Chapter 4 of the RIA.

As shown in Table 2, the PV of the health benefits of this final rule, discounted at a 3-percent discount rate, is estimated to be about $500 million and $505 million, with an EAV of about $71 million and $72 million. At a 7-percent discount rate, the PV of the health benefits is estimated to be $350 million and $353 million, with an EAV of about $58 million and $59 million. The two health benefits estimates for each discount rate reflect alternative $PM_{2.5}$ mortality risk estimates. The PV of the climate disbenefits of this final rule, discounted at a 3-percent rate, is estimated to be about $7 million, with an EAV of about $1 million. The PV of the compliance costs, discounted at a 3-percent rate, is estimated to be about $315 million, with an EAV of about $45 million. At a 7-percent discount rate, the PV of the compliance costs is estimated to be about $265 million, with an EAV of about $44 million.

More information on these impacts can be found in section V of this preamble and in the Regulatory Impact Analysis (RIA) for this final rule.

### *B. Does this action apply to me?*

Table 3 lists the NESHAP and associated regulated industrial source categories that are the subject of this action. Table 3 is not intended to be exhaustive, but rather provides a guide for readers regarding the entities that this action affects. The final standards will be directly applicable to the affected sources. As defined in the *Initial List of Categories of Sources Under Section 112(c)(1) of the Clean Air Act Amendments of 1990* (see 57 FR 31576, July 16, 1992) and *Documentation for Developing the Initial Source Category List, Final Report* (see EPA–450/3–91–030, July 1992), the Industrial/Commercial Boiler source category includes boilers used in manufacturing, processing, mining, and refining or any other industry to provide steam, hot water, and/or electricity. The Institutional/Commercial Boilers source category includes, but is not limited to, boilers used in commercial establishments, medical centers, research centers, institutions of higher education, hotels, and laundries to provide electricity, steam, and/or hot water. Waste heat boilers are excluded from this definition. The Process Heaters source category includes, but is not limited to, secondary metals process heaters, and petroleum and chemical industry process heaters. A process heater is defined as an enclosed device using controlled flame, and the unit's primary purpose is to transfer heat indirectly to a process material (liquid, gas, or solid) or to a heat transfer material (*e.g.,* glycol or a mixture of glycol and water) for use in a process unit, instead of generating steam. Process heaters do not include units used for comfort heat or space heat, food preparation for on-site consumption, or autoclaves. Waste heat process heaters are excluded from this definition. A boiler or process heater combusting solid waste is not a boiler unless the device is exempt from the definition of a solid waste incineration unit as provided in section 129(g)(1) of the CAA.

TABLE 3—SOURCE CATEGORIES AFFECTED BY THIS FINAL ACTION

| Source category | NESHAP | NAICS code [1] | Examples of regulated entities |
|---|---|---|---|
| Any industry using a boiler or process heater as defined in the final rule. | Industrial, Commercial, and Institutional Boilers and Process Heaters. | 211 | Extractors of crude petroleum and natural gas. |
| | | 321 | Manufacturers of lumber and wood products. |
| | | 322 | Pulp and paper mills. |
| | | 325 | Chemical manufacturers. |
| | | 324 | Petroleum refineries, and manufacturers of coal products. |
| | | 316, 326, 339 | Manufacturers of rubber and miscellaneous plastic products. |
| | | 331 | Steel works, blast furnaces. |
| | | 332 | Electroplating, plating, polishing, anodizing, and coloring. |
| | | 336 | Manufacturers of motor vehicle parts and accessories. |
| | | 221 | Electric, gas, and sanitary services. |
| | | 622 | Health services. |
| | | 611 | Educational services. |

[1] North American Industry Classification System.

### *C. Where can I get a copy of this document and other related information?*

In addition to being available in the docket, an electronic copy of this action is available on the internet. Following signature by the EPA Administrator, the EPA will post a copy of this final action at *https://www.epa.gov/stationary-sources-air-pollution/industrial-commercial-and-institutional-boilers-and-process-heaters.* Following publication in the **Federal Register**, the EPA will post the **Federal Register** version of the action and key technical documents at this same website.

A redline version of the regulatory language that incorporates the finalized changes in this action is available in the docket for this action (Docket ID No. EPA–HQ–OAR–2002–0058).

### *D. Judicial Review and Administrative Reconsideration*

Under CAA section 307(b)(1), judicial review of this final action is available only by filing a petition for review in the United States Court of Appeals for the District of Columbia Circuit by December 5, 2022. Under CAA section 307(b)(2), the requirements established by this final rule may not be challenged separately in any civil or criminal

proceedings brought by the EPA to enforce the requirements.

Section 307(d)(7)(B) of the CAA further provides that only an objection to a rule or procedure which was raised with reasonable specificity during the period for public comment (including any public hearing) may be raised during judicial review. This section also provides a mechanism for the EPA to reconsider the rule if the person raising an objection can demonstrate to the Administrator that it was impracticable to raise such objection within the period for public comment or if the grounds for such objection arose after the period for public comment (but within the time specified for judicial review) and if such objection is of central relevance to the outcome of the rule. Any person seeking to make such a demonstration should submit a Petition for Reconsideration to the Office of the Administrator, U.S. EPA, Room 3000, WJC South Building, 1200 Pennsylvania Ave. NW, Washington, DC 20460, with a copy to both the person(s) listed in the preceding **FOR FURTHER INFORMATION CONTACT** section, and the Associate General Counsel for the Air and Radiation Law Office, Office of General Counsel (Mail Code 2344A), U.S. EPA, 1200 Pennsylvania Ave. NW, Washington, DC 20460.

## II. Background

On March 21, 2011, the EPA established final emission standards for ICI boilers and process heaters at major sources, reflecting the application of the maximum achievable control technology (MACT) (76 FR 15608). On January 31, 2013, the EPA promulgated final amendments (78 FR 7138), which were challenged by industry and environmental petitioners. On November 20, 2015, the EPA promulgated additional amendments (80 FR 72789) in response to certain reconsideration issues.

On July 29, 2016, the D.C. Circuit issued its decision in *U.S. Sugar Corp* v. *EPA.* In that decision, the court upheld the EPA's 2013 final rule against all challenges brought by industry petitioners, and virtually all challenges brought by environmental petitioners. However, the court vacated the MACT floor emission limits for those subcategories where the EPA had excluded certain units from its MACT-floor calculation because those units burned less than 90 percent of the subcategory defining fuel. *U.S. Sugar Corp.* v. *EPA,* 830 F.3d at 631. As the court explained, ''[a]lthough the EPA allowed sources that combust only *10 per cent* of a subcategory defining fuel to join that subcategory, it declined to consider emissions from any source that burned *less than 90 per cent* of the subcategory-defining fuel when determining the average emissions level of the best performing sources in setting MACT floors for existing sources. And when it set a subcategory's MACT floors for new sources, the Agency declined to consider the emissions levels from any source that did not burn *100 per cent* of the fuel.'' *Id.* Because of this, ''several sources excluded from the MACT floor determination were among the best performing sources (or, in some cases, the single best performing source) in that fuel-based subcategory.'' *Id.* The court concluded that because the Clean Air Act requires the EPA to ''set the MACT floor at the level achieved by the best performing source, or the average of the best performing sources, in a subcategory,'' when ''the EPA includes a source in a subcategory, it must take into account that source's emissions levels in setting the MACT floor,'' no matter what percentage of subcategory-defining fuel that source burns. The D.C. Circuit therefore ''vacate[d] the MACT standards for all major boiler subcategories that would have been affected had the EPA considered all sources included in the subcategories.'' *Id.* at 632.

The D.C. Circuit subsequently granted EPA's motion for rehearing on remedy, withdrew its vacatur, and instead remanded for the EPA ''to identify those standards for which the MACT floor would have differed if the EPA had included all best-performing sources in each subcategory in its MACT-floor analysis'' and to ''revise those standards consistent with our July 29, 2016 opinion in this case.'' 844 F.3d at 270. Therefore, these standards have remained in effect since the court's decision.

The court in *U.S. Sugar* also remanded the use of CO as a surrogate for non-dioxin organic HAP to the EPA for the limited purpose of addressing public comments on the potential availability of post-combustion control technologies that could control CO. *Id.* at 628–30. As the D.C. Circuit explained, ''the EPA used carbon monoxide (CO) as a surrogate for several non-dioxin/furan organic HAPs when the Agency set the MACT floors for major boilers. In support of this approach, the EPA found that both CO and these HAPs were the products of 'incomplete combustion.' The Agency concluded as a result that CO was a reasonable surrogate because: (1) minimizing CO emissions would minimize these HAPs; (2) methods used for the control of these HAP emissions would be the same methods used to control CO emissions (*i.e.,* good combustion or using an oxidation catalyst); (3) standards limiting CO emissions would result in decreases in these HAP emissions; and (4) establishing emission limits for individual organic HAPs would be impractical and costly.'' *Id.* at 628 (citing 2010 Proposed Major Boilers Rule, 75 FR 32018). The environmental petitioners argued ''that the EPA has not adequately explained how setting emission standards for CO will . . . set emission standards for organic HAPs at the average level achieved by the best performers with regard to those HAPs.'' *Id.* The D.C. Circuit agreed, concluding that ''during notice and comment, the EPA failed to directly consider and respond to several comments that introduced evidence suggesting that other control technologies and methods could be effectively used to reduce HAP emissions without also impacting CO emissions, or vice versa.'' *Id.* at 629.

In a subsequent decision on March 16, 2018, the D.C. Circuit remanded the EPA's decision to set a limit of 130 ppm CO as a surrogate for non-dioxin organic HAP for certain subcategories, asking the Agency to better explain its analysis supporting its decision. *Sierra Club* v. *EPA,* 884 F.3d 1185. As the D.C. Circuit explained, in promulgating ''regulations that indirectly control a group of organic pollutants by limiting carbon monoxide emissions as a proxy for the targeted pollutants,'' and ''[a]fter calculating emissions limits for the organic pollutants by reference to the amount of carbon monoxide emitted by the best performing boilers in each subcategory, EPA concluded that the lowest of the carbon monoxide limits were too low, so it substituted a single, higher limit that it deemed sufficient to control the pollutants.'' *Id.* at 1189. The D.C. Circuit concluded that the ''EPA did not adequately justify its change of direction on the carbon monoxide limits because it failed to explain how the revised limits would minimize the targeted pollutants to the extent the Clean Air Act requires.'' *Id.* On August 24, 2020, the EPA published a notice of proposed rulemaking (NPRM) to address these issues remanded by the D.C. Circuit, and to make several technical clarifications and corrections (85 FR 52198). Section 112 of the CAA establishes a regulatory process to address emissions of hazardous air pollutants (HAP) from stationary sources. CAA section 112(d) requires the Agency to promulgate technology-based national emission standards for hazardous air pollutants (NESHAP) for major sources. ''Major sources'' are

defined in CAA section 112(a) as sources that emit or have the potential to emit 10 tons or more per year (tpy) of a single HAP or 25 tpy or more of any combination of HAP. For major sources, the technology-based NESHAP must require the maximum degree of reduction in emissions of HAP achievable (after considering cost, energy requirements, and non-air quality health and environmental impacts). These standards are commonly referred to as MACT standards.

The MACT ''floor'' is the minimum control level allowed for MACT standards promulgated under CAA section 112(d)(3) and may not be based on cost considerations. For new sources, the MACT floor cannot be less stringent than the emissions control that is achieved in practice by the best controlled similar source. The MACT floor for existing sources may be less stringent than floors for new sources but may not be less stringent than the average emissions limitation achieved by the best-performing 12 percent of existing sources in the category or subcategory (or the best-performing five sources for categories or subcategories with fewer than 30 sources). In developing MACT standards, the EPA must also consider control options that are more stringent than the floor (*i.e.,* ''beyond-the-floor'' options) under CAA section 112(d)(2). The EPA may establish beyond-the-floor standards more stringent than the floor based on considerations of the cost of achieving the emission reductions, any non-air quality health and environmental impacts, and energy requirements.

## III. Summary of Final Action and Significant Changes Since Proposal

In this action, we are finalizing amendments to certain emission limits for new and existing boilers and process heaters. Most of these changes are identical to the emission limits that were proposed. As discussed further below at sections III.A.3 (HCl) and III.A.4 (PM), three of the emission limits have been revised since proposal following consideration of public comments received—New-Solid (HCl), New-Liquid (HCl), and Existing-Biomass Fluidized Bed (PM). We are also providing additional explanation to support the use of CO as a surrogate for organic HAP and to set a minimum CO emission limit of 130 ppm. In addition, we are finalizing approval of an alternative monitoring provision allowing for use of $CO_2$ as a diluent in lieu of $O_2$ when a continuous emission monitoring system (CEMS) is used to comply with an emission limit. We are also finalizing a small number of technical corrections based on our proposed action and our consideration of public comments received.

### *A. Revisions to MACT Floor Emission Limits*

On July 29, 2016, the D.C. Circuit issued its decision in *U.S. Sugar Corp* v. *EPA.* In that decision, the court vacated those MACT limits where it held that the EPA had improperly excluded certain units in establishing the emission standards. Specifically, the court vacated all MACT limits where the EPA had included certain units in a subcategory but excluded those same units from its assessment of the subcategory's best performing sources. On December 23, 2016, the D.C. Circuit amended its July 29, 2016 decision, remanding those limits instead of vacating them, and ordering the Agency ''to identify those standards for which the MACT floor would have differed if the EPA had included all best-performing sources in each subcategory in its MACT-floor analysis'' and to ''revise those standards consistent with our July 29, 2016 opinion in this case.'' 844 F.3d at 270.

Prior to the *U.S. Sugar* decision, on August 20, 2013, the D.C. Circuit issued its decision in *National Ass'n. of Clean Water Agencies (NACWA)* v. *EPA,* which addressed challenges to the EPA's 2011 Sewage Sludge Incinerator (SSI) rule, issued under section 129 of the CAA. In *NACWA* v. *EPA,* the court remanded the EPA's use of the upper prediction limit (UPL) methodology to the Agency for further explanation of how the methodology reflected the average emissions limitation achieved by the best-performing 12 percent of sources (for existing sources) and the average emissions limitation achieved by the best-performing similar source (for new sources). *NACWA* v. *EPA,* 734 F.3d 1115, 1151. Because the UPL methodology used in the SSI rule was the same as that used in the Boiler Rule, the EPA requested a remand of the record in *U.S. Sugar* v. *EPA* in order to address the court's decision in *NACWA* v. *EPA.* The EPA prepared a memorandum explaining the methodology for the UPL, *EPA's Response to Remand of the Record for Major Source Boilers,*[2] that provided a detailed rationale to use the UPL as the basis of setting a MACT floor for new and existing sources. The methodology and the explanation in the memorandum were upheld by the D.C. Circuit in *U.S. Sugar* v. *EPA.* 830 F.3d at 639.

Accordingly, the EPA is finalizing changes to emission limits for new and existing boilers and process heaters. These changes address the court's concern regarding co-firing units that were included in a subcategory but excluded from consideration of that subcategory's best-performing sources in the 2013 analysis. In addition, these changes apply the UPL to the MACT floor analysis for limited datasets as explained in EPA's August 2019, memorandum titled ''Approach for Applying the Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources.''

#### 1. Overarching Methodology and Dataset Basis

In the 2020 proposal, the EPA based its revised analysis to address the remand on the same dataset used as the basis for the 2013 final rule.[3] [4] The 2013 final rule incorporated electronic reporting requirements into the rule. As a result, numerous emission test reports and other compliance data are now available through the Compliance and Emissions Data Reporting Interface (CEDRI) and WebFIRE.[5] However, since the revisions to the MACT floor analysis were conducted solely to address the remand in *U.S. Sugar* by correcting the calculations the court found impermissible, the EPA did not update its dataset to incorporate CEDRI compliance data into its revised MACT floor analysis.

While the EPA proposed to maintain the same dataset basis as the 2013 rule, the revisions to the rankings of emissions information to identify the best-performing units to include in the MACT floor calculation[6] required that the EPA conduct a more detailed review of the data available for the units in the dataset that had previously been excluded from the rankings, focusing on the newly identified best performers in

[2] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3892.

[3] See 85 FR 52203.

[4] Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, and Fuel Analysis Data Reporting under ICR No. 2286.01 and ICR No.2286.03 (OMB Control Number 2060–0616) (version 8). See Docket ID Item No. EPA–HQ–OAR–2002–0058–3830.

[5] U.S. Environmental Protection Agency. Compliance and Emissions Data Reporting Interface (CEDRI) *https://www.epa.gov/electronic-reporting-air-emissions/cedri* and WebFIRE database *https://www.epa.gov/electronic-reporting-air-emissions/webfire.*

[6] See Docket ID Item No. EPA–HQ–OAR–2002–0058–0815 for background on how the EPA calculates MACT emission limits, along with the docketed memorandum, *Revised MACT Floor Analysis (2021) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.*

the 2020 proposal. While reviewing the underlying emissions test reports, the EPA corrected some database errors, filled information gaps on relative heat inputs from individual fuel types for certain co-fired fuel blends in order to verify that units did indeed belong to a specific fuel subcategory based on background combustion process information provided in the test reports or database fuel heat input background tables, and adjusted CO instrument span measurements since some of the revised rankings showed test run values that were incorrectly reported as zero, non-detect, or negative in the database. The CO instrument span establishes the appropriate representative detection level (RDL) to use in the MACT floor calculations and the underlying emissions test reports in the record typically contained the span information. In some cases, when the span information was not available, default span values were assigned as discussed in the memorandum, *Incorporating Measurement Error in Reported Carbon Monoxide (CO) and Total Hydrocarbon (THC) Data (Revised August 2012).*[7] These adjustments were needed to ensure that we could use the data from the newly identified best performers. Had these units been identified as best performers in the original rulemaking, the EPA would have conducted a similar review of the test data and made the same corrections and adjustments. These data had not been previously scrutinized since they were not used in the original UPL calculations. While corrections were made to the original dataset for the purposes of revising UPL calculations for this final rule, no recent compliance data after January 31, 2013 (*e.g.,* emission test reports and other compliance data available through CEDRI and WebFIRE) were incorporated into the rankings or UPL calculations for these final MACT floor emission standards, for the reasons explained later in this subsection.

Commenters both agreed and disagreed with the EPA's use of the original 2013 dataset for this reanalysis of the emission limits. Some commenters provided limited, specific examples of where they believed additional data should be incorporated to provide additional emission test run variability in cases where there are limited datasets. However, these same commenters also agreed that EPA's use of the 2013 dataset is reasonable. These commenters pointed out that the court's decision in *U.S. Sugar* directed the EPA to correct its analysis of the 2013 dataset that established the emissions standards, not to collect new data.

Another commenter disagreed with the proposed approach to base the revisions to the MACT floor analysis on data from the 2013 final rule. The commenter claims the data is obsolete and ignores several years of compliance data available in CEDRI. This commenter did not dispute the EPA's methodology in calculating revised MACT standards consistent with the D.C. Circuit's opinion in *U.S. Sugar* v. *EPA.* The commenter's criticism was that the EPA should have considered additional data beyond those contained in the 2013 database for the remanded rule, and they claimed that, in fact, section 112(d) of the CAA requires the Agency to consider compliance data in its action on remand.

Another commenter also requested that the EPA consider certain additional data. The commenter stated that, ''it is appropriate to include only information that is relevant for setting the floor or identifying appropriate variability and exclude data that represents post-promulgation changes made to existing sources,''[8] and that including the latter data would inappropriately redefine a standard based on actions taken to comply with such standard. However, the commenter believes that the EPA should not ignore units for which it has emissions information without justifying why the result from more limited data is sufficient. The commenter cites section 112(d)(3)(A) of the CAA, which requires that the MACT floor be no less stringent than the average emission limitation achieved by the best performing 12 percent of the existing sources for which the Administrator has emissions information.

The commenters claiming that the EPA must consider on remand additional data beyond the 2013 dataset that was used to establish the 2013 standards which were before the court misconstrue the D.C. Circuit's instructions in its decision remanding those standards to the EPA. The court stated that on remand, the EPA must ''identify those standards for which the MACT floor would have differed if the EPA had included all best-performing sources in each subcategory in its MACT-floor analysis.'' *U.S. Sugar* v. *EPA,* 844 F.3d 268 (2016) (granting EPA's motion for rehearing). The court further instructed the EPA to ''revise those standards consistent with'' the court's opinion. *Id.* Nothing in the court's opinion or in its grant of rehearing instructs or requires the EPA to initiate a new standard-setting process or to assemble additional data. Rather, the remand was targeted to *only* those standards affected by the court's decision, and the court did not address the question of whether the EPA should—let alone must—consider data that did not exist at the time the challenged rule was issued. In contrast, the D.C. Circuit vacated—rather than remanded—the EPA's 2004 emissions standards for commercial and industrial boilers because it anticipated a ''wholesale revision'' of the rule would be required. *NRDC* v. *EPA,* 489 F.3d 1250, 1262 (2007). Here, the court neither vacated the standards, nor indicated that it anticipated consideration of additional data.

The EPA further disagrees that section 112(d)(3)(A)'s reference to sources ''for which the Administrator has emissions information'' requires consideration of additional data beyond the 2013 dataset, such as compliance data. That qualifying language is intended to ensure that the EPA need not obtain emissions data from 100 percent of the source category or subcategory in order to identify the best performing 12 percent of the source category, consistent with the overall Congressional intent in enacting the 1990 amendments to section 112 to prevent delay in regulating emissions of hazardous air pollutants. Rather, the EPA could identify the best performing 12 percent of the sources for which it had emissions data, even if the Agency did not have emissions data for all the sources in the source category or subcategory and could set standards on that basis without having to collect information from all sources. In other words, the language the commenter refers to does not compel collection or consideration of additional data, particularly here, where the EPA is revising standards solely in response to a court remand on a very specific, limited issue. The EPA further notes that some commenters would have the EPA selectively consider additional data, such as data showing additional variability. For example, one commenter claims that the EPA must consider compliance data only for the purpose of accounting for variability, but not otherwise. The EPA does not agree that it would be reasonable or appropriate to consider compliance data only to account for additional variability. Where the EPA uses data for the UPL calculation, it uses that data for purposes of calculating the floor as well as for accounting for variability, and it

[7] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3833.

[8] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3969.

would not be appropriate to take a different approach here. As explained above, in this action the EPA is only correcting the flaw in its 2013 final rule analysis identified by the *U.S. Sugar* court in response to the court's remand. Further, while this action is limited to the remand, the Agency disagrees that, as a general matter, data representing compliance actions taken by sources to meet a previous standard are necessarily inappropriate to consider when revising a standard. However, that question is not at issue here.

The EPA's approach is reasonable given the limited nature of the remand. In addition, if the EPA were to revise the affected standards using newer emissions information, it could result in the potentially inequitable outcome of some units being subject to more stringent standards solely because of the EPA's error in its initial MACT floor calculations, while other units unaffected by the court decision would remain unchanged. Revising all of the boiler MACT standards, including the standards that have not been remanded, would require EPA to incur a significant resource burden and could result in wholesale changes to standards that were largely upheld by the D.C. Circuit. Given its other obligations under the statute and the EPA's determination that using new data is unnecessary to respond to the remand, the EPA has chosen to maintain the original data set for purposes of calculating standards. The revisions incorporate the co-fired boilers that met the subcategory definition using a threshold of at least 10 percent of a subcategory-defining fuel, on an annual heat input basis, but were excluded from the ranking analysis in the 2013 final emission standards. The D.C. Circuit in *U.S. Sugar* stated that, if the EPA includes a source in a subcategory, it must consider whether any source in that subcategory is a best-performing source which would then need to be accounted for in setting the MACT floor. *U.S. Sugar* v. *EPA,* 830 F.3d at 631. The final standards fully incorporate these sources in the development of standards as required by the remand.

2. UPL Methodology for Limited Datasets

Some of the MACT floor emission limits the EPA proposed were based on datasets with less than 7 test runs (''limited datasets''). There were limited datasets for the following subcategories and pollutants for both existing and new sources: process gas (Hg, HCl, total selected metals (TSM), and PM), biomass suspension burner (TSM), dry biomass stoker (TSM, PM, and CO), and coal fluidized bed coal refuse (CO). Limited datasets also existed for the following subcategories and pollutants for new sources: solid (Hg and HCl), liquid (Hg and HCl), heavy liquid (TSM and PM), light liquid (TSM and PM), biomass dutch oven/pile burner (TSM), biomass fuel cell (TSM), biomass fluidized bed (TSM), biomass suspension burner (TSM), biomass suspension grate (CO), wet biomass stoker (TSM), and coal (TSM and PM). On remand, these limited datasets were reviewed in additional detail to determine whether it was appropriate to make any modifications to the UPL approach used to calculate the MACT floors.

In addition to the proposed MACT floors involving limited datasets, the EPA also conducted a similar, more detailed review of the new source standards to evaluate if the UPL calculations required any adjustments to ensure that the resulting emission standards for new sources were not less stringent than for existing sources. Based on this review, the EPA found that the revised emission limits for three new source subcategories and pollutants did not reasonably account for variability and some changes were made to be consistent with *EPA's Approach for Applying the Upper Prediction Limit to Limited Dataset Boiler and Process Heaters at Major Sources* [9] to avoid the anomalous result the Court identified in *NACWA* v. *EPA* [10] where the calculated new source floor was less stringent than the existing source floor: These new source subcategories and pollutants are the following: solid (HCl), wet biomass stokers (TSM, PM), and biomass fluidized beds (PM).

The only comments received on the proposed methodology for analyzing limited datasets were made in the context of the new source solid fuel HCl emission limit. Those comments are summarized in section III.A.3 of this preamble.

The EPA is finalizing limited revisions to certain standards to address the specific issue identified by the court in *NACWA* v. *EPA*. The EPA is finalizing, as proposed, adjustments needed to three new source standards—Solid (HCl) and wet biomass stokers (TSM, PM), and biomass fluidized beds (PM)—to ensure that the new source floor is no less stringent than the existing source floor.[11] Additional detail about the determinations made at proposal are discussed in the docketed memorandum and no further analyses were needed as part of the final rule.[12]

3. Solid and Liquid Fuel HCl Emission Limits for New Sources

The proposed emission limits for HCl in the new source solid fuel and liquid fuel subcategories were both based on a value equal to 3 times the representative detection level (RDL) because the calculated UPL from the best performing similar source was less than this value.[13] In each case, the RDL value established for these two subcategories was based on the sampling times of the single best performer in each subcategory. For HCl, the detection level decreases with longer sampling times. For liquid fuels, the best performer had a 4-hour stack test, resulting in a 3 times RDL (3x RDL) of 5.4E–05 lb/MMBtu. For solid fuels, the best performer had a 1-hour stack test with an average oxygen concentration of 10.2 percent, resulting in a 3x RDL of 3.0E–04 lb/MMBtu.

In the case of liquid fuel boilers, the 3x RDL value was multiplied by a fuel variability factor to establish the MACT floor because the best performing unit had paired test data and fuel analysis data [14] to compare to fuel analysis used at the unit over time. The EPA also reviewed the data for the best performer in additional detail given that this best performing unit, ''LAShellChemicaGeismar, Furnace F–S801,'' had a limited dataset of 3 test runs. The EPA concluded that this unit was indeed a best performing unit.[15]

In the case of solid fuel boilers, the EPA proposed that the unit with the second lowest emission test results but the lowest variability, ''TXDibollTemple-Inland, PB–44'' (PB–44) was the best performing similar source.[16] This unit did not have paired test data and fuel analysis data to develop an appropriate fuel variability factor, so no fuel variability factor was applied to this emission limit.

[9] *See* Docket ID Item No. EPA–HQ–OAR–2002–0058–3946.

[10] *See National Assn. of Clean Water Agencies* v. *EPA (NACWA)* 734 F 3d 1115.

[11] See 85 FR 52205–52207.

[12] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3946.

[13] In cases where the calculated UPL value is less than three times the representative detection level (3x RDL), where the RDL is the average detection level of the best performing sources, the limit is determined to be equivalent to the 3x RDL value. Such a limit ensures measurement variability is addressed and provides a limit that has a measurement imprecision similar to other EPA test methods.

[14] Paired fuel and testing data means that there is an analysis of the fuel that was being utilized during the emissions testing. Unpaired fuel data may be representative of fuel burned at the unit, but not specifically the fuel burned during the emissions testing.

[15] See 85 FR 52206.

[16] Ibid.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 14 of 496


*Comment:* Two commenters stated that the 3x RDL emission limit for HCl should have been calculated differently. One of the commenters provided specific suggestions, indicating they believed it is not appropriate for the EPA to set a RDL based on the operation of the top performing boiler alone. The commenter suggested that a more representative approach to setting a detection limit would be to derive an RDL associated with all non-detect emission tests for the best-performing units in the subcategory.

*Response:* The EPA agrees with the commenter that sample time data should be analyzed for the entire top 12 percent of units, not just the single best performer. However, the EPA disagrees with the commenter's suggested approach which considers only data that were reported as non-detect (*i.e.,* the emissions results were below the detection level of the instrumentation) instead of all available reported pollutant-specific method detection levels from the best performing units in each subcategory. As we stated in the docketed memorandum, *Data and Procedure for Handling Below Detection Level Data in Analyzing Various Pollutant Emissions Databases for MACT and RTR Emission Limits (Revised 2012),* our approach, ''minimizes . . . effect of a test(s) with an inordinately high method detection level (*e.g.,* the sample volume was too small, the laboratory technique was insufficiently sensitive, or the procedure for determining the minimum value for reporting was other than the detection level).'' [17]

Therefore, the EPA revised the 3x RDL values for new source solid and new source liquid HCl 3x RDL to reflect data from the top 12 percent of boilers. The data were pulled from the 2013 dataset and supporting test report files from the docket from the 2013 final rule. Revised data and analysis for the 3x RDL values are found in the docketed memorandum *Revised (2021) Analysis of Minimum Detection Levels from Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* The revised methodology and changes to the underlying data used for the 3x RDL calculations resulted in a 30 percent lower 3x RDL value than what was proposed for solid fuels, with the 3x RDL decreasing from 3.0E–04 to 2.1E–04 lb/MMBtu. For liquid fuels, the revised 3x RDL value is 122 percent higher than what we proposed, increasing from 5.4E–05 to 1.2E–04 lb/MMBtu.

*Comment:* Several commenters disagreed with the EPA's approach and rationale for selecting PB–44 as the best performing source for new solid fuel units, arguing that the solid fuel HCl limit calculations need to better account for natural variability in biomass fuel chloride levels as well as operational variability. Commenters noted that PB–44 only has a single three run test and it has a homogenous dry biomass fuel, sourced from on-site particleboard byproducts.

Commenters differed in their suggestions for what unit should be the best performing similar source. Some commenters suggested that Wellons Boiler was the best performing boiler, despite the larger variance in its HCl emissions. Some commenters made suggestions on how to adjust the Wellons Boiler data with additional data outside of the 2013 dataset. Other commenters suggested that other units in the top 12 percent for existing solid fuel HCl best performers were better choices than PB–44.

With regards to fuel variability, some commenters noted that PB–44 has only three test runs available and that a dataset with six test runs is superior to a dataset with three. One commenter also added that both PB–44 and Wellons Boiler do not have any HCl add-on control devices and the variation in emissions is directly related to fuel chloride content. The commenter argued that if the EPA had more data for PB–44, the variability in its HCl emission rates might be much higher and noted that variability can be determined more accurately with more test runs. This commenter also emphasized that the emissions of HCl at the lowest emitting unit are related to chloride variability in the fuel and not to the performance of any add-on control device. The commenter suggested several ways to better incorporate chloride variability in biomass fuels in its detailed comments.

One commenter further disagreed with the EPA's selection of PB–44 which had the second lowest emission test as the best performing similar source in its limited dataset analysis because it has lower variance in test results. The commenter suggested that variance is not the only consideration in the selection of a best performing similar source, especially where emissions are dictated by the fuel chloride variability and not by the use of a control device. This commenter also suggested that the EPA's selection of PB–44 to establish the new-source floor directly contradicts its assessment of long-term fuel variability by ignoring data related to fuel variability the Agency had previously argued was necessary. This commenter also suggested that the EPA's decision to finalize a standard based on limited dataset with only the UPL adjustment would be arbitrary, given that the fuel content must be taken into account to determine the emissions level that boiler actually achieved every day and under all operating conditions.

*Response:* The EPA disagrees with commenters that the PB–44 unit does not reflect the emissions control that is achieved in practice by the best controlled similar source. As discussed in section III.A of this preamble, the court remanded for further explanation the UPL methodology in *NACWA* v. *EPA,* in part for the EPA to explain how the UPL was appropriate for limited data sets in the face of the ''apparently illogical'' results where the emission limit for new sources was less stringent than the emission limit for existing sources. *NACWA* v *EPA,* 734 F.3d at 1144. Following the *NACWA* decision, the EPA issued the UPL memo and the limited data sets memo to provide the explanations requested by the court, and both approaches have been subsequently upheld by the D.C. Circuit. The EPA has applied the UPL and the limited data set approach in calculating the solid fuel HCl limit. The EPA could not determine that the Wellons Boiler, which commenters point out has more test runs available than the PB–44 unit, was the best performing similar source because it yielded the same ''apparently illogical'' result that the *NACWA* court questioned, *i.e.,* a new source limit that would be less stringent than the corresponding existing source limit, due to the variance in its data. In such circumstances, the EPA's limited data set approach provides that the EPA will further evaluate the individual dataset to ensure that the uncertainty associated with it does not cause the emissions limit to be so high that it does not reflect the emissions performance of the best performing similar source, for new source MACT standards.

Moreover, the EPA has broad discretion to identify best performing sources, and it is reasonable to consider variability in emissions when choosing the ''best'' sources from an emissions perspective. For example, a source could have the lowest average emissions level based on a single very low data point, but other very high emissions points. It is reasonable for the EPA to consider, in that circumstance, that a second source with a slightly higher average emissions level but consistently low emissions is a ''better'' performer

[17] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3839.

than the first source. Consistent with the previous MACT floor methodology, the EPA has determined that MACT floors based on a single source must be based on at least three runs of test data to ensure that adequate variability can be incorporated. The EPA has not thrown out other MACT floor emission limits that are based on a single three run test.[18] PB–44 has three valid test runs and it is the unit with the second lowest emissions test average results but has a variance that is 5 times lower than the Wellons boiler, and it did not yield a new source limit that is less stringent than the existing source limit. Therefore the EPA continues to conclude PB–44 is the best performing similar source for new solid fuel units.

The EPA further disagrees with commenters that it should incorporate fuel variability into the revised emission limit by evaluating fuel variability from other units in the 2013 dataset. We have previously stated that we can only apply a fuel variability factor when we have paired test data and fuel analysis data.[19] PB–44 had no paired fuel analysis data with its single 3-run HCl emission test in the 2013 dataset, so a fuel variability factor could not be developed according to the historical methodology used in the Boiler Rule.

The solid fuel subcategory encompasses a wide variety of boilers and process heaters and many of these units have achieved this emission level in practice, though each unit, depending on facility- and unit-specific circumstances, may employ different fuel blends and control devices to do so. Both the revised CEDRI compliance dataset and the 2013 dataset used to establish the MACT floor calculations present several examples of units in the solid fuel subcategory that have achieved this limit in practice. According to compliance data submitted to EPA via CEDRI through December 31, 2020, most of the new units in the solid fuel subcategory are meeting this more stringent emission limit that is based on a 3x RDL value.[20] Of the new units with test data, 71 percent (10 of the 14 units with HCl compliance test data) are meeting the revised 3x RDL value.

The EPA also disagrees with some of the commenter suggestions to bring in new data from outside the 2013 dataset to serve a targeted purpose for this single subcategory. The EPA explains earlier in this document why the Agency is not required to consider new data for purposes of this action.

4. Biomass Fluidized Bed PM Emission Limits for Existing and New Sources

For existing biomass fluidized beds, we proposed to make the PM emission limit more stringent, decreasing from 1.1E–01 to 2.1E–02 lb/MMBtu. The existing source floor was based on the top 5 units in the subcategory since the subcategory had fewer than 30 sources. The units that were part of the top 5 changed after we re-ranked the data to address the *U.S. Sugar* remand.

For new biomass fluidized beds, we also proposed to make the PM emission limit more stringent, decreasing from 9.8E–03 to 4.1E–03 lb/MMBtu. The unit with the lowest minimum test average was ''ORGeorgiaPacificWaunaMill, EU35—Fluidized Bed Boiler'' (Wauna boiler). The Wauna boiler had six separate tests in the boiler dataset. However, the calculated UPL for the Wauna boiler was 3.2E–02 lb/MMBtu, which exceeded the UPL calculated for existing units in the same subcategory, which was 2.1E–02. Since the new source floor was less stringent than the existing source floor, the EPA reviewed the data further to evaluate if the unit truly reflected the best controlled similar source and to evaluate if the UPL calculations required any adjustments to ensure that the UPL did not result in a less stringent standard for new sources. The EPA conducted additional analysis and determined that the unit with the second lowest minimum test, ''WIGPGreenBay2818, B10—Wastepaper Sludge-Fired Boiler 10'' (B10), was the best controlled similar source because it had a variance three orders of magnitude lower than the Wauna boiler and did not yield a limit less stringent than the existing source limit.

*Comment:* One commenter noted that the EPA included 15 p.m. emission tests for the unit LAGPPortHudson, EQT0109—No. 6 CFB Boiler (Port Hudson boiler), including two 2007 tests in which the dry scrubber was off for one test and on for the other, and the EPA only included data from the test where the scrubber was off in the UPL calculations. The commenter stated that both tests should be included in the UPL calculations.

*Response:* We reviewed the docket record to evaluate the commenter's concerns with the test runs included for the Port Hudson boiler. The Port Hudson boiler had five different tests included in the UPL calculations at proposal. Four of the five tests, dated September 11, 2007, December 18, 2008, December 19, 2008, and July 29, 2009, were all conducted with the sorbent injection system control device operating. The fifth test in August 2007 was conducted with the scrubber control device off. Given that the scrubber operating reflected the more common unit operations, we also evaluated CEDRI data for the purpose of verifying that the unit typically operates with its sorbent injection system operating. We disagree with the commenter that we should use the tests from August 2007 with both the sorbent injection control operating as well as off. Since this unit typically operates the sorbent injection system control device, only the tests conducted while this control device is operated are representative of the emission levels and typical operations employed by this source. Introducing statistical variability in UPL calculations by mixing test results for different control configurations would be inconsistent with the MACT floor methodology[21] since the unit typically conducts its compliance testing with the control system operating. When we evaluated the August 2007 test report available in the docket in more detail, we found that the August 2007 test report had four different test scenarios. Scenario 1 and 2 were the only scenarios firing biomass fuels (both fired a combination of biomass and petroleum coke, but met the threshold of at least 10 percent heat

[18] *Revised MACT Floor Analysis (November 2011) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* Revised November 2011. See Docket ID Item No. EPA–HQ–OAR–2002–0058–3387.

[19] The EPA explained the limited nature of using only paired fuel variability data for the basis of its fuel variability factors in the original 2010 proposal. See *Maximum Achievable Control Technology (MACT) Floor Analysis (2010) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* See Docket ID Item No. EPA–HQ–OAR–2002–0058–0815. The EPA modified its approach slightly to address comments received on the proposed fuel analysis variability methodology as explained in the final rule (76 FR 15627) but never changed its fundamental criteria of looking only at paired fuel analysis data. As noted in the December 2011 reconsideration proposal, the EPA continued a consistent fuel variability methodology and at this juncture only ''[s]mall changes to fuel variability . . . to accommodate the new TSM standard and comments received during the reconsideration process'' were made, see Docket ID Item No. EPA–HQ–OAR–2002–0058–3387. When the EPA issued revised limits in the January 2013 final rule based on submitted data corrections or new data, it noted that the new data was incorporated that resulted in revised values, but the general MACT floor setting methodology remained the same (78 FR 7151).

[20] *Revised (2021) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

[21] Some facilities submitted emission test data based on previous control configurations that are no longer installed on the unit. Emission data reported while using these previous control configurations were not used to establish the MACT floor. See Docket ID Item No. EPA–HQ–OAR–2002–0058–3387.

input from biomass). The test scenario included in the proposal analysis had the sorbent injection system turned off. For the reasons discussed above, we replaced the August 2007 test with the test scenario which had the sorbent injection system turned on. After replacing this test scenario, the Port Hudson boiler was no longer part of the top five boilers in the existing source floor calculations. The Port Hudson boiler was removed from the existing source floor calculation because it had the eighth lowest mean emission test after reviewing and correcting the test scenarios used in the analysis, based on public comment. The boiler that now had the fifth lowest mean emission test is PAPHGlatfelter, PB5 (PB5 boiler), so we added the two emission tests from the PB5 boiler into the analysis for the UPL calculation for the existing source MACT floor.

*Comment:* Two commenters requested a data correction for the 2006 test from the Wauna boiler. The commenters noted that the PM test results in the 2013 dataset and MACT floor ranking were listed incorrectly as lb/MMBtu in the MACT floor analysis. They pointed to the supporting test report, where the values were actually in units of grains per dry standard cubic foot (gr/dscf), corrected to 7 percent oxygen, instead of lb/MMBtu. These commenters requested that the EPA revise the UPL calculation after correcting the units of measure for the 2006 test.

*Response:* We reviewed the docket record to verify the units of measure for the 2006 Wauna boiler test and agree with the commenters that a correction is needed to convert the gr/dscf into units of lb/MMBtu. We made this correction in the revised UPL calculation for both new and existing sources.

*Comment:* One commenter stated the Wauna boiler's 2004 stack test is an outlier and should be excluded from the data. The commenter stated that the EPA should remove this test and recalculate the UPL with the remaining 15 test runs from the Wauna boiler.

*Response:* We reviewed the 2004 Wauna boiler test that the commenter stated should be excluded to assess whether or not this test is in fact an outlier. The 2004 test had the same test method and length of the test runs as the other five tests. In addition, none of the other five tests subtracted negative filter weights or had weights less than 1 milligram. As the emissions limit is expressed in terms of emissions per heat input, we checked both the emissions and heat input data for outliers. Our general outlier test is conducted at the 5% significance level in log space, and when a value is found to be an outlier at this level, we exclude it from further calculations. We conducted an outlier test with ProUCL [22] and determined that none of the PM emission test runs had outliers, either in normal or in log space, at the 1, 5, and 10% significance levels. Observing that the heat input for the 2004 test was between 57 and 66 percent lower than the heat input for the other five tests in normal space, we conducted an outlier test with ProUCL and found that the total heat input for 2004 was an outlier at the 5 and 10% significance levels for both normal and log space. Because the heat input component of the 2004 emissions test is an outlier, we agree with the commenter that the heat input and the corresponding emissions value from this test should be excluded as an outlier. Therefore, we removed the 2004 test data from the UPL calculation for both new and existing sources.

After making the corrections to the 2006 Wauna boiler test, removing the outlier 2004 Wauna boiler test, and correcting for the appropriate tests for the Port Hudson boiler control device configurations, the existing source floor value calculations have changed since proposal. The revised emission calculations for existing sources considering these public comments and related data changes have resulted in a more stringent UPL calculation of 7.4E–03 lb/MMBtu.

*Comment:* One commenter requested that the EPA revise its determination for the best performer for the new source PM limit for biomass fluidized beds. The commenter noted that the EPA chose to base the new source floor on the second-best performing unit, despite having a more robust dataset for the top performer. The EPA selected the unit with the second lowest mean because it stated that the unit with the lowest mean (Wauna boiler) exhibited too much variance in its emissions data. The commenter noted that the dataset for the second-best performer (B10) offered only six test runs, while the Wauna boiler had 18 runs and better represented true variability at the unit. The commenter argued that the MACT floor should be based on the top-performing unit which utilizes the best control technology, a fabric filter, and pointed out that five of the six stack tests for the Wauna boiler exhibit consistent performance.

*Response:* Based on the data correction made for the units of measure for the 2006 test and removal of the 2004 test as an outlier, the calculated 99 percent UPL for the Wauna boiler decreased from the calculation in the proposed rule, from 3.2E–02 to 8.4E–03 lb/MMBtu. This revised UPL calculation for new sources still yields an anomalous result, as the new source PM limit is less stringent than the 7.4E–03 lb/MMBtu PM limit for existing sources.

Consistent with the 2020 proposal, the EPA conducted additional investigation of the revised Wauna boiler dataset to determine whether the Wauna boiler was indeed the best performing similar source. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit. Our analysis showed that this unit, identified as the best performing unit based on average emissions, has the highest variance among the top five performing boilers in the existing source floor, even after making the corrections for the 2004 and 2006 test data noted above. The variance is 7 times higher than the unit with the second lowest ranked mean, B10. The overall average (considering all stack tests, not just the minimum stack test average) for the Wauna boiler is also higher than the units with the second, third, and fourth lowest mean emission test results. The overall average for the Wauna boiler is 1.5 times higher than the second ranked unit, B10. This information indicates that the second ranked unit, B10, has a more consistent level of emissions performance than the Wauna Boiler, and the resulting UPL calculations support this. The calculated UPL is lower for B10 than for the Wauna boiler. For these reasons, we continue to conclude that the Wauna boiler is not the best performing source for this subcategory and pollutant and we are finalizing B10 as the best performing source. Therefore, the EPA is finalizing the proposed PM emission limit of 4.1E–03 lb/MMBtu for new sources.

More complete details of the revised analysis for both new and existing source PM emission limits are included in the docketed memorandum, *Revised MACT Floor Analysis (2021) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.*

## *B. Beyond-the-Floor Emission Limits*

We proposed beyond-the-floor limits for 16 subcategory and pollutant combinations. We compared the revised emission limits to the limits from the 2013 final rule to assess whether a beyond-the-floor option was technically achievable and cost effective. Typically

[22] ProUCL is a comprehensive publicly available statistical software package. See *https://www.epa.gov/land-research/proucl-software.*

we would assess technical achievability and cost effectiveness by assessing various levels of stringency of emission reductions, technical achievability of options and associated costs. For this rule, for subcategories where the 2013 limit was more stringent than the MACT floor limit calculated in the 2020 proposal, we reviewed compliance data available through CEDRI and WebFIRE to assess whether the more stringent limit was being achieved in practice. There were nine subcategory and pollutant combinations for existing sources and seven subcategory and pollutant combinations for new sources where compliance data showed boilers that already achieved the 2013 limits. Then, to assess whether compliance with the 2013 limits was cost effective, we reviewed the control devices currently installed to determine if any cost savings would occur should we finalize the less stringent limit. In all cases, the controls that were already installed were the same types of controls that would be required to meet either the 2013 limits or the less stringent limits calculated in the proposed rule and, therefore, no additional costs would be incurred to meet the more stringent limits. As a result, we proposed 16 emission limits from the 2013 final rule as beyond-the-floor limits.

There were six limits in three subcategories—new and existing units for PM for Gas 2 units, TSM for biomass suspension burners, and TSM for dry biomass stokers—where the 2013 limits were more stringent than the MACT floor limits calculated for the proposed rule, but recent compliance data were not available. Since no data were available, we did not identify any beyond-the-floor options for these subcategories and beyond-the-floor limits were not proposed for these subcategories. For TSM, sources have the option to comply with either PM or TSM emission limits. The lack of available TSM data indicates that sources in these subcategories are all complying with the PM emission limits rather than the alternative TSM limits. The lack of available PM data for Gas 2 units indicates that sources are all meeting the Gas 1 subcategory definition.

*Comment:* One commenter suggested that the EPA's proposed approach for the beyond-the-floor analysis does not satisfy section 112(d)(2) of the CAA, which requires the ''maximum'' degree of reduction that is ''achievable'' considering cost and other factors through all potential reduction measures. The commenter noted that the EPA only considered whether the newly recalculated floors were less stringent than the emission levels that were already being achieved, and if ''no additional costs would be incurred to meet the more stringent limits,'' then the EPA set beyond-the-floor standards which are more stringent than the floors and are equivalent to the current standards that these boilers have already been meeting. The commenter acknowledged that the EPA is correct to recognize that the current limits are achievable but argued that the EPA's analysis does not actually consider what the ''maximum'' achievable reductions are, such as what reduction levels are achievable through use of cleaner fuels or control technologies.

This commenter also stated that it is unlawful that the EPA proposed to weaken six limits since all of the units subject to those limits have already been in compliance with them for more than three years. The commenter argued that any standards that are less stringent than the 2013 limits do not represent the average emission levels achieved by the relevant best performing units.

*Response:* We disagree with the commenter that the beyond-the-floor analysis does not satisfy section 112(d)(2) of the CAA. In 2013, the EPA conducted a subsequent beyond-the-floor analysis, evaluating whether any recalculated emission limits were less stringent than the 2011 rule in order to assess whether a beyond-the-floor option was technically achievable and cost effective. This analysis resulted in nine beyond-the-floor limits.[23] The beyond-the-floor analysis conducted in the proposal used the same methodology and resulted in 16 proposed beyond-the-floor limits.[24]

Most of the recalculated emission limits resulting from the *U.S. Sugar* remand resulted in more stringent limits compared to the 2013 final rule. For these limits, the EPA continues to believe the analysis in the 2011 rule is reasonable, and the EPA received no information during the comment period to demonstrate it is not. Further, for most affected standards where the EPA's recalculation of the UPL resulted in a less stringent numeric limit, the EPA is retaining the more stringent limit based on its authority to set standards beyond the MACT floor. This is a reasonable approach where sources have been complying with the 2013 standards, thus demonstrating that the standards are achievable, considering the factors enumerated in section 112(d)(2) of the CAA. The only exception to this approach is for alternative standards where there is no demonstration that any source has been complying with the standard since the 2016 compliance date because no units are in the subcategory or no units have chosen to utilize the alternative limits.

Based on this, additional analyses of compliance data, and the lack of information on additional control technologies provided by the commenter, we continue to believe that our beyond-the-floor analysis is appropriate, and we are finalizing the 16 beyond-the-floor limits as proposed.

We further disagree with the commenter that it is unlawful to finalize the six emission limits that were recalculated to be less stringent than the 2013 standards. First, the court in *U.S. Sugar* determined that the 2013 limits were incorrectly calculated and remanded the standards to the EPA. The recalculated MACT floors are a result of addressing deficiencies identified by the *U.S. Sugar* court and additionally by the *NACWA* decision on limited datasets. Second, we did not identify any beyond-the-floor options for these subcategories. We found that no biomass suspension burners or dry biomass stokers have been using the alternative TSM limit for compliance—all units have been complying with the PM limit. In addition, we found that no units have been subject to the PM limit in the Gas 2 subcategory and therefore have no information to conclude that additional reductions are achievable.

In addition, we note that while these six recalculated limits are slightly less stringent than the 2013 limits, in practice they are not effectively different. Affected sources would install the same control technology to meet either the remanded or the recalculated emissions limits, despite the slight increase in the recalculated limits. Furthermore, no emissions increases are expected to result from finalizing less stringent units in these subcategories since no sources exist that are subject to the Gas 2 limit, or that are choosing to meet the alternative TSM limits.

### *C. Revisions to Output-Based Emission Limits*

In the proposed rule, the EPA re-calculated the corresponding output-based emission limits to update the limits in the fourth column of Tables 1 and 2 of the regulatory text. Revisions were not required for all the proposed emission limits due to rounding and the small amount of change in the corresponding input-based limit between the 2013 limits and the limits in the proposed rule. The memorandum,

[23] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3843.

[24] See Docket ID Item No. EPA–HQ–OAR–2002–0058–3948.

*Alternate Equivalent Output-Based Emission Limits for Boilers and Process Heaters Located at Major Source Facilities—2019 Revision,* which is available in the docket for this action, provides details of the output-based emission limit revisions and methodology.

We received no comments on the proposed changes to the output-based standards. Therefore, we are finalizing the revisions to the output-based emission limits as proposed. We have revised output-based emission limit calculations to reflect the changes made to the corresponding input-based emission limits for existing source biomass fluidized bed PM and new sources solid and liquid fuel HCl. The memorandum, *Alternate Equivalent Output-Based Emission Limits for Boilers and Process Heaters Located at Major Source Facilities—2021 Revision,* which is available in the docket for this action, provides details of the output-based emission limit revisions since proposal.

*D. CO as a Surrogate for Organic HAP*

On July 29, 2016, the D.C. Circuit issued its decision in *U.S. Sugar Corp* v. *EPA,* 830 F.3d 579. In that decision, the court remanded to the EPA to adequately explain how CO acts as a reasonable surrogate for non-dioxin/furan organic HAPs. To be reasonable, the emission standard set for the surrogate must reflect what the best similar source or the best 12 percent of sources in the relevant subcategory achieved with regard to the HAP. This requires the surrogate's emissions to share a close relationship with the emissions of the HAP. The court identified that one crucial factor for determining whether that close relationship exists is the availability of alternative control technologies that reduce the HAP emissions without impacting that of the surrogate or, conversely, reduce the surrogate emissions without impacting the HAP emissions. The court stated that the EPA could not conclude that CO acts as a reasonable surrogate in this statutory context without considering whether the best performing boilers might be using alternative control technologies and methods that reduce organic HAP emissions beyond what they achieve by reducing CO alone. The court asked that EPA address concerns raised in public comments that alternative control technologies might further lower HAP emissions.

In response to this remand, the EPA provided further explanation to substantiate its finding that CO is an appropriate surrogate for non-dioxin/furan organic HAP. In the proposed rule, the EPA noted that available control technologies for organic HAP emissions are either combustion devices or recovery devices. Combustion is the more commonly applied option for controlling organic HAP because it is capable of high removal (destruction) efficiencies and its effectiveness does not depend on the makeup of the organic HAP stream or the organic HAP concentration. Recovery devices are not applicable for all organic HAP and are not effective in treating low organic HAP concentration streams, *i.e.,* the levels of concentrations seen in sources with good combustion practices.

In the proposal, we indicated that none of the best-performing units employ an add-on, alternative control device that was installed for controlling emissions of either organic HAP or CO. While many industrial boilers and process heaters employ post combustion controls for particulate matter, acid gases, and/or mercury, these add on controls are not designed to affect emissions of either CO or non-dioxin organic HAP. In any case, any add-on controls that are downstream of the combustion chamber of the boiler would be secondary controls that would only be effective (if at all) if the upstream primary control (the combustor) was ineffective. The presence of CO in the flue gas stream is an indicator of inefficient and incomplete combustion. The presence of non-dioxin organic HAP (or other organic compounds) in the flue gas stream would also be an indication that the upstream combustion process was inefficient and incomplete (*i.e.,* perfectly complete combustion of an organic compound would result in only $CO_2$ as a carbon-containing product). The best performing industrial boilers do not employ downstream controls for CO or non-dioxin organic HAP because the primary control (the combustor) is effectively destroying the non-dioxin organic HAP and downstream controls are not needed to achieve additional reductions. Minimum CO concentration in the flue gas stream is evidence of that the combustion process is efficient and effective. For these reasons, the Agency continued to conclude that CO is a reasonable surrogate for non-dioxin/furan organic HAP.

*Comment:* Commenters stated that not all organic HAP are products of incomplete combustion. Some organic HAP—such as polychlorinated biphenyls (PCBs) and polycyclic organic matter (POM)—can be present in the raw materials before combustion or can be generated outside the combustion unit or within the combustion unit but outside of the flame zone. In addition, different organic HAPs can be formed, destroyed, or reformed in various physical regions of diffusion flames and in different zones of premixed flames. Commenters stated that minimizing CO emissions will not minimize emissions of all organic HAP other than dioxins and furans because not all organic HAPs are formed or destroyed in combustion and post-combustion zones in the same fashion or like CO. The commenters further claimed that underlying formation and destruction of just CO in the simplest of situations involves several hundred reactions and tens of individual species are involved. The kinetics and thermodynamics become far more complex for other organic HAPs. Thus, the commenters argued, there is no basis in combustion science to presume that even any one organic HAP—much less all of them will behave similarly to CO. Specifically, the commenters claimed, pollutants like PCBs and POM/polycyclic aromatic hydrocarbon (PAH) will not be minimized by good combustion or through using a post-combustion oxidation catalyst.

*Response:* We agree with the commenter that organic compounds—and perhaps even organic HAP—are present in the fuels (coal, biomass, *etc*) used in industrial boilers. With regard to the PCBs mentioned by the commenter, we note that PCBs are commonly known as ''dioxin-like'' organic compounds [25] and their formation should similarly be limited by the work practice standards established for dioxins and furans. Regarding the POM/PAH mentioned by the commenter, these compounds are well known to be products of incomplete or inefficient (*i.e.,* oxygen-starved or fuel-rich) combustion.[26] [27] [28] [29] [30] Similarly, CO is also the product of inefficient combustion. In an oxygen-rich environment, complete and efficient combustion will produce $CO_2$ rather than CO. Regardless of whether organic HAP are present in the boiler's fuel before combustion, or whether they are generated within the combustion unit, all organic HAP would be destroyed under complete and efficient

[25] ''Dioxins'' are often described as ''dioxins, furans, and dioxin-like compounds''.

[26] Serban C. Moldoveanu, in *Pyrolysis of Organic Molecules* (*Second Edition*), 2019.

[27] T.A. Abrajano Jr., V. O'Malley, in Treatise on Geochemistry, 2007.''

[28] Z. Fan, L. Lin, in *Encyclopedia of Environmental Health (Second Edition),* 2011.

[29] M. Huang, T.M. Penning, in Encyclopedia of Food Safety, 2014.

[30] Tarek Saba, in *Introduction to Environmental Forensics (Third Edition),* 2015.

combustion conditions. Therefore, the presence of organic HAP in the boiler emission flue gas stream would be the result of incomplete combustion and higher emissions of CO (relative to $CO_2$) would be expected.

We also disagree with the comment that minimizing CO emissions will not minimize emissions of all organic HAP other than dioxins and furans. The Agency agrees that combustion is complex and involves many reactions causing many different organic compounds to form and be themselves combusted to form other organic compounds. Combustion is the process of breaking apart the organic (*i.e.,* carbon-containing) molecules in the fuel and converting them to $CO_2$. Perfectly complete combustion would convert all the carbon in the fuel to $CO_2$. Completeness of the combustion process is dependent on several variables, including the temperature, the amount of oxygen, and the mixing of the fuel and oxygen. Incomplete combustion results in production of partly broken down and partially oxidized organic compounds, including CO. Because the conversion of CO to $CO_2$ is a difficult step, and the last one in the destruction of hydrocarbons, including organic HAPs, the EPA concluded it is a good indicator of the completeness of combustion. Thus, decreasing levels of CO are correlated with increasing destruction of organic compounds until a threshold is reached where, because combustion of CO is the last step in combustion, the combustion of organic materials, including organic HAP, is essentially complete.

*Comment:* One commenter noted that boilers are frequently the primary control devices under many new source performance standards (NSPS) and NESHAP standards for control of emission streams containing organic compounds. Typically, vent gases containing organic HAP emissions are sent to boilers or process heaters as supplemental fuel if they have sufficient heating value, and boilers and process heaters are accepted as emission control devices because performance testing routinely shows that they can provide organic destruction efficiencies of greater than 98 percent. Nearly all boilers and process heaters use monitoring of CO as a means to evaluate whether the device is performing effectively, and when CO increases, the unit is not efficiently oxidizing CO to $CO_2$ and the organics are not being as effectively oxidized.

*Response:* We agree with the commenter that boilers have frequently been identified as the best way of reducing emissions of organic compounds. Combustion devices, such as boilers, continue to be identified as the best control option available for reducing organic HAP from various industrial processes.[31]

*Comment:* Commenters stated that organic HAP can be reduced not only through combustion controls but also through post-combustion controls such as fabric filters, wet scrubbers, and activated carbon injection (ACI). Commenters further stated that the EPA has found that ACI reduces emissions of all organic HAP by 80 to 90 percent. Commenters stated that this refutes the EPA's claims that the measures for controlling CO and organic HAP are the same.

*Response:* The EPA agrees that some downstream control devices have the capacity to reduce organic emissions. However, such downstream control devices are only effective if the primary control device—the combustor itself—is not effectively destroying the organic HAP before it reaches the downstream controls. Further, the effectiveness of the post-combustion techniques identified by the commenter, unlike thermal oxidation, depends specifically on the organic HAP and on the concentration of the particular organic HAP. The commenter noted that the EPA has previously stated that POM/PAH that is emitted during combustion can be further reduced by various post-combustion controls, including fabric filters, wet scrubbers, and ACI. However, as discussed previously, POM/PAH compounds are the product of incomplete and inefficient combustion. Therefore, if the combustor is optimized for combustion—as indicated by its CO emissions—then POM/PAH production will be minimized, and the downstream control equipment will be unnecessary.

We also disagree with the commenter that the EPA found that ACI reduces organic HAP emissions by 80 to 90 percent. The commenter is citing a telecommunication from an ACI vendor regarding organic HAP emissions from a sinter plant in the Integrated Iron and Steel Manufacturing source category, not a statement by EPA (85 FR 42090). In that action, for purposes of evaluating cost-effectiveness, the EPA assumed reductions at a level provided by the vendor but did not itself conclude that those reductions were achievable. The issue being addressed in the remand is whether the best performing units were using post-combustion controls that controlled organic HAP but did not control CO. None of the best performing boilers use an ACI system.

[31] See, for example, 40 CFR part 63, subparts F, G, H, I, and FFFF.

### *E. CO 130 PPM Threshold Emission Limits*

On March 16, 2018, the D.C. Circuit issued its decision in *Sierra Club* v. *EPA,* 884 F.3d 1185. In that decision, the court remanded the EPA's decision to set a limit of 130 ppm CO as a surrogate for non-dioxin organic HAP for certain subcategories, asking the Agency to better explain its analysis supporting its decision. The court held that the EPA had not sufficiently explained its rationale and questioned EPA's reliance on data regarding the relationship between formaldehyde and organic HAP that the EPA had previously characterized as unreliable.

The court noted that if the EPA made and adequately supported a determination that no further reduction of HAP would occur once CO levels had been reduced to 130 ppm, the threshold would be appropriate and consistent with the CAA. The court noted three specific issues it believed the Agency did not adequately address: (1) the EPA gave no reason why organic HAP emissions could not be further reduced once CO emissions reach 130 ppm, (2) the EPA relied on formaldehyde data to support its conclusion but elsewhere stated that the same data were not a reliable indicator of organic HAP emissions at very low levels, and (3) the EPA did not adequately explain why 130 ppm is the appropriate level if there is a non-zero CO level below which organic HAP levels cannot be further reduced.

In response to this remand, the EPA provided further explanation to substantiate the 130 ppm threshold emission limit. In the proposed rule, we described the relationship that we previously found between CO and formaldehyde using the available data obtained during the 2013 rulemaking. The paired data showed decreasing formaldehyde emissions with decreasing CO emissions down to CO levels around 300 ppm (with formaldehyde emissions down to less than 1 ppm). A slight increase in formaldehyde emissions, to between 1 and 2 ppm, was observed at CO levels below around 200 ppm, suggesting a breakdown in the CO-formaldehyde relationship at low CO concentrations. At levels lower than 150 ppm, the mean levels of formaldehyde appeared to increase, as does the overall maximum value of and variability in formaldehyde emissions.

In the proposed rule, we corroborated our observation that reducing CO emissions also resulted in a reduction of

formaldehyde emissions until a leveling off in formaldehyde reductions is reached after which further reduction of CO levels appeared to result in higher levels of formaldehyde emitted. The proposed rule described in detail two additional studies—the polycyclic aromatic hydrocarbons (PAH) study [32] and the Multipollutant Control Research Facility (MPCRF) study [33]—that observed this same trend. In addition, in the proposed rule, we suggested a potential explanation for this observed trend. As has already been discussed, near complete combustion (as evidenced by very low CO concentration) is possible under an oxygen-rich environment. To achieve that oxygen-rich environment, excess combustion air must be provided to the burners. As the combustion process progresses, the increased combustion air can increase the turbulence and mixing within the boiler. This increased turbulence can result in some molecules of the reactants (*i.e.,* the oxygen and organic HAP) being forced near the furnace walls which are somewhat colder than the combustion zone. This cooling, known as the ''wall effect,'' may be sufficient to impact the combustion reaction, resulting in some organic HAP molecules that are not fully combusted, and thus emitted.

In the 2013 rulemaking, we determined that there are no further reductions of organic HAP available below 130 ppm CO. This analysis relied on our paired CO-formaldehyde data, yet we also stated that the same data were not a reliable indicator of organic HAP emissions at very low levels. At that time, we were not aware of any reason why formaldehyde concentrations would increase as CO concentrations continue to decrease, indicating improved combustion conditions. Our thinking in 2013 was that imprecise formaldehyde measurements at low concentrations may have accounted for this slight increase in formaldehyde emissions observed at CO levels below 130 ppm. In the preamble of the 2013 final rule, we stated, ''[b]ased on this, we do not believe that such measurements are sufficiently reliable to use as a basis for establishing an emissions limit.'' 78 FR 7145. In that statement, we were referring to the formaldehyde measurements and, thus, to the decision to set a CO standard instead of a formaldehyde standard.

Our evaluation of the PAH and MPRCRF studies revealed that the observed relationship in our CO-formaldehyde data was not due to imprecise or unreliable measurements, but in fact has been observed in other studies. Because the same CO–HAP relationship was presented in the PAH and MPCRF studies (*i.e.,* that organic HAP levels decreased with decreasing CO levels until a leveling off and trending upward with further decreasing CO levels), we concluded in the proposed rule that our formaldehyde data used in establishing the 130 ppm CO standard was not imprecise or unreliable and could be explained by the wall effect described above. These studies, combined with the relationship found in our CO-formaldehyde data, support that there is a non-zero CO level below which organic HAP levels are not further reduced.

*Comment:* One commenter opposed the EPA's claim that organic HAP are effectively nonexistent when CO levels are below 130 ppm. The commenter stated that the EPA's formaldehyde emissions data shows that there are significant formaldehyde emissions at CO levels below 130 ppm, at 2 ppm or more even with the limited data set available. The commenter also stated that the PAH study merely confirms that there are significant PAH emissions even at very high levels of excess air when CO levels would be expected to be very low. This data shows that gaseous PAH emissions actually increase with increasing excess air as it is increased from 20 percent to 40 percent—when CO levels would be dropping. The commenter further stated that the MPCRF study confirms that organic HAP emissions are not nonexistent when CO levels are at or below 130 ppm and that they are not correlated with CO.

*Response:* We disagree with the commenter that the *Sierra Club* decision requires the EPA to demonstrate that organic HAP emissions are ''nonexistent'' at the level of the CO standard. Rather, the court said that the standard based on a surrogate must be set at a level at which ''the EPA can be confident that the targeted HAP emissions are reduced as far as possible *or,* indeed, eliminated entirely.'' *Sierra Club,* 884 F.3d at 1195 (emphasis added). We agree with the commenter that organic HAP emissions can be non-zero when CO levels are below 130 ppm, but at that level, they are expected to be reduced to the greatest extent. Our CO-formaldehyde data for units operating at a CO concentration level below 130 ppm ranged from a measured high value of 2 ppm to a measured low value of 0.1 part per billion (ppb). The range of emissions from multiple tested units is expected due to inherent variability from unit-to-unit. In contrast, the data presented from the PAH and MPCRF studies were measured from a single unit (*i.e.,* each study used a single boiler for the tests). The MPCRF study shows the same trend with formaldehyde levels increasing from 10 ppb, at 70 ppm CO, to 57 ppb, at 40 ppm CO. The MPCRF study also shows that as the CO concentration levels at around 130 ppm, organic HAP, as a group, have been reduced to their minimum levels. Some of the organic HAP in the MPCRF study show the same trend as the PAH study and the EPA's CO-formaldehyde data. Some show no further reduction, but most of these also show a spike in concentration below 130 ppm CO. While some organic HAP did show further reduction, as stated earlier, as a group the organic HAP had been reduced to minimum levels by around 130 ppm. Based on the overall consideration of each of these organic HAP, we continue to conclude that there are no further reductions of organic HAP available below 130 ppm CO.

*Comment:* Commenters also disagreed with the EPA's statement that organic HAP cannot be further reduced when CO levels are below 130 ppm. The commenter stated that the EPA has recognized that all organic HAP emissions can be reduced with ACI, and some organic HAP emissions can also be reduced with other end-of-stack controls, including fabric filters and wet scrubbers.

*Response:* The EPA disagrees with the comment that organic HAP can be further reduced when emitted from a boiler with CO levels below 130 ppm. The level of organic HAP emitted, as indicated in the MPCRF study are in a range that is well below the inlet concentration of the post-combustion controls used for other pollutants. As discussed in the proposal preamble, Figure 4–16 of the MPCRF study shows the concentration of phenol, an organic HAP, plotted against concentration of CO. CO concentrations ranged from 40 to 140 ppm, at 7-percent oxygen, with phenol concentrations ranging from 0.6 parts per billion (ppb) at 40 ppm CO to 1 ppb at 140-ppm CO with the lowest phenol concentration (0.5 ppb) measured at 95-ppm CO (120-ppm CO at 3-percent oxygen). Concentrations of conventional pollutants (*e.g.,* $NO_X$, $SO_2$, PM) are present at much higher concentrations (ppm or vol% levels as opposed to ppb) at the inlet of their

[32] Organic Atmospheric Pollutants: Polycyclic Hydrocarbons from Coal Atmospheric Fluidised Bed Combustion (AFBC), A.M Mastral, M.S. Callen, R. Murillo, and T. Garcia, Instituto de Carboquimica, 1999.

[33] Surrogacy Testing in the MPCRF, Prepared for U.S. EPA by ARCADIS, March 30, 2011. See Docket ID Item No. EPA–HQ–OAR–2002–0058–3942.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 21 of 496


respective controls devices (*e.g.,* SCR, wet scrubber, fabric filter or ESP).[34] Even mercury—which is a very low concentration pollutant that is not controlled by upstream combustion—is often present in concentrations of approximately 10 ppb at the inlet of the control devices and at a concentrations of approximately 1 ppb at the exit. Fixed-bed activated carbon adsorption units can be sized for controlling VOC-containing streams at concentrations *as low as several ppb* in the case of some toxic chemicals. However, while fixed-bed activated carbon adsorbers can be sized to treat low concentrations (several ppb) of VOC-containing gas streams, they can also introduce considerable pressure drop across the system resulting in additional electricity used by the system fans, which must be appropriately sized to overcome the pressure drop through the carbon beds. Therefore, we maintain that the quantity of organic HAPs being emitted below CO levels of 130 ppm is not susceptible to further control.

Furthermore, we disagree that all organic HAP emissions can be reduced with ACI and note that the commenter is citing a quote from an ACI vendor and not a statement from the EPA, as explained above. The effectiveness of ACI for air pollutant control is related to contact between a sorbent particle and a molecule of pollutant. The higher the concentration of the air pollutant—whether that be mercury or organic HAP—the more effective the pollutant is removed via adsorption to the carbon surface. As the concentration of the pollution decreases, the likelihood of contact between a pollutant molecule and a carbon sorbent particle declines significantly; and the effectiveness is diminished. Similar to the results that were observed for mercury, low inlet concentrations of organic HAP will result in a similar impact on control efficiency using ACI. In fact, none of the best performing organic HAP units are using ACI because those units are more effectively reducing organic HAP through combustion. It also is important to note that combustion devices, such as boilers, are among the best controls available for reducing organic HAP from various industrial processes.

### *F. New Source Definition*

Several commenters requested that the EPA revise its definition of ''new source'' to base the determination of which sources must meet revised new source standards to only those sources that constructed or reconstructed after the EPA's 2020 proposed action for this final rule. The EPA disagrees that this is compelled by the statutory language and believes this final rule reflects a reasonable approach in these particular circumstances.

One commenter refers to the EPA's part 63 General Provisions regulations, which state that ''[a] new affected source for which construction commences after proposal of a relevant standard is subject to relevant standards for new affected sources, including compliance dates.'' 40 CFR 63.5(b)(1). The EPA disagrees that the statutory and regulatory provisions the commenter refers to are relevant here, or that those provisions override the statutory definition of ''new source,'' which is expressly based on the date EPA ''first proposes'' an emissions standard that applies to the source. See also 40 CFR 63.2 (defining ''new source'' in same manner). In fact, the different definition of ''new source'' in section 111 to which the commenter also refers only underscores the fact that Congress specifically defined ''new source'' in section 112 to be based on the ''first'' proposal of an emissions standard, rather than the more general ''proposed regulations'' found in section 111. Similarly, the other provisions the commenter refers to are not dispositive here. First, the General Provisions regulations the commenter refers to address pre-construction review requirements (40 CFR 63.5) and define ''emissions standard'' to mean ''a national standard, limitation, prohibition, or other regulation'' issued under section 112 (40 CFR 63.2). Neither of these provisions addresses the question here—whether the EPA must always re-define new sources when it revises a MACT standard. Similarly, the statutory definition of ''emission standard'' contains nothing that addresses whether the definition of ''new source'' under section 112 changes every time the EPA proposes to revise a MACT standard (CAA section 302(k)).

The EPA agrees that section 112(i)(2) does not address the commenter's request. That provision allows for a longer compliance period for new sources where the EPA's proposed standards are less stringent than the standards in the final rule. The commenter further claims that Congress did not address a situation where the EPA proposes to revise an emissions standard ten years after its first proposal of standards, and notes that this time period is even longer than the periodic review timeframe of 8 years. The commenter also claims that the EPA did not establish the definition of ''new source'' based on the arguably ''first'' proposal of MACT standards in 2003, and that the Agency has therefore conceded that ''first proposes'' can mean a subsequent proposal. The EPA believes its approach in the final rule is a reasonable application of the definition of ''new source'' in this particular circumstance. The MACT standards promulgated in 2004 were vacated by the D.C. Circuit in an opinion in which the court stated that it expected the reissued standards to change significantly based on a fundamental error the EPA made in defining which sources were subject to section 112 emissions standards and which sources were subject to section 129 emissions standards. *NRDC* v. *EPA,* 489 F.3d 1250 (D.C. Cir. 2007). Since the vacatur voided the standards entirely, and restored the status quo ante, there was arguably no proposal remaining after the vacatur. In response to the *NRDC* decision, the EPA undertook an entirely new rulemaking to replace the vacated standards, including an extensive data collection effort and, importantly, a new MACT floor calculation methodology. 76 FR 15608. In that circumstance, it is reasonable to consider the EPA as having ''first proposed'' an emission standard applicable to these sources in the replacement rulemaking.[35] Here, in contrast, the *U.S. Sugar* court upheld the UPL methodology the EPA used to set the MACT floor standards in another part of its opinion.[36] Where the EPA is undertaking an entirely new process to establish ''an emission standard'' applicable to a source, it is reasonable to interpret the definition of ''new source'' as applying based on the date when the EPA ''first proposes'' that new standard. However, where the Agency is simply recalculating emissions standards based on the same data and

---

[34] U.S. EPA. EPA Air Pollution Control Cost Manual. Sixth Edition. January 2002. EPA/452/B–02–001.

[35] The EPA notes that no commenter raised this issue in the 2011 rulemaking which was issued to replace the vacated 2004 standards, and it was not addressed in the record for the rule.

[36] As part of its review of standards affected by *U.S. Sugar,* the EPA also considered the court's prior decision in *NACWA* v. *EPA,* where the court remanded EPA's UPL methodology for further explanation based in part of the ''anomalous result'' the court found based on the UPL calculation for certain new source standards at a level that was less stringent than the UPL calculation for existing source standards. The EPA's subsequent explanation of the UPL methodology was upheld in *U.S. Sugar,* and it is appropriate for the Agency to consider standards where that ''anomalous result'' occurred and correct the calculation in those circumstances. For the new source solid fuel HCl standard, the EPA has done that through the application of its UPL methodology as applied to small data sets. The EPA's ''small data sets'' UPL approach was upheld by the D.C. Circuit in *Sierra Club* v. *EPA,* 895 F.3d 1 (2018).

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 22 of 496


same methodology, it is reasonable to treat the prior standard as EPA's "first proposal" of "an emission standard" for those sources.

One commenter claims that the EPA's proposed revised HCl standard for new source solid fuel units is significantly more stringent than the standard vacated by the *U.S. Sugar* court, and the significant change in stringency demonstrates that the EPA is using a new methodology which represents a "drastic new approach" that sources which constructed or reconstructed after the 2010 proposal could not have foreseen. Contrary to the commenter's assertion, the EPA is not applying a new methodology to revise the standards in this action. Rather, the EPA is simply correcting the error the court identified in how the Agency selected the best performing sources for each subcategory affected by the decision. It is not collecting any additional information or undertaking a wholesale revision of the standards. The fact that one standard became significantly more stringent does not mean the EPA has revised its methodology—it has not. Both the previous standard and the new standard were calculated using the UPL methodology.[37] Moreover, in its grant of rehearing on remedy, the court explained that it was remanding rather than vacating the standards affected by its holding because vacating the standards would remove important environmental protections while the EPA reissued the standards. *U.S. Sugar Corp.* v. *EPA,* 844 F.3d 268 (2016). It would be contrary to the court's purpose in revising its remedy to remand, rather than vacate, the emissions standards for the EPA to use the fact that its original standards were found to be inconsistent with the Act as a way to allow sources to meet less stringent standards.

Some commenters also pointed to other EPA rulemakings under sections 112 and 129 and requested that EPA take the approaches in those actions rather than the proposed approach. The EPA is basing its decision in this action on the facts and circumstances of this rulemaking, consistent with relevant provisions of CAA section 112. In the other actions that the commenters refer to, the circumstances were different and warranted a different approach. For example, the revision of EPA's Hospital/Medical/Infectious Waste Incinerator (HMIWI) standards in 2009 involved the collection of additional emissions information and a wholesale revision of the standards, unlike this action.[38] Further, actions taken to adopt MACT standards in the context of the EPA's risk and technology reviews under sections 112(d)(6) and (f)(2) also generally involve the calculation of new standards based on information that was not previously used in MACT calculations.

Commenters also express concern that the cost of compliance with the revised new source HCl standard for solid fuel units could be significant. One commenter refers to a specific unit constructed in 2016 which the commenter claims will need to add controls in order to meet the revised new source solid fuel HCl standard. The commenter claims that this renders the revised standard a "beyond-the-floor" MACT standard, and the EPA must therefore consider costs before adopting the revised standard. The EPA disagrees. The commenter conflates the two-step MACT standard-setting process in section 112(d)(2) and (d)(3). Under section 112(d)(3), the EPA's MACT standard can be no less stringent than the average emissions limitation achieved by the best performing twelve percent of sources in the subcategory, for existing sources, and the emissions limitation achieved by the best performing similar source, for new sources. It is well-established that, in setting these MACT floor standards, the EPA cannot consider the cost of achieving reductions. *National Lime Ass'n.* v. *EPA,* 233 F.3d 625 (D.C. Cir. 2000) (minimum stringency MACT floor requirements apply without regard to costs). This action addresses the D.C. Circuit's remand of certain MACT floor standards, and it is those floor standards that EPA is recalculating in a manner that is consistent with the court's decision. The fact that one particular recalculated standard may require sources to incur costs to comply does not transform the standard into a "beyond-the-floor" standard, and to do so would ignore the statute's clear directive establishing a minimum level of emissions reductions below which the MACT standard cannot be set, regardless of cost. Moreover, virtually all sources constructed or reconstructed after the 2010 proposal are in fact meeting the revised HCl standard and will therefore not incur any compliance costs.

Finally, contrary to commenters' assertions, the EPA is not applying a new standard retroactively. Every source affected by these revised limits has 3 years to come into compliance with the revised standards following promulgation, regardless of construction date. The commenter does not explain how the revised standard is a retroactive standard, except to state that a source that was constructed in 2016 could not have foreseen that the EPA would subsequently revise standards to make them more stringent. Section 112(a) defines "new source" based on when EPA "first proposes" an emissions standard for a source, and, as explained above, in this particular circumstance it is reasonable to consider EPA's 2010 proposal as the date when the Agency "first proposed" an emissions standard for these sources. In addition, the EPA is revising the standards to respond to the D.C. Circuit's remand in U.S. Sugar, and it was reasonable to assume, once that remand was issued, that revised standards would in some cases be more stringent than the remanded standards.

### *G. Approval for $CO_2$ in Lieu of $O_2$ Monitoring for CO CEMS Compliance Calculations*

The current version of this regulation contains language which details how facilities that seek to monitor $CO_2$ in lieu of oxygen as part of their CEMS used to demonstrate compliance with the CO emission limits in this subpart must have this approach approved as an alternative method before doing so. In the proposed rule, we took comment on replacing the requirement to have approval of an alternative test method with a required methodology to be followed when monitoring $CO_2$ in lieu of oxygen as the diluent for CO which would account for any changes in $CO_2$ emission levels caused by a control device, etc. We further proposed removing several requirements for the continuous monitoring of moisture and flow which we found to be unnecessary.

Commenters supported the proposal to modify the requirement to obtain the Administrator's approval and allow this change to become self-implementing. Commenters further agreed with the EPA's proposal to remove requirements for the continuous monitoring of moisture and flow which were found to be unnecessary.

We are finalizing these provisions as proposed. Some commenters requested that we remove the requirements for continuous monitoring of moisture and flow when $CO_2$ measurements do not require these values for compliance

---

[37] The commenter claims that the solid fuel HCl standard for new sources was not vacated by the *U.S. Sugar* court and therefore EPA is not revising the standard based on that decision, but for other reasons. However, as noted above, as part of its review of standards affected by the *U.S. Sugar* remand on this issue, the EPA also applied its "small data sets" UPL memorandum where appropriate.

[38] The EPA notes that the definition of "new solid waste incineration unit" in section 129(g)(2), which was adopted in the 1990 CAAA, does not contain any reference to EPA's "first" proposal of applicable standards.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 23 of 496


calculations. We believe the revisions accommodate the removal of moisture and flow when a dry $CO_2$ analyzer is used, obviating the need to make any additional changes to the rule language.

## IV. Results and Final Decisions

### *A. What are the resulting changes to emission limits?*

Based on all of the revisions made to address the remand related to ranking and assessing co-fired units in the MACT floor calculations, the changes made for UPL calculations for small datasets, the decisions to propose certain limits as beyond-the-floor limits, and consideration of public comments, we are finalizing revisions to 34 different emission limits. The detailed list of revisions to unit rankings and revised MACT floor calculations are presented in the docketed memorandums, *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source* and *Revised MACT Floor Analysis (2021) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* Of these 34 emission limits, 28 of the limits are more stringent than the corresponding limits in the 2013 final rule. Six of the limits are modestly less stringent, with no more than a 25-percent change from the corresponding limit in the 2013 final rule. The final limits are shown in Table 4, along with corresponding limits from the 2013 final rule.

TABLE 4—SUMMARY OF CHANGES TO EMISSION LIMITS IN THE FINAL ACTION

| Subcategory | Pollutant | 2013 final rule emission limit (lb/MMBtu of heat input or ppm at 3-percent oxygen for CO) | Revised emission limit (lb/MMBtu of heat input or ppm at 3-percent oxygen for CO) |
|---|---|---|---|
| New—Solid | HCl | 2.2E–02 | 2.1E–04 |
| New—Dry Biomass Stoker | TSM | 4.0E–03 | 5.0E–03 |
| New—Biomass Fluidized Bed | CO | 230 | 130 |
| New—Biomass Fluidized Bed | PM (TSM) | 9.8E–03 (8.3E–05) | 4.1E–03 (8.4E–06) |
| New—Biomass Suspension Burner | CO | 2,400 | 220 |
| New—Biomass Suspension Burner | TSM | 6.5E–03 | 8.0E–03 |
| New—Biomass Hybrid Suspension Grate | CO | 1,100 | 180 |
| New—Biomass Dutch Oven/Pile Burner | PM | 3.2E–03 | 2.5E–03 |
| New—Biomass Fuel Cell | PM | 2.0E–02 | 1.1E–02 |
| New—Wet Biomass Stoker | CO | 620 | 590 |
| New—Wet Biomass Stoker | PM | 0.03 | 0.013 |
| New—Liquid | HCl | 4.4E–04 | 1.5E–04 |
| New—Heavy Liquid | PM (TSM) | 1.3E–02 (7.5E–05) | 1.9E–03 (6.4E–06) |
| New—Process Gas | PM | 6.7E–03 | 7.3E–03 |
| Existing—Solid | HCl | 2.2E–02 | 2.0E–02 |
| Existing—Solid | Hg | 5.7E–06 | 5.4E–06 |
| Existing—Coal | PM | 4.0E–02 | 3.9E–02 |
| Existing—Coal Stoker | CO | 160 | 150 |
| Existing—Dry Biomass Stoker | TSM | 4.0E–03 | 5.0E–03 |
| Existing—Wet Biomass Stoker | CO | 1,500 | 1,100 |
| Existing—Wet Biomass Stoker | PM (TSM) | 3.7E–02 (2.4E–04) | 3.4E–02 (2.0E–04) |
| Existing—Biomass Fluidized Bed | CO | 470 | 210 |
| Existing—Biomass Fluidized Bed | PM (TSM) | 1.1E–01 (1.2E–03) | 7.4E–03 (6.4E–05) |
| Existing—Biomass Suspension Burners | PM (TSM) | 5.1E–02 (6.5E–03) | 4.1E–02 (8.0E–03) |
| Existing—Biomass Dutch Oven/Pile Burner | PM | 2.8E–01 | 1.8E–01 |
| Existing—Liquid | Hg | 2.0E–06 | 7.3E–07 |
| Existing—Heavy Liquid | PM | 6.2E–02 | 5.9E–02 |
| Existing—Non-Continental Liquid | PM | 2.7E–01 | 2.2E–01 |
| Existing—Process Gas | PM | 6.7E–03 | 7.3E–03 |

### *B. What compliance dates are we finalizing?*

We are finalizing that facilities have up to 3 years after the effective date of the final rule to comply with the revised emissions limits in this final rule. Before this date, facilities must continue to comply with the rule as it was finalized in 2015. This allowance is being made considering that some facilities may require additional add-on controls or monitoring equipment to be designed, purchased, and installed in order to meet the more stringent emission limits, or to modify the method of compliance based on the changes in emission limits. In addition, units will require lead time to prepare and execute their testing plans to demonstrate compliance with the revised emission limits and to update reports to incorporate the revised emission limits.

### *C. What other actions are we finalizing?*

We proposed a number of technical corrections to correct inadvertent errors that were promulgated in the 2013 and 2015 final rules. Public commenters also noted several additional technical corrections to correct additional errors in the final rule. In addition, we are removing the references to the date of

future final performance specifications for HCl CEMS because PS 18, the Performance Specifications for Gaseous Hydrogen Chloride, and Procedure 6, the Quality Assurance Requirements for Gaseous Hydrogen Chloride (HCl) Continuous Emission Monitoring Systems Used for Compliance Determination at Stationary Sources, were promulgated on July 7, 2017 at 80 FR 38628. The technical corrections we are finalizing are summarized in Table 5.

TABLE 5—FINALIZED TECHNICAL CORRECTIONS TO 40 CFR PART 63, SUBPART DDDDD

| Section of subpart DDDDD | Description of correction |
|---|---|
| 40 CFR 63.7500(a) | Revise this paragraph to remove the comma after "paragraphs (b)." |
| 40 CFR 63.7521(c)(1)(ii) | Revise this paragraph to remove the requirement to collect samples during the test period at 1-hour intervals. |
| 40 CFR 63.7525(l) and 40 CFR 63.7540(a)(15). | Remove the references to a date of a final performance specification for HCl CEMS. |
| 40 CFR 63.7530(b)(4)(iii) | Revise this paragraph to remove the sentence regarding establishing the pH operating limit because establishing the pH operating limit is not required for a PM wet scrubber. |
| 40 CFR 63.7540(a)(9) | Revise this paragraph to clarify that "certify" is intended to apply only to PM CEMS, not PM continuous parameter monitoring systems (CPMS) because PM CPMS do not have a performance specification. |
| 40 CFR 63.7575 | Revise the definition of "Other gas 1 fuel" to clarify that it is the maximum Hg concentration of 40 micrograms/cubic meter of gas. |
| | Add definition of "12-month rolling average" to clarify that the previous 12 months must be consecutive but not necessarily continuous. |
| | Revise paragraph (4) of definition "Steam output" to correct "heaters" to "headers." |
| Table 1 | Revise the output limit in item 8.a to correct for a rounding error, the value is now 4.3E–01 lb per MMBtu instead of 4.2E–01 lb per MMBtu. |
| | Remove footnote "a" from item 12b for the TSM limit for fuel cell units designed to burn biomass/bio-based solids. |
| | Add footnote "a" to item 1a for the solid fuel HCl limit, item 14a for the liquid fuel HCl limit, and item 15b for the light liquid fuel TSM limit. |
| Table 2 | Removed footnote "a" for item 14b for the liquid fuel mercury emission limit and 16b for light liquid PM emission limit. |
| Table 7 | Revise footnote "b" to clarify that when multiple performance tests are conducted, the maximum operating load is the lower of the maximum values established during the performance tests. |
| Table 8 | Revise item 8.d to clarify that the correct equations to use are Equations 15 and Equations 16, 17, and/or 18 in 40 CFR 63.7530. |
| Table 14 | Remove footnote "a" from item 12b for the TSM limit for fuel cell units designed to burn biomass/bio-based solids. |
| | Add footnote "a" to item 15b for the light liquid fuel TSM limit. |
| Table 15 | Removed footnote "a" for item 14b for the liquid fuel mercury emission limit and 16b for light liquid PM emission limit. |

## V. Summary of Cost, Environmental, and Economic Impacts

### *A. What are the affected sources?*

According to CEDRI data through December 31, 2020, there are 577 boilers and process heaters, of which 485 remain operational and belong in one of the subcategories that are subject to numeric emission limits.[39] This count excludes any boilers that are no longer operational, boilers that have refueled and switched to the natural gas subcategory and are, therefore, no longer impacted by changes to emission limits, or boilers that are classified as small or limited use. Of these units, we estimate that 54 units (individual boilers or process heaters) will incur cost or emissions impacts due to these final amendments. In addition, the EPA estimates that an additional six biomass boilers or process heaters will be constructed and subject to the revised emission limits over the next 8 years.

### *B. What are the air quality impacts?*

Table 6 of this preamble shows the incremental emissions reductions that we estimate these final amendments will achieve. The reductions are incremental to the reductions accounted for in the 2013 final rule. Nationwide emissions of selected HAP (*i.e.,* HCl, hydrogen fluoride, Hg, and metals) would be reduced by an additional 117 tpy as compared to the estimates in the 2013 final rule. This increase is due mainly to changes to certain emission limits that are anticipated to achieve additional reductions. We estimate the final amendments will result in an additional 110 tpy of reductions in HCl emissions. We estimate that the final amendments will have a modest effect on Hg, with an estimated additional reduction of 7.5 lbs per year. Emissions of filterable PM are estimated to decrease by 586 tpy, of which 446 tpy is $PM_{2.5}$, due to this final action. Emissions of non-Hg metals (*i.e.,* arsenic, beryllium, cadmium, chromium, lead, manganese, nickel, and selenium) are estimated to decrease by 4.1 tpy. Estimates of reductions in antimony and cobalt were not quantified and are expected to be small. In addition, the final amendments are estimated to result in 1,141 tpy of reductions in $SO_2$ emissions. A discussion of the methodology used to estimate emissions, emissions reductions, and incremental emission reductions is presented in the memorandum, *Revised (2021) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

[39] EPA notes that it considered compliance information from CEDRI for the purpose of evaluating costs and impacts of this action, in order to ensure that the actual costs of compliance are accurately reflected. For the reasons explained elsewhere, the Agency did not consider emissions data in CEDRI to recalculate the MACT floor standards affected by the D.C. Circuit remand in *U.S. Sugar.* The MACT "floor" is the minimum control level allowed for MACT standards promulgated under CAA section 112(d)(3) and may not be based on cost considerations.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 25 of 496


TABLE 6—SUMMARY OF TOTAL EMISSIONS REDUCTIONS FOR THE FINAL RULE

[Tons per year]

| Source | Subcategory | HCl | PM | Non-Hg metals [1] | Hg |
|---|---|---|---|---|---|
| Exiting Units | Coal | 44.1 | 54.4 | 0.12 | 2.12E–03 |
| | Biomass | 13.6 | 521 | 3.8 | 1.65E–03 |
| New Units | Biomass | 52.3 | 9.9 | 0.14 | 0 |

[1] Arsenic, beryllium, cadmium, chromium, lead, manganese, nickel, and selenium.

*C. What are the cost impacts?*

We estimated the total capital costs of the final amendments to be about $201 million and the total annualized costs to be about $49.6 million in 2016 dollars. The total capital and annual costs include costs for control devices, testing, and monitoring associated with the changes to the emission limits. These costs are incremental to the costs presented in the 2013 final rule in the sense that they show where units with compliance data must install add-on controls or modify compliance strategies in order to meet the more stringent limits in this final action. Table 7 shows the total capital and annual cost impacts of the final rule for each subcategory. The cost methodology and results are documented in the memorandum, *Revised (2021) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

TABLE 7—SUMMARY OF TOTAL CAPITAL AND ANNUAL COSTS FOR AFFECTED NEW AND EXISTING SOURCES FOR THE FINAL RULE

| Source | Subcategory | Estimated number of affected units incurring a cost | Capital costs (millions 2016$) | Testing and monitoring annualized costs (millions 2016$/yr) | Annualized cost (millions 2016$/yr) |
|---|---|---|---|---|---|
| Existing Units | Coal | 5 | 8.0 | 0.057 | 2.1 |
| | Biomass | 33 | 149.5 | 0.511 | 35.1 |
| New Units | Biomass | 11 | 43.3 | 0.043 | 12.3 |

Another way to present compliance costs is the present value (PV). A PV is an estimate of costs that is a discounted stream of the annualized costs for the final action calculated for the present day. The PV in 2016 of the costs is $265 million at a discount rate of 7 percent and $315 million at a discount rate of 3 percent. Calculated as an EAV, which is consistent with the PV of costs in 2016, the costs are $44 million at a discount rate of 7 percent and $45 million at a discount rate of 3 percent. These estimates are also in 2016 dollars. More information on the PV and EAV estimates can be found in the RIA for this final action which is available in the docket.

*D. What are the secondary impacts?*

The EPA estimated the additional water usage that would result from installing wet scrubbers to meet the amended emission limits for HCl would be 0.75 million gallons per year for new and existing sources compared to the 2013 baseline. In addition to the increased water usage, an additional 0.29 million gallons per year of wastewater will be produced for new and existing sources. The annual costs of treating the additional wastewater are approximately $1,920. These additional costs are accounted for in the control cost estimates.

The EPA estimated the additional solid waste that would result due to the final amendments to be 1,540 tpy for new and existing sources. Solid waste is generated from flyash and dust captured in fabric filters and electrostatic precipitators (ESP) installed for PM and Hg controls as well as from spent materials from wet scrubbers and sorbent injection systems installed for additional HCl controls. The costs of handling the additional solid waste generated are approximately $73,900. These costs are also accounted for in the control costs estimates.

The EPA estimated the final amendments would result in an increase of about 74.4 million kilowatts per year in national energy usage from the electricity required to operate control devices, such as wet scrubbers, ESPs, and fabric filters which are expected to be installed to meet the revised emission limits. This energy requirement is estimated to result in an increase of approximately 32,910 tpy $CO_2$ based on emissions related to additional energy consumption.

A discussion of the methodology used to estimate impacts is presented in the *Revised (2021) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

*E. What are the economic impacts?*

The EPA conducted an economic impact analysis for this final rule, as detailed in the *Regulatory Impact Analysis for the ICI Boilers NESHAP Final Amendments,* which is available in the docket for this action. The economic impacts are calculated as the percentage of total annualized costs incurred by affected parent owners to their annual revenues. This ratio of total annualized costs to annual revenues provides a measure of the direct economic impact to parent owners of affected facilities while presuming no passthrough of costs to consumers of output produced by these facilities. Of 30 parent owners affected by this final rule, two of them will incur total annualized costs of 1 percent or greater of their revenues. The median total annualized cost of sales for affected parent owners is less than 0.01 percent. While two parent owners may experience substantial economic impacts as a result of complying with

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 26 of 496


this final rule, neither one is a small business according to Small Business Administration (SBA) guidelines. Overall, based on these estimated impacts, we can conclude that the economic impacts are relatively low for the affected entities and the multiple affected industries, and consumers of affected output should experience relatively low price changes.

*F. What are the benefits?*

There are no monetized benefits from the HAP emissions reductions directly regulated under this action due to lack of necessary input data. However, the EPA reports the estimated impact on health benefits from changes in $PM_{2.5}$ and $SO_2$ emissions that occur as a result of this final rule. The estimated health benefits are the monetized value of the human health benefits among populations exposed to changes in $PM_{2.5}$. This rule is expected to alter the emissions of $PM_{2.5}$ (and $SO_2$). Due to the small change in emissions expected, we used the ''benefit per ton'' (BPT) approach to estimate the benefits of this rulemaking. The EPA has applied this approach in several previous RIAs [40] in which the economic value of human health impacts is derived at the national level based on previously established source-receptor relationships from photochemical air quality modeling.[41] These BPT estimates provide the total monetized human health benefits (the sum of PM-attributable premature deaths and premature morbidity) of reducing 1 ton of $PM_{2.5}$ (or $PM_{2.5}$ precursor such as $SO_2$) from a specified source. Since proposal of this rule, the EPA has updated its BPT estimates to include state level estimates specifically for the Industrial Boiler sector. The method used to derive these estimates is described in the *Technical Support Document on Estimating the Benefit per Ton of Reducing Directly-Emitted $PM_{2.5,}$ $PM_{2.5}$ Precursors and Ozone Precursors from 21 Sectors and its precursors from 21 sectors.*[42] One limitation of using the BPT approach is an inability to provide estimates of the health benefits associated with exposure to HAP (HCl, for example), CO, or nitrogen dioxide. The photochemical modeled emissions of the industrial point source sector-attributable $PM_{2.5}$ concentrations used to derive the BPT values may not match the change in air quality resulting from the emissions controls.

Specifically, all national-average BPT estimates reflect the geographic distribution of the modeled emissions, which may not exactly match the emission reductions that would occur due to rulemaking, and they may not reflect local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors for any specific location. The new BPT estimates developed for the Industrial Boiler sector in 2021 developed state-level estimates that addressed some of the limitations of the national analysis. Given the use of state level, sector specific air quality modeling and the small changes in emissions considered in this rulemaking, the difference in the quantified health benefits that result from the BPT approach compared with those obtained using a full-form air quality model should be minimal.

Table 8 summarizes the monetized PM related health benefits per ton in the states where units with emission reductions are located, using discount rates of 3 percent and 7 percent. Table 9 summarizes the monetized $SO_2$-related health benefits per ton of reducing precursor pollutant emissions in the states where units with emission reductions are located, using discount rates of 3 and 7 percent.

TABLE 8—ESTIMATED $PM_{2.5}$-RELATED BENEFITS PER TON OF FINAL RULE

| State | Benefit per ton low (3% discount rate) | Benefit per ton low (7% discount rate) | Benefit per ton high (3% discount rate) | Benefit per ton high (7% discount rate) |
|---|---|---|---|---|
| CA | $503,000 | $452,000 | $510,000 | $459,000 |
| FL | 140,000 | 126,000 | 141,000 | 127,000 |
| GA | 151,000 | 136,000 | 156,000 | 141,000 |
| LA | 117,000 | 105,000 | 123,000 | 110,000 |
| ME | 48,200 | 43,400 | 50,500 | 45,500 |
| MI | 259,000 | 233,000 | 262,000 | 236,000 |
| NC | 171,000 | 154,000 | 173,000 | 156,000 |
| OK | 103,000 | 92,600 | 106,000 | 95,8000 |
| TN | 227,000 | 204,000 | 235,000 | 212,000 |
| WI | 148,000 | 133,000 | 156,000 | 140,000 |

TABLE 9—ESTIMATED $SO_2$-RELATED BENEFITS PER TON OF FINAL RULE

| State | Benefit per ton low (3% discount rate) | Benefit per ton low (7% discount rate) | Benefit per ton high (3% discount rate) | Benefit per ton high (7% discount rate) |
|---|---|---|---|---|
| AL | $50,600 | $45,500 | $52,100 | $46,900 |
| AR | 42,300 | 38,100 | 43,000 | 38,700 |
| FL | 45,600 | 41,000 | 46,400 | 41,800 |
| IL | 54,800 | 49,300 | 55,300 | 51,300 |
| MI | 56,000 | 50,300 | 57,000 | 49,800 |

[40] U.S. EPA. Regulatory Impact Analysis for the Federal Implementation Plans to Reduce Interstate Transport of Fine Particulate Matter and Ozone in 27 States; Correction of SIP Approvals for 22 States. June 2011; Regulatory Impact Analysis for the Final Mercury and Air Toxics Standards, December 2011; and Regulatory Impact Analysis for the Particulate Matter National Ambient Air Quality Standards; December 2012.

[41] Fann N, Fulcher CM, Hubbell BJ. The influence of location, source, and emission type in estimates of the human health benefits of reducing a ton of air pollution. Air Qual Atmos Health. 2009;2(3):169–176. doi:10.1007/s11869–009–0044–0.

[42] U.S. EPA. 2021. Technical Support Document (BPT TSD) on Estimating the Benefit per Ton of Reducing Directly-Emitted $PM_{2.5,}$ $PM_{2.5}$ Precursors and Ozone Precursors from 21 Sectors and its precursors from 21 sectors. Technical Support Document. Available at: *https://www.epa.gov/benmap/reduced-form-tools-calculating-pm25-benefits.*

TABLE 9—ESTIMATED $SO_2$-RELATED BENEFITS PER TON OF FINAL RULE—Continued

| State | Benefit per ton low (3% discount rate) | Benefit per ton low (7% discount rate) | Benefit per ton high (3% discount rate) | Benefit per ton high (7% discount rate) |
|---|---|---|---|---|
| NC | 45,300 | 40,700 | 45,600 | 41,000 |
| TX | 14,900 | 13,400 | 15,100 | 13,600 |
| VA | 53,400 | 48,100 | 54,100 | 48,700 |
| WA | 20,300 | 18,300 | 20,800 | 18,700 |

TABLE 10—ANNUAL EMISSIONS REDUCTIONS OF $PM_{2.5}$ AND $SO_2$ BY STATE

| State | Emission reductions (tons) | |
|---|---|---|
| | $PM_{2.5}$ | $SO_2$ |
| AL | | 26 |
| AR | | <0.1 |
| CA | 33 | |
| FL | 17 | 557 |
| GA | 10 | |
| IL | | 306 |
| LA | 27 | |
| ME | 5 | |
| MI | 4 | 41 |
| NC | 2 | 179 |
| OK | 257 | |
| TN | 40 | |
| TX | | 1 |
| VA | | 31 |
| WA | | 2 |
| WI | 51 | |

Table 10 above provides the annual emissions reductions of $PM_{2.5}$ and $SO_2$ by state. Table 11 summarizes the range of estimated benefits of these annual emission reductions by pollutant for the two benefit per ton estimates at discount rates of 3 percent and 7 percent.

TABLE 11—ESTIMATED $PM_{2.5}$ AND $SO_2$-RELATED ANNUAL HEALTH BENEFITS OF FINAL RULE

[Millions of 2016$]

| Pollutant | Benefits low (3% discount rate) | Benefits low (7% discount rate) | Benefits high (3% discount rate) | Benefits high (7% discount rate) |
|---|---|---|---|---|
| $PM_{2.5}$ | $68 | $62 | $68 | $62 |
| $SO_2$ | 55 | 50 | 56 | 51 |
| Total | 123 | 112 | 124 | 113 |

There are also climate disbenefits from the increase in $CO_2$ emissions that result from the increase in national energy use from control device operation. We estimate the social disbenefits of $CO_2$ emission increases expected from this final rule using the SC–$CO_2$ estimates presented in the *Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates under Executive Order 13990.*[43] We have evaluated the SC–$CO_2$ estimates in the February 2021 TSD and have determined that these estimates are appropriate for use in estimating the social value of $CO_2$ emission changes expected from this final rule as part of fulfilling analytical guidance with respect to E.O. 12866. These SC–$CO_2$ estimates are interim values developed for use in benefit-cost analyses until an improved estimate of the impacts of climate change can be developed based on the best available science and economics.

Table 12 shows the estimated monetary value of the estimated changes in $CO_2$ emissions expected to occur for the final rule. For 2022–2024, no changes in $CO_2$ emissions occur since the control technologies included in the cost analysis mentioned in the Cost Methodology memo for the final rule are not expected to begin operation until 3 years after the effective date of the final rule, or 2025. Hence, there are no climate disbenefits for these 3 years. In 2025, the EPA estimated the dollar value of the $CO_2$-related effects by applying the SC–$CO_2$ estimates, included in the RIA's benefits chapter, to the estimated changes in $CO_2$

[43] Interagency Working Group on Social Cost of Greenhouse Gases (IWG). 2021. Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates under Executive Order 13990. February. United States Government. Available at: *https://www.whitehouse.gov/briefing-room/blog/2021/02/26/a-return-to-science-evidence-based-estimates-of-the-benefits-of-reducing-climate-pollution/.*

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 28 of 496


emissions in the corresponding year under the final rule.[44] The EPA calculated the present value and annualized benefits from the perspective of 2020 by discounting each year-specific value to the year 2020 using the same discount rate used to calculate the SC–$CO_2$.[45]

TABLE 12—ESTIMATED CLIMATE DISBENEFITS FROM CHANGES IN $CO_2$ EMISSIONS FOR 2025

[Millions of 2016$] [a]

| | Discount rate and statistic | | | | |
|---|---|---|---|---|---|
| | Year | 5% average | 3% average | 2.5% average | 3% 95th percentile |
| Final Rule | 2025 | 0.5 | 1.7 | 2.5 | 5.2 |

[a] Climate disbenefits are based on changes (reductions) in $CO_2$ emissions and are calculated using four different estimates of the social cost of carbon (SC–$CO_2$) (model average at 2.5 percent, 3 percent, and 5 percent discount rates; 95th percentile at 3 percent discount rate). We emphasize the importance and value of considering the disbenefits calculated using all four SC–$CO_2$ estimates. As discussed in the Technical Support Document: Social Cost of Carbon, Methane, and Nitrous Oxide Interim Estimates under Executive Order 13990, a consideration of climate benefits calculated using discount rates below 3 percent, including 2 percent and lower, are also warranted when discounting intergenerational impacts.

The climate disbenefits associated with the additional 32,910 short tons (or 29,855 metric tons) per year of $CO_2$ emissions generated as a result of the requirements of this final rule are therefore $1.7 million at a 3 percent discount rate, and range from $0.5 million at a 2.5 percent discount rate to $5.2 million at a 3 percent discount rate (95th percentile), all in 2016 dollars.[46] These disbenefits are estimated for 2025, the year of full implementation of this final rule (3 years after the effective date) using the interim social cost of carbon (SC–$CO_2$) for 2025 as shown in Table 12 to be consistent with the year for the $PM_{2.5}$ and $SO_2$ BPTs applied to generate those monetized benefits presented earlier in section V.F.[47]

These disbenefits are included in the estimates of benefits and net benefits for this final rule. The benefit analysis for this final rule, which includes PV and EAV estimates for the benefits and net benefits, is detailed in the *Regulatory Impact Analysis for the ICI Boilers and Process Heaters NESHAP Final Amendments,* which is available in the docket for this action.

*G. What analysis of environmental justice did we conduct?*

Executive Order 12898 directs the EPA to identify the populations of concern who are most likely to experience unequal burdens from environmental harms; specifically, minority populations, low-income populations, and indigenous peoples (59 FR 7629, February 16, 1994). Additionally, Executive Order 13985 was signed to advance racial equity and support underserved communities through Federal government actions (86 FR 7009, January 20, 2021). The EPA defines environmental justice (EJ) as the fair treatment and meaningful involvement of all people regardless of race, color, national origin, or income with respect to the development, implementation, and enforcement of environmental laws, regulations, and policies. The EPA further defines the term fair treatment to mean that ''no group of people should bear a disproportionate burden of environmental harms and risks, including those resulting from the negative environmental consequences of industrial, governmental, and commercial operations or programs and policies'' (*https://www.epa.gov/environmentaljustice*). In recognizing that minority and low-income

[44] $CO_2$ emissions increases above the baseline as a result of the modeled policy are first expected in 2025, as control technologies applied in response to the final rule first begin operation in that year, and those emissions increase remain at that level afterwards, according to the cost analysis for this rule.

[45] According to OMB's Circular A–4, an ''analysis should focus on benefits and costs that accrue to citizens and residents of the United States'', and international effects should be reported separately. Circular A–4 also reminds analysts that ''[d]ifferent regulations may call for different emphases in the analysis, depending on the nature and complexity of the regulatory issues.'' To correctly assess the total climate damages to U.S. citizens and residents, an analysis must account for all the ways climate impacts affect the welfare of U.S. citizens and residents, how U.S. GHG mitigation activities affect mitigation activities by other countries, and spillover effects from climate action elsewhere. The SC–$CO_2$ estimates used in regulatory analysis under revoked E.O. 13783, including in the RIA for the proposed rule, were an approximation of some of the U.S.-specific climate damages from GHG emissions (*e.g.,* $7/mt$CO_2$ (2016 dollars) using a 3% discount rate for emissions occurring in 2025). Applying the same estimate (based on a 3% discount rate) to the $CO_2$ emissions expected under the final rule would yield disbenefits from climate impacts of $0.2 million (2016 dollars) in 2025. However, as discussed at length in the February 2021 TSD, these estimates are an underestimate of the damages of $CO_2$ emissions accruing to U.S. citizens and residents, as well as being subject to a considerable degree of uncertainty due to the manner in which they are derived. In particular, the estimates developed under revoked E.O. 13783 did not capture significant regional interactions, spillovers, and other effects and so are incomplete underestimates. As the U.S. Government Accountability Office (GAO) concluded in a June 2020 report examining the SC–GHG estimates developed under E.O. 13783, the models ''were not premised or calibrated to provide estimates of the social cost of carbon based on domestic damages''. U.S. Government Accountability Office (GAO). 2020. Social Cost of Carbon: Identifying a Federal Entity to Address the National Academies' Recommendations Could Strengthen Regulatory Analysis. GAO–20–254. Further, the report noted that the National Academies found that country-specific social costs of carbon estimates were ''limited by existing methodologies, which focus primarily on global estimates and do not model all relevant interactions among regions''. It is also important to note that the SC–GHG estimates developed under E.O. 13783 were never peer reviewed, and when their use in a specific regulatory action was challenged, the U.S. District Court for the Northern District of California determined that use of those values had been ''soundly rejected by economists as improper and unsupported by science,'' and that the values themselves omitted key damages to U.S. citizens and residents including to supply chains, U.S. assets and companies, and geopolitical security. The Court found that by omitting such impacts, those estimates ''fail[ed] to consider . . . important aspect[s] of the problem'' and departed from the ''best science available'' as reflected in the global estimates. *California* v. *Bernhardt,* 472 F. Supp. 3d 573, 613–14 (N.D. Cal. 2020). The EPA continues to center attention in this regulatory analysis on the global measures of the SC–GHG as the appropriate estimates and as necessary for all countries to use to achieve an efficient allocation of resources for emissions reduction on a global basis, and so benefit the U.S. and its citizens.

[46] In order to calculate these values, it is necessary to convert tons (short) of emissions to metric tons. These values may be converted to $/short ton using the conversion factor 0.90718474 metric tons per short ton for application to the short ton $CO_2$ emissions impacts provided in this rulemaking. Hence, 32,910 short tons of emissions become 29,855 metric tons (tonnes) of emissions.

[47] These SC–$CO_2$ values are stated in $/metric ton $CO_2$ and rounded to the nearest dollar. Such a conversion does not change the underlying methodology, nor does it change the meaning of the SC–$CO_2$ estimates. For both metric and short tons denominated SC–$CO_2$ estimates, the estimates vary depending on the year of $CO_2$ emissions and are defined in real terms, *i.e.,* adjusted for inflation using the Gross Domestic Product (GDP) implicit price deflator.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 29 of 496


populations often bear an unequal burden of environmental harms and risks, the EPA continues to consider ways of protecting them from adverse public health and environmental effects of air pollution.

To examine the potential for any EJ issues that might be associated with the source category, we performed a demographic analysis, which is an assessment of individual demographic groups of the populations living within 5 kilometers (km) and within 50 km of facilities with affected sources.[48] The EPA then compared the data from this analysis to the national average for each of the demographic groups.

The results of the demographic analysis indicate that, for populations within 5 km of the facilities in the source category, the percent minority population (being the total population minus the white population) is smaller than the national average (36 percent versus 40 percent). Within minorities, the percent of the population that is African American, Other and Multiracial, and Native American are similar to the national averages. The percent of the population that is Hispanic or Latino is below the national average (14 percent versus 19 percent). The percent of people living below the poverty level was higher than the national average (18 percent versus 13 percent). The percent of people living in linguistic isolation was less than the national average. The results of the analysis of populations within 50 km of the facilities in the source category were similar to the 5 km analysis, with the exception of the percent of the population living below the poverty level and the percent of the population over 25 without a high school diploma, which were closer to the national averages.

The EPA believes the human health or environmental risk addressed by this action will not have potential disproportionately high and adverse human health or environmental effects on minority, low-income, or indigenous populations, as specified in Executive Order 12898 (59 FR 7629, February 16, 1994). Nationwide emissions of selected HAP (*i.e.,* HCl, hydrogen fluoride, Hg, and metals) would be reduced by an additional 117 tpy as compared to the estimates in the 2013 final rule. We estimate the final amendments will result in an additional 110 tpy of reductions in HCl emissions, and 7.5 lbs per year of Hg. Emissions of filterable PM are estimated to decrease by 586 tpy, of which 446 tpy is $PM_{2.5}$. Emissions of non-Hg metals (*i.e.,* arsenic, beryllium, cadmium, chromium, lead, manganese, nickel, and selenium) are estimated to decrease by 4.1 tpy. In addition, the final amendments are estimated to result in 1,141 tpy of reductions in $SO_2$ emissions. A breakdown of emissions reductions by facility is presented in Appendix C of the memorandum, *Revised (2021) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action. This final rule increases the level of environmental protection for all affected populations, without having any disproportionately high and adverse human health or environmental effects on any population, including any minority, low-income, or indigenous populations.

A summary of the proximity demographic assessment performed for Industrial, Commercial, and Institutional Boilers and Process Heaters facilities is included as Table 13. The methodology and the results of the demographic analysis are presented in a technical report, *Analysis of Demographic Factors for Populations Living Near Industrial, Commercial, and Institutional Boilers and Process Heaters,* available in this docket for this action (Docket ID EPA–HQ–OAR–2002–0058).

TABLE 13—PROXIMITY DEMOGRAPHIC ASSESSMENT RESULTS

| Demographic group | Nationwide | Population within 50 km of 40 facilities | Population within 5 km of 40 facilities |
|---|---|---|---|
| Total Population | 328,016,242 | 14,889,295 | 635,825 |
| | White and Minority by Percent | | |
| White | 60% | 65% | 64% |
| Minority | 40% | 35% | 36% |
| | Minority by Percent | | |
| African American | 12% | 14% | 13% |
| Native American | 0.7% | 0.5% | 0.8% |
| Hispanic or Latino (includes white and nonwhite) | 19% | 13% | 14% |
| Other and Multiracial | 8% | 7% | 8% |
| | Income by Percent | | |
| Below Poverty Level | 13% | 14% | 18% |
| Above Poverty Level | 87% | 86% | 82% |
| | Education by Percent | | |
| Over 25 and without a High School Diploma | 12% | 12% | 14% |
| Over 25 and with a High School Diploma | 88% | 88% | 86% |
| | Linguistically Isolated by Percent | | |

[48] Note that many facilities have more than one affected boiler or process heater.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 30 of 496


TABLE 13—PROXIMITY DEMOGRAPHIC ASSESSMENT RESULTS—Continued

| Demographic group | Nationwide | Population within 50 km of 40 facilities | Population within 5 km of 40 facilities |
|---|---|---|---|
| Linguistically Isolated | 5% | 3% | 4% |

**Notes:**
• The nationwide population count and all demographic percentages are based on the Census' 2015–2019 American Community Survey five-year block group averages and include Puerto Rico. Demographic percentages based on different averages may differ. The total population counts within 5 km and 50 km of all facilities are based on the 2010 Decennial Census block populations.
• Minority population is the total population minus the white population.
• To avoid double counting, the ''Hispanic or Latino'' category is treated as a distinct demographic category for these analyses. A person is identified as one of five racial/ethnic categories above: White, African American, Native American, Other and Multiracial, or Hispanic/Latino. A person who identifies as Hispanic or Latino is counted as Hispanic/Latino for this analysis, regardless of what race this person may have also identified as in the Census.

## VI. Statutory and Executive Order Reviews

Additional information about these statutes and Executive Orders can be found at *https://www.epa.gov/laws-regulations/laws-and-executive-orders.*

### *A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review*

This action is an economically significant regulatory action that was submitted to OMB for review. Any changes made in response to OMB recommendations have been documented in the docket. The RIA contains the estimated costs, benefits, and other impacts associated with this action, and it is available in the docket.

### *B. Paperwork Reduction Act (PRA)*

The new information collection activities in this rule have been submitted for approval to OMB under the PRA. The Information Collection Request (ICR) document that the EPA prepared has been assigned EPA ICR number 2028.12. OMB Control Number 2060–0551. You can find a copy of the ICR in the docket for this rule, and it is briefly summarized here.

The information requirements are based on notification, recordkeeping, and reporting requirements in the NESHAP General Provisions (40 CFR part 63, subpart A), which are mandatory for all operators subject to national emission standards. These recordkeeping and reporting requirements are specifically authorized by section 114 of the CAA (42 U.S.C. 7414). All information submitted to the EPA pursuant to the recordkeeping and reporting requirements for which a claim of confidentiality is made is safeguarded according to agency policies set forth in 40 CFR part 2, subpart B.

The final amendments changed several emission limits as part of the EPA's response to the remand granted on December 23, 2016, by the D.C. Circuit. The changes resulted in more stringent emission limits in some cases, which is expected to require additional recordkeeping and reporting burden. This increase is a result of additional monitoring and control devices anticipated to be installed to comply with the more stringent emission limits in the amendments. With additional control devices, comes additional control device parametric monitoring, or in the case of CO, continuous emissions monitoring, and the associated records of that monitoring that must be maintained on-site and reported. Over the next 3 years, approximately 34 respondents operating existing large solid fuel-fired boilers and 5 respondents operating new solid fuel-fired boilers will be impacted by the new requirements under the standard as a result of these amendments. In addition to the costs to install and maintain records of additional monitoring equipment, the ICR details other additional recordkeeping and reporting burden changing records associated with adjusting operating parameter limit values, modifying monitoring plans, and familiarizing themselves with the changes in the final amendments.

*Respondents/affected entities:* Owners or operators of ICI boilers and process heaters.

*Respondent's obligation to respond:* Mandatory, 40 CFR part 63.

*Estimated number of respondents:* 39.

*Frequency of response:* Semi-annual, annual, periodic.

*Total estimated burden:* 1,553 hours (per year). Burden is defined at 5 CFR 1320.3(b).

*Total estimated cost:* $1,130,000 (per year), includes $949,000 annualized capital or operation and maintenance costs.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control numbers for the EPA's regulations in 40 CFR are listed in 40 CFR part 9.

### *C. Regulatory Flexibility Act (RFA)*

I certify that this action will not have a significant economic impact on a substantial number of small entities under the RFA. Of the 30 entities (ultimate parent entities, all but two being in the private sector) determined to be impacted by this action, two are small entities. Of these two small entities, none is expected to incur any costs as a result of compliance with this action. More information on these small entity impacts is available in the RIA.

### *D. Unfunded Mandates Reform Act (UMRA)*

This action contains a Federal mandate under UMRA, 2 U.S.C. 1531–1538, that may result in expenditures of $100 million or more for state, local, and tribal governments, in the aggregate, or the private sector in any one year. Accordingly, the EPA has prepared a written statement required under section 202 of UMRA. The statement is included in the RIA for this final rule that is in the docket for this action. This action is not subject to the requirements of section 203 of UMRA because it contains no regulatory requirements that might significantly or uniquely affect small governments.

### *E. Executive Order 13132: Federalism*

This action does not have federalism implications. It will not have substantial direct effects on the states, on the relationship between the national government and the states, or on the distribution of power and responsibilities among the various levels of government.

### *F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments*

This action does not have tribal implications as specified in Executive

Order 13175. It will not have substantial direct effects on tribal governments, on the relationship between the federal government and Indian tribes, or on the distribution of power and responsibilities between the federal government and Indian tribes, as specified in Executive Order 13175. Thus, Executive Order 13175 does not apply to this action.

*G. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks*

This action is not subject to Executive Order 13045 because the EPA does not believe the environmental health risks or safety risks addressed by this action present a disproportionate risk to children. This action's health and risk assessments are contained in the RIA.

*H. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use*

This action is not a ''significant energy action'' because it is not likely to have a significant adverse effect on the supply, distribution or use of energy. The energy impacts estimated for this action increased only slightly the energy impacts estimated for the March 21, 2011, final rule which was concluded not to be a significant regulatory action under Executive Order 13211. Therefore, we conclude that this final rule is not likely to have a significant adverse effect on the supply, distribution, or use of energy.

*I. National Technology Transfer and Advancement Act (NTTAA) and 1 CFR Part 51*

This action does not involve any new technical standards from those contained in the March 21, 2011, final rule. Therefore, the EPA did not consider the use of any voluntary consensus standards. See 76 FR 15660–15662 for the NTTAA discussion in the March 21, 2011, final rule. The EPA is, however, formalizing the incorporation of one technical standard that was already incorporated in 40 CFR 63.14 as well as in several existing tables in 40 CFR part 63, subpart DDDDD. This standard is ASTM D6784–02 (Reapproved 2008), Standard Test Method for Elemental, Oxidized, Particle-Bound and Total Mercury in Flue Gas Generated from Coal-Fired Stationary Sources (Ontario Hydro Method). This method, which describes the measurement of particle-bound, oxidized, elemental, and total mercury in stationary-source flue gases provides data that can be used for emissions assessments and reporting as well as the certification of continuous mercury monitoring systems. It describes equipment and procedures for obtaining samples of mercury from effluent ducts and stacks, for laboratory analysis, and for calculating results. It is applicable for sampling elemental, oxidized, and particle-bound mercury in flue gases of coal-fired stationary sources. It may not be suitable at all measurement locations, particularly those with high particulate loadings. Method applicability is limited to flue gas stream temperatures within the thermal stability range of the sampling probe and filter components. The standard is available to the public for free viewing online in the Reading Room section on ASTM's website at *https://www.astm.org/READINGLIBRARY/*. Hardcopies and printable versions are also available for purchase from ASTM. Additional information can be found at *https://www.astm.org/products-services/standards-and-publications.html*.

*J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations*

The EPA believes that this action does not have disproportionately high and adverse human health or environmental effects on minority populations, low-income populations, and/or indigenous peoples, as specified in Executive Order 12898 (59 FR 7629, February 16, 1994). The documentation for this decision is contained in a technical report, *Analysis of Demographic Factors for Populations Living Near Industrial, Commercial, and Institutional Boilers and Process Heaters,* available in this docket for this action (Docket ID EPA–HQ–OAR–2002–0058).

*K. Congressional Review Act (CRA)*

This action is subject to the CRA, and the EPA will submit a rule report to each House of the Congress and to the Comptroller General of the United States. This action is a ''major rule'' as defined by U.S.C. 804(2).

**List of Subjects in 40 CFR Part 63**

Environmental protection, Air pollution control, Hazardous substances, Incorporation by reference, Reporting and recordkeeping requirements.

**Michael S. Regan,**

*Administrator.*

For the reasons stated in the preamble, 40 CFR part 63 is amended as follows:

## PART 63—NATIONAL EMISSION STANDARDS FOR HAZARDOUS AIR POLLUTANTS FOR SOURCE CATEGORIES

■ 1. The authority citation for part 63 continuous to read as follows:

**Authority:** 42 U.S.C. 7401 *et seq.*

## Subpart A—General Provisions

■ 2. Section 63.14 is amended by revising paragraph (h)(103) to read as follows:

**§ 63.14 Incorporations by reference.**

* * * * *

(h) * * *

(103) ASTM D6784–02 (Reapproved 2008), Standard Test Method for Elemental, Oxidized, Particle-Bound and Total Mercury in Flue Gas Generated from Coal-Fired Stationary Sources (Ontario Hydro Method), Approved April 1, 2008; IBR approved for §§ 63.2465(d); 63.11646(a); and 63.11647(a) and (d); and tables 1, 2, 5, 11, 12t, 13, 14, and 15 to subpart DDDDD; tables 4 and 5 to subpart JJJJJ; tables 4 and 6 to subpart KKKKK; table 5 to subpart UUUUU; appendix A to subpart UUUUU; and table 4 to subpart JJJJJJ.

* * * * *

## Subpart DDDDD—National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

■ 3. Section 63.7500 is amended by revising paragraphs (a) introductory text, (a)(1), (c), and (e) to read as follows:

**§ 63.7500 What emission limitations, work practice standards, and operating limits must I meet?**

(a) You must meet the requirements in paragraphs (a)(1) through (3) of this section, except as provided in paragraphs (b) through (e) of this section. You must meet these requirements at all times the affected unit is operating, except as provided in paragraph (f) of this section.

(1) You must meet each emission limit and work practice standard in Tables 1 through 3 and 11 through 15 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under § 63.7522. The output-based emission limits, in units of pounds per million Btu of steam output, in Table 1 or 2 to this subpart are an alternative applicable only to boilers and process heaters that generate either steam, cogenerate steam with electricity,

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 32 of 496


or both. The output-based emission limits, in units of pounds per megawatt-hour, in Table 1 or 2 to this subpart are an alternative applicable only to boilers that generate only electricity. Boilers that perform multiple functions (cogeneration and electricity generation) or supply steam to common headers would calculate a total steam energy output using Equation 1 of § 63.7575 to demonstrate compliance with the output-based emission limits, in units of pounds per million Btu of steam output, in Table 1 or 2 to this subpart. If you operate a new boiler or process heater, you can choose to comply with alternative limits as discussed in paragraphs (a)(1)(i) through (iv) of this section, but on or after October 6, 2025, you must comply with the emission limits in Table 1 to this subpart. If you operate an existing boiler or process heater, you can choose to comply with alternative limits as discussed in paragraph (a)(1)(v) of this section, but on or after October 6, 2025 you must comply with the emission limits in Table 2 to this subpart.

(i) If your boiler or process heater commenced construction or reconstruction after June 4, 2010, and before May 20, 2011, you may comply with the emission limits in Table 11 or 14 to this subpart until January 31, 2016.

(ii) If your boiler or process heater commenced construction or reconstruction on or after May 20, 2011, and before December 23, 2011, you may comply with the emission limits in Table 12 or 14 to this subpart until January 31, 2016.

(iii) If your boiler or process heater commenced construction or reconstruction on or after December 23, 2011, and before April 1, 2013, you may comply with the emission limits in Table 13 or 14 to this subpart until January 31, 2016.

(iv) If you operate a new boiler or process heater, you must comply with either the emission limits in Table 1 to this subpart or the emission limits in Table 14 to this subpart until you must comply with the emission limits in Table 1.

(v) If you operate an existing boiler or process heater, you must comply with either the emission limits in Table 2 to this subpart or the emission limits in Table 15 to this subpart until you must comply with the emission limits in Table 2.

* * * * *

(c) Limited-use boilers and process heaters must complete a tune-up every 5 years as specified in § 63.7540. They are not subject to the emission limits in Tables 1 and 2 or Tables 11 through 15 to this subpart, the annual tune-up, or the energy assessment requirements in Table 3 to this subpart, or the operating limits in Table 4 to this subpart.

* * * * *

(e) Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity of less than or equal to 5 million Btu per hour must complete a tune-up every 5 years as specified in § 63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity greater than 5 million Btu per hour and less than 10 million Btu per hour must complete a tune-up every 2 years as specified in § 63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory are not subject to the emission limits in Tables 1 and 2 or Tables 11 through 15 to this subpart, or the operating limits in Table 4 to this subpart.

* * * * *

■ 4. Section 63.7505 is amended by revising paragraph (c) to read as follows:

**§ 63.7505 What are my general requirements for complying with this subpart?**

* * * * *

(c) You must demonstrate compliance with all applicable emission limits using performance stack testing, fuel analysis, or continuous monitoring systems (CMS), including a continuous emission monitoring system (CEMS), continuous opacity monitoring system (COMS), continuous parameter monitoring system (CPMS), or particulate matter continuous parameter monitoring system (PM CPMS), where applicable. You may demonstrate compliance with the applicable emission limit for hydrogen chloride (HCl), mercury, or total selected metals (TSM) using fuel analysis if the emission rate calculated according to § 63.7530(c) is less than the applicable emission limit. For gaseous fuels, you may not use fuel analyses to comply with the TSM alternative standard or the HCl standard. Otherwise, you must demonstrate compliance for HCl, mercury, or TSM using performance stack testing, if subject to an applicable emission limit listed in Table 1 or 2 or Tables 11 through 15 to this subpart.

* * * * *

■ 5. Section 63.7510 is amended by revising paragraphs (a) introductory text, (b), (c), (f), and (j) to read as follows:

**§ 63.7510 What are my initial compliance requirements and by what date must I conduct them?**

(a) For each boiler or process heater that is required or that you elect to demonstrate compliance with any of the applicable emission limits in Table 1 or 2 or Tables 11 through 15 to this subpart through performance (stack) testing, your initial compliance requirements include all the following:

* * * * *

(b) For each boiler or process heater that you elect to demonstrate compliance with the applicable emission limits in Table 1 or 2 or Tables 11 through 15 to this subpart for HCl, mercury, or TSM through fuel analysis, your initial compliance requirement is to conduct a fuel analysis for each type of fuel burned in your boiler or process heater according to § 63.7521 and Table 6 to this subpart and establish operating limits according to § 63.7530 and Table 8 to this subpart. The fuels described in paragraphs (a)(2)(i) and (ii) of this section are exempt from these fuel analysis and operating limit requirements. The fuels described in paragraph (a)(2)(ii) of this section are exempt from the chloride fuel analysis and operating limit requirements. Boilers and process heaters that use a CEMS for mercury or HCl are exempt from the performance testing and operating limit requirements specified in paragraph (a) of this section for the HAP for which CEMS are used.

(c) If your boiler or process heater is subject to a carbon monoxide (CO) limit, your initial compliance demonstration for CO is to conduct a performance test for CO according to Table 5 to this subpart or conduct a performance evaluation of your continuous CO monitor, if applicable, according to § 63.7525(a). Boilers and process heaters that use a CO CEMS to comply with the applicable alternative CO CEMS emission standard listed in Table 1 or 2 or Tables 11 through 15 to this subpart, as specified in § 63.7525(a), are exempt from the initial CO performance testing and oxygen concentration operating limit requirements specified in paragraph (a) of this section.

* * * * *

(f) For new or reconstructed affected sources (as defined in § 63.7490), you must complete the initial compliance demonstration with the emission limits no later than July 30, 2013, or within 180 days after startup of the source, whichever is later.

(1) If you are demonstrating compliance with an emission limit in Tables 11 through 13 to this subpart that is less stringent than the applicable

emission limit in Table 14 to this subpart, you must demonstrate compliance with the applicable emission limit in Table 14 no later than July 29, 2016.

(2) If you are demonstrating compliance with an emission limit in Table 14 to this subpart that is less stringent than the applicable emission limit in Table 1 to this subpart, you must demonstrate compliance with the applicable emission limit in Table 1 no later than October 6, 2025.

* * * * *

(j) For existing affected sources (as defined in § 63.7490) that have not operated between the effective date of the rule and the compliance date that is specified for your source in § 63.7495, you must complete the initial compliance demonstration, if subject to the emission limits in Table 2 or 14 to this subpart, as applicable, as specified in paragraphs (a) through (d) of this section, no later than 180 days after the re-start of the affected source and according to the applicable provisions in § 63.7(a)(2) as cited in Table 10 to this subpart. You must complete an initial tune-up by following the procedures described in § 63.7540(a)(10)(i) through (vi) no later than 30 days after the re-start of the affected source and, if applicable, complete the one-time energy assessment specified in Table 3 to this subpart, no later than the compliance date specified in § 63.7495.

* * * * *

■ 6. Section 63.7515 is amended by revising paragraphs (b), (c), (e), (g), and (i) to read as follows:

**§ 63.7515 When must I conduct subsequent performance tests, fuel analyses, or tune-ups?**

* * * * *

(b) If your performance tests for a given pollutant for at least 2 consecutive years show that your emissions are at or below 75 percent of the emission limit (or, in limited instances as specified in Tables 1 and 2 or 11 through 15 to this subpart, at or below the emission limit) for the pollutant, and if there are no changes in the operation of the individual boiler or process heater or air pollution control equipment that could increase emissions, you may choose to conduct performance tests for the pollutant every third year. Each such performance test must be conducted no more than 37 months after the previous performance test. If you elect to demonstrate compliance using emission averaging under § 63.7522, you must continue to conduct performance tests annually. The requirement to test at maximum chloride input level is waived unless the stack test is conducted for HCl. The requirement to test at maximum mercury input level is waived unless the stack test is conducted for mercury. The requirement to test at maximum TSM input level is waived unless the stack test is conducted for TSM.

(c) If a performance test shows emissions exceeded the emission limit or 75 percent of the emission limit (as specified in Tables 1 and 2 or 11 through 15 to this subpart) for a pollutant, you must conduct annual performance tests for that pollutant until all performance tests over a consecutive 2-year period meet the required level (at or below 75 percent of the emission limit, as specified in Tables 1 and 2 or 11 through 15).

* * * * *

(e) If you demonstrate compliance with the mercury, HCl, or TSM based on fuel analysis, you must conduct a monthly fuel analysis according to § 63.7521 for each type of fuel burned that is subject to an emission limit in Table 1 or 2 or Tables 11 through 15 to this subpart. You may comply with this monthly requirement by completing the fuel analysis any time within the calendar month as long as the analysis is separated from the previous analysis by at least 14 calendar days. If you burn a new type of fuel, you must conduct a fuel analysis before burning the new type of fuel in your boiler or process heater. You must still meet all applicable continuous compliance requirements in § 63.7540. If each of 12 consecutive monthly fuel analyses demonstrates 75 percent or less of the compliance level, you may decrease the fuel analysis frequency to quarterly for that fuel. If any quarterly sample exceeds 75 percent of the compliance level or you begin burning a new type of fuel, you must return to monthly monitoring for that fuel, until 12 months of fuel analyses are again less than 75 percent of the compliance level. If sampling is conducted on 1 day per month, samples should be no less than 14 days apart, but if multiple samples are taken per month, the 14-day restriction does not apply.

* * * * *

(g) For affected sources (as defined in § 63.7490) that have not operated since the previous compliance demonstration and more than 1 year has passed since the previous compliance demonstration, you must complete the subsequent compliance demonstration, if subject to the emission limits in Table 1 or 2 or Tables 11 through 15 to this subpart, no later than 180 days after the re-start of the affected source and according to the applicable provisions in § 63.7(a)(2) as cited in Table 10 to this subpart. You must complete a subsequent tune-up by following the procedures described in § 63.7540(a)(10)(i) through (vi) and the schedule described in § 63.7540(a)(13) for units that are not operating at the time of their scheduled tune-up.

* * * * *

(i) If you operate a CO CEMS that meets the Performance Specifications outlined in § 63.7525(a)(3) to demonstrate compliance with the applicable alternative CO CEMS emission standard listed in Table 1 or 2 or Tables 11 through 15 to this subpart, you are not required to conduct CO performance tests and are not subject to the oxygen concentration operating limit requirement specified in § 63.7510(a).

■ 7. Section 63.7520 is amended by revising paragraph (d) to read as follows:

**§ 63.7520 What stack tests and procedures must I use?**

* * * * *

(d) You must conduct a minimum of three separate test runs for each performance test required in this section, as specified in § 63.7(e)(3). Each test run must comply with the minimum applicable sampling times or volumes specified in Tables 1 and 2 or 11 through 15 to this subpart.

* * * * *

■ 8. Section 63.7521 is amended by revising paragraphs (a) and (c)(1)(ii) to read as follows:

**§ 63.7521 What fuel analyses, fuel specification, and procedures must I use?**

(a) For solid and liquid fuels, you must conduct fuel analyses for chloride and mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. For solid fuels and liquid fuels, you must also conduct fuel analyses for TSM if you are opting to comply with the TSM alternative standard. For gas 2 (other) fuels, you must conduct fuel analyses for mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. For gaseous fuels, you may not use fuel analyses to comply with the TSM alternative standard or the HCl standard. For purposes of complying with this section, a fuel gas system that consists of multiple gaseous fuels collected and mixed with each other is considered a single fuel type and sampling and analysis is only required on the combined fuel gas system that will feed the boiler or process heater.

Sampling and analysis of the individual gaseous streams prior to combining is not required. You are not required to conduct fuel analyses for fuels used for only startup, unit shutdown, and transient flame stability purposes. You are required to conduct fuel analyses only for fuels and units that are subject to emission limits for mercury, HCl, or TSM in Tables 1 and 2 or 11 through 15 to this subpart. Gaseous and liquid fuels are exempt from the sampling requirements in paragraphs (c) and (d) of this section.

* * * * *

(c) * * *

(1) * * *

(ii) Each composite sample will consist of a minimum of three samples collected at approximately equal intervals during the testing period for sampling during performance stack testing.

* * * * *

■ 9. Section 63.7522 is amended by revising paragraphs (b) introductory text, (d), (e)(1), (e)(2), (h), and (j)(1) to read as follows:

**§ 63.7522 Can I use emissions averaging to comply with this subpart?**

* * * * *

(b) For a group of two or more existing boilers or process heaters in the same subcategory that each vent to a separate stack, you may average PM (or TSM), HCl, or mercury emissions among existing units to demonstrate compliance with the limits in Table 2 or 15 to this subpart as specified in paragraphs (b)(1) through (3) of this section, if you satisfy the requirements in paragraphs (c) through (g) of this section.

* * * * *

(d) The averaged emissions rate from the existing boilers and process heaters participating in the emissions averaging option must not exceed 90 percent of the limits in Table 2 or 15 to this subpart at all times the affected units are subject to numeric emission limits following the compliance date specified in § 63.7495.

(e) * * *

(1) You must use Equation 1a or 1b or 1c to this paragraph (e)(1) to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option for that pollutant do not exceed the emission limits in Table 2 or 15 to this subpart. Use Equation 1a if you are complying with the emission limits on a heat input basis, use Equation 1b if you are complying with the emission limits on a steam generation (output) basis, and use Equation 1c if you are complying with the emission limits on a electric generation (output) basis.

Equation 1a to paragraph (e)(1)

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times Hm) \div \sum_{i=1}^{n} Hm \quad \text{(Eq. 1a)}$$

Where:

*AveWeightedEmissions* = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

*Er* = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

*Hm* = Maximum rated heat input capacity of unit, i, in units of million Btu per hour.

*n* = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

Equation 1b to paragraph (e)(1)

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times So) \div \sum_{i=1}^{n} So \quad \text{(Eq. 1b)}$$

Where:

*AveWeightedEmissions* = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of steam output.

*Er* = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of steam output. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

*So* = Maximum steam output capacity of unit, i, in units of million Btu per hour, as defined in § 63.7575.

*n* = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

Equation 1c to paragraph (e)(1)

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times Eo) \div \sum_{i=1}^{n} Eo \quad \text{(Eq. 1c)}$$

Where:

*AveWeightedEmissions* = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per megawatt hour.

*Er* = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per megawatt hour. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking

credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

*Eo* = Maximum electric generating output capacity of unit, i, in units of megawatt hour, as defined in § 63.7575.

*n* = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

(2) If you are not capable of determining the maximum rated heat input capacity of one or more boilers that generate steam, you may use Equation 2 to this paragraph (e)(2) as an alternative to using Equation 1a of paragraph (e)(1) of this section to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option do not exceed the emission limits for that pollutant in Table 2 or 15 to this subpart that are in pounds per million Btu of heat input.

Equation 2 to paragraph (e)(2)

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times Sm \times Cfi) \div \sum_{i=1}^{n}(Sm \times Cfi) \quad \text{(Eq. 2)}$$

Where:

*AveWeightedEmissions* = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

*Er* = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

*Sm* = Maximum steam generation capacity by unit, i, in units of pounds per hour.

*Cfi* = Conversion factor, calculated from the most recent compliance test, in units of million Btu of heat input per pounds of steam generated for unit, i.

1.1 = Required discount factor.

* * * * *

(h) For a group of two or more existing affected units, each of which vents through a single common stack, you may average PM (or TSM), HCl, or mercury emissions to demonstrate compliance with the limits for that pollutant in Table 2 or 15 to this subpart if you satisfy the requirements in paragraph (i) or (j) of this section.

* * * * *

(j) * * *

(1) Conduct performance tests according to procedures specified in § 63.7520 in the common stack if affected units from other subcategories vent to the common stack. The emission limits that the group must comply with are determined by the use of Equation 6 to this paragraph (j)(1).

Equation 6 to paragraph (j)(1)

$$En = \sum_{i=1}^{n}(ELi \times Hi) \div \sum_{i=1}^{n} Hi \quad \text{(Eq. 6)}$$

Where:

*En* = HAP emission limit, pounds per million British thermal units (lb/MMBtu) or parts per million (ppm).

*ELi* = Appropriate emission limit from Table 2 or 15 to this subpart for unit i, in units of lb/MMBtu or ppm.

*Hi* = Heat input from unit i, MMBtu.

* * * * *

■ 10. Section 63.7525 is amended by revising paragraphs (a) introductory text, (a)(1), (a)(2) introductory text, (a)(2)(ii), (iv), and (vi), (l) introductory text, and (m) introductory text to read as follows:

**§ 63.7525 What are my monitoring, installation, operation, and maintenance requirements?**

(a) If your boiler or process heater is subject to a CO emission limit in Table 1 or 2 or Tables 11 through 15 to this subpart, you must install, operate, and maintain an oxygen analyzer system, as defined in § 63.7575, or install, certify, operate and maintain continuous emission monitoring systems for CO and oxygen ($O_2$) (or carbon dioxide ($CO_2$)) according to the procedures in paragraphs (a)(1) through (6) of this section.

(1) Install the CO CEMS including an $O_2$ (or $CO_2$) analyzer by the compliance date specified in § 63.7495. The CO and $O_2$ (or $CO_2$) levels shall be monitored at the same location at the outlet of the boiler or process heater. An owner or operator may determine compliance with the CO emissions limit using a $CO_2$ analyzer as the diluent monitor. If a $CO_2$ analyzer is used as the diluent monitor, EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, for the fuel type(s) being burned in the unit and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to calculate the emissions corrected to 3 percent $O_2$ using the measured $CO_2$ percentage, and must also take into account that the 3 percent oxygen correction is to be done on a dry basis. The equations used to calculate the emissions, must also account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. The methodology used to calculate the CO emissions and the methodology used to account for any $CO_2$ being added to, or removed from the emissions gas stream shall be detailed and approved in the site-specific monitoring plan developed according to § 63.7505(d).

(2) To demonstrate compliance with the applicable alternative CO CEMS emission standard listed in Table 1 or 2 or Tables 11 through 15 to this subpart, you must install, certify, operate, and maintain a CO CEMS and an oxygen analyzer according to the applicable procedures under Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B; part 75 of this chapter (if an $CO_2$ analyzer is used); the site-specific monitoring plan developed according to § 63.7505(d); and the requirements in § 63.7540(a)(8) and this paragraph (a). Any boiler or process heater that has a CO CEMS that is compliant with Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B, a site-specific monitoring plan developed according to § 63.7505(d), and the requirements in § 63.7540(a)(8) and this paragraph (a) must use the CO CEMS to comply with the applicable alternative CO CEMS

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 36 of 496


emission standard listed in Table 1 or 2 or Tables 11 through 15 to this subpart.

* * * * *

(ii) During each relative accuracy test run of the CO CEMS, you must collect emission data for CO concurrently using both the CO CEMS and Method 10, 10A, or 10B at 40 CFR part 60, appendix A–4. The relative accuracy testing must be conducted at representative operating conditions.

* * * * *

(iv) Any CO CEMS that does not comply with this paragraph (a) cannot be used to meet any requirement in this subpart to demonstrate compliance with a CO emission limit listed in Table 1 or 2 or Tables 11 through 15 to this subpart.

* * * * *

(vi) When $CO_2$ is used to correct CO emissions and $CO_2$ is measured on a wet basis, if needed, correct for moisture as follows: Install, operate, maintain, and quality assure a continuous moisture monitoring system for measuring and recording the moisture content of the flue gases, in order to correct the measured hourly volumetric flow rates for moisture when calculating CO concentrations. The following continuous moisture monitoring systems are acceptable: a continuous moisture sensor; an oxygen analyzer (or analyzers) capable of measuring $O_2$ both on a wet basis and on a dry basis; or a stack temperature sensor and a moisture look-up table, *i.e.,* a psychrometric chart (for saturated gas streams following wet scrubbers or other demonstrably saturated gas streams, only). The moisture monitoring system shall include as a component the automated data acquisition and handling system (DAHS) for recording and reporting both the raw data (*e.g.,* hourly average wet- and dry-basis $O_2$ values) and the hourly average values of the stack gas moisture content derived from those data. When a moisture look-up table is used, the moisture monitoring system shall be represented as a single component, the certified DAHS, in the monitoring plan for the unit or common stack.

* * * * *

(l) For each unit for which you decide to demonstrate compliance with the mercury or HCl emissions limits in Table 1 or 2 or Tables 11 through 15 to this subpart by use of a CEMS for mercury or HCl, you must install, certify, maintain, and operate a CEMS measuring emissions discharged to the atmosphere and record the output of the system as specified in paragraphs (l)(1) through (8) of this section. For HCl, this option for an affected unit takes effect on the date of approval of a site-specific monitoring plan.

* * * * *

(m) If your unit is subject to a HCl emission limit in Table 1 or 2 or Tables 11 through 15 to this subpart and you have an acid gas wet scrubber or dry sorbent injection control technology and you elect to use an $SO_2$ CEMS to demonstrate continuous compliance with the HCl emission limit, you must install the monitor at the outlet of the boiler or process heater, downstream of all emission control devices, and you must install, certify, operate, and maintain the CEMS according to either part 60 or part 75 of this chapter.

* * * * *

■ 11. Section 63.7530 is amended by revising paragraphs (b)(4)(ii)(E), (b)(4)(iii), and (h) to read as follows:

### § 63.7530 How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards?

* * * * *

(b) * * *

(4) * * *

(ii) * * *

(E) Use EPA Method 5 of appendix A to part 60 of this chapter to determine PM emissions. For each performance test, conduct three separate runs under the conditions that exist when the affected source is operating at the highest load or capacity level reasonably expected to occur. Conduct each test run to collect a minimum sample volume specified in Table 1 or 2 or Tables 11 through 15 to this subpart, as applicable, for determining compliance with a new source limit or an existing source limit. Calculate the average of the results from three runs to determine compliance. You need not determine the PM collected in the impingers (''back half'') of the Method 5 particulate sampling train to demonstrate compliance with the PM standards in this subpart. This shall not preclude the permitting authority from requiring a determination of the ''back half'' for other purposes.

* * * * *

(iii) For a particulate wet scrubber, you must establish the minimum pressure drop and liquid flow rate as defined in § 63.7575, as your operating limits during the three-run performance test during which you demonstrate compliance with your applicable limit. If you use a wet scrubber and you conduct separate performance tests for PM and TSM emissions, you must establish one set of minimum scrubber liquid flow rate and pressure drop operating limits. If you conduct multiple performance tests, you must set the minimum liquid flow rate and pressure drop operating limits at the higher of the minimum values established during the performance tests.

* * * * *

(h) If you own or operate a unit subject to emission limits in Table 1 or 2 or Tables 11 through 15 to this subpart, you must meet the work practice standard according to Table 3 to this subpart. During startup and shutdown, you must only follow the work practice standards according to items 5 and 6 of Table 3 to this subpart.

* * * * *

■ 12. Section 63.7533 is amended by revising paragraphs (a), (e), and (f) to read as follows:

### § 63.7533 Can I use efficiency credits earned from implementation of energy conservation measures to comply with this subpart?

(a) If you elect to comply with the alternative equivalent output-based emission limits, instead of the heat input-based limits listed in Table 2 or 15 to this subpart, and you want to take credit for implementing energy conservation measures identified in an energy assessment, you may demonstrate compliance using efficiency credits according to the procedures in this section. You may use this compliance approach for an existing affected boiler for demonstrating initial compliance according to § 63.7522(e) and for demonstrating monthly compliance according to § 63.7522(f). Owners or operators using this compliance approach must establish an emissions benchmark, calculate and document the efficiency credits, develop an Implementation Plan, comply with the general reporting requirements, and apply the efficiency credit according to the procedures in paragraphs (b) through (f) of this section. You cannot use this compliance approach for a new or reconstructed affected boiler. Additional guidance from the Department of Energy on efficiency credits is available at *https://www.epa.gov/ttn/atw/boiler/boilerpg.html.*

* * * * *

(e) The emissions rate as calculated using Equation 20 in paragraph (f) of this section from each existing boiler participating in the efficiency credit option must be in compliance with the limits in Table 2 or 15 to this subpart at all times the affected unit is subject to numeric emission limits, following

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 37 of 496



the compliance date specified in § 63.7495.

(f) You must use Equation 20 of this paragraph (f) to demonstrate initial compliance by demonstrating that the emissions from the affected boiler participating in the efficiency credit compliance approach do not exceed the emission limits in Table 2 or 15 to this subpart.

Equation 20 to paragraph (f)

$$E_{adj} = E_m \times (1 - ECredits) \quad \text{(Eq. 20)}$$

Where:

$E_{adj}$ = Emission level adjusted by applying the efficiency credits earned, lb per million Btu steam output (or lb per MWh) for the affected boiler.

$E_m$ = Emissions measured during the performance test, lb per million Btu steam output (or lb per MWh) for the affected boiler.

ECredits = Efficiency credits from Equation 19 to paragraph (c)(3)(i) of this section for the affected boiler.

* * * * *

■ 13. Section 63.7540 is amended by revising paragraphs (a) introductory text, (a)(8) introductory text, (a)(8)(ii), (a)(9), (a)(15) introductory text, (a)(19) introductory text, and (b) to read as follows:

**§ 63.7540 How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards?**

(a) You must demonstrate continuous compliance with each emission limit in Tables 1 and 2 or 11 through 15 to this subpart, the work practice standards in Table 3 to this subpart, and the operating limits in Table 4 to this subpart that applies to you according to the methods specified in Table 8 to this subpart and paragraphs (a)(1) through (19) of this section.

* * * * *

(8) To demonstrate compliance with the applicable alternative CO CEMS emission limit listed in Table 1 or 2 or Tables 11 through 15 to this subpart, you must meet the requirements in paragraphs (a)(8)(i) through (iv) of this section.

* * * * *

(ii) Maintain a CO emission level below or at your applicable alternative CO CEMS-based standard in Table 1 or 2 or Tables 11 through 15 to this subpart at all times the affected unit is subject to numeric emission limits.

* * * * *

(9) The owner or operator of a boiler or process heater using a PM CPMS or a PM CEMS to meet requirements of this subpart shall install, certify (PM CEMS only), operate, and maintain the PM CPMS or PM CEMS in accordance with your site-specific monitoring plan as required in § 63.7505(d).

* * * * *

(15) If you are using a CEMS to measure HCl emissions to meet requirements of this subpart, you must install, certify, operate, and maintain the HCl CEMS as specified in paragraphs (a)(15)(i) and (ii) of this section. This option for an affected unit takes effect on the date of approval of a site-specific monitoring plan.

* * * * *

(19) If you choose to comply with the PM filterable emissions limit by using PM CEMS you must install, certify, operate, and maintain a PM CEMS and record the output of the PM CEMS as specified in paragraphs (a)(19)(i) through (vii) of this section. The compliance limit will be expressed as a 30-day rolling average of the numerical emissions limit value applicable for your unit in Table 1 or 2 or Tables 11 through 15 to this subpart.

* * * * *

(b) You must report each instance in which you did not meet each emission limit and operating limit in Tables 1 through 4 or 11 through 15 to this subpart that apply to you. These instances are deviations from the emission limits or operating limits, respectively, in this subpart. These deviations must be reported according to the requirements in § 63.7550.

* * * * *

■ 14. Section 63.7545 is amended by revising paragraph (e)(3) to read as follows:

**§ 63.7545 What notifications must I submit and when?**

* * * * *

(e) * * *

(3) A summary of the maximum CO emission levels recorded during the performance test to show that you have met any applicable emission standard in Table 1 or 2 or Tables 11 through 15 to this subpart, if you are not using a CO CEMS to demonstrate compliance.

* * * * *

■ 15. Section 63.7555 is amended by revising paragraphs (d) introductory text and (d)(5) to read as follows:

**§ 63.7555 What records must I keep?**

* * * * *

(d) For each boiler or process heater subject to an emission limit in Table 1 or 2 or Tables 11 through 15 to this subpart, you must also keep the applicable records in paragraphs (d)(1) through (11) of this section.

* * * * *

(5) If, consistent with § 63.7515(b), you choose to stack test less frequently than annually, you must keep a record that documents that your emissions in the previous stack test(s) were less than 75 percent of the applicable emission limit (or, in specific instances noted in Tables 1 and 2 or 11 through 15 to this subpart, less than the applicable emission limit), and document that there was no change in source operations including fuel composition and operation of air pollution control equipment that would cause emissions of the relevant pollutant to increase within the past year.

* * * * *

■ 16. Section 63.7575 is amended by:

■ a. Adding in alphabetical order the definition for ‘‘12-month rolling average’’;

■ b. Revising the definition of ‘‘Other gas 1 fuel’’; and

■ c. Revising paragraphs (3) and (4) under the definition of ‘‘Steam output.’’

The addition and revisions read as follows:

**§ 63.7575 What definitions apply to this subpart?**

* * * * *

*12-month rolling average* means the arithmetic mean of the previous 12 months of valid fuel analysis data. The 12 months should be consecutive, but not necessarily continuous if operations were intermittent.

* * * * *

*Other gas 1 fuel* means a gaseous fuel that is not natural gas or refinery gas and does not exceed a maximum

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 38 of 496


mercury concentration of 40 micrograms/cubic meters of gas.

* * * * *

*Steam output* * * *

(3) For a boiler that generates only electricity, the alternate output-based emission limits would be the appropriate emission limit from Table 1, 2, 14, or 15 to this subpart in units of pounds per million Btu heat input (lb per MWh).

(4) For a boiler that performs multiple functions and produces steam to be used for any combination of paragraphs (1), (2), and (3) of this definition that includes electricity generation of paragraph (3) of this definition, the total energy output, in terms of MMBtu of steam output, is the sum of the energy content of steam sent directly to the process and/or used for heating ($S_1$), the energy content of turbine steam sent to process plus energy in electricity according to paragraph (2) of this definition ($S_2$), and the energy content of electricity generated by a electricity only turbine as paragraph (3) of this definition ($MW_3$) and would be calculated using Equation 1 to this definition. In the case of boilers supplying steam to one or more common headers, $S_1$, $S_2$, and $MW_{(3)}$ for each boiler would be calculated based on its (steam energy) contribution (fraction of total steam energy) to the common header.

Equation 1 to the definition *Steam Output*

$$SO_M = S_1 + S_2 + (MW_{(3)}\ x\ CFn) \qquad \text{(Eq. 1)}$$

Where:

$SO_M$ = Total steam output for multi-function boiler, MMBtu.

$S_1$ = Energy content of steam sent directly to the process and/or used for heating, MMBtu.

$S_2$ = Energy content of turbine steam sent to the process plus energy in electricity according to paragraph (2) of this definition, MMBtu.

$MW_{(3)}$ = Electricity generated according to paragraph (3) of this definition, MWh.

CFn = Conversion factor for the appropriate subcategory for converting electricity generated according to paragraph (3) of this definition to equivalent steam energy, MMBtu/MWh.

CFn for emission limits for boilers in the unit designed to burn solid fuel subcategory = 10.8.

CFn PM and CO emission limits for boilers in one of the subcategories of units designed to burn coal = 11.7.

CFn PM and CO emission limits for boilers in one of the subcategories of units designed to burn biomass = 12.1.

CFn for emission limits for boilers in one of the subcategories of units designed to burn liquid fuel = 11.2.

CFn for emission limits for boilers in the unit designed to burn gas 2 (other) subcategory = 6.2.

* * * * *

■ 17. Table 1 to subpart DDDDD of part 63 is revised to read as follows:

TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.1E–04 [a] lb per MMBtu of heat input. | 2.9E–04 [a] lb per MMBtu of steam output or 2.7E–03 [a] lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 8.0E–07 [a] lb per MMBtu of heat input. | 8.7E–07 [a] lb per MMBtu of steam output or 1.1E–05 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Units designed to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | 1.1E–03 lb per MMBtu of steam output or 1.4E–02 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 2.9E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen [d], 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 39 of 496



TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]—Continued

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.2E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 590 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 6.1E–01 lb per MMBtu of steam output or 6.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.3E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | 1.4E–02 lb per MMBtu of steam output or 1.9E–01 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 3.7E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.3E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (5.0E–03 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (5.2E–03 lb per MMBtu of steam output or 7.0E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.1E–03 lb per MMBtu of heat input; or (8.4E–06 [a] lb per MMBtu of heat input). | 5.0E–03 lb per MMBtu of steam output or 5.8E–02 lb per MWh; or (1.1E–05 [a] lb per MMBtu of steam output or 1.2E–04 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 220 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 0.18 lb per MMBtu of steam output or 2.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (8.0E–03 lb per MMBtu of heat input). | 3.1E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (8.1E–03 lb per MMBtu of steam output or 1.2E–01 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 330 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 3.5E–01 lb per MMBtu of steam output or 3.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.5E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | 3.4E–03 lb per MMBtu of steam output or 3.5E–02 lb per MWh; or (5.2E–05 lb per MMBtu of steam output or 5.5E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3-percent oxygen. | 1.1 lb per MMBtu of steam output or 1.0E+01 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–02 lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 2.0E–02 lb per MMBtu of steam output or 1.6E–01 lb per MWh; or (5.1E–05 lb per MMBtu of steam output or 4.1E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 180 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen [d], 30-day rolling average). | 0.22 lb per MMBtu of steam output or 2.0 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | 3.3E–02 lb per MMBtu of steam output or 3.7E–01 lb per MWh; or (5.5E–04 lb per MMBtu of steam output or 6.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.5E–04 [a] lb per MMBtu of heat input. | 1.7E–04 [a] lb per MMBtu of steam output or 2.1E–03 [a] lb per MWh. | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |

TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]—Continued

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Mercury | 4.8E–07 [a] lb per MMBtu of heat input. | 5.3E–07 [a] lb per MMBtu of steam output or 6.7E–06 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.9E–03 lb per MMBtu of heat input; or (6.1E–06 [a] lb per MMBtu of heat input). | 2.1E–03 lb per MMBtu of steam output or 2.7E–02 lb per MWh; or (6.7E–6 [a] lb per MMBtu of steam output or 8.5E–5 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 1.2E–03 [a] lb per MMBtu of steam output or 1.6E–02 [a] lb per MWh; or (3.2E–05 lb per MMBtu of steam output or 4.0E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.5E–02 lb per MMBtu of steam output or 3.2E–01 lb per MWh; or (9.4E–04 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM). | 7.3E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | 1.3E–02 lb per MMBtu of steam output or 7.6E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote "a", your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] If your affected source is a new or reconstructed affected source that commenced construction or reconstruction after June 4, 2010, and before April 1, 2013, you may comply with the emission limits in Table 11, 12, or 13 to this subpart until January 31, 2016. On and after January 31, 2016, but before October 6, 2025 you may comply with the emission limits in Table 14 to this subpart. On and after October 6, 2025 you must comply with the emission limits in this Table 1.

[d] An owner or operator may determine compliance with the carbon monoxide emissions limit using $CO_2$ as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit and must also take into account that the 3-percent oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

■ 18. Table 2 to subpart DDDDD of part 63 is revised to read as follows:

TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [d]

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.0E–02 lb per MMBtu of heat input | 2.3E–02 lb per MMBtu of steam output or 0.26 lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26, collect a minimum of 120 liters per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 41 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [d]—Continued

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Mercury | 5.4E–06 lb per MMBtu of heat input | 6.2E–06 lb per MMBtu of steam output or 6.9E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 3.9E–02 lb per MMBtu of heat input; or (5.3E–05 lb per MMBtu of heat input). | 4.1E–02 lb per MMBtu of steam output or 4.8E–01 lb per MWh; or (5.6E–05 lb per MMBtu of steam output or 6.5E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 150 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.14 lb per MMBtu of steam output or 1.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (720 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.1 lb per MMBtu of steam output or 13 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.4E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 4.0E–02 lb per MMBtu of steam output or 4.8E–01 lb per MWh; or (2.4E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–01 lb per MMBtu of heat input; or (5.0E–03 lb per MMBtu of heat input). | 3.7E–01 lb per MMBtu of steam output or 4.5 lb per MWh; or (5.9E–03 lb per MMBtu of steam output or 7.0E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 210 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 2.1E–01 lb per MMBtu of steam output or 2.3 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 7.4E–03 lb per MMBtu of heat input; or (6.4E–05 lb per MMBtu of heat input). | 9.2E–03 lb per MMBtu of steam output or 0.11 lb per MWh; or (8.0E–05 lb per MMBtu of steam output or 9.0E–04 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.1E–02 lb per MMBtu of heat input; or (8.0E–03 lb per MMBtu of heat input). | 4.2E–02 lb per MMBtu of steam output or 5.8E–01 lb per MWh; or (8.1E–03 lb per MMBtu of steam output or 0.12 lb per MWh). | Collect a minimum of 2 dscm per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 42 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [d]—Continued

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 770 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 8.4E–01 lb per MMBtu of steam output or 8.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.8E–01 lb per MMBtu of heat input; or (2.0E–03 lb per MMBtu of heat input). | 2.5E–01 lb per MMBtu of steam output or 2.6 lb per MWh; or (2.8E–03 lb per MMBtu of steam output or 2.8E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solid. | a. CO | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen. | 2.4 lb per MMBtu of steam output or 12 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (5.8E–03 lb per MMBtu of heat input). | 5.5E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (1.6E–02 lb per MMBtu of steam output or 8.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 3,500 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 3.5 lb per MMBtu of steam output or 39 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.4E–01 lb per MMBtu of heat input; or (4.5E–04 lb per MMBtu of heat input). | 5.5E–01 lb per MMBtu of steam output or 6.2 lb per MWh; or (5.7E–04 lb per MMBtu of steam output or 6.3E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.1E–03 lb per MMBtu of heat input | 1.4E–03 lb per MMBtu of steam output or 1.6E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 7.3E–07 lb per MMBtu of heat input | 8.8E–07 lb per MMBtu of steam output or 1.1E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B collect a minimum sample as specified in the method, for ASTM D6784 [b] collect a minimum of 2 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 5.9E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 7.2E–02 lb per MMBtu of steam output or 8.2E–01 lb per MWh; or (2.5E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 7.9E–03 lb per MMBtu of heat input; or (6.2E–05 lb per MMBtu of heat input). | 9.6E–03 lb per MMBtu of steam output or 1.1E–01 lb per MWh; or (7.5E–05 lb per MMBtu of steam output or 8.6E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.2E–01 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.7E–01 lb per MMBtu of steam output or 3.1 lb per MWh; or (1.1E–03 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 2 dscm. |

TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [d]—Continued

[As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | d. Filterable PM (or TSM). | 7.3E–03 lb per MMBtu of heat input or (2.1E–04 lb per MMBtu of heat input). | 1.3E–02 lb per MMBtu of steam output or 7.6E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote a, your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] An owner or operator may determine compliance with the carbon monoxide emissions limit be determined using $CO_2$ as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit and must also take into account that the 3-percent oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

[d] Before October 6, 2025 you may comply with the emission limits in Table 15 to this subpart. On and after October 6, 2025], you must comply with the emission limits in this Table 2.

■ 19. Table 3 of subpart DDDDD of part 63 is amended by revising the entries "5." and "6." to read as follows:

* * * * *

TABLE 3 TO SUBPART DDDDD OF PART 63—WORK PRACTICE STANDARDS

| If your unit is . . . | You must meet the following . . . |
|---|---|
| * * * | * * * * |
| 5. An existing or new boiler or process heater subject to emission limits in Table 1 or 2 or 11 through 15 to this subpart during startup. | a. You must operate all CMS during startup.<br>b. For startup of a boiler or process heater, you must use one or a combination of the following clean fuels: natural gas, synthetic natural gas, propane, other Gas 1 fuels, distillate oil, syngas, ultra-low sulfur diesel, fuel oil-soaked rags, kerosene, hydrogen, paper, cardboard, refinery gas, liquefied petroleum gas, clean dry biomass, and any fuels meeting the appropriate HCl, mercury and TSM emission standards by fuel analysis.<br>c. You have the option of complying using either of the following work practice standards.<br>(1) If you choose to comply using paragraph (1) of the definition of "startup" in § 63.7575, once you start firing fuels that are not clean fuels you must vent emissions to the main stack(s) and engage all of the applicable control devices except limestone injection in fluidized bed combustion (FBC) boilers, dry scrubber, fabric filter, and selective catalytic reduction (SCR). You must start your limestone injection in FBC boilers, dry scrubber, fabric filter, and SCR systems as expeditiously as possible. Startup ends when steam or heat is supplied for any purpose, OR<br>(2) If you choose to comply using paragraph (2) of the definition of "startup" in § 63.7575, once you start to feed fuels that are not clean fuels, you must vent emissions to the main stack(s) and engage all of the applicable control devices so as to comply with the emission limits within 4 hours of start of supplying useful thermal energy. You must engage and operate PM control within one hour of first feeding fuels that are not clean fuels [a]. You must start all applicable control devices as expeditiously as possible, but, in any case, when necessary to comply with other standards applicable to the source by a permit limit or a rule other than this subpart that require operation of the control devices. You must develop and implement a written startup and shutdown plan, as specified in § 63.7505(e).<br>d. You must comply with all applicable emission limits at all times except during startup and shutdown periods at which time you must meet this work practice. You must collect monitoring data during periods of startup, as specified in § 63.7535(b). You must keep records during periods of startup. You must provide reports concerning activities and periods of startup, as specified in § 63.7555. |
| 6. An existing or new boiler or process heater subject to emission limits in Table 1 or 2 or Tables 11 through 15 to this subpart during shutdown. | You must operate all CMS during shutdown.<br>While firing fuels that are not clean fuels during shutdown, you must vent emissions to the main stack(s) and operate all applicable control devices, except limestone injection in FBC boilers, dry scrubber, fabric filter, and SCR but, in any case, when necessary to comply with other standards applicable to the source that require operation of the control device.<br><br>If, in addition to the fuel used prior to initiation of shutdown, another fuel must be used to support the shutdown process, that additional fuel must be one or a combination of the following clean fuels: Natural gas, synthetic natural gas, propane, other Gas 1 fuels, distillate oil, syngas, ultra-low sulfur diesel, refinery gas, and liquefied petroleum gas. |

TABLE 3 TO SUBPART DDDDD OF PART 63—WORK PRACTICE STANDARDS—Continued

| If your unit is . . . | You must meet the following . . . |
|---|---|
| | You must comply with all applicable emissions limits at all times except for startup or shutdown periods conforming with this work practice. You must collect monitoring data during periods of shutdown, as specified in § 63.7535(b). You must keep records during periods of shutdown. You must provide reports concerning activities and periods of shutdown, as specified in § 63.7555. |

[a] As specified in § 63.7555(d)(13), the source may request an alternative timeframe with the PM controls requirement to the permitting authority (state, local, or tribal agency) that has been delegated authority for this subpart by EPA. The source must provide evidence that (1) it is unable to safely engage and operate the PM control(s) to meet the "fuel firing + 1 hour" requirement and (2) the PM control device is appropriately designed and sized to meet the filterable PM emission limit. It is acknowledged that there may be another control device that has been installed other than ESP that provides additional PM control (*e.g.,* scrubber).

■ 20. Table 4 to subpart DDDDD of part 63 is amended by revising the column headings to read as follows:

* * * * *

TABLE 4 TO SUBPART DDDDD OF PART 63—OPERATING LIMITS FOR BOILERS AND PROCESS HEATERS

| When complying with a numerical emission limit under Table 1, 2, 11, 12, 13, 14, or 15 of this subpart using . . . | You must meet these operating limits . . . |
|---|---|
| * * * * | * * * |

* * * * *

■ 21. Table 7 to subpart DDDDD of part 63 is revised to read as follows:

TABLE 7 TO SUBPART DDDDD OF PART 63—ESTABLISHING OPERATING LIMITS [a b]

[As stated in § 63.7520, you must comply with the following requirements for establishing operating limits:]

| If you have an applicable emission limit for . . . | And your operating limits are based on . . . | You must . . . | Using . . . | According to the following requirements |
|---|---|---|---|---|
| 1. PM, TSM, or mercury | a. Wet scrubber operating parameters. | i. Establish a site-specific minimum scrubber pressure drop and minimum flow rate operating limit according to § 63.7530(b). | (1) Data from the scrubber pressure drop and liquid flow rate monitors and the PM, TSM, or mercury performance test. | (a) You must collect scrubber pressure drop and liquid flow rate data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the lowest hourly average scrubber pressure drop and liquid flow rate by computing the hourly averages using all of the 15-minute readings taken during each performance test. |
| | b. Electrostatic precipitator operating parameters (option only for units that operate wet scrubbers). | i. Establish a site-specific minimum total secondary electric power input according to § 63.7530(b). | (1) Data from the voltage and secondary amperage monitors during the PM or mercury performance test. | (a) You must collect secondary voltage and secondary amperage for each ESP cell and calculate total secondary electric power input data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the average total secondary electric power input by computing the hourly averages using all of the 15-minute readings taken during each performance test. |
| | c. Opacity .................... | i. Establish a site-specific maximum opacity level. | (1) Data from the opacity monitoring system during the PM performance test. | (a) You must collect opacity readings every 15 minutes during the entire period of the performance tests.<br>(b) Determine the average hourly opacity reading by computing the hourly averages using all of the 15-minute readings taken during each performance test.<br>(c) Determine the highest hourly average opacity reading measured during the test run demonstrating compliance with the PM (or TSM) emission limitation. |

TABLE 7 TO SUBPART DDDDD OF PART 63—ESTABLISHING OPERATING LIMITS [a] [b]—Continued

[As stated in § 63.7520, you must comply with the following requirements for establishing operating limits:]

| If you have an applicable emission limit for . . . | And your operating limits are based on . . . | You must . . . | Using . . . | According to the following requirements |
|---|---|---|---|---|
| 2. HCl | a. Wet scrubber operating parameters. | i. Establish site-specific minimum effluent pH and flow rate operating limits according to § 63.7530(b). | (1) Data from the pH and liquid flow-rate monitors and the HCl performance test. | (a) You must collect pH and liquid flow-rate data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the hourly average pH and liquid flow rate by computing the hourly averages using all of the 15-minute readings taken during each performance test. |
| | b. Dry scrubber operating parameters. | i. Establish a site-specific minimum sorbent injection rate operating limit according to § 63.7530(b). If different acid gas sorbents are used during the HCl performance test, the average value for each sorbent becomes the site-specific operating limit for that sorbent. | (1) Data from the sorbent injection rate monitors and HCl or mercury performance test. | (a) You must collect sorbent injection rate data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the hourly average sorbent injection rate by computing the hourly averages using all of the 15-minute readings taken during each performance test.<br>(c) Determine the lowest hourly average of the three test run averages established during the performance test as your operating limit. When your unit operates at lower loads, multiply your sorbent injection rate by the load fraction, as defined in § 63.7575, to determine the required injection rate. |
| | c. Alternative Maximum $SO_2$ emission rate. | i. Establish a site-specific maximum $SO_2$ emission rate operating limit according to § 63.7530(b). | (1) Data from $SO_2$ CEMS and the HCl performance test. | (a) You must collect the $SO_2$ emissions data according to § 63.7525(m) during the most recent HCl performance tests.<br>(b) The maximum $SO_2$ emission rate is equal to the highest hourly average $SO_2$ emission rate measured during the most recent HCl performance tests. |
| 3. Mercury | a. Activated carbon injection. | i. Establish a site-specific minimum activated carbon injection rate operating limit according to § 63.7530(b). | (1) Data from the activated carbon rate monitors and mercury performance test. | (a) You must collect activated carbon injection rate data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the hourly average activated carbon injection rate by computing the hourly averages using all of the 15-minute readings taken during each performance test.<br>(c) Determine the lowest hourly average established during the performance test as your operating limit. When your unit operates at lower loads, multiply your activated carbon injection rate by the load fraction, as defined in § 63.7575, to determine the required injection rate. |
| 4. Carbon monoxide for which compliance is demonstrated by a performance test. | a. Oxygen | i. Establish a unit-specific limit for minimum oxygen level according to § 63.7530(b). | (1) Data from the oxygen analyzer system specified in § 63.7525(a). | (a) You must collect oxygen data every 15 minutes during the entire period of the performance tests.<br>(b) Determine the hourly average oxygen concentration by computing the hourly averages using all of the 15-minute readings taken during each performance test.<br>(c) Determine the lowest hourly average established during the performance test as your minimum operating limit. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 46 of 496


TABLE 7 TO SUBPART DDDDD OF PART 63—ESTABLISHING OPERATING LIMITS [a] [b]—Continued

[As stated in § 63.7520, you must comply with the following requirements for establishing operating limits:]

| If you have an applicable emission limit for . . . | And your operating limits are based on . . . | You must . . . | Using . . . | According to the following requirements |
|---|---|---|---|---|
| 5. Any pollutant for which compliance is demonstrated by a performance test. | a. Boiler or process heater operating load. | i. Establish a unit specific limit for maximum operating load according to § 63.7520(c). | (1) Data from the operating load monitors or from steam generation monitors. | (a) You must collect operating load or steam generation data every 15 minutes during the entire period of the performance test.<br>(b) Determine the average operating load by computing the hourly averages using all of the 15-minute readings taken during each performance test.<br>(c) Determine the highest hourly average of the three test run averages during the performance test, and multiply this by 1.1 (110 percent) as your operating limit. |

[a] Operating limits must be confirmed or reestablished during performance tests.
[b] If you conduct multiple performance tests, you must set the minimum liquid flow rate and pressure drop operating limits at the higher of the minimum values established during the performance tests. For a minimum oxygen level, if you conduct multiple performance tests, you must set the minimum oxygen level at the lower of the minimum values established during the performance tests. For maximum operating load, if you conduct multiple performance tests, you must set the maximum operating load at the lower of the maximum values established during the performance tests.

■ 22. Table 8 to subpart DDDDD of part 63 is amended by revising entry "8." to read as follows:

* * * * *

TABLE 8 TO SUBPART DDDDD OF PART 63—DEMONSTRATING CONTINUOUS COMPLIANCE

| If you must meet the following operating limits or work practice standards . . . | You must demonstrate continuous compliance by . . . |
|---|---|
| * * * | * * * * |
| 8. Emission limits using fuel analysis. | a. Conduct monthly fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart; and<br>b. Reduce the data to 12-month rolling averages; and<br>c. Maintain the 12-month rolling average at or below the applicable emission limit for HCl or mercury or TSM in Tables 1 and 2 or 11 through 15 to this subpart.<br>d. Calculate the HCl, mercury, and/or TSM emission rate from the boiler or process heater in units of lb/MMBtu using Equation 15 and Equations 16, 17, and/or 18 in § 63.7530. |
| * * * | * * * * |

■ 23. Table 11 to subpart DDDDD of part 63 is revised to read as follows:

TABLE 11 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER JUNE 4, 2010, AND BEFORE MAY 20, 2011

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 0.022 lb per MMBtu of heat input | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| 2. Units in all subcategories designed to burn solid fuel that combust at least 10 percent biomass/bio-based solids on an annual heat input basis and less than 10 percent coal/solid fossil fuels on an annual heat input basis. | a. Mercury | 8.0E–07 [a] lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 47 of 496


TABLE 11 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER JUNE 4, 2010, AND BEFORE MAY 20, 2011—Continued

| If your boiler or process heater is in this subcategory . . . | For the following pollutants | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| 3. Units in all subcategories designed to burn solid fuel that combust at least 10 percent coal/solid fossil fuels on an annual heat input basis and less than 10 percent biomass/bio-based solids on an annual heat input basis. | a. Mercury | 2.0E–06 lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 4. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 5. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 6. Stokers designed to burn coal/solid fossil fuel. | a. CO (or CEMS). | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3 percent oxygen ,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| 7. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 8. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 9. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 10. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 560 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run |
| 11. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 230 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05 [a] lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run |
| 12. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3 percent oxygen [c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 13. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,010 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3 percent oxygen [c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 8.0E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 14. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 15. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run |
| 16. Units designed to burn liquid fuel. | a. HCl | 4.4E–04 lb per MMBtu of heat input | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run |
| | b. Mercury. | 4.8E–07 [a] lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 17. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 48 of 496


TABLE 11 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER JUNE 4, 2010, AND BEFORE MAY 20, 2011—Continued

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| | b. Filterable PM (or TSM) | 1.3E–02 lb per MMBtu of heat input; or (7.5E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 18. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–03[a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run |
| 19. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average based on stack test. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | Collect a minimum of 4 dscm per run |
| 20. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784[b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM) | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provision of § 63.7515 are met. For all other pollutants that do not contain a footnote ''a'', your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] An owner or operator may determine compliance with the carbon monoxide emissions limit using carbon dioxide as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit, and must also take into account that the 3% oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

■ 24. Table 12 to subpart DDDDD of part 63 is revised to read as follows:

TABLE 12 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER MAY 20, 2011, AND BEFORE DECEMBER 23, 2011

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 0.022 lb per MMBtu of heat input | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 3.5E–06[a] lb per MMBtu of heat input | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784[b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 4. Stokers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 49 of 496


TABLE 12 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER MAY 20, 2011, AND BEFORE DECEMBER 23, 2011—Continued

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 260 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05[a] lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 470 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.2E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,500 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 4.4E–04 lb per MMBtu of heat input | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.8E–07[a] lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784[b] collect a minimum of 4 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.3E–02 lb per MMBtu of heat input; or (7.5E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.3E–03[a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average based on stack test. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784[b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM) | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provision of § 63.7515 are met. For all other pollutants that do not contain a footnote ''a'', your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 50 of 496


[c] An owner or operator may determine compliance with the carbon monoxide emissions limit using carbon dioxide as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit, and must also take into account that the 3% oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

■ 25. Table 13 to subpart DDDDD is of part 63 is revised to read as follows:

TABLE 13 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER DECEMBER 23, 2011, AND BEFORE APRIL 1, 2013

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 0.022 lb per MMBtu of heat input | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 8.6E–07 [a] lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.8E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 3. Stokers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.8E–02 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 4. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 5. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 6. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (410 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 7. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.2E–01 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 8. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 230 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05 [a] lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 9. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 5.1E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 10. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 810 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.6E–02 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 11. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 51 of 496


TABLE 13 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS THAT COMMENCED CONSTRUCTION OR RECONSTRUCTION AFTER DECEMBER 23, 2011, AND BEFORE APRIL 1, 2013—Continued

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during periods of startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|
| 12. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,500 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 30-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 13. Units designed to burn liquid fuel. | a. HCl | 1.2E–03 lb per MMBtu of heat input | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.9E–07 [a] lb per MMBtu of heat input | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 14. Units designed to burn heavy liquid fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (18 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 10-day rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.3E–03 lb per MMBtu of heat input; or (7.5E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 15. Units designed to burn light liquid fuel. | a. CO (or CEMS) | 130 [a] ppm by volume on a dry basis corrected to 3 percent oxygen; or (60 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 1-day block average).. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average based on stack test; or (91 ppm by volume on a dry basis corrected to 3 percent oxygen,[c] 3-hour rolling average). | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | Collect a minimum of 2 dscm per run. |
| 17. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM) | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit and you are not required to conduct testing for CEMS or CPMS monitor certification, you can skip testing according to § 63.7515 if all of the other provision of § 63.7515 are met. For all other pollutants that do not contain a footnote "a", your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] An owner or operator may determine compliance with the carbon monoxide emissions limit using carbon dioxide as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit, and must also take into account that the 3% oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

■ 26. Add Table 14 to subpart DDDDD of part 63 to read as follows:

TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]

[As stated in § 63.7500, you may continue to comply with the following applicable emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel.. | a. HCl | 2.2E–02 lb per MMBtu of heat input | 2.5E–02 lb per MMBtu of steam output or 0.28 lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |

JA0045

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 52 of 496


TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]—Continued

[As stated in § 63.7500, you may continue to comply with the following applicable emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Mercury | 8.0E–07 [a] lb per MMBtu of heat input. | 8.7E–07 [a] lb per MMBtu of steam output or 1.1E–05 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Units designed to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | 1.1E–03 lb per MMBtu of steam output or 1.4E–02 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 2.9E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3- percent oxygen,[d] 30-day rolling average). | 1.2E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 5.8E–01 lb per MMBtu of steam output or 6.8 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 3.7E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (4.2E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 230 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 2.2E–01 lb per MMBtu of steam output or 2.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05 [a] lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 0.14 lb per MWh; or (1.1E–04 [a] lb per MMBtu of steam output or 1.2E–03 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 3.1E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 53 of 496


TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]—Continued

[As stated in § 63.7500, you may continue to comply with the following applicable emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 330 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 3.5E–01 lb per MMBtu of steam output or 3.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | 4.3E–03 lb per MMBtu of steam output or 4.5E–02 lb per MWh; or (5.2E–05 lb per MMBtu of steam output or 5.5E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3-percent oxygen. | 1.1 lb per MMBtu of steam output or 1.0E+01 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 3.0E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (5.1E–05 lb per MMBtu of steam output or 4.1E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.4 lb per MMBtu of steam output or 12 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | 3.3E–02 lb per MMBtu of steam output or 3.7E–01 lb per MWh; or (5.5E–04 lb per MMBtu of steam output or 6.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 4.4E–04 lb per MMBtu of heat input | 4.8E–04 lb per MMBtu of steam output or 6.1E–03 lb per MWh. | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.8E–07 [a] lb per MMBtu of heat input. | 5.3E–07 [a] lb per MMBtu of steam output or 6.7E–06 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.3E–02 lb per MMBtu of heat input; or (7.5E–05 [a] lb per MMBtu of heat input). | 1.5E–02 lb per MMBtu of steam output or 1.8E–01 lb per MWh; or (8.2E–05 [a] lb per MMBtu of steam output or 1.1E–03 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 1.2E–03 [a] lb per MMBtu of steam output or 1.6E–02 [a] lb per MWh; or (3.2E–05 lb per MMBtu of steam output or 4.0E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.5E–02 lb per MMBtu of steam output or 3.2E–01 lb per MWh; or (9.4E–04 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 54 of 496


TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS [c]—Continued

[As stated in § 63.7500, you may continue to comply with the following applicable emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | d. Filterable PM (or TSM). | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote "a", your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] If your affected source is a new or reconstructed affected source that commenced construction or reconstruction after June 4, 2010, and before April 1, 2013, you may comply with the emission limits in Table 11, 12, or 13 to this subpart until January 31, 2016. On and after January 31, 2016, but before October 6, 2025 you may comply with the emission limits in this Table 14. On and after October 6, 2025, you must comply with the emission limits in Table 1 to this subpart.

[d] An owner or operator may determine compliance with the carbon monoxide emissions limit using carbon dioxide as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit, and must also take into account that the 3% oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

■ 27. Add Table 15 to subpart DDDDD of part 63 to read as follows:

TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [D]

[As stated in § 63.7500, you may continue to comply with following emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.2E–02 lb per MMBtu of heat input | 2.5E–02 lb per MMBtu of steam output or 0.27 lb per MWh. | For M26A, Collect a minimum of 1 dscm per run; for M26, collect a minimum of 120 liters per run. |
| | b. Mercury | 5.7E–06 lb per MMBtu of heat input | 6.4E–06 lb per MMBtu of steam output or 7.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 4.0E–02 lb per MMBtu of heat input; or (5.3E–05 lb per MMBtu of heat input). | 4.2E–02 lb per MMBtu of steam output or 4.9E–01 lb per MWh; or (5.6E–05 lb per MMBtu of steam output or 6.5E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 160 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 0.14 lb per MMBtu of steam output or 1.7 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 55 of 496


TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS D—Continued

[As stated in § 63.7500, you may continue to comply with following emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 7. Stokers/sloped grate/ others designed to burn wet biomass fuel. | a. CO (or CEMS) | 1,500 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (720 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.4 lb per MMBtu of steam output or 17 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.7E–02 lb per MMBtu of heat input; or (2.4E–04 lb per MMBtu of heat input). | 4.3E–02 lb per MMBtu of steam output or 5.2E–01 lb per MWh; or (2.8E–04 lb per MMBtu of steam output or 3.4E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/ others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–01 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.7E–01 lb per MMBtu of steam output or 4.5 lb per MWh; or (4.6E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 470 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 4.6E–01 lb per MMBtu of steam output or 5.2 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–01 lb per MMBtu of heat input; or (1.2E–03 lb per MMBtu of heat input). | 1.4E–01 lb per MMBtu of steam output or 1.6 lb per MWh; or (1.5E–03 lb per MMBtu of steam output or 1.7E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 5.1E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 5.2E–02 lb per MMBtu of steam output or 7.1E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 770 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 8.4E–01 lb per MMBtu of steam output or 8.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.8E–01 lb per MMBtu of heat input; or (2.0E–03 lb per MMBtu of heat input). | 3.9E–01 lb per MMBtu of steam output or 3.9 lb per MWh; or (2.8E–03 lb per MMBtu of steam output or 2.8E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solid. | a. CO | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen. | 2.4 lb per MMBtu of steam output or 12 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (5.8E–03 lb per MMBtu of heat input). | 5.5E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (1.6E–02 lb per MMBtu of steam output or 8.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 3,500 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 3.5 lb per MMBtu of steam output or 39 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.4E–01 lb per MMBtu of heat input; or (4.5E–04 lb per MMBtu of heat input). | 5.5E–01 lb per MMBtu of steam output or 6.2 lb per MWh; or (5.7E–04 lb per MMBtu of steam output or 6.3E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.1E–03 lb per MMBtu of heat input | 1.4E–03 lb per MMBtu of steam output or 1.6E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 2.0E–06 lb per MMBtu of heat input | 2.5E–06 lb per MMBtu of steam output or 2.8E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B collect a minimum sample as specified in the method, for ASTM D6784[b] collect a minimum of 2 dscm. |

TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS [d]—Continued

[As stated in § 63.7500, you may continue to comply with following emission limits until October 6, 2025: [Units with heat input capacity of 10 million Btu per hour or greater]]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 6.2E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 7.5E–02 lb per MMBtu of steam output or 8.6E–01 lb per MWh; or (2.5E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 7.9E–03 lb per MMBtu of heat input; or (6.2E–05 lb per MMBtu of heat input). | 9.6E–03 lb per MMBtu of steam output or 1.1E–01 lb per MWh; or (7.5E–05 lb per MMBtu of steam output or 8.6E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.7E–01 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 3.3E–01 lb per MMBtu of steam output or 3.8 lb per MWh; or (1.1E–03 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 2 dscm. |
| | d. Filterable PM (or TSM). | 6.7E–03 lb per MMBtu of heat input or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of three dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote a, your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] An owner or operator may determine compliance with the carbon monoxide emissions limit using carbon dioxide as a diluent correction in place of oxygen as described in § 63.7525(a)(1). EPA Method 19 F-factors in 40 CFR part 60, appendix A–7, and EPA Method 19 equations in 40 CFR part 60, appendix A–7, must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit, and must also take into account that the 3% oxygen correction is to be done on a dry basis. The methodology must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc. This methodology must be detailed in the site-specific monitoring plan developed according to § 63.7505(d).

[d] Before October 6, 2025 you may comply with the emission limits in this Table 15. On and after October 6, 2025, you must comply with the emission limits in Table 2 to this subpart.

[FR Doc. 2022–19612 Filed 10–5–22; 8:45 am]

**BILLING CODE 6560–50–P**

**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[EPA–HQ–OAR–2002–0058; FRL–10010–81–OAR]**

**RIN 2060–AU20**

# National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters; Amendments

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Proposed rule.

**SUMMARY:** On January 31, 2013, the U.S. Environmental Protection Agency (EPA) finalized amendments to the national emission standards (NESHAP) for the control of hazardous air pollutants (HAP) at major sources from new and existing industrial, commercial, and institutional (ICI) boilers and process heaters. Subsequently, the United States Court of Appeals for the District of Columbia Circuit (D.C. Circuit), in a decision issued in July 2016, remanded several of the emission standards to the EPA based on the court's review of the EPA's approach to setting those standards. In response to these remands, this action proposes to amend several numeric emission limits for new and existing boilers and process heaters consistent with the court's opinion and set compliance dates for these new emission limits. The court also remanded for further explanation the Agency's use of carbon monoxide (CO) as a surrogate for organic HAP and, in a subsequent decision in March 2018, remanded for further explanation the Agency's use of a CO threshold to represent the application of the maximum achievable control technology (MACT) for organic HAP. The proposed changes to the emissions limits will protect air quality and promote public health by reducing emissions of the HAP listed in the Clean Air Act (CAA). This action also addresses the two issues remanded to the EPA for further explanation. We are also proposing several technical clarifications and corrections.

**DATES:**

*Comments.* Comments must be received on or before October 23, 2020. Under the Paperwork Reduction Act (PRA), comments on the information collection provisions are best assured of consideration if the Office of Management and Budget (OMB) receives a copy of your comments on or before September 23, 2020.

*Public hearing.* If anyone contacts us requesting a public hearing on or before August 31, 2020, we will hold a virtual public hearing. See **SUPPLEMENTARY INFORMATION** for information on requesting and registering for a public hearing.

**ADDRESSES:** You may send comments, identified by Docket ID No. EPA–HQ–OAR–2002–0058, by any of the following methods:

- *Federal eRulemaking Portal: https://www.regulations.gov/* (our preferred method). Follow the online instructions for submitting comments.
- *Email: a-and-r-docket@epa.gov.* Include Docket ID No. EPA–HQ–OAR–2002–0058 in the subject line of the message.

*Instructions:* All submissions received must include the Docket ID No. for this rulemaking. Comments received may be posted without change to *https://www.regulations.gov/,* including any personal information provided. For detailed instructions on sending comments and additional information on the rulemaking process, see the **SUPPLEMENTARY INFORMATION** section of this document. Out of an abundance of caution for members of the public and our staff, the EPA Docket Center and Reading Room was closed to public visitors on March 31, 2020, to reduce the risk of transmitting COVID–19. Our Docket Center staff will continue to provide remote customer service via email, phone, and webform. We encourage the public to submit comments via *https://www.regulations.gov/* or email, as there is a temporary suspension of mail delivery to the EPA, and no hand deliveries are currently accepted. For further information on EPA Docket Center services and the current status, please visit us online at *https://www.epa.gov/dockets.*

If requested, the virtual hearing will be held on September 8, 2020. The hearing will convene at 9:00 a.m. Eastern Standard Time (EST) and will conclude at 3:00 p.m. EST. The EPA will announce further details on the virtual public hearing website at *https://www.epa.gov/stationary-sources-air-pollution/industrial-commercial-and-institutional-boilers-and-process-heaters.* Refer to the **SUPPLEMENTARY INFORMATION** section below for additional information.

**FOR FURTHER INFORMATION CONTACT:** For questions about this proposed action, contact Mr. Jim Eddinger, Sector Policies and Programs Division (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; telephone number: (919) 541–5426; and email address: *eddinger.jim@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

*Participation in virtual public hearing.* Please note that the EPA is deviating from its typical approach because the President has declared a national emergency. Due to the current Centers for Disease Control and Prevention (CDC) recommendations, as well as state and local orders for social distancing to limit the spread of COVID–19, the EPA cannot hold in-person public meetings at this time.

If a public hearing is requested, the EPA will begin pre-registering speakers for the hearing upon publication of this document in the **Federal Register**. To register to speak at the virtual hearing, please use the online registration form available at *https://www.epa.gov/stationary-sources-air-pollution/industrial-commercial-and-institutional-boilers-and-process-heaters* or contact Ms. Adrian Gates at (919) 541–4860 or by email at *gates.adrian@epa.gov* to register to speak at the virtual public hearing. The last day to pre-register to speak at the hearing will be September 8, 2020. On September 8, 2020, the EPA will post a general agenda for the hearing that will list pre-registered speakers in approximate order at *https://www.epa.gov/stationary-sources-air-pollution/industrial-commercial-and-institutional-boilers-and-process-heaters.*

The EPA will make every effort to follow the schedule as closely as possible on the day of the hearing; however, please plan for the hearing to run either ahead of schedule or behind schedule.

Each commenter will have 5 minutes to provide oral testimony. The EPA encourages commenters to provide the EPA with a copy of their oral testimony electronically (via email) by emailing it to Jim Eddinger and Adrian Gates. The EPA also recommends submitting the text of your oral testimony as written comments to the rulemaking docket.

The EPA may ask clarifying questions during the oral presentations but will not respond to the presentations at that time. Written statements and supporting information submitted during the comment period will be considered with the same weight as oral testimony and supporting information presented at the public hearing.

Please note that any updates made to any aspect of the hearing will be posted online at *https://www.epa.gov/stationary-sources-air-pollution/industrial-commercial-and-institutional-boilers-and-process-heaters.* While the

EPA expects the hearing to go forward as set forth above, if requested, please monitor our website or contact Adrian Gates at 919–541–4862 or *gates.adrian@epa.gov* to determine if there are any updates. The EPA does not intend to publish a document in the **Federal Register** announcing updates.

If you require the services of a translator or a special accommodation such as audio description, please pre-register for the hearing with Adrian Gates and describe your needs by August 31, 2020. The EPA may not be able to arrange accommodations without advance notice.

*Docket.* The EPA has established a docket for this rulemaking under Docket ID No. EPA–HQ–OAR–2002–0058. All documents in the docket are listed in *Regulations.gov.* Although listed, some information is not publicly available, *e.g.,* Confidential Business Information (CBI) or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the internet and will be publicly available only in hard copy. Publicly available docket materials are available electronically in *Regulations.gov.*

*Instructions.* Direct your comments to Docket ID No. EPA–HQ–OAR–2002–0058. The EPA's policy is that all comments received will be included in the public docket without change and may be made available online at *https://www.regulations.gov/,* including any personal information provided, unless the comment includes information claimed to be CBI or other information whose disclosure is restricted by statute. Do not submit electronically any information that you consider to be CBI or other information whose disclosure is restricted by statue. This type of information should be submitted by mail as discussed below.

The EPA may publish any comment received to its public docket. Multimedia submissions (audio, video, etc.) must be accompanied by a written comment. The written comment is considered the official comment and should include discussion of all points you wish to make. The EPA will generally not consider comments or comment contents located outside of the primary submission (*i.e.,* on the Web, cloud, or other file sharing system). For additional submission methods, the full EPA public comment policy, information about CBI or multimedia submissions, and general guidance on making effective comments, please visit *https://www.epa.gov/dockets/commenting-epa-dockets.*

The *https://www.regulations.gov/* website allows you to submit your comment anonymously, which means the EPA will not know your identity or contact information unless you provide it in the body of your comment. If you send an email comment directly to the EPA without going through *https://www.regulations.gov/,* your email address will be automatically captured and included as part of the comment that is placed in the public docket and made available on the internet. If you submit an electronic comment, the EPA recommends that you include your name and other contact information in the body of your comment and with any digital storage media you submit. If the EPA cannot read your comment due to technical difficulties and cannot contact you for clarification, the EPA may not be able to consider your comment. Electronic files should not include special characters or any form of encryption and be free of any defects or viruses. For additional information about the EPA's public docket, visit the EPA Docket Center homepage at *https://www.epa.gov/dockets.*

The EPA is temporarily suspending its Docket Center and Reading Room for public visitors to reduce the risk of transmitting COVID–19. Written comments submitted by mail are temporarily suspended and no hand deliveries will be accepted. Our Docket Center staff will continue to provide remote customer service via email, phone, and webform. We encourage the public to submit comments via *https://www.regulations.gov/.* For further information and updates on EPA Docket Center services, please visit us online at *https://www.epa.gov/dockets.*

The EPA continues to carefully and continuously monitor information from the CDC, local area health departments, and our Federal partners so that we can respond rapidly as conditions change regarding COVID–19.

*Submitting CBI.* Do not submit information containing CBI to the EPA through *https://www.regulations.gov/* or email. Clearly mark the part or all of the information that you claim to be CBI. For CBI information on any digital storage media that you mail to the EPA, mark the outside of the digital storage media as CBI and then identify electronically within the digital storage media the specific information that is claimed as CBI. In addition to one complete version of the comments that includes information claimed as CBI, you must submit a copy of the comments that does not contain the information claimed as CBI directly to the public docket through the procedures outlined in *Instructions* above. If you submit any digital storage media that does not contain CBI, mark the outside of the digital storage media clearly that it does not contain CBI. Information not marked as CBI will be included in the public docket and the EPA's electronic public docket without prior notice. Information marked as CBI will not be disclosed except in accordance with procedures set forth in 40 Code of Federal Regulations (CFR) part 2. Send or deliver information identified as CBI only to the following address: OAQPS Document Control Officer (C404–02), OAQPS, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711, Attention: Docket ID No. EPA–HQ–OAR–2002–0058. Note that written comments containing CBI and submitted by mail may be delayed and no hand deliveries will be accepted.

*Preamble acronyms and abbreviations.* We use multiple acronyms and terms in this preamble. While this list may not be exhaustive, to ease the reading of this preamble and for reference purposes, the EPA defines the following terms and acronyms here:

CAA Clean Air Act
CEDRI Compliance and Emissions Data Reporting Interface
CBI Confidential Business Information
CEMS continuous emission monitoring system
CFR Code of Federal Regulations
CO Carbon Monoxide
EPA Environmental Protection Agency
HAP hazardous air pollutant(s)
HCl hydrogen chloride
Hg mercury
ICI industrial, commercial, and institutional
lb/MMBtu pounds per million British thermal units
MACT maximum achievable control technology
MPCRF Multipollutant Control Research Facility
NAICS North American Industry Classification System
NESHAP national emission standards for hazardous air pollutants
OAQPS Office of Air Quality Planning and Standards
OMB Office of Management and Budget
PAH polycyclic aromatic hydrocarbons
PM particulate matter
ppb parts per billion
ppm parts per million
RDL representative detection level
tpy tons per year
TSM total selected metals
UPL upper prediction limit
VOC volatile organic compounds

*Organization of this document.* The information in this preamble is organized as follows:

I. General Information
A. Executive Summary
B. Does this action apply to me?
C. Where can I get a copy of this document and other related information?
II. Background

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 59 of 496


A. What is the statutory authority for this action?
III. Discussion of the Proposed Amendments
A. Revisions to MACT Floor Emission Limits
B. Beyond-the-Floor Emission Limits
C. Revisions to Output-Based Emission Limits
D. Proposed Response to the Amended Issue: CO as a Surrogate for Organic HAP
E. Proposed Response to the Amended Issue: CO 130 ppm Threshold Emission Limits
IV. Results and Proposed Decisions
A. What are the resulting changes to emission limits?
B. What compliance dates are we proposing?
C. What other actions are we proposing?
V. Summary of Cost, Environmental, and Economic Impacts
A. What are the affected sources?
B. What are the air quality impacts?
C. What are the cost impacts?
D. What are the secondary impacts?
E. What are the economic impacts?
F. What are the benefits?
VI. Request for Comments
VII. Statutory and Executive Order Reviews
A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
B. Executive Order 13771: Reducing Regulations and Controlling Regulatory Costs
C. Paperwork Reduction Act (PRA)
D. Regulatory Flexibility Act (RFA)
E. Unfunded Mandates Reform Act (UMRA)
F. Executive Order 13132: Federalism
G. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
H. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks
I. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use
J. National Technology Transfer and Advancement Act (NTTAA)
K. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations

## I. General Information

### *A. Executive Summary*

1. Purpose of the Regulatory Action

a. Need for Regulatory Action

The NESHAP for Industrial, Commercial, and Institutional Boilers and Process Heaters was promulgated on March 21, 2011, and amended on January 31, 2013, and November 20, 2015. Environmental groups and industry submitted petitions seeking judicial review of the NESHAP. On December 23, 2016, the D.C. Circuit amended its July 29, 2016 decision to remand instead of vacate certain emission standards where it held that the EPA had improperly excluded certain units in establishing the emission standards and remanded the use of CO as a surrogate for organic HAP for further explanation. In March 2018, the court in a separate case remanded the EPA's decision to set a limit of 130 parts per million (ppm) CO as a minimum standard for certain subcategories for further explanation. The courts did not set specific deadlines for the EPA to issue revised regulations as part of either remand.

In response to these remands, the EPA is proposing to amend several emission standards consistent with the court's opinion and proposing responses to the two issues remanded for further explanation.

b. Legal Authority

The statutory authority for this proposed rulemaking is section 112 of the CAA. Title III of the CAA Amendments was enacted to reduce nationwide air toxic emissions. Section 112(d)(2) of the CAA directs the EPA to develop NESHAP which require existing and new major sources to control emissions of HAP using MACT based standards. This NESHAP applies to all ICI boilers and process heaters located at major sources of HAP emissions.[1]

2. Summary of the Major Provisions of the Regulatory Action in Question

The EPA is proposing to revise 34 different emission limits which it had previously promulgated in 2011 and amended in, 2013. Of these 34 emission limits, 28 of the limits would become more stringent and six of the limits would become less stringent. EPA is also proposing that facilities would have up to 3 years after the effective date of the final rule to demonstrate compliance with these revised emission limits. A list of each combination of subcategory and pollutant where the limits have proposed revisions is shown in Table 1.

TABLE 1—SUMMARY OF SUBCATEGORIES WITH PROPOSED REVISIONS TO EMISSION LIMITS

| Subcategory | Pollutant where a limit is proposed to change |
|---|---|
| New-Solid | HCl. |
| New-Dry Biomass Stoker | TSM. |
| New-Biomass Fluidized Bed | CO, PM, TSM. |
| New-Biomass Suspension Burner. | CO, TSM. |
| New-Biomass Hybrid Suspension Grate. | CO. |
| New-Biomass Dutch Oven/Pile Burner. | PM. |
| New-Biomass Dutch Oven/Pile Burner. | PM. |
| New-Biomass Dutch Oven/Pile Burner. | CO, PM. |
| New-Liquid | HCl. |
| New-Heavy Liquid | PM, TSM. |
| New-Process Gas | PM. |
| Existing-Solid | HCl, Hg. |
| Existing-Coal | PM. |
| Existing-Coal Stoker | CO. |
| Existing-Dry Biomass Stoker | TSM. |
| Existing-Wet Biomass Stoker | CO, PM, TSM. |
| Existing-Biomass Fluidized Bed. | CO, PM, TSM. |
| Existing-Biomass Suspension Burners. | PM, TSM. |
| Existing-Biomass Dutch Oven/Pile Burner. | PM. |
| Existing-Liquid | Hg. |
| Existing-Heavy Liquid | PM. |
| Existing-Non-continental Liquid. | PM. |
| Existing-Process Gas | PM. |

[1] See 75 FR 32016 and section 63.7575 "What definitions apply to this subpart" of 40 CFR part 63, subpart DDDDD for definitions of ICI boilers and process heaters.

3. Costs and Benefits

We have estimated certain cost and benefits of the proposed rule, and these are found in Table 2. Present values (PV) of the net co-benefits, in 2016 dollars and discounted to 2020, are from $655 million to $1,575 million when using a 7-percent discount rate and from $751 million to $1,871 million when using a 3-percent discount rate. The equivalent annualized values (EAV) of the net co-benefits are from $78 million to $194 million per year when using a 7-percent discount rate and from $92 million to $232 million per year when using a 3-percent discount rate. All of these estimates are in 2016 dollars. The monetized benefits estimate reflects an annual average of 251 tons of fine particulate matter ($PM_{2.5}$) emission reductions per year and 393 tons of sulfur dioxide ($SO_2$) emission reductions per year. These benefits are referred to as ancillary co-benefits since these pollutants are not targeted for control in the proposal. The unmonetized benefits include: Reduced exposure to HAP, including mercury (Hg), hydrochloric acid (HCl), non-Hg metals (*e.g.*, antimony, cadmium), formaldehyde, benzene, and polycyclic

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 60 of 496


organic matter; reduced climate effects due to reduced black carbon emissions; reduced ecosystem effects; and reduced visibility impairments. We represent the present value of unmonetized benefits from affected HAP emission reductions as a C, and this is part of the net benefits estimate. We represent the equivalent annualized value of unmonetized benefits from affected HAP emission reductions as a D, and this is part of the net benefits estimate. These estimates also include climate co-disbenefits resulting from an increase in carbon dioxide ($CO_2$) emissions, a secondary impact from electricity use by additional control devices in response to the proposal. This disbenefit is $0.09 million at a 3-percent discount rate and $0.01 million at a 7-percent discount rate.

More information on these impacts can be found in section V of this preamble and in the Regulatory Impact Analysis (RIA) for this proposal.

TABLE 2—SUMMARY OF PRESENT VALUES AND EQUIVALENT ANNUALIZED VALUES FOR ANNUAL COSTS, MONETIZED ANCILLARY CO-BENEFITS, AND MONETIZED NET BENEFITS (INCLUDING ANCILLARY CO-DISBENEFITS) FOR THE PROPOSED RULE

[Millions of 2016 dollars] [1 2]

| | | 3% Discount rate | 7% Discount rate |
|---|---|---|---|
| Present Value | Targeted Benefits [3] | C | C |
| | Ancillary Co-Benefits | $730 to $1,650 | $630 to $1,100 |
| | Cost [4] | $130 | $100 |
| | Net Benefits [5] | $600 to $1,520 + C | $530 to $1,000 + C |
| Equivalent Annualized Value | Targeted Benefits [6] | D | D |
| | Ancillary Co-Benefits | $100 to 240 | $90 to 180 |
| | Costs | 18 | 17 |
| | Net Benefits | $80 to 220 + D | $70 to 160 + D |

[1] All estimates in this table are rounded to one decimal point, so numbers may not sum due to independent rounding.
[2] All estimates reflect the amendments to the ICI Boilers MACT standard included in this proposal from a baseline that includes the control technologies applied to meet the MACT standard.
[3] C represents the present value of unquantified benefits from reductions in targeted HAP emissions.
[4] The annualized present value of costs and benefits are calculated over an 8-year period from 2021 to 2028.
[5] The total monetized ancillary co-benefits reflect the human health benefits associated with reducing exposure to $PM_{2.5}$ through reductions of directly emitted $PM_{2.5}$ and $SO_2$. Monetized ancillary co-benefits include many, but not all, health effects associated with $PM_{2.5}$ exposure. Co-benefits are shown as a range from Krewski *et al.* (2009) to Lepeule *et al.* (2012). We do not report the total monetized ancillary co-benefits by $PM_{2.5}$ species. The ancillary climate co-disbenefits from additional $CO_2$ emissions resulting from control device operations are included in the results given the rounding convention employed in this table as stated in footnote a. The net benefits calculation consists of the targeted benefits and ancillary co-benefits minus the social costs.
[6] D represents the equivalent annualized value of unquantified benefits from reductions in targeted HAP emissions.

*B. Does this action apply to me?*

Table 3 of this preamble lists the NESHAP and associated regulated industrial source categories that are the subject of this proposal. Table 3 is not intended to be exhaustive, but rather provides a guide for readers regarding the entities that this proposed action is likely to affect. The proposed standards, once promulgated, will be directly applicable to the affected sources. As defined in the *Initial List of Categories of Sources Under Section 112(c)(1) of the Clean Air Act Amendments of 1990* (see 57 FR 31576, July 16, 1992) and *Documentation for Developing the Initial Source Category List, Final Report* (see EPA–450/3–91–030, July 1992), the Industrial Boiler source category includes boilers used in manufacturing, processing, mining, and refining or any other industry to provide steam, hot water, and/or electricity. The Institutional/Commercial Boilers source category includes, but is not limited to, boilers used in commercial establishments, medical centers, research centers, institutions of higher education, hotels, and laundries to provide electricity, steam, and/or hot water. Waste heat boilers are excluded from this definition. The Process Heaters source category includes, but is not limited to, secondary metals process heaters, petroleum and chemical industry process heaters, and other process heaters. A process heater is defined as an enclosed device using controlled flame, and the unit's primary purpose is to transfer heat indirectly to a process material (liquid, gas, or solid) or to a heat transfer material (*e.g.,* glycol or a mixture of glycol and water) for use in a process unit, instead of generating steam. Process heaters do not include units used for comfort heat or space heat, food preparation for on-site consumption, or autoclaves. Waste heat process heaters are excluded from this definition. A boiler or process heater combusting solid waste is not a boiler unless the device is exempt from the definition of a solid waste incineration unit as provided in section 129(g)(1) of the CAA.

TABLE 3—SOURCE CATEGORIES AFFECTED BY THIS PROPOSED ACTION

| Source category | NESHAP | NAICS code [1] | Examples of potentially regulated entities |
|---|---|---|---|
| Any industry using a boiler or process heater as defined in the final rule. | Industrial, Commercial, and Institutional Boilers and Process Heaters.. | 211 | Extractors of crude petroleum and natural gas. |
| | ...................... | 321 | Manufacturers of lumber and wood products. |
| | ...................... | 322 | Pulp and paper mills. |
| | ...................... | 325 | Chemical manufacturers. |
| | ...................... | 324 | Petroleum refineries, and manufacturers of coal products. |
| | ...................... | 316, 326, 339 | Manufacturers of rubber and miscellaneous plastic products. |
| | ...................... | 331 | Steel works, blast furnaces. |
| | ...................... | 332 | Electroplating, plating, polishing, anodizing, and coloring. |
| | ...................... | 336 | Manufacturers of motor vehicle parts and accessories. |
| | ...................... | 221 | Electric, gas, and sanitary services. |
| | ...................... | 622 | Health services. |
| | ...................... | 611 | Educational services. |

[1] North American Industry Classification System.

### *C. Where can I get a copy of this document and other related information?*

In addition to being available in the docket, an electronic copy of this action is available on the internet. Following signature by the EPA Administrator, the EPA will post a copy of this proposed action at *https://www.epa.gov/industrial-commercial-and-institutional-boilers-and-process-heaters*. Following publication in the **Federal Register**, the EPA will post the **Federal Register** version of the proposal and key technical documents at this same website.

A redline version of the regulatory language that incorporates the proposed changes in this action is available in the docket for this action (Docket ID No. EPA–HQ–OAR–2002–0058).

## II. Background

On March 21, 2011, the EPA established final emission standards for ICI boilers and process heaters at major sources, reflecting the application of MACT—the Boiler MACT (76 FR 15608). On January 31, 2013, the EPA promulgated final amendments to the Boiler MACT (78 FR 7138). On November 20, 2015, the EPA promulgated additional amendments to the Boiler MACT (80 FR 72789) in response to certain reconsideration issues, but other issues remained unresolved due to pending litigation at the time these final amendments were published.

On July 29, 2016, the D.C. Circuit issued its decision in *U.S. Sugar Corp* v. *EPA,* 830 F.3d 579. In that decision, the court upheld the EPA's 2013 Boiler MACT against all challenges brought by industry petitioners, and virtually all challenges brought by environmental petitioners. However, the court vacated the MACT floor emission limits for those subcategories where the EPA had excluded certain units from its MACT-floor calculation because those units burned less than 90 percent of the subcategory defining fuel. *U. S. Sugar Corp.* v. *EPA,* 830 F.3d at 631. On December 23, 2016, the D.C. Circuit granted EPA's motion for rehearing on remedy and remanded without vacatur these affected MACT standards. 844 F.3d 268. Therefore, these MACT standards have remained in effect since the court's decision.

Additionally, the court in *U.S. Sugar* remanded the use of CO as a surrogate for non-dioxin organic HAP to the EPA for the limited purpose of addressing the potential availability of post-combustion control technologies that could control CO. In a subsequent decision on March 16, 2018, the D.C. Circuit remanded the EPA's decision to set a limit of 130 ppm CO as a surrogate for non-dioxin organic HAP for certain subcategories, again asking the Agency to better explain its analysis supporting its decision. *Sierra Club* v. *EPA,* 884 F.3d 1185.

In this action, the EPA is proposing changes to certain emissions limits in the final rule and is providing additional explanation of certain issues relating to the CO standards in response to these remands. The EPA is also proposing several technical corrections.

### *A. What is the statutory authority for this action?*

Section 112 of the CAA establishes a regulatory process to address emissions of HAP from stationary sources. CAA section 112(d) requires the Agency to promulgate technology-based NESHAP for major sources. ''Major sources'' are defined in CAA Section 112(a) as sources that emit or have the potential to emit 10 tons or more per year (tpy) of a single HAP or 25 tpy or more of any combination of HAP. For major sources, the technology-based NESHAP must require the maximum degree of reduction in emissions of HAP achievable (after considering cost, energy requirements, and non-air quality health and environmental impacts). These standards are commonly referred to as MACT standards.

The MACT ''floor'' is the minimum control level allowed for MACT standards promulgated under CAA section 112(d)(3) and may not be based on cost considerations. For new sources, the MACT floor cannot be less stringent than the emissions control that is achieved in practice by the best controlled similar source. The MACT floor for existing sources may be less stringent than floors for new sources but may not be less stringent than the average emissions limitation achieved by the best-performing 12 percent of existing sources in the category or subcategory (or the best-performing five sources for categories or subcategories with fewer than 30 sources). In developing MACT standards, the EPA must also consider control options that are more stringent than the floor (*i.e.,* ''beyond-the-floor'' options) under CAA section 112(d)(2). We may establish beyond-the-floor standards more stringent than the floor based on considerations of the cost of achieving the emission reductions, any non-air quality health and environmental impacts, and energy requirements.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 62 of 496


## III. Discussion of the Proposed Amendments

### *A. Revisions to MACT Floor Emission Limits*

#### 1. Revisions to MACT Floor Ranking Methodology for Co-Fired Units

Many of the affected sources subject to numerical limits under the NESHAP involve boilers and process heaters that co-fire multiple fuel types. In the January 2013 final rule amendments, the EPA defined each subcategory using a threshold of at least 10 percent of a subcategory-defining fuel, on an annual heat input basis. These definitions were set up in a hierarchical manner. Solid fuel units must burn at least 10-percent solid fuel. Coal and solid fossil fuel units must burn at least 10-percent coal or another solid fossil fuel. Biomass units must burn at least 10-percent biomass, but less than 10-percent coal. Liquid fuel units may burn any liquid fuel but less than 10-percent coal or fossil solid, and less than 10-percent biomass. The MACT floor analysis conducted in the 2013 rulemaking used a 90-percent fuel threshold, instead of the regulatory definition of 10 percent, to group test data into subcategories for ranking the best performers and calculating the MACT floors. This approach excluded several units that were in the subcategory from the ranking analysis, which in turn excluded these boilers from consideration in upper prediction limit (UPL) calculations to establish the MACT floor.

The D.C. Circuit in *U.S. Sugar* stated that, if EPA includes a source in a subcategory, it must consider whether any source in that subcategory is a best-performing source which would then need to be accounted for in setting the MACT floor. *U.S. Sugar* v. *EPA,* 830 F.3d at 631. Following the EPA's request for rehearing, the court remanded standards affected by its decision to the EPA for further consideration, and the EPA is now proposing to revise the affected standards consistent with the court's opinion.

For this proposal, the same dataset used as the basis for the 2013 final rule was used as the basis of the calculations for the proposed revised standards.[2] The EPA performed a more detailed review of the units in the dataset that had previously been excluded from the rankings, with emphasis on the newly identified best performers. While checking background test reports, the EPA corrected some database errors, filled information gaps for certain co-fired fuel blends, and adjusted CO instrument span measurements. However, since the proposed revisions are solely to address the remand in *U.S. Sugar,* we re-ran the MACT floor analysis to incorporate data that had been previously excluded. The rankings of each subcategory were revised to incorporate data from tests that fired at least 10 percent of a subcategory-defining fuel. This change in criteria impacted the number of units with emission test data for certain subcategories. In many cases test data for co-fired units in the 2013 Emissions Database did not quantify the exact fuel input breakdown.[3] The EPA reviewed test reports that were included as background data materials for the 2013 Emissions Database and conducted outreach with selected facilities in order to verify to which subcategory the various test data belonged. Appendix B of the docketed memorandum, *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source* (2019 MACT Floor Memo), details the revised ranking of each subcategory and compares the ranking to the previous ranking assignment from the January 2013 final rule. As was done in the January 2013 final rule, devices that were co-firing solid waste materials were excluded from the ranking unless the device was exempted from the definition of a solid waste incineration unit as provided in section 129(g)(1) of the CAA.

As part of the revisions to the ranking analysis, the EPA also made corrections to some of the emissions data, as part of its data quality review of the revised set of best performing units in each subcategory. The EPA investigated historical notes in the 2013 Emissions Database about whether certain test results were valid or were previously excluded due to data quality concerns. When historical notes had excluded data, those exclusions were carried forward into the revised analysis supporting the proposal. Because some new best performing units were identified in the ranking analysis, the EPA also reviewed test reports that were available in the rulemaking docket to verify reported emission results in the database as well as oxygen adjustment factors, and CO instrument span and CO calibration data. EPA made corrections to the values used in the MACT floor analysis when these back-up documents suggested a correction was needed. In addition to data available from the docketed data resources, the EPA also received data correction files and a small number of additional tests from members of the American Forest and Paper Association. The EPA reviewed the additional data provided, including any supporting emission test reports to evaluate if the data were accurate and complete and representative prior to including the data in the revised ranking analysis. A summary of data changes made since version 8 of the database is available in the docketed memorandum, *Summary of 2019 Emission Database Changes for Major Source Boilers and Process Heaters.* In addition, a summary of the expected impacts of these data changes is available in the *Regulatory Impact Analysis for the Proposed ICI Boilers NESHAP Reconsideration,* which is available in the docket for this action. The changes include an increase in compliance costs as well as an increase in emission reductions as a result of the more stringent emission limits.

##### a. Existing Sources

Because the rankings shifted dramatically, the number of units in each of the subcategories changed, as well as the specific units that comprised the top 12 percent within the subcategory. Appendix B–1 of the 2019 MACT Floor Memo summarizes the revised number of units in the top 12 percent for each combination of subcategory and pollutant. The remainder of the worksheets in Appendix B indicate which units are identified to be among the top 12 percent.

Once the top 12 percent of units were identified, each unique combination of pollutant and subcategory data was reviewed to determine the distribution of the dataset and then calculate the UPL. The procedures for determining the data distribution and calculating the UPL remain the same as they did for the January 2013 final rule, with the exception of ''limited datasets'' which are those that consisted of less than seven test runs. The procedures for determining the distribution and calculating the UPL are detailed in *EPA's Response to Remand of the Record for Major Source Boilers, July 14, 2014* available in the docket for this action. Additional considerations for limited datasets are discussed in section III.A.2 of this preamble. The actual calculations and distribution assignments for each pollutant and subcategory combination are shown in

---

[2] Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, and Fuel Analysis Data Reporting under ICR No. 2286.01 and ICR No.2286.03 (OMB Control Number 2060–0616) (version 8). Docket ID No. EPA–HQ–OAR–2002–0058–3830.

[3] Ibid.

Appendix C of the 2019 MACT Floor Memo. The EPA is not soliciting comment on its use of the same methodology that it used to set the January 2013 standards, but is soliciting comment on the proposed revisions to the standards the Agency is proposing to address concerning the court's remand in *U.S. Sugar.*

Once the UPL values were calculated, the EPA reviewed whether any additional fuel variability factors were available to multiply by the calculated UPL for Hg, HCl, and total selected metals[4] (TSM). The methodology for computing the fuel variability factor did not change since the January 2013 final rule. Instead, any changes in the fuel variability factors occurred because of changes to the units that constituted the top 12 percent for each subcategory and were, therefore, eligible for consideration in the fuel variability factor analysis. The fuel variability factor calculations are shown in Appendix A of the 2019 MACT Floor Memo. Fuel variability factors were available for solid and liquid fuel subcategories for Hg and HCl and for biomass fluidized bed, coal, and heavy liquid subcategories for TSM.

b. New Sources

Similar to existing sources, the re-ranking of the data for each new source subcategory impacted the specific units that were identified as the lowest emitting for each combination of pollutant and subcategory.

Additionally, as in the January 2013 final rule, the EPA did not allow units with a nitrogen oxides-to-CO ratio above 50 to represent a best performing boiler for CO. Instead, the EPA picked the next lowest ranked unit for the Coal Stokers. Additionally, as in the January 2013 final rule, the EPA only considered units with at least three test runs to serve as the basis of the new source floor except for cases where no other data were available. This occurred only for the TSM UPL calculations for new Biomass Suspension Burner. In that case, the second ranked unit was selected. The revisions to the emissions standards proposed here are for the limited purpose of addressing the court's remand in *U.S. Sugar,* and the EPA is not proposing or soliciting comment on other aspects of the standards or methodology used to calculate the standards.

Once the best controlled similar source for each subcategory was identified, each unique combination of pollutant and subcategory data was reviewed to determine the distribution of the dataset and then calculate the UPL. The procedures for determining the data distribution and calculating the UPL remain the same as for the January 2013 final rule, with the exception of limited datasets that consisted of less than seven test runs or in cases where the calculated new source UPL exceeded the existing source UPL for the same subcategory. The procedures for determining the distribution and calculating the UPL are detailed in the docketed memorandum, *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* Many of the new source UPL calculations involved limited datasets and additional considerations for limited datasets are discussed in section III.A.2 of this preamble. The actual calculations and distribution assignments for each pollutant and subcategory combination are shown in Appendix E of the 2019 MACT Floor Memo. This appendix worksheet for each UPL calculation also shows the ranking of each unit.

Once the UPL values were calculated, the EPA reviewed whether any additional fuel variability factors were available to multiply by the calculated UPL for Hg, HCl, and TSM. The methodology for computing the fuel variability factor did not change since the January 2013 final rule. Instead, any changes in the fuel variability factors occurred because of changes to the unit selected to represent the best controlled similar source and were, therefore, eligible for consideration in the fuel variability factor analysis for new sources. The fuel variability factor calculations are shown in Appendix A of the 2019 MACT Floor Memo. Fuel variability factors were available for liquid fuel and coal subcategories for Hg and HCl, and the heavy liquid subcategory for TSM.

The EPA also incorporated the same procedures as the January 2013 final rule to ensure that the available measurement methods would provide accurate emissions measurements at the levels set for the various standards. The procedures are discussed in detail at 76 FR 80611 and the calculated values are presented in technical memoranda in the docket.[5] The procedures remained the same, but which unit represents the new source floor did change since January 2013; so, the actual representative detection level (RDL) calculation accordingly changed as well. The revised calculations for 3 times the RDL are presented in the documented memorandum. After computing the RDL, the UPL calculations were compared to a value equal to 3 times the RDL. In the case of new sources, if the UPL was below the 3 times RDL value then the MACT floor was set equal to 3 times the RDL.

Lastly, the EPA compared the calculated UPL, or 3 times RDL values where appropriate, to the existing source emission limits for the same pollutant and subcategory. If the new source floor was larger than the existing source floor, the EPA reviewed the data further as discussed in the UPL methodology for limited datasets in section III.A.2 of this preamble to evaluate if the unit truly reflected the best controlled similar source as determined by the Administrator and to evaluate if the UPL calculations required any adjustments to ensure that the UPL did not result in a less stringent standard for new sources. In addition to the tests conducted on limited datasets, two subcategories for new source limits required additional evaluation, as discussed below. Specific names of the facility and boiler names refer to how the boilers are identified in the MACT floor analysis to allow the reader to find these units in the related technical support memoranda.

The MACT floor dataset for particulate matter (PM) from new fluidized bed boilers designed to burn biomass includes 18 test runs from a single boiler ''ORGeorgiaPacificWauna Mill, EU35—Fluidized Bed Boiler'' (EU35) that we identified as the best performing unit based on average emissions. The calculated UPL for new sources exceeded the UPL calculated for existing units in the same subcategory. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit. Our analysis showed that this unit, identified as the best performing unit based on average emissions, has a variance that is 3 orders of magnitude higher than the second ranked unit ''WIGPGreenBay2818, B10—Wastepaper Sludge-Fired Boiler 10'' (B10) and an overall average (considering all stack tests, not just the minimum stack test average) that is approximately 4 times higher than the second ranked unit. This information indicates that the second ranked unit, B10, has a more consistent level of performance than the top ranked unit, EU35, and the resulting UPL calculations support this. The calculated UPL is lower for the second ranked unit, B10, than for the top

[4] Total selected metals is the sum of the non-Hg HAP metals—arsenic, beryllium, cadmium, chromium, lead, manganese, nickel, and selenium.

[5] See Docket ID Item Nos.: EPA–HQ–OAR–2002–0058–3837 and EPA–HQ–OAR–2002–0058–3839.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 64 of 496


ranked unit, EU35. For these reasons, we determined that the unit with the lowest average, EU35, is not the best performing source for this subcategory and pollutant and we are instead identifying B10 as the best performing source.

The MACT floor dataset for PM from new stoker boilers designed to burn wet biomass includes nine test runs from a single boiler ''IAMonsantoMuscatine, Boiler #8 EP–195'' that we identified as the best performing unit based on average emissions. The calculated UPL for new sources exceeded the UPL calculated for existing units in the same subcategory. The UPL based on a lognormal equation was 10.2 times higher than the mean. After reviewing the distribution of the dataset, we found that the distribution was incorrectly flagged as lognormally distributed instead of normally distributed. The UPL based on the normal distribution no longer exceeds the UPL calculation for existing sources. The UPL based on a normal equation was 2.36 times higher than the mean. After correcting the distribution, we also evaluated the variance of this unit, which was 4 times lower than the variance of the next lowest ranked unit. For these reasons, we determined that the UPL based on the normal distribution was the appropriate basis for the new source floor for this subcategory.

2. UPL Methodology for Limited Datasets

In August 2013, the D.C. Circuit issued its decision in *National Ass'n. of Clean Water Agencies (NACWA)* v. *EPA,* which addressed challenges to the EPA's 2011 Sewage Sludge Incinerator (SSI) rule, issued under section 129 of the CAA. In *NACWA* v. *EPA,* the court remanded the EPA's use of the UPL methodology to the Agency for further explanation of how the methodology reflected the average emissions limitation achieved by the best-performing 12 percent of sources (for existing sources) and the average emissions limitation achieved by the best-performing similar source (for new sources). *NACWA* v. *EPA,* 734 F.3d 1115, 1151. Because the UPL methodology used in the SSI rule was the same as that used in the major source Boiler MACT, the EPA requested a remand of the record in *U.S. Sugar* v. *EPA* in order to address the court's decision in *NACWA* v. *EPA.* The EPA prepared a memorandum explaining the methodology for the UPL. This memorandum, *EPA's Response to Remand of the Record for Major Source Boilers,* provides a detailed rationale to use the UPL as the basis of setting a MACT floor for new and existing sources, and the methodology and the explanation in the memorandum were upheld by the D.C. Circuit in *U.S. Sugar* v. *EPA.* 830 F.3d at 639. Following the UPL memorandum, the EPA issued a subsequent memorandum specifically addressing the application of the UPL methodology when setting MACT emission limits with limited datasets, *Approach for Applying the Upper Prediction Limit to Limited Datasets.* In that memorandum, the EPA concluded that there are additional considerations when setting MACT floors for limited datasets. The EPA is not, in this action, proposing any revisions to or soliciting comment on either the *EPA's Response to Remand of the Record for Major Source Boilers* memorandum or the limited datasets memorandum. Rather, the EPA is proposing limited revisions to certain Boiler MACT standards to address the specific issue remanded to the Agency by the court in *U.S. Sugar* v. *EPA.* The docketed memorandum, *Approach for Applying the Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources,* discusses the generic methods in the previously issued limited dataset memorandum, as well as a summary of the findings for certain boiler and process heater subcategories. A summary of those findings is also discussed here.

For the ICI Boilers and Process Heaters source categories, we have limited datasets for the following subcategories and pollutants for both existing and new sources: process gas (Hg, HCl, TSM, and PM), biomass suspension burner (TSM), dry biomass stoker (TSM, PM, and CO), and coal fluidized bed coal refuse (CO). For the ICI Boilers and Process Heaters source categories, we have limited datasets for the following subcategories and pollutants for new sources: Solid (Hg and HCl), liquid (Hg and HCl), heavy liquid (TSM and PM), light liquid (TSM and PM), biomass dutch oven/pile burner (TSM), biomass fuel cell (TSM), biomass fluidized bed (TSM), biomass suspension burner (TSM), biomass suspension grate (CO), wet biomass stoker (TSM), and coal (TSM and PM). Therefore, we evaluated these specific datasets to determine whether it is appropriate to make any modifications to the UPL approach used to calculate the MACT floors. For each dataset, we performed the following steps: Selected the data distribution that best represents the dataset; ensured that the correct equation for the distribution was then applied to the data; and compared individual components of the limited dataset to determine if the standards based on the limited dataset reasonably represent the performance of the units included in the dataset. The results of the limited dataset analyses are presented below for each subcategory and pollutant.

The MACT floor datasets for Hg, HCl, and PM from existing and new boilers designed to burn process gas include three test runs from a single boiler. In addition, there are no other process gas units in the rankings to select from for these pollutants. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. The MACT floor dataset for TSM from existing and new boilers designed to burn process gas only includes two test runs. We assumed a distribution of lognormal for this dataset. We then calculated the UPL-based limits which range from 1.2 to 3 times the average (mean) of all test runs from the best performing source. This result indicates that the emission limits are not unreasonable compared to the actual performance of the unit upon which the limits are based and are within the ranges that we see when we evaluate larger datasets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from existing and new suspension burner boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. In addition, there are no other biomass suspension burner units in the rankings to select from for this pollutant because the other unit with test data only has two test runs, and units with less than three test runs were not considered for UPL calculations if other data are available (see discussion in section III.A.1 of this preamble). Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based limit which is 1.7 times the short-term average emissions from the best performing source. This result indicates that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 65 of 496


variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from existing and new stoker boilers designed to burn dry biomass includes three test runs from a single boiler. In addition, there are no other dry biomass stoker units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based-limit, which is approximately 2 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor datasets for PM and CO from existing and new stoker boilers designed to burn dry biomass include three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit for each pollutant, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance for each pollutant, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limits reasonably account for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutants.

The MACT floor dataset for CO from existing and new fluidized bed boilers designed to burn coal refuse includes three test runs from a single boiler. In addition, there are no other units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for the distribution. We then calculated the UPL-based limit which is approximately 1.5 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for Hg from new boilers designed to burn solid fuel includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for HCl from new boilers designed to burn solid fuel includes six test runs from a single boiler ''ARPotlatchForestWarren, Wellons Boiler'' (Wellons Boiler) that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we compared the calculated UPL to the short-term average emissions and found that the unit had a UPL that was 81 times higher than the lowest short-term average emission test and that this ratio is not within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures. Based on this, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was 6 orders of magnitude higher than the variance of the next ranked unit ''TXDibollTemple-Inland, PB–44'' (PB–44). In addition, the Wellons Boiler six test runs were from two separate stack tests, and while the unit was the top ranked unit due to one of the stack test averages being very low, the other stack test average was 6.2 times higher. The high degree of variance in the dataset for the unit with the lowest average, Wellons Boiler, prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the dataset for PB–44. The dataset for PB–44 includes three test runs and the average emissions are only about 7 percent higher than the Wellons Boiler lowest stack test average. However, the PB–44 average emissions are actually 97 percent lower when comparing to the Wellons Boiler average for both stack tests. This information indicates that the second ranked unit, PB–44, has a more consistent level of performance than the top ranked unit, Wellons Boiler, and the resulting UPL calculations support this. The HCl UPL value is lower for PB–44 than for Wellons Boiler and the Wellons Boiler UPL exceeded the UPL for existing solid fuel boilers. For these reasons, we determined that the unit with the lowest average, Wellons Boiler, is not the best performing source for this pollutant and we are instead determining PB–44 to be the best performing source.

The MACT floor dataset for Hg from new boilers designed to burn liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit. Our analysis showed that this unit, identified as the best performing unit based on average emissions, and the second ranked unit both have similar and extremely low variance, indicating consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for HCl from new boilers designed to burn liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new boilers designed to burn heavy

liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best unit based on average emissions, had a slightly higher variance than the next ranked unit. Therefore, we also evaluated the second ranked unit and determined its distribution and applied the equation for its distribution. Comparing the calculated UPL values for the top two units, the best performing unit resulted in the lower UPL. While its variance was slightly higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for PM from new boilers designed to burn heavy liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new boilers designed to burn light liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, and the second ranked unit have nearly equivalent variance, indicating consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for PM from new boilers designed to burn light liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new dutch oven boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new biomass fuel cell boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new fluidized bed boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new suspension burners designed to burn biomass includes three test runs from a single boiler. In addition, there are no other biomass suspension burner units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based limit which is 1.7 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new stoker boilers designed to burn wet biomass includes six test runs from a single boiler "GAGPCellulose Brunswick, U700—No. 4 Power Boiler" (U700—No. 4 Power Boiler) that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. We note that the second and third ranked units each have less than three test runs, and units with less than three test runs were not considered for UPL calculations if other data are available (see discussion in section

III.A.1 of this preamble). Our analysis showed that this unit, identified as the best performing unit based only on average emissions, has a higher variance than the fourth ranked unit ''MESDWarrenSomerset, No. 2 Power Boiler'' (No. 2 Power Boiler) and an overall average (considering all stack tests, not just the minimum stack test average) that is approximately 18 percent higher than the fourth ranked unit. This information indicates that the fourth ranked unit, No. 2 Power Boiler, has a more consistent level of performance than the top ranked unit, U700—No. 4 Power Boiler, and the resulting UPL calculations support this. The calculated UPL is lower for the fourth ranked unit, No. 2 Power Boiler, than for the top ranked unit, U700—No. 4 Power Boiler. For these reasons, we determined that the unit with the lowest average, U700—No. 4 Power Boiler, is not the best performing source for this subcategory and pollutant and we are instead determining that No. 2 Power Boiler is the best performing source.

The MACT floor dataset for CO from new suspension grate boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new coal boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was approximately 3 times higher than the variance of the next ranked unit. The degree of variance in the dataset for the unit with the lowest average prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the second ranked unit. The second ranked unit includes 3 test runs. We calculated the UPL using data for the second ranked unit, however, and the resulting UPL was higher than when using data from the top ranked unit. While its variance was higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for PM from new coal boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was approximately 2.5 times higher than the variance of the next ranked unit. The degree of variance in the dataset for the unit with the lowest average prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the second ranked unit. The second ranked unit includes three test runs. We calculated the UPL using data for the second ranked unit, however, and the resulting UPL was higher than when using data from the top ranked unit. Therefore, while its variance was higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The Process Gas and Coal Fluidized Bed subcategories for existing and new sources and the Heavy Liquid Fuel, Light Liquid Fuel, Pulverized Coal Boilers, and Coal Stoker subcategories for new sources have limited datasets for CO. However, the best performers have very low CO emissions and the emission limits were set equal to a minimum CO level; the applicable methodology is discussed in section III.E of this preamble.

*B. Beyond-the-Floor Emission Limits*

We reviewed the recalculated MACT floor emission limits that are less stringent than those in the January 2013 final rule in order to assess whether a beyond-the-floor option was technically achievable and cost-effective. To assess whether the January 2013 limits were technically achievable we reviewed the compliance data available to the EPA through the Compliance and Emissions Data Reporting Interface (CEDRI) and WebFIRE [6] and compared these data to the emission limits in the January 2013 final rule to assess whether those more stringent limits were being achieved in practice. Data is submitted to CEDRI by regulated entities to EPA in order to meet electronic reporting requirements of 40 CFR part 60 subpart DDDDD. These reports include performance tests, CEMS relative accuracy test audits, notifications of compliance status reports, among other items. WebFIRE displays these reports to the public and can be searched by regulatory subpart or boiler process type (*e.g.,* fuel type, boiler size). For existing sources, with the exception of TSM at coal units, all of the compliance data available for the subcategory showed that the units were complying with the more stringent 2013 emission limit. For TSM at coal-fired units, 83 percent of the units (10 of 12) with data were below the more stringent 2013 emission limit. The two units that were not were 12 percent above the 2013 emission limit, but these units were using the emission averaging provision to comply at a common stack. To assess whether the limits were cost-effective, the EPA reviewed the control devices currently installed to determine if any cost savings would occur should the less stringent limit be selected. In all of these cases, the controls that were already installed were the same types of controls that would be required to meet either the January 2013 limits or the less stringent recalculated limits and, therefore, no additional costs would be incurred to meet the more stringent limits. There were three additional cases where the January 2013 remanded emission limit was more stringent than the recalculated emission limit, but no recent compliance data were available in these three cases. Since no data were available for PM at Gas 2 units, and TSM at biomass suspension burners or dry biomass stokers, the EPA did not select a beyond-the-floor limit for these three emission limits. In all three of these cases, where we did not have data, the changes are resulting from the revised methodology for limited datasets. The process gas unit is uncontrolled, and the dry biomass stoker and biomass suspension burner both had a multiclone installed.

[6] U.S. Environmental Protection Agency. Compliance and Emissions Data Reporting Interface (CEDRI) *https://www.epa.gov/electronic-reporting-air-emissions/cedri* and WebFIRE database *https://www.epa.gov/electronic-reporting-air-emissions/webfire.*

Based on the review of compliance data, the EPA selected a beyond-the-floor level for 10 of the existing source emission limits, as listed in Table 4.

TABLE 4—EXISTING SOURCE EMISSION LIMITS BASED ON BEYOND-THE-FLOOR

| Existing source subcategory limit | Discussion |
|---|---|
| HCl-Liquid | All of the existing units with data available are below the 2013 emission limit. |
| TSM-Coal | All 10 of the existing units complying with the TSM limit were below the 2013 emission limit. |
| TSM-Heavy Liquid | The two existing units with data were both below the 2013 emission limit. |
| TSM-Light Liquid | The two existing units with data were both below the 2013 emission limit. |
| PM-Dry Biomass Stoker | All six of the existing units with data were below the 2013 limit. |
| CO-Biomass Suspension Burner | All 12 of the existing units with data were below the 2013 limit. |
| CO-Biomass Suspension Grate | All 99 of the existing units with data were below the 2013 limit. |
| CO-Dry Biomass Stoker | All six of the existing units with data were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |

For new sources, the EPA made a similar comparison to compliance data from new and existing boilers in order to assess whether the limits were achievable. In addition, for PM emission limits at new sources, consistent with the analysis taken during the January 2013 final rule, PM emission limits were compared to the PM limit of 0.03 pound per million British thermal units (lb/MMBtu) for new biomass boilers in 40 CFR part 60, subparts Db and Dc. Only biomass compliance data were available for new sources, and so the EPA compared both existing and new source compliance data, when available, to the emission limits in the January 2013 final rule. For three of the limits, all of the units with available compliance data were below the more stringent January 2013 emission limit. For the PM limit at dry biomass stokers, and the TSM limit at wet biomass stokers, all of the available new source compliance data were meeting the more stringent January 2013 emission limit. Two of the limits had no new source data available for comparison, but the TSM at coal units had 50 percent of the existing units with data below the January 2013 new source limit, and 9 percent of the coal units were below the new source limit for PM. Both of these cases demonstrate that the limits are technically achievable. There were three cases where the January 2013 remanded new source emission limit was more stringent than the emission limit calculated based on the revised MACT floor calculation methodology, but no recent compliance data were available in these four cases. These were the same three groups mentioned for existing sources, PM at Gas 2 units, and TSM at biomass suspension burners or dry biomass stokers. Due to lack of data, the EPA did not select a beyond-the-floor limit for these three emission limits. For new sources, there were seven emission limits where a beyond-the-floor level was selected, as listed in Table 5.

TABLE 5—NEW SOURCE EMISSION LIMITS BASED ON BEYOND-THE-FLOOR

| New source subcategory limit | Discussion |
|---|---|
| TSM-Wet Biomass Stoker | Only one existing and one new wet stoker boiler has TSM compliance data. The new source data is below the 2013 new source limit. |
| TSM-Coal | Six of the 12 existing units with compliance data are below the 2013 limit for new sources. Of the ones that were above the limit, all of them were above both the 2013 limit and the remanded MACT floor emission limit. No new coal units were identified in recent compliance data. |
| PM-Suspension Burner | The calculated UPL is identical to the value calculated in the 2013 final rule for existing sources. However, the UPL calculation was less stringent than the new source performance standards (NSPS) limit for new boilers. Additionally, all of the 13 units with PM test data are below the 2013 limit for new sources. |
| PM-Dry Biomass Stoker | Of the seven units with PM test data, three units were below the 2013 emission limits for new sources, including one new dry biomass stoker boiler. Additionally, the UPL calculation was less stringent than the NSPS limit for new boilers. |
| PM-Coal | Of the 101 existing units with PM test data, nine units were below the 2013 emission limit for new sources. No new coal units were identified in recent compliance data. |
| CO-Dry Biomass Stoker | All seven of the existing units with data, including one new dry biomass stoker were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |

### *C. Revisions to Output-Based Emission Limits*

The EPA reviewed the output-based emission limits, and revised as necessary, for subcategories and pollutants where the input-based emission limits were revised. There was not a corresponding revision in the output-based emission limit for certain subcategories and pollutants where the input-based emission limit was revised, due to rounding (*i.e.,* the input-based emission limit revision was small enough that performing the output-based calculations did not result in a different emission limit after rounding to two significant figures). We also updated the output-based emission limit calculations to use data from the current population of best performers, considering the changes to the rankings made in response to the court remands. Specifically, we revised the steam conversion factor (steam Btu out/fuel Btu in) used to calculate the output-based limits in the units of lb/MMBtu steam output for three subcategories for existing sources: Biomass dutch oven, wet biomass, and coal stoker. We reviewed the corresponding steam conversion factors for new sources, but revisions were not necessary as a result of the new analyses. The memorandum,

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 69 of 496


*Alternate Equivalent Output-Based Emission Limits for Boilers and Process Heaters Located at Major Source Facilities—2019 Revision,* which is available in the docket for this action, provides details of the output-based emission limit revisions and methodology.

*D. Proposed Response to the Amended Issue: CO as a Surrogate for Organic HAP*

On July 29, 2016, the D.C. Circuit remanded to the EPA to address a public comment relating to the potential availability of alternative control technologies which reduce organic HAP without impacting CO emissions. In doing so, the court rejected challengers' argument that the EPA could not use CO as a surrogate for non-dioxin/furan (D/F) organic HAP and limited its remand to the Agency's failure to address evidence in the record on the potential availability of alternative control technologies. The court further noted that ''it is likely'' that the EPA would be able to adequately explain its use of CO on remand. *U.S. Sugar* v. *EPA,* 830 F.3d at 630.

It is helpful to provide some background on the EPA's decision to use CO as a surrogate in the Boiler MACT rule in order to provide the context for the EPA's action to address the *U.S. Sugar* court's remand for explanation. In the preamble to the June 2010 proposal, we presented the rationale for using CO as a surrogate for non-D/F organic HAP emitted from boilers and process heaters. We stated that CO has generally been used as a surrogate for organic HAP because CO is a good indicator of incomplete combustion and organic HAP are products of incomplete combustion. However, based on concerns that CO may not be an appropriate surrogate for D/F because, unlike other organic HAP, D/F can be formed outside the combustion unit, we proposed using CO as a surrogate only for non-D/F organic HAP. For non-D/F organic HAP, we concluded that using CO as a surrogate was a reasonable approach because minimizing CO emissions will result in minimizing non-D/F organic HAP. We stated that, for boilers and process heaters, methods used for the control of CO emissions would be the same methods used to control non-D/F organic HAP emissions. These emission control methods include achieving good combustion or using an oxidation catalyst. Standards limiting emissions of CO will also result in decreases in non-D/F organic HAP emissions (with the additional benefit of decreasing volatile organic compounds (VOC) emissions). Establishing emission limits for specific organic HAP would be impractical and costly. Thus, we concluded that CO, which is less expensive to test for and monitor, is appropriate for use as a surrogate for non-dioxin organic HAP.

We stated in the 2010 proposal that we recognized that the level and distribution of organic HAP will vary from unit to unit. For example, the principal organic HAP emitted from coal-fired units is benzene, which accounts for about 20 percent of the organic HAP with formaldehyde accounting for about 4 percent of the organic HAP. Whereas, the principal organic HAP emitted from biomass-fired units is formaldehyde, which accounts for 34 percent of the organic HAP with benzene accounting for about 25 percent of the organic HAP.[7] For oil-fired units, formaldehyde is the principal organic HAP, accounting for about 80 percent of the organic HAP. Limiting CO as a surrogate for only non-dioxin organic HAP would eliminate costs associated with speciating numerous compounds. We also stated that CO was preferable because many sources currently have CO continuous emission monitoring systems (CEMS).

In the 2013 final rule preamble, as part of the rationale for the 130 ppm CO minimum MACT floor level, we again explained the basis for concluding that CO is an appropriate surrogate. That is, CO is a conservative surrogate for organic HAP because organic HAP emissions are extremely low when sources operate under the good combustion conditions required to achieve low CO levels. There are myriad factors that affect combustion efficiency (CE) and, as a function of CE, CO emissions. As combustion conditions improve and hydrocarbon levels decrease, the larger and easier to combust compounds are oxidized to form smaller compounds that are, in turn, oxidized to form CO and water. As combustion continues, CO is then oxidized to form $CO_2$ and water. Because CO is a difficult to destroy refractory compound (*i.e.,* oxidation of CO to $CO_2$ is the slowest and last step in the oxidation of hydrocarbons), it is a conservative surrogate for destruction of hydrocarbons, including organic HAP.

Available control technologies for organic HAP emissions are of two types: Combustion and recovery. The combustion devices include thermal incinerators, catalytic incinerators, flares, and boilers/process heaters. Applicable recovery devices include condensers, adsorbers, and absorbers. The combustion devices are the more commonly applied control devices, since they are capable of high removal (*i.e.,* destruction) efficiencies for almost any type of organic vapor HAP.[8] As discussed below, the removal efficiencies of the recovery techniques generally depend on the physical and chemical characteristics of the organic HAP under consideration as well as the emission stream characteristics. Applicability of the control techniques depends on the individual emission stream under consideration. In this case, it would be emission streams from boilers and process heaters. The key emission stream characteristics and HAP characteristics that affect the applicability of each control technique are discussed below.

Thermal incinerators use combustion to control a wide variety of continuous organic HAP emission streams. Compared to the other techniques, thermal incineration is broadly applicable; that is, it is much less dependent on HAP characteristics and emission stream characteristics. Destruction efficiencies up to 99 percent or higher are achievable with thermal incineration. Thermal incineration typically is applied to emission streams that are dilute mixtures of organic HAP and air.

Catalytic incinerators are similar to thermal incinerators in design and operation except that they employ a catalyst to enhance the reaction rate. Since the catalyst allows the reaction to take place at lower temperatures, significant fuel savings may be possible with catalytic incineration. Catalytic incineration is not as broadly applicable as thermal incineration since performance of catalytic incinerators is more sensitive to pollutant characteristics and process conditions than is thermal incinerator performance. Materials in the emission stream can poison the catalyst and severely affect its performance. Destruction efficiencies of 95 percent of HAP can typically be achieved with catalytic incineration.

Flares are commonly used for disposal of waste gases during process upsets and emergencies. They are basically safety devices that are also used to destroy waste emission streams. Flares can be used for controlling almost any organic HAP emission stream.

[7] Based on emission factors reported on the EPA web page, *AP 42, Fifth Edition, Volume 1—Chapter 1: External Combustion Sources,* located at *https://www3.epa.gov/ttn/chief/ap42/ch01/final/c01s01.pdf.*

[8] *Handbook Control Technologies for Hazardous Air Pollutants,* EPA/625/6–91/014, June 1991, Center for Environmental Research Information, Office of Research and Development, U.S. EPA.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 70 of 496


Boilers or process heaters are used to control emission streams containing organic compounds. These are currently used as control devices for emission streams from several industries (*e.g.,* refinery operations, polymers and resins operations, chemical reactor processes, and distillation operations, *etc.*). See 40 CFR part 63, subparts JJJ, OOO, and PPP. Typically, off-gases containing organic HAP emissions are controlled in boilers or process heaters and used as supplemental fuel if they have sufficient heating value. When used as emission control devices, boilers or process heaters can provide destruction efficiencies of greater than 98 percent.

Carbon adsorption is a recovery (non-combustion) technique commonly employed as a pollution control and/or a solvent recovery technique. It is applied to dilute mixtures of HAP and air. Removal efficiencies of 95 to 99 percent can be achieved using carbon adsorption. Outlet concentrations around 50 parts per million by volume (ppmv) can be routinely achieved with state-of-the-art systems; concentrations as low as 10 to 20 ppmv can be achieved with some compounds. Highly volatile materials (*i.e.,* molecular weight less than about 45) do not adsorb readily on carbon; therefore, adsorption is not typically used for controlling emission streams containing such compounds. Carbon adsorption is also relatively sensitive to emission stream conditions, such as high humidity and temperatures.

Absorption is widely used as a raw material and/or a product recovery technique in separation and purification of gaseous streams containing high concentrations of VOC. As an emission control technique, it is much more commonly employed for inorganic vapors than for organic vapors. Using absorption as the primary control technique for organic vapor HAP is subject to several limitations and problems. The suitability of absorption for controlling organic vapor emissions is determined by several factors; most of these factors will depend on the specific HAP in question. For example, the most important factor is the availability of a suitable solvent. The pollutant in question should be readily soluble in the solvent for effective absorption rates.

Condensers are widely used as raw material and/or product recovery devices. They are frequently applied as preliminary air pollution control devices for removing VOC contaminants from emission streams prior to other control devices such as incinerators, adsorbers, or absorbers. Condensers are also used by themselves for controlling emission streams containing high VOC concentrations (usually >5,000 ppmv). In these cases, removal efficiencies obtained by condensers can range from 50 to 90 percent although removal efficiencies at the higher end of the scale usually require HAP concentrations of around 10,000 ppmv or greater. Therefore, it is not possible for condensation with water as the coolant to achieve the low outlet concentrations that would be required in HAP control applications.

In summary, combustion is the more commonly applied technology for controlling organic HAP since it is capable of high removal efficiencies for organic HAP and its effectiveness does not depend on the makeup of the organic HAP stream or the organic HAP concentration. In fact, the devices regulated by the rule (boilers and process heaters) not only combust fuel for producing steam and/or process heat but serve a dual function in that they also effectively control organic HAP when good combustion conditions are present. Recovery (non-combustion) devices are not applicable on all organic HAP and are not effective on low organic HAP concentration streams. Also, recovery devices' effectiveness is dependent on an emission stream with a high organic HAP content (≤250 ppmv), compared to the organic HAP content of the emission streams from boilers which are around 1 ppmv for fossil fuels (coal and oil) and around 10 ppmv for biomass.[9] Therefore, at the organic HAP levels generated and emitted from a boiler, the recovery (non-combustion) technologies would be ineffective. Furthermore, none of the best performing units employ any add-on alternative control device for controlling organic HAP. Many industrial boilers and process heaters employ post combustion controls for PM, acid gases, and/or Hg but these add-on controls do not affect emissions of CO or non-dioxin organic HAP.

For these reasons, we continue to conclude that the level of CO emissions, which indicates organic HAP reductions achieved through the use of combustion controls, is an appropriate surrogate for controlling organic HAP emissions from boilers and process heaters.

### *E. Proposed Response to the Amended Issue: CO 130 PPM Threshold Emission Limits*

The D.C. Circuit, on March 16, 2018, issued an opinion in the Boiler MACT reconsideration case, *Sierra Club* v. *EPA,* 884 F.3d 1185, which was a petition for review by environmental groups of the 2015 reconsideration of the Boiler MACT rule. The case addressed two issues that were severed from the litigation challenging the 2013 Boiler MACT rule (*U.S. Sugar* v. *EPA*): (1) The 130-ppm threshold for CO standards, which, as described above, were established as a surrogate for non-dioxin organic HAP and (2) the definitions of periods of startup and shutdown and the applicable work practices to be used during those periods. The court granted the petition as to the CO issue, finding that the EPA had not provided sufficient record support for the CO concentration threshold and remanded for further explanation, but denied the petition on the startup/shutdown issue and upheld the EPA's approach as consistent with the CAA.

The court declined to revisit its opinion in *U.S. Sugar,* in which the court upheld the use of CO as a surrogate for organic HAP but remanded to the EPA to address whether there are means to reduce organic HAP other than by combustion. Against that backdrop, the court, in its decision in *Sierra Club* said the question before it was whether, assuming CO is an appropriate surrogate, the EPA's decision to establish a 130-ppm threshold as the lowest (*i.e.,* most stringent) numeric CO limit was consistent with the requirements of the CAA. Based on a close examination of the record, the court held that the EPA had not sufficiently explained its rationale and questioned EPA's reliance on data regarding the relationship between formaldehyde and organic HAP that the EPA had previously characterized as unreliable.

The court did note that if the EPA made and adequately supported a determination that no further reduction of HAP would occur once CO levels had been reduced to 130 ppm, the threshold would be appropriate and consistent with the CAA. The court noted three specific issues it believed the Agency did not adequately address: (1) The EPA gave no reason why organic HAP emissions could not be further reduced, once CO emissions reach 130 ppm, (2) the EPA relied on formaldehyde data to support its conclusion but elsewhere stated that the same data were not a reliable indicator of organic HAP emissions at very low levels, and (3) the EPA did not adequately explain if there is a non-zero CO level below which organic HAP levels cannot be further reduced, why 130 ppm is the appropriate level. Responses to these three issues are addressed below.

[9] Based on emission factors reported on the EPA web page, *AP 42, Fifth Edition, Volume 1—Chapter 1: External Combustion Sources,* located at *https://www3.epa.gov/ttn/chief/ap42/ch01/final/c01s01.pdf.*

In the January 31, 2013, final rule, we revised the CO emission limit for several subcategories, both new and existing, to reflect a CO level that, we stated, is consistent with MACT for organic HAP reduction. The revision was brought about by several commenters who recommended that the EPA evaluate a minimum CO standard (*i.e.,* 100 ppm corrected to 7-percent oxygen [10]) to serve as a lower bound surrogate for organic HAP. The commenters also provided data and information to support such a standard and noted that the EPA has taken a similar approach in other emission standards under CAA section 112. See 40 CFR part 63, subpart EEE (NESHAP for Hazardous Waste Combustors).

In the preamble to the 2013 final rule, we stated that we evaluated whether there is a minimum CO level for boilers and process heaters below which there is no further benefit in organic HAP reduction/destruction. Specifically, we evaluated the relationship between CO and formaldehyde using the available data obtained during the rulemaking. Formaldehyde was selected as the basis of the organic HAP comparison because it is the most prevalent organic HAP in the emission database and many paired tests existed for boilers and process heaters for CO and formaldehyde and because formaldehyde was the only organic HAP for which we had such data. The paired data show decreasing formaldehyde emissions with decreasing CO emissions down to CO levels around 300 ppm (with formaldehyde emissions down to less than 1 ppm), supporting the selection of CO as a surrogate for organic HAP emissions. A slight increase in formaldehyde emissions, to between 1 and 2 ppm, was observed at CO levels below around 200 ppm, suggesting a breakdown in the CO-formaldehyde relationship at low CO concentrations. At levels lower than 150 ppm, the mean levels of formaldehyde appeared to increase, as does the overall maximum value of and variability in formaldehyde emissions. However, at that time, we were not aware of any reason why formaldehyde concentrations would increase as CO concentrations continue to decrease, indicating improved combustion conditions. Our thinking at the time was that imprecise formaldehyde measurements at low concentrations (*i.e.,* 1–2 ppm) may have accounted for this slight increase in formaldehyde emissions observed at CO levels below 130 ppm.

In the preamble of the 2013 final rule, we stated, ‘‘Based on this, we do not believe that such measurements are sufficiently reliable to use as a basis for establishing an emissions limit.’’ See 78 FR 7145. In that statement, we were referring to the formaldehyde measurements and, thus, to the decision to set a CO standard instead of a formaldehyde standard. Based on that analysis, we promulgated a minimum MACT floor level for CO of 130 ppm corrected to 3-percent oxygen (which is equivalent to 100 ppm corrected to 7-percent oxygen). We noted this was the same approach used to establish the CO emission limit of 100 ppm corrected to 7-percent oxygen for the Burning of Hazardous Waste in Boilers and Industrial Furnaces final rule (56 FR 7134, February 21, 1991). In that rulemaking, the EPA chose the 100-ppm (corrected to 7-percent oxygen) limit because the research indicated that while CO was a good surrogate for the destruction of organic HAP, the validity of that surrogacy was questionable at CO levels of approximately 400 ppm and below. Based on the EPA's authority under the Resource Conservation and Recovery Act to establish standards that are protective of human health and the environment, the Agency established the 100-ppm standard. The EPA later established the 100-ppm corrected to 7-percent oxygen standard as the MACT standard for hazardous waste combustors (see 70 FR 59462) and explained why that standard was an appropriate floor (see 69 FR at 21282).

The trend that our CO—formaldehyde data present has also been observed in a study [11] done on polycyclic aromatic hydrocarbons (PAH) emissions from coal combustion. PAH constitute a group of organic HAP. The study presents a graph of PAH vs. excess oxygen [12] which shows that at the lowest percentage of excess oxygen (5 percent), the highest PAH amount (0.25 ppm) is measured and shows minimum PAH emissions (0.02 ppm) at 20-percent excess oxygen. The graph further shows that as the excess oxygen level increases above 20 percent, higher PAH emissions (about 0.06 ppm at 40 percent excess air) are observed. The study does not present corresponding CO values. However, the study does provide information showing that CO emissions continue to decrease with increasing excess oxygen levels above 20 percent, as indicated by the increased combustion efficiencies reported in the study for excess oxygen over the range of 5 to 40 percent. Combustion efficiency (CE) is a measure of the completeness of oxidation of all fuel (organic) compounds and is determine by the CE Formula: $CE = [CO_2/(CO_2 + CO)] \times 100$.[13] Thus, CE increases with decreasing CO levels.

The PAH study does provide a possible explanation for this phenomenon. In order to assess the PAH emissions as a function of combustion variables, the first aim of the study was to reach maximum CE. The study stated that ‘‘it can be assumed that the emissions due to bad combustion have practically been eliminated, and so the data obtained will be due to the combustion process.’’ The study states that at the lowest percentages of excess oxygen, the interaction between oxygen and radicals should be less favored and, as a result, the PAH amount would be higher. At the highest percentages of excess oxygen possible, interaction with PAH seemed to be minimized due to the higher gas velocities shortening the contact resulting in increasing PAH emissions.

Furthermore, the EPA's Office of Research and Development (ORD), in support of the NESHAP from Coal- and Oil-Fired Electric Utility Steam Generating Units (also known as the Mercury and Air Toxics Standards or MATS), conducted a series of tests in the Agency's Multipollutant Control Research Facility (MPCRF). As part of these tests, potential surrogate relationships were examined for various non-D/F organic HAP. The objective of the testing program was to collect selected HAP emission data while firing coals under varied test conditions and evaluate relationships between those concentrations and other process concentrations and/or conditions. One of the principal objectives was to measure concentrations of non-D/F organic HAP and compare to the emission of candidate surrogates (*e.g.,* CO, total hydrocarbons, *etc.*) [14] Several organic HAP, discussed below and

[10] The CO emission standards in the 2013 final rule are corrected to 3-percent oxygen. The 130 ppm CO standards in the 2013 final rule is equivalent to 100 ppm corrected to 7-percent oxygen.

[11] *Organic Atmospheric Pollutants: Polycyclic Hydrocarbons from Coal Atmospheric Fluidised Bed Combustion (AFBC),* A.M Mastral, M.S. Callen, R. Murillo, and T. Garcia, Instituto de Carboquimica, 1999.

[12] Excess oxygen, or excess air, is commonly used to define combustion. The excess oxygen is the amount of oxygen in the incoming air not used during combustion. Inadequate excess oxygen results in unburned combustibles (fuel and CO), while too much excess oxygen results in increased flue gas flow and decreased temperature and residence time for combustion.

[13] CE formula and calculator, *https://ncalculators.com/environmental/combustion-efficiency-calculator.htm.*

[14] Surrogacy Testing in the MPCRF, Prepared for U.S. EPA, Prepared by ARCADIS, March 30, 2011. See Docket ID Item No. EPA–HQ–OAR–2002–0058–3942.

presented as figures in the study's final report, were quantified from multiple tests with CO concentrations and show a similar trend.

Figure 4–16 of the MPCRF study shows the concentration of phenol, an organic HAP, plotted against concentration of CO. CO concentrations ranged from 40 to 140 ppm, at 7-percent oxygen, with phenol concentrations ranging from 0.6 parts per billion (ppb) at 40 ppm CO to 1 ppb at 140-ppm CO with the lowest phenol concentration (0.5 ppb) measured at 95-ppm CO (120-ppm CO at 3-percent oxygen).

The MPCRF study also examined formaldehyde emissions against CO concentrations. The five data points (Figure 4–17 of the study) are all for CO concentrations below 70 ppm with the lowest formaldehyde emissions (10 ppb) measured at 70-ppm CO and with higher formaldehyde emissions (57 ppb) measured at a lower CO level of 40-ppm CO.

In addition, the MPCRF study shows similar results for chloroform (another organic HAP). The five data points (Figure 4–24 of the study) show chloroform emissions of 0.038 ppb at 170-ppm CO at 3-percent oxygen, 0.025 ppb chloroform at 130-ppm CO at 3-percent oxygen, and 0.054 ppb chloroform at 40-ppm CO at 3-percent oxygen.

The MPCRF does not present any explanation on why these trends were observed. One of the goals of the MPCRF testing was to determine or demonstrate a relationship between concentrations of organic compounds and combustion conditions. However, due to low emission levels, non-detects, and other complexities, the key conclusion drawn was that the testing did not disprove an expected relationship between organic concentrations and combustion conditions.

There are myriad factors that affect CE and, as a function of CE, CO emissions. As combustion conditions improve and hydrocarbon levels decrease, the larger and easier to combust compounds are oxidized to form smaller compounds that are, in turn, oxidized to form CO and water. As combustion continues, CO is then oxidized to form $CO_2$ and water. Because CO is a difficult to destroy refractory compound (*i.e.,* oxidation of CO to $CO_2$ is the slowest and last step in the oxidation of hydrocarbons), it has been considered a conservative surrogate for destruction of hydrocarbons, including organic HAP.

Neither the PAH study nor the MPCRF study provide an explanation for the phenomenon observed in these studies. In trying to explain why this phenomenon occurs, we know that combustion is the chemical reaction of oxygen with combustible compounds (*e.g.,* organics) and that time, temperature, and turbulence impact the speed and completeness of the combustion reaction. For complete combustion, the oxygen must come into intimate contact with the combustible molecule at sufficient temperature, and for a sufficient length of time, in order to complete the reaction. Two factors that affect reaction rates are the concentration of the reactants (oxygen and organic HAP) and the temperature of the reactants. Every combustible substance has a minimum ignition temperature, which must be attained or exceeded, in the presence of oxygen, if combustion is to ensue under the given conditions. Lower concentrations will produce a decrease in the rate of reaction and a decrease in the temperature will decrease rate of reaction. As more ambient temperature combustion air (oxygen) is added, the concentration and temperature of the reactant (organic HAP) is reduced. Thus, a potential explanation is that with the increased combustion air (oxygen), the resulting increased turbulence, while providing increased mixing, can result in more organic molecules being forced near the furnace walls, which are cold compared to the combustion zone. This can essentially slow down or quench the combustion reactions by cooling the molecules of the organic compounds to below their minimum ignition temperature. Thus, those organic HAP molecules would not be combusted and would be emitted unchanged. Any action having the effect of decreasing the reaction rate of the organic HAP will consequently result in less organic HAP being combusted and, thus, higher organic HAP emissions being observed and appear to be an increase, at higher excess oxygen (and lower CO emissions) levels.

The range of the formaldehyde measurements for the reported paired formaldehyde-CO emissions data for the 97 emission units is 0.00009 ppm (0.09 ppb) to 2.0 ppm. The mathematical average of the corresponding CO emissions from the best performing 12 percent of units, identified as those units with the lowest formaldehyde emissions, is 137 ppm.

At the time of the 2013 rulemaking, we observed that reducing CO emissions also resulted in a reduction of organic HAP emissions until a leveling off in organic HAP reduction is reached after which further reduction of CO levels appeared to result in higher levels of organic HAP emitted. Our determination that setting a CO standard below a CO level of 130 ppm would result in no additional organic HAP reduction is supported by both the independent PAH emission study and the MPCRF study which both show similar trends. That is, organic HAP levels decreased with decreasing CO levels until a leveling off and trending upward with further decreasing CO levels. Also, based on the level of the organic HAP emissions measured in the two studies, we do not consider the formaldehyde data used in our establishment of the 130 ppm CO standard to have been imprecise and, thus, unreliable. The formaldehyde data measured at CO levels below 130 ppm reflect the variability (scatter) of organic HAP emissions when each data point is from a different unit. Whereas, the organic HAP emission results presented in the two studies, which were measured at similar low concentrations, are from tests conducted on a single unit at varying CO levels.

The seven subcategories with the 130 ppm CO level in the 2013 final rule are: (1) Pulverized Coal Boilers; (2) Coal Stokers; (3) Coal Fluidized Bed; (4) Heavy Liquid Fuel; (5) Light Liquid Fuel; (6) Non-Continental Liquid; and (7) Process Gas. Based on our review of the data in 2013, we established that a CO emission level of 130 ppm represented MACT for controlling organic HAP emissions for units in the six subcategories. Based on additional information obtained during and after the rulemaking, as discussed above, we reaffirm our conclusion that a 130-ppm CO concentration threshold represents MACT for organic HAP for the six subcategories.

## IV. Results and Proposed Decisions

### *A. What are the resulting changes to emission limits?*

Based on all of the revisions made to address the remand related to ranking and assessing co-fired units in the MACT floor calculations, the changes made for UPL calculations for small datasets, and the decisions to propose certain limits as beyond-the-floor limits, there are 34 different emission limits that we are proposing to change. The detailed list of revisions to unit rankings and revised MACT floor calculations are presented in the docketed memorandum, *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* Of these 34 emission limits, 28 of the limits are more stringent than the corresponding limits in the 2013 final rule. Six of the

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 73 of 496


limits are modestly less stringent, with no more than a 25-percent increase. The proposed and corresponding current limits are shown in Table 6.

TABLE 6—SUMMARY OF CHANGES TO EMISSION LIMITS IN THE PROPOSED ACTION

| Subcategory | Pollutant | Current emission limit (lb/MMBtu of heat input or ppm at 3-percent oxygen for CO) | Proposed emission limit (lb/MMBtu of heat input or ppm at 3-percent oxygen for CO) |
|---|---|---|---|
| New-Solid | HCl | 2.2E–02 | 3.0E–04 |
| New-Dry Biomass Stoker | TSM8 | 4.0E–03 | 5.0E–03 |
| New-Biomass Fluidized Bed | CO | 230 | 130 |
| New-Biomass Fluidized Bed | PM (TSM) | 9.8E–03 (8.3E–05) | 4.1E–03 (8.4E–06) |
| New-Biomass Suspension Burner | CO | 2,400 | 220 |
| New-Biomass Suspension Burner | TSM | 6.5E–03 | 8.0E–03 |
| New-Biomass Hybrid Suspension Grate | CO | 1,100 | 180 |
| New-Biomass Dutch Oven/Pile Burner | PM | 3.2E–03 | 2.5E–03 |
| New-Biomass Fuel Cell | PM | 2.0E–02 | 1.1E–02 |
| New-Wet Biomass Stoker | CO | 620 | 590 |
| New-Wet Biomass Stoker | PM | 0.03 | 0.013 |
| New-Liquid | HCl | 4.4E–04 | 7.0E–05 |
| New-Heavy Liquid | PM (TSM) | 1.3E–02 (7.5E–05) | 1.9E–03 (6.4E–06) |
| New-Process Gas | PM | 6.7E–03 | 7.3E–03 |
| Existing-Solid | HCl | 2.2E–02 | 2.0E–02 |
| Existing-Solid | Hg | 5.7E–06 | 5.4E–06 |
| Existing-Coal | PM | 4.0E–02 | 3.9E–02 |
| Existing-Coal Stoker | CO | 160 | 150 |
| Existing-Dry Biomass Stoker | TSM | 4.0E–03 | 5.0E–03 |
| Existing-Wet Biomass Stoker | CO | 1,500 | 1,100 |
| Existing-Wet Biomass Stoker | PM (TSM) | 3.7E–02 (2.4E–04) | 3.4E–02 (2.0E–04) |
| Existing-Biomass Fluidized Bed | CO | 470 | 210 |
| Existing-Biomass Fluidized Bed | PM (TSM) | 1.1E–01 (1.2E–03) | 2.1E–02 (6.4E–05) |
| Existing-Biomass Suspension Burners | PM (TSM) | 5.1E–02 (6.5E–03) | 4.1E–02 (8.0E–03) |
| Existing-Biomass Dutch Oven/Pile Burner | PM | 2.8E–01 | 1.8E–01 |
| Existing-Liquid | Hg | 2.0E–06 | 7.3E–07 |
| Existing-Heavy Liquid | PM | 6.2E–02 | 5.9E–02 |
| Existing-Non-Continental Liquid | PM | 2.7E–01 | 2.2E–01 |
| Existing-Process Gas | PM | 6.7E–03 | 7.3E–03 |

The EPA requests comment on the revisions to the emission limits in light of the changes the EPA has proposed in response to the remand. Broader comments with respect to the UPL calculation methodology will not be considered within the scope of this rulemaking. The EPA will only consider data that is already available in the rulemaking record. The EPA also requests comments on its determination of beyond-the-floor emission limits for certain subcategories. The emission reduction impacts associated with these changes to the MACT floor emission limits are discussed in the docketed memorandum *Revised (2019) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants.*

*B. What compliance dates are we proposing?*

The EPA is proposing that facilities have up to 3 years after the effective date of the final rule to comply with the new emissions limits in the final rule. Before this date, facilities must continue to comply with the rule as it was finalized in 2015. This allowance is being made considering that some facilities may require additional add-on controls or monitoring equipment to be designed, purchased, and installed in order to meet the more stringent emission limits, or to modify the method of compliance based on the changes in emission limits. In addition, units will require lead time to prepare and execute their testing plans to demonstrate compliance with the updated emission limits and to update reports to incorporate the revised emission limits. The EPA requests comment on this time frame.

*C. What other actions are we proposing?*

We are proposing several technical corrections. These amendments are being proposed to correct inadvertent errors that were promulgated in the final rule. We are soliciting comment only on whether the proposed changes provide the intended accuracy, clarity, and consistency. These proposed changes are described in Table 7 of this preamble. We request comment on all these proposed changes.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 74 of 496


TABLE 7—MISCELLANEOUS PROPOSED TECHNICAL CORRECTIONS TO 40 CFR PART 63, SUBPART DDDDD

| Section of subpart DDDDD | Description of proposed correction |
|---|---|
| 40 CFR 63.7500(a) | Revise this paragraph to remove the comma after "paragraphs (b)." |
| 40 CFR 63.7521(c)(1)(ii) | Revise this paragraph to remove the requirement to collect samples during the test period at 1-hour intervals. |
| 40 CFR 63.7530(b)(4)(iii) | Revise this paragraph to remove the sentence regarding establishing the pH operating limit because establishing the pH operating limit is not required for a PM wet scrubber. |
| 40 CFR 63.7540(a)(9) | Revise this paragraph to clarify that "certify" is intended to apply only to PM CEMS, not PM continuous parameter monitoring systems (CPMS) because PM CPMS do not have a performance specification. |
| 40 CFR 63.7575 | Revise the definition of "Other gas 1 fuel" to clarify that it is the maximum Hg concentration of 40 micrograms/cubic meter of gas. |
| | Add definition of "12-month rolling average" to clarify that the previous 12 months must be consecutive but not necessarily continuous. |
| | Revise paragraph (4) of definition "Steam output" to correct "heaters" to "headers." |
| Table 1 to subpart DDDDD | Revise the output limit in item 8.a to correct for a rounding error, the value is now 4.3E–01 lb per MMBtu instead of 4.2E–01 lb per MMBtu. |
| Table 7 to subpart DDDDD | Revise footnote "b" to clarify that when multiple performance tests are conducted, the maximum operating load is the lower of the maximum values established during the performance tests. |
| Table 8 to subpart DDDDD | Revise item 8.d to clarify that the correct equations to use are Equations 7, 8, and/or 9 in 40 CFR 63.7530. |

## V. Summary of Cost, Environmental, and Economic Impacts

### *A. What are the affected sources?*

As mentioned previously, this rule affects a wide range of facilities in the ICI sector that are located at major sources of HAP and have a boiler or process heater as defined in the final rule. The 2013 Emission Database for Boilers and Process Heaters estimated there were approximately 14,000 existing boilers and process heaters currently operating at 1,702 different facilities that are major sources of HAP and subject to the Boiler MACT. The vast majority of these combustion units (nearly 12,000 units) were gas-fired and in the Gas 1 subcategory, which are subject to the rule but are not subject to numeric emission limits. Another 472 units were small or limited use and were also not subject to numeric emission limits. By contrast, the EPA has reviewed compliance data submitted to CEDRI and WebFIRE and the trade association Council of Industrial Boilers, which had provided input on units that had shutdown or switched to natural gas fuel as part of its compliance strategy. The EPA then compiled an updated estimate of units that are subject to emission limits. These data show 533 existing boilers and process heaters, of which 443 remain operational and belong in one of the subcategories that are subject to numeric emission limits. This count excludes any boilers that are no longer operational, boilers that have refueled and switched to the natural gas subcategory and are, therefore, no longer impacted by changes to emission limits, or boilers that are classified as small or limited use.

For new sources, the EPA had projected new sources anticipated to be built by 2015 from a baseline year of 2008.[15] While the projections had anticipated correctly that the only new units subject to emission limits would be new large biomass units, the actual number of new units is significantly lower than projected in the January 2013 final rule. The CEDRI and WebFIRE compliance data provided updates on eight new biomass units that are subject to emission limits and reporting compliance data. Since new units have had to comply since April 2013, these eight units reflect a new unit rate of 1.3 new units per year during the 6-year period of April 2013 through April 2019. Using these new source data, the EPA estimates that, four more biomass boilers or process heaters are expected to be constructed over the next 3 years. As such, 12 new boilers and process heaters are estimated to be affected by the proposed amendments.

Table 8 presents a summary table comparing the number of existing and new affected sources, by subcategory. The counts exclude small or limited use units.

TABLE 8—SUMMARY OF CHANGES TO NUMBER OF AFFECTED SOURCES

| Subcategory | Estimate of sources in 2013 final rule | Estimate of sources in 2019 proposal |
|---|---|---|
| Existing-Biomass | 481 | 285. |
| Existing-Coal | 606 | 124. |
| Existing-Heavy Liquid | 291 | 6. |
| Existing-Light Liquid | 260 | 24. |
| Existing-Non-Continental Liquid | 19 | 5. |
| Existing-Process Gas | 78 | 0. |
| New-Biomass | 78 (projected online by 2015) | 8 (actual) + 4 (projected). |
| New-Coal | 0 | 0. |
| New-Heavy Liquid | 0 | 0. |
| New-Light Liquid | 0 | 0. |
| New-Non-Continental Liquid | 0 | 0. |
| New-Process Gas | 0 | 0. |

[15] See docketed memorandum: *Revised New Unit Analysis Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.* November 2011. Docket ID Item No. EPA–HQ–OAR–2002–0058–3388.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 75 of 496


*B. What are the air quality impacts?*

Table 9 of this preamble illustrates, for each basic fuel subcategory, the incremental emissions reductions that would be achieved by the proposed amendments. The reductions are all additional to the reductions accounted for in the January 2013 final rule for both new and existing sources. Nationwide emissions of selected HAP (*i.e.,* HCl, hydrogen fluoride, Hg, metals) would be reduced by an additional 37.35 tpy as compared to the estimates in the January 2013 final rule. This additional decrease is due mainly to changes to certain emission limits that are anticipated to achieve additional reductions. The proposed amendments are expected to result in an additional 34 tpy of reductions in HCl emissions. The proposed amendments are also expected to have a modest effect on Hg, with an estimated additional reduction of 3.96 lbs per year. Emissions of filterable PM would decrease by 333 tpy, of which 251 tpy is $PM_{2.5}$, due to the proposed amendments. Emissions of non-Hg metals (*i.e.,* antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium) would decrease by 2.3 tpy. In addition, the proposed amendments are estimated to result in an additional 393 tpy of reductions in $SO_2$ emissions. A discussion of the methodology used to estimate emissions, emissions reductions, and incremental emission reductions is presented in the memorandum, *Revised (2019) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

TABLE 9—SUMMARY OF TOTAL EMISSIONS REDUCTIONS FOR THE PROPOSED RULE

[Tons/Yr]

| Source | Subcategory | HCl | PM | Non-Hg metals [1] | Hg |
|---|---|---|---|---|---|
| Exiting Units | Coal | 9.8 | 0 | 0 | 1.88E–03 |
| | Biomass | 14.5 | 333 | 2.3 | 1.79E–04 |
| New Units | Biomass | 9.8 | 0 | 0 | 0 |

[1] Antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium.

*C. What are the cost impacts?*

We estimated the total capital costs of the proposed amendments to be about $83 million and the total annualized costs to be about $22 million in 2016 dollars. The total capital and annual costs include costs for control devices, testing, and monitoring associated with the changes to the emission limits. These costs are incremental to the costs presented in the January 2013 final rule in the sense that they show where units with compliance data must install add-on controls or modify compliance strategies in order to meet the more stringent limits in this proposal. Table 10 of this preamble shows the total capital and annual cost impacts of the proposed rule for each subcategory. The cost methodology and results are documented in the memorandum, *Revised (2019) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

TABLE 10—SUMMARY OF TOTAL CAPITAL AND ANNUAL COSTS FOR NEW AND EXISTING SOURCES FOR THE PROPOSED RULE

[2016$]

| Source | Subcategory | Estimated/ projected number of affected units | Capital costs ($10^6$ $) | Testing and monitoring annualized costs ($10^6$ $/yr) | Annualized cost ($10^6$ $/yr) |
|---|---|---|---|---|---|
| Existing Units | Coal | 2 | 0.803 | 0.006 | 0.327 |
| | Biomass | 26 | 81.1 | 0.267 | 20.5 |
| New Units | Solid units (all biomass) | 5 | 0.952 | 0.017 | 0.653 |

In addition, another way to present compliance costs is the PV. A PV is an estimate of costs that is a discounted stream of the annualized costs for the proposal calculated for the present day. The PV in 2016 of the costs is $103.7 million at a discount rate of 7 percent and $128.1 million at 3 percent. Calculated as an EAV, which is consistent with the PV of costs in 2016, the costs are $17.4 million at a discount rate of 7 percent and $18.3 million at a discount rate of 3 percent. These estimates are also in 2016 dollars. More information on the PV and EAV estimates can be found in the RIA for this proposal that is in the docket for this action.

*D. What are the secondary impacts?*

The EPA estimated the additional water usage that would result from installing wet scrubbers to meet the proposed amended emission limits for HCl would be 0.64 million gallons per year for new and existing sources compared to the current baseline. In addition to the increased water usage, an additional 0.27 million gallons per year of wastewater would be produced for new and existing sources. The annual costs of treating the additional wastewater are approximately $1,830. These additional costs are accounted for in the control cost estimates.

The EPA estimated the additional solid waste that would result due to the proposed amendments to be 1,550 tpy for new and existing sources. Solid waste is generated from flyash and dust captured in fabric filters and electrostatic precipitators (ESP) installed for PM and Hg controls as well as from spent materials from wet scrubbers and sorbent injection systems installed for additional HCl controls. The costs of handling the additional solid waste generated are $74,100. These costs are also accounted for in the control costs estimates.

The EPA estimated the proposed amendments would result in an increase of about 29.5 million kilowatts per year in national energy usage from the electricity required to operate control devices, such as wet scrubbers, ESPs, and fabric filters which are expected to be installed to meet the proposed rule. This energy requirement is estimated to result in an increase of approximately 17,740 tpy $CO_2$ based on emissions related to additional energy consumption.

A discussion of the methodology used to estimate impacts is presented in the *Revised (2019) Methodology for Estimating Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants,* which is available in the docket for this action.

### E. What are the economic impacts?

The EPA conducted an economic impact analysis for this proposal, as detailed in the *Regulatory Impact Analysis for the Proposed ICI Boilers NESHAP Reconsideration,* which is available in the docket for this action. The economic impacts of the proposal are calculated as the percentage of total annualized costs incurred by affected parent owners to their annual revenues. This ratio of total annualized costs to annual revenues provides a measure of the direct economic impact to parent owners of affected facilities while presuming no passthrough of costs to consumers of output produced by these facilities. We estimate that none of the 26 parent owners affected by this proposal will incur total annualized costs of 0.70 percent or greater of their revenues. Thus, these economic impacts are quite low for the affected companies and the multiple affected industries, and consumers of affected output should experience minimal price changes.

### F. What are the benefits?

The EPA reports the estimated impact on health benefits from changes in $PM_{2.5}$ and $SO_2$ emissions. The estimated health co-benefits are the monetized value of the human health benefits among populations exposed to changes in $PM_{2.5}$. These benefits are co-benefits in this analysis since these pollutants are not targeted for control by this proposal. This rule is expected to alter the emissions of $PM_{2.5}$ (and $SO_2$). Due to the small change in emissions expected, we used the ''benefit per ton'' (BPT) approach to estimate the benefits of this rulemaking. The EPA has applied this approach in several previous RIAs [16] in which the economic value of human health impacts are derived at the national level based on previously established source-receptor relationships from photochemical air quality modeling.[17] These BPT estimates provide the total monetized human health benefits (the sum of premature mortality and premature morbidity) of reducing 1 ton of $PM_{2.5}$ (or $PM_{2.5}$ precursor such as nitrogen oxide or $SO_2$) from a specified source. Specifically, in this analysis, we multiplied the estimates from the ''Industrial Point Sources'' sector by the corresponding emission reductions. This assumes that the emissions reductions from this proposed rule for industrial boilers scale linearly with the BPT Industrial Point Sources sector. The method used to derive these estimates is described in the Technical Support Document on estimating the BPT of reducing $PM_{2.5}$ and its precursors from 17 sectors.[18] One limitation of using the BPT approach is an inability to provide estimates of the health benefits associated with exposure to HAP (HCl, for example), CO, nitrogen dioxide, or ozone. The photochemical modeled emissions of the industrial point source sector-attributable $PM_{2.5}$ concentrations used to derive the BPT values may not match the change in air quality resulting from the emissions controls. The $PM_{2.5}$ emission reductions resulting from this rule are approximately 0.4 percent of the $PM_{2.5}$ annual emissions and 0.04 percent of the $SO_2$ emissions attributable to the BPT Industrial Point Sources. For this reason, the health co-benefits reported in Table 11 may be larger, or smaller, than those realized through this rule. We are taking comment on the modeling assumptions behind the benefits analysis results mentioned above as well as the utility of performing full-form (*i.e.,* full-scale) photochemical modeling for the final rule.

Table 11 summarizes the monetized PM-related health benefits per ton or reducing precursor pollutant emissions, using discount rates of 3 percent and 7 percent.

TABLE 11—ESTIMATED $PM_{2.5}$-RELATED BENEFITS PER TON OF PROPOSED ICI BOILERS AND PROCESS HEATERS MACT RECONSIDERATION

| Pollutant | Epidemiologic study used to quantify PM-related premature deaths | | | |
|---|---|---|---|---|
| | Krewski et al. (2009) | | Lepeule et al. (2012) | |
| | BPT (3-percent discount rate) | BPT (7-percent discount rate) | BPT (3-percent discount rate) | BPT (7-percent discount rate) |
| $PM_{2.5}$ | $330,000 | $300,000 | $790,000 | $690,000 |
| $SO_2$ | 52,000 | 47,000 | 120,000 | 100,000 |

[16] U.S. EPA. *Regulatory Impact Analysis for the Federal Implementation Plans to Reduce Interstate Transport of Fine Particulate Matter and Ozone in 27 States; Correction of SIP Approvals for 22 States.* June 2011; *Regulatory Impact Analysis for the Final Mercury and Air Toxics Standards,* December 2011; and *Regulatory Impact Analysis for the Particulate Matter National Ambient Air Quality Standards;* December 2012.

[17] Fann N, Fulcher CM, Hubbell BJ. The influence of location, source, and emission type in estimates of the human health benefits of reducing a ton of air pollution. Air Qual Atmos Health. 2009;2(3):169–176. doi:10.1007/s11869–009–0044–0.

[18] U.S. EPA, Technical Support Document. *Estimating the Benefit per Ton of Reducing $PM_{2.5}$ Precursors from 17 Sectors.* February 2018.

Table 12 summarizes the range of estimated benefits by pollutant for the two BPT estimates at discount rates of 3 percent and 7 percent.

TABLE 12—ESTIMATED $PM_{2.5}$-RELATED HEALTH BENEFITS OF PROPOSED ICI BOILERS AND PROCESS HEATERS MACT RECONSIDERATION

| Pollutant | Epidemiologic study used to quantify PM and $SO_2$-related premature deaths: Krewski et al. (2009) Benefits (millions of 2016$, 3-percent discount rate) | Krewski et al. (2009) Benefits (millions of 2016$, 7-percent discount rate) | Lepeule et al. (2012) Benefits (millions of 2016$, 3-percent discount rate) | Lepeule et al. (2012) Benefits (millions of 2016$, 7-percent discount rate) |
|---|---|---|---|---|
| $PM_{2.5}$ | $84 | $76 | $200 | $170 |
| $SO_2$ | 21 | 19 | 49 | 40 |
| Total | 110 | 95 | 250 | 210 |

All BPT estimates have inherent limitations. Specifically, all national-average BPT estimates reflect the geographic distribution of the modeled emissions, which may not exactly match the emission reductions in this rulemaking, and they may not reflect local variability in population density, meteorology, exposure, baseline health incidence rates, or other local factors for any specific location. The photochemical modeled emissions of the industrial point source sector-attributable $PM_{2.5}$ concentrations used to derive the BPT values may not match well the change in air quality resulting from the emissions controls. For this reason, the health benefits reported here may be larger, or smaller, than those realized by this rule.

There are also climate disbenefits from the increase in $CO_2$ emissions that result from the increase in national energy use from control device operation. The disbenefits are $0.09 million at a 3-percent discount rate and $0.01 million at a 7-percent discount rate. These calculations reflect the domestic social cost of carbon for $CO_2$ for 2025, the year for which benefits are estimated that is an approximation for 2023, the year of full rule compliance. These disbenefits are included in the estimates of benefits and net benefits for this proposal.

The benefit analysis for this proposal is detailed in the *Regulatory Impact Analysis for the Proposed ICI Boilers and Process Heaters NESHAP Reconsideration,* which is available in the docket for this action.

## VI. Request for Comments

The EPA is seeking comments on the issues raised in this proposal. It will not respond to comments addressing any other issues. Specifically, the EPA is seeking comments on the revised MACT floor emission limit calculations, including any comments or corrections to the underlying data used to compute those emission limits, the selection of beyond-the-floor limits for certain subcategories. The EPA is also seeking input on the inventory of units used to quantify the impacts of these proposed amendments, which relied on real compliance data submitted to CEDRI and WebFIRE through April 2019, and the methodology used to quantify the impacts analysis discussed in section V of this preamble. The EPA is also seeking comments on the accuracy of the control technology assessment and/or whether there are other compliance options available to meet the proposed revised emissions limits. Finally, we request comment on the Agency's approach for using a Benefit per-Ton value to quantify benefits as well as the utility of performing full-form modeling for the final rule.

The current version of this regulation contains language which details how facilities that seek to monitor $CO_2$ in lieu of oxygen as part of their CEMS used to demonstrate compliance with the CO emission limits in this subpart must have this approach approved as an alternative method before doing so. The EPA is seeking comment on replacing the requirement to have approval of an alternative test method with a required methodology to be followed when monitoring $CO_2$ in lieu of oxygen as the diluent for CO which would account for any changes in $CO_2$ emission levels caused by a control device, etc. Additionally, the EPA believes it is appropriate to expand this language to the monitoring of all pollutants when $CO_2$ is used as the diluent and seeks comment on this as well. Finally, in the course of reviewing the monitoring language under 40 CFR part 63, subpart DDDDD, the EPA is proposing to remove several requirements for the continuous monitoring of moisture and flow which were found to be unnecessary. We also seek comment on these revisions. A draft of the language we would propose to accomplish these revisions is included in the docket.

## VII. Statutory and Executive Order Reviews

Additional information about these statutes and Executive Orders can be found at *https://www.epa.gov/laws-regulations/laws-and-executive-orders.*

### *A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review*

This action is an economically significant regulatory action that was submitted to OMB for review. Any changes made in response to OMB recommendations have been documented in the docket. The RIA for the ICI Boilers NESHAP Reconsideration contains the estimated costs, benefits, and other impacts associated with this action, and it is available in the docket.

### *B. Executive Order 13771: Reducing Regulations and Controlling Regulatory Costs*

This action is expected to be an Executive Order 13771 regulatory action. Details on the estimated costs of this proposed rule can be found in the EPA's analysis of the potential costs and benefits associated with this action, which is the RIA for this proposal.

### *C. Paperwork Reduction Act (PRA)*

The new information collection activities imposed by this proposed rule have been submitted for approval to OMB under the PRA. The Information Collection Request (ICR) document that the EPA prepared has been assigned EPA ICR number 2028.10. You can find a copy of the ICR in the docket for this rule, and it is briefly summarized here.

The information requirements are based on notification, recordkeeping, and reporting requirements in the NESHAP General Provisions (40 CFR part 63, subpart A), which are mandatory for all operators subject to national emission standards. These recordkeeping and reporting requirements are specifically authorized by section 114 of the CAA (42 U.S.C. 7414). All information submitted to the EPA pursuant to the recordkeeping and reporting requirements for which a claim of confidentiality is made is safeguarded according to agency policies set forth in 40 CFR part 2, subpart B.

The proposed amendments change several emission limits as part of the EPA's response to the remand granted on December 23, 2016, by the D.C. Circuit. The changes result in more stringent emission limits in some cases, which is expected to require additional recordkeeping and reporting burden. This increase is a result of additional monitoring and control devices anticipated to be installed to comply with the more stringent emission limits in the proposed amendments. With additional control devices, comes additional control device parametric monitoring, or in the case of CO, continuous emissions monitoring, and the associated records of that monitoring that must be maintained on-site and reported. Over the next 3 years, approximately 25 respondents operating existing large solid fuel-fired boilers and three respondents operating new solid fuel-fired boilers will be impacted by the new requirements under the standard as a result of these amendments. In addition to the costs to install and maintain records of additional monitoring equipment, the ICR details other additional record keeping and reporting burden changing records associated with adjusting operating parameter limit values, modifying monitoring plans, and familiarizing themselves with the changes in the proposed amendments.

*Respondents/affected entities:* Owners or operators of ICI boilers and process heaters.

*Respondent's obligation to respond:* Mandatory, 40 CFR part 63.

*Estimated number of respondents:* 28.

*Frequency of response:* Semi-annual, annual, periodic.

*Total estimated burden:* 1,080 hours (per year). Burden is defined at 5 CFR 1320.3(b).

*Total estimated cost:* $307,000 (per year), includes $180,000 annualized capital or operation and maintenance costs.

An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. The OMB control numbers for the EPA's regulations in 40 CFR are listed in 40 CFR part 9.

Submit your comments on the Agency's need for this information, the accuracy of the provided burden estimates, and any suggested methods for minimizing respondent burden to the EPA using the docket identified at the beginning of this rule. The EPA will respond to any ICR-related comments in the final rule.

*D. Regulatory Flexibility Act (RFA)*

I certify that this action will not have a significant economic impact on a substantial number of small entities under the RFA. This action will not impose any requirements on small entities. Of the 26 entities determined to be impacted by this action, only one is a small entity. This small entity is expected to not incur any costs associated with this action. More information on these small entity impacts is available in the RIA for this proposal.

*E. Unfunded Mandates Reform Act (UMRA)*

This action does not contain any unfunded mandate as described in UMRA, 2 U.S.C. 1531–1538, and does not significantly or uniquely affect small governments. The action imposes no enforceable duty on any state, local, or tribal governments or the private sector.

*F. Executive Order 13132: Federalism*

This action does not have federalism implications. It will not have substantial direct effects on the states, on the relationship between the national government and the states, or on the distribution of power and responsibilities among the various levels of government. The action affects private industry and does not impose economic costs on State or local governments.

*G. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments*

This action does not have tribal implications as specified in Executive Order 13175. It will not have substantial direct effects on tribal governments, on the relationship between the federal government and Indian tribes, or on the distribution of power and responsibilities between the federal government and Indian tribes, as specified in Executive Order 13175. Thus, Executive Order 13175 does not apply to this action.

*H. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks*

The EPA interprets Executive Order 13045 as applying to those regulatory actions that concern environmental health or safety risks that the EPA has reason to believe may disproportionately affect children, per the definition of ''covered regulatory action'' in section 2–202 of the Executive Order. This action is not subject to Executive Order 13045 because it does not concern an environmental health risk or safety risk.

*I. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use*

This action is not a ''significant energy action'' because it is not likely to have a significant adverse effect on the supply, distribution or use of energy. The energy impacts estimated for this proposed rule increased only slightly the energy impacts estimated for the March 21, 2011, final rule which was concluded not to be a significant regulatory action under Executive Order 13211. Therefore, we conclude that this proposed rule, when implemented, is not likely to have a significant adverse effect on the supply, distribution, or use of energy.

*J. National Technology Transfer and Advancement Act (NTTAA)*

This rulemaking does not involve technical standards.

*K. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations*

The EPA believes that this action does not have disproportionately high and adverse human health or environmental effects on minority populations, low-income populations, and/or indigenous peoples, as specified in Executive Order 12898 (59 FR 7629, February 16, 1994).

The documentation for this decision is contained in the preamble to the March 2011 final rule (see 76 FR 15662). For the March 2011 final rule, the EPA determined that the rule would not have disproportionately high and adverse human health or environmental effects on minority or low-income populations because it increases the level of environmental protection for all affected populations without having any disproportionately high and adverse human health or environmental effects on any population, including any

minority or low-income population. Compared to the final rule, the proposed amendments are somewhat more stringent for some subcategories and, thus, the overall increased health benefits demonstrate that the conclusion from the environmental justice analysis conducted for the final rule are still valid.

**List of Subjects in 40 CFR Part 63**

Environmental protection, Air pollution control, Hazardous substances, Reporting and recordkeeping requirements.

**Andrew Wheeler,**
*Administrator.*

For the reasons stated in the preamble, 40 CFR part 63 is proposed to be amended as follows:

## PART 63—NATIONAL EMISSION STANDARDS FOR HAZARDOUS AIR POLLUTANTS FOR SOURCE CATEGORIES

■ 1. The authority citation for part 63 continuous to read as follows:

**Authority:** 42 U.S.C. 7401, *et seq.*

## Subpart DDDDD—National Emission Standards For Hazardous Air Pollutants For Major Sources: Industrial, Commercial, And Institutional Boilers And Process Heaters

■ 2. Section 63.7500 is amended by revising paragraph (a) introductory text and paragraphs (a)(1), (c), and (e) to read as follows:

### § 63.7500 What emission limitations, work practice standards, and operating limits must I meet?

(a) You must meet the requirements in paragraphs (a)(1) through (3) of this section, except as provided in paragraphs (b) through (e) of this section. You must meet these requirements at all times the affected unit is operating, except as provided in paragraph (f) of this section.

(1) You must meet each emission limit and work practice standard in Tables 1 through 3, and 11 through 15 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under § 63.7522. The output-based emission limits, in units of pounds per million Btu of steam output, in Tables 1 or 2 to this subpart are an alternative applicable only to boilers and process heaters that generate either steam, cogenerate steam with electricity, or both. The output-based emission limits, in units of pounds per megawatt-hour, in Tables 1 or 2 to this subpart are an alternative applicable only to boilers that generate only electricity. Boilers that perform multiple functions (cogeneration and electricity generation) or supply steam to common headers would calculate a total steam energy output using equation 21 of § 63.7575 to demonstrate compliance with the output-based emission limits, in units of pounds per million Btu of steam output, in Tables 1 or 2 to this subpart. If you operate a new boiler or process heater, you can choose to comply with alternative limits as discussed in paragraphs (a)(1)(i) through (a)(1)(iv) of this section, but on or after [DATE 3 YEARS AFTER DATE OF PUBLICATION OF FINAL RULE IN THE **Federal Register**], you must comply with the emission limits in Table 1 to this subpart. If you operate an existing boiler or process heater, you can choose to comply with alternative limits as discussed in paragraphs (a)(1)(v) of this section, but on or after [DATE 3 YEARS AFTER DATE OF PUBLICATION OF FINAL RULE IN THE **Federal Register**] you must comply with the emission limits in Table 2 to this subpart.

(i) If your boiler or process heater commenced construction or reconstruction after June 4, 2010, and before May 20, 2011, you may comply with the emission limits in Table 11 or 14 to this subpart until January 31, 2016.

(ii) If your boiler or process heater commenced construction or reconstruction on or after May 20, 2011, and before December 23, 2011, you may comply with the emission limits in Table 12 or 14 to this subpart until January 31, 2016.

(iii) If your boiler or process heater commenced construction or reconstruction on or after December 23, 2011, and before April 1, 2013, you may comply with the emission limits in Table 13 or 14 to this subpart until January 31, 2016.

(iv) If you operate a new boiler or process heater, you may comply with the emission limits in Table 1 or 14 until you must comply with the emission limits in Table 1 to this subpart.

(v) If you operate an existing boiler or process heater, you may comply with the emission limits in Table 2 or 15 until you must comply with the emission limits in Table 2 to this subpart.

* * * * *

(c) Limited-use boilers and process heaters must complete a tune-up every 5 years as specified in § 63.7540. They are not subject to the emission limits in Tables 1 and 2 or 11 through 15 to this subpart, the annual tune-up, or the energy assessment requirements in Table 3 to this subpart, or the operating limits in Table 4 to this subpart.

* * * * *

(e) Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity of less than or equal to 5 million Btu per hour must complete a tune-up every 5 years as specified in § 63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory with a heat input capacity greater than 5 million Btu per hour and less than 10 million Btu per hour must complete a tune-up every 2 years as specified in § 63.7540. Boilers and process heaters in the units designed to burn gas 1 fuels subcategory are not subject to the emission limits in Tables 1 and 2 or 11 through 15 to this subpart, or the operating limits in Table 4 to this subpart.

* * * * *

■ 3. Section 63.7505 is amended by revising paragraph (c) to read as follows:

### § 63.7505 What are my general requirements for complying with this subpart?

* * * * *

(c) You must demonstrate compliance with all applicable emission limits using performance stack testing, fuel analysis, or continuous monitoring systems (CMS), including a continuous emission monitoring system (CEMS), continuous opacity monitoring system (COMS), continuous parameter monitoring system (CPMS), or particulate matter continuous parameter monitoring system (PM CPMS), where applicable. You may demonstrate compliance with the applicable emission limit for hydrogen chloride (HCl), mercury, or total selected metals (TSM) using fuel analysis if the emission rate calculated according to § 63.7530(c) is less than the applicable emission limit. For gaseous fuels, you may not use fuel analyses to comply with the TSM alternative standard or the HCl standard. Otherwise, you must demonstrate compliance for HCl, mercury, or TSM using performance stack testing, if subject to an applicable emission limit listed in Tables 1, 2, or 11 through 15 to this subpart.

* * * * *

■ 4. Section 63.7510 is amended by revising paragraph (a) introductory text and paragraphs (b), (c), (f), and (j) to read as follows:

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 80 of 496


**§ 63.7510 What are my initial compliance requirements and by what date must I conduct them?**

(a) For each boiler or process heater that is required or that you elect to demonstrate compliance with any of the applicable emission limits in Tables 1 or 2 or 11 through 15 of this subpart through performance (stack) testing, your initial compliance requirements include all the following:

* * * * *

(b) For each boiler or process heater that you elect to demonstrate compliance with the applicable emission limits in Tables 1 or 2 or 11 through 15 to this subpart for HCl, mercury, or TSM through fuel analysis, your initial compliance requirement is to conduct a fuel analysis for each type of fuel burned in your boiler or process heater according to § 63.7521 and Table 6 to this subpart and establish operating limits according to § 63.7530 and Table 8 to this subpart. The fuels described in paragraph (a)(2)(i) and (ii) of this section are exempt from these fuel analysis and operating limit requirements. The fuels described in paragraph (a)(2)(ii) of this section are exempt from the chloride fuel analysis and operating limit requirements. Boilers and process heaters that use a CEMS for mercury or HCl are exempt from the performance testing and operating limit requirements specified in paragraph (a) of this section for the HAP for which CEMS are used.

(c) If your boiler or process heater is subject to a carbon monoxide (CO) limit, your initial compliance demonstration for CO is to conduct a performance test for CO according to Table 5 to this subpart or conduct a performance evaluation of your continuous CO monitor, if applicable, according to § 63.7525(a). Boilers and process heaters that use a CO CEMS to comply with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 15 to this subpart, as specified in § 63.7525(a), are exempt from the initial CO performance testing and oxygen concentration operating limit requirements specified in paragraph (a) of this section.

* * * * *

(f) For new or reconstructed affected sources (as defined in § 63.7490), you must complete the initial compliance demonstration with the emission limits no later than July 30, 2013, or within 180 days after startup of the source, whichever is later.

(1) If you are demonstrating compliance with an emission limit in Tables 11 through 13 to this subpart that is less stringent (that is, higher) than the applicable emission limit in Table 14 to this subpart, you must demonstrate compliance with the applicable emission limit in Table 14 no later than July 29, 2016.

(2) If you are demonstrating compliance with an emission limit in Table 14 to this subpart that is less stringent (that is, higher) than the applicable emission limit in Table 1 to this subpart, you must demonstrate compliance with the applicable emission limit in Table 1 to this subpart no later than [date 3 years after date of publication of final rule in the **Federal Register**].

* * * * *

(j) For existing affected sources (as defined in § 63.7490) that have not operated between the effective date of the rule and the compliance date that is specified for your source in § 63.7495, you must complete the initial compliance demonstration, if subject to the emission limits in Tables 2 or 14, to this subpart, as applicable, as specified in paragraphs (a) through (d) of this section, no later than 180 days after the re-start of the affected source and according to the applicable provisions in § 63.7(a)(2) as cited in Table 10 to this subpart. You must complete an initial tune-up by following the procedures described in § 63.7540(a)(10)(i) through (vi) no later than 30 days after the re-start of the affected source and, if applicable, complete the one-time energy assessment specified in Table 3 to this subpart, no later than the compliance date specified in § 63.7495.

* * * * *

■ 5. Section 63.7515 is amended by revising paragraphs (b), (c), (e), (g), and (i) to read as follows:

**§ 63.7515 When must I conduct subsequent performance tests, fuel analyses, or tune-ups?**

* * * * *

(b) If your performance tests for a given pollutant for at least 2 consecutive years show that your emissions are at or below 75 percent of the emission limit (or, in limited instances as specified in Tables 1 and 2 or 11 through 15 to this subpart, at or below the emission limit) for the pollutant, and if there are no changes in the operation of the individual boiler or process heater or air pollution control equipment that could increase emissions, you may choose to conduct performance tests for the pollutant every third year. Each such performance test must be conducted no more than 37 months after the previous performance test. If you elect to demonstrate compliance using emission averaging under § 63.7522, you must continue to conduct performance tests annually. The requirement to test at maximum chloride input level is waived unless the stack test is conducted for HCl. The requirement to test at maximum mercury input level is waived unless the stack test is conducted for mercury. The requirement to test at maximum TSM input level is waived unless the stack test is conducted for TSM.

(c) If a performance test shows emissions exceeded the emission limit or 75 percent of the emission limit (as specified in Tables 1 and 2 or 11 through 15 to this subpart) for a pollutant, you must conduct annual performance tests for that pollutant until all performance tests over a consecutive 2-year period meet the required level (at or below 75 percent of the emission limit, as specified in Tables 1 and 2 or 11 through 15 to this subpart).

* * * * *

(e) If you demonstrate compliance with the mercury, HCl, or TSM based on fuel analysis, you must conduct a monthly fuel analysis according to § 63.7521 for each type of fuel burned that is subject to an emission limit in Tables 1, 2, or 11 through 15 to this subpart. You may comply with this monthly requirement by completing the fuel analysis any time within the calendar month as long as the analysis is separated from the previous analysis by at least 14 calendar days. If you burn a new type of fuel, you must conduct a fuel analysis before burning the new type of fuel in your boiler or process heater. You must still meet all applicable continuous compliance requirements in § 63.7540. If each of 12 consecutive monthly fuel analyses demonstrates 75 percent or less of the compliance level, you may decrease the fuel analysis frequency to quarterly for that fuel. If any quarterly sample exceeds 75 percent of the compliance level or you begin burning a new type of fuel, you must return to monthly monitoring for that fuel, until 12 months of fuel analyses are again less than 75 percent of the compliance level. If sampling is conducted on 1 day per month, samples should be no less than 14 days apart, but if multiple samples are taken per month, the 14-day restriction does not apply.

* * * * *

(g) For affected sources (as defined in § 63.7490) that have not operated since the previous compliance demonstration and more than 1 year has passed since the previous compliance demonstration, you must complete the subsequent compliance demonstration, if subject to the emission limits in Tables 1, 2, or 11 through 15 to this subpart, no later than

180 days after the re-start of the affected source and according to the applicable provisions in § 63.7(a)(2) as cited in Table 10 to this subpart. You must complete a subsequent tune-up by following the procedures described in § 63.7540(a)(10)(i) through (vi) and the schedule described in § 63.7540(a)(13) for units that are not operating at the time of their scheduled tune-up.

* * * * *

(i) If you operate a CO CEMS that meets the Performance Specifications outlined in § 63.7525(a)(3) of this subpart to demonstrate compliance with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 15 to this subpart, you are not required to conduct CO performance tests and are not subject to the oxygen concentration operating limit requirement specified in § 63.7510(a).

■ 6. Section 63.7520 is amended by revising paragraph (d) to read as follows:

### § 63.7520 What stack tests and procedures must I use?

* * * * *

(d) You must conduct a minimum of three separate test runs for each performance test required in this section, as specified in § 63.7(e)(3). Each test run must comply with the minimum applicable sampling times or volumes specified in Tables 1 and 2 or 11 through 15 to this subpart.

* * * * *

■ 7. Section 63.7521 is amended by revising paragraphs (a) and (c)(1)(ii) to read as follows:

### § 63.7521 What fuel analyses, fuel specification, and procedures must I use?

(a) For solid and liquid fuels, you must conduct fuel analyses for chloride and mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. For solid fuels and liquid fuels, you must also conduct fuel analyses for TSM if you are opting to comply with the TSM alternative standard. For gas 2 (other) fuels, you must conduct fuel analyses for mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. For gaseous fuels, you may not use fuel analyses to comply with the TSM alternative standard or the HCl standard. For purposes of complying with this section, a fuel gas system that consists of multiple gaseous fuels collected and mixed with each other is considered a single fuel type and sampling and analysis is only required on the combined fuel gas system that will feed the boiler or process heater. Sampling and analysis of the individual gaseous streams prior to combining is not required. You are not required to conduct fuel analyses for fuels used for only startup, unit shutdown, and transient flame stability purposes. You are required to conduct fuel analyses only for fuels and units that are subject to emission limits for mercury, HCl, or TSM in Tables 1 and 2 or 11 through 15 to this subpart. Gaseous and liquid fuels are exempt from the sampling requirements in paragraphs (c) and (d) of this section.

* * * * *

(c) * * *

(1) * * *

(ii) Each composite sample will consist of a minimum of three samples collected at approximately equal intervals during the testing period for sampling during performance stack testing.

* * * * *

■ 8. Section 63.7522 is amended by revising paragraph (b) introductory text and paragraphs (d), (e)(1), (2), (h), and (j)(1) to read as follows:

### § 63.7522 Can I use emissions averaging to comply with this subpart?

* * * * *

(b) For a group of two or more existing boilers or process heaters in the same subcategory that each vent to a separate stack, you may average PM (or TSM), HCl, or mercury emissions among existing units to demonstrate compliance with the limits in Table 2 or 15 to this subpart as specified in paragraph (b)(1) through (3) of this section, if you satisfy the requirements in paragraphs (c) through (g) of this section.

* * * * *

(d) The averaged emissions rate from the existing boilers and process heaters participating in the emissions averaging option must not exceed 90 percent of the limits in Table 2 or 15 to this subpart at all times the affected units are subject to numeric emission limits following the compliance date specified in § 63.7495.

(e) * * *

(1) You must use Equation 1a or 1b or 1c of this section to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option for that pollutant do not exceed the emission limits in Table 2 or 15 to this subpart. Use Equation 1a if you are complying with the emission limits on a heat input basis, use Equation 1b if you are complying with the emission limits on a steam generation (output) basis, and use Equation 1c if you are complying with the emission limits on a electric generation (output) basis.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times Hm) \div \sum_{i=1}^{n} Hm \qquad \text{(Eq. 1a)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

Hm = Maximum rated heat input capacity of unit, i, in units of million Btu per hour.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n}(Er \times So) \div \sum_{i=1}^{n} So \qquad \text{(Eq. 1b)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of steam output.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of steam output. Determine the emission rate for PM (or TSM), HCl, or mercury by

performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

So = Maximum steam output capacity of unit, i, in units of million Btu per hour, as defined in § 63.7575.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Eo) \div \sum_{i=1}^{n} Eo \quad \text{(Eq. 1c)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per megawatt hour.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per megawatt hour. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

Eo = Maximum electric generating output capacity of unit, i, in units of megawatt hour, as defined in § 63.7575.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

(2) If you are not capable of determining the maximum rated heat input capacity of one or more boilers that generate steam, you may use Equation 2 of this section as an alternative to using Equation 1a of this section to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option do not exceed the emission limits for that pollutant in Table 2 or 15 to this subpart that are in pounds per million Btu of heat input.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Sm \times Cfi) \div \sum_{i=1}^{n} (Sm \times Cfi) \quad \text{(Eq. 2)}$$

Where:

AveWeightedEmissions = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

Er = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

Sm = Maximum steam generation capacity by unit, i, in units of pounds per hour.

Cfi = Conversion factor, calculated from the most recent compliance test, in units of million Btu of heat input per pounds of steam generated for unit, i.

1.1 = Required discount factor.

* * * * *

(h) For a group of two or more existing affected units, each of which vents through a single common stack, you may average PM (or TSM), HCl, or mercury emissions to demonstrate compliance with the limits for that pollutant in Table 2 or 15 to this subpart if you satisfy the requirements in paragraph (i) or (j) of this section.

* * * * *

(j) * * *

(1) Conduct performance tests according to procedures specified in § 63.7520 in the common stack if affected units from other subcategories vent to the common stack. The emission limits that the group must comply with are determined by the use of Equation 6 of this section.

$$En = \sum_{i=1}^{n} (ELi \times Hi) \div \sum_{i=1}^{n} Hi \quad \text{(Eq. 6)}$$

Where:

En = HAP emission limit, pounds per million British thermal units (lb/MMBtu) or parts per million (ppm).

ELi = Appropriate emission limit from Table 2 or 15 to this subpart for unit i, in units of lb/MMBtu or ppm.

Hi = Heat input from unit i, MMBtu.

* * * * *

■ 9. Section 63.7525 is amended by revising paragraphs (a), (2), (2)(iv), (l), and (m) introductory text to read as follows:

**§ 63.7525 What are my monitoring, installation, operation, and maintenance requirements?**

(a) If your boiler or process heater is subject to a CO emission limit in Tables 1, 2, or 11 through 15 to this subpart, you must install, operate, and maintain an oxygen analyzer system, as defined in § 63.7575, or install, certify, operate and maintain continuous emission monitoring systems for CO and oxygen (or carbon dioxide ($CO_2$)) according to the procedures in paragraphs (a)(1) through (6) of this section.

* * * * *

(2) To demonstrate compliance with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 15 to this subpart, you must install, certify, operate, and maintain a CO CEMS and an oxygen analyzer according to the applicable procedures under Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B; part 75 of this chapter (if an $CO_2$ analyzer is used); the site-specific monitoring plan developed according to § 63.7505(d); and the requirements in § 63.7540(a)(8) and paragraph (a) of this section. Any boiler or process heater that has a CO CEMS that is compliant with Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B, a site-specific monitoring plan developed according to § 63.7505(d), and the requirements in § 63.7540(a)(8) and paragraph (a) of this section must use the CO CEMS to comply with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 15 to this subpart.

* * * * *

(iv) Any CO CEMS that does not comply with § 63.7525(a) cannot be used to meet any requirement in this subpart to demonstrate compliance with a CO emission limit listed in Tables 1, 2, or 11 through 15 to this subpart.

* * * * *

(l) For each unit for which you decide to demonstrate compliance with the mercury or HCl emissions limits in Tables 1 or 2 or 11 through 15 of this subpart by use of a CEMS for mercury or HCl, you must install, certify, maintain, and operate a CEMS measuring emissions discharged to the

atmosphere and record the output of the system as specified in paragraphs (l)(1) through (8) of this section. For HCl, this option for an affected unit takes effect on the date a final performance specification for a HCl CEMS is published in the **Federal Register** or the date of approval of a site-specific monitoring plan.

(m) If your unit is subject to a HCl emission limit in Tables 1, 2, or 11 through 15 of this subpart and you have an acid gas wet scrubber or dry sorbent injection control technology and you elect to use an $SO_2$ CEMS to demonstrate continuous compliance with the HCl emission limit, you must install the monitor at the outlet of the boiler or process heater, downstream of all emission control devices, and you must install, certify, operate, and maintain the CEMS according to either part 60 or part 75 of this chapter.

* * * * *

■ 10. Section 63.7530 is amended by revising paragraphs (b)(4)(ii)(E) and (iii) and the introductory text of paragraph (h) to read as follows:

**§ 63.7530 How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards?**

* * * * *

(b) * * *

(4) * * *

(ii) * * *

(E) Use EPA Method 5 of appendix A to part 60 of this chapter to determine PM emissions. For each performance test, conduct three separate runs under the conditions that exist when the affected source is operating at the highest load or capacity level reasonably expected to occur. Conduct each test run to collect a minimum sample volume specified in Tables 1, 2, or 11 through 15 to this subpart, as applicable, for determining compliance with a new source limit or an existing source limit. Calculate the average of the results from three runs to determine compliance. You need not determine the PM collected in the impingers (''back half'') of the Method 5 particulate sampling train to demonstrate compliance with the PM standards of this subpart. This shall not preclude the permitting authority from requiring a determination of the ''back half'' for other purposes.

* * * * *

(iii) For a particulate wet scrubber, you must establish the minimum pressure drop and liquid flow rate as defined in § 63.7575, as your operating limits during the three-run performance test during which you demonstrate compliance with your applicable limit. If you use a wet scrubber and you conduct separate performance tests for PM and TSM emissions, you must establish one set of minimum scrubber liquid flow rate and pressure drop operating limits. If you conduct multiple performance tests, you must set the minimum liquid flow rate and pressure drop operating limits at the higher of the minimum values established during the performance tests.

* * * * *

(h) If you own or operate a unit subject to emission limits in Tables 1 or 2 or 11 through 15 to this subpart, you must meet the work practice standard according to Table 3 of this subpart. During startup and shutdown, you must only follow the work practice standards according to items 5 and 6 of Table 3 of this subpart.

* * * * *

■ 11. Section 63.7533 is amended by revising paragraphs (a), (e), and (f) to read as follows:

**§ 63.7533 Can I use efficiency credits earned from implementation of energy conservation measures to comply with this subpart?**

(a) If you elect to comply with the alternative equivalent output-based emission limits, instead of the heat input-based limits listed in Table 2 or 15 to this subpart, and you want to take credit for implementing energy conservation measures identified in an energy assessment, you may demonstrate compliance using efficiency credits according to the procedures in this section. You may use this compliance approach for an existing affected boiler for demonstrating initial compliance according to § 63.7522(e) and for demonstrating monthly compliance according to § 63.7522(f). Owners or operators using this compliance approach must establish an emissions benchmark, calculate and document the efficiency credits, develop an Implementation Plan, comply with the general reporting requirements, and apply the efficiency credit according to the procedures in paragraphs (b) through (f) of this section. You cannot use this compliance approach for a new or reconstructed affected boiler. Additional guidance from the Department of Energy on efficiency credits is available at: *http://www.epa.gov/ttn/atw/boiler/boilerpg.html.*

* * * * *

(e) The emissions rate as calculated using Equation 20 of this section from each existing boiler participating in the efficiency credit option must be in compliance with the limits in Table 2 or 15 to this subpart at all times the affected unit is subject to numeric emission limits, following the compliance date specified in § 63.7495.

(f) You must use Equation 20 of this section to demonstrate initial compliance by demonstrating that the emissions from the affected boiler participating in the efficiency credit compliance approach do not exceed the emission limits in Table 2 or 15 to this subpart.

$$E_{adj} = E_m \times (1 - ECredits) \quad \text{(Eq. 20)}$$

Where:

$E_{adj}$ = Emission level adjusted by applying the efficiency credits earned, lb per million Btu steam output (or lb per MWh) for the affected boiler.

$E_m$ = Emissions measured during the performance test, lb per million Btu steam output (or lb per MWh) for the affected boiler.

ECredits = Efficiency credits from Equation 19 for the affected boiler.

* * * * *

■ 12. Section 63.7540 is amended by:

■ a. Revising paragraphs (a), (8), and (19) introductory text; and

■ b. Revising paragraphs (a)(8)(ii), (9), and (b).

The revisions read as follows:

**§ 63.7540 How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards?**

(a) You must demonstrate continuous compliance with each emission limit in Tables 1 and 2 or 11 through 15 to this subpart, the work practice standards in Table 3 to this subpart, and the operating limits in Table 4 to this subpart that applies to you according to the methods specified in Table 8 to this subpart and paragraphs (a)(1) through (19) of this section.

* * * * *

(8) To demonstrate compliance with the applicable alternative CO CEMS emission limit listed in Tables 1, 2, or 11 through 15 to this subpart, you must meet the requirements in paragraphs (a)(8)(i) through (iv) of this section.

* * * * *

(ii) Maintain a CO emission level below or at your applicable alternative CO CEMS-based standard in Tables 1 or 2 or 11 through 15 to this subpart at all times the affected unit is subject to numeric emission limits.

* * * * *

(9) The owner or operator of a boiler or process heater using a PM CPMS or a PM CEMS to meet requirements of this subpart shall install, certify (PM CEMS only), operate, and maintain the PM CPMS or PM CEMS in accordance with

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 84 of 496


your site-specific monitoring plan as required in § 63.7505(d).

* * * * *

(19) If you choose to comply with the PM filterable emissions limit by using PM CEMS you must install, certify, operate, and maintain a PM CEMS and record the output of the PM CEMS as specified in paragraphs (a)(19)(i) through (vii) of this section. The compliance limit will be expressed as a 30-day rolling average of the numerical emissions limit value applicable for your unit in Tables 1 or 2 or 11 through 15 of this subpart.

* * * * *

(b) You must report each instance in which you did not meet each emission limit and operating limit in Tables 1 through 4 or 11 through 15 to this subpart that apply to you. These instances are deviations from the emission limits or operating limits, respectively, in this subpart. These deviations must be reported according to the requirements in § 63.7550.

* * * * *

■ 13. Section 63.7545 is amended by revising paragraph (e)(3) to read as follows:

**§ 63.7545 What notifications must I submit and when?**

* * * * *

(e) * * *

(3) A summary of the maximum CO emission levels recorded during the performance test to show that you have met any applicable emission standard in Tables 1, 2, or 11 through 15 to this subpart, if you are not using a CO CEMS to demonstrate compliance.

* * * * *

■ 14. Section 63.7555 is amended by revising paragraph (d) introductory text and paragraph (5) to read as follows:

**§ 63.7555 What records must I keep?**

* * * * *

(d) For each boiler or process heater subject to an emission limit in Tables 1, 2, or 11 through 15 to this subpart, you must also keep the applicable records in paragraphs (d)(1) through (11) of this section.

* * * * *

(5) If, consistent with § 63.7515(b), you choose to stack test less frequently than annually, you must keep a record that documents that your emissions in the previous stack test(s) were less than 75 percent of the applicable emission limit (or, in specific instances noted in Tables 1 and 2 or 11 through 15 to this subpart, less than the applicable emission limit), and document that there was no change in source operations including fuel composition and operation of air pollution control equipment that would cause emissions of the relevant pollutant to increase within the past year.

* * * * *

■ 15. Section 63.7575 is amended by:

■ a. Adding, in alphabetical order, a definition for ''12-month rolling average'';

■ b. Revising the definition of ''Other gas 1 fuel''; and

■ c. Revising paragraphs (3) and (4) under the definition of ''Steam output.''

The additions and revisions read as follows:

**§ 63.7575 What definitions apply to this subpart?**

* * * * *

*12-month rolling average* means the arithmetic mean of the previous 12 months of valid fuel analysis data. The 12 months should be consecutive, but not necessarily continuous if operations were intermittent.

* * * * *

*Other gas 1 fuel* means a gaseous fuel that is not natural gas or refinery gas and does not exceed a maximum mercury concentration of 40 micrograms/cubic meters of gas.

* * * * *

*Steam output* * * *

* * * * *

(3) For a boiler that generates only electricity, the alternate output-based emission limits would be the appropriate emission limit from Table 1 or 2 or 14 or 15 of this subpart in units of pounds per million Btu heat input (lb per MWh).

(4) For a boiler that performs multiple functions and produces steam to be used for any combination of paragraphs (1), (2) and (3) of this definition that includes electricity generation of paragraph (3) of this definition, the total energy output, in terms of MMBtu of steam output, is the sum of the energy content of steam sent directly to the process and/or used for heating ($S_1$), the energy content of turbine steam sent to process plus energy in electricity according to paragraph (2) of this definition ($S_2$), and the energy content of electricity generated by a electricity only turbine as paragraph (3) of this definition ($MW_3$) and would be calculated using Equation 21 of this section. In the case of boilers supplying steam to one or more common headers, $S_1$, $S_2$, and $MW_{(3)}$ for each boiler would be calculated based on the its (steam energy) contribution (fraction of total steam energy) to the common header.

$$SO_M = S_1 + S_2 + (MW_{(3)}\ x\ CFn) \qquad \text{(Eq. 21)}$$

Where:

$SO_M$ = Total steam output for multi-function boiler, MMBtu

$S_1$ = Energy content of steam sent directly to the process and/or used for heating, MMBtu

$S_2$ = Energy content of turbine steam sent to the process plus energy in electricity according to (2) above, MMBtu

$MW_{(3)}$ = Electricity generated according to paragraph (3) of this definition, MWh

CFn = Conversion factor for the appropriate subcategory for converting electricity generated according to paragraph (3) of this definition to equivalent steam energy, MMBtu/MWh

CFn for emission limits for boilers in the unit designed to burn solid fuel subcategory = 10.8

CFn PM and CO emission limits for boilers in one of the subcategories of units designed to burn coal = 11.7

CFn PM and CO emission limits for boilers in one of the subcategories of units designed to burn biomass = 12.1

CFn for emission limits for boilers in one of the subcategories of units designed to burn liquid fuel = 11.2

CFn for emission limits for boilers in the unit designed to burn gas 2 (other) subcategory = 6.2

* * * * *

■ 16. Table 1 to subpart DDDDD is amended to read as follows:

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 85 of 496


TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 3.0E–04 lb per MMBtu of heat input | 4.1E–04 lb per MMBtu of steam output or 3.9E–03 lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 8.0E–07 [a] lb per MMBtu of heat input. | 8.7E–07 [a] lb per MMBtu of steam output or 1.1E–05 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Units designed to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | 1.1E–03 lb per MMBtu of steam output or 1.4E–02 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 2.9E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.2E–01 lb per MMBtu of steam output or 1.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 590 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 6.1E–01 lb per MMBtu of steam output or 6.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.3E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | 1.4E–02 lb per MMBtu of steam output or 1.9E–01 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 3.7E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.3E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (5.0E–03 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (5.2E–03 lb per MMBtu of steam output or 7.0E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.1E–03 lb per MMBtu of heat input; or (8.4E–06 [a] lb per MMBtu of heat input). | 5.0E–03 lb per MMBtu of steam output or 5.8E–02 lb per MWh; or (1.1E–05 [a] lb per MMBtu of steam output or 1.2E–04 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 220 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 0.18 lb per MMBtu of steam output or 2.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |

TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (8.0E–03 lb per MMBtu of heat input). | 3.1E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (8.1E–03 lb per MMBtu of steam output or 1.2E–01 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 330 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 3.5E–01 lb per MMBtu of steam output or 3.6 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.5E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | 3.4E–03 lb per MMBtu of steam output or 3.5E–02 lb per MWh; or (5.2E–05 lb per MMBtu of steam output or 5.5E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3-percent oxygen. | 1.1 lb per MMBtu of steam output or 1.0E+01 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–02 lb per MMBtu of heat input; or (2.9E–05 [a] lb per MMBtu of heat input). | 2.0E–02 lb per MMBtu of steam output or 1.6E–01 lb per MWh; or (5.1E–05 lb per MMBtu of steam output or 4.1E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 180 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.22 lb per MMBtu of steam output or 2.0 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | 3.3E–02 lb per MMBtu of steam output or 3.7E–01 lb per MWh; or (5.5E–04 lb per MMBtu of steam output or 6.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 7.0E–05 lb per MMBtu of heat input | 7.7E–05 lb per MMBtu of steam output or 9.7E–04 lb per MWh. | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.8E–07 [a] lb per MMBtu of heat input. | 5.3E–07 [a] lb per MMBtu of steam output or 6.7E–06 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.9E–03 lb per MMBtu of heat input; or (6.1E–06 lb per MMBtu of heat input). | 2.1E–03 lb per MMBtu of steam output or 2.7E–02 lb per MWh; or (6.7E–6 lb per MMBtu of steam output or 8.5E–5 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 1.2E–03 [a] lb per MMBtu of steam output or 1.6E–02 [a] lb per MWh; or (3.2E–05 lb per MMBtu of steam output or 4.0E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.5E–02 lb per MMBtu of steam output or 3.2E–01 lb per MWh; or (9.4E–04 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 87 of 496


TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | d. Filterable PM (or TSM). | 7.3E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | 1.3E–02 lb per MMBtu of steam output or 7.6E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote "a", your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] If your affected source is a new or reconstructed affected source that commenced construction or reconstruction after June 4, 2010, and before April 1, 2013, you may comply with the emission limits in Tables 11, 12 or 13 to this subpart until January 31, 2016. On and after January 31, 2016, but before [date 3 years after date of publication of final rule in the **Federal Register**] you may comply with the emission limits in Table 14 to this subpart. On and after [date 3 years after date of publication of final rule in the **Federal Register**], you must comply with the emission limits in Table 1 to this subpart.

[d] An owner or operator may request an alternative test method under § 63.7 of this chapter, in order that compliance with the carbon monoxide emissions limit be determined using $CO_2$ as a diluent correction in place of oxygen at 3 percent. EPA Method 19 F-factors and EPA Method 19 equations must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit and must also take into account that the 3-percent oxygen correction is to be done on a dry basis. The alternative test method request must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc.

■ 17. Table 2 to subpart DDDDD is amended to read as follows:

TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.0E–02 lb per MMBtu of heat input | 2.3E–02 lb per MMBtu of steam output or 0.26 lb per MWh. | For M26A, Collect a minimum of 1 dscm per run; for M26, collect a minimum of 120 liters per run. |
| | b. Mercury | 5.4E–06 lb per MMBtu of heat input | 6.2E–06 lb per MMBtu of steam output or 6.9E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 3.9E–02 lb per MMBtu of heat input; or (5.3E–05 lb per MMBtu of heat input). | 4.1E–02 lb per MMBtu of steam output or 4.8E–01 lb per MWh; or (5.6E–05 lb per MMBtu of steam output or 6.5E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 150 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.14 lb per MMBtu of steam output or 1.6 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (720 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.1 lb per MMBtu of steam output or 13 lb per MWh; three-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 88 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM). | 3.4E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 4.0E–02 lb per MMBtu of steam output or 4.8E–01 lb per MWh; or (2.4E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–01 lb per MMBtu of heat input; or (5.0E–03 lb per MMBtu of heat input). | 3.7E–01 lb per MMBtu of steam output or 4.5 lb per MWh; or (5.9E–03 lb per MMBtu of steam output or 7.0E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 210 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 2.1E–01 lb per MMBtu of steam output or 2.3 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.1E–02 lb per MMBtu of heat input; or (6.4E–05 lb per MMBtu of heat input). | 2.6E–02 lb per MMBtu of steam output or 0.30 lb per MWh; or (8.0E–05 lb per MMBtu of steam output or 9.0E–04 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.1E–02 lb per MMBtu of heat input; or (8.0E–03 lb per MMBtu of heat input). | 4.2E–02 lb per MMBtu of steam output or 5.8E–01 lb per MWh; or (8.1E–03 lb per MMBtu of steam output or 0.12 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 770 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 8.4E–01 lb per MMBtu of steam output or 8.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.8E–01 lb per MMBtu of heat input; or (2.0E–03 lb per MMBtu of heat input). | 2.5E–01 lb per MMBtu of steam output or 2.6 lb per MWh; or (2.8E–03 lb per MMBtu of steam output or 2.8E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solid. | a. CO | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen. | 2.4 lb per MMBtu of steam output or 12 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (5.8E–03 lb per MMBtu of heat input). | 5.5E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (1.6E–02 lb per MMBtu of steam output or 8.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 3,500 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 3.5 lb per MMBtu of steam output or 39 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 4.4E–01 lb per MMBtu of heat input; or (4.5E–04 lb per MMBtu of heat input). | 5.5E–01 lb per MMBtu of steam output or 6.2 lb per MWh; or (5.7E–04 lb per MMBtu of steam output or 6.3E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.1E–03 lb per MMBtu of heat input | 1.4E–03 lb per MMBtu of steam output or 1.6E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 7.3E–07 [a] lb per MMBtu of heat input. | 8.8E–07 [a] lb per MMBtu of steam output or 1.1E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B collect a minimum sample as specified in the method, for ASTM D6784 [b] collect a minimum of 2 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |

TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you must comply with the following applicable emission limits: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM). | 5.9E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 7.2E–02 lb per MMBtu of steam output or 8.2E–01 lb per MWh; or (2.5E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 7.9E–03 [a] lb per MMBtu of heat input; or (6.2E–05 lb per MMBtu of heat input). | 9.6E–03 [a] lb per MMBtu of steam output or 1.1E–01 [a] lb per MWh; or (7.5E–05 lb per MMBtu of steam output or 8.6E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.2E–01 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.7E–01 lb per MMBtu of steam output or 3.1 lb per MWh; or (1.1E–03 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 2 dscm. |
| | d. Filterable PM (or TSM). | 7.3E–03 lb per MMBtu of heat input or (2.1E–04 lb per MMBtu of heat input). | 1.3E–02 lb per MMBtu of steam output or 7.6E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote a, your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] An owner or operator may request an alternative test method under § 63.7 of this chapter, in order that compliance with the carbon monoxide emissions limit be determined using $CO_2$ as a diluent correction in place of oxygen at 3 percent. EPA Method 19 F-factors and EPA Method 19 equations must be used to generate the appropriate $CO_2$ correction percentage for the fuel type burned in the unit and must also take into account that the 3-percent oxygen correction is to be done on a dry basis. The alternative test method request must account for any $CO_2$ being added to, or removed from, the emissions gas stream as a result of limestone injection, scrubber media, etc.

[d] Before [date 3 years after date of publication of final rule in the **Federal Register**] you may comply with the emission limits in Table 15 to this subpart. On and after [date 3 years after date of publication of final rule in the **Federal Register**], you must comply with the emission limits in Table 2 to this subpart.

■ 18. Table 3 of subpart DDDDD is amended by revising the entry for ''5.'' and ''6.'' to read as follows:

TABLE 3 TO SUBPART DDDDD OF PART 63—WORK PRACTICE STANDARDS

As stated in § 63.7500, you must comply with the following applicable work practice standards:

| If your unit is . . . | You must meet the following . . . |
|---|---|
| * * * | * * * * |
| 5. An existing or new boiler or process heater subject to emission limits in Table 1 or 2 or 11 through 13 to this subpart during startup. | a. You must operate all CMS during startup.<br>b. For startup of a boiler or process heater, you must use one or a combination of the following clean fuels: Natural gas, synthetic natural gas, propane, other Gas 1 fuels, distillate oil, syngas, ultra-low sulfur diesel, fuel oil-soaked rags, kerosene, hydrogen, paper, cardboard, refinery gas, liquefied petroleum gas, clean dry biomass, and any fuels meeting the appropriate HCl, mercury and TSM emission standards by fuel analysis.<br>c. You have the option of complying using either of the following work practice standards. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 90 of 496


TABLE 3 TO SUBPART DDDDD OF PART 63—WORK PRACTICE STANDARDS—Continued

As stated in § 63.7500, you must comply with the following applicable work practice standards:

| If your unit is . . . | You must meet the following . . . |
|---|---|
| | (1) If you choose to comply using definition (1) of "startup" in § 63.7575, once you start firing fuels that are not clean fuels you must vent emissions to the main stack(s) and engage all of the applicable control devices except limestone injection in fluidized bed combustion (FBC) boilers, dry scrubber, fabric filter, and selective catalytic reduction (SCR). You must start your limestone injection in FBC boilers, dry scrubber, fabric filter, and SCR systems as expeditiously as possible. Startup ends when steam or heat is supplied for any purpose, OR<br>(2) If you choose to comply using definition (2) of "startup" in § 63.7575, once you start to feed fuels that are not clean fuels, you must vent emissions to the main stack(s) and engage all of the applicable control devices so as to comply with the emission limits within 4 hours of start of supplying useful thermal energy. You must engage and operate PM control within one hour of first feeding fuels that are not clean fuels[a]. You must start all applicable control devices as expeditiously as possible, but, in any case, when necessary to comply with other standards applicable to the source by a permit limit or a rule other than this subpart that require operation of the control devices. You must develop and implement a written startup and shutdown plan, as specified in § 63.7505(e).<br>d. You must comply with all applicable emission limits at all times except during startup and shutdown periods at which time you must meet this work practice. You must collect monitoring data during periods of startup, as specified in § 63.7535(b). You must keep records during periods of startup. You must provide reports concerning activities and periods of startup, as specified in § 63.7555. |
| 6. An existing or new boiler or process heater subject to emission limits in Tables 1 or 2 or 11 through 15 to this subpart during shutdown. | You must operate all CMS during shutdown. While firing fuels that are not clean fuels during shutdown, you must vent emissions to the main stack(s) and operate all applicable control devices, except limestone injection in FBC boilers, dry scrubber, fabric filter, and SCR but, in any case, when necessary to comply with other standards applicable to the source that require operation of the control device.<br>If, in addition to the fuel used prior to initiation of shutdown, another fuel must be used to support the shutdown process, that additional fuel must be one or a combination of the following clean fuels: Natural gas, synthetic natural gas, propane, other Gas 1 fuels, distillate oil, syngas, ultra-low sulfur diesel, refinery gas, and liquefied petroleum gas.<br>You must comply with all applicable emissions limits at all times except for startup or shutdown periods conforming with this work practice. You must collect monitoring data during periods of shutdown, as specified in § 63.7535(b). You must keep records during periods of shutdown. You must provide reports concerning activities and periods of shutdown, as specified in § 63.7555. |

* * * * *

■ 19. Table 4 to subpart DDDDD is amended by revising the column headings to read as follows:

TABLE 4 TO SUBPART DDDDD OF PART 63—OPERATING LIMITS FOR BOILERS AND PROCESS HEATERS

As stated in § 63.7500, you must comply with the applicable operating limits:

| When complying with a Table 1, 2, 11, 12, 13, 14, or 15 numerical emission limit using . . . | You must meet these operating limits . . . |
|---|---|
| * * * * * * * | |

* * * * *

■ 20. Table 7 to subpart DDDDD is amended by revising footnote "b" to read as follows:

TABLE 7 TO SUBPART DDDDD OF PART 63—ESTABLISHING OPERATING LIMITS [a] [b]

As stated in § 63.7520, you must comply with the following requirements for establishing operating limits:

TABLE 7 TO SUBPART DDDDD OF PART 63—ESTABLISHING OPERATING LIMITS [a] [b]—Continued

As stated in § 63.7520, you must comply with the following requirements for establishing operating limits:

* * * * *

[b] If you conduct multiple performance tests, you must set the minimum liquid flow rate and pressure drop operating limits at the higher of the minimum values established during the performance tests. For a minimum oxygen level, if you conduct multiple performance tests, you must set the minimum oxygen level at the lower of the minimum values established during the performance tests. For maximum operating load, if you conduct multiple performance tests, you must set the maximum operating load at the lower of the maximum values established during the performance tests.

■ 21. Table 8 to subpart DDDDD is amended by revising the entry for "8." to read as follows:

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 91 of 496


TABLE 8 TO SUBPART DDDDD OF PART 63—DEMONSTRATING CONTINUOUS COMPLIANCE

As stated in § 63.7540, you must show continuous compliance with the emission limitations for each boiler or process heater according to the following:

| If you must meet the following operating limits or work practice standards . . . | You must demonstrate continuous compliance by . . . |
|---|---|
| * * * | * * * * |
| 8. Emission limits using fuel analysis. | a. Conduct monthly fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart; and<br>b. Reduce the data to 12-month rolling averages; and<br>c. Maintain the 12-month rolling average at or below the applicable emission limit for HCl or mercury or TSM in Tables 1 and 2 or 11 through 15 to this subpart.<br>d. Calculate the HCl, mercury, and/or TSM emission rate from the boiler or process heater in units of lb/MMBtu using Equations 7, 8, and/or 9 in § 63.7530. |
| * * * | * * * * |

* * * * *

■ 22. Add Table 14 to subpart DDDDD of part 63 to read as follows:

TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS

As stated in § 63.7500, you may continue to comply with the following applicable emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.2E–02 lb per MMBtu of heat input | 2.5E–02 lb per MMBtu of steam output or 0.28 lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 8.0E–07 [a] lb per MMBtu of heat input. | 8.7E–07 [a] lb per MMBtu of steam output or 1.1E–05 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Units designed to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | 1.1E–03 lb per MMBtu of steam output or 1.4E–02 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 2.9E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (340 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (230 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (150 ppm by volume on a dry basis corrected to 3- percent oxygen,[d] 30-day rolling average). | 1.2E–01 lb per MMBtu of steam output or 1.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (390 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 5.8E–01 lb per MMBtu of steam output or 6.8 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 3.7E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |

TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you may continue to comply with the following applicable emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (4.2E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 230 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (310 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 2.2E–01 lb per MMBtu of steam output or 2.6 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05 [a] lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 0.14 lb per MWh; or (1.1E–04 [a] lb per MMBtu of steam output or 1.2E–03 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.0E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 3.1E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 330 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 10-day rolling average). | 3.5E–01 lb per MMBtu of steam output or 3.6 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | 4.3E–03 lb per MMBtu of steam output or 4.5E–02 lb per MWh; or (5.2E–05 lb per MMBtu of steam output or 5.5E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3-percent oxygen. | 1.1 lb per MMBtu of steam output or 1.0E+01 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 [a] lb per MMBtu of heat input). | 3.0E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (5.1E–05 lb per MMBtu of steam output or 4.1E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (900 ppm by volume on a dry basis corrected to 3-percent oxygen,[d] 30-day rolling average). | 1.4 lb per MMBtu of steam output or 12 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | 3.3E–02 lb per MMBtu of steam output or 3.7E–01 lb per MWh; or (5.5E–04 lb per MMBtu of steam output or 6.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 4.4E–04 lb per MMBtu of heat input | 4.8E–04 lb per MMBtu of steam output or 6.1E–03 lb per MWh. | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.8E–07 [a] lb per MMBtu of heat input. | 5.3E–07 [a] lb per MMBtu of steam output or 6.7E–06 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.3E–02 lb per MMBtu of heat input; or (7.5E–05 lb per MMBtu of heat input). | 1.5E–02 lb per MMBtu of steam output or 1.8E–01 lb per MWh; or (8.2E–05 lb per MMBtu of steam output or 1.1E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 93 of 496


TABLE 14 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you may continue to comply with the following applicable emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM). | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 1.2E–03 [a] lb per MMBtu of steam output or 1.6E–02 [a] lb per MWh; or (3.2E–05 lb per MMBtu of steam output or 4.0E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.5E–02 lb per MMBtu of steam output or 3.2E–01 lb per MWh; or (9.4E–04 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM). | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

■ 23. Add Table 15 to subpart DDDDD of part 63 to read as follows:

TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS

As stated in § 63.7500, you may continue to comply with following emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.2E–02 lb per MMBtu of heat input | 2.5E–02 lb per MMBtu of steam output or 0.27 lb per MWh. | For M26A, Collect a minimum of 1 dscm per run; for M26, collect a minimum of 120 liters per run. |
| | b. Mercury | 5.7E–06 lb per MMBtu of heat input | 6.4E–06 lb per MMBtu of steam output or 7.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM). | 4.0E–02 lb per MMBtu of heat input; or (5.3E–05 lb per MMBtu of heat input). | 4.2E–02 lb per MMBtu of steam output or 4.9E–01 lb per MWh; or (5.6E–05 lb per MMBtu of steam output or 6.5E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (320 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 4. Stokers/others designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 160 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (340 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 0.14 lb per MMBtu of steam output or 1.7 lb per MWh; three-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 94 of 496


TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you may continue to comply with following emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (230 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (150 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 1,500 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (720 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 30-day rolling average). | 1.4 lb per MMBtu of steam output or 17 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.7E–02 lb per MMBtu of heat input; or (2.4E–04 lb per MMBtu of heat input). | 4.3E–02 lb per MMBtu of steam output or 5.2E–01 lb per MWh; or (2.8E–04 lb per MMBtu of steam output or 3.4E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3-percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 3.2E–01 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.7E–01 lb per MMBtu of steam output or 4.5 lb per MWh; or (4.6E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 470 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (310 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 4.6E–01 lb per MMBtu of steam output or 5.2 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 1.1E–01 lb per MMBtu of heat input; or (1.2E–03 lb per MMBtu of heat input). | 1.4E–01 lb per MMBtu of steam output or 1.6 lb per MWh; or (1.5E–03 lb per MMBtu of steam output or 1.7E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (2,000 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 5.1E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 5.2E–02 lb per MMBtu of steam output or 7.1E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 770 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (520 ppm by volume on a dry basis corrected to 3-percent oxygen,[c] 10-day rolling average). | 8.4E–01 lb per MMBtu of steam output or 8.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.8E–01 lb per MMBtu of heat input; or (2.0E–03 lb per MMBtu of heat input). | 3.9E–01 lb per MMBtu of steam output or 3.9 lb per MWh; or (2.8E–03 lb per MMBtu of steam output or 2.8E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solid. | a. CO | 1,100 ppm by volume on a dry basis corrected to 3-percent oxygen. | 2.4 lb per MMBtu of steam output or 12 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.0E–02 lb per MMBtu of heat input; or (5.8E–03 lb per MMBtu of heat input). | 5.5E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (1.6E–02 lb per MMBtu of steam output or 8.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 3,500 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average; or (900 ppm by volume on a dry basis corrected to 3- percent oxygen,[c] 30-day rolling average). | 3.5 lb per MMBtu of steam output or 39 lb per MWh; three-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303      Document #2028784      Filed: 11/27/2023      Page 95 of 496



TABLE 15 TO SUBPART DDDDD OF PART 63—ALTERNATIVE EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

As stated in § 63.7500, you may continue to comply with following emission limits until [date 3 years after date of publication of final rule in the **Federal Register**]: [Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM). | 4.4E–01 lb per MMBtu of heat input; or (4.5E–04 lb per MMBtu of heat input). | 5.5E–01 lb per MMBtu of steam output or 6.2 lb per MWh; or (5.7E–04 lb per MMBtu of steam output or 6.3E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.1E–03 lb per MMBtu of heat input | 1.4E–03 lb per MMBtu of steam output or 1.6E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 2.0E–06 [a] lb per MMBtu of heat input. | 2.5E–06 [a] lb per MMBtu of steam output or 2.8E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B collect a minimum sample as specified in the method, for ASTM D6784 [b] collect a minimum of 2 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 6.2E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 7.5E–02 lb per MMBtu of steam output or 8.6E–01 lb per MWh; or (2.5E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 7.9E–03 [a] lb per MMBtu of heat input; or (6.2E–05 lb per MMBtu of heat input). | 9.6E–03 [a] lb per MMBtu of steam output or 1.1E–01 [a] lb per MWh; or (7.5E–05 lb per MMBtu of steam output or 8.6E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen, three3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; three-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM). | 2.7E–01 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 3.3E–01 lb per MMBtu of steam output or 3.8 lb per MWh; or (1.1E–03 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3-percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 2 dscm. |
| | d. Filterable PM (or TSM). | 6.7E–03 lb per MMBtu of heat input or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of three dscm per run. |

[FR Doc. 2020–15121 Filed 8–21–20; 8:45 am]

**BILLING CODE 6560–50–P**

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO


**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[EPA–HQ–OAR–2002–0058; FRL–9676–8]**

**RIN 2060–AR13**

## National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule; notice of final action on reconsideration.

**SUMMARY:** In this action the EPA is taking final action on its reconsideration of certain issues in the emission standards for the control of hazardous air pollutants from new and existing industrial, commercial, and institutional boilers and process heaters at major sources of hazardous air pollutants, which were issued under section 112 of the Clean Air Act. As part of this action, the EPA is making technical corrections to the final rule to clarify definitions, references, applicability and compliance issues raised by petitioners and other stakeholders affected by this rule. On March 21, 2011, the EPA promulgated national emission standards for this source category. On that same day, the EPA also published a notice announcing its intent to reconsider certain provisions of the final rule. Following these actions, the Administrator received several petitions for reconsideration. After consideration of the petitions received, on December 23, 2011, the EPA proposed revisions to certain provisions of the March 21, 2011, final rule, and requested public comment on several provisions of the final rule. The EPA is now taking final action on the proposed reconsideration.

**DATES:** The May 18, 2011 (76 FR28661), delay of the effective date revising subpart DDDDD at 76 FR 15451 (March 21, 2011) is lifted January 31, 2013. The amendments in this rule to 40 CFR part 63, subpart DDDDD are effective as of April 1, 2013.

**ADDRESSES:** The EPA established a single docket under Docket ID No. EPA–HQ–OAR–2002–0058 for this action. All documents in the docket are listed on the *http://www.regulations.gov* Web site. Although listed in the index, some information is not publicly available, e.g., confidential business information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the Internet and will be publicly available only in hard copy form. Publicly available docket materials are available either electronically through *http://www.regulations.gov* or in hard copy at the EPA's Docket Center, Public Reading Room, EPA West Building, Room 3334, 1301 Constitution Avenue NW., Washington, DC 20004. This Docket Facility is open from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays. The telephone number for the Public Reading Room is (202) 566–1744, and the telephone number for the Air Docket is (202) 566–1742.

**FOR FURTHER INFORMATION CONTACT:** Mr. Jim Eddinger, Energy Strategies Group, Sector Policies and Programs Division, (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; Telephone number: (919) 541–5426; Fax number (919) 541–5450; Email address: *eddinger.jim@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

### Executive Summary

*Purpose of This Regulatory Action*

The EPA is taking final action on its proposed reconsideration of certain provisions of its March 21, 2011, final rule that established standards for new and existing industrial, commercial, and institutional boilers and process heaters at major sources of hazardous air pollutants. Section 112(d) of the CAA requires the EPA to regulate HAP from major stationary sources based on the performance of MACT. Section 112(h) of the CAA allows the EPA to establish work practice standards in lieu of numerical emission limits only in cases where the agency determines that it is not feasible to prescribe or enforce an emission standard, including circumstances in which the agency determines that the application of measurement methodology is not practicable due to technological and economic limitations. The EPA is revising certain MACT standards established in March 2011 for boilers and process heaters, including standards for CO—as a surrogate for organic HAP; HCl—as a surrogate for acid gas HAP; Hg; TSM or filterable PM—as a surrogate for non-Hg metallic HAP; and dioxin/furan.

This final rule amends certain provisions of the final rule issued by the EPA on March 21, 2011. The EPA delayed the effective date of the 2011 rule in a May 18, 2011, notice, but that delay notice was vacated by the U.S. District Court for the District of Columbia on January 9, 2012, and the March 2011 final rule was, therefore, in effect until publication of this action.

*Summary of Major Reconsideration Provisions*

In general, this final rule requires facilities classified as major sources of HAP with affected boilers or process heaters to reduce emissions of harmful toxic air emissions from these combustion sources. This will improve air quality and protect public health in communities where these facilities are located.

Recognizing the diversity of this source category and the multiple sectors of the economy this final rule effects, the EPA is revising certain subcategories for boilers and process heaters in this action that were established in the March 2011 final rule, based on the design of the combustion equipment. These revisions result in 19 subcategories for the boilers and process heaters source category. Numerical emission limits are established for most of the subcategories for five pollutants, CO, HCl, Hg, and PM or TSM. The review of existing data and consideration of new data have resulted in changes to some of the emission limits contained in the March 2011 final rule. Overall, for both new and existing affected units, about 30 percent of the emission limits are more stringent, half are less stringent, and 20 percent unchanged as compared to the March 2011 final rule. Also, based on its review and analysis of new data submissions, the EPA is establishing an alternative emission standard for CO, based on CEMS data for several subcategories with CO CEMS data available. This alternative standard is based on a 30-day rolling average for subcategories for which sufficient CEMS data were available for more than a 30-day period, or a 10-day rolling average for subcategories for which CEMS data were available for less than a 30-day period, and provides additional compliance flexibility to sources. All of the subcategories are subject to periodic tune-up work practices for dioxin/furan emissions.

The compliance dates for the rule are January 31, 2016, for existing sources and, January 31, 2013, or upon startup, whichever is later, for new sources. New sources are defined as sources that began operation on or after June 4, 2010.

*Costs and Benefits*

The final rule affects 1,700 existing major source facilities with an estimated 14,136 boilers and process heaters and the EPA projects an additional 1,844 new boilers and process heaters to be subject to this final rule over the next 3

years. This final rule affects multiple sectors of the economy including small entities. Table 1 summarizes the costs and benefits associated with this final rule. A more detailed discussion of the costs and benefits of this final rule is provided in section VI of this preamble.

TABLE 1—SUMMARY OF THE MONETIZED BENEFITS, SOCIAL COSTS AND NET BENEFITS FOR THE FINAL BOILER MACT RECONSIDERATION IN 2015

[Millions of 2008$] [1]

| | 3 percent discount rate | 7 percent discount rate |
|---|---|---|
| Total Monetized Benefits [2] | $27,000 to $67,000 | $25,000 to $61,000. |
| Total Social Costs [3] | $1,400 to $1,600 | $1,400 to $1,600. |
| Net Benefits | $26,000 to $65,000 | $23,000 to $59,000. |
| Non-monetized Benefits | Health effects from exposure to HAP (39,000 tons of HCl, 500 tons of HF, 3,100 to 5,300 pounds of Hg and 2,500 tons of other metals).<br>Health effects from exposure to other criteria pollutants (180,000 tons of CO and 572,000 tons of $SO_2$).<br>Ecosystem effects.<br>Visibility impairment. | |

[1] All estimates are for the implementation year (2015), and are rounded to two significant figures.

[2] The total monetized co-benefits reflect the human health benefits associated with reducing exposure to $PM_{2.5}$ through reductions of $PM_{2.5}$ precursors such as directly emitted particles, $SO_2$, and $NO_X$ and reducing exposure to ozone through reductions of VOC. It is important to note that the monetized benefits include many but not all health effects associated with $PM_{2.5}$ exposure. Monetized benefits are shown as a range from Pope et al. (2002) to Laden et al. (2006). These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because the scientific evidence is not yet sufficient to support the development of differential effects estimates by particle type. These estimates include the energy disbenefits valued at $24 million (using the 3 percent discount rate), which do not change the rounded totals. $CO_2$-related disbenefits were calculated using the "social cost of carbon," which is discussed further in the RIA.

[3] The methodology used to estimate social costs for one year in the multimarket model using surplus changes results in the same social costs for both discount rates.

*Acronyms and Abbreviations.* The following acronyms and abbreviations are used in this document.

ACC American Chemistry Council
ACCCI American Coke and Coal Chemicals Institute
AF&PA American Forest and Paper Association
AHFA American Home Furnishings Alliance
AISI American Iron and Steel Institute
AMP American Municipal Power Inc.
AIE Alliance for Industrial Efficiency
APCD air pollution control devices
API American Petroleum Institute
AIF Auto Industry Forum
BFG Blast furnace gas
BLDS Bag leak detection system
BCSE The Business Council for Sustainable Energy
CIBO Council of Industrial Boiler Owners
CO Carbon monoxide
$CO_2$ Carbon dioxide
CEMS Continuous emissions monitoring system
CEG Citizens Energy Group
CAA Clean Air Act
CFR Code of Federal Regulations
CPMS Continuous parameter monitoring system
CMI CraftMaster Manufacturing Inc.
ERT Electronic Reporting Tool
ESP Electrostatic precipitator
EPA Environmental Protection Agency
FBC Fluidized bed combustion
FR Federal Register
FSI Florida Sugar Industry
GPSP Great Plains Synfuels Plant
HAP Hazardous air pollutants
HBES Health-based emissions standard
HF Hydrogen fluoride
Hg Mercury
HCl Hydrogen chloride
kWh Kilowatt hours
ISO International Standards Organization
lb Pounds
LFG Landfill gas
MACT Maximum achievable control technology
MATS Mercury Air Toxics Standards
MSU Michigan State University
MMBtu Million British thermal units
NESHAP National Emission Standards for Hazardous Air Pollutants
NPRA National Petrochemical and Refiners Association
NTTAA National Technology Transfer and Advancement Act
NAICS North American Industry Classification System
$NO_X$ Nitrogen oxide
NSR New Source Review
OMB Office of Management and Budget
PM Particulate matter
PSU Penn State University
PS Performance Specification
ppm Parts per million
QA Quality assurance
QC Quality control
RFA Regulatory Flexibility Act
RIA Regulatory Impact Analysis
RPU Rochester Public Utilities
RTC Response to comment
SCR Selective catalytic reduction
SNCR Selective non-catalytic reduction
$SO_2$ Sulfur dioxide
TBtu/yr Trillion British thermal units per year
THC Total hydrocarbon
TSM Total selected metals
TTN Technology Transfer Network
tpy Tons per year
UMRA Unfunded Mandates Reform Act of 1995
U.S. United States
USCHPA US Clean Heat Power Association
US Sugar United States Sugar Corporation
UPL Upper prediction limit
UARG Utility Air Regulatory Group
VCS Voluntary Consensus Standards
VOC Volatile organic compounds
WM Waste Management Inc.
WEPCO Wisconsin Electric Power Company
WWW Worldwide Web

*Organization of this Document.* The information presented in this preamble is organized as follows:

I. General Information
A. Does this action apply to me?
B. Where can I get a copy of this document?
C. Judicial Review
II. Background Information
A. Chronological History of Related Actions
III. Summary of This Final Rule
A. What is an affected source?
B. What are the subcategories of boilers and process heaters?
C. What emission limits and work practice standards are being finalized?
D. What are the requirements during periods of startup and shutdown?
E. What are the testing and initial compliance requirements?
F. What are the continuous compliance requirements?

G. What are the compliance dates?
IV. Summary of Significant Changes Since Proposal
A. Applicability
B. Subcategories
C. Performance Test Requirements
D. Emission Limits
E. Work Practice Requirement
F. Averaging Times Definitions
G. Energy Assessment
H. Startup and Shutdown Definitions
I. Fuel Sampling Frequency
J. Affirmative Defense
V. Other Actions We Are Taking
VI. Impacts of This Final Rule
A. What are the incremental air impacts?
B. What are the incremental water and solid waste impacts?
C. What are the incremental energy impacts?
D. What are the incremental cost impacts?
E. What are the economic impacts?
F. What are the benefits of this final rule?
G. What are the incremental secondary air impacts?
VII. Statutory and Executive Order Reviews
A. Executive Order 12866: Regulatory Planning and Review and Executive Order 13563: Improving Regulation and Regulatory Review
B. Paperwork Reduction Act
C. Regulatory Flexibility Act
D. Unfunded Mandates Reform Act
E. Executive Order 13132: Federalism
F. Executive Order 13175: Consultation and Coordination with Indian Tribal Governments
G. Executive Order 13045: Protection of Children from Environmental Health Risks and Safety Risks
H. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use
I. National Technology Transfer and Advancement Act
J. Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations
K. Congressional Review Act

## I. General Information

### *A. Does this action apply to me?*

The regulated categories and entities potentially affected by this action include:

TABLE 2—POTENTIAL REGULATED CATEGORIES AND ENTITIES AFFECTED

| Category | NAICS code[1] | Examples of potentially regulated entities |
|---|---|---|
| Any industry using a boiler or process heater as defined in the final rule | 211 | Extractors of crude petroleum and natural gas. |
| | 321 | Manufacturers of lumber and wood products. |
| | 322 | Pulp and paper mills. |
| | 325 | Chemical manufacturers. |
| | 324 | Petroleum refineries, and manufacturers of coal products. |
| | 316, 326, 339 | Manufacturers of rubber and miscellaneous plastic products. |
| | 331 | Steel works, blast furnaces. |
| | 332 | Electroplating, plating, polishing, anodizing, and coloring. |
| | 336 | Manufacturers of motor vehicle parts and accessories. |
| | 221 | Electric, gas, and sanitary services. |
| | 622 | Health services. |
| | 611 | Educational services. |

[1] North American Industry Classification System.

This table is not intended to be exhaustive, but rather provides a guide for readers regarding entities likely to be regulated by this reconsideration action. To determine whether your facility may be affected by this reconsideration action, you should examine the applicability criteria in 40 CFR 63.7485 of subpart DDDDD (National Emission Standards for Hazardous Air Pollutants (NESHAP) for Industrial, Commercial, and Institutional Boilers and Process Heaters). If you have any questions regarding the applicability of this final rule to a particular entity, consult either the air permitting authority for the entity or your EPA regional representative, as listed in 40 CFR 63.13 of subpart A (General Provisions).

### *B. Where can I get a copy of this document?*

In addition to being available in the docket, an electronic copy of this action will also be available on the WWW through the TTN. Following signature, a copy of the action will be posted on the TTN's policy and guidance page for newly proposed or promulgated rules at the following address: *http://www.epa.gov/ttn/oarpg/*. The TTN provides information and technology exchange in various areas of air pollution control.

### *C. Judicial Review*

Under the CAA section 307(b)(1), judicial review of this final rule is available only by filing a petition for review in the U.S. Court of Appeals for the District of Columbia Circuit by April 1, 2013. Under CAA section 307(d)(7)(B), only an objection to this final rule that was raised with reasonable specificity during the period for public comment can be raised during judicial review. Note, under CAA section 307(b)(2), the requirements established by this final rule may not be challenged separately in any civil or criminal proceedings brought by the EPA to enforce these requirements.

## II. Background Information

### *A. Chronological History of Related Actions*

On March 21, 2011, the EPA issued final standards for new and existing industrial, commercial, and institutional boilers and process heaters, pursuant to its authority under section 112 of the CAA. On the same day as the final rule was issued, the EPA stated in a separate notice that it planned to initiate a reconsideration of several provisions of the final rule. This reconsideration notice identified several provisions of the March 2011 final rule where additional public comment was appropriate. This notice also identified several issues of central relevance to the rulemaking where reconsideration was appropriate under CAA section 307(d).

On May 18, 2011, the EPA issued a notice to postpone the effective date of the March 21, 2011 final rule. Following promulgation of the final rule, the EPA received petitions for reconsideration from the following organizations

(''Petitioners''): AIE, USCHPA, Alyeska Pipeline, ACC, AHFA, AISI, ACCCI, AMP, API, NPRA, AIF, Citizens Energy Group (CEG), CIBO, CMI, District Energy St. Paul, FSI, GPSP, Hovensa L.L.C., Tesoro Hawaii Corp., Industry Coalition (AF&PA *et al.*), JELD–WEN Inc., MSU, PSU, Purdue University, Renovar Energy Corp., RPU, Sierra Club, Southeastern Lumber Manufacturers Association, State of Washington Department of Ecology, BCSE, UARG, US Sugar, WM and WEPCO. Copies of these petitions are provided in the docket (see Docket ID No. EPA–HQ–OAR–2002–0058). Petitioners, pursuant to CAA section 307(d)(7)(B), requested that the EPA reconsider numerous provisions in the rule. On December 23, 2011, the EPA granted the petitions for reconsideration on certain issues, and proposed certain revisions to the final rule in response to the reconsideration petitions and to address the issues that the EPA previously identified as warranting reconsideration. That proposal solicited comment on several specific aspects of the rule, including:

- Revising the proposed subcategories.
- Solicitation of new data or corrections to existing data to revise emission standards calculations.
- Establishing an alternative TSM limit.
- Appropriateness of an alternative TSM limit for the liquid subcategories.
- Establishing work practice standards for dioxin/furan emissions.
- Revising the efficiency assumptions for the alternative output-based emission standards.
- Accommodating emissions averaging provisions in the alternative output-based emission standards.
- Establishing a mercury fuel specification through which gas-fired boilers that use a fuel other than natural gas or refinery gas may be considered Gas 1 units.
- Establishing a work practice standard for limited use units.
- Providing an affirmative defense for malfunction events.
- Revisions to the monitoring requirements for oxygen in the March 2011 final rule.
- Establishing a full-load stack test requirement for carbon monoxide coupled with continuous oxygen (oxygen trim) monitoring.
- Revising PM monitoring requirements from CEMS to CPMS and exempting biomass units from PM CPMS requirements.
- Revising mercury monitoring requirements to allow for an alternative mercury CEMS.
- Considering use of $SO_2$ CEMS to demonstrate compliance with HCl limits.
- Minimum data availability provisions.
- Averaging times for monitored parameters and pollutants.
- Revised methods for computing minimum detection levels.
- Providing an alternative CO emission limit based on CO CEMS data.
- Soliciting additional data to set MACT floor emission limits for non-continental liquid units.
- Selecting a 99 percent confidence interval for setting the CO emission limit.
- Tune-up frequencies, timing of initial tune-ups and adjusted tune-up requirements for shutdown units.
- Scope and duration of the energy assessment and deadline for completing the assessment.
- Revising work practices during startup and shutdown.
- Revisions to certain exemptions, including units serving as control devices, waste heat process heaters, units firing comparable fuels and residential units.
- Revisions to reduced testing frequency for emission limits that are established at minimum detection levels.
- Removing fuel analysis requirements for gas 1 fuels at co-fired units.
- Revisions to automating techniques for coal sampling.
- Revisions to emissions averaging across subcategories when units opt to switch to natural gas.
- Consideration of a new subcategory for units installed and used in place of flares.

In this action, the EPA is finalizing multiple changes to the March 2011 final rule after considering public comments on the items under reconsideration.

## III. Summary of This Final Rule

As stated above, the December 23, 2011 proposed rule addressed specific issues and provisions the EPA identified for reconsideration. This summary of the final rule reflects the changes to 40 CFR part 63, subpart DDDDD (March 21, 2011 final rule) in regards to those provisions identified for reconsideration and on other discrete matters identified in response to comments or data received during the comment period. Information on other provisions and issues not proposed for reconsideration is contained in the notice and record for the 2011 final rule. [See 76 FR 15608]

This section summarizes the requirements of this action. Section IV below provides a summary of the significant changes to the March 21, 2011 final rule.

### *A. What is an affected source?*

This final rule revises the list of exemptions in § 63.7491 to include residential boilers that may be located at an industrial, commercial or institutional major source. The exemption for boilers or process heaters used specifically for research and development has been revised to include boilers used for certain testing purposes.

### *B. What are the subcategories of boilers and process heaters?*

In this final rule, we are finalizing separate subcategories for heavy liquid-fired, light liquid-fired and liquid-fired units in non-continental locations for PM and CO, pollutants that are dependent on combustor design. In addition, a new subcategory for coal-fired fluidized bed boilers with integrated fluidized bed heat exchangers has been included in the final rule for CO which is dependent on boiler design. Finally, we are finalizing the subcategory for PM at coal/fossil solid units across all coal combustor designs.

### *C. What emission limits and work practice standards are being finalized?*

You must meet the emission limits presented in Table 3 of this preamble for each subcategory of units listed in the table. This final rule includes 19 subcategories, which are based on unit design. New and existing units in three of the subcategories are subject to work practices standards in lieu of emission limits for all pollutants. Numeric emission limits are finalized for new and existing sources in each of the other 16 subcategories.

The changes associated with the emission limits are due to new data, corrections to old data, and inventory changes. In summary, for existing subcategories, for the HCl emission limits, 10 are more stringent, 3 are less stringent and 1 remained the same from the March 21, 2011 final rule; for the mercury emission limits, 3 are more stringent and 11 are less stringent from the March 21, 2011 final rule; for the PM emission limits, 2 are more stringent, 7 are less stringent and 5 are unchanged from the March 21, 2011 final rule; and for the CO emission limits, 4 are more stringent and 10 are less stringent from the March 21, 2011 final rule. For new subcategories, for the HCl emission limits, 13 are less stringent and 1 is unchanged from the March 21, 2011 final rule; for the mercury emission limits, 11 are more

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 100 of 496


stringent, 2 are less stringent and 1 is unchanged from the March 21, 2011 final rule; for the PM emission limits, 9 are less stringent and 5 are unchanged from the March 21, 2011 final rule; and for the CO emission limits, 3 are more stringent and 11 are less stringent from the March 21, 2011 final rule.

TABLE 3—EMISSION LIMITS FOR BOILERS AND PROCESS HEATERS

[lb/MMBtu heat input basis unless noted; alternative output based limits are not shown in the summary table below]

| Subcategory | Filterable PM (or total selected metals) (lb per MMBtu of heat input) [a] | HCl (lb per MMBtu of heat input) [a] | Mercury (lb per MMBtu of heat input) [a] | CO (ppm @3% oxygen) [a] | Alternate CO CEMS limit, (ppm @3% oxygen) [b] |
|---|---|---|---|---|---|
| Existing—Coal Stoker | 0.040 (5.3E–05) | 0.022 | 5.7E–06 | 160 | 340 |
| Existing—Coal Fluidized Bed | 0.040 (5.3E–05) | 0.022 | 5.7E–06 | 130 | 230 |
| Existing—Coal Fluidized Bed with FB heat exchanger | 0.040 (5.3E–05) | 0.022 | 5.7E–06 | 140 | 150 |
| Existing—Coal-Burning Pulverized Coal | 0.040 (5.3E–05) | 0.022 | 5.7E–06 | 130 | 320 |
| Existing—Biomass Wet Stoker/Sloped Grate/Other | 0.037 (2.4E–04) | 0.022 | 5.7E–06 | 1,500 | 720 |
| Existing—Biomass Kiln-Dried Stoker/Sloped Grate/Other | 0.32 (4.0E–03) | 0.022 | 5.7E–06 | 460 | ND |
| Existing—Biomass Fluidized Bed | 0.11 (1.2E–03) | 0.022 | 5.7E–06 | 470 | 310 |
| Existing—Biomass Suspension Burner | 0.051 (6.5E–03) | 0.022 | 5.7E–06 | 2,400 | [c] 2,000 |
| Existing—Biomass Dutch Ovens/Pile Burners | 0.28 (2.0E–03) | 0.022 | 5.7E–06 | 770 | [c] 520 |
| Existing—Biomass Fuel Cells | 0.020 (5.8E–03) | 0.022 | 5.7E–06 | 1,100 | ND |
| Existing—Biomass Hybrid Suspension Grate | 0.44(4.5E–04) | 0.022 | 5.7E–06 | 2,800 | 900 |
| Existing—Heavy Liquid | 0.062 (2.0E–04) | 0.0011 | 2.0E–06 | 130 | ND |
| Existing—Light Liquid | 0.0079 (6.2E–05) | 0.0011 | 2.0E–06 | 130 | ND |
| Existing—non-Continental Liquid | 0.27 (8.6E–04) | 0.0011 | 2.0E–06 | 130 | ND |
| Existing—Gas 2 (Other Process Gases) | 0.0067 (2.1E–04) | 0.0017 | 7.9E–06 | 130 | ND |
| New—Coal Stoker | 0.0011 (2.3E–05) | 0.022 | 8.0E–07 | 130 | 340 |
| New—Coal Fluidized Bed | 0.0011 (2.3E–05) | 0.022 | 8.0E–07 | 130 | 230 |
| New—Coal Fluidized Bed with FB Heat Exchanger | 0.0011 (2.3E–05) | 0.022 | 8.0E–07 | 140 | 150 |
| New—Coal-Burning Pulverized Coal | 0.0011 (2.3E–05) | 0.022 | 8.0E–07 | 130 | 320 |
| New—Biomass Wet Stoker/Sloped Grate/Other | 0.030 (2.6E–05) | 0.022 | 8.0E–07 | 620 | 390 |
| New—Biomass Kiln-Dried Stoker/Sloped Grate/Other | 0.030 (4.0E–03) | 0.022 | 8.0E–07 | 460 | ND |
| New—Biomass Fluidized Bed | 0.0098 (8.3E–05) | 0.022 | 8.0E–07 | 230 | 310 |
| New—Biomass Suspension Burner | 0.030 (6.5E–03) | 0.022 | 8.0E–07 | 2,400 | [c] 2,000 |
| New—Biomass Dutch Ovens/Pile Burners | 0.0032 (3.9E–05) | 0.022 | 8.0E–07 | 330 | [c] 520 |
| New—Biomass Fuel Cells | 0.020 (2.9E–05) | 0.022 | 8.0E–07 | 910 | ND |
| New—Biomass Hybrid Suspension Grate | 0.026 (4.4E–04) | 0.022 | 8.0E–07 | 1,100 | 900 |
| New—Heavy Liquid | 0.013 (7.5E–05) | 4.4E–04 | 4.8E–07 | 130 | ND |
| New—Light Liquid | 0.0011 (2.9E–05) | 4.4E–04 | 4.8E–07 | 130 | ND |
| New—Non-Continental Liquid | 0.023 (8.6E–04) | 4.4E–04 | 4.8E–07 | 130 | ND |
| New—Gas 2 (Other Process Gases) | 0.0067 (2.1E–04) | 0.0017 | 7.9E–06 | 130 | ND |

NA-Not applicable; ND-No data available
[a] 3-run average, unless otherwise noted.
[b] 30-day rolling average, unless otherwise noted.
[c] 10-day rolling average.

We also are finalizing a work practice standard for dioxin/furan emissions from all subcategories.

*D. What are the requirements during periods of startup and shutdown?*

We are finalizing revised work practice standards for periods of startup and shutdown to better reflect the maximum achievable control technology during those periods. In addition, we are finalizing definitions of startup and shutdown. We are defining startup as the period between the state of first-firing of fuel in the unit after a shutdown to the period where the unit first supplies steam. We are defining shutdown as the period that begins when no more steam is supplied or at the point of no fuel being fired in the unit. For periods of startup and shutdown, we are finalizing the following work practice standard: You must operate all continuous monitoring systems during startup and shutdown. For startup, you must use one or a combination of the listed clean fuels. Once you start firing coal/solid fossil fuel, biomass/bio-based solids, heavy liquid fuel, or gas 2 (other) gases, you must engage all of the applicable control devices except limestone injection in FBC boilers, dry scrubber, fabric filter, SNCR and SCR. You must start your limestone injection in FBC boilers, dry scrubber, fabric filter, SNCR and SCR systems as expeditiously as possible. During shutdown while firing coal/solid fossil fuel, biomass/bio-based solids, heavy liquid fuel, or gas 2 (other) gases during shutdown, you must operate all applicable control devices, except limestone injection in FBC boilers, dry scrubber, fabric filter, SNCR and SCR. You must comply with all applicable emissions and operating limits at all times the unit is in operation except for periods that meet the definitions of startup and shutdown in this subpart, during which times you must comply with these work practices. You must keep records during periods of startup or shutdown. You must keep records concerning the date, duration, and fuel usage during startup and shutdown.

*E. What are the testing and initial compliance requirements?*

We are requiring that the owner or operator of a new or existing boiler or process heater conduct performance tests to demonstrate compliance with all applicable emission limits. This final rule adds the requirement to conduct initial and annual stack tests to determine compliance with the TSM emission limits using EPA Method 29 for those subcategories with alternate TSM limits.

*F. What are the continuous compliance requirements?*

This final rule removes the requirement for units combusting biomass with heat input capacities of 250 MMBtu/hr or greater to install, certify, maintain and operate a CEMS measuring PM emissions. This final rule requires units combusting solid fossil fuel or heavy liquid with heat input capacities of 250 MMBtu/hr or greater to install, certify, maintain, and operate PM CPMS. Moreover, owners or operators of units combusting solid fossil fuel or heavy liquid with heat input capacities of 250 MMBtu/hr or greater are allowed to install, certify, maintain and operate PM CEMS as an alternative to the use of PM CPMS, consistent with regulations for similarly-sized commercial and industrial solid waste incinerators units and EGUs subject to the MATS. Just as units using PM CPMS will not be required to conduct parameter monitoring for PM, units using PM CEMS will not be required to conduct parameter monitoring for PM.

This final rule also includes an alternative method of demonstrating continuous compliance with the HCl emission limit. This method allows using $SO_2$ emissions as an alternate operating limit. This method of demonstrating continuous compliance will be allowed only on a unit that utilizes a $SO_2$ CEMS and an acid-gas control technology including wet scrubber, dry scrubbers and duct sorbent injection. Boilers or process heaters subject to an HCl emission limit that demonstrate compliance with an $SO_2$ CEMS would be required to maintain the 30-day rolling average $SO_2$ emission rate at or below the highest hourly average $SO_2$ concentration measured during the most recent HCl performance test.

*G. What are the compliance dates?*

For existing sources, the EPA is establishing a compliance date of January 31, 2016. New sources must comply by January 31, 2013, or upon startup, whichever is later. New sources are defined as sources which commenced construction or reconstruction on or after June 4, 2010 pursuant to section 112(a)(4).

Commenters have argued that the 3-year compliance deadline the EPA is establishing for existing sources to meet the standards does not provide them with sufficient time to meet the standards in view of the large number of sources that will be competing for the needed resources and materials from engineering consultants, permitting authorities, equipment vendors, construction contractors, financial institutions, and other critical suppliers.

As an initial matter, we note that many sources subject to the emission standards in the final rule should be able to meet the standards within three years, even those that need to install pollution control technologies to do so. In addition, many sources subject to the rule are gas fired units or small boilers (less than 10 MMBtu/hr) and will not need to install controls in order to demonstrate compliance, as these sources are subject to work practice standards. For these sources, the 3-year compliance deadline is highly unlikely to be problematic either in general, or with respect to the claims commenters have made about the possibility that the demand for resources related to control technology will exceed the supply.

At the same time, the CAA allows title V permitting authorities to grant sources, on a case-by-case basis, extensions to the compliance time of up to one year if such time is needed for the installation of controls. *See* CAA section 112(i)(4)(i)(A). Permitting authorities are already familiar with, and in many cases have experience with, applying the 1-year extension authority under section 112(i)(4)(A) since the provision applies to all NESHAP. We believe that should the range of circumstances that commenters have cited as impeding sources' ability to install controls within three years materialize, then it is reasonable for permitting authorities to take those circumstances into consideration when evaluating a source's request for a 1-year extension, and where such applications prove to be well-founded, it is also reasonable for permitting authorities to make the 1-year extension available to applicants.

In making a determination as to whether an extension is appropriate, we believe it is also reasonable for permitting authorities to consider the large number of pollution control retrofit projects being undertaken for purposes of complying either with the standards in this rule or with those of other rules such as MATS for the power sector that may be competing for similar resources.

Further, commenters have pointed out that in some cases operators of existing sources that are subject to these standards and that generate energy may opt to meet the standards by terminating operations at these sources and building new sources to replace the energy generation at the shut-down sources. While the ultimate discretion to provide a 1-year extension lies with the permitting authority, the EPA believes that it is reasonable for permitting authorities to allow the fourth year extension for the installation of replacement sources of energy generation at the site of a facility applying for an extension for that purpose. Specifically, the EPA believes where an applicant demonstrates that it is building replacement sources of energy generation for purposes of meeting the requirements of these standards such a replacement project could be deemed to constitute the ''installation of controls'' under section 112(i)(3)(B).

In a case where pollution controls are being installed or onsite replacement energy generation is being constructed to allow for retirement of older, under-controlled energy generation units, a determination that an extra year is necessary for compliance should be relatively straightforward. In order to install controls, companies are likely to undertake a number of steps relatively soon after the effective date of the rule, including obtaining necessary building and environmental permits and hiring contractors to perform the construction of the emission controls or replacement energy generation units. This should provide sufficient information for a permitting authority to determine that emission controls are being installed or that replacement energy generation is being constructed. As a result, a permitting authority will be in a position to make a determination as to whether a source's compliance schedule will exceed 3 years and to quickly make a determination as to when an extension is appropriate.

In sum, the EPA believes that although most, if not all, units will be able to fully comply with the standards within 3 years, the fourth year that permitting authorities are allowed to grant for installation of controls is an important flexibility that will address situations where an extra year is necessary. Of course in situations where EPA is the permitting authority, we would also consider the above circumstances when acting on a permit application.

## IV. Summary of Significant Changes Since Proposal

The EPA has made numerous changes in this final rule from the proposal after consideration of the public comments received. Most are changes to clarify applicability and implementation issues raised by the commenters. The public comments received on the proposed changes and the responses to them can be viewed in the memorandum ''Response to Comments for Industrial, Commercial, and Institutional Boilers

and Process Heaters National Emission Standards for Hazardous Air Pollutants'' located in the docket.

*A. Applicability*

Since proposal, the EPA has made certain changes to the applicability of this final rule. We have clarified that the exemption for boilers and process heaters used for research and development includes boilers used for testing the propulsion systems on military vessels. This is consistent with the intent of the exemption in that these test boilers do not provide steam for heating, to a process, or other non-propulsion related uses but are used exclusively to test the propulsion systems of nuclear-powered aircraft carriers that are undergoing repair, overhaul, or installation.

*B. Subcategories*

As described in the preamble to the proposed reconsideration rule, within the basic unit types of boilers and process heaters there are different designs and combustion systems that, while having a minor effect on fuel-dependent HAP emissions, have a much larger effect on pollutants whose emissions depend on the combustion conditions in a boiler or process heater. In the case of boilers and process heaters, the combustion-related pollutants are the organic HAP. In the proposed rule, we identified the following 17 subcategories for organic HAP: (1) Pulverized coal units; (2) stokers designed to burn coal; (3) fluidized bed units designed to burn coal; (4) stokers designed to burn wet biomass; (5) stokers designed to burn kiln-dried biomass; (6) fluidized bed units designed to burn biomass; (7) suspension burners designed to burn biomass; (8) dutch ovens/pile burners designed to burn biomass; (9) fuel cells designed to burn biomass; (10) hybrid suspension grate units designed to burn biomass; (11) units designed to burn heavy liquid fuel; (12) units designed to burn light liquid fuel; (13) non-continental liquid units; (14) units designed to burn natural gas/refinery gas; (15) units designed to burn other gases; (16) metal process furnaces; and (17) limited-use units.

In this final rule, we are also adding a separate subcategory for fluidized bed units with a fluidized bed heat exchanger designed to burn coal and adjusted the definition of the limited use subcategory.

Fluidized bed boilers are designed to combust fuel with relatively low heating value and high ash compared to other combustor designs. Two fuel properties of coal are heating values and ash content. As the heating value of the coal decreases, ash content increases. Fluidized bed boilers are designed to have large tube surface areas to transfer heat from the fuel through the process of conduction and convection, but in some cases the amount of tube surface area in the furnace for heat transfer is insufficient. In order to overcome insufficient heat exchange, certain fluidized bed boilers adopt a fluidized bed heat exchanger design to achieve heat transfer. The fluidized bed heat exchanger is located at the exit of the cyclone section of the unit. This design allows the boiler to combust coal with a lower heating value than a coal-fired fluidized bed boiler without a fluidized bed heat exchanger. Therefore, because this boiler design does have different combustion-related HAP emission characteristics, a new subcategory of coal fluidized bed with integrated heat exchanger was added to the final rule.

The EPA is also revising the definition of the limited use subcategory. Many affected units operate on standby mode or low loads for periods longer than the proposed definition for limited use units, which limited operation to 876 hours per year. By converting to a capacity-factor approach, we are allowing more flexibility on unit operations without increasing emissions or harm to human health and the environment. For example, units operating at 10 percent load for 8,760 hours per year would emit the same amount of emissions as units operating at full load for 876 hours per year. Further, it is technically infeasible to schedule stack testing for these limited use units since these units serve as back up energy sources and their operating schedules can be intermittent and unpredictable. The limited use subcategory was adjusted to be based on units with a federally enforceable operating limit of less than or equal to 10 percent of an average annual capacity factor.

*C. Performance Test Requirements*

Table 5 of this final rule has been revised to add performance test procedures for conducting performance stack tests for demonstrating compliance with the alternate TSM emission limits. In the reconsideration proposal, we proposed emissions limits for TSM (i.e., arsenic, beryllium, cadmium, chromium, lead, manganese, nickel and selenium) as an alternative to the proposed PM emission limits for many of the subcategories. In the preamble to the proposed rule, we added procedures in Table 6 of the rule for conducting fuel analysis for total selected metals but we inadvertently failed to add performance test requirements for stack sampling of TSM emissions in Table 5 of the rule.

*D. Emission Limits*

One significant change since proposal is related to the PM emission limits for the coal subcategories. Several petitioners disagreed with EPA's position to set different PM limits for subcategories of boilers and process heaters based on the fuel used, and instead offered information to support the position that PM should be considered a combustion-based pollutant. The differences in PM particle size, fouling characteristics and feasibility of certain control technologies on certain unit designs suggested that PM is more appropriately classified as a combustion-based pollutant, but only for the coal subcategories. After assessing the points raised by the petitioners, the EPA agreed that PM emissions are influenced by unit design, and fuel type, and proposed to create combustion-based pollutant subcategories for coal and solid fuels and create fuel-based subcategories for liquid and biomass fuel units. The EPA is finalizing a single PM limit for all coal/solid fossil fuel subcategories, and is also finalizing emissions limits based on PM as a combustion-based pollutant for the biomass and liquid fuel subcategories.

Another change from proposal is that the alternative TSM emission limits are now applicable to the three liquid fuel subcategories. Several commenters provided data and comments supporting these alternative emission standards for non-mercury metallic HAP. After assessing the revised data and the points made by the commenters, the EPA agrees that the limited data available for liquid fuel units are not unique to this subcategory. Based on the EPA agreeing with the commenters, the EPA re-calculated the TSM emission limits for the liquid fuel subcategories and included them in the final rule.

The CO emission limit for several subcategories, both new and existing, have been revised to reflect a CO level that is consistent with MACT for organic HAP reduction. Several commenters recommended that the EPA evaluate a minimum CO standard (i.e., 100 ppm corrected to 7 percent oxygen) to serve as a lower bound surrogate for organic HAP. Commenters also provided data and information to support such a standard, and noted that the EPA has taken a similar approach in other emission standards under section 112.

The EPA evaluated whether there is a minimum CO level for boilers and

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 103 of 496


process heaters below which there is no further benefit in organic HAP reduction/destruction. Specifically, we evaluated the relationship between CO and formaldehyde using the available data obtained during the rulemaking. Formaldehyde was selected as the basis of the organic HAP comparison because it is the most prevalent organic HAP in the emission database and a large number of paired tests existed for boilers and process heaters for CO and formaldehyde. The paired data show decreasing formaldehyde emissions with decreasing CO emissions down to CO levels around 300 ppm, supporting the selection of CO as a surrogate for organic HAP emissions. A slight increase in formaldehyde emissions is observed at CO levels below around 200 ppm, suggesting a breakdown in the CO-formaldehyde relationship at low CO levels. At levels lower than 150 ppm, the mean levels of formaldehyde appear to increase, as does the overall maximum value of and variability in formaldehyde emissions. However, we are aware of no reason why CO concentrations would continue to decrease and formaldehyde concentrations would increase as combustion conditions improve. It is possible that imprecise formaldehyde measurements at low concentrations (i.e., 1–2 ppm) may account for this slight increase in formaldehyde emissions observed at CO levels below 100 ppm corrected to 7 percent oxygen. Based on this, we do not believe that such measurements are sufficiently reliable to use as a basis for establishing an emissions limit.

Therefore, based on the above analysis, we are promulgating a minimum MACT floor level for CO of 130 ppm corrected to 3 percent oxygen (which is equivalent to 100 ppm corrected to 7 percent oxygen). We note this is the same approach used to establish the CO emission limit of 100 ppm corrected to 7 percent oxygen for the Burning of Hazardous Waste in Boilers and Industrial Furnaces rule. Additional discussion of the rationale for this approach can be found in the memorandum ''Revised MACT Floor Analysis (August 2012) for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source.''

Subcategories where the initial MACT floor 99 percent UPL calculations for CO were less than 100 ppm corrected to 7 percent oxygen (or equivalently 130 ppm corrected to 3 percent oxygen) are as follows:

- New and Existing Subcategories: Coal-FB, Coal-PC, Heavy Liquid, Light Liquid, Non-Continental Liquid, Process Gas
- New Subcategories: Coal-Stoker

We believe a CO level of 130 ppm corrected to 3 percent oxygen is an appropriate minimum MACT floor level. Although some measurements show CO levels below 130 ppm corrected to 3 percent oxygen, it is not appropriate to establish a lower floor level because CO is a conservative surrogate for organic HAP. In other words, organic HAP emissions are extremely low when sources operate under the good combustion conditions required to achieve CO levels in the range of zero to 100 ppm. As such, lowering the CO floor below 100 ppm will not provide reductions in organic HAP emissions. There are myriad factors that affect combustion efficiency and, as a function of combustion efficiency, CO emissions. As combustion conditions improve and hydrocarbon levels decrease, the larger and easier to combust compounds are oxidized to form smaller compounds that are, in turn, oxidized to form CO and water. As combustion continues, CO is then oxidized to form carbon dioxide and water. Because CO is a difficult to destroy refractory compound (*i.e.,* oxidation of CO to carbon dioxide is the slowest and last step in the oxidation of hydrocarbons), it is a conservative surrogate for destruction of hydrocarbons, including organic HAP.

The conservative nature of CO as an indicator of good combustion practices is supported by our data. At CO levels less than 100 ppm corrected to 7 percent oxygen, our data indicate that there is no apparent relationship between CO and organic HAP (i.e., formaldehyde). For example, a source with a CO level of 20 ppm may have the same measured formaldehyde as a source achieving a CO emission level of 100 ppm corrected to 7 percent oxygen. Sources are required to establish operating requirements based on operating levels that were demonstrated during the test. Sources must comply with these operating requirements on a continuous basis. Compliance with these requirements adequately assures sources will be controlling organic HAP emissions to MACT levels.

As detailed in the docketed memorandum ''Beyond the Floor Technology Analysis for Major Source Boilers and Process Heaters (Revised August 2012),'' we reviewed the emission limits that are becoming less stringent since the March 2011 final rule in order to assess whether a beyond the floor option was technically achievable and cost effective. As a result of this review, the PM emission limits for several new biomass subcategories have been changed to reflect a beyond the floor limit of 0.03 lb/MMBtu, based on the limit for new biomass boilers in 40 CFR part 60 subparts Db and Dc. Due to the low mercury emission limits for new solid fuel boilers, these new biomass units are expected to install a fabric filter level of control in order to meet the new source mercury limits for the solid fuel subcategory. This mercury control has the co-benefit of reducing PM emissions down to levels of 0.03 lb/MMBtu so there is no incremental cost to achieve these additional reductions in PM for the biomass units that have a design heat input capacity between 10 and 30 MMBtu/hr. For units with a design heat input capacity of 30 MMBtu/hr or greater, these units are already subject to a PM limit of 0.03 lb/MMBtu and adjusting these new source limits to this level of control makes the limits consistent between both rules, without adding additional costs. We did not identify any beyond the floor options for existing source PM limits or new and existing limits for other pollutants as technically feasible or cost effective.

The other changes associated with the other emission limits are due to new data, corrections to old data, and inventory changes. In summary, compared to the December 23, 2011 proposed limits for existing units, the final HCl emission limits remained the same; for the final mercury emission limits, 3 are more stringent, 10 are less stringent and 1 is unchanged; for the final PM emission limits, 3 are more stringent, 5 are less stringent and 6 are unchanged; and for the final CO emission limits, 3 are more stringent and 11 are less stringent. For new units, compared to the proposed emission limits, 3 of the final HCl emission limits are more stringent and 11 remained the same; for the final mercury emission limits, 10 are more stringent and 4 are unchanged; for the final PM emission limits, 5 are more stringent, 2 are less stringent and 7 are unchanged; and for the final CO emission limits, 2 are more stringent, 11 are less stringent and 1 is unchanged.

*E. Work Practice Requirement*

In this final rule several changes have been made to the work practice requirement to conduct a tune-up. First, the requirement to inspect the burner has been revised to allow units that sell electricity to schedule the burner inspection, as well as the air-to-fuel system inspection, at the time of the first outage but not to exceed 36 months from the previous inspection. This

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 104 of 496


change is being made to this final rule because commenters stated that large boilers that serve electricity for sale may not require annual outages and would, therefore, need to be taken off-line for the sole purpose of an annual tune-up. This frequency is consistent with the requirements of the NESHAP for electric utility boilers (40 CFR part 63, subpart UUUUU).

Also, for units where entry into a piece of process equipment or into a storage vessel is required to complete the tune-up inspections, inspections are required only during planned entries into the storage vessel or into process equipment. Commenters indicated that some process heaters are installed inside tanks and entry into the tank to access the heater may not occur within a 5 year period.

The requirement to optimize total emissions of CO has been revised to require that this optimization not only be consistent with the manufacturer's specifications but also with any $NO_X$ emission requirement to which the unit is subject. Some commenters indicated that many boilers need different tune-up criteria due to their requirement to also comply with low $NO_X$ emission limits. We are also aware that several states have boiler tune-up requirements to minimize $NO_X$ emissions first and then optimize CO emissions.

We have added boilers or process heaters that have a continuous oxygen trim system to the types of boilers or process heaters that must conduct a tune-up every 5 years. These units do not need to be tuned as frequently because the trim system is designed to continuously measure and maintain an optimum air to fuel ratio which is the purpose of a tune-up.

*F. Averaging Times Definitions*

We revised the definitions of ''30-day rolling average'' and ''daily block average'' to exclude periods of startup and shutdown or downtime from the arithmetic mean. Commenters requested that the EPA specify how a 30-day rolling average is calculated and whether it includes the previous 720 hours of valid operating data and that the valid data exclude hours during startup and shutdown as well as unit down time. We agree with the commenters that the definitions need clarification and that these periods should not be included in calculating the 30-day rolling average. Therefore, we have revised the definitions accordingly.

We have also included in the final rule a definition of ''10-day rolling average'' that is consistent with the revised definition of ''30-day rolling average.''

*G. Energy Assessment*

In this final rule, we have revised the definition of energy assessment per the requirements of Table 3 of this final rule by providing duration for performing the energy assessment for large fuel use facilities. In numbered paragraph (3) in the definition of ''Energy assessment'' in § 63.7575, which is for facilities with units having a combined heat input capacity greater than 1 TBtu/yr, we added time duration/size ratio and included a cap to the maximum number of on-site technical hours that should be used in the energy assessment. This addition of a duration for large fuel use facilities is being made to be consistent with durations specified for small [paragraph (1) in the definition of ''Energy assessment''] and medium [paragraph (2) in the definition of ''Energy assessment''] fuel use facilities. The energy assessment for facilities with affected boilers and process heaters having a combined heat input capacity greater than 1.0 TBtu/yr will be up to 24 on-site technical labor hours for the first TBtu/yr plus 8 technical labor hours for every additional 1.0 TBtu/yr not to exceed 160 technical hours, but may be longer at the discretion of the owner or operator.

The revised definition of energy assessment also clarifies our intentions that the scope of assessment is based on energy use by discrete segments of a facility and not by a total aggregation of all individual energy using elements of a facility. The applicable discrete segments of a facility could vary significantly depending on the site and its complexity. We have added the following paragraph (4), to the energy assessment definition to help resolve current problems in identifying the scope of the various energy use systems in a large industrial complex and allow for more streamlined assessments:

''(4) The on-site energy use systems serving as the basis for the percent of affected boiler(s) and process heater(s) energy output in (1), (2) and (3) above may be segmented by production area or energy use area as most logical and applicable to the specific facility being assessed (e.g., product X manufacturing area; product Y drying area; Building Z).''

We have also revised paragraph 4 of Table 3 of the final rule to allow a source that is operating under an energy management program established through energy management systems compatible with ISO 50001, which includes the affected units, to satisfy the energy assessment requirement. We consider these energy management programs to be equivalent to the one-time energy assessment because facilities having these programs operate under a set of practices and procedures designed to manage energy use on an ongoing basis. These programs contain energy performance measurements and tracking plans with periodic reviews.

The definition of ''Energy use system'' has also been revised in this final rule to clarify that energy use systems are only those systems using energy clearly produced by affected boilers and process heaters.

*H. Startup and Shutdown Definitions*

A number of commenters indicated that the proposed load specifications (i.e., 25 percent load) within the definitions of ''startup'' and ''shutdown'' were inconsistent with either safe or normal (proper) operation of the various types of boilers and process heaters encountered within the source category. As the basis for defining periods of startup and shutdown, a number of commenters suggested alternative load specifications based on the specific considerations of their boilers; other commenters suggested the achievement of various steady-state conditions.

We have reviewed these comments and believe adjustments are appropriate in the definition of ''startup'' and ''shutdown.'' These adjustments are tailored for industrial boilers and are consistent with the definitions of ''startup'' and ''shutdown'' contained in the 40 CFR part 63, subpart A General Provisions. We believe these revised definitions address the comments and are rational based on the fact that industrial boilers function to provide steam or, in the case of cogeneration units, electricity; therefore, industrial boilers should be considered to be operating normally at all times steam of the proper pressure, temperature, and flow rate is being supplied to a common header system or energy user(s) for use as either process steam or for the cogeneration of electricity. The definitions of ''startup'' and ''shutdown'' have been revised in the final rule as follows:

''*Startup* means either the first-ever firing of fuel in a boiler or process heater for the purpose of supplying steam or heat for heating and/or producing electricity, or for any other purpose, or the firing of fuel in a boiler or process heater after a shutdown event for any purpose. Startup ends when any of the steam or heat from the boiler or process heater is supplied for heating and/or producing electricity, or for any other purpose.''

''*Shutdown* means the cessation of operation of a boiler or process heater for any purpose. Shutdown begins either when none of the steam and heat from the boiler or process heater is supplied for heating and/or producing electricity, or for any other purpose, or at the point of no fuel being fired in the boiler or process heater, whichever is earlier. Shutdown ends when there is both no steam or heat being supplied and no fuel being fired in the boiler or process heater.''

The EPA is requiring sources to vent emissions to the main stack(s) and operate all control devices necessary to meet the normal operating standards under this final rule (with the exception of limestone injection in FBC boilers, dry scrubber, fabric filter, SNCR and SCR) when firing coal/solid fossil fuel, biomass/bio-based solids, heavy liquid fuel or gas 2 (other) gases in the boiler or process heater during startup or shutdown. It is the responsibility of the operators of affected boilers and process heaters to start their limestone injection in FBC boilers, dry scrubber, fabric filter, SNCR and SCR systems appropriately to comply with relevant standards applicable during normal operation. Startup ends and normal operating standards apply when heat or steam is supplied for any purpose.

The EPA carefully considered fuels and potential operational constraints of APCD when designing its work practices for periods of startup and shutdown. The EPA notes that there is no technical barrier to burning clean fuels (e.g., natural gas, distillate oil) for longer portions of startup or shutdown periods at a boiler and the HAP emission reduction benefits warrant additional utilization of such fuels until the temperature and stack emissions pressure is sufficient to engage the APCD. The EPA is aware that SNCR and SCR systems with ammonia injection need to be operated within a prescribed and relatively narrow temperature window to provide $NO_X$ reductions. Further, the EPA is aware that dry scrubbers also need to be operated close to flue gas saturation temperature, and that fabric filters need to be operated at temperatures above the acid dew point. Because these devices have specific temperature requirements for proper operation, the EPA notes in its work practices that it is the responsibility of the operators of affected boilers and process heaters to start their SNCR, SCR, fabric filter and dry scrubber systems appropriately to comply with relevant standards applicable during normal operation.

### *I. Fuel Sampling Frequency*

The sampling frequency for gaseous fuel-fired units that elected to demonstrate that the unit meets the specification for mercury for the unit designed to burn gas 1 subcategory has been revised in this final rule. If the initial mercury constituents in the gaseous fuels are measured to be equal to or less than half of the mercury specification, no further sampling is required. If the initial mercury constituents are greater than half but equal to or less than 75 percent of the mercury specification, only semi-annual sampling need to be conducted. If the initial mercury constituents are greater than 75 percent of the mercury specification, monthly sampling is required.

### *J. Affirmative Defense*

In the proposal, we used terms such as ''exceedance'' or ''excess emissions'' in § 63.7501, which created unnecessary confusion as to when the affirmative defense could be used. In the final amended rule, we have eliminated those terms and used the word ''violation'' to make clear that the affirmative defense to civil penalties is available only where an event that causes a violation of the emissions standard meets the definition of malfunction under § 63.2.

We have also eliminated the 2-day notification requirement that was included in 40 CFR 63.7501(b) at proposal because we expect to receive sufficient notification of malfunction events that result in violations in other required compliance reports, such as the malfunction report required under 40 CFR 63.7550(c). In addition, we have revised the 45-day affirmative defense reporting requirement that was included in 40 CFR 63.7501(b) at proposal to require sources to include the report in the first compliance, deviation or excess emission report due after the initial occurrence of the violation, unless the compliance, deviation or excess emission report is due less than 45 days after the violation. In that case, the affirmative defense report may be included in the second compliance, deviation or excess emission report due after the initial occurrence of the violation. Because the affirmative defense report is now included in a subsequent compliance, deviation or excess emission report, there is no longer a need for the proposed 30-day extension for submitting a stand-alone affirmative defense report. Consequently, we are not including this provision in the final amended rule. We have also re-evaluated the language concerning the use of off-shift and overtime labor to the extent practicable and believe that the language is not necessary. Thus, we have deleted that phrase from section 63.7501(a)(2).

## V. Other Actions We Are Taking

Section 307(d)(7)(B) of the CAA states that ''[o]nly an objection to a rule or procedure which was raised with reasonable specificity during the period for public comment (including any public hearing) may be raised during judicial review. If the person raising an objection can demonstrate to the Administrator that it was impracticable to raise such objection within such time or if the grounds for such objection arose after the period for public comment (but within the time specified for judicial review) and if such objection is of central relevance to the outcome of the rule, the Administrator shall convene a proceeding for reconsideration of the rule and provide the same procedural rights as would have been afforded had the information been available at the time the rule was proposed. If the Administrator refuses to convene such a proceeding, such person may seek review of such refusal in the United States court of appeals for the appropriate circuit (as provided in subsection (b)).''

As to the first procedural criterion for reconsideration, a petitioner must show why the issue could not have been presented during the comment period, either because it was impracticable to raise the issue during that time or because the grounds for the issue arose after the period for public comment (but within 60 days of publication of the final action). The EPA is denying the petitions for reconsideration on a number of issues because this criterion has not been met. In many cases, the petitions reiterate comments made on the proposed June 2011 rule during the public comment period for that rule. On those issues, the EPA responded to those comments in the final rule and made appropriate revisions to the proposed rule after consideration of public comments received. It is well-established that an agency may refine its proposed approach without providing an additional opportunity for public comment. See *Community Nutrition Institute* v. *Block,* 749 F.2d at 58 and *International Fabricare Institute* v. *EPA,* 972 F.2d 384, 399 (D.C. Cir. 1992) (notice and comment is not intended to result in ''interminable back-and-forth[,]'' nor is agency required to provide additional opportunity to comment on its response to comments) and *Small Refiner Lead Phase-Down Task Force* v. *EPA,* 705 F.2d 506, 547 (D.C. Cir. 1983) (''notice requirement

should not force an agency endlessly to repropose a rule because of minor changes'')

In the EPA's view, an objection is of central relevance to the outcome of the rule only if it provides substantial support for the argument that the promulgated regulation should be revised. See *Union Oil* v. *EPA,* 821 F.2d 768, 683 (D.C. Cir. 1987) (court declined to remand rule because petitioners failed to show substantial likelihood that final rule would have been changed based on information in petition). See also the EPA's *Denial of the Petitions to Reconsider the Endangerment and Cause or Contribute Findings for Greenhouse Gases under Section 202 of the Clean Air Act,* 75 FR at 49556, 49561 (August 13, 2010). See also, 75 FR at 49556, 49560–49563 (August 13, 2010) and 76 FR at 4780, 4786–4788 (January 26, 2011) for additional discussion of the standard for reconsideration under CAA section 307(d)(7)(B).

We are denying reconsideration on the following 57 issues contained in the petitions for reconsideration because they failed to meet the standard described above for reconsideration under CAA section 307(d)(7)(B). Specifically, on these issues, the petitioner has failed to show the following: that it was impracticable to raise their objections during the comment period or that the grounds for their objections arose after the close of the comment period; and/or that their concern is of central relevance to the outcome of the rule. Therefore, the EPA is denying the petitions for reconsideration on the issues for the reasons described below.

*Issue: Delist gas units.*

The petitioners (API, NPRA) requested that the EPA remove gas-fired units from the section 112(c) list of source categories for which the EPA is required to establish emissions standards under section 112(d). The EPA is denying the petition for reconsideration for the following reasons. First, the issue is outside the scope of this rulemaking, which establishes emissions standards for new and existing units within the major source boilers and process heaters source category. The EPA did not solicit comment in the proposed rule regarding the scope of the subcategory. Further, petitioners provide no information to support delisting gas units under section 112(c)(9), which requires the EPA to make certain findings before delisting any sources. In addition, the petition does not address the D.C. Circuit's decision in *NRDC* v. *EPA,* 489 F.3d 1364 (2007), regarding the EPA's ability to delist subcategories of a source category pursuant to section 112(c)(9). For these reasons, the petitions do not provide support for the argument that the regulation should be changed. For this reason, the petition does not demonstrate that the issue is of central relevance to the outcome of the final rule and the EPA is denying the request for reconsideration.

*Issue: Exempt natural gas hot water heaters with tanks greater than 120 gallons.*

The petitioner (AIF) requested that the EPA exempt natural gas hot water heaters with tanks greater than 120 gallons. While the EPA disagrees with the petitioner regarding whether such units should be subject to the emissions standards in this rule, the petitioner has not demonstrated that it lacked the opportunity to comment on whether such units should be required to meet emissions standards. The EPA proposed work practice standards for such units in its June 2010 proposal, and the petitioner had the opportunity to comment on whether such standards should be applied to such units at all. Therefore, the EPA is denying the request for reconsideration.

*Issue: Exempt natural gas and distillate oil-fired circulating hot water systems with a design capacity of 10 MMBtu/hr or less.*

The petitioner (CIBO) requested that the EPA exempt natural gas and distillate oil-fired circulation hot water systems that are not greater than 10 MMBtu/hr. While the EPA disagrees with the petitioner regarding whether such units should be subject to the emissions standards in this rule, the petitioner has not demonstrated that it lacked the opportunity to comment on whether such units should be required to meet emissions standards. The EPA proposed emissions standards for such units, and the petitioner had the opportunity to comment on whether such standards should be applied to such units at all. In addition, the petition does not provide any information to demonstrate that these units should be delisted pursuant to section 112(c)(9). Therefore, the EPA is denying the request for reconsideration.

*Issue: Confirm in definitions that open flame heaters (e.g., asphalt tank heaters) are not process heaters.*

The petitioners (API, NPRA) requested that the EPA clarify in the definition of ''process heater'' that open flame heaters do not meet the definition. While the EPA disagrees with the petitioners whether clarification is needed in regards to open flame heaters, the petitioners have not demonstrated that it lacked the opportunity to comment on the proposed definition. The definition that the EPA proposed clearly states that process heaters are enclosed devices in which the combustion gases do not come into contact with process materials, and as such, does not include open flame heaters. Therefore, the EPA is denying reconsideration.

*Issue: For blast furnace fuel-fired boiler exemption, compute the 90 percent BFG by volume threshold to exclude periods of BFG curtailment.*

The petitioners (AISI, ACCCI) requested that the EPA revise the exemption for BFG fuel-fired boilers to exclude periods of BFG curtailment. While the EPA disagrees with the petitioners regarding revising the exemption, the petitioners have not demonstrated that it lacked the opportunity to comment on the proposed exemption for BFG fuel-fired boilers. The EPA proposed the exemption for these boilers, and petitioners therefore had the opportunity to comment on whether the exemption should apply to periods of BFG curtailment. Therefore, the EPA is denying the request for reconsideration.

*Issue: Exempt boilers whose flue gases are used in direct-fired process heaters subject to other NESHAP.*

The petitioner (CMI) requested that the EPA exempt from the rule boilers whose flue gases are used in direct-fired process heaters that are subject to other NESHAP. The final rule does not apply to such units if they are subject to another NESHAP. The EPA does not see a need for further clarification. Since the final rule does in fact exempt these units, the EPA is denying the request for reconsideration.

*Issue: Work practice standards do not meet EPA obligations under 112(c)(6).*

The petitioner (Sierra Club) requested that the EPA establish numeric emissions limits for Gas 1 units rather than work practice standards. Specifically, the petitioner alleges that the work practice standards do not meet the EPA's obligations under section 112(c)(6) of the CAA, and that it was not the case that data were below the detection level for all HAP emitted from these units. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees with the petitioner's arguments regarding the legal authority to establish work practice standards for Gas 1 units and the basis for such standards, the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA proposed work practice standards for Gas 1 units and explained in the proposal its rationale for such standards, including the fact that a significant portion of the

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 107 of 496


emissions data were below the detection level. 75 *FR* at 32024–25. Therefore, the petitioner had the opportunity to comment on this issue, and did in fact submit comments regarding the EPA's legal authority to establish work practice standards for Gas 1 units. Therefore, the EPA is denying reconsideration on this issue.

*Issue: Work practices for small units are not justified by 112(h) since small units were not given their own subcategory.*

The petitioner (Sierra Club) requested that the EPA require small units, those having a heat input capacity of less than 10 MMBtu/hr, to meet numeric emissions limits rather than work practice standards. The EPA is denying the request for reconsideration on this issue because the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA proposed work practice standards for these units and explained in the proposal its rationale for such standards. 75 *FR* at 32024–25. The EPA did in fact receive comments regarding the proposed standards, to which it responded in the final rule. 76 *FR* at 15640. Moreover, the EPA notes that nothing in section 112(h) limits the EPA's discretion to establish work practice standards to the establishment of such standards for an entire category or subcategory. Therefore, the EPA is denying the request for reconsideration.

*Issue: PM is not an adequate surrogate for non-mercury metallic HAP.*

The petitioner (Sierra Club) requested that the EPA remove the PM standard as a surrogate for non-mercury metallic HAP and instead adopt a numeric limit for non-mercury metallic HAP because PM is not an appropriate surrogate. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees with the petitioner's argument regarding the suitability of PM as a surrogate for non-mercury metallic HAP, the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA proposed PM standards as a surrogate for non-mercury metallic HAP and explained in the proposal the agency's basis for concluding that PM was an appropriate surrogate. 75 *FR* at 32018. Therefore, the EPA is denying the request for reconsideration.

*Issue: Establish direct limits on organics or select a surrogate besides CO.*

The petitioner (Sierra Club) requested that the EPA remove the CO standard as a surrogate for organic HAP and instead adopt a numeric limit for these HAP, because CO is not an appropriate surrogate. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees with the petitioner's argument regarding the suitability of CO as a surrogate for organic HAP, the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA proposed CO standards as a surrogate for organic HAP and explained in the proposal the agency's basis for concluding that CO was an appropriate surrogate. 75 *FR* at 32018. The EPA received comments on this issue, including comments stating that CO is not an appropriate surrogate for organic HAP. Therefore, the EPA is denying the request for reconsideration.

*Issue: Adopt an alternative THC emission standard.*

The petitioner (CIBO) requested that the EPA adopt a THC emissions standard as an alternative to the CO standard. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees with the petitioner's argument regarding whether a THC alternative standard is appropriate as a surrogate for non-dioxin organic HAP, the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA raised in the proposal the possibility of THC as a surrogate for non-dioxin organic HAP, and explained why the use of CO as a surrogate was preferable. 75 *FR* at 32018. In addition, the EPA did not receive any comments or data during the public comment period on the proposed rule that would have enabled the agency to establish a THC alternative standard, including THC emissions data, nor did the petitioner provide any such data. Therefore, the petition does not provide substantial support for its argument that the final rule should be changed. For these reasons, the EPA is denying the petition for reconsideration on this issue.

*Issue: Regulation of Total dioxin/furans exceeds statutory authority as only 2 compounds are in 112(b)(1).*

The petitioners (AISI, ACCCI, AF&PA) alleged that the EPA lacks statutory authority to regulate total dioxin/furans under CAA section 112, and that the EPA's response in the final rule explaining why it is issuing a total dioxin/furan standard was not a logical outgrowth of the proposed rule. The EPA is denying the request for reconsideration on this issue. First, the EPA disagrees that the final rule is not a logical outgrowth of the proposal. The EPA proposed emissions standards for total dioxin/furans and adopted a final emissions standard for the same pollutant. Therefore, the commenter had the opportunity to provide its views during the public comment period regarding the EPA's proposed emissions standard, including its views regarding the EPA's authority to regulate the pollutant at issue. The fact that the EPA responded to those comments does not mean that the petitioner lacked the opportunity to comment—in fact, the petitioner did provide such comments. 76 *FR* at 15640. For this reason, the EPA is denying the petition for reconsideration.

*Issue: HCl is an inadequate surrogate for all acid gases.*

The petitioner (Sierra Club) requested that the EPA remove the HCl standard as a surrogate for acid gases and instead adopt a numeric limit for these HAP, because HCl is not an appropriate surrogate. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees with the petitioner's argument regarding the suitability of HCl as a surrogate for acid gases, the petitioner has not demonstrated that it lacked the opportunity to comment on this issue. The EPA proposed HCl standards as a surrogate for acid gases and explained in the proposal the agency's basis for concluding that HCl was an appropriate surrogate. 75 *FR* at 32018. While the EPA had emission data for HCl from hundreds of affected units upon which to establish standards, the EPA did not have sufficient data on the other acid gases to do so (hydrogen fluoride, hydrogen cyanide and chlorine). The petitioner did not refer to any such data and, therefore, the issue is not of central relevance to the outcome of the final rule. Therefore, the EPA is denying the request for reconsideration.

*Issue: Establish work practice for other organic HAP instead of using CO as a surrogate.*

The petitioners (AMP, JELD–WEN) requested that the EPA adopt a work practice standard for organic HAP rather than a numeric emissions limit based on CO as a surrogate for organic HAP. The EPA is denying the request for reconsideration on this issue. While the EPA disagrees that a work practice standard is appropriate for such HAP for the subcategories for which the EPA adopted a numeric CO limit in the final rule, the petitioners have not demonstrated that they lacked the opportunity to comment on this issue. The EPA proposed numeric CO limits rather than a work practice, and the petitioners had the opportunity to provide their views during the public comment period on the proposed rule regarding why it believed a work practice standard should instead be

finalized. Therefore, the EPA is denying the petition for reconsideration.

*Issue: Allow health based compliance alternatives for HCl, other acid gases and manganese.*

The petitioners (AMP, AF&PA, AHFA, AISI, ACCCI, RPU, CIBO) requested that the EPA adopt a HBES for HCl and other acid gases as well as for manganese, pursuant to section 112(d)(4). The petitioners also requested that the EPA grant reconsideration on this issue to better address the comments and data submitted during the public comment period for the proposed rule. The EPA is denying the request for reconsideration of this issue. The EPA did not propose a HBES for any pollutants, but did solicit public comment on such standards, explaining its concerns regarding health-based standards, including the lack of available data on which to base such standards. 75 *FR* at 32030. The EPA received comments addressing those concerns and responded to them in the final rule. 76 *FR* at 15642. Therefore, the petitioners have not demonstrated that it lacked the opportunity to comment on this issue. Further, the EPA received no data during the public comment period for the proposed rule on which it could base a HBES for HCl, other acid gases or manganese. Therefore, the petitions do not provide substantial support to demonstrate that the final rule should be changed. For these reasons, the EPA is denying the petition for reconsideration.

*Issue: Provide additional compliance alternatives according to Executive Order 13563 (additional subcategories and HBES).*

The petitioner (AHFA) requested that the EPA provide additional compliance alternatives in the final rule pursuant to Executive Order 13563 (Improving Regulation and Regulatory Review), including HBES. The EPA is denying the request for reconsideration on this issue because it is not of central relevance. First, nothing in Executive Order 13563 affects the EPA's discretion to establish HBES under the CAA. Additionally, the petition does not provide any information to address our concerns regarding HBES or data to establish such standards.

*Issue: Remove energy assessment requirements.*

The petitioners (AHFA, AISI, ACCCI, API, NPRA, AIF, CIBO, AF&PA, U.S. Sugar) requested that the EPA remove from the final rule the requirement that existing sources conduct an energy assessment. The EPA is denying the request for reconsideration on this issue. The EPA proposed an energy assessment requirement as a beyond-the-floor standard, and petitioners commented on that proposal. The EPA addressed those comments in the final rule, and petitioners have not demonstrated that they lacked the opportunity to comment on whether the EPA should require an energy assessment, including the EPA's legal authority to do so. 76 *FR* at 15631. Therefore, the EPA is denying the petition for reconsideration. The EPA continues to believe that an energy assessment is not only authorized by the CAA but required as a cost-effective beyond-the-floor standard in accordance with section 112(d)(2).

*Issue: Require energy assessment to be conducted every 5 years.*

The petitioner (Washington Dept. of Ecology) requested that the EPA require more frequent energy assessments. The EPA proposed a one-time assessment (75 *FR* at p. 32036) and the petitioner has not demonstrated it lacked the opportunity to comment on the frequency of the assessment requirement. Therefore, the EPA is denying the petition.

*Issue: Modify cost analysis to include potential fuel savings from implementing assessment findings.*

The petitioners (AIE, USCHPA) requested that the EPA modify its cost impacts analysis to include potential fuel savings from implementing energy assessment findings. The EPA is denying the petition. The impacts analysis, including specific mention of how cost savings for energy assessments were handled quantitatively, was explained in the proposal (see 75 FR 32026), and the petitioner therefore had the opportunity to comment on this issue. For this reason, the EPA is denying the petition for reconsideration on this issue.

*Issue: Reconsider definition of "cost effective."*

The petitioners (AIE, USCHPA) requested that the EPA reconsider the definition of "cost-effective" in the final rule. The EPA is denying the request for reconsideration on this issue. The EPA proposed to define cost-effective energy conservation measures as any measure with return of investment period of two years or less. 75 *FR* at 32036. The petitioners have not demonstrated it lacked the opportunity to comment on the proposed definition. Therefore, the EPA is denying the petition for reconsideration.

*Issue: Establish work practice for other organic HAP instead of using CO surrogate.*

The petitioners (AMP, JELD–WEN) requested that the EPA establish work practice standards for controlling organic HAP instead of using CO as a surrogate for organic HAP and establishing CO emission limits. The EPA is denying the request for reconsideration on this issue. Use of CO as a surrogate for organic HAP was subject to notice and comment. (75 FR 32018, 75 FR 32041). Responses to comment on this topic were provided in RTC document, Volume 2, EPA–HQ–OAR–2002–0058–3289, see section "Choice of Regulated Pollutants: THC vs. CO vs. Other Organic HAP".

*Issue: Provide alternative format for units of measure for CO emission limits to allow sources to use their existing monitoring equipment.*

The petitioners (UARG, CIBO) requested that the EPA provide an alternative format (ppm at X percent $CO_2$) for units of measure for CO emissions in addition to ppm at 3 percent oxygen. The EPA is denying the petition because the petitioners do not demonstrate that it was impracticable to comment on this issue. The format for units of measure for the limits was provided in the proposed rule, and petitioners could have commented on whether the proposed units were appropriate.

*Issue: New source emission limits are unachievable and the EPA should collect additional fuel variability data from top performing units to adjust the limits.*

The petitioner (AF&PA) requested that the EPA adjust the emissions limits for new sources by collecting additional data from the best performing units that they believed would result in increased variability. The petitioners have not demonstrated that they lacked the opportunity to comment. We proposed standards based on the data we had, including data collected during the ICR process in which petitioners participated, and that data were available for public review. Therefore, petitioners could have commented on this issue. Second, the CAA requires that we base the standards on the sources for which we have emissions information. Petitioners are always free to provide more information to us and the EPA specifically requested new data at each stage of the rulemaking to support the development of emission limits for each subcategory. (75 FR 32041, 76 FR 28663, 76 FR 80612). The EPA has incorporated revised data corrections or new data submittals in its analysis for the final rule. The EPA is denying the request for reconsideration.

*Issue: Adjust the methodology for computing MACT floors to address statistical errors and variability concerns.*

The petitioners (AISI, ACCCI, AF&PA) requested that the EPA adjust the

methodology for computing MACT floors to address statistical errors and variability concerns, including: (1) Dataset reflects the ''best of the best'' units; (2) misapplication of statistical formulae to address distribution, confidence limits, and variability; and (3) failure to address variability in emissions from one unit over time. The methods used to compute the MACT floors were subject to notice and comment. Where new data or data corrections have been submitted that might alter data distributions, identifying best performers or application of fuel variability factors, these changes have been made in the final rule, but the general methodology remains the same. See *Solite Corp.* v. *EPA,* 952 F.2d 473, 485 (D.C. Cir. 1991) (public had sufficient notice of final rule threshold calculations where methodology did not change significantly from proposed rule). The EPA explained the MACT floor methodology in the proposed rule, and addressed comments received on the proposed methodology in the final rule (75 FR 32019–26, 32027–29, 76 15621–30, 76 FR 80614). Therefore, the EPA is denying the request for reconsideration.

*Issue: Modify the basis for ranking the top performing units.*

The petitioner (WEPCO) requested that the EPA modify the basis for ranking the top performing units, especially for new units, according to the average performance of the unit. The EPA is denying the petition. The methods used to rank units to establish the MACT floors were subject to notice and comment. The EPA explained its methodology in the proposed rule and addressed comments received on the ranking of data for computing the MACT floor in the final rule (75 FR 32019–26, 32027–29, 76 FR 15627).

*Issue: Do not use a pollutant-by-pollutant approach to establish MACT floors.*

The petitioners (AISI, ACCCI, AF&PA) requested that the EPA not use a pollutant-by-pollutant approach to establish MACT floors. The petitioners stated that this method is not a reasonable interpretation of Section 112(d)(3) of the CAA and that MACT floors should reflect levels achieved in practice, not aspirational controls. The EPA is denying the petition for reconsideration on this issue because it does not demonstrate that it was impracticable to comment on the issue. The EPA proposed MACT floors based on the pollutant-by-pollutant methodology, and therefore petitioners could, and in fact did, provide comments opposing this approach. See 75 FR 32021, 32029. The EPA addressed comments received on this approach in the final rule (76 FR 15621–23). Therefore, the EPA is denying the petition.

*Issue: Revise approach to establish MACT floors where there is non-detect data.*

The petitioner (Sierra Club) requested that the EPA not use the approach it used in the final rule based on the representative detection level (RDL) to establish MACT floors because it does not reflect actual emissions of any source within the subcategory. Further, the petitioner questioned the basis of the selected detection level, and whether or not other variability adjustments (e.g., UPL analysis) sufficiently account for measurement imprecision. The EPA is denying the petition. The three times representative detection level approach was subject to notice and comment. The EPA explained its rationale for this approach in the proposed rule (75 FR 32021) and responded to comments received in the final rule (76 FR 15623, 76 FR 80611).

*Issue: The approach used to set MACT floor limits for dioxin/furan emissions is flawed and the EPA should establish an isomer-specific approach.*

The petitioner (WEPCO) requested that the EPA establish an isomer-specific approach for dioxin/furan emissions because the three times detection level approach for dioxin/furan emissions is flawed. The EPA is denying the petition. This approach was subject to notice and comment. Rationale and responses to comments on this approach were provided at (75 FR 32021, 32041, 76 FR 15623). Further, the methods for establishing a representative detection level for dioxin/furan have been revised to account for the sensitivity of individual isomers, see rationale provided at (76 FR 80606).

*Issue: Incorporate a fuel variability factor for PM based on the ash content of the fuel used by best performing units.*

The petitioners (WEPCO, CIBO) requested that the EPA incorporate a fuel variability factor for PM based on the ash content of the fuel used by best performing units. The MACT floor methodology was explained in the June 4, 2010 proposal which included fuel variability factors that did not reflect the ash content of the fuel. Therefore, the petitioner could have commented recommending that the EPA do so, and, in fact, comments were provided on this issue. The EPA is denying the petition for reconsideration on this issue because it does not demonstrate that it was impracticable to comment on the issue. Responses to comment on this topic were provided in RTC document, Volume 1, EPA–HQ–OAR–2002–0058–3289, see section ''MACT Floor Methodology: Fuel Analysis Variability''.

*Issue: Allow energy assessors to determine the time needed to conduct assessment.*

The petitioner (Washington Dept. of Ecology) requested that the EPA allow the energy assessor to determine the time needed to conduct the energy assessment. The EPA is denying the petition. The duration of energy assessments was subject to notice and comment and the duration remains up to the affected source. Specific concerns with maximum duration requirements included in the March 21, 2011 final rule were clarified in the December 23, 2011 proposed notice of reconsideration. (76 FR 80615)

*Issue: The unit designed to burn gas 1 subcategory should allow for limited use of liquid fuels.*

The petitioners (ACC, CEG, API, NPRA) requested that the EPA allow units in the Gas 1 subcategory for limited use of liquid fuels; for example, units with a federally enforceable permit on back up fuels or units burning 10 percent or less of its heat input from liquid fuels should qualify as gas 1 units. The EPA is denying the petition because it does not demonstrate that it was impracticable to comment on the issue. The EPA proposed definitions of the various subcategories, and petitioners had the opportunity to comment on those definitions, including the proposed definition of the Gas 1 subcategory which did allow for the limited use of liquid fuels. The EPA addressed comments received on this issue in the final rule (76 FR 15620).

*Issue: The unit designed to burn gas 1 subcategory should automatically include other gaseous fuels such as petrochemical process gas and landfill gas.*

The petitioners (ACC, AIF, WM) requested that the EPA redefine the unit designed to burn gas 1 subcategory to automatically include other gaseous fuels such as petrochemical process gas and LFG, especially when the LFG is routed to a treatment system prior to use or sale. The EPA proposed definitions of units designed to burn gas 1 and units designed to burn gas 2 (other), and therefore the petitioner had the opportunity to comment on these definitions and to recommend that other gases be included in the definition of the Gas 1 subcategory (75 FR 32017, 32065). The EPA addressed comments received on this issue in the final rule (76 FR 15638). Therefore, the EPA is denying the petition.

*Issue: Reconsider the emission standards established for the unit designed to burn gas 2 subcategory.*

Petitioners (AIF, CIBO, WM, CEG) requested that the EPA reconsider the emission standards for the unit designed to burn gas 2 subcategory in light of what they feel was a limited dataset and lack of data from a diverse set of fuel types. The EPA is denying the petition. The MACT floor methodology was open to notice and comment in the June 4, 2010 proposal. The EPA proposed emissions standards for this subcategory and the petitioners had an opportunity to comment on the proposed standards and the data on which the standards were based. The EPA further notes that the CAA requires that the MACT standards be based on the best performing sources for which the Administrator has emissions information.

*Issue: Adjust the ''metal process furnaces'' subcategory definition to include any gas-fired process furnace.*

The petitioners (AISI, ACCCI) requested that the EPA adjust the ''metal process furnaces'' subcategory definition to include any gas-fired process furnace. The EPA is denying the petition. The definition of the subcategory for metal process furnaces was subject to notice and comment. (75 FR 32064, 76 FR 15620).

*Issue: The designed to burn rationale for subcategorization is arbitrary.*

The petitioner (Sierra Club) alleged that the designed to burn rationale for subcategorization is arbitrary, especially considering the large number of co-fired units in the inventory. The EPA proposed subcategories based on boiler design, and the petitioner has not demonstrated that it was impracticable to comment on the issue. In fact, the petitioner did submit comments on the proposed rule opposing the EPA's proposed subcategorization approach. Therefore, the EPA is denying the petition.

*Issue: The EPA should consider exempting units from NSR.*

The petitioners (MSU, PSU, Purdue, Citizens Thermal Energy) requested that the EPA consider exempting units from NSR who switch fuels, install pollution controls, or construct energy efficiency projects to meet the requirements of this rule because complying with the rule requirements will trigger NSR. The EPA is denying the petition. The applicability of NSR is outside the scope of this rulemaking. Moreover, it was not impracticable to comment on this issue during the 2011 rulemaking, in fact, comments were submitted on this issue, to which the EPA responded. See RTC document, Volume 2, EPA–HQ–OAR–2002–0058–3289, DCN EPA–HQ–OAR–2002–0058–2729.1, excerpt 17.

*Issue: Remove the 10 percent penalty for sources opting to use the emission averaging compliance alternative.*

The petitioners (AMP, MSU, PSU, Purdue, RPU, U.S. Sugar, Citizens Thermal Energy) requested that the EPA remove the 10 percent penalty for sources opting to use the emission averaging compliance alternative. The EPA is denying the petition. The EPA proposed an emissions averaging approach that included the 10 percent adjustment factor. (75 FR 32035) Therefore, the petition does not demonstrate that it was impracticable to comment on this issue. Responses to comment on this topic were provided in RTC document, Volume 2, EPA–HQ–OAR–2002–0058–3289, see section ''Emissions Averaging.''

*Issue: Allow emissions averaging across subcategories.*

The petitioners (MSU, PSU, Purdue, RPU, Citizens Thermal Energy) requested that the EPA allow emissions averaging across subcategories. The EPA is denying the petition. The EPA proposed an emissions averaging approach that did not allow averaging across subcategories, and petitioners therefore had the opportunity to comment recommending that the EPA allow such averaging. Responses to comment on this topic were provided in RTC document, Volume 2, EPA–HQ–OAR–2002–0058–3289, DCN EPA–HQ–OAR–2002–0058–3213.1, excerpt 175.

*Issue: Allow a source's actual heat input instead of the maximum design heat input to be used in the emissions averaging provisions.*

The petitioner (CIBO) requested that the EPA allow a source's actual heat input instead of the maximum design heat input to be used in the emissions averaging provisions of the final rule. The EPA proposed an emissions averaging approach that was based on the maximum rated heat input capacity, and petitioners therefore had the opportunity to comment recommending that the EPA base the averaging on actual heat input. Therefore, the EPA is denying the petition.

*Issue: Reduce stack testing frequency to once every five years to reduce burden on facilities.*

The petitioners (ACC, CIBO, JELD–WEN) requested that the EPA reduce stack testing frequency to once every 5 years and rely on the extensive set of continuous parameter monitoring in order to reduce burden on facilities. The EPA is denying the petition. The EPA proposed to require stack testing every year. The petition does not demonstrate that it was impracticable to comment on this issue, and the petitioners could have submitted comments requesting less frequent stack testing.

*Issue: Incorporate detailed fuel sampling procedures using incorporation by reference mechanisms instead of detailing sampling procedures in the regulatory language.*

The petitioner (CIBO) requested that the EPA incorporate detailed fuel sampling procedures using incorporation by reference mechanisms and citing credible literature (e.g., American Society for Testing and Materials) instead of detailing sampling procedures in the regulatory language since sampling procedures are subject to change over time. The EPA is denying the petition because the petitioner has not demonstrated that it was impracticable to comment on this issue. The EPA proposed fuel sampling procedures in the regulatory text in the June 4, 2010 proposal, and the petitioner therefore had the opportunity to comment recommending its preferred approach.

*Issue: Remove the advanced submittal requirement for site-specific fuel monitoring plans before each analysis.*

The petitioner (UARG) requested that the EPA remove the advanced submittal requirement for site-specific fuel monitoring plans before each analysis, especially if monthly frequency is maintained. If the fuel monitoring plan requirement remains, the petitioner requests that the EPA remove the requirement to report things that might change, such as unanticipated fuel use (based on unanticipated fuel changes). The EPA is denying the petition and disagrees with the commenter. First, the EPA proposed a fuel monitoring plan, and petitioners had the opportunity to comment on the plan requirement. The final rule requires submittal of a fuel monitoring plan 60 days before demonstrating initial compliance. The rule does not require re-submittal of this plan before each monthly analysis, see 40 CFR section 63.7521(b)(1).

*Issue: Allow EPA Method 5B to demonstrate compliance with PM emission limits.*

The petitioner (UARG) requested that the EPA allow EPA Method 5B to demonstrate compliance with PM emission limits. The EPA is denying the petition because it does not demonstrate that it was impracticable to comment on this issue. The EPA proposed methods to demonstrate compliance in the June 4, 2010 proposal and did not propose to allow Method 5B for PM compliance demonstrations. Therefore, the petitioner had the opportunity to submit comments recommending that the EPA allow the use of this method. For this

reason, the EPA is denying the petition on this issue.

*Issue: Remove or make references to Methods 2, 2F, 2G and 4 optional.*

The petitioner (UARG) requested that the EPA remove or make references to EPA Methods 2, 2F, 2G and 4 optional. The EPA is denying the petition because it does not demonstrate that it was impracticable to comment on this issue. The EPA proposed methods to demonstrate compliance in the June 4, 2010 proposal and did not propose to make EPA Methods 2, 2F, 2G and 4 optional. Therefore, the petitioner had the opportunity to submit comments recommending that the EPA make the use of these methods optional. For this reason, the EPA is denying the petition on this issue.

*Issue: Allow sources to petition for alternative PM monitoring requirements based on source-specific limitations.*

The petitioner (CEG) requested that the EPA allow sources to petition for alternative PM monitoring requirements based on source-specific limitations (e.g., common stacks with more than one subcategory). The EPA is denying this petition because it is not of central relevance to this rulemaking. The General Provisions at 40 CFR 63.8 allow sources to petition the EPA for alternative monitoring plans. Therefore, no such provision is needed in this final rule.

*Issue: Allow sources with overlapping CEMS regulations to comply with existing QA/QC plans or 40 CFR part 75 Appendices A and B.*

The petitioners (CIBO, CMI) requested that the EPA allow sources with overlapping CEMS regulations to comply with existing QA/QC plans or 40 CFR part 75 Appendices A and B. The EPA is denying this petition because it is not of central relevance to this rulemaking.

*Issue: No justification or discussion was provided on why the EPA selected 12 hours as the averaging time period and also why the EPA selected block averages instead of rolling averages.*

The petitioner (Sierra Club) alleges that the EPA provided no justification or discussion explaining why the EPA selected 12 hours as the averaging time period and why the EPA selected block averages instead of rolling averages for parameter monitor. The petitioner requested that the EPA clarify that the averaging times for continuous parameter monitoring should be the same as the averaging times during the most recent performance test. Averaging times were open to notice and comment in the June 4, 2010 proposal. In the June 2010 proposal, we required that parameters be set based on 4-hour block averages during the compliance test, and that continuous compliance be demonstrated by monitoring 12-hour block average values for most parameters. We selected this averaging period to reflect operating conditions during the performance test to ensure the control system is continuously operating at the same or better level as during a performance test demonstrating compliance with the emission limits. Therefore, the EPA is denying the petition.

*Issue: The EPA position regarding treatment of ''out-of-control'' and ''maintenance'' periods as deviations is not supported or explained.*

The petitioner (UARG) alleges that the EPA position regarding treatment of ''out-of-control'' and ''maintenance'' periods as deviations is not supported or explained. The petitioner requested that the EPA revise the definition of ''deviation'' to be consistent with how deviation is treated with respect to CO CEMS and CPMS. The EPA is denying the petition. The definition of deviations was open to notice and comment in the June 4, 2010 proposal.

*Issue: Require checks of pressure monitoring taps only if reading is abnormal.*

The petitioner (CMI) requested that the EPA require checks of pressure monitoring taps only if reading is abnormal. The requirement to check pressure tap pluggage daily was open to notice and comment in the June 2010 proposal. In addition, the EPA is denying this petition because it is not of central relevance to this rulemaking.

*Issue: The EPA has not sufficiently correlated emission limits to operating parameters and should not set enforceable limits on maximum and minimum control device operating parameters.*

The petitioners (UARG, AMP, CIBO) alleges that the EPA has not sufficiently correlated emission limits to operating parameters and requested the EPA not to set enforceable limits on maximum and minimum control device operating parameters. One petitioner (CIBO) requested that the rule should allow sources to set their own ESP secondary voltage requirement based on load and coal quality since power consumption by an ESP is influenced by factors other than operating load, including ESP design, amount of PM collected, and resistivity of the PM. Other petitioners (UARG and AMP) also indicate that the limits set on control devices inhibit the flexibility to operate control devices with a margin of safety. The EPA is denying the petition. Operating limits were open to notice and comment in the June 4, 2010 proposal.

*Issue: The EPA should delay incorporating PS 17 in this rule until the revisions for PS 17 are completed.*

The petitioner (UARG) requested that the EPA delay incorporating PS 17 in this rule, which outlines how to select and install CPMS, until the revisions for PS 17 are completed.

The EPA is denying this petition. The final rule did not incorporate PS 17, or any other PS, in the provision regarding selection and installation of CPMS and ongoing quality assurance of data from CPMS. Comments related to revising PS 17 are outside the scope of this rulemaking. (RTC document, Chapter 11, EPA–HQ–OAR–2002–0058–3289, DCN EPA–HQ–OAR–2002–0058–2960.1, excerpt 150).

*Issue: The EPA should not set an enforceable operating limit on opacity.*

The petitioner (UARG) alleged that there is insufficient correlation between opacity and PM emissions and requested that the EPA not set an enforceable operating limit on opacity. The EPA is denying the petition. The EPA proposed opacity limits in the June 4, 2010 proposal and the petitioner therefore had the opportunity to comment on the proposed limits, including comments requesting that no limit be established.

*Issue: Update outdated BLDS Guidance.*

The petitioner (UARG) requested that the EPA update the outdated BLDS Guidance that is currently incorporated by reference. The EPA is denying this petition. The current guidance document is the most recent guidance available and comments related to revising the guidance document are outside the scope of this rulemaking. (RTC document, Chapter 11, EPA–HQ–OAR–2002–0058–3289, DCN EPA–HQ–OAR–2002–0058–2997.1, excerpt 10).

*Issue: The EPA should reconsider emission limits for HCl on coal-fired boilers using a hot-side ESP for particulate control.*

The petitioners (MSU, PSU, Purdue, Citizens Thermal Energy) requested that the EPA reconsider emission limits for HCl on coal-fired boilers using a hot-side ESP for particulate control. The petitioners are unaware of any HCl control devices that are compatible with a hot-side ESP. The EPA is denying the petition. The basis for subcategorization was subject to notice and comment. The EPA did not propose a separate subcategory for such units, and the petitioner could have commented recommending that the agency do so. (75 FR 32012, 76 FR 15617–18, 76 FR 80607) Further, the EPA disagrees with the petitioner that the subcategories

could be based on the level of controls installed on the unit.

*Issue: The EPA should change electronic reporting requirements to avoid WebFIRE and ERT shortcomings.*

The petitioner (UARG) requested that the EPA change the electronic reporting requirements to avoid WebFIRE and ERT shortcomings. The petitioner requested that to meet the EPA's obligations under the Paperwork Reduction Act the EPA specify each individual data item requested in the ERT. The petitioner also requests that the EPA explain how the ERT electronic signature mechanisms will meet the requirements of the Cross-Media Electronic Reporting Rule.

The EPA is denying the petition because it does not demonstrate that it was impracticable to comment on this issue. The EPA proposed to require the use of the ERT and WebFIRE, and the petitioner therefore had the opportunity to comment on any concerns with the proposed approach.

*Issue: Eliminate gas curtailment notification requirements or adjust the frequency of these notifications to be consistent with the reporting requirements in the Title V program.*

The petitioner (AIF) requested that the EPA eliminate the gas curtailment notification requirements or adjust the frequency of these notifications to be consistent with the semi-annual reporting requirements in the Title V program. The EPA is denying the petition. Reporting requirements were open to notice and comment in the June 4, 2010 proposal.

*Issue: Allow facilities to become area or synthetic minor sources instead of installing controls.*

The petitioner (GPSP) requested that the EPA allow facilities to become area or synthetic minor sources instead of installing controls. The EPA is denying the petition. Whether or not sources elect to become area or synthetic minor sources is not of central relevance to this rulemaking, as nothing in this rule affects whether or how a source can become a synthetic minor source (RTC document, EPA–HQ–OAR–2002–0058–3289, Volume 1, DCN EPA–HQ–OAR–2002–0058–3176.2, excerpt 4).

## VI. Impacts of This Final Rule

### *A. What are the incremental air impacts?*

Table 4 of this preamble illustrates, for each basic fuel subcategory, the total emissions reductions achieved by the final amended rule (i.e., the difference in emissions between a boiler or process heater controlled to the amended floor level of control and boilers or process heaters at the current baseline) for new and existing sources. Nationwide emissions of selected HAP (i.e., HCl, HF, mercury, metals, and VOC) will be reduced by 44,300 tpy. This is an incremental increase of 4,000 tpy in HAP reductions compared to the estimates in the March 2011 final rule. This increase is due mainly to changes in the inventory (336 units were added since the March 2011 inventory).

Excluding the changes in the inventory, the amendments to the regulatory provisions themselves resulted in a decrease of 1,100 tpy of estimated reductions, part of this incremental reduction in HAP is contributed to edits to the baseline emission data received since the March 2011 final rule, as well as changes to the subcategories and emission limits as a result of this amended rule. The amendments to the final rule are expected to result in an additional 4,600 tpy of reductions in HCl emissions. The amendments are also expected to have a modest effect on mercury, estimated to range from a slight decrease of 0.12 tpy up to a slight increase of 0.96 tpy in emission reductions as a result of the changes to the regulatory requirements. Reductions in emissions of filterable PM will decrease by 18,500 tpy due to the final amended rule. Reductions in emissions of non-mercury metals (i.e., antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium) will decrease by 260 tpy. In addition, the amendments are estimated to result in an additional 50,100 tpy of reductions in $SO_2$ emissions. A discussion of the methodology used to estimate emissions, emissions reductions, and incremental emission reductions is presented in ''Revised (August 2012) Methodology for Estimating Cost and Emission Impacts for Industrial, Commercial, and Institutional Boilers and Process Heaters NESHAP—Major Source'' in the docket.

TABLE 4—SUMMARY OF TOTAL EMISSIONS REDUCTIONS FOR THE FINAL AMENDED RULE

[tons/yr]

| Source | Subcategory | HCl | PM | Non mercury metals [a] | Mercury [b] | VOC |
|---|---|---|---|---|---|---|
| Existing Units | Limited Use | 1 | 2 | 0.42 | 2.1E–04 | 0.48 |
| | Solid units | 36,737 | 21,367 | 147 | 0.4 to 1.5 | 1,619 |
| | Liquid units | 2,143 | 9,434 | 2,315 | 0.9 to 1 | 620 |
| | Non-Continental Liquid units | 35 | 3 | 1 | 0.01 to 0.02 | 23 |
| | Gas 1 (NG/RG) units | 20 | 117 | 0.3 | 0.01 | 88 |
| | Gas 1 Metallurgical Furnaces | 0.4 | 3 | 0.02 | 0.001 | 27 |
| | Gas 2 (other) units | 4 | 8 | 0.06 | 3.8E–03 to 4.6E–03. | 40 |
| New Units | Solid units | 0 | 351 | 5 | 0.02 | 0 |
| | Liquid units | 0 | 0 | 0 | 0 | 0 |
| | Gas 1 units | 0 | 0 | 0 | 0 | 0 |
| | Gas 1 Metallurgical Furnaces | 0 | 0 | 0 | 0 | 0 |
| | Gas 2 (other) units | 0 | 0 | 0 | 0 | 0 |

[a] Includes antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium.
[b] Mercury reductions are presented as a range due to adjustments on reported fractions and limits of detection. See memorandum entitled ''Revised (March 2012) Methodology for Estimating Cost and Emissions Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source'' for a description of the two methods for estimating mercury reductions.

(f) Except for a 30-day rolling average based on CEMS (or sorbent trap monitoring system) data, if measurement results for any pollutant are reported as below the method detection level (e.g., laboratory analytical results for one or more sample components are below the method defined analytical detection level), you must use the method detection level as the measured emissions level for that pollutant in calculating compliance. The measured result for a multiple component analysis (e.g., analytical values for multiple Method 29 fractions both for individual HAP metals and for total HAP metals) may include a combination of method detection level data and analytical data reported above the method detection level.

■ 15. Section 63.7521 is revised to read as follows:

**§ 63.7521 What fuel analyses, fuel specification, and procedures must I use?**

(a) For solid and liquid fuels, you must conduct fuel analyses for chloride and mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. For solid fuels and liquid fuels, you must also conduct fuel analyses for TSM if you are opting to comply with the TSM alternative standard. For gas 2 (other) fuels, you must conduct fuel analyses for mercury according to the procedures in paragraphs (b) through (e) of this section and Table 6 to this subpart, as applicable. (For gaseous fuels, you may not use fuel analyses to comply with the TSM alternative standard or the HCl standard.) For purposes of complying with this section, a fuel gas system that consists of multiple gaseous fuels collected and mixed with each other is considered a single fuel type and sampling and analysis is only required on the combined fuel gas system that will feed the boiler or process heater. Sampling and analysis of the individual gaseous streams prior to combining is not required. You are not required to conduct fuel analyses for fuels used for only startup, unit shutdown, and transient flame stability purposes. You are required to conduct fuel analyses only for fuels and units that are subject to emission limits for mercury, HCl, or TSM in Tables 1 and 2 or 11 through 13 to this subpart. Gaseous and liquid fuels are exempt from the sampling requirements in paragraphs (c) and (d) of this section and Table 6 to this subpart.

(b) You must develop a site-specific fuel monitoring plan according to the following procedures and requirements in paragraphs (b)(1) and (2) of this section, if you are required to conduct fuel analyses as specified in § 63.7510.

(1) If you intend to use an alternative analytical method other than those required by Table 6 to this subpart, you must submit the fuel analysis plan to the Administrator for review and approval no later than 60 days before the date that you intend to conduct the initial compliance demonstration described in § 63.7510.

(2) You must include the information contained in paragraphs (b)(2)(i) through (vi) of this section in your fuel analysis plan.

(i) The identification of all fuel types anticipated to be burned in each boiler or process heater.

(ii) For each anticipated fuel type, the notification of whether you or a fuel supplier will be conducting the fuel analysis.

(iii) For each anticipated fuel type, a detailed description of the sample location and specific procedures to be used for collecting and preparing the composite samples if your procedures are different from paragraph (c) or (d) of this section. Samples should be collected at a location that most accurately represents the fuel type, where possible, at a point prior to mixing with other dissimilar fuel types.

(iv) For each anticipated fuel type, the analytical methods from Table 6, with the expected minimum detection levels, to be used for the measurement of chlorine or mercury.

(v) If you request to use an alternative analytical method other than those required by Table 6 to this subpart, you must also include a detailed description of the methods and procedures that you are proposing to use. Methods in Table 6 shall be used until the requested alternative is approved.

(vi) If you will be using fuel analysis from a fuel supplier in lieu of site-specific sampling and analysis, the fuel supplier must use the analytical methods required by Table 6 to this subpart.

(c) At a minimum, you must obtain three composite fuel samples for each fuel type according to the procedures in paragraph (c)(1) or (2) of this section, or the methods listed in Table 6 to this subpart, or use an automated sampling mechanism that provides representative composite fuel samples for each fuel type that includes both coarse and fine material.

(1) If sampling from a belt (or screw) feeder, collect fuel samples according to paragraphs (c)(1)(i) and (ii) of this section.

(i) Stop the belt and withdraw a 6-inch wide sample from the full cross-section of the stopped belt to obtain a minimum two pounds of sample. You must collect all the material (fines and coarse) in the full cross-section. You must transfer the sample to a clean plastic bag.

(ii) Each composite sample will consist of a minimum of three samples collected at approximately equal one-hour intervals during the testing period for sampling during performance stack testing. For monthly sampling, each composite sample shall be collected at approximately equal 10-day intervals during the month.

(2) If sampling from a fuel pile or truck, you must collect fuel samples according to paragraphs (c)(2)(i) through (iii) of this section.

(i) For each composite sample, you must select a minimum of five sampling locations uniformly spaced over the surface of the pile.

(ii) At each sampling site, you must dig into the pile to a uniform depth of approximately 18 inches. You must insert a clean shovel into the hole and withdraw a sample, making sure that large pieces do not fall off during sampling; use the same shovel to collect all samples.

(iii) You must transfer all samples to a clean plastic bag for further processing.

(d) You must prepare each composite sample according to the procedures in paragraphs (d)(1) through (7) of this section.

(1) You must thoroughly mix and pour the entire composite sample over a clean plastic sheet.

(2) You must break large sample pieces (e.g., larger than 3 inches) into smaller sizes.

(3) You must make a pie shape with the entire composite sample and subdivide it into four equal parts.

(4) You must separate one of the quarter samples as the first subset.

(5) If this subset is too large for grinding, you must repeat the procedure in paragraph (d)(3) of this section with the quarter sample and obtain a one-quarter subset from this sample.

(6) You must grind the sample in a mill.

(7) You must use the procedure in paragraph (d)(3) of this section to obtain a one-quarter subsample for analysis. If the quarter sample is too large, subdivide it further using the same procedure.

(e) You must determine the concentration of pollutants in the fuel (mercury and/or chlorine and/or TSM) in units of pounds per million Btu of each composite sample for each fuel type according to the procedures in

Table 6 to this subpart, for use in Equations 7, 8, and 9 of this subpart.

(f) To demonstrate that a gaseous fuel other than natural gas or refinery gas qualifies as an other gas 1 fuel, as defined in § 63.7575, you must conduct a fuel specification analyses for mercury according to the procedures in paragraphs (g) through (i) of this section and Table 6 to this subpart, as applicable, except as specified in paragraph (f)(1) through (4) of this section.

(1) You are not required to conduct the fuel specification analyses in paragraphs (g) through (i) of this section for natural gas or refinery gas.

(2) You are not required to conduct the fuel specification analyses in paragraphs (g) through (i) of this section for gaseous fuels that are subject to another subpart of this part, part 60, part 61, or part 65.

(3) You are not required to conduct the fuel specification analyses in paragraphs (g) through (i) of this section on gaseous fuels for units that are complying with the limits for units designed to burn gas 2 (other) fuels.

(4) You are not required to conduct the fuel specification analyses in paragraphs (g) through (i) of this section for gas streams directly derived from natural gas at natural gas production sites or natural gas plants.

(g) You must develop and submit a site-specific fuel analysis plan for other gas 1 fuels to the EPA Administrator for review and approval according to the following procedures and requirements in paragraphs (g)(1) and (2) of this section.

(1) If you intend to use an alternative analytical method other than those required by Table 6 to this subpart, you must submit the fuel analysis plan to the Administrator for review and approval no later than 60 days before the date that you intend to conduct the initial compliance demonstration described in § 63.7510.

(2) You must include the information contained in paragraphs (g)(2)(i) through (vi) of this section in your fuel analysis plan.

(i) The identification of all gaseous fuel types other than those exempted from fuel specification analysis under (f)(1) through (3) of this section anticipated to be burned in each boiler or process heater.

(ii) For each anticipated fuel type, the notification of whether you or a fuel supplier will be conducting the fuel specification analysis.

(iii) For each anticipated fuel type, a detailed description of the sample location and specific procedures to be used for collecting and preparing the samples if your procedures are different from the sampling methods contained in Table 6 to this subpart. Samples should be collected at a location that most accurately represents the fuel type, where possible, at a point prior to mixing with other dissimilar fuel types. If multiple boilers or process heaters are fueled by a common fuel stream it is permissible to conduct a single gas specification at the common point of gas distribution.

(iv) For each anticipated fuel type, the analytical methods from Table 6 to this subpart, with the expected minimum detection levels, to be used for the measurement of mercury.

(v) If you request to use an alternative analytical method other than those required by Table 6 to this subpart, you must also include a detailed description of the methods and procedures that you are proposing to use. Methods in Table 6 to this subpart shall be used until the requested alternative is approved.

(vi) If you will be using fuel analysis from a fuel supplier in lieu of site-specific sampling and analysis, the fuel supplier must use the analytical methods required by Table 6 to this subpart.

(h) You must obtain a single fuel sample for each fuel type according to the sampling procedures listed in Table 6 for fuel specification of gaseous fuels.

(i) You must determine the concentration in the fuel of mercury, in units of microgram per cubic meter, dry basis, of each sample for each other gas 1 fuel type according to the procedures in Table 6 to this subpart.

■ 16. Section § 63.7522 is revised by:
■ a. Revising paragraphs (a) through (d).
■ b. Revising paragraphs (e)(1) and (2).
■ c. Revising paragraphs (f) introductory text and (f)(1) and (2).
■ d. Revising paragraphs (g) introductory text, (g)(2)(i), (g)(2)(iv), (g)(2)(vi)(B), (g)(3) introductory text, (g)(4) introductory text, and (g)(4)(ii).
■ e. Revising paragraph (h).
■ f. Revising paragraph (i).
■ g. Revising paragraph (j)(1).
■ h. Revising paragraph (k).

The revisions read as follows:

**§ 63.7522 Can I use emissions averaging to comply with this subpart?**

(a) As an alternative to meeting the requirements of § 63.7500 for PM (or TSM), HCl, or mercury on a boiler or process heater-specific basis, if you have more than one existing boiler or process heater in any subcategories located at your facility, you may demonstrate compliance by emissions averaging, if your averaged emissions are not more than 90 percent of the applicable emission limit, according to the procedures in this section. You may not include new boilers or process heaters in an emissions average.

(b) For a group of two or more existing boilers or process heaters in the same subcategory that each vent to a separate stack, you may average PM (or TSM), HCl, or mercury emissions among existing units to demonstrate compliance with the limits in Table 2 to this subpart as specified in paragraph (b)(1) through (3) of this section, if you satisfy the requirements in paragraphs (c) through (g) of this section.

(1) You may average units using a CEMS or PM CPMS for demonstrating compliance.

(2) For mercury and HCl, averaging is allowed as follows:

(i) You may average among units in any of the solid fuel subcategories.

(ii) You may average among units in any of the liquid fuel subcategories.

(iii) You may average among units in a subcategory of units designed to burn gas 2 (other) fuels.

(iv) You may not average across the units designed to burn liquid, units designed to burn solid fuel, and units designed to burn gas 2 (other) subcategories.

(3) For PM (or TSM), averaging is only allowed between units within each of the following subcategories and you may not average across subcategories:

(i) Units designed to burn coal/solid fossil fuel.

(ii) Stokers/sloped grate/other units designed to burn kiln dried biomass/bio-based solids.

(iii) Stokers/sloped grate/other units designed to burn wet biomass/bio-based solids.

(iv) Fluidized bed units designed to burn biomass/bio-based solid.

(v) Suspension burners designed to burn biomass/bio-based solid.

(vi) Dutch ovens/pile burners designed to burn biomass/bio-based solid.

(vii) Fuel Cells designed to burn biomass/bio-based solid.

(viii) Hybrid suspension/grate burners designed to burn wet biomass/bio-based solid.

(ix) Units designed to burn heavy liquid fuel.

(x) Units designed to burn light liquid fuel.

(xi) Units designed to burn liquid fuel that are non-continental units.

(xii) Units designed to burn gas 2 (other) gases.

(c) For each existing boiler or process heater in the averaging group, the emission rate achieved during the initial compliance test for the HAP being averaged must not exceed the emission level that was being achieved on

January 31, 2013 or the control technology employed during the initial compliance test must not be less effective for the HAP being averaged than the control technology employed on January 31, 2013.

(d) The averaged emissions rate from the existing boilers and process heaters participating in the emissions averaging option must not exceed 90 percent of the limits in Table 2 to this subpart at all times the affected units are operating following the compliance date specified in § 63.7495.

(e) * * *

(1) You must use Equation 1a or 1b or 1c of this section to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option for that pollutant do not exceed the emission limits in Table 2 to this subpart. Use Equation 1a if you are complying with the emission limits on a heat input basis, use Equation 1b if you are complying with the emission limits on a steam generation (output) basis, and use Equation 1c if you are complying with the emission limits on a electric generation (output) basis.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Hm) \div \sum_{i=1}^{n} Hm \qquad \text{(Eq.1a)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

Hm = Maximum rated heat input capacity of unit, i, in units of million Btu per hour.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times So) \div \sum_{i=1}^{n} So \qquad \text{(Eq.1b)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of steam output.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of steam output. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

So = Maximum steam output capacity of unit, i, in units of million Btu per hour, as defined in § 63.7575.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Eo) \div \sum_{i=1}^{n} Eo \qquad \text{(Eq.1c)}$$

Where:

AveWeightedEmissions = Average weighted emissions for PM (or TSM), HCl, or mercury, in units of pounds per megawatt hour.

Er = Emission rate (as determined during the initial compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per megawatt hour. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c). If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, Eadj, determined according to § 63.7533 for that unit.

Eo = Maximum electric generating output capacity of unit, i, in units of megawatt hour, as defined in § 63.7575.

n = Number of units participating in the emissions averaging option.

1.1 = Required discount factor.

(2) If you are not capable of determining the maximum rated heat input capacity of one or more boilers that generate steam, you may use Equation 2 of this section as an alternative to using Equation 1a of this section to demonstrate that the PM (or TSM), HCl, or mercury emissions from all existing units participating in the emissions averaging option do not exceed the emission limits for that pollutant in Table 2 to this subpart that are in pounds per million Btu of heat input.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Sm \times Cfi) \div \sum_{i=1}^{n} (Sm \times Cfi) \qquad \text{(Eq. 2)}$$

Where:

AveWeightedEmissions = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input.

Er = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM using the applicable equation in § 63.7530(c).

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 116 of 496


Sm = Maximum steam generation capacity by unit, i, in units of pounds per hour.
Cfi = Conversion factor, calculated from the most recent compliance test, in units of million Btu of heat input per pounds of steam generated for unit, i.
1.1 = Required discount factor.

(f) After the initial compliance demonstration described in paragraph (e) of this section, you must demonstrate compliance on a monthly basis determined at the end of every month (12 times per year) according to paragraphs (f)(1) through (3) of this section. The first monthly period begins on the compliance date specified in § 63.7495. If the affected source elects to collect monthly data for up the 11 months preceding the first monthly period, these additional data points can be used to compute the 12-month rolling average in paragraph (f)(3) of this section.

(1) For each calendar month, you must use Equation 3a or 3b or 3c of this section to calculate the average weighted emission rate for that month. Use Equation 3a and the actual heat input for the month for each existing unit participating in the emissions averaging option if you are complying with emission limits on a heat input basis. Use Equation 3b and the actual steam generation for the month if you are complying with the emission limits on a steam generation (output) basis. Use Equation 3c and the actual steam generation for the month if you are complying with the emission limits on a electrical generation (output) basis.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Hb) \div \sum_{i=1}^{n} Hb \qquad \text{(Eq. 3a)}$$

Where:
AveWeightedEmissions = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of heat input, for that calendar month.
Er = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart.
Hb = The heat input for that calendar month to unit, i, in units of million Btu.
n = Number of units participating in the emissions averaging option.
1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times So) \div \sum_{i=1}^{n} So \qquad \text{(Eq. 3b)}$$

Where:
AveWeightedEmissions = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million Btu of steam output, for that calendar month.
Er = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of steam output. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart. If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, $E_{adj}$, determined according to § 63.7533 for that unit.
So = The steam output for that calendar month from unit, i, in units of million Btu, as defined in § 63.7575.
n = Number of units participating in the emissions averaging option.
1.1 = Required discount factor.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Eo) \div \sum_{i=1}^{n} Eo \qquad \text{(Eq. 3c)}$$

Where:
AveWeightedEmissions = Average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per megawatt hour, for that calendar month.
Er = Emission rate (as determined during the most recent compliance demonstration) of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per megawatt hour. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart. If you are taking credit for energy conservation measures from a unit according to § 63.7533, use the adjusted emission level for that unit, $E_{adj}$, determined according to § 63.7533 for that unit.
Eo = The electric generating output for that calendar month from unit, i, in units of megawatt hour, as defined in § 63.7575.
n = Number of units participating in the emissions averaging option.
1.1 = Required discount factor.

(2) If you are not capable of monitoring heat input, you may use Equation 4 of this section as an alternative to using Equation 3a of this section to calculate the average weighted emission rate using the actual steam generation from the boilers participating in the emissions averaging option.

$$AveWeightedEmissions = 1.1 \times \sum_{i=1}^{n} (Er \times Sa \times Cfi) \div \sum_{i=1}^{n} (Sa \times Cfi) \qquad \text{(Eq. 4)}$$

Where:
AveWeightedEmissions = average weighted emission level for PM (or TSM), HCl, or mercury, in units of pounds per million

Btu of heat input for that calendar month.
Er = Emission rate (as determined during the most recent compliance demonstration of PM (or TSM), HCl, or mercury from unit, i, in units of pounds per million Btu of heat input. Determine the emission rate for PM (or TSM), HCl, or mercury by performance testing according to Table 5 to this subpart, or by fuel analysis for HCl or mercury or TSM according to Table 6 to this subpart.
Sa = Actual steam generation for that calendar month by boiler, i, in units of pounds.
Cfi = Conversion factor, as calculated during the most recent compliance test, in units of million Btu of heat input per pounds of steam generated for boiler, i.
1.1 = Required discount factor.

* * * * *

(g) You must develop, and submit upon request to the applicable Administrator for review and approval, an implementation plan for emission averaging according to the following procedures and requirements in paragraphs (g)(1) through (4) of this section.

* * * * *

(2) * * *

(i) The identification of all existing boilers and process heaters in the averaging group, including for each either the applicable HAP emission level or the control technology installed as of January 31, 2013 and the date on which you are requesting emission averaging to commence;

* * * * *

(iv) The test plan for the measurement of PM (or TSM), HCl, or mercury emissions in accordance with the requirements in § 63.7520;

* * * * *

(vi) * * *

(B) A description of the methods and procedures that will be used to demonstrate that the parameter indicates proper operation of the control device; the frequency and content of monitoring, reporting, and recordkeeping requirements; and a demonstration, to the satisfaction of the Administrator, that the proposed monitoring frequency is sufficient to represent control device operating conditions; and

* * * * *

(3) The Administrator shall review and approve or disapprove the plan according to the following criteria:

* * * * *

(4) The applicable Administrator shall not approve an emission averaging implementation plan containing any of the following provisions:

* * * * *

(ii) The inclusion of any emission source other than an existing unit in the same subcategories.

* * * * *

(h) For a group of two or more existing affected units, each of which vents through a single common stack, you may average PM (or TSM), HCl, or mercury emissions to demonstrate compliance with the limits for that pollutant in Table 2 to this subpart if you satisfy the requirements in paragraph (i) or (j) of this section.

(i) For a group of two or more existing units in the same subcategories, each of which vents through a common emissions control system to a common stack, that does not receive emissions from units in other subcategories or categories, you may treat such averaging group as a single existing unit for purposes of this subpart and comply with the requirements of this subpart as if the group were a single unit.

(j) * * *

(1) Conduct performance tests according to procedures specified in § 63.7520 in the common stack if affected units from other subcategories vent to the common stack. The emission limits that the group must comply with are determined by the use of Equation 6 of this section.

$$En = \sum_{i=1}^{n}(ELi \times Hi) \div \sum_{i=1}^{n} Hi \qquad \text{(Eq. 6)}$$

Where:
En = HAP emission limit, pounds per million British thermal units (lb/MMBtu), parts per million (ppm), or nanograms per dry standard cubic meter (ng/dscm).
ELi = Appropriate emission limit from Table 2 to this subpart for unit i, in units of lb/MMBtu, ppm or ng/dscm.
Hi = Heat input from unit i, MMBtu.

* * * * *

(k) The common stack of a group of two or more existing boilers or process heaters in the same subcategories subject to paragraph (h) of this section may be treated as a separate stack for purposes of paragraph (b) of this section and included in an emissions averaging group subject to paragraph (b) of this section.

■ 17. Section 63.7525 is amended by:
■ a. Revising paragraph (a)
■ b. Revising paragraph (b).
■ c. Revising paragraph (c) introductory text.
■ d. Revising paragraphs (d) introductory text and paragraphs (d)(1) through (d)(4).
■ e. Revising paragraph (e)(2).
■ f. Revising paragraph (e)(3).
■ g. Revising paragraph (f)(2).
■ h. Revising paragraph (j).
■ i. Revising paragraph (k).
■ j. Adding paragraph (l).
■ k. Adding paragraph (m).

The revisions and additions read as follows:

**§ 63.7525 What are my monitoring, installation, operation, and maintenance requirements?**

(a) If your boiler or process heater is subject to a CO emission limit in Tables 1, 2, or 11 through 13 to this subpart, you must install, operate, and maintain an oxygen analyzer system, as defined in § 63.7575, or install, certify, operate and maintain continuous emission monitoring systems for CO and oxygen according to the procedures in paragraphs (a)(1) through (7) of this section.

(1) Install the CO CEMS and oxygen analyzer by the compliance date specified in § 63.7495. The CO and oxygen levels shall be monitored at the same location at the outlet of the boiler or process heater.

(2) To demonstrate compliance with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 13 to this subpart, you must install, certify, operate, and maintain a CO CEMS and an oxygen analyzer according to the applicable procedures under Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B, the site-specific monitoring plan developed according to § 63.7505(d), and the requirements in § 63.7540(a)(8) and paragraph (a) of this section. Any boiler or process heater that has a CO CEMS that is compliant with Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B, a site-specific monitoring plan developed according to § 63.7505(d), and the requirements in § 63.7540(a)(8) and paragraph (a) of this section must use the CO CEMS to comply with the applicable alternative CO CEMS emission standard listed in Tables 1, 2, or 11 through 13 to this subpart.

(i) You must conduct a performance evaluation of each CO CEMS according to the requirements in § 63.8(e) and

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 118 of 496


according to Performance Specification 4, 4A, or 4B at 40 CFR part 60, appendix B.

(ii) During each relative accuracy test run of the CO CEMS, you must be collect emission data for CO concurrently (or within a 30- to 60-minute period) by both the CO CEMS and by Method 10, 10A, or 10B at 40 CFR part 60, appendix A–4. The relative accuracy testing must be at representative operating conditions.

(iii) You must follow the quality assurance procedures (e.g., quarterly accuracy determinations and daily calibration drift tests) of Procedure 1 of appendix F to part 60. The measurement span value of the CO CEMS must be two times the applicable CO emission limit, expressed as a concentration.

(iv) Any CO CEMS that does not comply with § 63.7525(a) cannot be used to meet any requirement in this subpart to demonstrate compliance with a CO emission limit listed in Tables 1, 2, or 11 through 13 to this subpart.

(v) For a new unit, complete the initial performance evaluation no later than July 30, 2013, or 180 days after the date of initial startup, whichever is later. For an existing unit, complete the initial performance evaluation no later than July 29, 2016.

(3) Complete a minimum of one cycle of CO and oxygen CEMS operation (sampling, analyzing, and data recording) for each successive 15-minute period. Collect CO and oxygen data concurrently. Collect at least four CO and oxygen CEMS data values representing the four 15-minute periods in an hour, or at least two 15-minute data values during an hour when CEMS calibration, quality assurance, or maintenance activities are being performed.

(4) Reduce the CO CEMS data as specified in § 63.8(g)(2).

(5) Calculate one-hour arithmetic averages, corrected to 3 percent oxygen from each hour of CO CEMS data in parts per million CO concentration. The one-hour arithmetic averages required shall be used to calculate the 30-day or 10-day rolling average emissions. Use Equation 19–19 in section 12.4.1 of Method 19 of 40 CFR part 60, appendix A–7 for calculating the average CO concentration from the hourly values.

(6) For purposes of collecting CO data, operate the CO CEMS as specified in § 63.7535(b). You must use all the data collected during all periods in calculating data averages and assessing compliance, except that you must exclude certain data as specified in § 63.7535(c). Periods when CO data are unavailable may constitute monitoring deviations as specified in § 63.7535(d).

(7) Operate an oxygen trim system with the oxygen level set no lower than the lowest hourly average oxygen concentration measured during the most recent CO performance test as the operating limit for oxygen according to Table 7 to this subpart.

(b) If your boiler or process heater is in the unit designed to burn coal/solid fossil fuel subcategory or the unit designed to burn heavy liquid subcategory and has an average annual heat input rate greater than 250 MMBtu per hour from solid fossil fuel and/or heavy liquid, and you demonstrate compliance with the PM limit instead of the alternative TSM limit, you must install, certify, maintain, and operate a PM CPMS monitoring emissions discharged to the atmosphere and record the output of the system as specified in paragraphs (b)(1) through (4) of this section. As an alternative to use of a PM CPMS to demonstrate compliance with the PM limit, you may choose to use a PM CEMS. If you choose to use a PM CEMS to demonstrate compliance with the PM limit instead of the alternative TSM limit, you must install, certify, maintain, and operate a PM CEMS monitoring emissions discharged to the atmosphere and record the output of the system as specified in paragraph (b)(5) through (8) of this section. For other boilers or process heaters, you may elect to use a PM CPMS or PM CEMS operated in accordance with this section in lieu of using other CMS for monitoring PM compliance (e.g., bag leak detectors, ESP secondary power, PM scrubber pressure). Owners of boilers and process heaters who elect to comply with the alternative TSM limit are not required to install a PM CPMS.

(1) Install, certify, operate, and maintain your PM CPMS according to the procedures in your approved site-specific monitoring plan developed in accordance with § 63.7505(d), the requirements in § 63.7540(a)(9), and paragraphs (b)(1)(i) through (iii) of this section.

(i) The operating principle of the PM CPMS must be based on in-stack or extractive light scatter, light scintillation, beta attenuation, or mass accumulation detection of PM in the exhaust gas or representative exhaust gas sample. The reportable measurement output from the PM CPMS must be expressed as milliamps.

(ii) The PM CPMS must have a cycle time (i.e., period required to complete sampling, measurement, and reporting for each measurement) no longer than 60 minutes.

(iii) The PM CPMS must be capable of detecting and responding to PM concentrations of no greater than 0.5 milligram per actual cubic meter.

(2) For a new unit, complete the initial performance evaluation no later than July 30, 2013, or 180 days after the date of initial startup, whichever is later. For an existing unit, complete the initial performance evaluation no later than July 29, 2016.

(3) Collect PM CPMS hourly average output data for all boiler or process heater operating hours except as indicated in § 63.7535(a) through (d). Express the PM CPMS output as milliamps.

(4) Calculate the arithmetic 30-day rolling average of all of the hourly average PM CPMS output data collected during all boiler or process heater operating hours (milliamps).

(5) Install, certify, operate, and maintain your PM CEMS according to the procedures in your approved site-specific monitoring plan developed in accordance with § 63.7505(d), the requirements in § 63.7540(a)(9), and paragraphs (b)(5)(i) through (iv) of this section.

(i) You shall conduct a performance evaluation of the PM CEMS according to the applicable requirements of § 60.8(e), and Performance Specification 11 at 40 CFR part 60, appendix B of this chapter.

(ii) During each PM correlation testing run of the CEMS required by Performance Specification 11 at 40 CFR part 60, appendix B of this chapter, you shall collect PM and oxygen (or carbon dioxide) data concurrently (or within a 30-to 60-minute period) by both the CEMS and conducting performance tests using Method 5 at 40 CFR part 60, appendix A–3 or Method 17 at 40 CFR part 60, appendix A–6 of this chapter.

(iii) You shall perform quarterly accuracy determinations and daily calibration drift tests in accordance with Procedure 2 at 40 CFR part 60, appendix F of this chapter. You must perform Relative Response Audits annually and perform Response Correlation Audits every 3 years.

(iv) Within 60 days after the date of completing each CEMS relative accuracy test audit or performance test conducted to demonstrate compliance with this subpart, you must submit the relative accuracy test audit data and performance test data to the EPA by successfully submitting the data electronically into the EPA's Central Data Exchange by using the Electronic Reporting Tool (see *http://www.epa.gov/ttn/chief/ert/erttool.html/*).

(6) For a new unit, complete the initial performance evaluation no later than July 30, 2013, or 180 days after the date of initial startup, whichever is later. For an existing unit, complete the

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 119 of 496


liquid subcategory located in the State of Hawaii, the Virgin Islands, Guam, American Samoa, the Commonwealth of Puerto Rico, or the Northern Mariana Islands.

*Unit designed to burn solid fuel subcategory* means any boiler or process heater that burns only solid fuels or at least 10 percent solid fuel on an annual heat input basis in combination with liquid fuels or gaseous fuels.

*Vegetable oil* means oils extracted from vegetation.

* * * * *

*Waste heat boiler* means a device that recovers normally unused energy (i.e., hot exhaust gas) and converts it to usable heat. Waste heat boilers are also referred to as heat recovery steam generators. Waste heat boilers are heat exchangers generating steam from incoming hot exhaust gas from an industrial (e.g., thermal oxidizer, kiln, furnace) or power (e.g., combustion turbine, engine) equipment. Duct burners are sometimes used to increase the temperature of the incoming hot exhaust gas.

*Waste heat process heater* means an enclosed device that recovers normally unused energy (i.e., hot exhaust gas) and converts it to usable heat. Waste heat process heaters are also referred to as recuperative process heaters. This definition includes both fired and unfired waste heat process heaters.

* * * * *

■ 28. Table 1 to subpart DDDDD of part 63 is revised to read as follows:

As stated in § 63.7500, you must comply with the following applicable emission limits:

TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.2E–02 lb per MMBtu of heat input. | 2.5E–02 lb per MMBtu of steam output or 0.28 lb per MWh. | For M26A, collect a minimum of 1 dscm per run; for M26 collect a minimum of 120 liters per run. |
| | b. Mercury | 8.0E–07 [a] lb per MMBtu of heat input. | 8.7E–07 [a] lb per MMBtu of steam output or 1.1E–05 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |
| 2. Units designed to burn coal/solid fossil fuel. | a. Filterable PM (or TSM) | 1.1E–03 lb per MMBtu of heat input; or (2.3E–05 lb per MMBtu of heat input). | 1.1E–03 lb per MMBtu of steam output or 1.4E–02 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 2.9E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. Carbon monoxide (CO) (or CEMS). | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 1.2E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 620 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (390 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 5.8E–01 lb per MMBtu of steam output or 6.8 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (2.6E–05 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (2.7E–05 lb per MMBtu of steam output or 3.7E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 120 of 496


TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3 percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.5E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (4.2E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 230 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 2.2E–01 lb per MMBtu of steam output or 2.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 9.8E–03 lb per MMBtu of heat input; or (8.3E–05 [a] lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 0.14 lb per MWh; or (1.1E–04 [a] lb per MMBtu of steam output or 1.2E–03 [a] lb per MWh). | Collect a minimum of 3 dscm per run. |
| 10. Suspension burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3 percent oxygen, 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.0E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 3.1E–02 lb per MMBtu of steam output or 4.2E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 330 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3 percent oxygen, 10-day rolling average). | 3.5E–01 lb per MMBtu of steam output or 3.6 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.2E–03 lb per MMBtu of heat input; or (3.9E–05 lb per MMBtu of heat input). | 4.3E–03 lb per MMBtu of steam output or 4.5E–02 lb per MWh; or (5.2E–05 lb per MMBtu of steam output or 5.5E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solids. | a. CO | 910 ppm by volume on a dry basis corrected to 3 percent oxygen. | 1.1 lb per MMBtu of steam output or 1.0E+01 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–02 lb per MMBtu of heat input; or (2.9E–05 [a] lb per MMBtu of heat input). | 3.0E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (5.1E–05 lb per MMBtu of steam output or 4.1E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate boiler designed to burn biomass/bio-based solids. | a. CO (or CEMS) | 1,100 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 1.4 lb per MMBtu of steam output or 12 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.6E–02 lb per MMBtu of heat input; or (4.4E–04 lb per MMBtu of heat input). | 3.3E–02 lb per MMBtu of steam output or 3.7E–01 lb per MWh; or (5.5E–04 lb per MMBtu of steam output or 6.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 4.4E–04 lb per MMBtu of heat input. | 4.8E–04 lb per MMBtu of steam output or 6.1E–03 lb per MWh. | For M26A: Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 4.8E–07 [a] lb per MMBtu of heat input. | 5.3E–07 [a] lb per MMBtu of steam output or 6.7E–06 [a] lb per MWh. | For M29, collect a minimum of 4 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 4 dscm. |

JA0114

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 121 of 496


TABLE 1 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR NEW OR RECONSTRUCTED BOILERS AND PROCESS HEATERS—Continued

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | Or the emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.3E–02 lb per MMBtu of heat input; or (7.5E–05 lb per MMBtu of heat input). | 1.5E–02 lb per MMBtu of steam output or 1.8E–01 lb per MWh; or (8.2E–05 lb per MMBtu of steam output or 1.1E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–03 [a] lb per MMBtu of heat input; or (2.9E–05 lb per MMBtu of heat input). | 1.2E–03 [a] lb per MMBtu of steam output or 1.6E–02 [a] lb per MWh; or (3.2E–05 lb per MMBtu of steam output or 4.0E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.3E–02 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 2.5E–02 lb per MMBtu of steam output or 3.2E–01 lb per MWh; or (9.4E–04 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 4 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input. | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, Collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input. | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| | d. Filterable PM (or TSM) | 6.7E–03 lb per MMBtu of heat input; or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote "a", your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

[c] If your affected source is a new or reconstructed affected source that commenced construction or reconstruction after June 4, 2010, and before January 31, 2013, you may comply with the emission limits in Tables 11, 12 or 13 to this subpart until January 31, 2016. On and after January 31, 2016, you must comply with the emission limits in Table 1 to this subpart.

■ 29. Table 2 to subpart DDDDD of part 63 is revised to read as follows:

As stated in § 63.7500, you must comply with the following applicable emission limits:

TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 1. Units in all subcategories designed to burn solid fuel. | a. HCl | 2.2E–02 lb per MMBtu of heat input. | 2.5E–02 lb per MMBtu of steam output or 0.27 lb per MWh. | For M26A, Collect a minimum of 1 dscm per run; for M26, collect a minimum of 120 liters per run. |

JA0115

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 122 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Mercury | 5.7E–06 lb per MMBtu of heat input. | 6.4E–06 lb per MMBtu of steam output or 7.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 3 dscm. |
| 2. Units design to burn coal/solid fossil fuel. | a. Filterable PM (or TSM) | 4.0E–02 lb per MMBtu of heat input; or (5.3E–05 lb per MMBtu of heat input). | 4.2E–02 lb per MMBtu of steam output or 4.9E–01 lb per MWh; or (5.6E–05 lb per MMBtu of steam output or 6.5E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 3. Pulverized coal boilers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (320 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.11 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 4. Stokers designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 160 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (340 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.14 lb per MMBtu of steam output or 1.7 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 5. Fluidized bed units designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (230 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 0.12 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 6. Fluidized bed units with an integrated heat exchanger designed to burn coal/solid fossil fuel. | a. CO (or CEMS) | 140 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (150 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 1.3E–01 lb per MMBtu of steam output or 1.5 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| 7. Stokers/sloped grate/others designed to burn wet biomass fuel. | a. CO (or CEMS) | 1,500 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (720 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 1.4 lb per MMBtu of steam output or 17 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.7E–02 lb per MMBtu of heat input; or (2.4E–04 lb per MMBtu of heat input). | 4.3E–02 lb per MMBtu of steam output or 5.2E–01 lb per MWh; or (2.8E–04 lb per MMBtu of steam output or 3.4E–04 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 8. Stokers/sloped grate/others designed to burn kiln-dried biomass fuel. | a. CO | 460 ppm by volume on a dry basis corrected to 3 percent oxygen. | 4.2E–01 lb per MMBtu of steam output or 5.1 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 3.2E–01 lb per MMBtu of heat input; or (4.0E–03 lb per MMBtu of heat input). | 3.7E–01 lb per MMBtu of steam output or 4.5 lb per MWh; or (4.6E–03 lb per MMBtu of steam output or 5.6E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 9. Fluidized bed units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 470 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (310 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 4.6E–01 lb per MMBtu of steam output or 5.2 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 1.1E–01 lb per MMBtu of heat input; or (1.2E–03 lb per MMBtu of heat input). | 1.4E–01 lb per MMBtu of steam output or 1.6 lb per MWh; or (1.5E–03 lb per MMBtu of steam output or 1.7E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 123 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| 10. Suspension burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,400 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (2,000 ppm by volume on a dry basis corrected to 3 percent oxygen, 10-day rolling average). | 1.9 lb per MMBtu of steam output or 27 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 5.1E–02 lb per MMBtu of heat input; or (6.5E–03 lb per MMBtu of heat input). | 5.2E–02 lb per MMBtu of steam output or 7.1E–01 lb per MWh; or (6.6E–03 lb per MMBtu of steam output or 9.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 11. Dutch Ovens/Pile burners designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 770 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (520 ppm by volume on a dry basis corrected to 3 percent oxygen, 10-day rolling average). | 8.4E–01 lb per MMBtu of steam output or 8.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.8E–01 lb per MMBtu of heat input; or (2.0E–03 lb per MMBtu of heat input). | 3.9E–01 lb per MMBtu of steam output or 3.9 lb per MWh; or (2.8E–03 lb per MMBtu of steam output or 2.8E–02 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 12. Fuel cell units designed to burn biomass/bio-based solid. | a. CO | 1,100 ppm by volume on a dry basis corrected to 3 percent oxygen. | 2.4 lb per MMBtu of steam output or 12 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 2.0E–02 lb per MMBtu of heat input; or (5.8E–03 lb per MMBtu of heat input). | 5.5E–02 lb per MMBtu of steam output or 2.8E–01 lb per MWh; or (1.6E–02 lb per MMBtu of steam output or 8.1E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 13. Hybrid suspension grate units designed to burn biomass/bio-based solid. | a. CO (or CEMS) | 2,800 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average; or (900 ppm by volume on a dry basis corrected to 3 percent oxygen, 30-day rolling average). | 2.8 lb per MMBtu of steam output or 31 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 4.4E–01 lb per MMBtu of heat input; or (4.5E–04 lb per MMBtu of heat input). | 5.5E–01 lb per MMBtu of steam output or 6.2 lb per MWh; or (5.7E–04 lb per MMBtu of steam output or 6.3E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 14. Units designed to burn liquid fuel. | a. HCl | 1.1E–03 lb per MMBtu of heat input. | 1.4E–03 lb per MMBtu of steam output or 1.6E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | b. Mercury | 2.0E–06 lb per MMBtu of heat input. | 2.5E–06 lb per MMBtu of steam output or 2.8E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B collect a minimum sample as specified in the method, for ASTM D6784 [b] collect a minimum of 2 dscm. |
| 15. Units designed to burn heavy liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 6.2E–02 lb per MMBtu of heat input; or (2.0E–04 lb per MMBtu of heat input). | 7.5E–02 lb per MMBtu of steam output or 8.6E–01 lb per MWh; or (2.5E–04 lb per MMBtu of steam output or 2.8E–03 lb per MWh). | Collect a minimum of 1 dscm per run. |
| 16. Units designed to burn light liquid fuel. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh. | 1 hr minimum sampling time. |
| | b. Filterable PM (or TSM) | 7.9E–03 lb per MMBtu of heat input; or (6.2E–05 lb per MMBtu of heat input). | 9.6E–03 lb per MMBtu of steam output or 1.1E–01 lb per MWh; or (7.5E–05 lb per MMBtu of steam output or 8.6E–04 lb per MWh). | Collect a minimum of 3 dscm per run. |
| 17. Units designed to burn liquid fuel that are non-continental units. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen, 3-run average based on stack test. | 0.13 lb per MMBtu of steam output or 1.4 lb per MWh; 3-run average. | 1 hr minimum sampling time. |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 124 of 496


TABLE 2 TO SUBPART DDDDD OF PART 63—EMISSION LIMITS FOR EXISTING BOILERS AND PROCESS HEATERS—Continued

[Units with heat input capacity of 10 million Btu per hour or greater]

| If your boiler or process heater is in this subcategory . . . | For the following pollutants . . . | The emissions must not exceed the following emission limits, except during startup and shutdown . . . | The emissions must not exceed the following alternative output-based limits, except during startup and shutdown . . . | Using this specified sampling volume or test run duration . . . |
|---|---|---|---|---|
| | b. Filterable PM (or TSM) | 2.7E–01 lb per MMBtu of heat input; or (8.6E–04 lb per MMBtu of heat input). | 3.3E–01 lb per MMBtu of steam output or 3.8 lb per MWh; or (1.1E–03 lb per MMBtu of steam output or 1.2E–02 lb per MWh). | Collect a minimum of 2 dscm per run. |
| 18. Units designed to burn gas 2 (other) gases. | a. CO | 130 ppm by volume on a dry basis corrected to 3 percent oxygen. | 0.16 lb per MMBtu of steam output or 1.0 lb per MWh. | 1 hr minimum sampling time. |
| | b. HCl | 1.7E–03 lb per MMBtu of heat input. | 2.9E–03 lb per MMBtu of steam output or 1.8E–02 lb per MWh. | For M26A, collect a minimum of 2 dscm per run; for M26, collect a minimum of 240 liters per run. |
| | c. Mercury | 7.9E–06 lb per MMBtu of heat input. | 1.4E–05 lb per MMBtu of steam output or 8.3E–05 lb per MWh. | For M29, collect a minimum of 3 dscm per run; for M30A or M30B, collect a minimum sample as specified in the method; for ASTM D6784 [b] collect a minimum of 2 dscm. |
| | d. Filterable PM (or TSM) | 6.7E–03 lb per MMBtu of heat input or (2.1E–04 lb per MMBtu of heat input). | 1.2E–02 lb per MMBtu of steam output or 7.0E–02 lb per MWh; or (3.5E–04 lb per MMBtu of steam output or 2.2E–03 lb per MWh). | Collect a minimum of 3 dscm per run. |

[a] If you are conducting stack tests to demonstrate compliance and your performance tests for this pollutant for at least 2 consecutive years show that your emissions are at or below this limit, you can skip testing according to § 63.7515 if all of the other provisions of § 63.7515 are met. For all other pollutants that do not contain a footnote a, your performance tests for this pollutant for at least 2 consecutive years must show that your emissions are at or below 75 percent of this limit in order to qualify for skip testing.

[b] Incorporated by reference, see § 63.14.

■ 30. Table 3 to subpart DDDDD of part 63 is revised to read as follows:

As stated in § 63.7500, you must comply with the following applicable work practice standards:

TABLE 3 TO SUBPART DDDDD OF PART 63—WORK PRACTICE STANDARDS

| If your unit is . . . | You must meet the following . . . |
|---|---|
| 1. A new or existing boiler or process heater with a continuous oxygen trim system that maintains an optimum air to fuel ratio, or a heat input capacity of less than or equal to 5 million Btu per hour in any of the following subcategories: unit designed to burn gas 1; unit designed to burn gas 2 (other); or unit designed to burn light liquid, or a limited use boiler or process heater. | Conduct a tune-up of the boiler or process heater every 5 years as specified in § 63.7540. |
| 2. A new or existing boiler or process heater without a continuous oxygen trim system and with heat input capacity of less than 10 million Btu per hour in the unit designed to burn heavy liquid or unit designed to burn solid fuel subcategories; or a new or existing boiler or process heater with heat input capacity of less than 10 million Btu per hour, but greater than 5 million Btu per hour, in any of the following subcategories: unit designed to burn gas 1; unit designed to burn gas 2 (other); or unit designed to burn light liquid. | Conduct a tune-up of the boiler or process heater biennially as specified in § 63.7540. |
| 3. A new or existing boiler or process heater without a continuous oxygen trim system and with heat input capacity of 10 million Btu per hour or greater. | Conduct a tune-up of the boiler or process heater annually as specified in § 63.7540. Units in either the Gas 1 or Metal Process Furnace subcategories will conduct this tune-up as a work practice for all regulated emissions under this subpart. Units in all other subcategories will conduct this tune-up as a work practice for dioxins/furans. |
| 4. An existing boiler or process heater located at a major source facility, not including limited use units. | Must have a one-time energy assessment performed by a qualified energy assessor. An energy assessment completed on or after January 1, 2008, that meets or is amended to meet the energy assessment requirements in this table, satisfies the energy assessment requirement. A facility that operates under an energy management program compatible with ISO 50001 that includes the affected units also satisfies the energy assessment requirement. The energy assessment must include the following with extent of the evaluation for items a. to e. appropriate for the on-site technical hours listed in § 63.7575:<br>a. A visual inspection of the boiler or process heater system. |

(ii) * * *

(*a*) Multiplying the mass amount of emissions (tpy), for each of the six greenhouse gases in the pollutant GHGs, by the gas's associated global warming potential published at Table A–1 to subpart A of part 98 of this chapter—Global Warming Potentials. For purposes of this paragraph (b)(48)(ii)(*a*), prior to [DATE 3 YEARS AFTER THE EFFECTIVE DATE OF THE FINAL DEFERRAL RULE], the mass of the greenhouse gas carbon dioxide shall not include carbon dioxide emissions resulting from the combustion or decomposition of non-fossilized and biodegradable organic material originating from plants, animals, or micro-organisms (including products, by-products, residues and waste from agriculture, forestry and related industries as well as the non-fossilized and biodegradable organic fractions of industrial and municipal wastes, including gases and liquids recovered from the decomposition of non-fossilized and biodegradable organic material).

* * * * *

## PART 52—[AMENDED]

3. The authority citation for part 52 continues to read as follows:

**Authority:** 42 U.S.C. 7401, *et seq.*

## Subpart A—[Amended]

4. Section 52.21 is amended by revising paragraph (b)(49)(ii)(*a*) to read as follows:

### § 52.21 Prevention of significant deterioration of air quality.

* * * * *

(b) * * *

(49) * * *

(ii) * * *

(*a*) Multiplying the mass amount of emissions (tpy), for each of the six greenhouse gases in the pollutant GHGs, by the gas's associated global warming potential published at Table A–1 to subpart A of part 98 of this chapter—Global Warming Potentials. For purposes of this paragraph, prior to [DATE 3 YEARS AFTER THE EFFECTIVE DATE OF THE FINAL DEFERRAL RULE], the mass of the greenhouse gas carbon dioxide shall not include carbon dioxide emissions resulting from the combustion or decomposition of non-fossilized and biodegradable organic material originating from plants, animals, or micro-organisms (including products, by-products, residues and waste from agriculture, forestry and related industries as well as the non-fossilized and biodegradable organic fractions of industrial and municipal wastes, including gases and liquids recovered from the decomposition of non-fossilized and biodegradable organic material).

* * * * *

## PART 70—[AMENDED]

5. The authority citation for part 70 continues to read as follows:

**Authority:** 42 U.S.C. 7401, *et seq.*

6. Section 70.2 is amended by revising paragraph (2) of the definition of "Subject to regulation" to read as follows:

### § 70.2 Definitions.

* * * * *

*Subject to regulation* * * *

(2) The term tpy $CO_2$ equivalent emissions ($CO_2e$) shall represent an amount of GHGs emitted, and shall be computed by multiplying the mass amount of emissions (tpy), for each of the six greenhouse gases in the pollutant GHGs, by the gas's associated global warming potential published at Table A–1 to subpart A of part 98 of this chapter—Global Warming Potentials, and summing the resultant value for each to compute a tpy $CO_2e$. For purposes of this paragraph, prior to [DATE 3 YEARS AFTER THE EFFECTIVE DATE OF THE FINAL DEFERRAL RULE], the mass of the greenhouse gas carbon dioxide shall not include carbon dioxide emissions resulting from the combustion or decomposition of non-fossilized and biodegradable organic material originating from plants, animals, or micro-organisms (including products, by-products, residues and waste from agriculture, forestry and related industries as well as the non-fossilized and biodegradable organic fractions of industrial and municipal wastes, including gases and liquids recovered from the decomposition of non-fossilized and biodegradable organic material).

* * * * *

## PART 71—[AMENDED]

7. The authority citation for part 51 continues to read as follows:

**Authority:** 42 U.S.C. 7401, *et seq.*

## Subpart A—[Amended]

8. Section 71.2 is amended by revising paragraph (2) of the definition of "Subject to regulation" to read as follows:

### § 71.2 Definitions.

* * * * *

*Subject to regulation* * * *

(2) The term tpy $CO_2$ equivalent emissions ($CO_2e$) shall represent an amount of GHGs emitted, and shall be computed by multiplying the mass amount of emissions (tpy), for each of the six greenhouse gases in the pollutant GHGs, by the gas's associated global warming potential published at Table A–1 to subpart A of part 98 of this chapter—Global Warming Potentials, and summing the resultant value for each to compute a tpy $CO_2e$. For purposes of this paragraph, prior to [DATE 3 YEARS AFTER THE EFFECTIVE DATE OF THE FINAL DEFERRAL RULE], the mass of the greenhouse gas carbon dioxide shall not include carbon dioxide emissions resulting from the combustion or decomposition of non-fossilized and biodegradable organic material originating from plants, animals, or micro-organisms (including products, by-products, residues and waste from agriculture, forestry and related industries as well as the non-fossilized and biodegradable organic fractions of industrial and municipal wastes, including gases and liquids recovered from the decomposition of non-fossilized and biodegradable organic material).

* * * * *

[FR Doc. 2011–6438 Filed 3–18–11; 8:45 am]

BILLING CODE 6560–50–P

## ENVIRONMENTAL PROTECTION AGENCY

## 40 CFR Parts 60 and 63

**[EPA–HQ–OAR–2002–0058; EPA–HQ–OAR–2006–0790; EPA–HQ–OAR–2003–0119; FRL–9272–7]**

**RIN 2060–AQ25; RIN 2060–AM44; RIN 2060–AO12**

# National Emission Standards for Hazardous Air Pollutants; Notice of Reconsideration

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Notice of reconsideration of final rules.

**SUMMARY:** EPA is initiating a reconsideration process with respect to certain aspects of the national emission standards for hazardous air pollutants (NESHAP) for new and existing sources for Major Source Industrial, Commercial, and Institutional Boilers and Process Heaters; the NESHAP for new and existing sources for Area Source Industrial, Commercial, and Institutional Boilers; and standards of performance for new Commercial and

Industrial Solid Waste Incineration Units and emission guidelines for existing Commercial and Industrial Solid Waste Incineration Units published as final rules elsewhere in this issue of this **Federal Register**.

**FOR FURTHER INFORMATION CONTACT:** National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters: Mr. Brian Shrager, Energy Strategies Group, Sector Policies and Programs Division, (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; Telephone number: (919) 541–7689; Fax number (919) 541–5450; E-mail address: *shrager.brian@epa.gov.*

National Emission Standards for Hazardous Air Pollutants for Area Sources: Industrial, Commercial, and Institutional Boilers: Mr. Jim Eddinger, Energy Strategies Group, Sector Policies and Programs Division, (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; telephone number: (919) 541–5426; Fax number (919) 541–5450; e-mail address: *eddinger.jim@epa.gov.*

Standards of Performance for New Stationary Sources and Emission Guidelines for Existing Sources: Commercial and Industrial Solid Waste Incineration (CISWI) Units: Ms. Toni Jones, Natural Resource and Commerce Group, Sector Policies and Programs Division (E143–03), Environmental Protection Agency, Research Triangle Park, North Carolina 27711; telephone number: (919) 541–0316; fax number: (919) 541–3470; e-mail address: *jones.toni@epa.gov.*

**SUPPLEMENTARY INFORMATION:**

## I. General Information

*A. Reconsideration of the Emissions Standards for Major Boilers and Process Heaters, Area Source Boilers, and Commercial and Industrial Solid Waste Incinerators*

In separate final rules documents published elsewhere in today's **Federal Register**, EPA is issuing emissions standards for new and existing sources in the following source categories: Major source boilers and process heaters, area source boilers, and commercial and industrial solid waste incinerators. In this notice, we are convening a proceeding for reconsideration of certain portions of these emissions standards. The Agency is in the process of developing a proposed reconsideration notice that identifies the specific elements of the rules for which we believe further public comment is appropriate and any provisions that we propose to modify after more fully evaluating the data and comments already received. At that time, we may also seek public comment on other aspects of the portions of the rules we decide to reconsider in addition to other provisions in these rules. We will also evaluate any petitions submitted to the Agency by members of the public requesting that the Agency reconsider any aspects of these rules. We intend to consider for inclusion in any forthcoming proposed reconsideration notice all additional issues for which we determine that reconsideration is appropriate.

We recognize that certain issues of central relevance to these rules arose after the period for public comment or may have been impracticable to comment upon. Therefore, we believe that reconsideration is appropriate under section 307(d)(7)(B) of the Clean Air Act. While we have taken final action on the rules identified above, and believe that the final rules reflect reasonable approaches consistent with the requirements of the Clean Air Act, some of the issues identified in the comments raise difficult technical issues that we believe may benefit from additional public involvement.

Therefore, we are initiating reconsideration of a number of issues in the major and area sources boilers rules, and the commercial and industrial solid waste incineration rule. The following issues concern provisions in the final rules that are appropriate and consistent with the requirements of the Act, but for which we believe reconsideration and additional opportunity for public review and comment should be obtained:

- Revisions to the proposed subcategories in the major source boilers rule.
- Establishment of a fuel specification in the major source boilers rule through which gas-fired boilers that use a fuel other than natural gas may be considered Gas 1 units.
- Establishing work practice standards for limited use major source boilers.
- Establishment of standards for biomass and oil-fired area source boilers based on generally available control technology.
- Revision of the proposed subcategory for energy recovery units for CISWI units.
- Establishment of limitations on fuel switching provisions for CISWI units.
- Revision to the proposed definition of CISWI to exclude cyclonic burn barrels.
- Providing an affirmative defense for malfunction events for major and area source boilers and for CISWI units.

The following additional issues concern actions taken in the final rules for which we believe reconsideration under section 307(d) and, potentially, further revisions may be warranted because they involve issues of central relevance that arose after the period for public comment or may have been impracticable to comment upon:

- Revisions to the proposed monitoring requirements for carbon monoxide for major source boilers and for CISWI units.
- Revisions to the proposed dioxin emission limit and testing requirement for major source boilers.
- Establishing a full-load stack test requirement for carbon monoxide coupled with continuous oxygen monitoring for major source boilers and CISWI units.
- Establishing a definition of "homogenous waste" in the CISWI rule.
- Setting PM standards under generally available control technology for oil-fired area source boilers.
- Certain findings regarding the applicability of Title V permitting requirements for area source boilers.

Additional information concerning issues and concerns presented by commenters can be found in the dockets accompanying each of the rules under reconsideration in today's notice.

### List of Subjects

*40 CFR Part 60*

Environmental protection, Air pollution control, Hazardous substances, Reporting and recordkeeping requirements.

*40 CFR Part 63*

Environmental protection, Air pollution control, Hazardous substances, Reporting and recordkeeping requirements.

Dated: February 21, 2011.

**Lisa P. Jackson,**

*Administrator.*

[FR Doc. 2011–4490 Filed 3–18–11; 8:45 am]

**BILLING CODE 6560–50–P**

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO
USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 127 of 496


**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[EPA–HQ–OAR–2002–0058; FRL–9272–8]**

**RIN 2060–AQ25**

# National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Final rule.

**SUMMARY:** On September 13, 2004, under authority of section 112 of the Clean Air Act, EPA promulgated national emission standards for hazardous air pollutants for new and existing industrial/commercial/institutional boilers and process heaters. On June 19, 2007, the United States Court of Appeals for the District of Columbia Circuit vacated and remanded the standards.

In response to the Court's vacatur and remand, EPA is, in this action, establishing emission standards that will require industrial/commercial/institutional boilers and process heaters located at major sources to meet hazardous air pollutants standards reflecting the application of the maximum achievable control technology. This rule protects air quality and promotes public health by reducing emissions of the hazardous air pollutants listed in section 112(b)(1) of the Clean Air Act.

**DATES:** This final rule is effective on May 20, 2011. The incorporation by reference of certain publications listed in this rule is approved by the Director of the Federal Register as of May 20, 2011.

**ADDRESSES:** EPA established a single docket under Docket ID No. EPA–HQ–OAR–2002–0058 for this action. All documents in the docket are listed on the *http://www.regulations.gov* Web site. Although listed in the index, some information is not publicly available, *e.g.*, confidential business information or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, is not placed on the Internet and will be publicly available only in hard copy form. Publicly available docket materials are available either electronically through *http://www.regulations.gov* or in hard copy at EPA's Docket Center, Public Reading Room, EPA West Building, Room 3334, 1301 Constitution Avenue, NW., Washington, DC 20004. This Docket Facility is open from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays. The telephone number for the Public Reading Room is (202) 566–1744, and the telephone number for the Air Docket is (202) 566–1741.

**FOR FURTHER INFORMATION CONTACT:** Mr. Brian Shrager, Energy Strategies Group, Sector Policies and Programs Division, (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; Telephone number: (919) 541–7689; Fax number (919) 541–5450; E-mail address: *shrager.brian@epa.gov.*

**SUPPLEMENTARY INFORMATION:** The information presented in this preamble is organized as follows:

I. General Information
  A. Does this action apply to me?
  B. Where can I get a copy of this document?
  C. Judicial Review
II. Background Information
  A. What is the statutory authority for this final rule?
  B. EPA's Response to the Vacatur
  C. What is the relationship between this final rule and other combustion rules?
  D. What are the health effects of pollutants emitted from industrial/commercial/institutional boilers and process heaters?
  E. What are the costs and benefits of this final rule?
III. Summary of this Final Rule
  A. What is the source category regulated by this final rule?
  B. What is the affected source?
  C. What are the pollutants regulated by this final rule?
  D. What emission limits and work practice standards must I meet?
  E. What are the requirements during periods of startup, shutdown, and malfunction?
  F. What are the testing and initial compliance requirements?
  G. What are the continuous compliance requirements?
  H. What are the notification, recordkeeping and reporting requirements?
  I. Submission of Emissions Test Results to EPA
IV. Summary of Significant Changes Since Proposal
  A. Applicability
  B. Subcategories
  C. Emission Limits
  D. Work Practices
  E. Energy Assessment Requirements
  F. Requirements During Startup, Shutdown, and Malfunction
  G. Testing and Initial Compliance
  H. Continuous Compliance
  I. Notification, Recordkeeping and Reporting
  J. Technical/Editorial Corrections
  K. Other
V. Major Source Public Comments and Responses
  A. MACT Floor Analysis
  B. Beyond the Floor
  C. Rationale for Subcategories
  D. Work Practices
  E. New Data/Technical Corrections to Old Data
  F. Startup, Shutdown, and Malfunction Requirements
  G. Health Based Compliance Alternatives
  H. Biased Data Collection From Phase II Information Collection Request Testing
  I. Issues Related to Carbon Monoxide Emission Limits
  J. Cost Issues
  K. Non-Hazardous Secondary Materials
VI. Impacts of This Final Rule
  A. What are the air impacts?
  B. What are the water and solid waste impacts?
  C. What are the energy impacts?
  D. What are the cost impacts?
  E. What are the economic impacts?
  F. What are the benefits of this final rule?
  G. What are the secondary air impacts?
VII. Relationship of Final Action to Section 112(c)(6) of the Clean Air Act
VIII. Statutory and Executive Order Reviews
  A. Executive Orders 12866 and 13563: Regulatory Planning and Review
  B. Paperwork Reduction Act
  C. Regulatory Flexibility Act as Amended by the Small Business Regulatory Enforcement Fairness Act of 1996, 5 U.S.C. 601 *et seq.*
  D. Unfunded Mandates Reform Act of 1995
  E. Executive Order 13132: Federalism
  F. Executive Order 13175: Consultation and Coordination With Indian Tribal Governments
  G. Executive Order 13045: Protection of Children From Environmental Health Risks and Safety Risks
  H. Executive Order 13211: Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use
  I. National Technology Transfer and Advancement Act
  J. Executive Order 12898: Federal Actions to Address Environmental Justice in Minority Populations and Low-Income Populations
  K. Congressional Review Act

## I. General Information

### *A. Does this action apply to me?*

The regulated categories and entities potentially affected by the final standards include:

| Category | NAICS code [1] | Examples of potentially regulated entities |
|---|---|---|
| Any industry using a boiler or process heater as defined in the final rule. | 211 .................. | Extractors of crude petroleum and natural gas. |

| Category | NAICS code [1] | Examples of potentially regulated entities |
|---|---|---|
| | 321 | Manufacturers of lumber and wood products. |
| | 322 | Pulp and paper mills. |
| | 325 | Chemical manufacturers. |
| | 324 | Petroleum refineries, and manufacturers of coal products. |
| | 316, 326, 339 | Manufacturers of rubber and miscellaneous plastic products. |
| | 331 | Steel works, blast furnaces. |
| | 332 | Electroplating, plating, polishing, anodizing, and coloring. |
| | 336 | Manufacturers of motor vehicle parts and accessories. |
| | 221 | Electric, gas, and sanitary services. |
| | 622 | Health services. |
| | 611 | Educational services. |

[1] North American Industry Classification System.

This table is not intended to be exhaustive, but rather provides a guide for readers regarding entities likely to be affected by this action. To determine whether your facility, company, business, organization, etc., would be regulated by this action, you should examine the applicability criteria in 40 CFR 63.7485 of subpart DDDDD (National Emission Standards for Hazardous Air Pollutants (NESHAP) for Industrial, Commercial, and Institution Boilers and Process Heaters). If you have any questions regarding the applicability of this action to a particular entity, consult either the air permitting authority for the entity or your EPA regional representative as listed in 40 CFR 63.13 of subpart A (General Provisions).

*B. Where can I get a copy of this document?*

In addition to being available in the docket, an electronic copy of this action will also be available on the Worldwide Web (WWW) through the Technology Transfer Network (TTN). Following signature, a copy of the action will be posted on the TTN's policy and guidance page for newly proposed or promulgated rules at the following address: *http://www.epa.gov/ttn/oarpg/.* The TTN provides information and technology exchange in various areas of air pollution control.

*C. Judicial Review*

Under the Clean Air Act (CAA) section 307(b)(1), judicial review of this final rule is available only by filing a petition for review in the U.S. Court of Appeals for the District of Columbia Circuit by May 20, 2011. Under CAA section 307(d)(7)(B), only an objection to this final rule that was raised with reasonable specificity during the period for public comment can be raised during judicial review. This section also provides a mechanism for us to convene a proceeding for reconsideration, "[i]f the person raising an objection can demonstrate to EPA that it was impracticable to raise such objection within [the period for public comment] or if the grounds for such objection arose after the period for public comment (but within the time specified for judicial review) and if such objection is of central relevance to the outcome of this rule." Any person seeking to make such a demonstration to us should submit a Petition for Reconsideration to the Office of the Administrator, Environmental Protection Agency, Room 3000, Ariel Rios Building, 1200 Pennsylvania Ave., NW., Washington, DC 20004, with a copy to the person listed in the preceding **FOR FURTHER INFORMATION CONTACT** section, and the Associate General Counsel for the Air and Radiation Law Office, Office of General Counsel (Mail Code 2344A), Environmental Protection Agency, 1200 Pennsylvania Ave., NW., Washington, DC 20004. Note, under CAA section 307(b)(2), the requirements established by this final rule may not be challenged separately in any civil or criminal proceedings brought by EPA to enforce these requirements.

## II. Background Information

*A. What is the statutory authority for this final rule?*

Section 112(d) of the CAA requires EPA to set emissions standards for hazardous air pollutants (HAP) emitted by major stationary sources based on the performance of the maximum achievable control technology (MACT). The MACT standards for existing sources must be at least as stringent as the average emissions limitation achieved by the best performing 12 percent of existing sources (for which the Administrator has emissions information) or the best performing 5 sources for source categories with less than 30 sources (CAA section 112(d)(3)(A) and (B)). This level of minimum stringency is called the MACT floor. For new sources, MACT standards must be at least as stringent as the control level achieved in practice by the best controlled similar source (CAA section 112(d)(3)). EPA also must consider more stringent "beyond-the-floor" control options. When considering beyond-the-floor options, EPA must consider not only the maximum degree of reduction in emissions of HAP, but must take into account costs, energy, and nonair environmental impacts when doing so.

With respect to alkylated lead compounds; polycyclic organic matter (POM); hexachlorobenzene; mercury (Hg); polychlorinated biphenyls; 2,3,7,8-tetrachlorodibenzofurans; and 2,3,7,8-tetrachlorodibenzo-p-dioxin, the CAA section 112(c)(6) requires EPA to list categories and subcategories of sources assuring that sources accounting for not less than 90 percent of the aggregate emissions of each such pollutant are subject to standards under subsection 112(d)(2) or (d)(4). Standards established under CAA section 112(d)(2) must reflect the performance of MACT. "Industrial Coal Combustion," "Industrial Oil Combustion," "Industrial Wood/Wood Residue Combustion," "Commercial Coal Combustion," "Commercial Oil Combustion," and "Commercial Wood/Wood Residue Combustion" are listed as source categories for regulation pursuant to CAA section 112(c)(6) due to emissions of POM and Hg (63 FR 17838, 17848, April 10, 1998). In the documentation for the 112(c)(6) listing, the commercial fuel combustion categories included institutional fuel combustion ("1990 Emissions Inventory of Section 112(c)(6) Pollutants, Final Report," April 1998).

CAA section 129(a)(1)(A) requires EPA to establish specific performance standards, including emission limitations, for "solid waste incineration units" generally, and, in particular, for "solid waste incineration units combusting commercial or industrial waste" (section 129(a)(1)(D)). Section 129 defines "solid waste incineration unit" as "a distinct operating unit of any facility which combusts any solid waste material from commercial or industrial establishments or the general public."

*D. What are the health effects of pollutants emitted from industrial/commercial/institutional boilers and process heaters?*

This final rule protects air quality and promotes the public health by reducing emissions of some of the HAP listed in CAA section 112(b)(1). As noted above, emissions data collected during development of the rule show that hydrogen chloride (HCl) emissions represent the predominant HAP emitted by industrial, commercial, and institutional (ICI) boilers, accounting for 69 percent of the total HAP emissions.[1] ICI boilers and process heaters also emit lesser amounts of hydrogen fluoride, accounting for about 21 percent of total HAP emissions, and metals (arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese (Mn), Hg, nickel, and selenium) accounting for about 6 percent of total HAP emissions. Organic HAP (formaldehyde, POM, acetaldehyde, benzene) account for about 4 percent of total HAP emissions. Exposure to these HAP, depending on exposure duration and levels of exposures, can be associated with a variety of adverse health effects. These adverse health effects may include, for example, irritation of the lung, skin, and mucus membranes, effects on the central nervous system, damage to the kidneys, and alimentary effects such as nausea and vomiting. We have classified two of the HAP as human carcinogens (arsenic and chromium VI) and four as probable human carcinogens (cadmium, lead, dioxins/furans, and nickel). We do not know the extent to which the adverse health effects described above occur in the populations surrounding these facilities. However, to the extent the adverse effects do occur, this final rule would reduce emissions and subsequent exposures.

*E. What are the costs and benefits of this final rule?*

EPA estimated the costs and benefits associated with the final rule, and the results are shown in the following table. For more information on the costs and benefits for this rule, *see* the Regulatory Impact Analysis (RIA).

SUMMARY OF THE MONETIZED BENEFITS, SOCIAL COSTS, AND NET BENEFITS FOR THE BOILER MACT IN 2014

[Millions of 2008$]

| | 3% Discount rate | 7% Discount rate |
|---|---|---|
| **Selected** | | |
| Total Monetized Benefits[2] | \$22,000 to \$54,000 | \$20,000 to \$49,000 |
| Total Social Costs[3] | \$1,500 | \$1,500 |
| Net Benefits | \$20,500 to \$52,500 | \$18,500 to \$47,500 |
| Non-monetized Benefits | 112,000 tons of CO, 30,000 tons of HCl, 820 tons of HF, 2,800 pounds of Hg. | |
| | 2,700 tons of other metals, 23 grams of dioxins/furans (TEQ), Health effects from $SO_2$ exposure, Ecosystem effects, Visibility impairment. | |
| **Alternative** | | |
| Total Monetized Benefits[2] | \$18,000 to \$43,000 | \$16,000 to \$39,000 |
| Total Social Costs[3] | \$1,900 | \$1,900 |
| Net Benefits | \$16,100 to \$41,100 | \$14,100 to \$37,100 |
| Non-monetized Benefits | 112,000 tons of CO, 22,000 tons of HCl, 620 tons of HF, 2,400 pounds of Hg, 2,600 tons of other metals, 23 grams of dioxins/furans (TEQ), Health effects from $SO_2$ exposure, Ecosystem effects, Visibility impairment. | |

[1] All estimates are for the implementation year (2014), and are rounded to two significant figures. These results include units anticipated to come online and the lowest cost disposal assumption.

[2] The total monetized benefits reflect the human health benefits associated with reducing exposure to $PM_{2.5}$ through reductions of directly emitted $PM_{2.5}$ and $PM_{2.5}$ precursors such as $SO_2$, as well as reducing exposure to ozone through reductions of VOCs. It is important to note that the monetized benefits include many but not all health effects associated with $PM_{2.5}$ exposure. Benefits are shown as a range from Pope *et al.* (2002) to Laden *et al.* (2006). These models assume that all fine particles, regardless of their chemical composition, are equally potent in causing premature mortality because there is no clear scientific evidence that would support the development of differential effects estimates by particle type. These estimates include energy disbenefits valued at \$23 million for the selected option and \$35 million for the alternative option. Ozone benefits are valued at \$3.6 to \$15 million for both options.

[3] The methodology used to estimate social costs for one year in the multimarket model using surplus changes results in the same social costs for both discount rates.

## III. Summary of This Final Rule

This section summarizes the requirements of this action. Section IV below provides a summary of the significant changes to this final rule following proposal.

*A. What is the source category regulated by this final rule?*

ICI boilers and process heaters located at major sources of HAP are regulated by this final rule. Waste heat boilers and boilers and process heaters that combust solid waste, except for specific exceptions to the definition of a solid waste incineration unit outlined in section 129(g)(1), are not subject to this final rule.

*B. What is the affected source?*

This final rule affects industrial boilers, institutional boilers, commercial boilers, and process heaters. A process heater is defined as a unit in which the combustion gases do not directly come into contact with process material or gases in the combustion chamber (*e.g.*, indirect fired). A boiler is defined as an enclosed device using controlled flame combustion and having the primary purpose of recovering thermal energy in the form of steam or hot water.

[1] *See* Memorandum "Methodology for Estimating Impacts from Industrial, Commercial, Institutional Boilers and Process Heaters at Major Sources of Hazardous Air Pollutant Emissions" located in the docket.

*C. What are the pollutants regulated by this final rule?*

This final rule regulates HCl (as a surrogate for acid gas HAP), PM (as a surrogate for non-Hg HAP metals), carbon monoxide (CO) (as a surrogate for non-dioxin/furan organic HAP), Hg, and dioxin/furan emissions from boilers and process heaters.

*D. What emission limits and work practice standards must I meet?*

You must meet the emission limits presented in Table 1 of this preamble. This final rule includes 15 subcategories. Emission limits are established for new and existing sources for each of the subcategories, which are based on unit design.

Metallic HAP (regulated using PM as a surrogate), HCl, and Hg are "fuel-based pollutants" that are a direct result of contaminants in the fuels that are combusted. For those pollutants, if your new or existing unit combusts at least 10 percent solid fuel on an annual basis, your unit is subject to emission limits that are based on data from all of the solid fuel-fired combustor designs. If your new or existing unit combusts at least 10 percent liquid fuel and less than 10 percent solid fuel and your facility is located in the continental United States, your unit is subject to the liquid fuel emission limits for the fuel-based pollutants. If your facility is located outside of North America (referred to as a non-continental unit for the remainder of the preamble and in this final rule) and your new or existing unit combusts at least 10 percent liquid fuel and less than 10 percent solid fuel, your unit is subject to the non-continental liquid fuel emission limits for the fuel-based pollutants. Finally, for the fuel-based pollutants, if your unit combusts gaseous fuel that does not qualify as a "Gas 1" fuel, your unit is subject to the Gas 2 emission limits in Table 1 of this preamble. If your unit is a Gas 1 unit (that is, it combusts only natural gas, refinery gas, or equivalent fuel (other gas that qualifies as Gas 1 fuel)), with limited exceptions for gas curtailments and emergencies, your unit is subject to a work practice standard that requires an annual tune-up in lieu of emission limits.

For the combustion-based pollutants, CO (used as a surrogate for non-dioxin organic HAP) and dioxin/furan, your unit is subject to the emission limits for the design-based subcategories shown in Table 1 of this preamble. If your new or existing boiler or process heater burns at least 10 percent biomass on an annual average heat input[2] basis, the unit is in one of the biomass subcategories. If your new or existing boiler or process heater burns at least 10 percent coal, on an annual average heat input basis, and less than 10 percent biomass, on an annual average heat input basis, the unit is in one of the coal subcategories. If your facility is located in the continental United States and your new or existing boiler or process heater burns at least 10 percent liquid fuel (such as distillate oil, residual oil) and less than 10 percent coal and less than 10 percent biomass, on an annual average heat input basis, your unit is in the liquid subcategory. If your non-continental new or existing boiler or process heater burns at least 10 percent liquid fuel (such as distillate oil, residual oil) and less than 10 percent coal and less than 10 percent biomass, on an annual average heat input basis, your unit is in the non-continental liquid subcategory. Finally, for the combustion-based pollutants, if your unit combusts gaseous fuel that does not qualify as a "Gas 1" fuel, your unit is subject to the Gas 2 emission limits in Table 1. If your unit combusts only natural gas, refinery gas, or equivalent fuel (other gas that qualifies as Gas 1 fuel), with limited exceptions for gas curtailment and emergencies, your unit is subject to a work practice standard that requires an annual tune-up in lieu of emission limits.

TABLE 1—EMISSION LIMITS FOR BOILERS AND PROCESS HEATERS

[Pounds per million British thermal units]

| Subcategory | Particulate matter (PM) | Hydrogen chloride (HCl) | Mercury (Hg) | Carbon monoxide (CO) (ppm @3% oxygen) | Dioxin/furan (TEQ) (ng/dscm) |
|---|---|---|---|---|---|
| Existing—Coal Stoker | 0.039 | 0.035 | 0.0000046 | 270 | 0.003 |
| Existing—Coal Fluidized Bed | 0.039 | 0.035 | 0.0000046 | 82 | 0.002 |
| Existing—Pulverized Coal | 0.039 | 0.035 | 0.0000046 | 160 | 0.004 |
| Existing—Biomass Stoker/other | 0.039 | 0.035 | 0.0000046 | 490 | 0.005 |
| Existing—Biomass Fluidized Bed | 0.039 | 0.035 | 0.0000046 | 430 | 0.02 |
| Existing—Biomass Dutch Oven/Suspension Burner | 0.039 | 0.035 | 0.0000046 | 470 | 0.2 |
| Existing—Biomass Fuel Cells | 0.039 | 0.035 | 0.0000046 | 690 | 4 |
| Existing—Biomass Suspension/Grate | 0.039 | 0.035 | 0.0000046 | 3,500 | 0.2 |
| Existing—Liquid | 0.0075 | 0.00033 | 0.0000035 | 10 | 4 |
| Existing—Gas 2 (Other Process Gases) | 0.043 | 0.0017 | 0.000013 | 9.0 | 0.08 |
| Existing—non-continental liquid | 0.0075 | 0.00033 | 0.00000078 | 160 | 4 |
| New—Coal Stoker | 0.0011 | 0.0022 | 0.0000035 | 6 | 0.003 |
| New—Coal Fluidized Bed | 0.0011 | 0.0022 | 0.0000035 | 18 | 0.002 |
| New—Pulverized Coal | 0.0011 | 0.0022 | 0.0000035 | 12 | 0.003 |
| New—Biomass Stoker | 0.0011 | 0.0022 | 0.0000035 | 160 | 0.005 |
| New—Biomass Fluidized Bed | 0.0011 | 0.0022 | 0.0000035 | 260 | 0.02 |
| New—Biomass Dutch Oven/Suspension Burner | 0.0011 | 0.0022 | 0.0000035 | 470 | 0.2 |
| New—Biomass Fuel Cells | 0.0011 | 0.0022 | 0.0000035 | 470 | 0.003 |
| New—Biomass Suspension/Grate | 0.0011 | 0.0022 | 0.0000035 | 1,500 | 0.2 |
| New—Liquid | 0.0013 | 0.00033 | 0.00000021 | 3 | 0.002 |
| New—Gas 2 (Other Process Gases) | 0.0067 | 0.0017 | 0.0000079 | 3 | 0.08 |
| New—non-continental liquid | 0.0013 | 0.00033 | 0.00000078 | 51 | 0.002 |

[2] Heat input means heat derived from combustion of fuel in a boiler or process heater and does not include the heat derived from preheated combustion air, recirculated flue gases or exhaust from other sources (such as stationary gas turbines, internal combustion engines, and kilns).

The emission limits in Table 1 apply only to new and existing boilers and process heaters that have a designed heat input capacity of 10 million British thermal units per hour (MMBtu/hr) or greater. We also are providing optional output-based standards in this final rule. Pursuant to CAA section 112(h), we are requiring a work practice standard for four particular classes of boilers and process heaters: New and existing units that have a designed heat input capacity of less than 10 MMBtu/hr, and new and existing units in the Gas 1 (natural gas/refinery gas) subcategory and in the metal process furnaces subcategory. The work practice standard for these boilers and process heaters requires the implementation of a tune-up program as described in section III.F of this preamble.

We are also finalizing a beyond-the-floor standard for all existing major source facilities having affected boilers or process heaters that would require the performance of a one-time energy assessment, as described in section III.F of this preamble, by qualified personnel, on the affected boilers and facility to identify any cost-effective energy conservation measures.

*E. What are the requirements during periods of startup, shutdown, and malfunction?*

Consistent with *Sierra Club* v. *EPA*, EPA has established standards in this final rule that apply at all times. In establishing the standards in this final rule, EPA has taken into account startup and shutdown periods and, for the reasons explained below, has established different standards for those periods.

EPA has revised this final rule to require sources to meet a work practice standard, which requires following the manufacturer's recommended procedures for minimizing periods of startup and shutdown, for all subcategories of new and existing boilers and process heaters (that would otherwise be subject to numeric emission limits) during periods of startup and shutdown. As discussed in Section V.F of this preamble, we considered whether performance testing, and therefore, enforcement of numeric emission limits, would be practicable during periods of startup and shutdown. EPA determined that it is not technically feasible to complete stack testing—in particular, to repeat the multiple required test runs—during periods of startup and shutdown due to physical limitations and the short duration of startup and shutdown periods. Therefore, we have established the separate work practice standard for periods of startup and shutdown.

Periods of startup, normal operations, and shutdown are all predictable and routine aspects of a source's operations. However, by contrast, malfunction is defined as a "sudden, infrequent, and not reasonably preventable failure of air pollution control and monitoring equipment, process equipment or a process to operate in a normal or usual manner * * * "(40 CFR 63.2). EPA has determined that malfunctions should not be viewed as a distinct operating mode and, therefore, any emissions that occur at such times do not need to be factored into development of CAA section 112(d) standards, which, once promulgated, apply at all times. In *Mossville Environmental Action Now* v. *EPA*, 370 F.3d 1232, 1242 (D.C. Cir. 2004), the court upheld as reasonable standards that had factored in variability of emissions under all operating conditions. However, nothing in section 112(d) or in case law requires that EPA anticipate and account for the innumerable types of potential malfunction events in setting emission standards. *See, Weyerhaeuser* v. *Costle*, 590 F.2d 1011, 1058 (D.C. Cir. 1978) ("In the nature of things, no general limit, individual permit, or even any upset provision can anticipate all upset situations. After a certain point, the transgression of regulatory limits caused by 'uncontrollable acts of third parties,' such as strikes, sabotage, operator intoxication or insanity, and a variety of other eventualities, must be a matter for the administrative exercise of case-by-case enforcement discretion, not for specification in advance by regulation.")

Further, it is reasonable to interpret section 112(d) as not requiring EPA to account for malfunctions in setting emissions standards. For example, we note that Section 112 uses the concept of "best performing" sources in defining MACT, the level of stringency that major source standards must meet. Applying the concept of "best performing" to a source that is malfunctioning presents significant difficulties. The goal of best performing sources is to operate in such a way as to avoid malfunctions of their units.

Moreover, even if malfunctions were considered a distinct operating mode, we believe it would be impracticable to take malfunctions into account in setting CAA section 112(d) standards for boilers and process heaters. As noted above, by definition, malfunctions are sudden and unexpected events and it would be difficult to set a standard that takes into account the myriad different types of malfunctions that can occur across all sources in the category. Moreover, malfunctions can vary in frequency, degree, and duration, further complicating standard setting.

In the event that a source fails to comply with the applicable CAA section 112(d) standards as a result of a malfunction event, EPA would determine an appropriate response based on, among other things, the good faith efforts of the source to minimize emissions during malfunction periods, including preventative and corrective actions, as well as root cause analyses to ascertain and rectify excess emissions. EPA would also consider whether the source's failure to comply with the CAA section 112(d) standard was, in fact, "sudden, infrequent, not reasonably preventable" and was not instead "caused in part by poor maintenance or careless operation." 40 CFR 63.2 (definition of malfunction).

Finally, EPA recognizes that even equipment that is properly designed and maintained can sometimes fail and that such failure can sometimes cause an exceedance of the relevant emission standard. (*See, e.g.,* State Implementation Plans: Policy Regarding Excessive Emissions During Malfunctions, Startup, and Shutdown (Sept. 20, 1999); Policy on Excess Emissions During Startup, Shutdown, Maintenance, and Malfunctions (Feb. 15, 1983)). EPA is, therefore, adding to this final rule an affirmative defense to civil penalties for exceedances of numerical emission limits that are caused by malfunctions. *See* 40 CFR 63.7575 (defining "affirmative defense" to mean, in the context of an enforcement proceeding, a response or defense put forward by a defendant, regarding which the defendant has the burden of proof, and the merits of which are independently and objectively evaluated in a judicial or administrative proceeding.). We also have added other regulatory provisions to specify the elements that are necessary to establish this affirmative defense; the source must prove by a preponderance of the evidence that it has met all of the elements set forth in 63.7501. (*See* 40 CFR 22.24). The criteria ensure that the affirmative defense is available only where the event that causes an exceedance of the emission limit meets the narrow definition of malfunction in 40 CFR 63.2 (sudden, infrequent, not reasonably preventable and not caused by poor maintenance and or careless operation). For example, to successfully assert the affirmative defense, the source must prove by a preponderance of the evidence that excess emissions "[w]ere caused by a sudden, infrequent, and unavoidable failure of air pollution control and monitoring equipment,

process equipment, or a process to operate in a normal or usual manner * * *.” The criteria also are designed to ensure that steps are taken to correct the malfunction, to minimize emissions in accordance with section 63.7500(a)(3) and to prevent future malfunctions. For example, the source must prove by a preponderance of the evidence that “[r]epairs were made as expeditiously as possible when the applicable emission limitations were being exceeded * * *” and that “[a]ll possible steps were taken to minimize the impact of the excess emissions on ambient air quality, the environment and human health * * *.” In any judicial or administrative proceeding, the Administrator may challenge the assertion of the affirmative defense and, if the respondent has not met its burden of proving all of the requirements in the affirmative defense, appropriate penalties may be assessed in accordance with Section 113 of the CAA (*see also* 40 CFR 22.77).

*F. What are the testing and initial compliance requirements?*

We are requiring that the owner or operator of a new or existing boiler or process heater must conduct performance tests to demonstrate compliance with all applicable emission limits. Affected units would be required to conduct the following compliance tests where applicable:

(1) Conduct initial and annual stack tests to determine compliance with the PM emission limits using EPA Method 5 or 17.

(2) Conduct initial and annual stack tests to determine compliance with the Hg emission limits using EPA method 29 or ASTM–D6784–02 (Ontario Hydro Method).

(3) Conduct initial and annual stack tests to determine compliance with the HCl emission limits using EPA Method 26A or EPA Method 26 (if no entrained water droplets in the sample).

(4) Use EPA Method 19 to convert measured concentration values to pound per million Btu values.

(5) Conduct initial and annual test to determine compliance with the CO emission limits using EPA Method 10.

(6) Conduct initial test to determine compliance with the dioxin/furan emission limits using EPA Method 23.

As part of the initial compliance demonstration, we are requiring that you monitor specified operating parameters during the initial performance tests that you would conduct to demonstrate compliance with the PM, Hg, HCl, CO, and dioxin/furan emission limits. You must calculate the average hourly parameter values measured during each test run over the three run performance test. The lowest or highest hourly average of the three test run values (depending on the parameter measured) for each applicable parameter would establish the site-specific operating limit. The applicable operating parameters for which operating limits would be required to be established are based on the emissions limits applicable to your unit as well as the types of add-on controls on the unit. The following is a summary of the operating limits that we are requiring to be established for the various types of the following units:

(1) For boilers and process heaters with wet PM scrubbers, you must measure pressure drop and liquid flow rate of the scrubber during the performance test, and calculate the average hourly values during each test run. The lowest hourly average determined during the three test runs establishes your minimum site-specific pressure drop and liquid flow rate operating levels.

(2) If you are complying with an HCl emission limit using a wet acid gas scrubber, you must measure pH and liquid flow rate of the scrubber sorbent during the performance test, and calculate the average hourly values during each test run of the performance test for HCl and determine the lowest hourly average of the pH and liquid flow rate for each test run for the performance test. This establishes your minimum pH and liquid flow rate operating limits.

(3) For boilers and process heaters with sorbent injection, you must measure the sorbent injection rate for each acid gas sorbent used during the performance tests for HCl and for activated carbon for Hg and dioxin/furan and calculate the hourly average for each sorbent injection rate during each test run. The lowest hourly average measured during the performance tests becomes your site-specific minimum sorbent injection rate operating limit. If different acid gas sorbents and/or injection rates are used during the HCl test, the lowest hourly average value for each sorbent becomes your site-specific operating limit. When your unit operates at lower loads, multiply your sorbent injection rate by the load fraction (operating heat input divided by the average heat input during your last compliance test for the appropriate pollutant) to determine the required parameter value.

(4) For boilers and process heaters with fabric filters not subject to PM Continuous Emission Monitoring System (CEMS) or continuous compliance with an opacity limit (*i.e.,* COMS), the fabric filter must be operated such that the bag leak detection system alarm does not sound more than 5 percent of the operating time during any 6-month period unless a CEMS is installed to measure PM.

(5) For boilers and process heaters with electrostatic precipitators (ESP) not subject to PM CEMS or continuous compliance with an opacity limit (*i.e.,* COMS) and you must measure the secondary voltage and secondary current of the ESP collection fields during the Hg and PM performance test. You then calculate the average total secondary electric power value from these parameters for each test run. The lowest average total secondary electric power measured during the three test runs establishes your site-specific minimum operating limit for the ESP.

(6) For boilers and process heaters that choose to demonstrate compliance with the Hg emission limit on the basis of fuel analysis, you are required to measure the Hg content of the inlet fuel that was burned during the Hg performance test. This value is your maximum fuel inlet Hg operating limit.

(7) For boilers and process heaters that choose to demonstrate compliance with the HCl emission limit on the basis of fuel analysis, you are required to measure the chlorine content of the inlet fuel that was burned during the HCl performance test. This value is your maximum fuel inlet chlorine operating limit.

(8) For boilers and process heaters that are subject to a CO emission limit and a dioxin/furan emission limit, you are required to measure the oxygen concentration in the flue gas during the initial CO and dioxin/furan performance test. The lowest hourly average oxygen concentration measured during the most recent performance test is your operating limit, and your unit must operate at or above your operating limit on a 12-hour block average basis.

These operating limits do not apply to owners or operators of boilers or process heaters having a heat input capacity of less than 10 MMBtu/hr or boilers or process heaters of any size which combust natural gas or other clean gas, metal process furnaces, or limited use units, as discussed in section IV.D.3 of this preamble. Instead, owners or operators of such boilers and process heaters shall submit to the delegated authority or EPA, as appropriate, if requested, documentation that a tune-up meeting the requirements of this final rule was conducted. In order to comply with the work practice standard, a tune-up procedure must include the following:

instead of generating steam. Process heaters are devices in which the combustion gases do not directly come into contact with process materials. For purposes of this subpart, a device combusting solid waste, as defined in 40 CFR 241.3, is not a process heater unless the device is exempt from the definition of a solid waste incineration unit as provided in CAA section 129(g)(1). Process heaters do not include units used for comfort heat or space heat, food preparation for on-site consumption, or autoclaves.

As a result of new data received for the floor calculations, revised treatment of low reported CO data to consider measurement error, and a new subcategorization scheme, some of the final CO limits for new sources in Table 1 of this final rule are more stringent than proposed, as are some of the other limits for certain subcategories (e.g., PM and Hg for liquid fuel units, and PM and HCl for solid fuel units when compared to the proposed new source limits for the proposed biomass/bio-based fuel subcategory). Where a final limit is more stringent than proposed, 40 CFR 63.6 of subpart A (General Provisions), requires that new sources that commenced construction between proposal and promulgation be allowed to comply with the proposed limits for 3 years (i.e., up to the existing source compliance date) and then comply with the final limits for new sources listed in Table 1 of this final rule. In this final rule we have added a new Table 12 to outline the emission limits applicable to sources that commenced construction between proposal and promulgation and updated the rule language to provide instructions on which limits apply to them for the 3 year period after this final rule is published. These sources have the option to comply with Table 1 (final) limits from the start, if they choose.

## V. Major Source Public Comments and Responses

### *A. MACT Floor Analysis*

#### 1. Pollutant-by-Pollutant Approach

*Comment:* Many commenters raised concerns about the way EPA determined the MACT floors using a pollutant-by-pollutant approach. Commenters contended that such a methodology produced limits that are not achievable in combination, and as such, the limits do not comport with the intent of the statute or the recent court decision (*NRDC* v. *EPA*, 2007). Commenters argue that while the Court's 2007 decision in *NRDC* v. *EPA* vacating the first ICI boiler and process heater MACT standard directed EPA to consider individual HAPs, it did not direct EPA to establish a separate floor for each HAP. Commenters further added that the Clean Air Act (CAA) directs EPA to set standards based on the overall performance of "sources" and sections 112(d)(1), (2), and (3) specify that emissions standards be established on the "in practice" performance of a "source" in the category or subcategory. If Congress had intended for EPA to establish MACT floor levels considering the achievable emission limits of individual HAPs, it could have worded 112(d)(3) to refer to the best-performing sources "for each pollutant." Many commenters added that EPA's discretion in setting standards is limited to distinguishing among classes, types, and sizes of sources. However, Congress limited EPA's authority to parse units and sources with similar design and types but it does not allow EPA to "distinguish" units and sources by individual pollutant as proposed in this rule [*Sierra Club* v. *EPA,* 551 F.3d 1019, 1028 (D.C. Cir. 2008)]. By calculating each MACT floor independently of the other pollutants, the combination of HAP limits results in a set of standards that only a hypothetical "best performing" unit could achieve.

Many commenters who criticized the pollutant-by-pollutant approach also filed comments on other rules such as the recent Portland Cement NESHAP and the NSPS and Emission Guidelines for Hospital/Medical Infectious Waste Incinerators (HMIWI). Some commenters expressed concern that EPA used a similar pollutant-by-pollutant approach in the HMIWI rulemaking and that rulemaking is being challenged before the D.C. Circuit. Commenters also submitted a variety of suggestions on calculating a multi-pollutant approach. Some commenters suggested that human health be considered by weighting pollutants according to relative-toxicity and then ranking the units in each subcategory according to their weighted emission totals in order to identify the best performing 12 percent of sources for all pollutants.

*Response:* We disagree with the commenters who believe MACT floors cannot be set on a pollutant-by-pollutant basis. Contrary to the commenters' suggestion, section 112(d)(3) does not mandate a total facility approach. A reasonable interpretation of section 112(d)(3) is that MACT floors may be established on a HAP-by-HAP basis, so that there can be different pools of best performers for each HAP. Indeed, as illustrated below, the total facility approach not only is not compelled by the statutory language but can lead to results so arbitrary that the approach may simply not be legally permissible.

Section 112(d)(3) is ambiguous as to whether the MACT floor is to be based on the performance of an entire source or on the performance achieved in controlling particular HAP. Congress specified in section 112(d)(3) the minimum level of emission reduction that could satisfy the requirement to adopt MACT. For new sources, this floor level is to be "the emission control that is achieved in practice by the best controlled similar source." For existing sources, the floor level is to be "the average emission limitation achieved by the best performing 12 percent of the existing sources" for categories and subcategories with 30 or more sources, or "the average emission limitation achieved by the best performing 5 sources" for categories and subcategories with fewer than 30 sources. Commenters point to the statute's reference to the best performing "sources," and claim that Congress would have specifically referred to the best performing sources "for each pollutant" if it intended for EPA to establish MACT floors separately for each HAP. EPA disagrees. The language of the Act does not address whether floor levels can be established HAP-by-HAP or by any other means. The reference to "sources" does not lead to the assumption the commenters make that the best performing sources can only be the best-performing sources for the entire suite of regulated HAP. Instead, the language can be reasonably interpreted as referring to the source as a whole or to performance as to a particular HAP. Similarly, the reference in the new source MACT floor provision to "emission control achieved by the best controlled similar source" can mean emission control as to a particular HAP or emission control achieved by a source as a whole.

Industry commenters also stressed that section 112(d) requires that floors be based on actual performance from real facilities, pointing to such language as "existing source", "best performing", and "achieved in practice". EPA agrees that this language refers to sources' actual operation, but again the language says nothing about whether it is referring to performance as to individual HAP or to single facility's performance for all HAP. Industry commenters also said that Congress could have mandated a HAP-by-HAP result by using the phrase "for each HAP" at appropriate points in section 112(d). The fact that Congress did not do so does not compel any inference that Congress was *sub-silentio* mandating a different result

when it left the provision ambiguous on this issue. The argument that MACT floors set HAP-by-HAP are based on the performance of a hypothetical facility, so that the limitations are not based on those achieved in practice, just re-begs the question of whether section 112(d)(3) refers to whole facilities or individual HAP. All of the limitations in the floors in this rule of course reflect sources' actual performance and were achieved in practice. Finally, there are a number of existing units that *meet all* of the final existing source emission limits.

Commenters also point to EPA's subcategorization authority, and claim that because Congress authorized EPA to distinguish among classes, types, and sizes of units, EPA cannot distinguish units by individual pollutant, as they allege EPA did in the proposed rule. However, that statutory language addresses EPA's authority to subcategorize sources within a source category prior to setting standards, which EPA has done for boilers and process heaters. EPA is not distinguishing within each subcategory based on HAP emitted. Rather, it is establishing emissions standards based on the emissions limits achieved by units in each subcategory. Therefore, EPA's subcategorization authority is irrelevant to the question of how EPA establishes MACT floor standards once it has made the decision to distinguish among sources and create subcategories.

EPA's long-standing interpretation of the Act is that the existing and new source MACT floors are to be established on a HAP-by-HAP basis. One reason for this interpretation is that a whole plant approach could yield least common denominator floors—that is floors reflecting mediocre or no control, rather than performance which is the average of what best performers have achieved. *See* 61 FR at 173687 (April 19, 1996); 62 FR at 48363–64 (September 15, 1997) (same approach adopted under the very similar language of section 129(a)(2)). Such an approach would allow the performance of sources that are outside of the best-performing 12 percent for certain pollutants to be included in the floor calculations for those same pollutants, and it is even conceivable that the worst performing source for a pollutant could be considered a best performer overall, a result Congress could not have intended. Inclusion of units that are outside of the best performing 12 percent for particular pollutants would lead to emission limits that do not meet the requirements of the statute.

For example, if the best performing 12 percent of facilities for HAP metals were also the worst performing units for organics, the floor for organics or metals would end up not reflecting best performance. In such a situation, EPA would have to make some type of value judgment as to which pollutant reductions are most critical to decide which sources are best controlled.[3] Such value judgments are antithetical to the direction of the statute at the MACT floor-setting stage. Commenters suggested that a multi-pollutant approach could be implemented by weighting pollutants according to relative toxicity and calculating weighted emissions totals to use as a basis for identifying and ranking best performers. This suggested approach would require EPA to essentially prioritize the regulated HAP based on relative risk to human health of each pollutant, where risk is a criterion that has no place in the establishment of MACT floors, which are required by statute to be based on technology.

The central purpose of the amended air toxic provisions was to apply strict technology-based emission controls on HAPs. *See*, *e.g.*, H. Rep. No. 952, 101st Cong. 2d sess. 338. The floor's specific purpose was to assure that consideration of economic and other impacts not be used to "gut the standards. While costs are by no means irrelevant, they should by no means be the determining factors. There needs to be a minimum degree of control in relation to the control technologies that have already been attained by the best existing sources." A Legislative History of the Clean Air Act *Vol. II* at 2897 (statement of Rep. Collins). An interpretation that the floor level of control must be limited by the performance of devices that only control some of these pollutants effectively "guts the standards" by including worse performers in the averaging process, whereas EPA's interpretation promotes the evident Congressional objective of having the floor reflect the average performance of best performing sources. Since Congress has not spoken to the precise question at issue, and the Agency's interpretation effectuates statutory goals and policies in a reasonable manner, its interpretation must be upheld. *See Chevron* v. *NRDC,* 467 U.S. 837 (1984).[4]

It is true that legislative history can sometimes be so clear as to give clear meaning to what is otherwise ambiguous statutory text. As just explained, EPA's HAP-by-HAP approach fulfills the evident statutory purpose and is supported by the most pertinent legislative history. A few industry commenters nonetheless indicated that a HAP-by-HAP approach is inconsistent with legislative history to section 112(d), citing to page 169 of the Senate Report. Since this Report was to a version of the bill which did not include a floor provision at all (much less the language at issue here), it is of no relevance. *National Lime II,* 233 F. 3d at 638.

Industry commenters also noted that EPA retains the duty to investigate and, if justifiable, to adopt beyond the floor standards, so that potential least common denominator floors resulting from the whole facility approach would not have to "gut the standards." That EPA may adopt more stringent standards based on what is "achievable" after considering costs and other factors is irrelevant to how EPA is required to set MACT floors. MACT floors must be based on the emission limitation achieved by the best performing 12 percent of existing sources, and, for new sources, on the level achieved by the best controlled similar source, and EPA must make this determination without consideration of cost. At best, standards reflecting a beyond-the-floor level of performance will have to be cost-justified; at worst, standards will remain at levels reflecting mediocre performance. Under either scenario, Congress' purpose in requiring floors is compromised.

EPA notes, however, that if optimized performance for different HAPs is not technologically possible due to mutually inconsistent control technologies (for example, metals performance decreases if organics reduction is optimized), then this would have to be taken into account by EPA in establishing a floor (or floors). The Senate Report indicates that if certain types of otherwise needed controls are mutually exclusive, EPA is to optimize the part of the standard providing the most environmental protection. S. Rep. No. 228, 101st Cong. 1st sess. 168 (although, as noted, the bill accompanying this Report contained no floor provisions). It should be

[3] *See* Petitioners Brief in *Medical Waste Institute et al.* v. *EPA*, No. 09–1297 (D.C. Cir.) pointing out, in this context, that "the best performers for some pollutants are the worst performers for others" (p. 34) and "[s]ome of the best performer for certain pollutants are among the worst performers for others."

[4] Since industry commenters argued that the statute can only be read to allow floors to be determined on a single source basis, commenters offered no view of why their reading could be viewed as reasonable in light of the statute's goals and objectives. It is not evident how any statutory goal is promoted by an interpretation that allows floors to be determined in a manner likely to result in floors reflecting emissions from worst or mediocre performers.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 135 of 496


emphasized, however, that "the fact that no plant has been shown to be able to meet all of the limitations does not demonstrate that all the limitations are not achievable." *Chemical Manufacturers Association* v. *EPA,* 885 F. 2d at 264 (upholding technology-based standards based on best performance for each pollutant by different plants, where at least one plant met each of the limitations but no single plant met all of them).

All available data for boilers and process heaters indicate that there is no technical problem achieving the floor levels contained in this final rule for each HAP simultaneously, using the MACT floor technology. Data demonstrating a technical conflict in meeting all of the limits have not been provided, and, in addition, there are a number of units that meet all of the final existing source emission limits.

2. Minimum Number of Units To Set New Source Floors

*Comment:* Many commenters indicated that section 112 requires that data from a minimum of 5 units is required to set MACT floors for existing sources. Commenters noted that EPA's use of less than 5 units for subcategories with greater than 30 units is a legalistic reading of section 112 that could result in such absurd results as using 5 units to set MACT floors for a subcategory with 29 units and data for only 10 units, but using a single unit to set MACT floors for a subcategory with 31 units and data for only 10 units.

*Response:* EPA does not agree that section 112(d)(3) mandates a minimum of 5 sources in all instances, notwithstanding the incongruity of having less data to establish floors for larger source categories than is mandated for smaller ones. The literal language of the provision appears to compel this result. Section 112(d)(3) states that for categories and subcategories with at least 30 sources, the MACT floor for existing sources shall be no less stringent than the average emission limitation achieved by the best-performing twelve percent of the sources for which the Administrator has emissions information. The plain language of this provision requires that, for subcategories with at least 30 sources but where the Administrator only has emissions information on a small number of units, the floor can be no less stringent than the average emission limitation achieved by the best-performing twelve percent of those sources.

3. Treatment of Detection Levels

*Comment:* When setting the MACT floors, non-detect values are present in many of the datasets from best performing units. Commenters provided input on how these non-detect values should be treated in the MACT floor analysis. Some commenters agreed that it is appropriate to keep the detection levels as reported; while certain commenters suggested that the detection levels should be replaced using a value of half the method detection limit (MDL). Many other commenters stated that data that are below the detection limit should not be used in setting the floors, and these data should be replaced with a higher value including either the MDL, limit of quantitation (LOQ), practical quantitation limit (PQL), or reporting limit (RL) for the purposes of the MACT floor calculations. Other commenters stated all non-detect values should be excluded from the floor analysis, or all values should be treated as 0. Some commenters stated it is necessary to keep the data as reported because changing values would lead to an upward bias. Additional commenters agreed with this basic premise, but suggested that replacing non-detect data with a value of half the MDL is appropriate while still minimizing the bias. They noted that treating measurements below the MDL as occurring at the MDL is statistically incorrect and violates the statute's "shall not be less stringent than" requirement for MACT floors. One commenter also provided a reference for a statistical method based on a log-normal distribution of the data which estimated the "maximum likelihood" of data values; this result is slightly higher than half the MDL. Some commenters stated that it is necessary to substitute the MDL value when performing the MACT floor calculations. With MDL defined as the lowest concentration that can be distinguished from the blank at a defined level of statistical significance, this is an appropriate value. If MDL values are not reported, one commenter suggested an approach for estimating an MDL equivalent value, but recognized that the background laboratory and test report files may not be available to EPA in order to derive these estimates. Most commenters representing industry and industry trade groups argued that either LOQ or PQL values should replace non-detects. The LOQ is defined as the smallest concentration of the analyte which can be measured. These commenters contended that the LOQ leads to a quantifiable amount of the substance with an acceptable level of uncertainty. A few commenters provided calculations showing some of the proposed MACT floors were below the LOQ. Additionally, some of these commenters stated that using LOQ or PQL values also incorporates additional sources of random and inherent sampling error throughout the testing process, which is necessary. These errors occur during sample collection, sample recovery, and sample analysis; MDL values only account for method specific (e.g., instrument) errors. These commenters contended that the three times the MDL approach discussed in the proposal accounts for some measurement errors but does not account for these unavoidable sampling errors. The commenters also noted that an LOQ is calculated as 3.18 times the MDL, and PQL is calculated as 5–10 times the MDL. Many of the commenters in support of using either an LOQ or PQL value ultimately believed a work practice is more appropriate where a MACT floor limit is below either of these two values. They cited 112(h)(1) which allows work practices under 112(h)(2) if "the application of measurement methodology to a particular class of sources is not practicable due to technological and economic limitations". These commenters stated that the inability of sources to accurately measure a pollutant at the level of the MACT floor qualifies as such a technological limitation that warrants a work practice standard.

Where the proposed MACT floor is below the LOQ or PQL then that source category has a technological measurement limitation. A few commenters suggested RL values should be used when developing the floor limits. They stated that the RL is the lowest level at which the entire analytical system gives reliable signals and includes an acceptable calibration point. They added that use of an acceptable calibration point is critical in showing that numbers are real versus multiplying the MDL by various factors.

Several commenters stated that all non-detect values should be excluded from MACT floor calculations. They believed that excluding all non-detect values would eliminate any potential errors or accuracy issues related to testing for compliance. Due to inconsistencies of the MDL value reported for non-detect data, one commenter suggested treating all such values as zero. This would provide a consistent approach for setting the floor as well as determining compliance. Issues discussed by a multitude of commenters were that a wide range of detection limit values were reported and

that data from Phase I and Phase II information collection requests (ICR) are inconsistent. For all non-detect data, facilities participating in the Phase II ICR were instructed to report a detection limit, but this resulted in a variety of interpretations by the laboratories who reported data. As such, commenters provided examples where detected values were lower than non-detect values, and in some cases measured values were reported lower than typical method detection limits. Many of the commenters stated it is critical that EPA conduct a thorough quality review of the data to determine if non-detect values have been appropriately flagged and to normalize the data on a consistent basis. One commenter presented an example dataset and the potential implications of the treatment of non-detect data for Hg emissions in the biomass subcategory. This commenter noted that a number of the units with Phase I tests would no longer be considered top performers if their data were made consistent with the Phase II criteria. Several commenters provided remarks for EPA's proposed method of three times the MDL as an option for setting limits. A few commenters in support noted that this approach provided a reasonable method to account for data variability as it took into account more than just analytical instrument precision. Many other commenters argued that this method results in limits which are too low, namely that it is still lower than the LOQ value which they are in favor of as a substitute for any reported non-detect data. On the contrary, some other commenters disagreed with this method and claimed that it would lead to results which introduce a high bias in the floor setting process. A few contended that multiplying by 3 would introduce a 300 percent error into the floor, resulting in a floor that is less stringent than required by the Act. Others suggested that the MDL values are antiquated and already too high and thus it is not appropriate to multiply them by three. Also, a few commenters suggested multiplying the MDL by three would not reflect the actual lower emissions achieved by any source and as such is unlawful under section 112(d).

*Response:* After consideration of the various comments related to treatment of detection limits in the development of MACT floors, EPA's approach for this final rule is as follows. While commenters suggested using values less than the MDL, such values have not been demonstrated to have been met during the corresponding test run. Therefore, EPA concluded that it is not appropriate, for development of MACT floors, to use any value less than the MDL. EPA also disagrees with comments that emission levels at or near the MDLs are appropriate levels to use for standard setting without consideration of measurement imprecision, because the actual performance of sources may differ significantly from the measured values or the MDL. Accordingly, for the boiler and process heater source category, which includes many sources with emission levels at or near the MDL for the various pollutants, EPA concluded that measurement imprecision was a significant factor that should be included in the development of emission limits. To determine an appropriate methodology, EPA examined the contribution of test method measurement imprecision to the variability of a set of emissions data. One element of variability is associated with method detection capabilities and a second is a function of the measurement value. Measurement imprecision is proportionally highest for values measured below or near a method's detection level and proportionally decreasing for values measured above the method detection level.

The probability procedures applied in calculating the floor or an emissions limit inherently and reasonably account for emissions data variability including measurement imprecision when the database represents multiple tests from multiple emissions units for which all of the data are measured significantly above the method detection level. That is less true when the database includes emissions occurring below method detection capabilities and are reported as the method detection level values.

EPA's guidance to respondents for reporting pollutant emissions used to support the data collection specified the criteria for determining test-specific method detection levels. Those criteria insure that there is only about a 1 percent probability of an error in deciding that the pollutant measured at the method detection level is present when in fact it was absent. Such a probability is also called a false positive or the alpha, Type I, error. Because of sample and emissions matrix effects, laboratory techniques, sample size, and other factors, method detection levels normally vary from test to test for any specific test method and pollutant measurement. The expected measurement imprecision for an emissions value occurring at or near the method detection level is about 40 to 50 percent. Pollutant measurement imprecision decreases to a consistent relative 10 to 15 percent for values measured at a level about three times the method detection level.[5]

Also in accordance with our guidance, source owners identified emissions data which were measured below the method detection level and reported those values as equal to the method detection level as determined for that test. An effect of reporting data in this manner is that the resulting database is truncated at the lower end of the measurement range (i.e., no values reported below the test-specific method detection level). A floor or emissions limit based on a truncated database or otherwise including values measured near the method detection level may not adequately account for measurement imprecision contribution to the data variability. That is, an emission limit set based on the use of the MDL to represent data below the MDL may be significantly different than the actual levels achieved by the best performing units due to the imprecision of the measurements. This fact, combined with the low levels of emissions measured from many of the best performing units, led EPA to develop a procedure to account for the contribution of measurement imprecision to data variability.

We applied the following procedures to account for the effect of measurement imprecision associated with a database that includes method detection level data. The first step was to define a method detection level that is representative of the data used in establishing the floor or emissions limit and that also minimizes the influence of an outlier test-specific method detection level value. We reviewed each pollutant-specific data set to identify the highest test-specific method detection level reported that was also equal to or less than the average emissions level (*i.e.,* unadjusted for probability confidence level) calculated for the data set. We believe that this approach is representative of the data collected to develop the floor or emissions limit while to some degree minimizing the effect of a test(s) with an inordinately high method detection level (*e.g.,* the sample volume was too small, the laboratory technique was insufficiently sensitive, or the procedure for determining the detection level was other than that specified).

The second step in the process is to calculate three times the representative

[5] American Society of Mechanical Engineers, *Reference Method Accuracy and Precision (ReMAP): Phase 1, Precision of Manual Stack Emission Measurements,* CRTD Vol. 60, February 2001.

method detection level[6] and compare that value to the calculated floor or emissions limit. If three times the representative method detection level were less than the calculated floor or emissions limit calculated from the upper prediction limit (UPL), we would conclude that measurement variability was adequately addressed because the measurement inprecision at that level is a consistent 10 to 15 percent. The calculated floor or emissions limit would need no adjustment. If, on the other hand, the value equal to three times the representative method detection level were greater than the UPL-based emission limit, we would conclude that the calculated floor or emission limit does not account entirely for measurement variability. If indicated, we substituted the value equal to three times the representative method detection level to apply as the adjusted floor or emissions limit. This adjusted value would ensure measurement variability is adequately addressed in the floor or the emissions limit.

In response to comments that EPA should have used the PQL, RL, or LOQ values in place of non-detect values, we disagree that use of those values is appropriate for calculating the MACT floors for two reasons. First, these terms are not defined statistically or consistently from method to method but are relatively arbitrary multiples (*e.g.,* 3 times, 5 times, or 10 times) of the MDL. In some cases, a RL, LOQ, or PQL is a value determined based on a laboratory-specific procedure and not standardized by the method. We could not apply data arbitrarily adjusted or subject to laboratory-specific variables in establishing the floor. Second, we used a value equal to three times a representative MDL to compare with the floor and to adjust the applicable emissions limit, if necessary. We believe that using a value equal to three times the MDL sufficiently accounts for measurement uncertainty for the purposes of establishing compliance and there is no need to try to define or apply a PQL, LOQ, or RL for this purpose.

4. Instrument Span for CO

*Comment:* Many commenters stated that the reported data and limits for CO are within the error range of analyzers and CO CEMS. For Method 10, the calibrated analyzers have an error of ±2 percent of the instrument span, with spans ranging from 50 parts per million (ppm) to 1000 ppm or greater. As such, at a minimum there is a potential error of 1 ppm to 20 ppm (2 percent of 50 ppm and 1000 ppm, respectively) while the liquid and other process gas categories have floor limits set at 1 ppm. Similarly, commenters noted that CO CEMS have an allowable drift of 5 percent of the span, with similar span ranges as Method 10. Commenters questioned the technical feasibility of complying with such low limits given the range in span values and suggested that EPA should review the data and establish more appropriate limits in consideration of measurement precision concerns.

*Response:* EPA agrees with the comment that many of the CO measurements are within the error range of analyzers, and EPA has taken steps to mitigate the potential bias of such measurements. The resulting emission limits represent a level of performance that has been demonstrated to be achieved by the average of the best performing 12 percent of sources while considering variability introduced by imprecision of the CO analyzers. As explained below, our assessment indicated that the site-specific estimated measurement errors in some cases may be higher than some of the reported emissions levels. Therefore, for each emission test used in the MACT floor calculations we substituted the site-specific estimated measurement error for reported values below those values in order to ensure the quality of the data used to set the floors.

In response to the comments received, we reviewed the quality of the data relative to information provided for each emissions test. Method 10 is structured such that we can assess measurement data quality relative to the calibration span of the instrument (see *http://www.epa.gov/ttn/emc/promgate/method10r06.pdf* and *http://www.epa.gov/ttn/emc/promgate/method7E.pdf).* For example, the allowable calibration error, system bias, and drift requirements are directly proportional to the site-specific instrument calibration span (*i.e.,* ± 2.0 percent of the calibration span value). For instrument calibration span values of 25 ppmv and less, the allowable calibration error, bias, or drift values are each ± 0.5 ppmv.

We can estimate the equivalent of the method detection level for a measurement with an instrumental test method (e.g., EPA Methods 3A, 6C, 7E, and 10) using a square root formula and these allowable data quality criteria. For example, in the case of a calibration span value of 25 ppmv, the square root formula (i.e., square root of the sum of the squares) would indicate a value of 0.9 ppmv. Consistent with the methodology we applied for non-instrumental methods, discussed in the previous comment response where we established limits no less than 3 times the MDL in order to avoid a large degree of measurement imprecision, this estimated measurement error value would translate to a limit of 3.0 ppmv (rounded up from 2.7 ppmv). For tests done with calibration spans of greater than 25 ppmv, the corresponding estimated measurement error would be greater. For example, the estimated measurement error using the square root formula for a calibration span of 100 ppmv would be about 4 ppmv which would translate to a limit of 12 ppmv. For a calibration span of 1000 ppmv, the estimated measurement error would be 35 ppmv or a limit of about 100 ppmv.

5. Achievability of Limits

*Comment:* Several commenters were concerned that only small subsets of sources in each subcategory have emissions stack test data. These commenters added that less data means the pool from which the best performing 12 percent of the existing sources are drawn is smaller and, therefore, the actual number of sources used to determine the MACT floor is smaller. The commenters suggested that EPA should collect more data or provide assurances that the limited available data are representative for each subcategory. Commenters suggested that EPA could supplement testing data with "emissions information" such as fuel records, production records and associated emission factors, commercial warranties and guarantees.

Commenters raised concerns that existing units would have difficulty demonstrating compliance with the MACT floor limits. They suggested best performers with advanced air pollution control technologies should not be required to install additional add-on equipment to meet the emission limits. Commenters requested that EPA assess how many existing boilers and process heaters in each subcategory will be able to meet the standards without taking any further control measures. Several commenters contacted manufacturers regarding a retrofit project for their boilers and process heaters and they noted that manufacturers were unwilling to guarantee a retrofit would meet the limits.

Similarly, commenters raised concerns that new units would have even more difficulty demonstrating compliance with the MACT floor limits. These commenters had difficulty identifying a single source whose emissions testing data demonstrated they could achieve all of the MACT

[6] *Ibid.*

floors for new sources in combination. Several commenters contacted boiler and process heater manufacturers; all were unable to offer commercial emissions guarantees that a new unit would meet the proposed limits. Some commenters raised concerns about the impacts of these stringent new unit floors including: Deterring sources from upgrading to new boilers as efficiency gains provided by a new unit would be offset by extensive controls and threatening fuel diversity.

Some commenters expressed concern that EPA had not properly evaluated whether there are technically feasible means of achieving the MACT floors. The commenters contended that the approach does not identify reasons why best performing sources achieve emissions levels reflected in the test data and they suggested that the intent of the MACT floor standard setting process is to discover effective control techniques so that other performers in the source category could emulate those techniques, reduce their emissions, and achieve similar emission levels. Commenters added that EPA has not adequately considered air pollution control device (APCD) conflicts with one another or compatibility of controls on certain boilers. Additionally, choosing to optimize controls for one pollutant may preclude optimization of controls for another pollutant e.g., minimizing CO in the combustion system is opposed to minimizing $NO_X$ in most boiler burners.

*Response:* As mentioned elsewhere in this preamble, EPA is required to establish MACT floor levels based on emissions limits achieved by sources for which emissions information is available to the Administrator. EPA has revised the proposed MACT floors as well as the proposed subcategories, as explained above. EPA also examined several ways in which it might be able to use other types of emissions information in addition to actual emissions measurements. However, EPA concluded that there was no appropriate method of using different types of information in a manner that could be incorporated into the variability analyses. EPA first assessed the potential for estimating emissions for sources that lacked actual emissions data through the use of emission factors. However, the emission factors lack any degree of variability. Therefore, the use of such data in this rulemaking would have distorted the data variability in many cases, leading to standards that were more stringent than those developed using emissions data only and that likely underestimated actual variability. EPA also considered whether it could otherwise estimate emissions of sources that did not provide emissions data. However, EPA concluded that such estimations were not possible without the development of a technically appropriate approach to evaluate relevant information, and commenters did not provide any such approaches. EPA's approach provides MACT floors that are consistent with the requirements of section 112, because the floors are based on the average emissions performance of the best performers for which the Administrator has emissions information that is appropriate to use in setting the floors.

EPA agrees with commenters who note that many of the data sets are small. However, stakeholders were encouraged to provide additional data, and EPA significantly revised some of the proposed emission limits based on new test data. We received little or no additional data for some subcategories for which data sets were small at proposal. For all data sets, the final emission limits are based on the available data and reflect EPA's assessment of variability. Moreover, after consideration of the comments on the achievability of the emission limits, EPA performed additional analyses and detailed examinations of the data and developed revised limits that are based on what has been demonstrated to be achieved in practice. As described in more detail in the docket memorandum entitled "Revised MACT Floor Analysis (2011) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants—Major Source," EPA has made adjustments to treatment of non-detect values, the statistical methodology, and monitoring requirements, and also incorporated new data and data corrections into our analyses. Accordingly, the final emission limits better reflect the performance of the MACT floor units than the proposed limits. EPA notes that for each subcategory, there are existing units that are meeting the MACT floor limits or are expected to meet the limits through application of available control technology.

Finally, in response to comments about low CO limits conflicting with a unit's ability to meet $NO_X$ requirements, EPA does not have specific information on the $NO_X$ limits and $NO_X$ emissions for most of the units that will be subject to the standard. However, the CO limits have been revised as discussed elsewhere in this preamble, and compliance is based on a full load test, while periods of startup and shutdown are subject to a work practice standard. To the extent that units cannot meet the CO floor and maintain $NO_X$ at the required level, oxidation catalysts can be used to reduce CO without an increase in $NO_X$. EPA has included costs for these controls for many units in the cost analysis, although data on $NO_X$ requirements were not sufficient to allow $NO_X$ to be part of the analyses. Commenters did not provide any data supporting claims that any of the other emission limits or projected control devices would interfere with a source's ability to meet any of the other emission limits.

6. Comments on Technical Approaches

*Comment:* Several commenters offered suggestions for adjusting the treatment of data from common stacks. Commenters suggested that it is improper to count the data twice if two boilers, in the same subcategory, exhaust through a common stack. A test conducted on the common stack does not represent the actual emissions from a single boiler, but rather reflects emissions from the combined simultaneous operation of the two boilers and their associated control device(s). The commenters contended that it is impossible to claim the test result would be exactly the same for each boiler and they added that if a common stack test turns out to be in the lowest 12 percent in a subcategory, counting it twice distorts the average of the best performers and skews the variability calculations. Commenters also noted that it is also not appropriate to divide emissions evenly between each boiler. Instead these commenters suggested that EPA use the data from common stacks only a single time in the MACT floor ranking and UPL calculations.

*Response:* EPA's current approach is a reasonable approach for comingled emissions, particularly in light of the limited dataset available for some subcategories, because EPA can not accurately separate the fraction of the emissions that came from the combustion units and process emission points that are comingled in the same stack. Applying the emissions equally to multiple units exhausting through a common stack accurately represents the emissions of those units on average. Further, although the use of a data point twice may dampen variability, the inclusion of an extra unit in the floor has the opposite effect on the overall emission limit by increasing the denominator of the floor calculation. Either method could be used, but the results would not differ significantly. Furthermore, for existing sources, MACT cannot be less stringent than the average emission limitation achieved by

the best performing 12 percent of existing sources (for which emission information is available). If EPA ignored boilers that exhaust through a common stack, it would be ignoring available emissions information that is relevant to setting the MACT floor standards.

*Comment:* Some commenters raised concerns that the MACT floor methodology doesn't adequately address the inherent variability with respect to operating conditions and control device performance. Operational variability can include warm-ups, shutdowns, load swings, and variations in fuel quality. They contended that emissions data relied upon in the proposal were produced during reference method performance testing under very limited operating conditions and with a very limited variation in potential fuel quality. Other commenters raised concerns that EPA has not properly acknowledged the impact of fuel quality on emissions. One commenter urged caution to EPA when considering variability to generate compliance margins that are palatable to industry; suggesting that this concept is not incorporated in the statute.

*Response:* EPA is mindful of the need to account for sources' variability in assessing sources' performance when developing technology-based standards. EPA reviewed subcategory floor calculations in light of these comments and believes that the two-step MACT floor analysis process adequately addresses: (1) Performance testing variability and (2) fuel analysis variability estimations. EPA revised the MACT floor calculations in light of data submitted during and after the public comment period and also modified the approaches used at proposal for various aspects of the floor calculations.

EPA first took fuel into consideration, to the extent it is reflected in differences in boiler design, when we divided the source category into subcategories. EPA is aware that differences between given types of units, and fuel, can affect technical feasibility of applying emission control techniques, and has addressed this concern in the final rule. For a fuel based pollutant, such as PM, performance testing must be conducted under representative full load operating conditions, which, along with the parameter monitoring requirements, provides an assurance that the standards are being met at all times. For Hg and HCl, we modified the fuel based variability analysis in consideration of comments received on this approach. The first modification to the analysis was the introduction of a solid fuel subcategory, which includes any unit burning at least 10 percent, on an annual heat input basis, of any coal, fossil solid, biomass, or bio-based solid fuel. Given the wide variety in fuel types that compose the floor, the statistical analysis accounts for some of the inter-unit variability for different fuel types identified to be in the floor. The second modification was the development of a fuel variability factor (FVF). The FVF calculations were similar to the calculations used at proposal, but they were simplified to remove the control efficiency calculation and the method for identifying outliers in the data was also adjusted. The revised FVF analysis calculated a ratio for all fuel analysis data points for units in the top 12 percent for existing units and the top performing unit for new units in each subcategory. This ratio compared the reported fuel analysis data, converted to units of lb/MMBtu, to the emission test outlet data, converted to units of lb/MMBtu, during the stack tests. At proposal we conducted an outlier analysis of only the maximum ratios for each unit, but we revised the outlier analysis to consider all of the ratios from top performers within each subcategory. We then defined and identified outliers using the test of 3 times the standard deviation and 3 minus the standard deviation for all of the ratios in the subcategory. After removing outliers, the remaining maximum ratio for each subcategory was identified and multiplied by the 99 percent UPL.

For a discussion of how EPA considered other non-fuel variability operations, such as boiler load, see response to the comments provided under "What did we do with the CO Limits".

*Comment:* Several commenters argued that it is inappropriate to rank units according to the minimum stack test since any boiler can experience a good compliance test if conditions are favorable. Many of these commenters suggested that EPA should instead rank the data on the average of all stack tests. Another commenter suggested that the different emission levels achieved by different sources are just differences in performance and basing the ranking on the average would be more appropriate. This commenter suggested that at a minimum, the data used to rank and the data used as inputs into the MACT floor upper prediction limit calculation should be consistent.

*Response:* In this final rule, EPA has reasonably determined that the best-controlled source is the source with the lowest stack test. EPA selected the lowest stack test as a measure of best performer because many units had only a single test available, and the comparison of average performance from two or more tests is not directly comparable to a single test measurement. However, all emission tests of acceptable quality were used to assess variability. As such, all data were considered in the floor analyses. EPA recognizes that each stack test data point represents a true assessment of the emissions for a combustor at a given point in time. However, where units had more than one test available, EPA also considers these other tests to be representative of the unit and relevant to assess run-to-run and test-to-test variability in the MACT floor UPL calculation. EPA did screen and remove certain test data from the MACT floor calculations if that data were not deemed representative of current operating conditions.

7. Statistical Approach

There were several comments made on specific aspects of the statistical variability analysis including suggestions for the appropriate confidence interval, appropriate statistic, and EPA's methods for determining the distribution of the dataset. The specific comments and EPA responses are outlined below.

*Comment:* Industry, industry representatives, and environmental advocacy groups had different perspectives on the appropriateness of the proposed 99 percent UPL. Commenters from environmental advocacy groups requested a lower UPL with suggestions ranging between 50 to 95 percent. One commenter stated that EPA over-counts for the potential for future variability by using the 99 percent UPL for the entire data set and it does not adequately account for all variability, such as how unit maintenance and operator training may limit upward variability's effect on emission levels, and requests that EPA explain and justify the selection of the 99 percent UPL as opposed to the 90 or 95 percent UPL. Another commenter stated that most statistical analyses use 90 or 95 percent confidence intervals and prediction intervals. The commenter also claimed that 99 percent is overly conservative and results in twice as much HAP emissions and reduced health benefits compared to a lower UPL. Consequently the commenter stated a lower UPL would better withstand judicial review. One commenter mentioned that there is precedent for setting limits based on the 90th percentile and cited a 2006 analysis where EPA determined the best demonstrated technology, which found Hg reductions based on 90th percentile

and deemed the 90th percentile "reasonable" because of how compliance was to be determined and the high Hg content of the fuel used when the emissions data were collected. These commenters also suggested that EPA did not provide adequate rationale for selecting the 99th percentile instead of the 50th. These commenters noted that civil enforcement of environmental standards is based on a "preponderance of the evidence" which merely requires that a violation be more likely than not.

Commenters from industry and industry representatives advocated for a higher UPL. Commenters requested that EPA increase the UPL to 99.9 percent in order to better encompass unit emissions variability and represent a manageable risk. Industry, like environmental advocacy groups, also requested that EPA take into account operator training and its effect on emissions. The commenters claimed that operators are compelled to set emissions targets lower than limits to create a compliance margin which helps avoid violations and their consequences. Commenters also cited recent consideration of a 99.9 percent UPL in the proposed HMIWI MACT rule. Commenters claimed that since the HMIWI database consisted of a small dataset, it was unlikely full variability was observed and thus EPA had no valid statistical basis for the decisions to use 99 percent in the final HWIMI rule. The commenters suggested similar data limitations in the boiler dataset and argued that the 99.9 percent UPL should be used to allow more of a margin for all operating conditions and sample collection variation due to the limited data for the boiler MACT rule.

*Response:* In this final rule, EPA has reasonably determined that 99 percent UPL is appropriate for fuel based HAP, and dioxin/furan, and a 99.9 percent UPL is appropriate for CO. For fuel-based HAP the 99 percent confidence level is consistent with other recent rulemakings. See 75 FR 54975. Many of the subcategories had limited data to establish the MACT floor calculations and EPA determined it was inappropriate to use a confidence level lower than 99 percent to set the standard because doing so would result in limits that the best performers would be expected to exceed, while this final rule requires that units meet the limits at all times. Finally, for the fuel-based pollutants, there are well established control measures currently used on units in the source category (fabric filters for PM and Hg and wet or dry scrubbers for HCl) that serve to mitigate, to some degree, the variability in emissions that can be expected. Given this additional consideration for fuel-based HAP, but recognizing the emission limits must be met at all times yet are based on short term stack test data, EPA selected the 99 percent confidence level. A lower confidence level would result in emission limits that even the best performing sources would be expected to exceed.

For CO, EPA considered several comments from industry and States, which provided both quantitative and qualitative comments on how CO emissions vary with load, fuel mixes and other routine operating conditions. After considering these comments EPA determined that a 99.9 percent confidence level for CO would better account for some of these fluctuations. While a good deal of CO data are available, at least for some of the subcategories, the data show highly variable emissions that can result from situations beyond the control of the operator, such as fuel moisture content after a rain event, elevated moisture in the air, and fuel feed issues or inconsistency in the fuel. The higher confidence level selected for CO is intended to reflect the high degree of variability in the emissions. For dioxin/furan, we also are maintaining the 99 percent UPL. Although much of the uncertainty associated with dioxin/furan testing will be mitigated by the requirement in EPA Method 23 to report non-detect values as zero for compliance purposes, the dioxin emission limits remain quite low and the 99 percent UPL provides a high degree of confidence that the best performing units will be able to meet the standards.

*Comment:* Several commenters also addressed concerns with how EPA determined the distribution of the dataset. Many commenters stated that normal distribution theory has been incorrectly applied to positively skewed or log normally distributed emissions data. Based on this, commenters claimed that sample means, and consequently the 99 percent UPL calculation, were incorrectly determined. Commenters suggested that sample means should be computed based on the arithmetic mean of lognormal distribution. One commenter requested that EPA consider using non-normal distributions or non-parametric methods in the analysis. Two commenters noted that the technique used by EPA based on logarithmic transformation underestimates the prediction limit for the mean and requested that EPA use the 2004 Bhaumik and Gibbons procedure for computing the UPL for log-normally distributed data. Three commenters stated that EPA is not following its own guidance document, *Data Quality Assessment: Statistical Methods for Practitioners EPA QA/G–9S,* for determining whether or not a data set is normally distributed and should explain the reasons for not doing so. The commenters then go on to request that EPA follow its guidance documents which recommend use other tests aside from the skewness and kurtosis tests when data are limited or if critical test values are not available.

*Response:* EPA appreciates the detailed suggestions for alternative approaches to determine the dataset and it has revised its default selection of data distributions consistent with its guidance document *Data Quality Assessment: Statistical Methods for Practitioners EPA QA/G–9S.* This document indicates that most environmental data are lognormally distributed, so EPA has modified its assumptions when the results of the skewness and kurtosis tests result in a tie, or when there are not enough data to complete the skewness and kurtosis tests. Some of the commenters suggested that more advanced tests are necessary to determine the dataset, such as the Shapiro-Wilkes test. These tests needs a sample size of 50 or more, and would not be appropriate for many of the small sample sizes used to compute the MACT floor UPL.

With respect to the methods used to compute the UPL for a dataset that is determined to be lognormally distributed, EPA also considered the commenters suggested revisions to the calculations in order to avoid skewing the UPL by calculating the UPL of an arithmetic mean instead of the UPL of a geometric mean. To adjust the calculation EPA considered a scale bias correction approach as well as a new UPL equation based on a Bhaumik and Gibbons 2004 paper, which calculates "An Upper Prediction Limit for the Arithmetic Mean of a Lognormal Random Variable". Given data availability, EPA selected the Bhaumik and Gibbons 2004 approach which addresses commenters concerns with the proposed computations.

*Comment:* Several commenters suggested alternatives to the UPL statistics such as upper tolerance limit (UTL), upper limit (UL) and upper confidence limit (UCL). Several commenters stated that EPA's UPL calculation was flawed and did not fully account for variability. Commenters then suggested that if the proposed UPL approach was maintained EPA should adopt the modified UPL equation in the Portland cement NESHAP. Commenters argued that this statistic would

represent floors achieved in practice and account for total variability instead of EPA's proposed UPL statistic based on sample variability. Several commenters claimed the data set was limited and suggested that EPA should use the UTL when data available do not represent the entire population. One commenter claimed that the upper UCL used in the HMIWI MACT rule was not a true prediction limit because it did not adjust the standard deviation for the number of test runs in the future compliance average and it should not be used in the boiler MACT rule.

*Response:* EPA considered these comments and reviewed each of the separate statistics. Because statistics is a tool and many statistical approaches could be considered valid, EPA considered the comments and adjusted the approach used to provide a reasonable and technically correct statistical methodology. MACT floors for existing sources must reflect the average emission limitation achieved by the best-performing 12 percent of existing sources. As explained below, only the UCL and UPL adequately get at the notion of average emissions. Use of the UPL is also consistent with other recent rulemakings. *See* 75 FR 54975.

In general, confidence intervals are used to quantify one's knowledge of a parameter or some other characteristic of a population based on a random sample from that population. The most frequently used type of confidence interval is the one that contains the population mean. Given this definition, the 99 percent UCL represents the value which we can expect the mean of the population to fall below 99 percent of the time in repeated sampling. Whereas a confidence interval covers a population parameter with a stated confidence, that is, a certain proportion of the time, there is also a way to cover a fixed proportion of the population with a stated confidence. Such an interval is called a tolerance interval. Confidence limits are limits within which we expect a given population parameter, such as the mean, to lie. Statistical tolerance limits are limits within which we expect a stated proportion of the population to lie. Given these definitions, the 99 percent UTL represents the value which we can expect 99 percent of the measurements to fall below 99 percent of the time in repeated sampling. In other words, if we were to obtain another set of emission observations from the five sources, we can be 99 percent confident that 99 percent of these measurements will fall below a specified level. Since you must calculate the sample percentile, and the sample sizes for the boiler MACT floor data are small, the 99th percentile is underestimated. The UTL should only be used where one can calculate a sample percentile, *e.g.,* where there is a sample size of at least 100, and we do not have that many sources represented in any MACT floor.

In contrast to a confidence interval or a tolerance interval, a prediction interval for a future observation is an interval that will, with a specified degree of confidence, contain the next (or some other pre-specified) randomly selected observation from a population. In other words, the prediction interval estimates what future values will be, based upon present or past background samples taken. Given this definition, the UPL represents the value which we can expect the mean of 3 future observations (3-run average) to fall below, based upon the results of the independent sample of size n from the same population. Finally, the upper limit (UL) is roughly equivalent to the percentile of the actual data distribution for the sample. The UL does not have a robust statistical foundation. Basically, the UL formulation assumes that the data: (1) Represent the population rather than a random sample from that population, and (2) are normally distributed. The data used to develop the MACT floors for this rule do not represent the entire population for any subcategory, and most of the data sets are not normally distributed. For these reasons, EPA concluded that it is not appropriate to use the UL in setting the MACT floor limits.

*Comment:* Some commenters suggested that EPA's UPL approach fails to accomplish predicting the level of performance achieved by the best performing sources under all operating conditions, not because of a poor statistical framework but because of an inadequate database. These commenters added that as a result, the inputs into the UPL equations are not representative of a distribution of values that reflect all operating conditions.

*Response:* Section 112(d) of the Act requires EPA to base MACT floor standards for existing sources on the average emission limitation achieved by the best performing 12 percent of existing sources for which EPA has emissions information. EPA has incorporated new data and data corrections received during the public comment period. EPA also has considered the requests for further subcategorization of the source category in light of limits on the dataset that caution against over-partitioning of the database. The revised analysis is based on all emission stack test data of appropriate quality available to EPA, and the UPL approach provides as complete a picture of variability as possible given the limited data available.

*Comment:* Some commenters questioned whether the statistical approach met EPA's legal obligations under Section 112 of the CAA. One commenter stated that in order to withstand judicial review, the UPL should be calculated based on the best 6 percent of sources instead of the best 12 percent in order to establish a floor that would require 94 percent of sources to reduce emissions. One commenter stated that the courts did not endorse the proposed UPL procedure and that its appropriateness should be reviewed. The commenter goes on to say that on a statistical and technical basis, the UPL procedure is antithetical to the instruction in Section 112(d)(3)(A) and contradicts the strong endorsement of the high floor implementation as the best reading of the statutory language.

*Response:* While the commenter is correct that the entire MACT floor data pool was used in the calculation of the UPL, EPA notes that statistics is a tool that is used to estimate variability and it is entirely appropriate to consider the variability within the best forming 12 percent of sources in developing emission limits based on the average performance of those sources. As far as the concept that the floors should require 94 percent of the sources to reduce emissions, that is not what is required by the statute. Rather, the statute requires that the MACT floor standards for existing sources be no less stringent than the average emission limitation achieved by the best performing 12 percent of existing sources for which EPA has emissions information. For example, if a category had 100 units and the performance of the best 50 of those units was the same, the emission limits would be based on those 50 units and they all would be projected to meet the limits. While this is a hypothetical scenario, it illustrates that there is no specific percentage of sources that must reduce emissions in order for the MACT floor limits to be consistent with the statutory requirement.

*Comment:* One commenter suggested that EPA should incorporate different statistical methods according to the amount and type of data available in each subcategory instead of a one-size-fits-all approach. This commenter also suggested that the approach taken by EPA must be validated by looking at the result it creates and examining whether the end result is reasonable. The commenter suggested applying a simple test to identify whether the resulting

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 142 of 496


floor requires a substantial majority of each subcategory to make some degree of emission reduction.

*Response:* EPA has revised its statistical approach to include a mixed use of confidence levels, as discussed above, as well as a mix of statistical tools to consider the distribution of the datasets and what types of data are used as inputs into the floor analysis. For example, the MACT floor computations for Hg emissions from liquid fuel units were modified to consider data from both fuel analysis and stack test results. EPA appreciates the suggestion for validating the results of the statistical computations and has determined that the final floor levels require a significant number of sources to make some degree of emission reduction. However, EPA also notes that the number of sources that will need to achieve some degree of emissions reduction from current levels is not the statutory basis for establishing emissions standards under section 112(d), as noted above.

*Comment:* One commenter representing manufacturers of monitoring and control technologies suggested that statistical variability should not be incorporated into the floor computations for CO and Hg. This commenter suggested that EPA base the floors on the straight averages of each data set.

Other commenters suggested that emissions variability is not statistical but instead based on different operating conditions of individual units. The commenters added that the variability of each unit should be averaged based on individual units and then used to establish UPL calculations instead of assessing a UPL based on individual tests or test runs.

*Response:* The UPL calculation is a statistical formula designed to estimate a MACT floor level that is equivalent to the average of the best performing sources based on future compliance tests. If we did not account for variability in this manner and instead set the limit based solely on the average (mean) performance, then these units could exceed the limit half the time or more. The MACT floors for existing sources must reflect the average emission limitation achieved by the best-performing 12 percent of existing sources. Therefore, it is appropriate to consider statistical variability in order to ensure that units could meet the floors at all times. EPA agrees with the commenter that the variability of emissions is not solely statistical, but also represents some operational variability that may occur between different tests at the same unit (intra-unit variability) as well as different tests at different units (inter-unit variability) in the floor. Since the floor calculations represent the average of the best-performing 12 percent of existing sources, it is reasonable for EPA to use an appropriate statistical analysis to assess the impact both intra-unit and inter-unit variability have on the emissions profiles.

8. Alternative Units for Emission Limits

*Comment:* Several commenters from industry, State agencies, and environmental non-governmental organizations submitted a variety of alternatives to the concentration-based and mass-based MACT floor limits. Some commenters suggested emission reductions or removal efficiencies. These commenters cited regulatory precedence for a percent reduction limit in 40 CFR part 60 subpart Db, the New Source Performance Standards for Industrial, Commercial Institutional Boilers as well as New Source Performance Standards and Emission Guidelines for Large and Small Municipal Waste Combustors (40 CFR part 60 subparts Ca, Cb, Ea and Eb). Several other commenters suggested that EPA adopt an alternative output-based emissions standard to promote boiler efficiency improvements as a pollution prevention technique. One commenter called attention to several previous examples of output-based standards in recent air regulations, including the New Source Performance Standard for Electric Utility Steam Generating Units (40 CFR part 60 subpart Da) which includes an output-based emissions standard for Hg, PM, $SO_2$, and $NO_X$) as well as the New Source Performance Standard for Industrial Commercial Institutional Boilers (40 CFR part 60 subpart Db) which includes an output-based emissions standard for $NO_X$. This commenter also provided examples of output-based emissions regulations in 12 states, including 4 that regulate non-electricity thermal output, such as from combined heat and power systems. Many commenters encouraged EPA to investigate opportunities to develop and implement output-based emissions standards for ICI facilities. Some commenters tied in the appropriateness of output-based standards to the Agency's other pollution prevention techniques included in the proposal, such as the energy assessments. The commenter added that by providing an output-based regulatory option, the user will have further incentive to implement energy efficiency opportunities identified during the energy assessment.

*Response:* With respect to the commenters' request for the development of percent reduction standards, sufficient data were not available to determine the percent reduction from the best performing units. In order to determine such standards, we would need emissions data from testing conducted at both the APCD inlet and outlet for the best performing sources, or at least for a reasonable number of best performing sources. However, we only have APCD inlet and outlet data for one pollutant (PM) for two subcategories, and based on this overwhelming lack of data available to calculate percent reduction standards, EPA did not pursue this option. We do agree with the commenters that output-based standards would provide incentives for implementation of energy conservation measures identified in an energy assessment. This final rule includes a compliance alternative that allows owners and operators of existing affected sources to demonstrate compliance on an output-basis. This alternate output-based limit will promote energy efficiency in industrial, commercial, and institutional steam-generating facilities, and are equivalent to the MACT emissions limits that are in heat-input format. EPA has established pollution prevention as one of its highest priorities. One of the opportunities for pollution prevention lies in simply using energy efficient technologies to minimize the generation of emissions. Therefore, as part of EPA's general policy of encouraging the use of flexible compliance approaches where they can be properly monitored and enforced, we are including alternate output-based emission limits in this final rule. The alternate output-based emission limits provide sources the flexibility to comply in the least costly manner while still maintaining regulation that is workable and enforceable. We investigated ways to promote energy efficiency in boilers by changing the manner in which we regulate flue gas emissions. The alternate output-based emission limits further this goal without reducing the stringency of the emissions standards.

Traditionally, boiler emissions have been regulated on the basis of boiler input energy (lb of pollutant/MMBtu heat input). However, input-based limitations allow units with low operating efficiency to emit more of each pollutant per output (steam or electricity) produced than more efficient units. Considering two units of equal capacity, under current regulations, the less efficient unit will emit more

Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, Third Edition, IBR approved for table 6 to subpart DDDDD of this part and table 5 to subpart JJJJJ of this part.

(6) SW–846–7471B, Mercury In Solid Or Semisolid Waste (Manual Cold-Vapor Technique), Revision 2, February 2007, in EPA Publication No. SW–846, Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, Third Edition, IBR approved for table 6 to subpart DDDDD of this part and table 5 to subpart JJJJJ of this part.

(7) SW–846–9250, Chloride (Colorimetric, Automated Ferricyanide AAI), Revision 0, September 1986, in EPA Publication No. SW–846, Test Methods for Evaluating Solid Waste, Physical/Chemical Methods, Third Edition, IBR approved for table 6 to subpart DDDDD of this part.

(q) The following material is available for purchase from the International Standards Organization (ISO), 1, ch. de la Voie-Creuse, Case postale 56, CH–1211 Geneva 20, Switzerland, +41 22 749 01 11, *http://www.iso.org/iso/home.htm*.

(1) ISO 6978–1:2003(E), Natural Gas—Determination of Mercury—Part 1: Sampling of Mercury by Chemisorption on Iodine, First edition, October 15, 2003, IBR approved for table 6 to subpart DDDDD of this part.

(2) ISO 6978–2:2003(E), Natural gas—Determination of Mercury—Part 2: Sampling of Mercury by Amalgamation on Gold/Platinum Alloy, First edition, October 15, 2003, IBR approved for table 6 to subpart DDDDD of this part.

■ 3. Part 63 is amended by revising subpart DDDDD to read as follows:

## Subpart DDDDD—National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

Sec.

**What This Subpart Covers**

63.7480 What is the purpose of this subpart?
63.7485 Am I subject to this subpart?
63.7490 What is the affected source of this subpart?
63.7491 Are any boilers or process heaters not subject to this subpart?
63.7495 When do I have to comply with this subpart?

**Emission Limitations and Work Practice Standards**

63.7499 What are the subcategories of boilers and process heaters?
63.7500 What emission limitations, work practice standards, and operating limits must I meet?
63.7501 How can I assert an affirmative defense if I exceed an emission limitations during a malfunction?

**General Compliance Requirements**

63.7505 What are my general requirements for complying with this subpart?

**Testing, Fuel Analyses, and Initial Compliance Requirements**

63.7510 What are my initial compliance requirements and by what date must I conduct them?
63.7515 When must I conduct subsequent performance tests, fuel analyses, or tune-ups?
63.7520 What stack tests and procedures must I use?
63.7521 What fuel analyses, fuel specification, and procedures must I use?
63.7522 Can I use emissions averaging to comply with this subpart?
63.7525 What are my monitoring, installation, operation, and maintenance requirements?
63.7530 How do I demonstrate initial compliance with the emission limitations, fuel specifications and work practice standards?
63.7533 Can I use emission credits earned from implementation of energy conservation measures to comply with this subpart?

**Continuous Compliance Requirements**

63.7535 How do I monitor and collect data to demonstrate continuous compliance?
63.7540 How do I demonstrate continuous compliance with the emission limitations, fuel specifications and work practice standards?
63.7541 How do I demonstrate continuous compliance under the emissions averaging provision?

**Notification, Reports, and Records**

63.7545 What notifications must I submit and when?
63.7550 What reports must I submit and when?
63.7555 What records must I keep?
63.7560 In what form and how long must I keep my records?

**Other Requirements and Information**

63.7565 What parts of the General Provisions apply to me?
63.7570 Who implements and enforces this subpart?
63.7575 What definitions apply to this subpart?

**Tables to Subpart DDDDD of Part 63**

Table 1 to Subpart DDDDD of Part 63—Emission Limits for New or Reconstructed Boilers and Process Heaters
Table 2 to Subpart DDDDD of Part 63—Emission Limits for Existing Boilers and Process Heaters (Units with heat input capacity of 10 million Btu per hour or greater)
Table 3 to Subpart DDDDD of Part 63—Work Practice Standards
Table 4 to Subpart DDDDD of Part 63—Operating Limits for Boilers and Process Heaters
Table 5 to Subpart DDDDD of Part 63—Performance Testing Requirements
Table 6 to Subpart DDDDD of Part 63—Fuel Analysis Requirements
Table 7 to Subpart DDDDD of Part 63—Establishing Operating Limits
Table 8 to Subpart DDDDD of Part 63—Demonstrating Continuous Compliance
Table 9 to Subpart DDDDD of Part 63—Reporting Requirements
Table 10 to Subpart DDDDD of Part 63—Applicability of General Provisions to Subpart DDDDD
Table 11 to Subpart DDDDD of Part 63—Toxic Equivalency Factors for Dioxins/Furans
Table 12 to Subpart DDDDD of Part 63—Alternative Emission Limits for New or Reconstructed Boilers and Process Heaters That Commenced Construction or Reconstruction After June 4, 2010, and Before May 20, 2011

### What This Subpart Covers

#### § 63.7480 What is the purpose of this subpart?

This subpart establishes national emission limitations and work practice standards for hazardous air pollutants (HAP) emitted from industrial, commercial, and institutional boilers and process heaters located at major sources of HAP. This subpart also establishes requirements to demonstrate initial and continuous compliance with the emission limitations and work practice standards.

#### § 63.7485 Am I subject to this subpart?

You are subject to this subpart if you own or operate an industrial, commercial, or institutional boiler or process heater as defined in § 63.7575 that is located at, or is part of, a major source of HAP, except as specified in § 63.7491. For purposes of this subpart, a major source of HAP is as defined in § 63.2, except that for oil and natural gas production facilities, a major source of HAP is as defined in § 63.761 (subpart HH of this part, National Emission Standards for Hazardous Air Pollutants from Oil and Natural Gas Production Facilities).

#### § 63.7490 What is the affected source of this subpart?

(a) This subpart applies to new, reconstructed, and existing affected sources as described in paragraphs (a)(1) and (2) of this section.

(1) The affected source of this subpart is the collection at a major source of all existing industrial, commercial, and institutional boilers and process heaters within a subcategory as defined in § 63.7575.

(2) The affected source of this subpart is each new or reconstructed industrial, commercial, or institutional boiler or

process heater, as defined in § 63.7575, located at a major source.

(b) A boiler or process heater is new if you commence construction of the boiler or process heater after June 4, 2010, and you meet the applicability criteria at the time you commence construction.

(c) A boiler or process heater is reconstructed if you meet the reconstruction criteria as defined in § 63.2, you commence reconstruction after June 4, 2010, and you meet the applicability criteria at the time you commence reconstruction.

(d) A boiler or process heater is existing if it is not new or reconstructed.

### § 63.7491 Are any boilers or process heaters not subject to this subpart?

The types of boilers and process heaters listed in paragraphs (a) through (m) of this section are not subject to this subpart.

(a) An electric utility steam generating unit.

(b) A recovery boiler or furnace covered by subpart MM of this part.

(c) A boiler or process heater that is used specifically for research and development. This does not include units that provide heat or steam to a process at a research and development facility.

(d) A hot water heater as defined in this subpart.

(e) A refining kettle covered by subpart X of this part.

(f) An ethylene cracking furnace covered by subpart YY of this part.

(g) Blast furnace stoves as described in EPA–453/R–01–005 (incorporated by reference, see § 63.14).

(h) Any boiler or process heater that is part of the affected source subject to another subpart of this part (i.e., another National Emission Standards for Hazardous Air Pollutants in 40 CFR part 63).

(i) Any boiler or process heater that is used as a control device to comply with another subpart of this part, provided that at least 50 percent of the heat input to the boiler is provided by the gas stream that is regulated under another subpart.

(j) Temporary boilers as defined in this subpart.

(k) Blast furnace gas fuel-fired boilers and process heaters as defined in this subpart.

(l) Any boiler specifically listed as an affected source in any standard(s) established under section 129 of the Clean Air Act.

(m) A boiler required to have a permit under section 3005 of the Solid Waste Disposal Act or covered by subpart EEE of this part (e.g., hazardous waste boilers).

### § 63.7495 When do I have to comply with this subpart?

(a) If you have a new or reconstructed boiler or process heater, you must comply with this subpart by May 20, 2011 or upon startup of your boiler or process heater, whichever is later.

(b) If you have an existing boiler or process heater, you must comply with this subpart no later than March 21, 2014.

(c) If you have an area source that increases its emissions or its potential to emit such that it becomes a major source of HAP, paragraphs (c)(1) and (2) of this section apply to you.

(1) Any new or reconstructed boiler or process heater at the existing source must be in compliance with this subpart upon startup.

(2) Any existing boiler or process heater at the existing source must be in compliance with this subpart within 3 years after the source becomes a major source.

(d) You must meet the notification requirements in § 63.7545 according to the schedule in § 63.7545 and in subpart A of this part. Some of the notifications must be submitted before you are required to comply with the emission limits and work practice standards in this subpart.

(e) If you own or operate an industrial, commercial, or institutional boiler or process heater and would be subject to this subpart except for the exemption in § 63.7491(l) for commercial and industrial solid waste incineration units covered by part 60, subpart CCCC or subpart DDDD, and you cease combusting solid waste, you must be in compliance with this subpart on the effective date of the switch from waste to fuel.

## Emission Limitations and Work Practice Standards

### § 63.7499 What are the subcategories of boilers and process heaters?

The subcategories of boilers and process heaters, as defined in § 63.7575 are:

(a) Pulverized coal/solid fossil fuel units.

(b) Stokers designed to burn coal/solid fossil fuel.

(c) Fluidized bed units designed to burn coal/solid fossil fuel.

(d) Stokers designed to burn biomass/bio-based solid.

(e) Fluidized bed units designed to burn biomass/bio-based solid.

(f) Suspension burners/Dutch Ovens designed to burn biomass/bio-based solid.

(g) Fuel Cells designed to burn biomass/bio-based solid.

(h) Hybrid suspension/grate burners designed to burn biomass/bio-based solid.

(i) Units designed to burn solid fuel.

(j) Units designed to burn liquid fuel.

(k) Units designed to burn liquid fuel in non-continental States or territories.

(l) Units designed to burn natural gas, refinery gas or other gas 1 fuels.

(m) Units designed to burn gas 2 (other) gases.

(n) Metal process furnaces.

(o) Limited-use boilers and process heaters.

### § 63.7500 What emission limitations, work practice standards, and operating limits must I meet?

(a) You must meet the requirements in paragraphs (a)(1) through (3) of this section, except as provided in paragraphs (b) and (c) of this section. You must meet these requirements at all times.

(1) You must meet each emission limit and work practice standard in Tables 1 through 3, and 12 to this subpart that applies to your boiler or process heater, for each boiler or process heater at your source, except as provided under § 63.7522. If your affected source is a new or reconstructed affected source that commenced construction or reconstruction after June 4, 2010, and before May 20, 2011, you may comply with the emission limits in Table 1 or 12 to this subpart until March 21, 2014. On and after March 21, 2014, you must comply with the emission limits in Table 1 to this subpart.

(2) You must meet each operating limit in Table 4 to this subpart that applies to your boiler or process heater. If you use a control device or combination of control devices not covered in Table 4 to this subpart, or you wish to establish and monitor an alternative operating limit and alternative monitoring parameters, you must apply to the EPA Administrator for approval of alternative monitoring under § 63.8(f).

(3) At all times, you must operate and maintain any affected source, including associated air pollution control equipment and monitoring equipment, in a manner consistent with safety and good air pollution control practices for minimizing emissions. Determination of whether such operation and maintenance procedures are being used will be based on information available to the Administrator that may include, but is not limited to, monitoring results, review of operation and maintenance procedures, review of operation and maintenance records, and inspection of the source.

(b) As provided in § 63.6(g), EPA may approve use of an alternative to the work practice standards in this section.

(c) Limited-use boilers and process heaters must complete a biennial tune-up as specified in § 63.7540. They are not subject to the emission limits in Tables 1 and 2 to this subpart, the annual tune-up requirement in Table 3 to this subpart, or the operating limits in Table 4 to this subpart. Major sources that have limited-use boilers and process heaters must complete an energy assessment as specified in Table 3 to this subpart if the source has other existing boilers subject to this subpart that are not limited-use boilers.

**§ 63.7501 How can I assert an affirmative defense if I exceed an emission limitations during a malfunction?**

In response to an action to enforce the emission limitations and operating limits set forth in § 63.7500 you may assert an affirmative defense to a claim for civil penalties for exceeding such standards that are caused by malfunction, as defined at § 63.2. Appropriate penalties may be assessed, however, if you fail to meet your burden of proving all of the requirements in the affirmative defense. The affirmative defense shall not be available for claims for injunctive relief.

(a) To establish the affirmative defense in any action to enforce such a limit, you must timely meet the notification requirements in paragraph (b) of this section, and must prove by a preponderance of evidence that:

(1) The excess emissions:

(i) Were caused by a sudden, infrequent, and unavoidable failure of air pollution control and monitoring equipment, process equipment, or a process to operate in a normal or usual manner, and

(ii) Could not have been prevented through careful planning, proper design or better operation and maintenance practices; and

(iii) Did not stem from any activity or event that could have been foreseen and avoided, or planned for; and

(iv) Were not part of a recurring pattern indicative of inadequate design, operation, or maintenance; and

(2) Repairs were made as expeditiously as possible when the applicable emission limitations were being exceeded. Off-shift and overtime labor were used, to the extent practicable to make these repairs; and

(3) The frequency, amount and duration of the excess emissions (including any bypass) were minimized to the maximum extent practicable during periods of such emissions; and

(4) If the excess emissions resulted from a bypass of control equipment or a process, then the bypass was unavoidable to prevent loss of life, personal injury, or severe property damage; and

(5) All possible steps were taken to minimize the impact of the excess emissions on ambient air quality, the environment and human health; and

(6) All emissions monitoring and control systems were kept in operation if at all possible, consistent with safety and good air pollution control practices; and

(7) All of the actions in response to the excess emissions were documented by properly signed, contemporaneous operating logs; and

(8) At all times, the facility was operated in a manner consistent with good practices for minimizing emissions; and

(9) A written root cause analysis has been prepared, the purpose of which is to determine, correct, and eliminate the primary causes of the malfunction and the excess emissions resulting from the malfunction event at issue. The analysis shall also specify, using best monitoring methods and engineering judgment, the amount of excess emissions that were the result of the malfunction.

(b) *Notification.* The owner or operator of the facility experiencing an exceedance of its emission limitat(s) during a malfunction shall notify the Administrator by telephone or facsimile (fax) transmission as soon as possible, but no later than 2 business days after the initial occurrence of the malfunction, if it wishes to avail itself of an affirmative defense to civil penalties for that malfunction. The owner or operator seeking to assert an affirmative defense shall also submit a written report to the Administrator within 45 days of the initial ocurrence of the exceedance of the standard in § 63.7500 to demonstrate, with all necessary supporting documentation, that it has met the requirements set forth in paragraph (a) of this section. The owner or operator may seek an extension of this deadline for up to 30 additional days by submitting a written request to the Administrator before the expiration of the 45 day period. Until a request for an extension has been approved by the Administrator, the owner or operator is subject to the requirement to submit such report within 45 days of the initial occurrence of the exceedance.

## General Compliance Requirements

**§ 63.7505 What are my general requirements for complying with this subpart?**

(a) You must be in compliance with the emission limits and operating limits in this subpart. These limits apply to you at all times.

(b) [Reserved]

(c) You must demonstrate compliance with all applicable emission limits using performance testing, fuel analysis, or continuous monitoring systems (CMS), including a continuous emission monitoring system (CEMS) or continuous opacity monitoring system (COMS), where applicable. You may demonstrate compliance with the applicable emission limit for hydrogen chloride or mercury using fuel analysis if the emission rate calculated according to § 63.7530(c) is less than the applicable emission limit. Otherwise, you must demonstrate compliance for hydrogen chloride or mercury using performance testing, if subject to an applicable emission limit listed in Table 1, 2, or 12 to this subpart.

(d) If you demonstrate compliance with any applicable emission limit through performance testing and subsequent compliance with operating limits (including the use of continuous parameter monitoring system), or with a CEMS, or COMS, you must develop a site-specific monitoring plan according to the requirements in paragraphs (d)(1) through (4) of this section for the use of any CEMS, COMS, or continuous parameter monitoring system. This requirement also applies to you if you petition the EPA Administrator for alternative monitoring parameters under § 63.8(f).

(1) For each CMS required in this section (including CEMS, COMS, or continuous parameter monitoring system), you must develop, and submit to the delegated authority for approval upon request, a site-specific monitoring plan that addresses paragraphs (d)(1)(i) through (iii) of this section. You must submit this site-specific monitoring plan, if requested, at least 60 days before your initial performance evaluation of your CMS. This requirement to develop and submit a site specific monitoring plan does not apply to affected sources with existing monitoring plans that apply to CEMS and COMS prepared under appendix B to part 60 of this chapter and that meet the requirements of § 63.7525.

(i) Installation of the CMS sampling probe or other interface at a measurement location relative to each affected process unit such that the measurement is representative of control of the exhaust emissions (e.g., on or downstream of the last control device);

(ii) Performance and equipment specifications for the sample interface, the pollutant concentration or

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO
USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 146 of 496


**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[EPA–HQ–OAR–2002–0058; FRL–9148–5]**

**RIN 2060–AG69**

# National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Proposed rule.

**SUMMARY:** On September 13, 2004, under authority of section 112 of the Clean Air Act, EPA promulgated national emission standards for hazardous air pollutants for new and existing industrial/commercial/institutional boilers and process heaters. On June 19, 2007, the United States Court of Appeals for the District of Columbia Circuit vacated and remanded the national emission standards for hazardous air pollutants for industrial/commercial/institutional boilers and process heaters.

In response to the court's vacatur and remand, this action would require all major sources to meet hazardous air pollutants emissions standards reflecting the application of the maximum achievable control technology. The proposed rule would protect air quality and promote public health by reducing emissions of the hazardous air pollutants listed in section 112(b)(1) of the Clean Air Act.

We are also proposing that existing major source facilities with an affected boiler undergo an energy assessment on the boiler system to identify cost-effective energy conservation measures.

**DATES:** Comments must be received on or before July 19, 2010. Under the Paperwork Reduction Act, comments on the information collection provisions are best assured of having full effect if the Office of Management and Budget (OMB) receives a copy of your comments on or before July 6, 2010.

*Public Hearing.* We will hold a public hearing concerning this proposed rule and the interrelated proposed Boiler area source, CISWI, and RCRA rules, discussed in this proposal and published in the proposed rules section of today's **Federal Register**, on June 21, 2010. Persons requesting to speak at a public hearing must contact EPA by June 14, 2010.

**ADDRESSES:** Submit your comments, identified by Docket ID No. EPA–HQ–OAR–2002–0058, by one of the following methods:

- *http://www.regulations.gov.* Follow the instructions for submitting comments.
- *http://www.epa.gov/oar/docket.html.* Follow the instructions for submitting comments on the EPA Air and Radiation Docket Web site.
- *E-mail:* Comments may be sent by electronic mail (e-mail) to *a-and-r-docket@epa.gov,* Attention Docket ID No. EPA–HQ–OAR–2002–0058.
- *Fax:* Fax your comments to: (202) 566–9744, Docket ID No. EPA–HQ–OAR–2002–0058.
- *Mail: Send your comments to:* EPA Docket Center (EPA/DC), Environmental Protection Agency, Mailcode: 2822T, 1200 Pennsylvania Ave., NW., Washington, DC 20460, Docket ID No. EPA–HQ–OAR–2002–0058. Please include a total of two copies. In addition, please mail a copy of your comments on the information collection provisions to the Office of Information and Regulatory Affairs, OMB, *Attn:* Desk Officer for EPA, 725 17th St., NW., Washington, DC 20503.
- *Hand Delivery or Courier:* Deliver your comments to: EPA Docket Center, EPA West, Room 3334, 1301 Constitution Ave., NW., Washington, DC 20460. Such deliveries are only accepted during the Docket's normal hours of operation (8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holiday), and special arrangements should be made for deliveries of boxed information.

*Instructions:* All submissions must include agency name and docket number or Regulatory Information Number (RIN) for this rulemaking. All comments will be posted without change and may be made available online at *http://www.regulations.gov,* including any personal information provided, unless the comment includes information claimed to be confidential business information (CBI) or other information whose disclosure is restricted by statute. Do not submit information that you consider to be CBI or otherwise protected through *http://www.regulations.gov* or e-mail. The *http://www.regulations.gov* Web site is an "anonymous access" system, which means EPA will not know your identity or contact information unless you provide it in the body of your comment. If you send an e-mail comment directly to EPA without going through *http://www.regulations.gov,* your e-mail address will be automatically captured and included as part of the comment that is placed in the public docket and made available on the Internet. If you submit an electronic comment, EPA recommends that you include your name and other contact information in the body of your comment and with any disk or CD–ROM you submit. If EPA cannot read your comment due to technical difficulties and cannot contact you for clarification, EPA may not be able to consider your comment. Electronic files should avoid the use of special characters, any form of encryption, and be free of any defects or viruses.

*Public Hearing:* We will hold a public hearing concerning this proposed rule on June 21, 2010. Persons interested in presenting oral testimony at the hearing should contact Ms. Pamela Garrett, Energy Strategies Group, at (919) 541–7966 by June 14, 2010. The public hearing will be held in the Washington DC area at a location and time that will be posted at the following Web site: *http://www.epa.gov/airquality/combustion.* Please refer to this Web site to confirm the date of the public hearing as well. If no one requests to speak at the public hearing by June 14, 2010 then the public hearing will be cancelled and a notification of cancellation posted on the following Web site: *http://www.epa.gov/airquality/combustion.*

*Docket:* All documents in the docket are listed in the *http://www.regulations.gov* index. Although listed in the index, some information is not publicly available, *e.g.,* CBI or other information whose disclosure is restricted by statute. Certain other material, such as copyrighted material, will be publicly available only in hard copy form. Publicly available docket materials are available either electronically in *http://www.regulations.gov* or in hard copy at the EPA Docket Center, Room 3334, 1301 Constitution Ave., NW., Washington, DC. The Public Reading Room is open from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays. The telephone number for the Public Reading Room is (202) 566–1744, and the telephone number for the Air Docket is (202) 566–1742.

**FOR FURTHER INFORMATION CONTACT:** Mr. Brian Shrager, Energy Strategies Group, Sector Policies and Programs Division, (D243–01), Office of Air Quality Planning and Standards, U.S. Environmental Protection Agency, Research Triangle Park, North Carolina 27711; *Telephone number:* (919) 541–7689; Fax number (919) 541–5450; *E-mail address: shrager.brian@epa.gov.*

**SUPPLEMENTARY INFORMATION:** The information presented in this preamble is organized as follows:

I. General Information
A. Does this action apply to me?

B. What should I consider as I prepare my comments to EPA?
C. Where can I get a copy of this document?
D. When would a public hearing occur?
II. Background Information
A. What is the statutory authority for the proposed rule?
B. Summary of the Natural Resources Defense Council v. EPA Decision
C. Summary of Other Related Court Decisions
D. EPA's Response to the Vacatur
E. What is the relationship between the proposed rule and other combustion rules?
F. What are the health effects of pollutants emitted from industrial/commercial/institutional boilers and process heaters?
III. Summary of the Proposed Rule
A. What source categories are affected by the proposed rule?
B. What is the affected source?
C. Does the proposed rule apply to me?
D. What emission limitations and work practice standards must I meet?
E. What are the startup, shutdown, and malfunction (SSM) requirements?
F. What are the testing and initial compliance requirements?
G. What are the continuous compliance requirements?
H. What are the notification, recordkeeping and reporting requirements?
I. Submission of Emissions Test Results to EPA
IV. Rationale for the Proposed Rule
A. How did EPA determine which sources would be regulated under the proposed rule?
B. How did EPA select the format for the proposed rule?
C. How did EPA determine the proposed emission limitations for existing units?
D. How did EPA determine the MACT floor for existing units?
E. How did EPA consider beyond-the-floor for existing units?
F. Should EPA consider different subcategories for solid fuel boilers and process heaters?
G. How did EPA determine the proposed emission limitations for new units?
H. How did EPA determine the MACT floor for new units?
I. How did EPA consider beyond-the-floor for new units?
J. What other compliance alternatives were considered?
K. How did we select the compliance requirements?
L. What alternative compliance provisions are being proposed?
M. How did EPA determine compliance times for the proposed rule?
N. How did EPA determine the required records and reports for this proposed rule?
O. How does the proposed rule affect permits?
P. Alternative Standard for Consideration
V. Impacts of the Proposed Rule
A. What are the air impacts?
B. What are the water and solid waste impacts?
C. What are the energy impacts?
D. What are the control costs?
E. What are the economic impacts?
F. What are the social costs and benefits of the proposed rule?
VI. Public Participation and Request for Comment
VII. Relationship of the Proposed Action to Section 112(c)(6) of the CAA
VIII. Statutory and Executive Order Reviews
A. Executive Order 12866, Regulatory Planning and Review
B. Executive Order 13132, Federalism
C. Executive Order 13175, Consultation and Coordination With Indian Tribal Governments
D. Executive Order 13045, Protection of Children From Environmental Health Risks and Safety Risks
E. Unfunded Mandates Reform Act of 1995
F. Regulatory Flexibility Act as Amended by the Small Business Regulatory Enforcement Fairness Act (RFA) of 1996 SBREFA), 5 U.S.C. 601 *et seq.*
G. Paperwork Reduction Act
H. National Technology Transfer and Advancement Act
I. Executive Order 13211, Actions Concerning Regulations That Significantly Affect Energy Supply, Distribution, or Use
J. Executive Order 12898: Federal Actions To Address Environmental Justice in Minority Populations and Low-Income Populations

## I. General Information

### *A. Does this action apply to me?*

The regulated categories and entities potentially affected by the proposed standards include:

| Category | NAICS code [1] | Examples of potentially regulated entities |
|---|---|---|
| Any industry using a boiler or process heater as defined in the proposed rule. | 211 | Extractors of crude petroleum and natural gas. |
| | 321 | Manufacturers of lumber and wood products. |
| | 322 | Pulp and paper mills. |
| | 325 | Chemical manufacturers. |
| | 324 | Petroleum refineries, and manufacturers of coal products. |
| | 316, 326, 339 | Manufacturers of rubber and miscellaneous plastic products. |
| | 331 | Steel works, blast furnaces. |
| | 332 | Electroplating, plating, polishing, anodizing, and coloring. |
| | 336 | Manufacturers of motor vehicle parts and accessories. |
| | 221 | Electric, gas, and sanitary services. |
| | 622 | Health services. |
| | 611 | Educational services. |

[1] North American Industry Classification System.

This table is not intended to be exhaustive, but rather provides a guide for readers regarding entities likely to be affected by this action. To determine whether your facility, company, business, organization, etc., would be regulated by this action, you should examine the applicability criteria in 40 CFR 63.7485 of subpart DDDDD (National Emission Standards for Hazardous Air Pollutants (NESHAP) for Industrial, Commercial, and Institution Boilers and Process Heaters). If you have any questions regarding the applicability of this action to a particular entity, consult either the air permitting authority for the entity or your EPA regional representative as listed in 40 CFR 63.13 of subpart A (General Provisions).

### *B. What should I consider as I prepare my comments to EPA?*

Do not submit information containing CBI to EPA through *http://www.regulations.gov* or e-mail. Send or deliver information identified as CBI only to the following address: Roberto Morales, OAQPS Document Control Officer (C404–02), Office of Air Quality Planning and Standards, U.S.

downloaded at *http://www.epa.gov/ttn/atw/boiler/boilerpg.html.*

When we compared information on boilers and process heaters from facilities submitting initial notifications to comply with the vacated 2004 Boiler MACT to the information gathering effort conducted for the 2004 Boiler MACT, a large disparity was identified in the number of potentially affected units at major sources of HAP. Since the last combustion unit data gathering effort in 1996, many sources have shut down, others have selected to operate with a permit limit on their HAP emissions in order to avoid being subject to the Boiler MACT (i.e., synthetic area source), and some units have switched out older solid fuel units for newer equipment due to increased insurance and maintenance costs.

Based on the definition of solid waste as set forth in a parallel proposed action, we revised the population of combustion units subject to CAA section 129 (because they combust solid waste) and the population of boilers and process heaters subject to CAA section 112 (because they do not combust solid waste). We then used the new data to develop a revised NESHAP for boilers and process heaters under CAA section 112 and revised standards for incineration units covered by CAA section 129. Specifically, the data provide the Agency with updated information on the number of potentially affected units, available emission test data, and fuel/material analysis data to address variability. We are using all of the information before the Administrator to calculate the MACT floors, set emission limits, and evaluate the emission impacts of various regulatory options for these revised rulemakings.

### *E. What is the relationship between this proposed rule and other combustion rules?*

The proposed rule regulates source categories covering industrial boilers, institutional boilers, commercial boilers, and process heaters. These source categories potentially include combustion units that are already regulated by other MACT standards. Therefore, we are excluding from this proposed rule any boiler or process heater that is subject to regulation under other MACT standards.

In 1986, EPA had codified new source performance standards (NSPS) for industrial boilers (40 CFR part 60, subparts Db and Dc) and revised portions of those standards in 1999 and 2006. The NSPS regulates emissions of PM, $SO_2$, and $NO_X$ from boilers constructed after June 19, 1984. Sources subject to the NSPS will be subject to the final CAA section 112(d) standards for boilers and process heaters because it regulates sources of HAP while the NSPS do not. However, in developing the proposed rule, we considered the monitoring requirements, testing requirements, and recordkeeping requirements of the NSPS to avoid duplicating requirements.

This proposed rule addresses the combustion of non-solid waste materials in boilers and process heaters. If an owner or operator of an affected source subject to these proposed standards were to start combusting a solid waste (as defined by the Administrator under RCRA), the affected source would cease to be subject to this action and would instead be subject to regulation under CAA section 129. A rulemaking under CAA section 129 is being proposed in a parallel action and is relevant to this action because it would apply to boilers and process heaters located at a major source that combust any solid waste. EPA is taking comment on whether a boiler or process heater could then opt back into regulation under this proposed rule by taking a federally enforceable restriction precluding the future combustion of any solid waste material.

### *F. What are the health effects of pollutants emitted from industrial/commercial/institutional boilers and process heaters?*

This proposed rule protects air quality and promotes the public health by reducing emissions of some of the HAP listed in CAA section 112(b)(1). As noted above, emissions data collected during development of the proposed rule show that hydrogen chloride emissions represent the predominant HAP emitted by industrial, commercial, and institutional (ICI) boilers, accounting for 61 percent of the total HAP emissions.[1] ICI boilers and process heaters also emit lesser amounts of hydrogen fluoride, accounting for about 17 percent of total HAP emissions, and metals (arsenic, cadmium, chromium, mercury, manganese, nickel, and lead) accounting for about 6 percent of total HAP emissions. Organic HAP (formaldehyde, POM, acetaldehyde, benzene) account for about 15 percent of total HAP emissions. Exposure to these HAP, depending on exposure duration and levels of exposures, can be associated with a variety of adverse health effects. These adverse health effects may include, for example, irritation of the lung, skin, and mucus membranes, effects on the central nervous system, damage to the kidneys, and alimentary effects such as nausea and vomiting. We have classified two of the HAP as human carcinogens (arsenic and chromium VI) and four as probable human carcinogens (cadmium, lead, dioxins/furans, and nickel). We do not know the extent to which the adverse health effects described above occur in the populations surrounding these facilities. However, to the extent the adverse effects do occur, this proposed rule would reduce emissions and subsequent exposures.

[1] *See* Memorandum "Methodology for Estimating Impacts from Industrial, Commercial, Institutional Boilers and Process Heaters at Major Sources of Hazardous Air Pollutant Emissions" located in the docket.

## III. Summary of This Proposed Rule

This section summarizes the requirements proposed in today's action. Section IV below provides our rationale for the proposed requirements.

### *A. What source categories are affected by this proposed rule?*

This proposed rule affects industrial boilers, institutional boilers, commercial boilers, and process heaters. In this proposed rule, process heaters are defined as units in which the combustion gases do not directly come into contact with process material or gases in the combustion chamber (e.g., indirect fired). Boiler means an enclosed device using controlled flame combustion and having the primary purpose of recovering thermal energy in the form of steam or hot water.

### *B. What is the affected source?*

The affected source is: (1) The collection of all existing industrial, commercial, or institutional boilers or process heaters within a subcategory located at a major source facility that do not combust solid waste or (2) each new or reconstructed industrial, commercial, or institutional boiler or process heater located at a major source facility that do not combust solid waste, as that term is defined by the Administrator under RCRA.

The affected source does not include boilers and process heaters that are subject to another standard under 40 CFR part 63 or a standard established under CAA section 129.

### *C. Does this proposed rule apply to me?*

This proposed rule applies to you if you own or operate a boiler or process heater at a major source meeting the requirements discussed previously in this preamble. A major source of HAP emissions is any stationary source or group of stationary sources located within a contiguous area and under common control that emits or has the

require any additional performance testing and will apply to those performance tests conducted using test methods that are supported by ERT. The ERT contains a specific electronic data entry form for most of the commonly used EPA reference methods. The Web site listed at the end of this section contains a listing of the pollutants and test methods supported by ERT. In addition, when a facility submits performance test data to WebFIRE, there will be no additional requirements for emissions test data compilation. Moreover, we believe industry will benefit from development of improved emissions factors, fewer follow-up information requests, and better regulation development as discussed below. The information to be reported is already required for the existing test methods and is necessary to evaluate the conformance to the test method.

One major advantage of submitting source test data through the ERT is that it provides a standardized method to compile and store much of the documentation required to be reported by this rule while clearly stating what testing information we require. Another important benefit of submitting these data to EPA at the time the source test is conducted is that it will substantially reduce the effort involved in data collection activities in the future. Specifically, because EPA would already have adequate source category data to conduct residual risk assessments or technology reviews, there would be fewer or less substantial data collection requests (*e.g.,* CAA Section 114 letters). This results in a reduced burden on both affected facilities (in terms of reduced manpower to respond to data collection requests) and EPA (in terms of preparing and distributing data collection requests).

State/local/Tribal agencies may also benefit in that their review may be more streamlined and accurate as the States will not have to re-enter the data to assess the calculations and verify the data entry. Finally, another benefit of submitting these data to WebFIRE electronically is that these data will improve greatly the overall quality of the existing and new emissions factors by supplementing the pool of emissions test data upon which the emissions factor is based and by ensuring that data are more representative of current industry operational procedures. A common complaint we hear from industry and regulators is that emissions factors are outdated or not representative of a particular source category. Receiving and incorporating data for most performance tests will ensure that emissions factors, when updated, represent accurately the most current operational practices. In summary, receiving test data already collected for other purposes and using them in the emissions factors development program will save industry, State/local/Tribal agencies, and EPA time and money and work to improve the quality of emissions inventories and related regulatory decisions.

As mentioned earlier, the electronic data base that will be used is EPA's WebFIRE, which is a Web site accessible through EPA's Technology Transfer Network (TTN). The WebFIRE Web site was constructed to store emissions test data for use in developing emissions factors. A description of the WebFIRE data base can be found at *http://cfpub.epa.gov/oarweb/index.cfm?action=fire.main.*

The ERT will be able to transmit the electronic report through EPA's Central Data Exchange (CDX) network for storage in the WebFIRE data base. Although ERT is not the only electronic interface that can be used to submit source test data to the CDX for entry into WebFIRE, it makes submittal of data very straightforward and easy. A description of the ERT can be found at *http://www.epa.gov/ttn/chief/ert/ert_tool.html.*

## IV. Rationale for This Proposed Rule

### *A. How did EPA determine which sources would be regulated under this proposed rule?*

This proposed rule regulates source categories covering industrial boilers, institutional and commercial boilers, and process heaters. These source categories potentially include combustion units that are already regulated by other MACT standards under CAA sections 112 or 129. Therefore, we are excluding from this proposed rule any units that are subject to regulation in another MACT standard established under CAA section 112 or a standard established under CAA section 129.

The CAA specifically requires that fossil fuel-fired steam generating units of more than 25 megawatts that produce electricity for sale (*i.e.,* utility boilers) be reviewed separately by EPA. Consequently, this proposed rule would not regulate fossil fuel-fired utility boilers greater than 25 megawatts, but would regulate fossil fuel-fired units less than 25 megawatts and all utility boilers firing a non-fossil fuel that is not a solid waste.

The scope of the process heater source category is limited to only indirect-fired units.[3] Direct-fired units are covered in other MACT standards or rulemakings pertaining to industrial process operations. For example, lime kilns are covered by the Pulp and Paper NESHAP (40 CFR part 63, subpart S). Indirect-fired process heaters are similar to boilers in fuel use, emissions, and applicable controls, and, therefore, it is appropriate for EPA to combine this listed source category of units with the listed source categories of industrial boilers and commercial/institutional boilers for purposes of developing emission standards.

The proposed rule would not regulate hot water heaters, as defined in this proposed rule, because such units are not part of the listed source categories. Many industrial facilities have office buildings located onsite which use hot water heaters. Such hot water heaters, by their design and operation, could be considered boilers since hot water heaters meet the definition of a boiler as specified in the proposed rule, because they are enclosed devices that combust fuel for the purpose of recovery energy to heat water. However, hot water heaters are more appropriately described as residential-type boilers, not industrial, commercial, or institutional boilers because their output (*i.e.,* hot water) is intended for personal use rather than for use in an industrial, commercial, or institutional process. Moreover, since hot water heaters generally are small and use natural gas as fuel, their emissions are negligible compared to the emissions from the industrial operations that make such facilities major sources, and compared to boilers that are used for industrial, commercial, or institutional purposes. However, the primary reason that we are excluding hot water heaters is that hot water heaters are not part of the listed source category. Consequently, we are including a definition of hot water heaters that includes fuel, size, pressure and temperature limitations that we believe are appropriate to distinguish between residential-type units and industrial, commercial, or institutional units.

The CAA allows EPA to divide source categories into subcategories based on differences in class, type, or size. For example, differences between given types of units can lead to corresponding differences in the nature of emissions and the technical feasibility of applying emission control techniques. The design, operating, and emissions information that EPA has reviewed

[3] Indirect-fired process heaters are combustion devices in which the combustion gases do not directly come into contact with process materials.

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO
USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 150 of 496


**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Part 63**

**[OAR–2002–0058; FRL–7418–9]**

**RIN 2060–AG69**

# National Emission Standards for Hazardous Air Pollutants for Industrial/ Commercial/Institutional Boilers and Process Heaters

**AGENCY:** Environmental Protection Agency (EPA).

**ACTION:** Proposed rule.

**SUMMARY:** The EPA is proposing national emission standards for hazardous air pollutants (NESHAP) for industrial/ commercial/institutional boilers and process heaters. The EPA has identified industrial/commercial/ institutional boilers and process heaters as major sources of hazardous air pollutants (HAP) emissions. The proposed rule would implement section 112(d) of the Clean Air Act (CAA) by requiring all major sources to meet HAP emissions standards reflecting the application of the maximum achievable control technology (MACT). The proposed rule would reduce HAP emissions by 58,000 tons per year, hydrogen chloride—a substance that is not considered to be a carcinogen—accounts for 42,000 tons per year (72 percent) of total HAP emissions reductions. The proposed rule would protect air quality and promote the public health by reducing emissions of some of the HAP listed in section 112(b)(1) of the CAA.

The HAP emitted by facilities in the boiler and process heater source category include arsenic, cadmium, chromium, hydrogen chloride (HCl), hydrogen fluoride, lead, manganese, mercury, and nickel. Exposure to these substances has been demonstrated to cause adverse health effects such as irritation to the lung, skin, and mucus membranes, effects on the central nervous system, kidney damage, and cancer. The adverse health effects associated with the exposure to these specific HAP are further described in this preamble. In general, these findings have only been shown with concentrations higher than those typically in the ambient air.

**DATES:** *Comments.* Submit comments on or before March 14, 2003.

*Public Hearing.* If anyone contacts EPA requesting to speak at a public hearing by February 3, 2003, a public hearing will be held on February 12, 2003.

**ADDRESSES:** *Comments.* Comments may be submitted by mail (in duplicate, if possible) to EPA Docket Center (Air Docket), U.S. EPA West (MD–6102T), Room B–108, 1200 Pennsylvania Avenue, NW, Washington, DC 20460, Attention Docket ID No. OAR–2002–0058. By hand delivery/courier, comments may be submitted (in duplicate, if possible) to EPA Docket Center, Room B–108, U.S. EPA West, 1301 Constitution Avenue, NW, Washington, DC 20460, Attention Docket ID No. OAR–2002–0058. Also, comments may be submitted electronically according to the detailed instructions as provided in the **SUPPLEMENTARY INFORMATION** section.

*Public Hearing.* If a public hearing is held, it will be held at the new EPA facility complex in Research Triangle Park, North Carolina, or an alternate site nearby.

*Docket.* Docket ID No. OAR–2002–0058 contains supporting information used in developing the proposed rule. The docket is located at the U.S. EPA, 1301 Constitution Avenue, NW, Washington, DC 20460 in room B108, and may be inspected from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays.

**FOR FURTHER INFORMATION CONTACT:** Jim Eddinger, Combustion Group, Emission Standards Division (C439–01), U.S. EPA, Research Triangle Park, North Carolina 27711, telephone number (919) 541–5426, fax number (919) 541–5450, e-mail: *eddinger.jim@epa.gov.*

**SUPPLEMENTARY INFORMATION:** *Regulated Entities.* The promulgation of the proposed rule would affect the following North American Industrial Classification System (NAICS) and Standard Industrial Classification (SIC) codes.

| Category | NAICS code | SIC code | Examples of potentially regulated entities |
|---|---|---|---|
| Any industry using a boiler or process heater as defined in the proposed rule. | 211 | 13 | Extractors of crude petroleum and natural gas. |
| | 321 | 24 | Manufacturers of lumber and wood products. |
| | 322 | 26 | Pulp and paper mills. |
| | 325 | 28 | Chemical manufacturers. |
| | 324 | 29 | Petroleum refineries, and manufacturers of coal products. |
| | 316, 326, 339 | 30 | Manufacturers of rubber and miscellaneous plastic products. |
| | 331 | 33 | Steel works, blast furnaces. |
| | 332 | 34 | Electroplating, plating, polishing, anodizing, and coloring. |
| | 336 | 37 | Manufacturers of motor vehicle parts and accessories. |
| | 221 | 49 | Electric, gas, and sanitary services. |
| | 622 | 80 | Health services. |
| | 611 | 82 | Educational services. |

This table is not intended to be exhaustive, but rather provides a guide for readers regarding entities likely to be regulated by this action. This table lists examples of the types of entities EPA is now aware could potentially be regulated by this action. Other types of entities not listed could also be affected. To determine whether your facility, company, business, organization, *etc.,* is regulated by this action, you should examine the applicability criteria in § 63.7485 of the proposed rule. If you have any questions regarding the applicability of this action to a particular entity, consult the person listed in the preceding **FOR FURTHER INFORMATION CONTACT** section.

## How Can I Get Copies of This Document and Other Related Information?

*Docket.* The EPA has established an official public docket for this action under Docket ID No. OAR–2002–0058. The official public docket consists of the documents specifically referenced in this action, any public comments

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 151 of 496


received, and other information related to this action. Although a part of the official docket, the public docket does not include Confidential Business Information (CBI) or other information whose disclosure is restricted by statute. The official public docket is the collection of materials that is available for public viewing at the Air and Radiation Docket in the EPA Docket Center, (EPA/DC) EPA West, Room B108, 1301 Constitution Ave., NW., Washington, DC. The EPA Docket Center Public Reading Room is open from 8:30 a.m. to 4:30 p.m., Monday through Friday, excluding legal holidays. The telephone number for the Reading Room is (202) 566–1744, and the telephone number for the Air and Radiation Docket is (202) 566–1742. A reasonable fee may be charged for copying docket materials.

*Electronic Access.* You may access this **Federal Register** document electronically through the EPA Internet under the "**Federal Register**" listings at *http://www.epa.gov/fedrgstr/.*

An electronic version of the public docket is available through EPA's electronic public docket and comment system, EPA Dockets. You may use EPA Dockets at *http://www.epa.gov/edocket/* to submit or view public comments, access the index listing of the contents of the official public docket, and to access those documents in the public docket that are available electronically. Once in the system, select "search," then key in the appropriate docket identification number.

Certain types of information will not be placed in the EPA Dockets. Information claimed as CBI and other information whose disclosure is restricted by statute, which is not included in the official public docket, will not be available for public viewing in EPA's electronic public docket. The EPA's policy is that copyrighted material will not be placed in EPA's electronic public docket but will be available only in printed paper form in the official public docket. To the extent feasible, publicly available docket materials will be made available in EPA's electronic public docket. When a document is selected from the index list in EPA Dockets, the system will identify whether the document is available for viewing in EPA's electronic public docket. Although not all docket materials may be available electronically, you may still access any of the publicly available docket materials through the docket facility identified above. The EPA intends to work towards providing electronic access to all of the publicly available docket materials through EPA's electronic public docket.

For public commenters, it is important to note that EPA's policy is that public comments, whether submitted electronically or on paper, will be made available for public viewing in EPA's electronic public docket as EPA receives them and without change, unless the comment contains copyrighted material, CBI, or other information whose disclosure is restricted by statute. When EPA identifies a comment containing copyrighted material, EPA will provide a reference to that material in the version of the comment that is placed in EPA's electronic public docket. The entire printed comment, including the copyrighted material, will be available in the public docket.

Public comments submitted on computer disks that are mailed or delivered to the docket will be transferred to EPA's electronic public docket. Public comments that are mailed or delivered to the Docket will be scanned and placed in EPA's electronic public docket. Where practical, physical objects will be photographed, and the photograph will be placed in EPA's electronic public docket along with a brief description written by the docket staff.

For additional information about EPA's electronic public docket, visit EPA Dockets online or see 67 FR 38102, May 31, 2002.

You may submit comments electronically, by mail, or through hand delivery/courier. To ensure proper receipt by EPA, identify the appropriate docket identification number in the subject line on the first page of your comment. Please ensure that your comments are submitted within the specified comment period. Comments received after the close of the comment period will be marked "late." The EPA is not required to consider these late comments. However, late comments may be considered if time permits.

*Electronically.* If you submit an electronic comment as prescribed below, EPA recommends that you include your name, mailing address, and an e-mail address or other contact information in the body of your comment. Also include this contact information on the outside of any disk or CD ROM you submit, and in any cover letter accompanying the disk or CD ROM. This ensures that you can be identified as the submitter of the comment and allows EPA to contact you in case EPA cannot read your comment due to technical difficulties or needs further information on the substance of your comment. The EPA's policy is that EPA will not edit your comment, and any identifying or contact information provided in the body of a comment will be included as part of the comment that is placed in the official public docket and made available in EPA's electronic public docket. If EPA cannot read your comment due to technical difficulties and cannot contact you for clarification, EPA may not be able to consider your comment.

Your use of EPA's electronic public docket to submit comments to EPA electronically is EPA's preferred method for receiving comments. Go directly to EPA Dockets at *http://www.epa.gov/edocket,* and follow the online instructions for submitting comments. To access EPA's electronic public docket from the EPA Internet Home Page, select "Information Sources," "Dockets," and "EPA Dockets." Once in the system, select "search," and then key in Docket ID No. OAR–2002–0058. The system is an anonymous access system, which means EPA will not know your identity, e-mail address, or other contact information unless you provide it in the body of your comment.

Comments may be sent by electronic mail (e-mail) to *a-and-r-docket@epa.gov,* Attention Docket ID No. OAR–2002–0058. In contrast to EPA's electronic public docket, EPA's e-mail system is not an anonymous access system. If you send an e-mail comment directly to the Docket without going through EPA's electronic public docket, EPA's e-mail system automatically captures your e-mail address. E-mail addresses that are automatically captured by EPA's e-mail system are included as part of the comment that is placed in the official public docket and made available in EPA's electronic public docket.

You may submit comments on a disk or CD ROM that you mail to the mailing address identified below. These electronic submissions will be accepted in WordPerfect or ASCII file format. Avoid the use of special characters and any form of encryption.

*By Mail.* Send your comments (in duplicate if possible) to: Air and Radiation Docket and Information Center, U.S. EPA, Mailcode: 6102T, 1200 Pennsylvania Ave., NW., Washington, DC 20460, Attention Docket ID No. OAR–2002–0058. The EPA requests a separate copy also be sent to the contact person listed above (see **FOR FURTHER INFORMATION CONTACT**).

*By Hand Delivery or Courier.* Deliver your comments to: EPA Docket Center, Room B108, 1301 Constitution Ave., NW., Washington, DC, Attention Docket ID No. OAR–2002–0058. Such deliveries are only accepted during the Docket's

AUTHENTICATED U.S. GOVERNMENT INFORMATION GPO
USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 152 of 496


**ENVIRONMENTAL PROTECTION AGENCY**

**40 CFR Parts 60, 63, 260, 261, 264, 265, 266, 270, and 271**

**[FRL–5447–2]**

**RIN 2050–AF01**

## Revised Standards for Hazardous Waste Combustors

**AGENCY:** Environmental Protection Agency.

**ACTION:** Proposed rule.

**SUMMARY:** The Agency is proposing revised standards for hazardous waste incinerators, hazardous waste-burning cement kilns, and hazardous waste-burning lightweight aggregate kilns. These standards are being proposed under joint authority of the Clean Air Act (CAA) and Resource Conservation and Recovery Act (RCRA). The standards limit emissions of chlorinated dioxins and furans, other toxic organic compounds, toxic metals, hydrochloric acid, chlorine gas, and particulate matter. These standards reflect the performance of Maximum Achievable Control Technologies (MACT) as specified by the Clean Air Act. The MACT standards also should result in increased protection to human health and the environment over existing RCRA standards. The nature of this proposal requires that the following actions also be proposed: proposing the addition of hazardous waste-burning lightweight aggregate kilns to the list of source categories in accordance with 112(c)(5) of the Act; exempting from RCRA emission controls secondary lead facilities subject to MACT; considering an exclusion for certain ''comparable fuels''; and revising the small quantity burner exemption under the BIF rule.

**DATES:** EPA will accept public comments on this proposed rule until June 18, 1996.

**ADDRESSES:** Commenters must send an original and two copies of their comments referencing docket number F–96–RCSP–FFFFF to: RCRA Docket Information Center, Office of Solid Waste (5305W), U.S. Environmental Protection Agency Headquarters (EPA, HQ), 401 M Street, SW., Washington, DC 20460. Deliveries of comments should be made to the Arlington, VA, address listed below. Comments may also be submitted electronically through the Internet to: RCRA-Docket@epamail.epa.gov. Comments in electronic format should also be identified by the docket number F–96–RCSP–FFFFF. All electronic comments must be submitted as an ASCII file avoiding the use of special characters and any form of encryption.

Commenters should not submit electronically any Confidential Business Information (CBI). An original and two copies of CBI must be submitted under separate cover to: RCRA CBI Document Control Officer, Office of Solid Waste (5305W), U.S. EPA, 401 M Street, SW, Washington, DC 20460.

Public comments and supporting materials are available for viewing in the RCRA Information Center (RIC), located at Crystal Gateway One, 1235 Jefferson Davis Highway, First Floor, Arlington, VA. The RIC is open from 9 a.m. to 4 p.m., Monday through Friday, excluding federal holidays. To review docket materials, the public must make an appointment by calling (703) 603–9230. The public may copy a maximum of 100 pages from any regulatory docket at no charge. Additional copies cost $.15/page. The index and some supporting materials are available electronically. See the ''Supplementary Information'' section for information on accessing them.

A public hearing will be held, if requested, to discuss the proposed standards for hazardous waste combustors, in accordance with section 307(d)(5) of the Act. Persons wishing to make an oral presentation at a public hearing should contact the EPA at the address given in the **ADDRESSES** section of this preamble. Oral presentations will be limited to 5 minutes each, unless additional time is feasible. Any member of the public may file a written statement before, during, or within 30 days after the hearing. Written statements should be addressed to the RCRA Docket Section address given in the **ADDRESSES** section of this preamble and should refer to Docket No. F–96–RCSP–FFFFF. A verbatim transcript of the hearing and written statements will be available for public inspection and copying during normal working hours at the EPA's RCRA Docket Section in Washington, D.C. (see ADDRESSES section of this preamble).

**FOR FURTHER INFORMATION CONTACT:** For general information, contact the RCRA Hotline at 1–800–424–9346 or TDD 1–800–553–7672 (hearing impaired). In the Washington metropolitan area, call 703–412–9810 or TDD 703–412–3323.

For more detailed information on specific aspects of this rulemaking, contact Larry Denyer, Office of Solid Waste (5302W), U.S. Environmental Protection Agency, 401 M Street, SW., Washington, DC 20460, (703) 308–8770, electronic mail: Denyer.Larry@epamail.epa.gov. For more detailed information on implementation of this rulemaking, contact Val de la Fuente, Office of Solid Waste (5303W), U.S. Environmental Protection Agency, 401 M Street, SW., Washington, DC 20460, (703) 308–7245, electronic mail: DeLaFuente.Val@epamail.epa.gov. For more detailed information on regulatory impact assessment of this rulemaking, contact Gary Ballard, Office of Solid Waste (5305), U.S. Environmental Protection Agency, 401 M Street, SW., Washington, DC 20460, (202) 260–2429, electronic mail: Ballard.Gary@epamail.epa.gov. For more detailed information on risk analyses of this rulemaking, contact David Layland, Office of Solid Waste (5304), U.S. Environmental Protection Agency, 401 M Street, SW., Washington, DC 20460, (202) 260–4796, electronic mail: Layland.David@epamail.epa.gov.

**SUPPLEMENTARY INFORMATION:** The index and the following supporting materials are available on the Internet: (List documents) Follow these instructions to access the information electronically:
Gopher: gopher.epa.gov
WWW: http://www.epa.gov
Dial-up: (919) 558–0335.

This report can be accessed off the main EPA Gopher menu, in the directory: EPA Offices and Regions/ Office of Solid Waste and Emergency Response (OSWER)/Office of Solid Waste (RCRA)/(consult with Communication Strategist for precise subject heading)
FTP: ftp.epa.gov
Login: anonymous
Password: Your Internet address

Files are located in /pub/gopher/ OSWRCRA

The official record for this action will be kept in paper form. Accordingly, EPA will transfer all comments received electronically into paper form and place them in the official record, which will also include all comments submitted directly in writing. The official record is the paper record maintained at the address in **ADDRESSES** at the beginning of this document.

EPA responses to comments, whether the comments are written or electronic, will be in a notice in the Federal Register or in a response to comments document placed in the official record for this rulemaking. EPA will not immediately reply to commenters electronically other than to seek clarification of electronic comments that may be garbled in transmission or during conversion to paper form, as discussed above.

Glossary of Acronyms

APCD—Air Pollution Control Device

emissions of § 112(c)(6) pollutants are subject to MACT standards.

Although § 112(c)(6) requires the Agency to regulate source categories that emit not less than 90 percent of the aggregate emissions of the high priority HAPs, the Agency will use its discretion to avoid regulating area source categories with trivial aggregate emissions of specific § 112(c)(6) HAPs. However, as an example of the emissions that are possible from the HWC source categories, it is estimated that HWCs presently emit in aggregate 11.1 tons of mercury per year. Of this quantity, 4.6 tons per year can be attributed to hazardous waste incinerators and 6.5 tons per year to hazardous waste-burning cement and lightweight aggregate kilns. Also, it is estimated that HWCs presently emit in aggregate 122 pounds of dioxins/furans (or 2.15 pounds TEQ) per year. Of this quantity, 9 pounds (or 0.2 pounds TEQ) per year can be attributed to hazardous waste incinerators and 113 pounds (or 1.95 pounds TEQ) per year to hazardous waste-burning cement and lightweight aggregate kilns. To show an example of how today's proposal constitutes an action to assure that sources accounting for at least 90 percent of emissions of § 112(c)(6) pollutants are subject to MACT standards, the document Estimating Exposure to Dioxin-Like Compounds, Vol. II: Properties, Sources, Occurrence and Background Exposures (EPA, 1994) estimates (on p. 29) that national emissions of dioxins and furans (D/F) total 4.18 pounds TEQ per year. Based on this estimation, HWCs account for 51 percent of the annual national emissions of D/F. (Consequently, EPA expects these source categories to be included in the list of sources to be controlled to achieve the requisite 90 percent reduction in aggregate emissions of section 112(c)(6) pollutants.)

Congress singled out the HAPs enumerated in § 112(c)(6) as being of ''specific concern'' not just because of their toxicity but because of their propensity to cause substantial harm to human health and the environment via indirect exposure pathways (i.e., from the air through other media, such as water, soil, food uptake, etc.). S. Rep. No. 228, 101st Cong. 1st Sess., pp. 155, 166. These pollutants have exhibited special potential to bioaccumulate, causing pervasive environmental harm in biota (and, ultimately, human health risks). *Id.* Indeed, as discussed later, the data appear to show that much of the human health risk from emissions of these HAPs from HWCs comes from these indirect exposure pathways. *Id.* at p. 166. Congress' express intention was to assure that sources emitting significant quantities of § 112(c)(6) pollutants received a stricter level of control. *Id.*

## V. Selection of MACT Floor for Existing Sources

The starting point in developing MACT standards is determining floor levels, i.e. the minimum (least stringent) level at which the standard can be set.

All of the hazardous waste combustion units subject to this proposed rule are already subject to RCRA regulation under 40 CFR Parts 264, 265, or 266. As a result, the Agency has a substantial amount of data reflecting performance of these devices. These data consist largely of trial burn data for hazardous waste incinerators and data from certifications of compliance for hazardous waste-burning cement kilns and LWAKs obtained pursuant to 266.103(c). These data consist of at least three runs for any given test condition.

In using these ''short term'' test data to establish a MACT floor, the Agency has developed an approach that ensures the standards are achievable, i.e. reflect the performance over time of properly designed and operated air pollution control devices (or operating practices) taking into account intrinsic operating variability.

In addition, the Agency notes that the floor calculations were performed on individual HAPs or, in the case of metals, in two groups of HAPs that behave similarly (i.e., separate floor levels for each hazardous air pollutant or group of metal pollutants). However, for HAPs that are controlled by the same type of air pollution control device (APCD), EPA has ensured that all HAP floors are simultaneously achievable by identifying the APCD and APCD treatment train that can be used to meet all floor levels. The ultimate floor levels thus derived can be achieved using the identified technology. This approach is consistent with methods used by EPA in other rules to calculate MACT requirements where the HAP species present must be treated by a treatment train. See, e.g., MACT Rules for Secondary Lead Smelters. 60 FR 32589 (June 23, 1995).

The Agency is not, however, treating hazardous waste-burning incinerators, cement kilns, and LWAKs as a single source category for purposes of developing the MACT floor (or for any other purpose). The Agency's initial view is that there are technical differences in performance for particular HAPs among the three source categories, and therefore that the technology-based floors must reflect these operating differences.

### *A. Proposed Approach: Combined Technology-Statistical Approach*

This analysis first identified the best performing control technology(ies) for each source category (i.e., incinerators, cement kilns, and lightweight aggregate kilns) and each HAP of concern by arraying from lowest to highest all the particular HAP emissions data from existing units within the source category by test condition averages. These technologies comprise MACT floor. In cases where a source had emissions data for a HAP from several different test conditions of a compliance test, the Agency arrayed each test condition separately. The Agency then identified the emission control technology or technologies (and normalized feedrate of metals and chlorine in hazardous waste) used by sources with emissions levels at or below the level emitted by the median of the best performing 12 percent of sources. The sources are termed ''the best performing 6 percent'' of the sources, or ''MACT pool'', and the controls they use comprise MACT floor.

The next step was to identify an emissions level that MACT floor control could achieve. Thus, emissions data from *all* sources (in the source category) that use MACT floor control were arrayed in ascending order by average emissions. [This is referred to as the ''expanded MACT pool'' or ''expanded universe''.] The Agency evaluated the control technologies used by the additional sources within the ''expanded universe'' as available data allowed to ensure that they were in fact equivalent in design to MACT floor. The Agency then selected the test condition in the expanded MACT pool with the highest mean emissions to identify the emission level that MACT floor could achieve.

Because the emissions database was comprised of ''short-term'' test data, the Agency used a statistical approach to identify an emission level that MACT floor could achieve *routinely.* The Agency then identified the test condition in the expanded MACT pool with the highest mean emissions to statistically calculate a ''design level'' and a floor standard. The design level was calculated as the log mean of the emissions for the test condition. The standard was calculated as a level that a source (that is designed and operated to routinely meet the design level) could meet 99 percent of the time if it has the average within-test-condition emissions variability of the expanded MACT pool. Although the Agency evaluated 90th and 95th percentile limits, the 99th

could be substantial. We also note that PM is not a HAP, but rather a surrogate for non-dioxin/furan HAPs adsorbed on to PM and for metal HAPs not directly controlled by a MACT standard. These HAPS would be controlled to some extent by other proposed standards (e.g., metal-specific standards; CO and HC limits to control organic HAPs). For these reasons, we believe that controlling PM to the proposed BTF level of 69 mg/dscm (0.03 gr/dscf) is appropriate. In addition, we also note that the Agency has no information that a lower PM standard would be needed to satisfy RCRA requirements.

3. Mercury

a. MACT floor for mercury. Mercury (Hg) emissions from incinerators are currently controlled by controlling the feedrate of Hg and by using wet scrubbers (although such scrubbers are used primarily for acid gas control). Wet scrubbers can remove soluble forms of mercury species (e.g., HgCl).

The Agency's Hg emissions database from 29 HWIs indicates that baseline Hg emissions range from 0.05 µg/dscm to a high of 1,360 µg/dscm. To identify MACT floor control, EPA determined that sources with Hg emissions at or below the level emitted by the median of the best performing 12 percent of sources were controlling Hg using either: (1) Hg feedrate control expressed as a maximum theoretical emission concentration (MTEC)[56] of 19 µg/dscm; or (2) wet scrubbers coupled with an MTEC of 51 µg/dscm. Analysis of emissions from all incinerators in the database using these or better controls (i.e., lower Hg feedrates expressed as lower MTECs) resulted in a MACT floor level of 130 µg/dscm.[57] To meet this floor level 99 percent of the time, EPA estimates that a source with average emissions variability must be designed and operated to routinely meet an emission level of 57 µg/dscm.

EPA estimates that approximately 70 percent of incinerators currently meet the floor level. The annualized cost for the remaining incinerators to meet the floor level is estimated to be $29.5 million, and would reduce Hg emissions nationally by 7,166 lbs per year from the baseline emissions level of 9,193 lbs per year.

b. Beyond-the-Floor Considerations. The Agency has considered two alternative beyond-the-floor (BTF) controls for improved Hg control: flue gas temperature reduction to 400° F or less followed by either activated carbon injection (CI) or carbon bed (CB). (As discussed in the D/F section, we note that incinerators with PM control devices operating below the dew point (e.g., venturi-scrubbers, ionizing wet scrubbers) would have to reheat the combustion gas before using CI, and would need to add a FF or other PM control device to remove the injected carbon.) EPA believes that CI-controlled systems can routinely achieve Hg emission reductions of 90 percent or better and that CB-controlled systems can routinely achieve Hg emissions of 99 percent or better.[58]

For CI-controlled systems, EPA has identified a BTF emission standard of 50 µg/dscm, assuming first that a source has controlled its Hg emissions to only 300 µg/dscm using a wet scrubber and/or feed control, and second, a CI removal efficiency of 90 percent. (The BTF emission standard corresponds to a design level of 30 µg/dscm, i.e., a level that the device is designed and operated to achieve routinely.)[59] For CB systems, the BTF standard would be 5.0 µg/dscm (assuming 99 percent removal efficiency).

We note that another option for identifying BTF levels would be to consider the CI or CB system as an add on to the floor controls identified above. Under this option, emission levels prior to CI would be assumed to be the floor level, 130 µg/dscm. Thus, a CI system at 90 percent removal could be expected to achieve a standard of approximately 13 µg/dscm. A CB system at 99 percent removal could be expected to achieve a standard of approximately 1.3 µg/dscm. We specifically request comment on whether this approach of applying BTF reductions to the floor levels is appropriate.

We also note that an alternative approach to using a statistically-derived variability factor to account for emissions variability would be to assume a conservative control efficiency for the CI or CB BTF technology. We believe that using a conservative removal efficiency could adequately account for emissions variability. Under this approach, we would conservatively assume that CI-controlled systems could achieve a removal efficiency of 80 percent and that CB-controlled systems could achieve an efficiency of 90 percent. When these removal efficiencies are applied to the floor level of 130 µg/dscm (corresponding to a design level of 57 µg/dscm), this would result in emission standards of 11 µg/dscm for CI-controlled systems, and 5.7 µg/dscm for CB-controlled systems.[60] We invite comment on this alternative approach to account for emissions variability among runs within a test condition.

For the reasons discussed below, EPA believes that a BTF level based on use of CI is warranted and is proposing a MACT standard of 50 µg/dscm. The proposed standard would result in nationwide Hg emissions reductions of 757 lbs per year above the floor level and 7,922 lbs per year from baseline levels, and the incremental annualized cost to achieve the BTF level over the floor level would be $7.7 million.

EPA has considered costs in relation to emissions reductions and the special bioaccumulation potential that Hg poses and determined that proposing a BTF limit is warranted. Hg is one of the more toxic metals known due to its bioaccumulation potential and the adverse neurological health effects at low concentrations especially to the most sensitive populations at risk (i.e., unborn children, infants and young children). Congress has singled out mercury in CAA section 112(c)(6) for prioritized control. A more detailed discussion of human health benefits for mercury can be found in Part Seven of today's proposal. The chief means of control, activated carbon injection, also controls D/F so that there are distinct efficiencies in control.[61]

The Agency evaluated a more stringent standard of 8 µg/dscm for Hg emissions based on CB technology. This standard would result in additional national Hg reductions of 960 lbs per year over the proposed standard of 50

[56] MTEC is the Hg feedrate divided by the gas flow rate, and is an approach to normalize Hg feedrate across sources.

[57] As discussed above in the text, we added a within-test condition emissions variability factor to the log-mean of the runs for the test condition in the expanded MACT pool with the highest average emission.

[58] USEPA, "Draft Technical Support Document For HWC MACT Standards, Volume III: Selection of Proposed MACT Standards and Technologies", February 1996. See also memo from Shiva Garg, EPA, to the Docket (No. F–96–RCSP–FFFFF), dated February 22, 1996, entitled "Performance of Activated Carbon Injection On Dioxin/Furan and Mercury Emissions."

[59] To achieve a standard of 50 µg/dscm 99 percent of the time, a source with average emissions variability must be designed and operated to achieve an emission level of 30 µg/dscm.

[60] The same approach could be applied to the previously discussed approach of applying the BTF control to an assumed emission level of 300 µg/dscm. When assuming the conservative removal efficiencies of 80 percent for CI and 90 percent for CB, this would result in BTF standards of 60 µg/dscm for CI-controlled systems and 30 µg/dscm for CB-controlled systems. A statistically-derived variability factor would not be added because emissions variability is accounted for by assuming conservative (i.e., lower-than-expected) removal efficiencies for CI and CB systems.

[61] As discussed for D/F, we invite comment on whether the final rule should establish floor levels, rather than BTF levels, for Hg for small incinerators. This is because the Agency is concerned about the cost-effectiveness of the BTF levels for small incinerators.

**ORAL ARGUMENT HELD DECEMBER 3, 2015**
**DECISION ISSUED JULY 29, 2016**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 11-1108 (and consolidated cases)**

---

**UNITED STATES SUGAR CORPORATION, et al.,**

**Petitioners,**

**v.**

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,**

**Respondents.**

---

**On Petition for Review of Final Action of the**
**United States Environmental Protection Agency**

---

# EPA'S PETITION FOR PANEL REHEARING AS TO REMEDY

---

**JOHN C. CRUDEN**
**Assistant Attorney General**

**PERRY M. ROSEN**
**NORMAN L. RAVE, JR.**
**Environmental Defense Section**
**Environment and Natural Resources Division**
**United States Department of Justice**
**P.O. Box 7611**
**Washington, D.C. 20044**
**(202) 616-7568**

**OF COUNSEL:**
**SUSMITA DUBEY**
**Office of General Counsel**
**United States Environmental**
**Protection Agency**
**1200 Pennsylvania Ave., NW**
**Washington, D.C. 20460**

**September 12, 2016**

## INTRODUCTION

Pursuant to Fed. R. App. P. 40, Respondent United States Environmental Protection Agency ("EPA") seeks panel rehearing of the Court's vacatur of emission standards "for all major boiler subcategories that would have been affected had the EPA considered all sources included in the subcategories." Slip op. at 84. EPA is not seeking rehearing of the merits of the decision, but rather just seeking rehearing as to the remedy. Specifically, EPA is requesting that the major boiler standards be remanded to EPA without vacatur for the Agency to conduct rulemaking to determine which standards are "affected" and to modify them in accordance with the Court's opinion. Remand without vacatur is justified because: (1) the Environmental Petitioners sought only remand, not vacatur, of the standards (and Industry Petitioners did not challenge these standards on this basis); (2) vacatur of the standards during the period required to address the Court's remand would eliminate the environmental benefits achieved by the existing standards (which Petitioners challenged as being insufficiently stringent), contrary to the intent of the statute and the interests the Environmental Petitioners sought to vindicate in bringing this challenge; (3) a remand would not create undue hardship for source operators because the standards have been in effect since January 31,

2016, existing sources and new sources that have commenced operation[1] have already made whatever capital investments are necessary for compliance,[2] and any new sources not yet constructed will have adequate time to prepare for compliance; and (4) vacatur would be disruptive because it would mean that some sources would be subject to standards while others were not, and some boilers would be subject to standards for some pollutants but not for others.

## BACKGROUND

This case involves consolidated petitions for review of emission standards established by EPA under section 112 of the Clean Air Act ("CAA" or "the Act"), 42 U.S.C. §7412, for hazardous air pollutants ("HAPs") emitted by industrial, commercial and institutional boilers and process heaters (collectively "Boilers") located at "major" sources. EPA promulgated these regulations through two rulemakings: "National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial and Institutional Boilers and Process Heaters,

---

[1] A "new source" is "a stationary source the construction or reconstruction of which is commenced after the Administrator first proposes regulations under this section establishing an emission standard applicable to such source." 42 U.S.C. § 7412(a)(4).

[2] Clean Air Act section 7412(i)(3)(B) provides that an existing source can apply for an extension of up to one year if necessary for the installation of controls. 42 U.S.C. § 7412(i)(3)(B). Any source that obtained such an extension should be at least well under way to installing the needed controls to meet the maximum extension date of January 31, 2017.

USCA Case #21-1303 Document #2028784 Filed: 11/27/2023 Page 158 of 496

Final Rule," 76 Fed. Reg. 15,608 (March 21, 2011) ("2011 Rule"); and EPA's final action on reconsideration of the 2011 Rule, 78 Fed. Reg. 7138 (January 31, 2013) ("2013 Rule") (referred to collectively as the "Major Boilers Rule.").[3]

Section 7412 requires EPA to establish national emission standards for designated categories and subcategories of both new and existing major sources of HAPs that "require the maximum degree of reduction in emissions of the hazardous air pollutants subject to this section (including a prohibition on such emissions, where achievable)" that the Administrator determines is achievable based on existing technology, taking cost and other specific factors into consideration. 42 U.S.C. §7412(d)(2); Slip op. at 5-8. Accordingly, section 7412 emission standards are referred to as "maximum achievable control technology" or "MACT" standards.

The establishment of MACT standards is essentially a two-step process and is different for new sources and existing sources. Slip op. at 6-8. Section 7412(d)(3) first specifies the absolute minimum level of emission reductions covered sources must achieve. For new sources, this MACT standard "shall not be less stringent than the emission control that is achieved in practice by the best controlled similar source, as determined by the Administrator." 42 U.S.C.

---

[3] Aspects of the Rule not relevant to this petition for rehearing were subsequently amended in response to administrative petitions for reconsideration. 80 Fed. Reg. 72,790 (Nov. 20, 2015).

USCA Case #22-1303 Document #2013475 Filed: 08/21/2016 Page 59 of 496

§7412(d)(3). Emission standards for existing sources in subcategories with 30 or more sources may not be less stringent than "the average emission limitation achieved by the best performing 12 percent of the existing sources (for which the Administrator has emission information)." *Id.* Where there are fewer than 30 sources in a category or subcategory, EPA is to set the standard based on the best performing five sources. *Id.* This minimum level of emission control required for both new and existing sources is called the "MACT floor."

The Major Boilers Rule establishes numeric MACT standards for 18 subcategories each of new and existing Boilers for four different pollutants: HAP metals[4]; hydrogen chloride ("HCl"); mercury ("Hg"); and carbon monoxide as a surrogate for organic HAPs ("CO"). 40 C.F.R. Part 63 Subpart DDDDD Tables 1, 2, and 3.

The subcategories in the Rule are generally based on the primary fuel the source is designed to burn, e.g., coal or biomass. However, in order to accommodate boilers combusting more than one fuel and to ensure that all mixed-fuel boilers are subject to numeric emissions limits, subcategories are generally defined based on whether a boiler burns greater than a specified percent of the relevant type of fuel. *See* Slip op. at 133-36. For example, the subcategory

---

[4] The Rule provides that the HAP metals standard can be met by testing for either total selected metals ("TSM") or particulate matter. 40 C.F.R. Part 63 Subpart DDDDD Table 2.

of units designed to burn biomass includes any boiler that burns at least ten percent biomass, in combination with other fuels, on an annual basis.

When identifying the best-performing sources in each subcategory in the first step of the floor-setting process, EPA only considered emissions data from sources that were burning at least ninety percent of the subcategory fuel during the emissions test for existing sources, and one hundred percent of the subcategory fuel for new sources, because it did not consider other sources to be representative of the sources in the source category. *See* Slip op. at 81-84. Environmental Petitioners challenged this aspect of EPA's methodology, and the Court granted that aspect of their petition. Although the Environmental Petitioners had only sought remand of the standards, the Court, without any analysis of remedy, vacated "the MACT standards for all major boiler subcategories that would have been affected had the EPA considered all sources included in the subcategories." Slip op. at 84.

## ARGUMENT

The Court has repeatedly recognized that in granting a petition for review of agency action, it has equitable discretion to remand the action to the agency without vacatur. Slip op. at 81; *North Carolina v. EPA*, 550 F.3d 1176 (D.C. Cir. 2008). In particular, the Court has remanded without vacatur where vacating a rule would "at least temporarily defeat . . . the enhanced protection of the

environmental values covered by [the EPA rule at issue]," *North Carolina*, 550 F.3d at 1178, quoting *Envtl. Def. Fund, Inc. v. Adm'r of the United States EPA*, 898 F.2d 183, 190 (D.C. Cir. 1990), or "would have serious adverse implications for public health and the environment," *North Carolina*, 550 F.3d at 1178 (Rogers, J., concurring in granting rehearing in part); *Davis County Solid Waste Management v. EPA*, 108 F.3d 1454, 1458 (D.C. Cir. 1997). That principle clearly applies here. Vacatur of the affected standards would eliminate the Rule's limitations on emissions of hazardous air pollutants, thus allowing greater emissions of them until EPA can complete a rulemaking and put replacement standards into effect. This result is directly contrary to that sought by the Environmental Petitioners, as recognized by the Court. Slip op. at 84 ("For this reason, an unusually high-performing source should be considered; indeed its performance suggests that a more stringent MACT standard is appropriate.")

In determining whether to vacate or remand without vacatur, the Court has also utilized a two-part test where it looks at the likelihood of a cure on remand and the likelihood that a substantial disruptive effect would result from vacatur. Slip op. at 81. That test is also met here. There is no question that EPA can promulgate revised standards in accordance with the Court's opinion. Furthermore, vacatur will result not only in adverse environmental consequences, but will be disruptive in that sources will be subject to standards for some

pollutants, but not others, with the mix varying depending on the particular subcategory a source falls in.

### A. Remand without Vacatur Is Appropriate to Avoid Adverse Environmental Impacts.

The Major Boilers Rule established four numeric MACT standards, i.e., for mercury, HCl, CO, and HAP metals, for new and existing sources in each of 18 subcategories, for a total of 66 subcategory/numeric standard combinations. 40 C.F.R. Part 63 Subpart DDDDD Tables 1 and 2.

EPA has tentatively determined that the Court's opinion would result in the vacatur of 11 of the 33 numeric standards applicable to existing sources, and 9 of the 33 numeric standards for new sources. Declaration of Panagiotis E. Tsirigotis ("Tsirigotis Decl.") at ¶ 9. [5]

---

[5] For the numeric standards that EPA has tentatively determined would not be vacated, there were either no excluded sources or including the excluded sources in the MACT floor analysis would not change the standard. EPA understands the Court's opinion to require vacatur of those standards for which the MACT floor would have been different had EPA included all sources for which it had valid emissions information in its MACT floor analysis. Environmental Petitioners' briefs did not identify specific standards being challenged, but rather facially challenged EPA's methodology. Envt. Pets. Br., ECF No. 1537229, at 29-32; Envt. Pets. Reply Br., ECF No. 1537231, at 8-13. The Court's Order similarly does not identify specific standards, but vacates "the MACT standards for all major boiler subcategories that would have been affected had the EPA considered all sources included in the subcategories." Slip op. at 84. EPA is seeking to have all the numeric standards remanded to the Agency, in part so that the Agency can determine through rulemaking which standards are "affected" and thus require revision consistent with the Court's opinion. If the Court denies rehearing, EPA

In short, the vacatur required by the Court's opinion would eliminate many of the emission controls required by the Rule, a result not intended by the Environmental Petitioners, and EPA believes not intended by the Court. Furthermore, the vacated standards represent a disproportionately large percentage of the emission reductions anticipated from the Rule. EPA has not calculated the emission reductions associated with all of the standards that would be vacated. However, EPA has determined that vacatur of the HCl and mercury standards for existing sources in the existing solid fuel subcategory alone, which would apply to 1,100 sources, could increase emissions of HCl by 37,000 tons, emissions of sulfur dioxide (which is a collateral benefit of the Rule) by 570,000 tons per year, and emissions of mercury by 0.5 to 1.5 tons per year.[6] Tsirigotis Decl. at ¶ 10. EPA also anticipates that vacatur would result in the loss of 120 tons per year in

---

requests that the Court confirm that EPA has properly understood the scope of the vacatur.

[6] EPA believes that vacatur of these standards, i.e. HCl and mercury for all solid fuel subcategories, is particularly inappropriate because these standards are responsible for a large percentage of the decrease in emissions from the Rule, and EPA's preliminary analysis is that including the formerly excluded sources in the MACT floor analysis would result in the standards becoming more stringent by approximately 4 percent for mercury and 10 percent for HCl. Tsirigotis Decl. at 10. Affected sources are already required to be in compliance with the existing standards, and thus have already installed whatever control equipment they believe necessary to meet those standards, and the anticipated changes to these standards would generally not require facilities to incur capital expenses to install additional capital equipment. *Id.*

reductions in emissions of non-mercury HAP metals, as well as 15,800 tons of reductions in fine particulate matter that are another collateral benefit of the Rule. *Id*. at ¶ 11.

Environmental Petitioners did not request vacatur, but rather specifically requested that the standards be remanded to EPA for revision. Envt. Pets. Br., ECF No. 1537229, at 52; Envt. Pets. Reply Br., ECF No. 1537231, at 27. Moreover, vacatur of the existing standards exacerbates, rather than ameliorates, the injury that Environmental Petitioners sought to remedy, i.e., exposure to the emissions of HAPs from boilers. Remanding the standards without vacatur thus provides the Environmental Petitioners with a more effective remedy than does vacatur. Counsel for Environmental Petitioners have represented that they support the remedy sought in this petition for rehearing.

Furthermore, remand without vacatur would not prejudice covered sources. The existing standards became effective on January 31, 2016, and thus existing sources are already required to be in compliance with the standards. Moreover, the industry petitioners did not challenge these standards on this basis. A remand will simply require them to continue doing what they are already doing. Once EPA completes action on the remand, after notice and comment rulemaking, existing sources will have a reasonable time to come into compliance with any revised standards. New sources that commence operation prior to proposal of revised

standards will have been planning to comply with the current new source standards and should be able to comply with them. Subsequent new sources will have adequate time to enable them to comply with the revised new source standards once they commence operation.

Accordingly, remand without vacatur fits well within the Court's established practice of declining to vacate environmental standards as too lax when doing so would further decrease the environmental benefits the statute is intended to achieve. *North Carolina*, 550 F.3d at 1178; *Envtl. Def. Fund*, 898 F.2d at 190; *Davis County*, 108 F.3d at 1458.

### B. Remand Without Vacatur Is Appropriate under the *Allied Signal* Factors.

The Court in this case remanded other provisions of the Rule without vacatur after consideration of the factors articulated in *Allied-Signal v. Nuclear Regulatory Comm'n*, 988 F.2d 146 (D.C. Cir. 1993). Slip op. at 81, citing *Heartland Reg'l Med. Ctr. v. Sebelius*, 566 F.3d 193, 197-98 (D.C. Cir. 2009). As the Court explained, remand without vacatur is appropriate "where there is a likelihood of (1) cure on remand, and (2) a substantial disruptive effect that would result from vacatur." *Id*. Those factors favor remand without vacatur of the numeric MACT standards as well.

There is no question that EPA on remand can cure the problem the Court found with the Rule. This is not an issue of whether EPA has authority to regulate

these sources or authority to regulate emissions of these pollutants. Rather, the issue is solely how EPA calculated the particular numeric standards in the Rule. On remand, the Agency will recalculate and repromulgate the affected standards in accordance with the Court's holding, using notice and comment rulemaking. That will cure the problem identified by the Court. Significantly, as discussed above, vacatur of the standards exacerbates the problem that the Environmental Petitioners sought to address.

Vacatur would also cause substantial disruption. First, as discussed above, vacatur will disrupt the statutory scheme by eliminating most of the emission standards regulating emissions of HAPs from boilers. It may also cause disruption to States that have been relying on the reductions to be achieved by the Rule in their planning to meet the 2010 revised National Air Quality Standard for sulfur dioxide. EPA, Guidance for 1-Hour $SO_2$ Nonattainment Area SIP Submissions, available at https://www.epa.gov/sites/production/files/2016-06/documents/20140423guidance_nonattainment_sip.pdf. Second, it will create confusion for covered sources, which have been required to comply with the Rule since January 31, 2016, because sources will be subject to some but not all requirements of the Rule, and sources in different subcategories will be subject to different combinations of standards. Thus, all sources will continue to be subject

to the work practices in the Rule, including those for startup and shutdown, but will be subject to either no numeric standards or some subset of them.

Moreover, as discussed above, remand without vacatur will not impose an unreasonable burden on sources. Existing sources covered by the Rule have been required to be in compliance since January 31, 2016, and thus should already have installed whatever control and monitoring equipment is necessary for compliance. It is not unreasonable for covered sources to continue to comply with the statutorily-mandated standards while EPA conducts the revised analysis required by the Court's opinion.

## CONCLUSION

This petition for rehearing should be granted, and the vacatur of the numeric standards converted to a remand without vacatur to avoid the environmental consequences of vacatur.

Respectfully submitted,

JOHN C. CRUDEN
Assistant Attorney General

/S/ Norman L. Rave, Jr.

September 12, 2016

NORMAN L. RAVE, JR.
PERRY ROSEN
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C. 20044
(202) 616-7568
Counsel for Respondents

USCA Case #22-1031 Document #2028745 Filed: 10/21/2023 Page 14 of 56

Of Counsel:

SUSMITA DUBEY
Office of General Counsel
U. S. Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC 20460

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2016, I caused a copy of the foregoing document to be served by the Court's CM/ECF system on all counsel of record in this matter.

/S/ Norman L. Rave, Jr.
Norman L. Rave, Jr.

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| United States Sugar Corp., et al.,<br><br>Petitioners,<br><br>v.<br><br>United States Environmental Protection Agency,<br><br>Respondent. | No. 11-1108<br>(and consolidated cases) |

**DECLARATION OF PANAGIOTIS E. TSIRIGOTIS**

1. I, Panagiotis E. Tsirigotis, under penalty of perjury, affirm and declare that the following statements are true and correct to the best of my knowledge and belief and are based on my own personal knowledge or on information contained in the records of the United States Environmental Protection Agency (EPA) or supplied to me by EPA employees under my supervision.

2. I am the Director of the Sector Policies and Programs Division (SPPD) within the Office of Air Quality Planning and Standards (OAQPS), Office of Air and Radiation (OAR) at EPA; a position I have held since February 6, 2006. SPPD is the division within OAQPS that has responsibility for, among other things, developing regulations under section 112 of the Clean Air Act (CAA), 42 U.S.C. § 7412.

USCA Case #22-1033 Document #1937475 Filed: 02/17/2022 Page 2 of 16

3. In my current capacity as Director of SPPD, I am responsible for overseeing EPA's promulgation of significant regulations related to the control of hazardous air pollutants. In this capacity, I am familiar with the process required for developing and promulgating major EPA regulations under the CAA.

4. EPA's SPPD is responsible for the development of regulations, policy, and guidance associated with emissions standards under section 112 of the CAA, 42 U.S.C. § 7412. Section 112 addresses the control of hazardous air pollutants (HAP) from stationary sources. Section 112(d)(3) requires EPA to establish emissions standards for new and existing sources of hazardous air pollutants which reflect the maximum degree of emissions reduction that the Administrator determines is achievable, taking certain specified factors into account. These standards are referred to as "maximum achievable control technology" (MACT) standards. Section 112(d)(2) requires EPA to establish MACT standards that are no less stringent than the average emission limitation achieved by the best performing twelve percent of sources within the source category or subcategory for existing sources, and no less stringent than the emission control achieved in practice by the best controlled similar source in the category or subcategory for new sources. For existing source categories or subcategories with fewer than thirty sources, the MACT standard must be no less stringent than the average emission limitation achieved by the best performing five

USCA Case #22-1303 Document #2023875 Filed: 10/11/2016 Page 3 of 16

sources. The standards based on these minimum required stringency levels are referred to as "MACT floor" standards.

5. EPA's SPPD was responsible for the development of emissions standards under section 112(d) for major source boilers and process heaters, issued on March 21, 2011.[1] In that rule, EPA established numeric emissions standards for 18 subcategories for the following four pollutants for new and existing sources in the major source boilers and process heaters source category: particulate matter (PM), carbon monoxide (CO), mercury, and hydrogen chloride (HCl). For mercury and HCl, EPA established a single numeric standard for all solid fuel-fired boilers and process heaters, which includes 7 biomass subcategories and 4 coal subcategories, and a single numeric standard for all liquid fuel-fired boilers and process heaters, which includes 3 liquid fuel subcategories. For CO and PM, EPA established separate numeric standards for subcategories of these boilers and process heaters based on the specific design of the combustion unit but set a single numeric standard for all coal-fired units, which applies to the same 4 coal subcategories. EPA also established separate numeric emissions standards for all four pollutants for gas-fired units which do not combust natural gas.

[1] The March 2011 rule was revised on January 31, 2013, in response to petitions for reconsideration. 78 Fed. Reg. 7138.

6. There are 33 individual numeric standards for existing sources and 33 individual numeric standards for new sources. In addition, EPA established a total selected metals (TSM) standard as an alternative to the particulate matter standard. There are 12 individual numeric alternative TSM emissions standards for new sources and 12 individual numeric alternative TSM standards for existing sources in the major source boilers rule.

7. The purpose of this declaration is to explain EPA's preliminary analysis of the emissions standards affected by this court's vacatur of major source boiler standards in *United States Sugar Corp. v. EPA*, No. 11-1108 (July 29, 2016). EPA has evaluated the database containing the emissions information on which the major source boilers standards were based to determine which standards would be vacated under the court's opinion.

8. This evaluation involved the following steps. First, we reviewed the emission database prepared during the rulemaking to establish the MACT floor standards. The database includes all emissions data considered in calculating the standards for major source boilers and process heaters. We identified all units combusting at least 10 percent of each subcategory fuel type, since those units meet the applicability criterion of the various subcategories. Next, we ranked the identified units based on each unit's lowest emission test average for each pollutant. We then selected the best performing 12 percent (or top 5 units for

subcategories with fewer than 30 sources) for each existing source subcategory and the best performing unit for each new source subcategory. After identifying these units, we conducted the same UPL analysis that was performed in the rulemaking to determine which emission standards would likely be affected.

9. Based on this preliminary analysis, EPA has identified 11 existing source standards and 9 new source standards that would be affected by the court's decision. The tables below identify the standards affected by the court decision as well as those our analysis shows are not affected:

**Table of Emission Standards Affected By Court Decision**

| Subcategory | Pollutant |
|---|---|
| Existing Solid fuel | HCl |
| Existing Solid fuel | Hg |
| Existing Coal Stokers | CO |
| Existing Wet biomass Stokers | CO |
| Existing Wet biomass Stokers | PM |
| Existing Biomass Fluidized bed | CO |
| Existing Biomass Fluidized bed | PM |
| Existing Biomass Suspension burners | PM |
| Existing Liquid fuel | HCl |

| | |
|---|---|
| Existing Liquid fuel | Mercury |
| Existing Heavy liquid | PM |
| TOTAL | (11) |
| New Solid fuel | Hg |
| New Pulverized coal boilers | CO |
| New Coal Stokers | CO |
| New Biomass Fluidized bed | CO |
| New Biomass Fluidized bed | PM |
| New Biomass Suspension burners | PM |
| New Biomass Hybrid suspension grate | CO |
| New Liquid fuel | HCl |
| New Heavy liquid | PM |
| TOTAL | (9) |

**Table of Emission Standards Not Affected By Court Decision**

| **Subcategory** | **Pollutant** |
|---|---|
| Existing Coal | PM |
| Existing Pulverized coal boilers | CO |
| Existing Coal Fluidized bed | CO |

| | |
|---|---|
| Existing Coal Fluidized bed units with heat exchanger | CO |
| Existing Dry biomass Stokers | CO |
| Existing Dry biomass Stokers | PM |
| Existing Biomass Suspension burners | CO |
| Existing Biomass Dutch Ovens | CO |
| Existing Biomass Dutch Ovens | PM |
| Existing Biomass Fuel cell | CO |
| Existing Biomass Fuel cell | PM |
| Existing Biomass Hybrid suspension grate | CO |
| Existing Biomass Hybrid suspension grate | PM |
| Existing Heavy liquid | CO |
| Existing Light liquid | CO |
| Existing Light liquid | PM |
| Existing Liquid fuel - non-continental units | CO |
| Existing Liquid fuel - non-continental units | PM |
| Existing Gas 2 (process gases) | CO |
| Existing Gas 2 (process gases) | HCl |
| Existing Gas 2 (process gases) | Mercury |

| | |
|---|---|
| Existing Gas 2 (process gases) | PM |
| TOTAL | (22) |
| New Solid fuel | HCl |
| New Coal | PM |
| New Coal Fluidized bed | CO |
| New Coal Fluidized bed units with heat exchanger | CO |
| New Wet biomass Stokers | CO |
| New Wet biomass Stokers | PM |
| New Dry biomass Stokers | CO |
| New Dry biomass Stokers | PM |
| New Biomass Suspension burners | CO |
| New Biomass Dutch Ovens | CO |
| New Biomass Dutch Ovens | PM |
| New Biomass Fuel cell | CO |
| New Biomass Fuel cell | PM |
| New Biomass Hybrid suspension grate | PM |
| New Liquid fuel | Mercury |
| New Heavy liquid | CO |
| New Light liquid | CO |

| | |
|---|---|
| New Light liquid | PM |
| New Liquid fuel - non-continental units | CO |
| New Liquid fuel - non-continental units | PM |
| New Gas 2 (process gases) | CO |
| New Gas 2 (process gases) | HCl |
| New Gas 2 (process gases) | Mercury |
| New Gas 2 (process gases) | PM |
| TOTAL | (24) |

10. The vacatur of these standards would result in the loss of emissions benefits. We have not yet determined the total amount of benefits lost. However, we have performed a preliminary evaluation regarding the impacts of the vacatur for two specific emissions standards – the standards for mercury and hydrogen chloride (HCl) for the existing source solid fuel subcategory. The solid fuel subcategory includes many boilers combusting coal as well as all boilers combusting biomass (an estimated 1,100 sources nationwide, over half of the existing sources which are subject to numeric emissions standards). Vacatur of these standards would result in an estimated loss of emissions reductions of potentially 37,000 tons of HCl per year, 0.5 to 1.5 tons of mercury per year, and

570,000 tons of sulfur dioxide (a collateral benefit of the standards) per year. Further, we have determined that the level of these standards would change approximately 4 percent for the solid fuel mercury standard and 10 percent for the solid fuel HCl standard. The projected change in these emission standards will not likely impact the controls needed to comply with the revised standards.

11. In addition, we estimate that the vacatur of the PM standards identified in the table above would result in the loss of approximately 120 tons per year of emissions reductions of non-mercury metals and 15,800 tons per year of collateral reductions of particulate matter.

SO DECLARED:

PANAGIOTIS E. TSIRIGOTIS

Dated: 9/12/16

**MEMORANDUM**

**SUBJECT:** Use of the Upper Prediction Limit for Calculating MACT Floors

**DATE:** 7/30/2014

**FROM:** Tina Ndoh
Office of Air Quality Planning and Standards

**TO:** Docket ID No. EPA-HQ-OAR-2012-0522

This document explains EPA's use of the UPL, which is the statistical methodology EPA uses as the primary tool to account for emissions variability when setting emissions standards under these sections, and explains how the UPL is used to calculate the average emissions limitation achieved over time by the best performing source or sources.

I. Emissions Standards under Section 112 and 129

For major stationary sources of hazardous air pollutants (HAP) under section 112 and for sources regulated under section 129,[1] the CAA requires emission standards that represent the maximum achievable control technology, or "MACT" level of control. The MACT standard setting process is a two-step process that starts with the agency determining the level of control that is currently achieved by the best-controlled similar source (for new source standards) or the average of the best-performing sources (for existing source standards). That level of control is the minimum level of control required by the CAA regardless of cost or feasibility, and it is commonly called the "MACT floor." This document focuses on that first step in the MACT standard setting process, as it is in that step that the agency uses the UPL to both evaluate average emissions performance and estimate variability to determine the level of control sources currently achieve.[2]

For new sources located at facilities that are major sources of HAP, section 112 of the CAA requires EPA to establish standards that are no less stringent than the emissions control that is achieved in practice by the best controlled similar source. The statute does not define "achieved in practice" nor does it dictate the manner in which the agency determines which source is the

[1] A "major source" is a stationary source or group of stationary sources at a single location and under common control that emits or has the potential to emit ten tons per year or more of any hazardous air pollutant or 25 tons per year or more of any combination of hazardous air pollutants. Any stationary source that is not a major source is an "area source." CAA § 112(a). For area sources of HAP, EPA has the discretion to set emissions standards under section 112(d)(5) based on generally available control technology in lieu of MACT standards.

[2] The second step in the MACT standard-setting process is the evaluation of whether beyond-the-floor controls are appropriate, as provided in section 112(d)(2) of the Act. This second step is not addressed in this document.

best controlled similar source, instead leaving it to the agency's discretion to make those determinations. For existing sources located at facilities that are major sources of HAP, standards must be no less stringent than the average emissions limitation achieved by the best performing sources for which EPA has emissions information. Again, the CAA leaves to EPA's discretion the manner in which to calculate "the average emissions limitation achieved" by the best performing sources. Under section 112, the CAA recognizes that source categories and subcategories have differing numbers of sources and provides category size-specific instructions on determining standard stringency for existing sources. Specifically, standards for categories or subcategories with fewer than 30 sources must be based on the average emissions limitation achieved by the best performing 5 sources, and standards for categories or subcategories with 30 or more sources must be based on the average emission limitation achieved by the best performing 12 percent of sources for which EPA has emissions information. Section 129 requires EPA to establish standards for new sources that are no less stringent than the emissions control that is achieved in practice by the best controlled similar source for nine specified criteria and hazardous air pollutants, and standards for existing sources that are no less stringent than the average emission limitation achieved by the best performing 12 percent of sources in the category or subcategory for the same nine pollutants.

II. Background

EPA promulgated rules covering major source industrial, commercial, and institutional boilers and commercial and industrial solid waste incinerators (CISWI) rule on March 21, 2011, and subsequently made certain revisions to the rules on January 31, 2012. On August 20, 2013, the D.C. Circuit Court of Appeals issued its decision in National Assn. of Clean Water Agencies v. EPA, which involved challenges to EPA's MACT standards for sewage sludge incinerators, issued under section 129 of the Act. See 734 F.3d 1115. In the NACWA decision, the D.C. Circuit remanded certain aspects of the rule for further explanation, including the question of how the UPL represents the MACT floor for new and existing units, as required by the CAA. The sewage sludge incinerator rule was issued on the same day as the boilers and CISWI rules, and used the same general methodology for calculating the MACT floors. For this reason, EPA requested an opportunity to supplement the record in pending challenges to the boilers and CISWI rules, to provide the explanation of the agency's analysis of variability in setting the MACT floor standards that the court believed was needed in the record for the sewage sludge incinerator rule. The court granted EPA's motion for a remand of the record on May 15, 2014. This document provides that additional explanation, which also applies to MACT standards that are part of the rulemaking for the Phosphoric Acid Manufacturing and Phosphate Fertilizer Production source categories.

There are several key points, addressed in more detail below, that underlie EPA's methodology for calculating MACT floor standards through the use of the UPL. First, the floor standards reasonably account for variability in the emissions of the sources used to calculate the standards. This variability occurs due to a number of factors, including measurement variability (both sampling and analysis) and short term fluctuations in the emission levels that result from short-term changes in fuels, processes, combustion conditions, and controls. Second, because the emissions data available to EPA is in the form of short-term stack tests and the standards must be complied with at all times, the agency uses the UPL to estimate the average emissions performance of the units used to establish the MACT floor standards at times other than when

the stack tests were conducted. Thus, the UPL results in a limit that represents the average emissions limitation achieved by the best performing sources over time, accounting for variability in emissions performance.

III. Overview of MACT Floor Methodology

In establishing MACT floors, we use the available information to determine the average performance of the best performing sources (for existing source floors) and the average performance of the best-controlled similar source (for new source floors). Each MACT standard is based on limited data from sources whose emissions are expected to vary over their long term performance. For this reason, and because sources must comply with the MACT standards at all times, consideration of variability is a key factor in establishing these standards. This variability in emissions is due to numerous factors, including operation of control technologies, variation in combustion materials and combustion conditions, variation in operation of the unit itself, and variation associated with the emission measurement techniques. In order to account for variability that is reflected in the available data that we use to calculate MACT floors, we use the UPL.

The NACWA court recognized that EPA has significant discretion in establishing the MACT floors, including how to account for variability. See NACWA v. EPA, 734 F.3d at 1142-43 ("EPA can decide what value the MACT floors are supposed to represent, as long as that decision is a reasonable interpretation of the statute.") However, the court expressed concern about the interpretation it believed EPA was taking of the "average" emissions performance of the best performing sources. Specifically, the court asked for further clarification of how "'average' means the average of a future 3-run compliance test." Id. at 1143. As explained below, EPA does not interpret the term "average" as used in section 112(d)(3) in this manner. Rather, EPA interprets the average to mean the average emissions over time, based on both the calculated average of all emissions test data from the best performing source or sources and the available information regarding the variability of emissions. The UPL, which EPA uses to account for variability among the best performing sources, reflects an upper limit for the emissions of those sources at times other than when the emissions tests occurred. This not only is a prediction of the emissions performance of those sources in tests conducted in the future, but is also an indication of the range of current average emissions performance of those units.

In calculating MACT floors, EPA analyzes all available emissions information and then uses the emissions information for the best performing source or sources to calculate a value that represents the level achieved in practice by the best controlled similar source for the new source MACT floor and a value that represents the average emission limitation achieved by the best performing twelve percent of sources for the existing source MACT floor. EPA must establish the MACT floor standards based on the emissions information before the agency, and the standards must be met at all times by sources subject to them. The available emissions data are generally in the form of short term, three-run stack tests, with each test run lasting for between 1 and 4 hours. Those short term tests cannot encompass the emissions performance of a source over time. EPA interprets "emissions performance," as used in section 112(d)(3) to mean the emissions of a source over the long term, rather than just during a short-term stack test. This is a reasonable interpretation of the statutory directive that the MACT standard be no less stringent than the average emissions limitation "achieved by" the best performing sources, since the emissions level of a source is not expected to always be the same as it is during stack testing.

Therefore, EPA applies a methodology that predicts the actual emissions levels the source is achieving at times other than when stack testing was conducted. This enables EPA to calculate the average emissions performance of the best performing sources over time. Therefore, the MACT floor calculation takes into account the inherent variability in emissions performance to more accurately reflect the range of the best performing sources' emissions over time. The remainder of this discussion focuses on why the statistical methodology that we used - the UPL - provides results that reasonably represent the level achieved in practice by the best-controlled similar source for new sources, and the average emissions limitation achieved by the best performing emissions units for existing sources.

IV. Use of the Upper Prediction Limit

The UPL is a value derived from widely accepted and commonly used statistical principles, and represents the upper end of a prediction interval.[3] The UPL is used in a wide variety of industries and professions, such as manufacturing, finance, healthcare and others.[4] The UPL is calculated using one of several equations that must be selected based on certain characteristics of each dataset. The most important parameters in the UPL calculation are the mean (average) performance of the unit or units, the distribution of the dataset, the variance in the measured emission values (that is, the individual data points), and the sample size. The equations that are used to calculate the UPL are explained in more detail below.

In the context of development of MACT floors, the UPL is a value, calculated from a dataset, that identifies the average emissions level that a source or group of sources is meeting and would be expected to meet a specified percent of the time that the source is operating. That percent of time is based on the confidence level used in the UPL equation, as explained in more detail below. For a single best controlled emission source that serves as the basis for a new source MACT floor, the 99 percent UPL is the emissions level that the source would be predicted to be below during 99 out of 100 performance tests, including emissions tests conducted in the past, present, and future, based on the short term stack test data available for that source. It is important to note that the UPL does not represent the *worst* emissions performance of the best performing units at any time, but rather the *average* level expected to have been achieved over time, as the first element of the UPL equation is the average of the short-term emissions test data from the best performing units. In other words, the 99 percent UPL is the level of emissions that we are 99 percent confident is achieved by the average source represented in a dataset over a long-term period based on its previous, measured performance history as reflected in short term stack test data.

In sum, the UPL predicts the level of emissions that the sources upon which the floor is based are expected to meet over time, considering both the average emissions level achieved as well as emissions variability and the uncertainty that exists in the determination of emissions variability given the available, short-term data. EPA did not have emissions information from sources at all times each source was operating, and therefore determined it was necessary to apply a

---

[3] National Institute of Standards and Technology, *NIST/SEMATECH e-Handbook of Statistical Methods*, <http://www.itl.nist.gov/div898/software/dataplot/refman1/auxillar/predlimi.htm>.

[4] See, e.g., Gibbons, Robert D. and Coleman, David E. (2001). *Statistical Methods for Detection and Quantification of Environmental Contamination*, New York: Wiley, pp 21-31, and Luko, S.N. and D.V. Neubauer, Statistical Intervals Part 2. *Standardization News*, October/November 2011. <http:www.astm.org/standardization-news/data-points/statistical-intervals-part-2-so11.html>.

methodology that addressed the fact that the data were not complete. Statistical tools are commonly used in science and industry because they permit predictions to be made based on the available data. As explained in more detail below, the UPL equations include a term that adjusts the average emission level of the units to account for both the emissions variability observed in the data and the uncertainty that exists in that estimate of variability for a sample of the given size, to estimate the performance of the units over time. As shown by the t- and z-statistics incorporated into the UPL equations, the uncertainty regarding emissions variability is higher in small samples and is lower in large samples, but it is always accounted for in UPL.

The 99 percent UPL value reasonably estimates the level currently achieved in practice by the best controlled similar source and the average emission limitation currently achieved by the best performing 12 percent of sources by estimating the level achieved by the best source (for new sources) or by the average of the best sources (for existing sources) ninety-nine percent of the time the sources are operating. It is reasonable to interpret the statutory requirement that the MACT floor level reflect the "emission control that is achieved in practice" by the best controlled similar source and the "average emission limitation achieved by" the best performing 12 percent of sources as a level that the average level the best performers are meeting on a consistent basis over time, not just at the single point in time during which emissions test data were collected. If EPA were to simply take the average of the stack test data from the best performing source or sources, the MACT floor would not represent the levels of emissions achieved in practice over time because the MACT floors would not reflect variations in material inputs (e.g., fuels), control device performance, operating unit performance (e.g., changes in combustion conditions that impact emissions), and other factors that affect unit performance over time. This is demonstrated by the fact that even single three run tests, which are performed over a short period of time, typically show different emissions levels during each individual test run. It would not be reasonable to establish a MACT floor standard that the best performing sources would exceed routinely. But neither would it generally be reasonable to establish a standard that all the best performing 12 percent of existing sources can meet without any modification because the statute requires the agency to establish the standard at the *average* level of performance of the best 12 percent of sources. If EPA simply calculated the average (mean) of the emissions data from the best performing 12 percent of sources, that would only lead to a limit that can be met by all the existing sources in the floor at all times in the unlikely hypothetical situation where all the sources have identical emissions test data and controls and operate in exactly the same manner– i.e. the sources would have to be essentially identical and use identical fuels or other material inputs. Since that situation does not represent real-world source categories, the agency takes the available data and applies a statistical formula to account for variability in emissions of the best performing source or sources.

## V. Establishment of MACT Floors

At first glance, developing a HAP emissions limit in accordance with the statutory requirements seems a straightforward task, requiring simply that EPA collect all available valid data from all the sources in a specific category or subcategory, rank the data to select the best performing twelve percent of the category or subcategory, and calculate the average emission level achieved by that group of sources for a particular pollutant. However, multiple factors complicate these calculations. First, emission test results taken during a three-run stack test, as is the case with virtually all the HAP emission data available to EPA, represent three “snapshots” of a source’s operations during the test period and those results generally will not represent a source’s full range of normal operations or emissions levels. However, because there are three separate runs in a test, a single test will in most cases show some of a particular source’s variability over the short period of time during which testing was conducted. Further, EPA generally has limited data with which to establish MACT standards, primarily because the data needed are not generally collected by sources prior to regulation (particularly for HAP, but also for other pollutants such as nitrogen oxides, sulfur dioxide, and carbon monoxide regulated under section 129). The collection of such data is a time- and resource-intensive effort, as emissions tests can take more than a week to perform, analyses of samples from the tests can take more than a month, preparation of test reports typically takes several months, and costs range up to $40,000 per test per pollutant. For example, during our data collection efforts for the boiler and CISWI rules we required hundreds of facilities to conduct emissions testing, and we estimated an average cost of about $90,000 for each facility that was required to conduct testing.

As explained above, EPA establishes MACT floor standards under sections 112 and 129 as limits that reflect the level achieved in practice by the best controlled similar source, or the average emissions limitation achieved by the best performing 12 percent of sources over time, but we necessarily must do that based on the emissions information that is available. In this case, that information consisted of emissions test data that represents the specific instances in the sources’ operations when testing was conducted. The UPL is a common statistical technique that allows EPA to use emissions test data and the data characteristics, such as the distribution and sample size, along with the intrinsic variability associated with those data,[5] to calculate an emissions limit based on a specified level of confidence such that an average best performing existing source would not be expected to exceed the limit a specified number of times. For instance, if an emission limit were set at the 50 percent UPL, we would expect the average unit to have emissions above the level of the standard 50 percent of the time.

This section explains how EPA applied the UPL to the emissions data from the best performing source or sources to calculate MACT floor limits that represent the average emissions performance of those sources, while accounting for variation in those sources’ emissions over time.

### A. Ranking Sources and Establishing the Distribution of Data

After collecting emissions data, EPA analyzes the data both to identify and rank the best performing sources and to evaluate the data distribution. This evaluation is necessary because the

---

[5] Gibbons, p 30.

UPL equation that is used to account for variability and calculate the MACT floor standard depends on the distribution of the data. Typical data distributions are normal and lognormal, as shown in Figures 1 and 2. Therefore, the first step in applying the UPL is to rank sources (based on lowest emissions) to identify the best performing sources and then analyze the distribution of the emissions data from those best performing sources. The ranking is used to establish which set of units make up the top 12 percent of performers for each pollutant and subcategory and which unit EPA considers the single best-controlled for each pollutant and subcategory. Once these units are identified, EPA determines the data distribution as discussed below.

In order to select statistical equations (to calculate the UPL) that are appropriate for each individual dataset, EPA evaluates each individual dataset to determine the data distribution, as noted above. The individual datasets that we evaluate include the datasets for the best performing unit for each pollutant and subcategory for the new source MACT floor standards and the datasets for the best performing 12 percent of units for each pollutant and subcategory for the existing source MACT floor standards. To evaluate the distribution of the data, EPA checks each dataset for distribution characteristics by applying skewness and kurtosis tests. Skewness is a measure of symmetry (or the lack of symmetry) of a distribution, and is useful in determining the distribution because normal distributions are symmetric while lognormal distributions are not. Kurtosis is a measure of whether a dataset has a similar, more distinct, or flatter peak than a standard normal distribution.[6] Figures 1 and 2 show simple examples of normal and lognormal distributions. In each figure for the purpose of EPA's analyses, the x-axis is the level of emissions and the y-axis represents the probability of a particular value occurring (established based on the number of occurances in the dataset at each level of emissions). If both the skewness and kurtosis tests suggest the data exhibit a normal distribution, EPA evaluates the emissions data for the source category using statistical equations for normally distributed data. If the test results are inconsistent regarding normality, or if both test results suggest non-normality, EPA evaluates the emissions data for the source category using statistical equations for lognormally distributed data.

EPA uses this approach because, absent evidence of a normal distribution, air emissions data have historically been shown to exhibit lognormal distribution characteristics such as 1) run values always above zero; 2) a majority of run values will be low; and 3) a few run values will be high but will have a low probability of occurring.[7,8,9] These characteristics yield a left-skewed distribution curve, meaning the distribution has a long tail to the right.

---

[6] National Institute of Standards and Technology, *NIST/SEMATECH e-Handbook of Statistical Methods*, <http://www.itl.nist.gov/div898/handbook/eda/section3/eda35b.htm>.
[7] Ott, Wayne R. (1990) *A Physical Explanation of the Lognormality of Pollutant Concentrations*, Journal of the Air & Waste Management Association, 40:10, 1378-383, DOI: 10.1080/10473289.1990.10466789.
[8] Gilbert, Richard O. (1987), *Statistical Methods for Environmental Pollution Monitoring*, New York: Van Nostrand Reinhold, p 152.
[9] Gibbons, Robert D. and Coleman, David E. (2001), *Statistical Methods for Detection and Quantification of Environmental Contamination*, New York: Wiley, p 369.



Figure 1. Normal Distribution[10]




Figure 2. Lognormal Distribution[11]

---

[10] http://www.psychstat.missouristate.edu/introbook/sbk10m.htm.
[11] http://math.tutorvista.com/statistics/normal-distribution.html.

The following example demonstrates the characteristics of a lognormal distribution curve. Consider a dataset obtained from three filterable particulate matter (PM) emissions tests, each consisting of three test runs, from three independent sources. The nine runs produced the following values measured in pounds PM per million British Thermal Units (lb PM / MMBTU): 0.00134, 0.00139, 0.00153, 0.00319, 0.00387, 0.00417, 0.00970, 0.0128, and 0.0243. This dataset, referred to as Case A, yields both skewness and kurtosis consistent with a lognormal distribution. Figure 3 shows Case A data as solid green squares plotted on the lognormal distribution determined from the characteristics of the run data. Based on those characteristics, one would expect 50 percent of all filterable PM values to be less than 0.0039 lb PM / MMBTU. In addition, one would expect about 95% of all filterable PM values to be less than 0.0188 lb PM / MMBTU. The long tail to the right, as shown in Figure 1, is consistent with the expectation that high values can exist, but they have a low probability of occurring – below one percent for values greater than 0.0255 lb PM / MMBTU.




**FIGURE 3. Lognormal Data Distribution Example.** The smooth curve represents the density function of the lognormal distribution determined from the characteristics of the filterable PM emissions test data (shown as squares) from Case A.

B. Calculating the MACT Floor

Once EPA identifies the best performing single source or best performing twelve percent of sources and the distribution of each dataset, we calculate the UPL, as described below, to identify an emissions limit that represents the level the average unit among the best performing

units has met, is meeting, and would be expected to meet in practice with a specific confidence level.[12] The confidence level, in this case 99 percent, is the percentage of measurements (past, present, and future) that are predicted to fall at or below the UPL value. Stated differently, the 99 percent UPL is the level of emissions that we are 99 percent confident is achieved by the average source represented in a dataset over a long-term period based on its previous, measured performance history as reflected in short term stack test data. The UPL value is based on the available emissions data from the best performing single source (for new source standards) or the best performing 12 percent of sources (for existing source standards). The UPL incorporates the intrinsic variability of the individual run measurements used to calculate an emission test average.[13] While the UPL can be calculated at different confidence levels, we selected the 99 percent level in order to provide reasonable assurance that the limit can be met at all times by a source with emissions at the average level achieved by the best performing source or sources.

C. Applying the UPL Equations

Once the distribution is established and the confidence level selected, a UPL value is calculated using six components. Four of these components are derived from the emissions dataset: the average (or mean), the variance of the dataset, the t-statistic or z-statistic (depending on the distribution characteristics), and the number of samples, which is associated with the total number of emissions test runs. For example, if there are results from six emissions tests, there typically are at least 18 emissions test run values (or samples), since an emissions test generally consists of 3 test runs.[14] The other two components are the number of run values used to calculate the average and the confidence level.

UPL equations are data-distribution specific, so that the normal distribution UPL equation is different from the lognormal UPL equation. Even though they differ due to separate mathematical properties associated with each distribution, the UPL equations share a common format that is composed of two parts which are added together. Equation 1 shows the UPL equation for a dataset with a normal distribution.

<u>Equation 1.</u> $UPL_{100-(\alpha\times100)} = \bar{x} + t_{(n-1),(1-\alpha)}\sqrt{s^2\left(\frac{1}{m}+\frac{1}{n}\right)}$

where α = level of significance expressed as a decimal (e.g., 1% significance = 0.01), note that confidence level = $100-(\alpha\times100)$;

$\bar{x}$ = average or mean of test run data;

$t$ = t score, the one-tailed t value of the Student’s t distribution for a specific degree of freedom and level of significance;

[12] Gibbons, p 28.
[13] Gibbons, pp 30-31.
[14] EPA test methods typically require 3 test runs. In cases where a test included fewer than 3 valid test runs, we typically do not include the test as a valid test for the purpose of MACT floor calculations. However, if limited or no other data are available for a particular source and pollutant, we consider the use of such data on a case-by-case basis.

$n$ = number of test runs;

$s^2$ = variance of test run data; and

$m$ = number of test run values used to calculate the test average (generally 3).

The first part of the UPL equation, $\bar{x}$ is the average of the best performing sources' emission measurements. Thus, the average of the emission measurements from the best performing source or sources is a fundamental element, and is in fact the starting point, of the UPL calculation. The second part of the equation, i.e., everything to the right of $\bar{x}$, is associated with the variance of the run data, $s^2$; the total number of runs in the dataset, $n$; the confidence level, calculated from α; and the number of run values used to calculate the emissions average for each test result, $m$.

As shown in Equation 1, the UPL is directly related to the sources' emissions average. In other words, as the emissions average goes up or down, so does the UPL value. The UPL also is directly related to the confidence level and to the variance, meaning that as either of these values go up or down, so does the UPL value. However, the UPL is inversely related to the number of runs in the dataset and to the number of runs averaged for each emissions test. Therefore, as either of these values increases, the UPL value decreases and as either of these values decreases, the UPL value increases. A primary reason for this result is that the amount of uncertainty associated with the UPL is higher when sample sizes are smaller. Larger datasets provide better estimates of the average, the standard deviation and the distribution of the data. A lower boundary for the UPL exists at every significance level. This lower boundary corresponds to what the UPL would be if an infinite number of samples was available because the uncertainty component of the UPL becomes negligible as the sample size increases. In practical terms, this lower boundary represents a value that includes almost no uncertainty when the dataset is large. In other words, even if we had an infinite number of samples, the 99 UPL would not be below this lower-bound value. Therefore, the first half of the UPL equation takes the average emissions value of the sources in the MACT pool and the second half of the equation addresses the variability of that average emissions level based on the factors identified in the variables in that portion of the equation.

Equation 2 shows the UPL equation for a dataset with a lognormal distribution.

Equation 2.

$$UPL_{100-(\alpha\times100)} = e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}} + \frac{z_{(1-\alpha)}}{m}\sqrt{me^{2\hat{\mu}+\hat{\sigma}^2}\left(e^{\hat{\sigma}^2}-1\right) + m^2e^{2\hat{\mu}+\hat{\sigma}^2}\left(\frac{\hat{\sigma}^2}{n}+\frac{\hat{\sigma}^4}{2(n-1)}\right)}$$

where α = level of significance expressed as a decimal (e.g., 1% significance = 0.01); note that confidence level = $100 - (\alpha \times 100)$;

$e$ = base of the natural logarithm (≈ 2.718282);

$\hat{\mu}$ = mean of the log transformed run data ($=\frac{1}{n}\sum_{i=1}^{n}\ln{(x)_i}$);

$\hat{\sigma}^2$= variance of the log transformed run data ($=\frac{1}{n}\sum_{i=1}^{n}(\ln{(x)_i} - \hat{\mu})^2$);

$z$ = z score, the one-tailed z value of the z distribution for a specific level of significance;

$m$ = number of run values used to calculate the test average (generally 3); and

$n$ = number of runs.

The widely-accepted statistical procedure for calculating a UPL for log-normally distributed data involves performing a log-transformation of the data. As with Equation 1, the first part of the UPL equation, $e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}}$, is associated with the average of the best performing sources' emissions. The second part of the equation, i.e., everything to the right of $e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}}$, is associated with the variance of the run data, $\hat{\sigma}^2$; the number of runs in the dataset, $n$; the confidence level, calculated from α; and the number of run values used to calculate the test average, $m$.

UPL Equation 2 operates in a manner similar to Equation 1. The first part of UPL Equation 2 is directly related to the emissions average and corresponds to an estimate of the average of the lognormal data. In other words, as the emissions average goes up or down, so does the UPL value. The second part of the UPL equation is directly related to confidence level and to the variance of the average of the lognormal data, meaning that as either of these values go up or down, so does the UPL value. As in the normal case, the second part of the UPL equation is inversely related to the number of runs in the dataset and to the number of runs averaged for an emissions test. Therefore, as either of these values increase, the UPL value decreases and as either of these values decrease, the UPL value increases.

Consistent with Equation 1, a lower boundary for the UPL exists for Equation 2 at every significance level when an infinite number of samples is provided. In practical terms, this lower boundary represents the minimum amount of variability associated with a future, past, or present emissions test average.[15] Furthermore, the selection of a higher confidence level for a UPL calculation widens the interval of results, meaning that a higher confidence level increases the UPL value. As with Equation 1, the first half of the UPL equation takes the average emissions value of the sources in the MACT pool and the second half of the equation addresses the variability of that average emissions level based on the factors identified in the variables in that portion of the equation.

To provide an example of how the UPL calculation is performed, the application of the UPL to a specific set of data from a set of best performing sources in EPA's sewage sludge incinerator rule is explained below (Case B).

Case B shows how one takes data from the best performing sources and translates that into an emissions limit. There are 150 existing units in the multiple hearth subcategory for sewage sludge incinerators, so there are 18 units that are best performing sources for Case B since 12 percent of 150 sources is 18 sources. Charts 1 and 2 show PM emissions data for each run of

[15] Gibbons, p 31.

testing for the 18 best performing sources (note that we do not always have the same number of test runs for each source).

| Run | Unit PM Emissions, mg/dscm | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1 | 2.08 | 1.99 | 0.82 | 2.87 | 16.02 | 15.25 | 25.95 | 41.72 | 38.90 |
| 2 | 0.50 | 0.55 | 5.57 | 15.42 | 12.02 | 18.31 | 26.90 | 39.64 | 30.40 |
| 3 | 1.05 | 2.73 | 5.41 | 8.31 | 15.84 | 19.08 | 20.05 | 20.40 | 32.24 |
| 4 | | | | 18.55 | | | 28.59 | 40.18 | |
| 5 | | | | 18.82 | | | 23.66 | 40.46 | |
| 6 | | | | 2.70 | | | 29.56 | 39.24 | |
| 7 | | | | | | | | 19.10 | |
| 8 | | | | | | | | 20.60 | |
| 9 | | | | | | | | 21.40 | |

Chart 1. PM emissions data, mg/dscm, for Units 1 – 9 by individual run.

| Run | Unit PM Emissions, mg/dscm | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1 | 47.11 | 33.76 | 49.65 | 42.53 | 48.90 | 45.99 | 72.26 | 80.51 | 70.31 |
| 2 | 43.86 | 41.11 | 34.07 | 40.52 | 46.64 | 124.20 | 60.89 | 80.46 | 88.68 |
| 3 | 27.71 | 44.49 | 28.54 | 37.87 | 70.58 | 45.33 | 78.61 | 69.49 | 83.01 |
| 4 | 27.91 | | 56.75 | | | 89.06 | 63.62 | 73.99 | 74.90 |
| 5 | 52.90 | | 48.47 | | | 28.92 | 94.64 | 79.78 | 69.80 |
| 6 | 37.16 | | 24.03 | | | 55.09 | 63.06 | 75.36 | 85.83 |
| 7 | | | | | | 45.03 | | 81.62 | |
| 8 | | | | | | 32.13 | | 77.11 | |
| 9 | | | | | | 55.30 | | 67.15 | |

Chart 2. PM emissions data, mg/dscm, for Units 10 – 18 by individual run.

Using Excel software, the characteristics of the best performers from this source category are as follows:

$\overline{x}$ = mean of test run data = 41.33;

$n$ = number of test runs = 90;

$s^2$ = variance of test run data = 736.24;

kurtosis = -0.31; and

skewness = 0.47.

As the kurtosis and skewness results are both near zero, we conclude that the data exhibit a normal distribution. Given a normal distribution, we use Equation 1 to calculate the UPL.

Because we are using a confidence level of 99, the significance level, $\alpha$, calculated using the confidence level is 0.01 (1-0.99). With 90 run values, the $t$ value as determined from Excel software is 2.37 ($t_{(90-1),(1-0.01)} = 2.37$). Since emission test averages, such as those used to demonstrate compliance with the UPL-based limits, include 3 individual test runs, the value of m is set at 3. The 99 percent UPL is calculated from the best performers' dataset for a normal distribution as follows:

$$UPL_{100-(\alpha \times 100)} = \bar{x} + t_{(n-1),(1-\alpha)} \sqrt{s^2 \left(\frac{1}{m} + \frac{1}{n}\right)}$$

$$UPL_{100-(0.01 \times 100)} = 41.33 + t_{(90-1),(1-0.01)} \sqrt{736.24 \left(\frac{1}{3} + \frac{1}{90}\right)}$$

$$UPL_{99} = 41.33 + 2.37\sqrt{253.59}$$

$$UPL_{99} = 41.33 + 37.74 = 79.07.$$

As mentioned earlier, this 99 percent UPL is composed of two parts: the first part which is directly related to the emissions average of the dataset (41.33) and the second part which is related to the variance, level of confidence, number of runs, and number of runs that constitute an emissions test (37.74). Thus, the equation includes both the average emissions level achieved by the best performing sources, and also a consideration of the variability of those emissions, including the variability associated with conducting an emissions test at other times. The calculation shows that the best performing sources would be expected to have an emissions test value that would not exceed 79.07 mg PM/dscm, based on the average of the best performing 12 percent of sources' emissions data and the consideration of variability within the data.

Most, but not all, of the emissions test data from the best performing twelve percent of sources is below this value. As shown in Figure 4, values of individual test run data from these sources vary, with 10 values above the 99 percent UPL. The range of individual unit values is related to an individual unit's variability. Individual run values above the 99 percent UPL demonstrate that even units among the best performers may need to apply some combination of additional control devices, modified process operations, or modified raw materials in order to be able to meet an emissions limit set at the 99 percent UPL. This is to be expected, and further demonstrates that EPA's use of the UPL to calculate the MACT floor is reasonable, since the MACT floor represents the *average* emission level achieved by the best performing sources, not the *worst* emission level achieved by those sources. For instance, units 15, 16, 17, and 18 (the "bottom 4" out of 18 units in the top 12 percent in this example) all have at least one test run value above the 99 percent UPL for the entire dataset, but no source among the best performing 12 percent of sources had an overall average above the 99 percent UPL, although several sources had an average that is close to the UPL and one source had a 3-run test average above the UPL.




FIGURE 3. Filterable PM data from 18 multiple hearth sewage sludge incineration units. Individual run data shown as open red diamonds, unit average emissions test data shown as solid pink squares, the average of all runs shown as the dashed green line, and the 99 percent UPL is shown as the solid blue line.

VI. Conclusion

In conclusion, EPA's methodology for establishing the MACT floors is reasonable and represents the average emissions achieved by the best performing sources with consideration of the variability in the emissions of those sources. The methodology first identifies the best performing sources by ranking sources from lowest to highest emissions. Next, the distribution of the data is evaluated in order to identify which UPL equation to apply. After that, the average of all the short-term stack test data from all the best performing sources (or the single best-controlled source, for new sources) is calculated. Finally, the UPL is applied to that calculated average value to account for variability such that the MACT floor standard can be met by a unit with emissions at the average level of the best performing source or sources.

# Regulatory Impact Analysis for the Industrial, Commercial, and Institutional Boilers and Process Heaters NESHAP Amendments

# 1 INTRODUCTION

This report is the regulatory impact analysis (RIA) for the final amendments to the Industrial, Commercial, and Institutional (ICI) Boilers and Process Heaters NESHAP. The U.S. Environmental Protection Agency (EPA) is promulgating national emission standards for hazardous air pollutants (NESHAP) for new and existing industrial, commercial, and institutional boilers and process heaters. On January 31, 2013, the EPA finalized amendments to the national emission standards for the control of hazardous air pollutants at major sources from new and existing industrial, commercial, and institutional boilers and process heaters. Subsequently, the U.S. Court of Appeals for the District of Columbia Circuit remanded several of the emission standards to the EPA based on the court's review of the EPA's approach to setting those standards. On January 21, 2015, EPA issued a proposal in response to certain issues raised in petitions of reconsideration on the January 13, 2013 final rule. EPA subsequently published a final rule and notice of action on reconsideration on November 20, 2015. The 2015 final rule did not increase any new recordkeeping and reporting burdens. Subsequently, the United States Court of Appeals for the District of Columbia Circuit, in a decision issued in July 2016, vacated several of the emission standards to EPA based on the court's review of EPA's approach to setting those standards. The U.S. Court of Appeals for the District of Columbia Circuit issued its decision remanding emission standards where it held that the EPA had improperly excluded certain units in establishing the emission standards and remanded the use of carbon monoxide (CO) as a surrogate for organic HAP for further explanation. On December 23, 2016, the United States Court of Appeals for the District of Columbia Circuit granted EPA's motion for rehearing on remedy and remanded without vacatur these affected standards. Therefore, these emission standards have remained in effect since the court's decision. In March 2018, the court in a separate case remanded the EPA's decision to set a limit of 130 parts per million (ppm) CO as a minimum standard for certain subcategories for further explanation.

In response to these remands, this action amends several numeric emission limits for new and existing boilers and process heaters and set compliance dates for these new emission limits. The final amendments change several emission limits as part of the EPA's response to the remand granted on December 23, 2016, by the D.C. Circuit. The changes result in more stringent emission limits in some cases, which is expected to require additional recordkeeping and

Given these results, the EPA expects that implementation of this final rule, based solely on an economic efficiency criterion, will provide society with a substantial net gain in welfare, notwithstanding the expansive set of health and environmental benefits and benefits or other impacts we were unable to quantify. Further quantification of directly emitted $PM_{2.5}$-, mercury-, acidification-, and eutrophication-related impacts would increase the estimated net benefits of the rule.

## 1.3 Organization of this Report

This report presents the EPA's analysis of the potential benefits, costs, and other economic effects of the final rule for ICI boilers. This RIA includes the following sections:

- Chapter 2 presents a profile of the affected industries, developed for the economic impact analysis.
- Chapter 3 describes the estimated costs and impacts of the regulation, providing a summary of the analysis inputs and methodology for assessing the economic impacts of the final regulation. The chapter provides the cost and economic impact analysis results, including impacts on industry overall and impacts on small businesses.
- Chapter 4 describes the benefits of this regulation considering both the directly regulated HAP and non-HAP emission reductions and the inputs and methods used for estimating and valuing reduced environmental and human exposure to air pollutant emissions. The chapter also describes the climate disbenefits of this final regulation.
- Chapter 5 presents the overall comparison of the total benefits (including disbenefits) and total costs.

# 2 INDUSTRY PROFILE

This final rule will affect facilities and companies using ICI boilers, based on the National Emission Standards for Hazardous Air Pollutants (NESHAP) source category (i.e., 40 CFR part 63, subpart DDDDD) standards. Of the 90 different emission limits included in the rule, the EPA is revising 34 of them depending on the type of boilers and fuel used. Of these 34 emission limits, 28 of the limits became more stringent and 6 of the limits became less stringent. Facilities would have up to three years after the effective date of the final rule to demonstrate compliance with these revised emission limits.

ICI boilers are found in many manufacturing sectors and other industries. The EPA used the North American Industrial Classification System (NAICS) code identified for the parent company owning each facility using an impacted ICI boiler to conduct this brief industry profile. This chapter summarizes in a high-level fashion the profiles of these industries using the NAICS codes for the ultimate parent companies that own affected boilers. The final rule only affects a subset of facilities using ICI boilers within each industry identified. This final rule does not impact all types of ICI boilers. The ICI boilers identified as having cost impacts from this rule are found in the following categories: existing biomass-fired, existing coal-fired, new biomass-fired, and new coal-fired. The EPA identified existing ICI boilers that will be affected by this final rule and expects new boilers to become part of the industry in the future, which are fired or expected to be fired by biomass (e.g., wood) or coal as fuels. None of the affected ICI boilers are oil-fired or gas-fired, and most of the affected boilers are biomass-fired. Table 2-1 provides a list of the industries by NAICS code with source categories affected by the final rule.

**Table 2-1. Source Categories Affected by This Final Rule**

| NAICS code[1] | Examples of Industries with potentially regulated entities |
|---|---|
| 221 | Electric, gas, and sanitary services |
| 321 | Manufacturers of lumber and wood products |
| 322 | Pulp and paper mills |
| 423 | Merchant Trade, Durable Goods |
| 424 | Merchant Trade, Nondurable Goods |
| 541 | Professional, Scientific and Technical Services |

[1] North American Industry Classification System.

The industry profile provided here is based on 2016 data from U.S. Census Bureau and U.S. Census Bureau American Fact Finder.[6] For some NAICS codes, 2016 data were not available, and in those instances the most up-to-date data available were used. This profile is not meant to serve as an exhaustive treatment for each affected industry and any subsectors of note, but is meant to serve as a high-level summary of useful information for these industries. It is important to note that only a very small fraction of the facilities in each affected industry own ICI boilers. Thus, only a small fraction of facilities in these industries are impacted by this final regulation.

### 2.1 Electric, Gas, and Sanitary Services

Activities in this sector, NAICS 221, include providing electric power, natural gas, steam supply, water supply, and sewage removal through a permanent infrastructure of lines, mains, and pipes. This final rule is anticipated to affect three ultimate parent companies owning three boilers in this sector. According to the U.S. Census Bureau American Fact Finder, in 2016, NAICS 221 had 5,893 ultimate parent companies that own 18,159 establishments. The sector employed 638,917 people, with payroll of around $654 billion.

### 2.2 Sawmills and Wood Preservation

This sector includes establishments whose primary production process begins with logs or bolts that are transformed into boards, dimension lumber, beams, timbers, poles, ties, shingles, shakes, siding, and wood chips. This industry also includes establishments that cut and treat round wood and/or treat wood products to prevent rotting by impregnation with creosote or other chemical compounds.

This final rule is anticipated to affect eight ultimate parent companies owning 8 boilers in this sector. According to the U.S. Census Bureau American Fact Finder, in 2016, the sawmills and wood preservation industry (NAICS 321) was comprised of 3,213 establishments employing 77,200 people and had a payroll of around $3.7 billion. The total value of shipments and receipts for services from this sector was around $30.5 billion.

[6] US Census Bureau, Dept. of Commerce, https://www.census.gov/eos/www/naics/, and US Census Bureau American Fact Finder, Dept. of Commerce, https://factfinder.census.gov/faces/nav/jsf/pages/searchresults.xhtml?refresh=t

**Appendix B-1: Summary of Units With Test Data and Calculation of Top 12% Per Subcategory**

**Table 1 - MACT Floor by Fuel Type - Recommended Option**

| Parameters | Total Number of Sources in Subcategory | HCl (lb/mmBtu) | Hg (lb/mmBtu) | Filterable PM (lb/mmBtu) | TSM8 (lb/mmBtu) | CO (ppm @ 3% O2) |
|---|---|---|---|---|---|---|
| **Solid** | 1,127 | | | | | |
| No. of sources with test data= | | 436 | 374 | | | |
| No. in MACT floor = | | **53** | **45** | | | |
| **Liquid** | 932 | | | | | |
| No. of sources with test data= | | 82 | 81 | | | |
| No. in MACT floor = | | **10** | **10** | | | |
| **Process Gas** | 129 | | | | | |
| No. of sources with test data= | | 1 | 1 | 1 | 1 | 3 |
| No. in MACT floor = | | **1** | **1** | **1** | **1** | **1** |

**Table 2 - MACT Floor by Combustor Design**

| Parameters | Total Number of Sources in Subcategory | CO (ppm @ 3% O2) | Filterable PM (lb/mmBtu) | TSM8 (lb/mmBtu) |
|---|---|---|---|---|
| **Biomass/Bio-Based Solid Dutch Oven/Pile Burner** | 16 | | | |
| No. of sources with test data= | | 9 | 6 | 6 |
| No. in MACT floor = | | **5** | **5** | **5** |
| **Biomass/Bio-Based Solid Fluidized Bed** | 24 | | | |
| No. of sources with test data= | | 13 | 18 | 13 |
| No. in MACT floor = | | **5** | **5** | **5** |
| **Biomass/Bio-Based Solid Fuel Cell** | 14 | | | |
| No. of sources with test data= | | 8 | 9 | 3 |
| No. in MACT floor = | | **5** | **5** | **3** |
| **Biomass/Bio-Based Solid Suspension Burner** | 48 | | | |
| No. of sources with test data= | | 9 | 6 | 2 |
| No. in MACT floor = | | **2** | **1** | **1** |
| **Biomass/Bio-Based Solid Suspension/Grate** | 20 | | | |
| No. of sources with test data= | | 14 | 20 | 3 |
| No. in MACT floor = | | **5** | **5** | **3** |
| **Wet Biomass/Bio-Based Solid Stoker/Other** | 302 | | | |
| No. of sources with test data= | | 113 | 146 | 73 |
| No. in MACT floor = | | **14** | **18** | **9** |
| **Dry Biomass/Bio-Based Solid Stoker/Other** | 82 | | | |
| No. of sources with test data= | | 4 | 4 | 1 |
| No. in MACT floor = | | **1** | **1** | **1** |
| **All Coal/Fossil Solid** | 621 | | | |
| No. of sources with test data= | | | 335 | 159 |
| No. in MACT floor = | | | **41** | **20** |
| **Coal/Fossil Solid Fluidized Bed** | 34 | | | |
| No. of sources with test data= | | 15 | | |
| No. in MACT floor = | | **2** | | |
| **Coal/Fossil Solid Fluidized Bed with Integrated Heat Exchanger** | 1 | | | |
| No. of sources with test data= | | 1 | | |
| No. in MACT floor = | | **1** | | |
| **Coal/Fossil Solid Pulverized Coal** | 186 | | | |
| No. of sources with test data= | | 37 | | |
| No. in MACT floor = | | **5** | | |
| **Coal/Fossil Solid Stoker/Sloped Grate/Other** | 400 | | | |
| No. of sources with test data= | | 66 | | |
| No. in MACT floor = | | **8** | | |
| **Non-Continental Liquid** | 21 | | | |
| No. of sources with test data= | | 4 | 4 | 9 |
| No. in MACT floor = | | **4** | **4** | **5** |
| **Heavy Liquid** | 319 | | | |
| No. of sources with test data= | | 28 | 44 | 31 |
| No. in MACT floor = | | **4** | **6** | **4** |
| **Light Liquid** | 592 | | | |
| No. of sources with test data= | | 73 | 23 | 41 |
| No. in MACT floor = | | **9** | **3** | **5** |

**Appendix B-2a: Unit Rankings for Hg from Solid Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MITBSimonPowerPlant | Unit 4 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.87E-08 | 2 | ET | 1 | YES | | |
| NYBlackRiverGen | E00001 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 4.18E-08 | 2 | ET | 2 | YES | 4.18E-08 | 1 |
| NYBlackRiverGen | E00002 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 4.18E-08 | 2 | ET | 3 | YES | 4.18E-08 | 2 |
| NYBlackRiverGen | E00003 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 4.18E-08 | 2 | ET | 4 | YES | 4.18E-08 | 3 |
| MIGenessePowerStation | BOILER 01 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.44E-08 | 3 | ET | 5 | YES | 6.44E-08 | 4 |
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | Mercury (Hg) | Solid | FB | Fabric Filter/Dry Srubber (Lime Injection)/SNCR | 8.93E-08 | 1 | ET | 6 | YES | 8.93E-08 | 5 |
| INPurdueUniveristy | Boiler 5 | Mercury (Hg) | Solid | FB | Fabric FilterDuct Sorbent Injection | 1.23E-07 | 1 | ET | 7 | YES | 1.23E-07 | 6 |
| ORFlakeboardEugene | Boiler-2 | Mercury (Hg) | Solid | Suspension Burner | Fabric Filter | 1.36E-07 | 1 | ET | 8 | YES | | |
| MESDWarrenSomerset | No2 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | DryScrubberElectrostatic Precipitator | 1.44E-07 | 1 | ET | 9 | YES | | |
| MNADMCornDivision | Coal Boiler #1 EU049 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.59E-07 | 1 | ET | 10 | YES | 1.59E-07 | 7 |
| MNADMCornDivision | Coal Boiler #2 EU050 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.59E-07 | 1 | ET | 11 | YES | 1.59E-07 | 8 |
| ILPolyOne | B1 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.62E-07 | 2 | ET | 12 | YES | 1.62E-07 | 9 |
| MITBSimonPowerPlant | Unit 1 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.84E-07 | 3 | ET | 13 | YES | 1.84E-07 | 10 |
| KYNewPage-Wickliffe | B09 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.23E-07 | 3 | ET | 14 | YES | 5.63E-07 | 34 |
| NYIntlPaperTiconderoga | PB1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 2.27E-07 | 2 | ET | 15 | YES | | |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.28E-07 | 1 | ET | 16 | YES | 2.28E-07 | 11 |
| PAKimberlyClarkChester | Boiler #10 (ID 035) | Mercury (Hg) | Solid | FB-HE | Fabric Filter | 2.47E-07 | 1 | ET | 17 | YES | | |
| IDAmalgamatedSugarCoTwinFalls | S-B1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.76E-07 | 1 | ET | 18 | YES | 2.76E-07 | 13 |
| VAStanleyFuriture | FB-2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.89E-07 | 3 | ET | 19 | YES | | |
| GASPNewsprint | PB2 | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 2.94E-07 | 1 | ET | 20 | YES | 2.94E-07 | 14 |
| MEBoralexStratton | Boiler #1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.00E-07 | 1 | ET | 21 | YES | 3.00E-07 | 15 |
| CACovantaDelano | Unit 1 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 3.27E-07 | 1 | ET | 22 | YES | 3.27E-07 | 16 |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 3.33E-07 | 3 | ET | 23 | YES | 3.33E-07 | 17 |
| AKDoyonUtilities_AK | 4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.52E-07 | 1 | ET | 24 | YES | 3.52E-07 | 18 |
| GATempleInlandRome | WF | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 3.57E-07 | 1 | ET | 25 | YES | 3.57E-07 | 19 |
| FLCFRC252 | Boiler #3 (McBurney) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 3.68E-07 | 1 | ET | 26 | YES | 3.68E-07 | 20 |
| VAUniversityofVirginia | 7103-1-01R | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.70E-07 | 1 | ET | 27 | YES | 3.70E-07 | 21 |
| MTRoseburgMissoula | Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 4.08E-07 | 1 | ET | 28 | YES | | |
| SCCogenSouth | B001 - Main Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 4.09E-07 | 4 | ET | 29 | YES | 4.09E-07 | 22 |
| TNNissanSmyrna | Boiler 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.17E-07 | 1 | ET | 30 | YES | 4.17E-07 | 23 |
| HIPuuneneSugarMill | Boiler 1 | Mercury (Hg) | Solid | Suspension/Grate | Venturi Scrubber | 4.26E-07 | 1 | ET | 31 | YES | 4.26E-07 | 24 |
| HIPuuneneSugarMill | Boiler 2 | Mercury (Hg) | Solid | Suspension/Grate | Venturi Scrubber | 4.26E-07 | 1 | ET | 32 | YES | 4.26E-07 | 25 |
| FLRayonierPerformance | PB06 | Mercury (Hg) | Solid | FB | Wet ScrubberElectrostatic Precipitator | 4.43E-07 | 3 | ET | 33 | YES | | |
| MNSappiCloquet | EU002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.48E-07 | 1 | ET | 34 | YES | | |
| MSBowaterSouth | Bark Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 4.72E-07 | 1 | ET | 35 | YES | 4.72E-07 | 26 |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.88E-07 | 1 | ET | 36 | YES | 4.88E-07 | 27 |
| MSGPNewAugusta | AA-015 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.94E-07 | 3 | ET | 37 | YES | 4.94E-07 | 28 |
| GAGPMadisonPly | 800 Wood Waste Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.97E-07 | 1 | ET | 38 | YES | 4.97E-07 | 29 |
| ORRoseburgForestDillard | Boiler #6 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 5.04E-07 | 1 | ET | 39 | YES | | |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 5.05E-07 | 1 | ET | 40 | YES | 5.05E-07 | 30 |
| ALIPCourtland | No. 3 Combination Boier / 11Cu301 | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 5.07E-07 | 1 | ET | 41 | YES | 5.07E-07 | 31 |
| ALIPCourtland | No.2 Combination Boiler / 11CU201 | Mercury (Hg) | Solid | PC | Dry ScrubberElectrostatic Precipitator | 5.38E-07 | 1 | ET | 42 | YES | | |
| ARPotlatchForestWarren | Wellons Boiler | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 5.41E-07 | 1 | ET | 43 | YES | 5.41E-07 | 32 |
| TNNissanSmyrna | Boiler 2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.47E-07 | 1 | ET | 44 | YES | 5.47E-07 | 33 |
| GAGPSRMRiincon | EU BO02 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 5.70E-07 | 1 | ET | 45 | YES | 5.70E-07 | 35 |
| VACogentrixHopewell | 2A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.76E-07 | 1 | ET | 46 | NO | 5.76E-07 | 36 |
| VACogentrixHopewell | 2B | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.76E-07 | 1 | ET | 47 | NO | 5.76E-07 | 37 |
| VACogentrixHopewell | 2C | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.76E-07 | 1 | ET | 48 | NO | 5.76E-07 | 38 |
| ILCornProductsInt | B10 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 5.96E-07 | 2 | ET | 49 | NO | 5.96E-07 | 39 |
| GAGPCelluloseBrunswick | U700 -- No. 4 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.05E-07 | 2 | ET | 50 | NO | 6.05E-07 | 40 |
| ALIPCourtland | No. 1 Combination Boiler / 11CU101 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 6.08E-07 | 1 | ET | 51 | NO | | |
| INTateLyleSagamore | 31B1 | Mercury (Hg) | Solid | PC | Fabric Filter | 6.16E-07 | 1 | ET | 52 | NO | 6.16E-07 | 41 |
| ALBoiseWhitePaperJackson | 102-0001-Z013 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 6.22E-07 | 1 | ET | 53 | NO | 6.22E-07 | 42 |
| ARWeyerhaeuserDierksMill | SN-45 | Mercury (Hg) | Solid | Fuel Cell | Electrostatic Precipitator | 6.24E-07 | 1 | ET | 54 | NO | 6.24E-07 | 43 |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 6.30E-07 | 15 | ET | 55 | NO | 6.30E-07 | 44 |
| GAInternationalPaperAugustaMills | PB3A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.43E-07 | 2 | ET | 56 | NO | 6.43E-07 | 45 |
| HIPuuneneSugarMill | Boiler 3 | Mercury (Hg) | Solid | Suspension/Grate | Venturi Scrubber | 6.53E-07 | 1 | ET | 57 | NO | 6.53E-07 | 46 |
| MNRochesterUtilities | EU003 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.61E-07 | 1 | ET | 58 | NO | | |
| SCSmurfitStone | Unit 15: Boiler #3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.67E-07 | 1 | ET | 59 | NO | 6.67E-07 | 47 |
| ILBungeDanville | CFB Boiler | Mercury (Hg) | Solid | FB | Fabric Filter | 7.04E-07 | 1 | ET | 60 | NO | 7.04E-07 | 48 |
| MNSappiCloquet | EU004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.20E-07 | 1 | ET | 61 | NO | | |
| SCBowaterCoatedPaper | Combination Boiler No. 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.20E-07 | 2 | ET | 62 | NO | 8.12E-07 | 60 |
| AKDoyonUtilities_AK | 7 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.22E-07 | 1 | ET | 63 | NO | 7.22E-07 | 49 |
| ORRoseburgRiddle2 | Boiler #2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 7.45E-07 | 1 | ET | 64 | NO | 7.45E-07 | 50 |
| SCSonocoHartsville | Boiler Number 9 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 7.63E-07 | 1 | ET | 65 | NO | 7.63E-07 | 51 |
| MEBoralex | Boiler #1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.65E-07 | 3 | ET | 66 | NO | 7.65E-07 | 52 |
| IAUofNorthernIowa | Boiler #3 | Mercury (Hg) | Solid | PC | Fabric Filter | 7.68E-07 | 1 | ET | 67 | NO | 7.68E-07 | 53 |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 7.74E-07 | 1 | ET | 68 | NO | 7.74E-07 | 54 |
| MSHoodWiggins | AA-003 (Wood-Fired Boiler No. 3) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 7.75E-07 | 1 | ET | 69 | NO | 7.75E-07 | 55 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDPotlatch | PB-1 CE | Mercury (Hg) | Solid | Fuel Cell | Electrostatic Precipitator | 7.83E-07 | 2 | ET | 70 | NO | 7.83E-07 | 56 |
| OHCargillSidney | B002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.93E-07 | 1 | ET | 71 | NO | 7.93E-07 | 57 |
| WIFlambeauRiverPaper | B24 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 8.00E-07 | 2 | ET | 72 | NO | 8.00E-07 | 58 |
| TNDomtar2384 | HFB1-1 | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 8.10E-07 | 1 | ET | 73 | NO | 8.10E-07 | 59 |
| NCDakAmericas | EU02 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 8.20E-07 | 1 | ET | 74 | NO | 8.20E-07 | 61 |
| MENewPage-Rumford | Cogen#6 | Mercury (Hg) | Solid | FB | Dry Sorbent InjectionElectrostatic Precipitator | 8.22E-07 | 1 | ET | 75 | NO | 8.22E-07 | 62 |
| MENewPage-Rumford | Cogen#7 | Mercury (Hg) | Solid | FB | Dry Sorbent InjectionElectrostatic Precipitator | 8.22E-07 | 1 | ET | 76 | NO | 8.22E-07 | 63 |
| ARAnthonyForestProducts | SN-12 | Mercury (Hg) | Solid | Fuel Cell | Cyclone or Multiclone | 8.24E-07 | 1 | ET | 77 | NO | 8.24E-07 | 64 |
| NCUNCCogen | ES-001 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 8.37E-07 | 2 | ET | 78 | NO | 8.37E-07 | 65 |
| GAInternationalPaperAugustaMills | PB1A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 8.41E-07 | 2 | ET | 79 | NO | 8.41E-07 | 66 |
| IDPotlatch | PB-3 Hurst | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 8.50E-07 | 1 | ET | 80 | NO | 8.50E-07 | 67 |
| SCGPProsperityPly | B, Wood Fired Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 8.51E-07 | 1 | ET | 81 | NO | 8.51E-07 | 68 |
| TNEastman_NO_CBIDATA | Boiler 30 | Mercury (Hg) | Solid | PC | Dry ScrubberElectrostatic Precipitator | 8.89E-07 | 1 | ET | 82 | NO | 8.89E-07 | 69 |
| OHSmurfitCoshocton | B006 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 8.91E-07 | 1 | ET | 83 | NO | 8.91E-07 | 70 |
| NCTysonHarmony | TYS-ES-21 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.07E-07 | 1 | ET | 84 | NO | 9.07E-07 | 71 |
| MELincolnPaper&Tissue | #8 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.09E-07 | 1 | ET | 85 | NO | 9.09E-07 | 72 |
| NCLPRoaringRiver | Boiler #2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 9.13E-07 | 1 | ET | 86 | NO | 9.13E-07 | 73 |
| IDPotlatch | PB-2 Riley | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.17E-07 | 1 | ET | 87 | NO | 9.17E-07 | 74 |
| VASmurfitStoneWestpt | PB08 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 9.48E-07 | 2 | ET | 88 | NO | 9.48E-07 | 75 |
| NCMCASCherryPoint | CP-152-BOIL-02 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.50E-07 | 1 | ET | 89 | NO | 9.50E-07 | 76 |
| VAVirginiaPolytechnic | Boiler 11 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 9.52E-07 | 1 | ET | 90 | NO | 9.52E-07 | 77 |
| SCMarlboroPaper | Hogged Fuel Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.62E-07 | 1 | ET | 91 | NO | 9.62E-07 | 78 |
| MNVersoPaper | EU006 B&W | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 9.64E-07 | 1 | ET | 92 | NO | 9.64E-07 | 79 |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | Mercury (Hg) | Solid | Fuel Cell | Electrostatic Precipitator | 9.93E-07 | 1 | ET | 93 | NO | 9.93E-07 | 80 |
| WAGPCamas | No. 3 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.96E-07 | 1 | ET | 94 | NO | | |
| WIWausauRhine | B26 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.01E-06 | 1 | ET | 95 | NO | 1.01E-06 | 81 |
| IDMoyieSprings Lumber420 | HFB1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 1.02E-06 | 1 | ET | 96 | NO | 1.02E-06 | 82 |
| WVPPGMartinsville | R011-Boiler 3 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.02E-06 | 2 | ET | 97 | NO | 1.02E-06 | 83 |
| VAStanleyFurniture | FB-1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.03E-06 | 1 | ET | 98 | NO | | |
| TXTempleInlandFiberboard | FB-25 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 1.03E-06 | 1 | ET | 99 | NO | 1.03E-06 | 84 |
| WIGreenBayPackagingMillDivision | Boiler B26- Coal Fired Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.03E-06 | 1 | ET | 100 | NO | 1.03E-06 | 85 |
| IDTASCONampa | Babcock and Wilcox (B&W) #1 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.04E-06 | 1 | ET | 101 | NO | 1.04E-06 | 86 |
| IDTASCONampa | Babcock and Wilcox (B&W) #2 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.04E-06 | 1 | ET | 102 | NO | 1.04E-06 | 87 |
| CASierraPacificLincoln | McBurney Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.05E-06 | 2 | ET | 103 | NO | 1.05E-06 | 88 |
| MNRochesterUtilities | EU002 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.06E-06 | 1 | ET | 104 | NO | | |
| IDAmalgamatedSugarCoTwinFalls | S-B2 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.13E-06 | 1 | ET | 105 | NO | 1.13E-06 | 89 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.14E-06 | 1 | ET | 106 | NO | 1.14E-06 | 90 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #6 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.14E-06 | 1 | ET | 107 | NO | 1.14E-06 | 91 |
| SCRoseburgForestRussellville | Boiler | Mercury (Hg) | Solid | Suspension Burner | Fabric Filter | 1.15E-06 | 1 | ET | 108 | NO | | |
| GARayonierJesupMill | PB01 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 1.19E-06 | 1 | ET | 109 | NO | 1.19E-06 | 92 |
| IDTASCOPaul | Erie City Boiler | Mercury (Hg) | Solid | PC | Wet Scrubber | 1.19E-06 | 1 | ET | 110 | NO | 1.19E-06 | 93 |
| VADukeEnergyNarrows | Boiler #4 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.20E-06 | 1 | ET | 111 | NO | 1.20E-06 | 94 |
| ALMeadwestvacoCottonton46 | No.1 Wood Residue Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.21E-06 | 1 | ET | 112 | NO | | |
| MOAnheuserBusch | Boiler 5 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.21E-06 | 3 | ET | 113 | NO | 1.21E-06 | 95 |
| ARGBPMorrilton | SN-04 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.22E-06 | 1 | ET | 114 | NO | 1.22E-06 | 96 |
| MOAnheuserBusch | Boiler 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.25E-06 | 3 | ET | 115 | NO | 1.25E-06 | 97 |
| ORRoseburgCoquille | Boiler 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.25E-06 | 2 | ET | 116 | NO | 1.25E-06 | 98 |
| GAGPSRMRiincon | EU BO01 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.26E-06 | 1 | ET | 117 | NO | | |
| TXDibollTemple-Inland | PB-44 | Mercury (Hg) | Solid | Suspension Burner | Electrostatic Precipitator | 1.26E-06 | 1 | ET | 118 | NO | 1.26E-06 | 99 |
| VAMeadWestVaco-CovingtonVA | PWR006 | Mercury (Hg) | Solid | PC | Dry ScrubberElectrostatic Precipitator | 1.29E-06 | 1 | ET | 119 | NO | | |
| VAMeadWestVaco-CovingtonVA | PWR007 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberElectrostatic Precipitator | 1.29E-06 | 1 | ET | 120 | NO | | |
| VAMeadWestVaco-CovingtonVA | PWR008 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberElectrostatic Precipitator | 1.29E-06 | 1 | ET | 121 | NO | | |
| VAMeadWestVaco-CovingtonVA | PWR009 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberElectrostatic Precipitator | 1.29E-06 | 1 | ET | 122 | NO | | |
| WIAppleton | B22 Coal Fired Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.30E-06 | 1 | ET | 123 | NO | 1.30E-06 | 100 |
| OHPainesvilleMunicipalElectric | B003 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.33E-06 | 2 | ET | 124 | NO | 1.33E-06 | 101 |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 1.33E-06 | 2 | ET | 125 | NO | 1.33E-06 | 102 |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.33E-06 | 1 | ET | 126 | NO | 1.33E-06 | 103 |
| MNBoisePaper1212 | EU 430 Boiler #2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.34E-06 | 1 | ET | 127 | NO | 1.34E-06 | 104 |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | Mercury (Hg) | Solid | PC | Fabric Filter | 1.34E-06 | 2 | ET | 128 | NO | 1.34E-06 | 106 |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | Mercury (Hg) | Solid | PC | Fabric Filter | 1.34E-06 | 2 | ET | 129 | NO | 1.34E-06 | 105 |
| GAGPWarmSprings | EU600 Wood Fuel Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.36E-06 | 1 | ET | 130 | NO | 1.36E-06 | 107 |
| OHSmartPapersHoldingsLLC | B020 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.39E-06 | 1 | ET | 131 | NO | 1.39E-06 | 108 |
| WIGPGreenBay2818 | B25 - Stoker Boiler #5 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.39E-06 | 1 | ET | 132 | NO | 1.39E-06 | 112 |
| WIGPGreenBay2818 | B26 - Stoker Boiler #6 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.39E-06 | 4 | ET | 133 | NO | 1.39E-06 | 109 |
| WIGPGreenBay2818 | B27 - Cyclone Boiler #7 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.39E-06 | 4 | ET | 134 | NO | 1.39E-06 | 110 |
| WIGPGreenBay2818 | B28 - Stoker Boiler #8 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.39E-06 | 4 | ET | 135 | NO | 1.39E-06 | 111 |
| WIBlountGeneratingStation | Boiler 8 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.40E-06 | 1 | ET | 136 | NO | 1.40E-06 | 113 |
| VADukeEnergyNarrows | Boiler #5 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.41E-06 | 2 | ET | 137 | NO | 1.41E-06 | 114 |
| GAGPCedarSprings | U500 - Power Boiler No 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.42E-06 | 1 | ET | 138 | NO | | |
| PAPHGlatfelter | PB5 | Mercury (Hg) | Solid | FB | Dry Sorbent InjectionElectrostatic Precipitator | 1.43E-06 | 1 | ET | 139 | NO | 1.43E-06 | 115 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALGeorgiaPacificNaheola | Z016 - CB2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.43E-06 | 1 | ET | 140 | NO | 1.43E-06 | 116 |
| MNRochesterUtilities | EU001 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.47E-06 | 1 | ET | 141 | NO | | |
| VADukeEnergyNarrows | Boiler #3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.47E-06 | 2 | ET | 142 | NO | 1.47E-06 | 117 |
| MIHollandBPW | Unit 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.49E-06 | 1 | ET | 143 | NO | 1.49E-06 | 118 |
| GACaraustar | CB01 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.54E-06 | 1 | ET | 144 | NO | 1.54E-06 | 119 |
| WVPPGMartinsville | R072-Boiler 5 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.55E-06 | 1 | ET | 145 | NO | 1.55E-06 | 120 |
| ORRoseburgForestDillard | Boiler #2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 1.64E-06 | 1 | ET | 146 | NO | | |
| ORRosboroSpringfield | DV 01.1 | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Cyclone or Multiclone | 1.65E-06 | 1 | ET | 147 | NO | 1.65E-06 | 121 |
| OKGPMuskogeeMill | B-4 | Mercury (Hg) | Solid | PC | Fabric Filter | 1.70E-06 | 2 | ET | 148 | NO | 1.70E-06 | 122 |
| VADukeEnergyNarrows | Boiler #7 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.71E-06 | 2 | ET | 149 | NO | 1.71E-06 | 123 |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.71E-06 | 2 | ET | 150 | NO | 1.71E-06 | 124 |
| MNAmericanCrystalCrookston | Boiler 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.72E-06 | 1 | ET | 151 | NO | 1.72E-06 | 125 |
| MNWausauPaper-Brainerd | EU 002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.72E-06 | 1 | ET | 152 | NO | 1.72E-06 | 126 |
| MNWausauPaper-Brainerd | EU 003 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.72E-06 | 1 | ET | 153 | NO | | |
| ORSPNewsprint | B10-EU | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.73E-06 | 1 | ET | 154 | NO | 1.73E-06 | 127 |
| IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 1.76E-06 | 1 | ET | 155 | NO | 1.76E-06 | 128 |
| FLUSSugarCorp | Boiler No. 4 | Mercury (Hg) | Solid | Suspension/Grate | Wet Scrubber | 1.77E-06 | 1 | ET | 156 | NO | 1.77E-06 | 129 |
| WIDairylandPower-Alma | Alma 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.78E-06 | 1 | ET | 157 | NO | 1.78E-06 | 132 |
| WIDairylandPower-Alma | Alma 2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.78E-06 | 1 | ET | 158 | NO | 1.78E-06 | 130 |
| WIDairylandPower-Alma | Alma 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.78E-06 | 1 | ET | 159 | NO | 1.78E-06 | 131 |
| WAPortTownsendPaper | #10 Power Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 1.79E-06 | 1 | ET | 160 | NO | | |
| MAUMass | EU#3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.79E-06 | 1 | ET | 161 | NO | 1.79E-06 | 134 |
| MAUMass | EU#4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.79E-06 | 1 | ET | 162 | NO | 1.79E-06 | 133 |
| MAUMass | EU#5 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.79E-06 | 1 | ET | 163 | NO | 1.79E-06 | 135 |
| OHUofCincinnati | B103 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.80E-06 | 1 | ET | 164 | NO | | |
| OHCargillSidney | B001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.80E-06 | 1 | ET | 165 | NO | 1.80E-06 | 136 |
| MIPharma&Upjohn1180 | Boiler 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.82E-06 | 1 | ET | 166 | NO | 1.82E-06 | 137 |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.83E-06 | 1 | ET | 167 | NO | 1.83E-06 | 138 |
| OHPainesvilleMunicipalElectric | B004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.84E-06 | 1 | ET | 168 | NO | 1.84E-06 | 139 |
| WIThilmanyLLC | B09 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.85E-06 | 2 | ET | 169 | NO | 1.85E-06 | 141 |
| WIThilmanyLLC | B11 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.85E-06 | 2 | ET | 170 | NO | 1.85E-06 | 140 |
| WINewPage-WisconsinRapids | Power Boiler 2 - B20 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.85E-06 | 1 | ET | 171 | NO | 1.85E-06 | 142 |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 1.86E-06 | 1 | ET | 172 | NO | 1.86E-06 | 143 |
| VASmurfitStoneWestpt | PB10 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.86E-06 | 2 | ET | 173 | NO | 1.86E-06 | 144 |
| GACargill-Gainesville | B001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.90E-06 | 1 | ET | 174 | NO | 1.90E-06 | 148 |
| GARoseburgForestVienna | 600-Wood fired boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.90E-06 | 1 | ET | 175 | NO | 1.90E-06 | 147 |
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 1.90E-06 | 1 | ET | 176 | NO | 1.90E-06 | 146 |
| VARadfordArmyAmmunitionPlant | Boiler No. 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 1.90E-06 | 1 | ET | 177 | NO | 1.90E-06 | 145 |
| NCUNCCogen | ES-002 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.93E-06 | 1 | ET | 178 | NO | 1.93E-06 | 149 |
| IAMuscatinePowerandWater | Unit 7 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.96E-06 | 3 | ET | 179 | NO | 1.96E-06 | 150 |
| MSSandersonPlumbing | AD-001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.01E-06 | 1 | ET | 180 | NO | | |
| VADukeEnergyNarrows | Boiler #2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.01E-06 | 2 | ET | 181 | NO | 2.01E-06 | 151 |
| WANipponPaper | #8 Hog Fuel Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 2.03E-06 | 1 | ET | 182 | NO | 2.03E-06 | 152 |
| VAATCPanels | Babcock & Wilcox Boiler | Mercury (Hg) | Solid | Suspension Burner | Cyclone or Multiclone | 2.03E-06 | 1 | ET | 183 | NO | 2.03E-06 | 153 |
| CAThermalEnergyDev | BLR1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Dry Sorbent InjectionElectrostatic Precipitator | 2.04E-06 | 1 | ET | 184 | NO | 2.04E-06 | 154 |
| VADukeEnergyNarrows | Boiler #1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.07E-06 | 2 | ET | 185 | NO | 2.07E-06 | 155 |
| MOIPLBlueValley | Unit 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.09E-06 | 1 | ET | 186 | NO | 2.09E-06 | 156 |
| PABayValleyFoodsPittsburgh | Boiler No. 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.09E-06 | 1 | ET | 187 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.09E-06 | 1 | ET | 188 | NO | | |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E3 (3-0006) (Boiler 3) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.10E-06 | 1 | ET | 189 | NO | 2.10E-06 | 157 |
| NCBlueRidgePaper | G11040 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.10E-06 | 1 | ET | 190 | NO | 2.10E-06 | 159 |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 2.10E-06 | 2 | ET | 191 | NO | 2.10E-06 | 158 |
| MOAnheuserBusch | Boiler 8 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.13E-06 | 3 | ET | 192 | NO | 2.13E-06 | 160 |
| MITBSimonPowerPlant | Unit 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.13E-06 | 2 | ET | 193 | NO | 2.13E-06 | 161 |
| TNEastman_NO_CBIDATA | Boiler 31 | Mercury (Hg) | Solid | PC | Fabric FilterDry Scrubber | 2.13E-06 | 1 | ET | 194 | NO | | |
| ALGeorgiaPacificNaheola | Z015 - CB1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.14E-06 | 1 | ET | 195 | NO | 2.14E-06 | 162 |
| WYGeneralChemical | GR-2-L (C BOILER) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.18E-06 | 1 | ET | 196 | NO | 2.18E-06 | 163 |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.26E-06 | 1 | ET | 197 | NO | 2.26E-06 | 164 |
| ILPrairiePowerPearl | B1 | Mercury (Hg) | Solid | PC | Wet Scrubber | 2.27E-06 | 1 | ET | 198 | NO | 2.27E-06 | 165 |
| WINewPage-WisconsinRapids | Power Boiler 1 - B21 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.28E-06 | 1 | ET | 199 | NO | 2.28E-06 | 166 |
| ORRoseburgForestDillard | Boiler #1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 2.28E-06 | 1 | ET | 200 | NO | | |
| OHUofCincinnati | B108 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.28E-06 | 1 | ET | 201 | NO | 2.28E-06 | 167 |
| VAPhilipMorrisPark500 | B3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.34E-06 | 1 | ET | 202 | NO | 2.34E-06 | 168 |
| MOIP&LMissouriCity | Unit 1 | Mercury (Hg) | Solid | PC | Fabric Filter | 2.35E-06 | 1 | ET | 203 | NO | 2.35E-06 | 169 |
| MOIP&LMissouriCity | Unit 2 | Mercury (Hg) | Solid | PC | Fabric Filter | 2.35E-06 | 1 | ET | 204 | NO | 2.35E-06 | 170 |
| MOBASFHannibal | Coal Fired Boiler #5 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.38E-06 | 1 | ET | 205 | NO | 2.38E-06 | 171 |
| NCBlueRidgePaper | G11042 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 2.40E-06 | 1 | ET | 206 | NO | 2.40E-06 | 172 |
| MOUofMissouri | Boiler 10 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 2.40E-06 | 1 | ET | 207 | NO | | |
| WAGraysHarborPaper | No. 8 Boiler (EU1) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 2.42E-06 | 1 | ET | 208 | NO | 2.42E-06 | 173 |
| WIWausauRhine | B20 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.42E-06 | 1 | ET | 209 | NO | 2.42E-06 | 174 |
| WIWausauRhine | B21 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.42E-06 | 1 | ET | 210 | NO | 2.42E-06 | 175 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIWausauRhine | B22 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.42E-06 | 1 | ET | 211 | NO | 2.42E-06 | 176 |
| WIWausauRhine | B23 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.42E-06 | 1 | ET | 212 | NO | 2.42E-06 | 177 |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | Mercury (Hg) | Solid | PC | Fabric Filter | 2.46E-06 | 1 | ET | 213 | NO | 2.46E-06 | 178 |
| WVUCCSouthCharleston | B25 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.46E-06 | 1 | ET | 214 | NO | 2.46E-06 | 179 |
| TNKimberlyClark2397 | WB | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.47E-06 | 1 | ET | 215 | NO | | |
| MOMallinckrodt | Boiler 6 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.47E-06 | 1 | ET | 216 | NO | 2.47E-06 | 180 |
| NCDomtar | 64-25-0290 (No. 1 Hog Fuel Boiler) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 2.47E-06 | 1 | ET | 217 | NO | 2.47E-06 | 181 |
| VAGPBigIsland2703 | PWR04 - No. 4 Power Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.50E-06 | 1 | ET | 218 | NO | 2.50E-06 | 182 |
| WASimpsonLumberCompany | EU1 | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 2.50E-06 | 1 | ET | 219 | NO | 2.50E-06 | 183 |
| WINewPageBiron | B24 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.54E-06 | 2 | ET | 220 | NO | 2.54E-06 | 184 |
| CACovantaDelano | Unit 2 | Mercury (Hg) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.56E-06 | 1 | ET | 221 | NO | 2.56E-06 | 185 |
| TNOakRidge-Y12 | Boiler/Unit 31 | Mercury (Hg) | Solid | PC | Fabric Filter | 2.57E-06 | 1 | ET | 222 | NO | | |
| OHShelbyMuniLightPlant | B008 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.63E-06 | 1 | ET | 223 | NO | 2.63E-06 | 186 |
| SCClemson | 04-B04 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.63E-06 | 2 | ET | 224 | NO | 2.63E-06 | 187 |
| OKGPMuskogeeMill | B-2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.67E-06 | 3 | ET | 225 | NO | 2.67E-06 | 188 |
| INAlcoaWarrick | Unit #3 | Mercury (Hg) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 2.68E-06 | 1 | ET | 226 | NO | 2.68E-06 | 189 |
| WAGraysHarborPaper | No. 6 Boiler (EU2) | Mercury (Hg) | Solid | Dutch Oven/Pile Burner | Venturi Scrubber | 2.74E-06 | 2 | ET | 227 | NO | 2.74E-06 | 190 |
| TNBowaterNewsprint | Power Boiler No. 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.77E-06 | 1 | ET | 228 | NO | 2.77E-06 | 191 |
| OHShelbyMuniLightPlant | B007 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.80E-06 | 1 | ET | 229 | NO | 2.80E-06 | 192 |
| VADukeEnergyNarrows | Boiler #6 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.83E-06 | 1 | ET | 230 | NO | 2.83E-06 | 193 |
| WIThilmanyPapersNicoletMill | B23 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.86E-06 | 1 | ET | 231 | NO | 2.86E-06 | 194 |
| WIThilmanyPapersNicoletMill | B24 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.86E-06 | 1 | ET | 232 | NO | 2.86E-06 | 195 |
| NYCornellUniversity | B1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.95E-06 | 1 | ET | 233 | NO | 2.95E-06 | 196 |
| TNEastman_NO_CBIDATA | Boiler 25 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.97E-06 | 2 | ET | 234 | NO | 2.97E-06 | 197 |
| MIWhitePineElectric | IBW Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.97E-06 | 1 | ET | 235 | NO | 2.97E-06 | 198 |
| NCBlueRidgePaper | G11039 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.13E-06 | 1 | ET | 236 | NO | 3.13E-06 | 200 |
| PAPHGlatfelter | PB4 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.14E-06 | 1 | ET | 237 | NO | 3.14E-06 | 201 |
| PAPHGlatfelter | PB1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.15E-06 | 1 | ET | 238 | NO | 3.15E-06 | 202 |
| PAPHGlatfelter | PB3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.15E-06 | 1 | ET | 239 | NO | 3.15E-06 | 203 |
| ILRockIslandArsenal | Boiler #4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.15E-06 | 1 | ET | 240 | NO | 3.15E-06 | 204 |
| WIWausau | # 6 Power Boiler (B20) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.20E-06 | 1 | ET | 241 | NO | 3.20E-06 | 205 |
| FLOsceolaFarms | Boiler No. 4 | Mercury (Hg) | Solid | Suspension/Grate | Wet Scrubber | 3.21E-06 | 2 | ET | 242 | NO | 3.21E-06 | 206 |
| TNEastman_NO_CBIDATA | Boiler 27 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.23E-06 | 2 | ET | 243 | NO | 3.23E-06 | 207 |
| ILADMPeoria | EU-PH101 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.25E-06 | 1 | ET | 244 | NO | | |
| ILADMPeoria | EU-PH102 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.25E-06 | 1 | ET | 245 | NO | | |
| WYGeneralChemical | GR-3-W (D BOILER) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.27E-06 | 1 | ET | 246 | NO | 3.27E-06 | 208 |
| WVSunocoIncNealPlantKenova | B602, Coal Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.30E-06 | 1 | ET | 247 | NO | 3.30E-06 | 209 |
| MOIPLBlueValley | Unit 2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.32E-06 | 1 | ET | 248 | NO | 3.32E-06 | 210 |
| GAInternationalPaperAugustaMills | PB2A | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.35E-06 | 2 | ET | 249 | NO | 3.35E-06 | 211 |
| ILRockIslandArsenal | NBN 12602 (Boiler #1) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.36E-06 | 1 | ET | 250 | NO | 3.36E-06 | 212 |
| MIManistiquePaper | EUBLR001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.37E-06 | 1 | ET | 251 | NO | 3.37E-06 | 213 |
| MIManistiquePaper | EUBLR002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.37E-06 | 1 | ET | 252 | NO | 3.37E-06 | 214 |
| ILADMQuincy | EU-5003 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.42E-06 | 1 | ET | 253 | NO | 3.42E-06 | 215 |
| ILADMQuincy | EU-5004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.42E-06 | 1 | ET | 254 | NO | 3.42E-06 | 216 |
| MIHollandBPW | Unit 4 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.45E-06 | 1 | ET | 255 | NO | 3.45E-06 | 217 |
| VAVirginiaPolytechnic | Boiler 7 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 3.45E-06 | 1 | ET | 256 | NO | 3.45E-06 | 218 |
| MNHibbing | Unit 2A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.50E-06 | 1 | ET | 257 | NO | 3.50E-06 | 219 |
| WIWausau | # 5 Power Boiler (B24) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.52E-06 | 1 | ET | 258 | NO | 3.52E-06 | 220 |
| PABayValleyFoodsPittsburgh | Boiler No. 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3.55E-06 | 1 | ET | 259 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3.55E-06 | 1 | ET | 260 | NO | | |
| VAPhilipMorrisPark500 | B2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.57E-06 | 1 | ET | 261 | NO | 3.57E-06 | 221 |
| MNWausauPaper-Brainerd | EU 004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.67E-06 | 1 | ET | 262 | NO | | |
| MNWausauPaper-Brainerd | EU 004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.67E-06 | 1 | ET | 263 | NO | | |
| MNHibbing | Unit 1A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.70E-06 | 1 | ET | 264 | NO | 3.70E-06 | 222 |
| PADomtarJohnsonburg | #81 Coal Boiler | Mercury (Hg) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 3.77E-06 | 1 | ET | 265 | NO | 3.77E-06 | 223 |
| MNAmericanCrystalMoorhead | Boiler 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.78E-06 | 1 | ET | 266 | NO | 3.78E-06 | 224 |
| NCDakAmericas | EU01 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.78E-06 | 1 | ET | 267 | NO | 3.78E-06 | 225 |
| TNViskase | Boiler 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.80E-06 | 1 | ET | 268 | NO | 3.80E-06 | 227 |
| TNViskase | Boiler 2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.80E-06 | 1 | ET | 269 | NO | 3.80E-06 | 226 |
| NCMillerCoors | ES-1 Coal/No. 2 & 6 Fuel Oil Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.86E-06 | 1 | ET | 270 | NO | 3.86E-06 | 228 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.92E-06 | 1 | ET | 271 | NO | 3.92E-06 | 229 |
| WIDomtarNekoosa | B20 - Boiler No. 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.93E-06 | 1 | ET | 272 | NO | 3.93E-06 | 232 |
| WIDomtarNekoosa | B21 - Boiler No. 2 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.93E-06 | 1 | ET | 273 | NO | 3.93E-06 | 231 |
| WIDomtarNekoosa | B24 - Boiler No. 10 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.93E-06 | 1 | ET | 274 | NO | 3.93E-06 | 230 |
| ILAbbottAbbottPark | Unit 5AP | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.94E-06 | 1 | ET | 275 | NO | 3.94E-06 | 233 |
| MICityofEscanaba | EUBOILER#1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.00E-06 | 1 | ET | 276 | NO | 4.00E-06 | 234 |
| NCKapStone | PB1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 4.01E-06 | 1 | ET | 277 | NO | 4.01E-06 | 235 |
| OKGPMuskogeeMill | B-3 | Mercury (Hg) | Solid | PC | Fabric Filter | 4.03E-06 | 1 | ET | 278 | NO | 4.03E-06 | 236 |
| MNDESPHansONyman | EU003 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 4.09E-06 | 1 | ET | 279 | NO | 4.09E-06 | 237 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E2 (3-0005) (Boiler 2) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.10E-06 | 1 | ET | 280 | NO | 4.10E-06 | 238 |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.11E-06 | 2 | ET | 281 | NO | 4.11E-06 | 239 |
| PADomtarJohnsonburg | #82 Coal Boiler | Mercury (Hg) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 4.13E-06 | 1 | ET | 282 | NO | 4.13E-06 | 240 |
| NCBlueRidgePaper | G11037 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.24E-06 | 1 | ET | 283 | NO | 4.24E-06 | 242 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCBlueRidgePaper | G11038 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.24E-06 | 1 | ET | 284 | NO | 4.24E-06 | 241 |
| MNDESPHansONyman | EU002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 4.27E-06 | 1 | ET | 285 | NO | 4.27E-06 | 243 |
| MNAmericanCrystalEastGF | Boiler 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.30E-06 | 1 | ET | 286 | NO | | |
| VAPhilipMorrisMC | PC | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.37E-06 | 1 | ET | 287 | NO | 4.37E-06 | 244 |
| OHAkronThermalEnergy | Boiler #32 (B001) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.37E-06 | 1 | ET | 288 | NO | 4.37E-06 | 245 |
| OHAppletonIdeas | Boiler 2 (B002) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.38E-06 | 1 | ET | 289 | NO | 4.38E-06 | 246 |
| OHCognisOleochem | Boiler #1 (B027) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.60E-06 | 1 | ET | 290 | NO | 4.60E-06 | 249 |
| OHCampbellsSoupCo | B001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.60E-06 | 1 | ET | 291 | NO | 4.60E-06 | 247 |
| OHCampbellsSoupCo | B002 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.60E-06 | 1 | ET | 292 | NO | 4.60E-06 | 248 |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.76E-06 | 1 | ET | 293 | NO | 4.76E-06 | 250 |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 4.79E-06 | 1 | ET | 294 | NO | 4.79E-06 | 251 |
| VARadfordArmyAmmunitionPlant | Boiler No. 4 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.80E-06 | 1 | ET | 295 | NO | 4.80E-06 | 252 |
| NCMCASCherryPoint | CP-152-BOIL-01 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.83E-06 | 1 | ET | 296 | NO | 4.83E-06 | 253 |
| NYCornellUniversity | B8 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.83E-06 | 1 | ET | 297 | NO | 4.83E-06 | 254 |
| KYISPChemicals | 0AA (Riley) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.91E-06 | 5 | ET | 298 | NO | 4.91E-06 | 255 |
| WVBayerInstitute | Boiler #10 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.93E-06 | 1 | ET | 299 | NO | 4.93E-06 | 256 |
| WVBayerInstitute | Boiler #11 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.93E-06 | 1 | ET | 300 | NO | 4.93E-06 | 257 |
| WVBayerInstitute | Boiler #12 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.93E-06 | 1 | ET | 301 | NO | 4.93E-06 | 258 |
| OHShelbyMuniLightPlant | B006 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 4.98E-06 | 1 | ET | 302 | NO | 4.98E-06 | 259 |
| WIThilmanyLLC | B07 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 5.16E-06 | 1 | ET | 303 | NO | 5.16E-06 | 260 |
| MDNewPage-Luke | No. 25 | Mercury (Hg) | Solid | PC | Fabric Filter | 5.21E-06 | 1 | ET | 304 | NO | 5.21E-06 | 261 |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.25E-06 | 2 | ET | 305 | NO | 5.25E-06 | 262 |
| TNDuPontOldHickoryPlant | #24 Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.27E-06 | 1 | ET | 306 | NO | 5.27E-06 | 263 |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | Mercury (Hg) | Solid | FB | Fabric Filter | 5.45E-06 | 3 | ET | 307 | NO | 5.45E-06 | 264 |
| MSDuPontDeLisle1342 | AF-101A (BLR-1342) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.45E-06 | 1 | ET | 308 | NO | 5.45E-06 | 265 |
| MSDuPontDeLisle1342 | AF-101B (BLR-1342) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.45E-06 | 1 | ET | 309 | NO | 5.45E-06 | 266 |
| PAARGBradford | 37 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.51E-06 | 1 | ET | 310 | NO | 5.51E-06 | 267 |
| NCCampLejeuneMCB | A-HP-1700-01 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.65E-06 | 1 | ET | 311 | NO | 5.65E-06 | 268 |
| NCCampLejeuneMCB | A-HP-1700-02 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.65E-06 | 1 | ET | 312 | NO | 5.65E-06 | 269 |
| TNDuPontOldHickoryPlant | #20 Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.67E-06 | 1 | ET | 313 | NO | 5.67E-06 | 270 |
| MOTrigenKansasCity | Boiler 6 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.72E-06 | 1 | ET | 314 | NO | | |
| MOTrigenKansasCity | Boiler 8 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 5.76E-06 | 1 | ET | 315 | NO | | |
| FLIPPensacola | Power Boiler 3 / EU ID 33 | Mercury (Hg) | Solid | PC | Venturi Scrubber | 5.85E-06 | 2 | ET | 316 | NO | 5.85E-06 | 271 |
| OHBataviaTransmissions | Boiler 2 (B002) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.00E-06 | 1 | ET | 317 | NO | 6.00E-06 | 272 |
| OHPainesvilleMunicipalElectric | B001 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.04E-06 | 1 | ET | 318 | NO | 6.04E-06 | 273 |
| OHSmartPapersHoldingsLLC | B010 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.16E-06 | 1 | ET | 319 | NO | 6.16E-06 | 274 |
| INSABICInnovativePlastics | 09-002 Erie Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.24E-06 | 2 | ET | 320 | NO | 6.24E-06 | 275 |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.24E-06 | 2 | ET | 321 | NO | 6.24E-06 | 276 |
| FLOsceolaFarms | Boiler No. 2 | Mercury (Hg) | Solid | Suspension/Grate | Wet Scrubber | 6.30E-06 | 2 | ET | 322 | NO | 6.30E-06 | 277 |
| MIMenominee | #3 Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.60E-06 | 1 | ET | 323 | NO | 6.60E-06 | 278 |
| ALCargill-Decatur | Keeler (S-407) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.63E-06 | 1 | ET | 324 | NO | 6.63E-06 | 279 |
| TNBowaterNewsprint | Power Boiler No. 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.93E-06 | 1 | ET | 325 | NO | 6.93E-06 | 280 |
| NCCampLejeuneMCB | A-HP-1700-03 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.95E-06 | 1 | ET | 326 | NO | 6.95E-06 | 281 |
| NCCampLejeuneMCB | A-HP-1700-04 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 6.95E-06 | 1 | ET | 327 | NO | 6.95E-06 | 282 |
| WVDuPontWashingtonWorks | P05 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.14E-06 | 2 | ET | 328 | NO | 7.14E-06 | 283 |
| ILDukeEnergyTuscola | Unit 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 7.19E-06 | 2 | ET | 329 | NO | 7.19E-06 | 284 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.39E-06 | 1 | ET | 330 | NO | 7.39E-06 | 285 |
| VAGPJarrattFiberboard | EP-15 No. 3 Keeler Boiler | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 7.40E-06 | 1 | ET | 331 | NO | 7.40E-06 | 286 |
| MIEBEddyPaper | EUBOILER5 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 7.43E-06 | 1 | ET | 332 | NO | | |
| WINewPageBiron | B23 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 7.69E-06 | 1 | ET | 333 | NO | 7.69E-06 | 287 |
| CAChineseStation | Unit 1 | Mercury (Hg) | Solid | FB | Electrostatic Precipitator | 7.99E-06 | 2 | ET | 334 | NO | 7.99E-06 | 288 |
| NCLPRoaringRiver | Boiler #3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 8.00E-06 | 1 | ET | 335 | NO | | |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.06E-06 | 1 | ET | 336 | NO | 8.06E-06 | 289 |
| MNHibbing | Unit 3A | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.43E-06 | 1 | ET | 337 | NO | 8.43E-06 | 290 |
| IAJohnDeereDubuque | Boiler 1 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.49E-06 | 1 | ET | 338 | NO | 8.49E-06 | 291 |
| IAJohnDeereDubuque | Boiler 4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.49E-06 | 1 | ET | 339 | NO | 8.49E-06 | 292 |
| MOColumbiaPowerPlant | Boiler Unit 6 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.52E-06 | 1 | ET | 340 | NO | 8.52E-06 | 294 |
| MOColumbiaPowerPlant | Boiler Unit 7 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.52E-06 | 1 | ET | 341 | NO | 8.52E-06 | 293 |
| INNotreDame | B-4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.53E-06 | 1 | ET | 342 | NO | 8.53E-06 | 295 |
| WINewPage-Whiting | B24 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.69E-06 | 1 | ET | 343 | NO | 8.69E-06 | 296 |
| WVPPGMartinsville | R015-Boiler 4 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 8.85E-06 | 1 | ET | 344 | NO | | |
| IACentralIAPower | EP1 Unit 1 PC Boiler | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 9.03E-06 | 1 | ET | 345 | NO | 9.03E-06 | 297 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E1 (3-0004) (Boiler 1) | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 9.17E-06 | 1 | ET | 346 | NO | 9.17E-06 | 298 |
| PAPennState | 31 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.34E-06 | 1 | ET | 347 | NO | 9.34E-06 | 299 |
| PAPennState | 32 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.34E-06 | 1 | ET | 348 | NO | 9.34E-06 | 300 |
| PAPennState | 34 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.34E-06 | 1 | ET | 349 | NO | 9.34E-06 | 301 |
| PAPennState | 35 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.34E-06 | 1 | ET | 350 | NO | 9.34E-06 | 302 |
| MICityofEscanaba | EUBOILER#2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.48E-06 | 1 | ET | 351 | NO | 9.48E-06 | 303 |
| PABellefieldPlant | Boiler 3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 9.75E-06 | 1 | ET | 352 | NO | | |
| INTateLyleLafayetteSouth | LA-45 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.86E-06 | 1 | ET | 353 | NO | 9.86E-06 | 304 |
| IAUofIowa | EP6 Boiler 10 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.00E-05 | 1 | ET | 354 | NO | 1.00E-05 | 305 |
| PAAppletonPapers | #036 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.03E-05 | 1 | ET | 355 | NO | 1.03E-05 | 306 |
| INBungeDecatur | B&W (1SP1) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.05E-05 | 1 | ET | 356 | NO | 1.05E-05 | 307 |
| INBungeDecatur | Keeler (2SP1) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.05E-05 | 1 | ET | 357 | NO | 1.05E-05 | 308 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHEmeraldPerformance | EU01 (coal boiler) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.05E-05 | 1 | ET | 358 | NO | 1.05E-05 | 309 |
| TNInvistaChattanooga | EU002 - Boiler #4 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.22E-05 | 1 | ET | 359 | NO | 1.22E-05 | 310 |
| WVDuPontWashingtonWorks | P02 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.37E-05 | 1 | ET | 360 | NO | 1.37E-05 | 311 |
| OHAkronThermalEnergy | Unit #2 (B004) | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.41E-05 | 1 | ET | 361 | NO | | |
| INNotreDame | B-2 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.43E-05 | 1 | ET | 362 | NO | | |
| INNotreDame | B-3 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.43E-05 | 1 | ET | 363 | NO | | |
| WVDuPontWashingtonWorks | P03 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.60E-05 | 1 | ET | 364 | NO | 1.60E-05 | 312 |
| OHMedicalCenterCo1915 | B003 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDuct Sorbent Injection | 1.60E-05 | 1 | ET | 365 | NO | 1.60E-05 | 313 |
| OHMedicalCenterCo1915 | B004 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDuct Sorbent Injection | 1.60E-05 | 1 | ET | 366 | NO | 1.60E-05 | 314 |
| TNTateLyleLoudon | PES #34 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.62E-05 | 1 | ET | 367 | NO | | |
| TNTateLyleLoudon | PES #35 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.82E-05 | 1 | ET | 368 | NO | | |
| WVDuPontWashingtonWorks | P06 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.97E-05 | 1 | ET | 369 | NO | 1.97E-05 | 315 |
| MDNewPage-Luke | No. 24 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.97E-05 | 1 | ET | 370 | NO | 1.97E-05 | 316 |
| DEINVISTA | EU 001 - Coal Boiler No. 1 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 2.80E-05 | 1 | ET | 371 | NO | 2.80E-05 | 317 |
| MNVersoPaper | EU018 Bros | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 2.81E-05 | 1 | ET | 372 | NO | 2.81E-05 | 318 |
| DEINVISTA | EU 003 - Coal Boiler No. 3 | Mercury (Hg) | Solid | PC | Electrostatic Precipitator | 3.50E-05 | 1 | ET | 373 | NO | 3.50E-05 | 319 |
| OHCargillAkron | B001 | Mercury (Hg) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.03E-05 | 1 | ET | 374 | NO | 8.03E-05 | 320 |

**Appendix B-2b: Unit Rankings for HCl from Solid Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 2.49E-05 | 2 | ET | 1 | YES | 2.49E-05 | 1 |
| TXDibollTemple-Inland | PB-44 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Electrostatic Precipitator | 2.65E-05 | 1 | ET | 2 | YES | 2.65E-05 | 2 |
| IDPotlatch | PB-1 CE | Hydrogen Chloride (HCl) | Solid | Fuel Cell | Electrostatic Precipitator | 2.83E-05 | 1 | ET | 3 | YES | 2.83E-05 | 3 |
| IDTASCOPaul | Erie City Boiler | Hydrogen Chloride (HCl) | Solid | PC | Wet Scrubber | 3.85E-05 | 1 | ET | 4 | YES | 3.85E-05 | 4 |
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | Hydrogen Chloride (HCl) | Solid | FB | Fabric Filter/Dry Srubber (Lime Injection)/SNCR | 6.18E-05 | 1 | ET | 5 | YES | 6.18E-05 | 5 |
| SCMarlboroPaper | Hogged Fuel Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.64E-05 | 1 | ET | 6 | YES | 6.64E-05 | 6 |
| SCCogenSouth | B001 - Main Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 6.69E-05 | 3 | ET | 7 | YES | 6.69E-05 | 7 |
| TNEastman_NO_CBIDATA | Boiler 30 | Hydrogen Chloride (HCl) | Solid | PC | Dry ScrubberElectrostatic Precipitator | 7.23E-05 | 1 | ET | 8 | YES | 7.23E-05 | 8 |
| GAGPMadisonPly | 800 Wood Waste Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.33E-05 | 1 | ET | 9 | YES | 8.33E-05 | 9 |
| WABoisePaperWallula | Hog Fuel Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi ScrubberElectrostatic Precipitator | 8.93E-05 | 1 | ET | 10 | YES | | |
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | Hydrogen Chloride (HCl) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 1.16E-04 | 1 | ET | 11 | YES | 1.16E-04 | 10 |
| MEBoralexStratton | Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.34E-04 | 1 | ET | 12 | YES | 1.34E-04 | 11 |
| OHSmurfitCoshocton | B006 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.55E-04 | 1 | ET | 13 | YES | | |
| FLSugarCaneGrowersCoop | Boiler No. 8 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Wet Scrubber | 1.99E-04 | 1 | ET | 14 | YES | 1.99E-04 | 12 |
| ARAnthonyForestProducts | SN-12 | Hydrogen Chloride (HCl) | Solid | Fuel Cell | Cyclone or Multiclone | 2.00E-04 | 1 | ET | 15 | YES | 2.00E-04 | 13 |
| FLUSSugarCorp | Boiler No. 4 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Wet Scrubber | 2.02E-04 | 2 | ET | 16 | YES | 2.02E-04 | 14 |
| ALIPCourtland | No. 3 Combination Boier / 11Cu301 | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 2.08E-04 | 2 | ET | 17 | YES | 2.37E-04 | 17 |
| MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.11E-04 | 1 | ET | 18 | YES | 2.11E-04 | 15 |
| MOJamesRiverPowerStation | Unit 2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.12E-04 | 2 | ET | 19 | YES | | |
| MOJamesRiverPowerStation | Unit 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.12E-04 | 2 | ET | 20 | YES | | |
| NCGPRoxboro | ES-1 Wood fired Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.17E-04 | 1 | ET | 21 | YES | 2.17E-04 | 16 |
| ORFlakeboardEugene | Boiler-2 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Fabric Filter | 2.33E-04 | 2 | ET | 22 | YES | | |
| INAlcoaWarrick | Unit #3 | Hydrogen Chloride (HCl) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 2.46E-04 | 1 | ET | 23 | YES | 2.46E-04 | 18 |
| NCLPRoaringRiver | Boiler #2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 2.53E-04 | 1 | ET | 24 | YES | 2.53E-04 | 19 |
| MSHankinsLumber | Boiler #1 (AA-001) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.60E-04 | 1 | ET | 25 | YES | 2.60E-04 | 20 |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Hydrogen Chloride (HCl) | Solid | Dutch Oven/Pile Burner | Electrostatic Precipitator | 2.67E-04 | 1 | ET | 26 | YES | 2.67E-04 | 21 |
| ALIPCourtland | No.2 Combination Boiler / 11CU201 | Hydrogen Chloride (HCl) | Solid | PC | Dry ScrubberElectrostatic Precipitator | 2.82E-04 | 1 | ET | 27 | YES | | |
| ALBoiseWhitePaperJackson | 102-0001-Z013 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 2.91E-04 | 1 | ET | 28 | YES | 2.91E-04 | 22 |
| IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 3.00E-04 | 1 | ET | 29 | YES | 3.00E-04 | 23 |
| VACogentrixPortsmouth | 2A | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.15E-04 | 1 | ET | 30 | YES | 3.15E-04 | 25 |
| VACogentrixPortsmouth | 2B | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.15E-04 | 1 | ET | 31 | YES | 3.15E-04 | 24 |
| VACogentrixPortsmouth | 2C | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.15E-04 | 1 | ET | 32 | YES | 3.15E-04 | 26 |
| MSBowaterSouth | Bark Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 3.33E-04 | 1 | ET | 33 | YES | 3.33E-04 | 27 |
| WAGPCamas | No. 3 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.35E-04 | 1 | ET | 34 | YES | | |
| VAVirginiaPolytechnic | Boiler 7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 3.38E-04 | 1 | ET | 35 | YES | 3.38E-04 | 28 |
| ORRoseburgCoquille | Boiler 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3.40E-04 | 3 | ET | 36 | YES | 3.40E-04 | 29 |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 3.56E-04 | 2 | ET | 37 | YES | 3.56E-04 | 30 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 3.64E-04 | 1 | ET | 38 | YES | 3.64E-04 | 32 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 3.64E-04 | 1 | ET | 39 | YES | 3.64E-04 | 31 |
| GARayonierJesupMill | PB01 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 3.67E-04 | 1 | ET | 40 | YES | 3.67E-04 | 33 |
| MNDESPHansONyman | EU007 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.70E-04 | 2 | ET | 41 | YES | | |
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | Hydrogen Chloride (HCl) | Solid | FB | Fabric Filter | 3.88E-04 | 1 | ET | 42 | YES | 3.88E-04 | 34 |
| WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 3.89E-04 | 4 | ET | 43 | YES | 3.89E-04 | 35 |
| MNAndersonCorpBayport | Boiler 11 EU620 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Electrostatic Precipitator | 4.00E-04 | 1 | ET | 44 | YES | | |
| MNAndersonCorpBayport | Boiler 12 EU621 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Electrostatic Precipitator | 4.00E-04 | 1 | ET | 45 | YES | | |
| ORBoiseBuilding | B2 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Electrostatic Precipitator | 4.33E-04 | 1 | ET | 46 | YES | | |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 4.40E-04 | 2 | ET | 47 | YES | 4.40E-04 | 36 |
| VAVirginiaPolytechnic | Boiler 11 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 4.58E-04 | 1 | ET | 48 | YES | 4.58E-04 | 37 |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | Hydrogen Chloride (HCl) | Solid | Fuel Cell | Electrostatic Precipitator | 5.07E-04 | 1 | ET | 49 | YES | 5.07E-04 | 38 |
| MESDWarrenSomerset | No2 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | DryScrubberElectrostatic Precipitator | 5.63E-04 | 1 | ET | 50 | YES | | |
| ORRoseburgRiddle2 | Boiler #2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 5.67E-04 | 1 | ET | 51 | YES | 5.67E-04 | 39 |
| VAUniversityofVirginia | 7103-1-01R | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.69E-04 | 1 | ET | 52 | YES | 5.69E-04 | 40 |
| FLUSSugarCorp | Boiler No. 7 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Electrostatic Precipitator | 5.70E-04 | 3 | ET | 53 | YES | 5.70E-04 | 41 |
| WINewPageBiron | B24 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 5.87E-04 | 2 | ET | 54 | NO | 5.87E-04 | 42 |
| MICityofEscanaba | EUBOILER#1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.00E-04 | 1 | ET | 55 | NO | 6.00E-04 | 43 |
| MSSandersonPlumbing | AD-001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 6.33E-04 | 1 | ET | 56 | NO | | |
| VASmurfitStoneWestpt | PB08 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.69E-04 | 2 | ET | 57 | NO | 6.69E-04 | 44 |
| LAGPPortHudson | EQT0109 - No. 6 CFB Boiler | Hydrogen Chloride (HCl) | Solid | FB | Dry Scrubber Limestone InjectionElectrostatic Precipitator | 7.00E-04 | 1 | ET | 58 | NO | 7.00E-04 | 45 |
| TNEastman_NO_CBIDATA | Boiler 31 | Hydrogen Chloride (HCl) | Solid | PC | Fabric FilterDry Scrubber | 7.00E-04 | 1 | ET | 59 | NO | | |
| GAGPCelluloseBrunswick | U700 -- No. 4 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.21E-04 | 2 | ET | 60 | NO | 3.11E-03 | 91 |
| MSGPNewAugusta | AA-015 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.84E-04 | 3 | ET | 61 | NO | 7.84E-04 | 46 |
| ORRoseburgForestDillard | Boiler #6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 7.90E-04 | 1 | ET | 62 | NO | | |
| WINewPage-WisconsinRapids | Power Boiler 1 - B21 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.00E-04 | 1 | ET | 63 | NO | 8.00E-04 | 47 |
| PADomtarJohnsonburg | #81 Coal Boiler | Hydrogen Chloride (HCl) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 8.33E-04 | 1 | ET | 64 | NO | 8.33E-04 | 48 |
| PADomtarJohnsonburg | #82 Coal Boiler | Hydrogen Chloride (HCl) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 8.33E-04 | 1 | ET | 65 | NO | 8.33E-04 | 49 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDTASCONampa | Babcock and Wilcox (B&W) #1 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 9.00E-04 | 1 | ET | 66 | NO | | |
| IDTASCONampa | Babcock and Wilcox (B&W) #2 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 9.00E-04 | 1 | ET | 67 | NO | | |
| WINewPage-WisconsinRapids | Power Boiler 2 - B20 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.00E-04 | 1 | ET | 68 | NO | 9.00E-04 | 50 |
| ORRoseburgForestDillard | Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 9.39E-04 | 1 | ET | 69 | NO | | |
| ALMeadwestvacoCottonton46 | No.1 Wood Residue Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 9.64E-04 | 1 | ET | 70 | NO | | |
| NCBlueRidgePaper | G11042 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 9.75E-04 | 1 | ET | 71 | NO | 9.75E-04 | 51 |
| ARWeyerhaeuserDierksMill | SN-45 | Hydrogen Chloride (HCl) | Solid | Fuel Cell | Electrostatic Precipitator | 1.00E-03 | 1 | ET | 72 | NO | 1.00E-03 | 52 |
| GARayonierJesupMill | PB03 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.00E-03 | 1 | ET | 73 | NO | 1.00E-03 | 53 |
| MIWhitePineElectric | IBW Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.00E-03 | 1 | ET | 74 | NO | 1.00E-03 | 54 |
| HIPuuneneSugarMill | Boiler 2 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Venturi Scrubber | 1.03E-03 | 1 | ET | 75 | NO | 1.03E-03 | 56 |
| HIPuuneneSugarMill | Boiler 1 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Venturi Scrubber | 1.03E-03 | 1 | ET | 76 | NO | 1.03E-03 | 55 |
| MSHoodWiggins | AA-002 (Wood-Fired Boiler No. 2) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.07E-03 | 1 | ET | 77 | NO | 1.07E-03 | 57 |
| IAMuscatinePowerandWater | Unit 7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.14E-03 | 2 | ET | 78 | NO | 1.14E-03 | 58 |
| GAGPWarmSprings | EU600 Wood Fuel Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.20E-03 | 1 | ET | 79 | NO | 1.20E-03 | 59 |
| SCSmurfitStone | Unit 15: Boiler #3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.27E-03 | 1 | ET | 80 | NO | 1.27E-03 | 60 |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | Hydrogen Chloride (HCl) | Solid | FB | Fabric Filter | 1.30E-03 | 3 | ET | 81 | NO | 1.30E-03 | 61 |
| NYIntlPaperTiconderoga | PB1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 1.32E-03 | 2 | ET | 82 | NO | | |
| IDAmalgamatedSugarCoTwinFalls | S-B2 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.33E-03 | 1 | ET | 83 | NO | 1.33E-03 | 63 |
| OHPainesvilleMunicipalElectric | B004 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.33E-03 | 2 | ET | 84 | NO | 1.33E-03 | 62 |
| ARGBPMorrilton | SN-04 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.34E-03 | 1 | ET | 85 | NO | 1.34E-03 | 64 |
| NYMortonSalt | EU01 | Hydrogen Chloride (HCl) | Solid | PC | Wet ScrubberElectrostatic Precipitator | 1.36E-03 | 1 | ET | 86 | NO | 1.36E-03 | 65 |
| ORRoseburgRiddle2 | Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.40E-03 | 1 | ET | 87 | NO | 1.40E-03 | 66 |
| SCInternationalPaperEastover | No. 2 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.47E-03 | 2 | ET | 88 | NO | 1.47E-03 | 67 |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.47E-03 | 2 | ET | 89 | NO | 3.24E-03 | 93 |
| HIPuuneneSugarMill | Boiler 3 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Venturi Scrubber | 1.50E-03 | 1 | ET | 90 | NO | 1.50E-03 | 68 |
| OKGPMuskogeeMill | B-3 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.55E-03 | 2 | ET | 91 | NO | 1.55E-03 | 69 |
| GAGPCedarSprings | U500 - Power Boiler No 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 1.55E-03 | 1 | ET | 92 | NO | 1.55E-03 | 70 |
| CAThermalEnergyDev | BLR1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Dry Sorbent InjectionElectrostatic Precipitator | 1.59E-03 | 3 | ET | 93 | NO | 1.59E-03 | 71 |
| FLRayonierPerformance | PB06 | Hydrogen Chloride (HCl) | Solid | FB | Wet ScrubberElectrostatic Precipitator | 1.67E-03 | 3 | ET | 94 | NO | | |
| KYNewPage-Wickliffe | B09 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.68E-03 | 1 | ET | 95 | NO | | |
| WYGeneralChemical | GR-2-L (C BOILER) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.80E-03 | 1 | ET | 96 | NO | 1.80E-03 | 72 |
| GATempleInlandRome | WF | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 1.84E-03 | 1 | ET | 97 | NO | 1.84E-03 | 73 |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.85E-03 | 2 | ET | 98 | NO | 1.85E-03 | 74 |
| TNEastman_NO_CBIDATA | Boiler 27 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.87E-03 | 2 | ET | 99 | NO | 1.87E-03 | 75 |
| ILPrairiePowerPearl | B1 | Hydrogen Chloride (HCl) | Solid | PC | Wet Scrubber | 1.93E-03 | 1 | ET | 100 | NO | 1.93E-03 | 76 |
| WYGeneralChemical | GR-3-W (D BOILER) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.97E-03 | 1 | ET | 101 | NO | 1.97E-03 | 77 |
| MNAmericanCrystalMoorhead | Boiler 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.00E-03 | 1 | ET | 102 | NO | 2.00E-03 | 78 |
| OHPainesvilleMunicipalElectric | B003 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.00E-03 | 3 | ET | 103 | NO | 2.00E-03 | 79 |
| OKGPMuskogeeMill | B-4 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 2.07E-03 | 2 | ET | 104 | NO | 2.07E-03 | 81 |
| OKGPMuskogeeMill | B-2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.07E-03 | 3 | ET | 105 | NO | 2.07E-03 | 80 |
| MNFibrominn | EU-001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 2.13E-03 | 4 | ET | 106 | NO | 2.13E-03 | 82 |
| ORRoseburgForestDillard | Boiler #2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 2.24E-03 | 1 | ET | 107 | NO | | |
| FLUSSugarCorp | Boiler No. 8 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Electrostatic Precipitator | 2.30E-03 | 5 | ET | 108 | NO | 2.30E-03 | 83 |
| GARayonierJesupMill | PB02 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 2.33E-03 | 1 | ET | 109 | NO | | |
| VASmurfitStoneWestpt | PB10 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.63E-03 | 2 | ET | 110 | NO | 2.63E-03 | 84 |
| INSABICInnovativePlastics | 09-002 Erie Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.65E-03 | 2 | ET | 111 | NO | 2.65E-03 | 86 |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.65E-03 | 2 | ET | 112 | NO | 2.65E-03 | 85 |
| WINewPage-Whiting | B24 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.73E-03 | 1 | ET | 113 | NO | 2.73E-03 | 87 |
| AKDoyonUtilities_AK | 7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.03E-03 | 1 | ET | 114 | NO | 3.03E-03 | 88 |
| FLCFRC252 | Boiler #3 (McBurney) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 3.08E-03 | 1 | ET | 115 | NO | 3.08E-03 | 89 |
| TNDomtar2384 | HFB1-1 | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 3.10E-03 | 1 | ET | 116 | NO | 3.10E-03 | 90 |
| MELincolnPaper&Tissue | #8 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.20E-03 | 1 | ET | 117 | NO | 3.20E-03 | 92 |
| AKDoyonUtilities_AK | 4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.27E-03 | 1 | ET | 118 | NO | 3.27E-03 | 94 |
| MNVersoPaper | EU006 B&W | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 3.30E-03 | 1 | ET | 119 | NO | 3.30E-03 | 95 |
| MTRoseburgMissoula | Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3.42E-03 | 1 | ET | 120 | NO | | |
| NCLPRoaringRiver | Boiler #3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 3.63E-03 | 1 | ET | 121 | NO | | |
| NCMCASCherryPoint | CP-152-BOIL-02 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.67E-03 | 1 | ET | 122 | NO | 3.67E-03 | 97 |
| WAGraysHarborPaper | No. 8 Boiler (EU1) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Wet Scrubber | 3.67E-03 | 1 | ET | 123 | NO | 3.67E-03 | 96 |
| FLSugarCaneGrowersCoop | Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | Suspension/Grate | Wet Scrubber | 3.83E-03 | 1 | ET | 124 | NO | 3.83E-03 | 98 |
| GAGPSRMRiincon | EU BO01 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 3.97E-03 | 1 | ET | 125 | NO | | |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.00E-03 | 2 | ET | 126 | NO | 4.00E-03 | 99 |
| OHOrrvilleUtilities | B006 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.00E-03 | 1 | ET | 127 | NO | 4.00E-03 | 100 |
| TNTateLyleLoudon | PES #35 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 4.00E-03 | 1 | ET | 128 | NO | | |
| ALIPCourtland | No. 1 Combination Boiler / 11CU101 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 4.18E-03 | 1 | ET | 129 | NO | | |
| ARPotlatchForestPrescott | McBurney Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.27E-03 | 1 | ET | 130 | NO | 4.27E-03 | 101 |
| INPurdueUniverisity | Boiler 5 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDuct Sorbent Injection | 4.33E-03 | 1 | ET | 131 | NO | 4.33E-03 | 102 |
| WIFlambeauRiverPaper | B24 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 4.58E-03 | 1 | ET | 132 | NO | 4.58E-03 | 103 |
| OHOrrvilleUtilities | B001 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.67E-03 | 1 | ET | 133 | NO | 4.67E-03 | 104 |
| OHOrrvilleUtilities | B004 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.67E-03 | 1 | ET | 134 | NO | 4.67E-03 | 105 |
| VACogentrixPortsmouth | 1B | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.07E-03 | 1 | ET | 135 | NO | 5.07E-03 | 107 |
| VACogentrixPortsmouth | 1C | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.07E-03 | 1 | ET | 136 | NO | 5.07E-03 | 108 |
| VACogentrixPortsmouth | 1A | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.07E-03 | 1 | ET | 137 | NO | 5.07E-03 | 106 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORRosboroSpringfield | DV 01.1 | Hydrogen Chloride (HCl) | Solid | Dutch Oven/Pile Burner | Cyclone or Multiclone | 5.60E-03 | 1 | ET | 138 | NO | 5.60E-03 | 109 |
| OHPainesvilleMunicipalElectric | B001 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.67E-03 | 1 | ET | 139 | NO | 5.67E-03 | 110 |
| FLSmurfit-Stone | 5PB | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.25E-03 | 1 | ET | 140 | NO | | |
| WANipponPaper | #8 Hog Fuel Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 6.33E-03 | 1 | ET | 141 | NO | 6.33E-03 | 111 |
| INTateLyleLafayetteSouth | LA-45 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.47E-03 | 1 | ET | 142 | NO | 6.47E-03 | 112 |
| GAGPSRMRiincon | EU BO02 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 6.53E-03 | 1 | ET | 143 | NO | 6.53E-03 | 113 |
| CACovantaDelano | Unit 1 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 6.87E-03 | 2 | ET | 144 | NO | 6.87E-03 | 114 |
| NCBlueRidgePaper | G11040 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.93E-03 | 1 | ET | 145 | NO | 6.93E-03 | 115 |
| OHAkronThermalEnergy | Boiler #32 (B001) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.03E-03 | 1 | ET | 146 | NO | 7.03E-03 | 116 |
| GAIPSavannah | No. 13 Power Boiler - PB13 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.17E-03 | 2 | ET | 147 | NO | 7.17E-03 | 117 |
| PAAppletonPapers | #036 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 7.18E-03 | 1 | ET | 148 | NO | 7.18E-03 | 118 |
| CACovantaDelano | Unit 2 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 7.19E-03 | 1 | ET | 149 | NO | 7.19E-03 | 119 |
| CASierraPacificLincoln | McBurney Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.21E-03 | 2 | ET | 150 | NO | 7.21E-03 | 120 |
| INTateLyleSagamore | 31B1 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 7.27E-03 | 2 | ET | 151 | NO | 7.27E-03 | 121 |
| SCGaley&Lord | 1EB1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 7.47E-03 | 1 | ET | 152 | NO | 7.47E-03 | 123 |
| SCGaley&Lord | 1FB1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Venturi Scrubber | 7.47E-03 | 1 | ET | 153 | NO | 7.47E-03 | 122 |
| OHShelbyMuniLightPlant | B008 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.00E-03 | 1 | ET | 154 | NO | 8.00E-03 | 125 |
| TNBowaterNewsprint | Power Boiler No. 3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.00E-03 | 1 | ET | 155 | NO | 8.00E-03 | 126 |
| TNEastman_NO_CBIDATA | Boiler 25 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.00E-03 | 2 | ET | 156 | NO | 8.00E-03 | 124 |
| ALGeorgiaPacificNaheola | Z015 - CB1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.30E-03 | 1 | ET | 157 | NO | 8.30E-03 | 127 |
| ILCornProductsInt | B10 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 8.53E-03 | 3 | ET | 158 | NO | 8.53E-03 | 128 |
| NCEIDuPontKinston | ES6022B | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.57E-03 | 1 | ET | 159 | NO | 8.57E-03 | 129 |
| TNBowaterNewsprint | Power Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.67E-03 | 1 | ET | 160 | NO | 8.67E-03 | 130 |
| MEBoralex | Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.01E-03 | 3 | ET | 161 | NO | 9.01E-03 | 131 |
| OHAkronThermalEnergy | Unit #2 (B004) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.05E-03 | 2 | ET | 162 | NO | | |
| NCMCASCherryPoint | CP-152-BOIL-01 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.40E-03 | 1 | ET | 163 | NO | 9.40E-03 | 132 |
| VAGPBigIsland2703 | PWR05 - No. 5 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.48E-03 | 1 | ET | 164 | NO | 9.48E-03 | 133 |
| OHAkronThermalEnergy | Unit #1 (B003) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.93E-03 | 1 | ET | 165 | NO | | |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.00E-02 | 2 | ET | 166 | NO | 1.00E-02 | 134 |
| WIWausauRhine | B26 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.03E-02 | 1 | ET | 167 | NO | 1.03E-02 | 135 |
| ALCargill-Decatur | Keeler (S-407) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.07E-02 | 1 | ET | 168 | NO | 1.07E-02 | 136 |
| MIHollandBPW | Unit 3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.07E-02 | 1 | ET | 169 | NO | 1.07E-02 | 137 |
| OHShelbyMuniLightPlant | B007 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.07E-02 | 1 | ET | 170 | NO | 1.07E-02 | 138 |
| TNOakRidge-Y12 | Boiler/Unit 31 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.07E-02 | 1 | ET | 171 | NO | | |
| NCEIDuPontKinston | ES6022A | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.10E-02 | 1 | ET | 172 | NO | 1.10E-02 | 139 |
| GAInternationalPaperAugustaMills | PB2A | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.13E-02 | 2 | ET | 173 | NO | 1.13E-02 | 140 |
| PAKimberlyClarkChester | Boiler #10 (ID 035) | Hydrogen Chloride (HCl) | Solid | FB-HE | Fabric Filter | 1.17E-02 | 1 | ET | 174 | NO | | |
| IDAmalgamatedSugarCoTwinFalls | S-B1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.17E-02 | 1 | ET | 175 | NO | 1.17E-02 | 142 |
| OHShelbyMuniLightPlant | B006 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.20E-02 | 1 | ET | 176 | NO | 1.20E-02 | 143 |
| NCNC_DukeUniversity_Durham | 7754-01 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 1.20E-02 | 1 | ET | 177 | NO | 1.20E-02 | 144 |
| TNTateLyleLoudon | PES #34 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.27E-02 | 1 | ET | 178 | NO | | |
| NCUNCCogen | ES-001 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.28E-02 | 2 | ET | 179 | NO | 1.28E-02 | 145 |
| VAGPBigIsland2703 | PWR04 - No. 4 Power Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.31E-02 | 1 | ET | 180 | NO | 1.31E-02 | 146 |
| NCDomtar | 64-25-0290 (No. 1 Hog Fuel Boiler) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 1.34E-02 | 1 | ET | 181 | NO | 1.34E-02 | 147 |
| MENewPage-Rumford | Cogen#7 | Hydrogen Chloride (HCl) | Solid | FB | Dry Sorbent InjectionElectrostatic Precipitator | 1.36E-02 | 1 | ET | 182 | NO | 1.36E-02 | 148 |
| VAGPJarrattFiberboard | EP-15 No. 3 Keeler Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.37E-02 | 1 | ET | 183 | NO | 1.37E-02 | 149 |
| CACovantaMendota | Unit 1 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.42E-02 | 3 | ET | 184 | NO | 1.42E-02 | 150 |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.47E-02 | 2 | ET | 185 | NO | 1.47E-02 | 151 |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.47E-02 | 2 | ET | 186 | NO | 1.47E-02 | 152 |
| TNKimberlyClark2397 | WB | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.50E-02 | 1 | ET | 187 | NO | | |
| OHMedicalCenterCo1915 | B004 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDuct Sorbent Injection | 1.65E-02 | 2 | ET | 188 | NO | 1.65E-02 | 154 |
| OHMedicalCenterCo1915 | B003 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDuct Sorbent Injection | 1.65E-02 | 2 | ET | 189 | NO | 1.65E-02 | 153 |
| SCBowaterCoatedPaper | Combination Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.65E-02 | 1 | ET | 190 | NO | | |
| NCCampLejeuneMCB | A-HP-1700-03 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.67E-02 | 1 | ET | 191 | NO | 1.67E-02 | 155 |
| NCCampLejeuneMCB | A-HP-1700-04 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.67E-02 | 1 | ET | 192 | NO | 1.67E-02 | 156 |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.73E-02 | 2 | ET | 193 | NO | 1.73E-02 | 157 |
| MOAnheuserBusch | Boiler 5 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.77E-02 | 3 | ET | 194 | NO | 1.77E-02 | 158 |
| ALGeorgiaPacificNaheola | Z016 - CB2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.88E-02 | 1 | ET | 195 | NO | 1.88E-02 | 159 |
| MIGenessePowerStation | BOILER 01 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.95E-02 | 3 | ET | 196 | NO | 1.95E-02 | 160 |
| MNKodaEnergy | EU 056 | Hydrogen Chloride (HCl) | Solid | Suspension Burner | Electrostatic Precipitator | 1.99E-02 | 2 | ET | 197 | NO | | |
| MIHollandBPW | Unit 4 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.00E-02 | 1 | ET | 198 | NO | 2.00E-02 | 161 |
| TNViskase | Boiler 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.00E-02 | 1 | ET | 199 | NO | 2.00E-02 | 162 |
| TNViskase | Boiler 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.00E-02 | 1 | ET | 200 | NO | 2.00E-02 | 163 |
| PAPHGlatfelter | PB5 | Hydrogen Chloride (HCl) | Solid | FB | Dry Sorbent InjectionElectrostatic Precipitator | 2.10E-02 | 1 | ET | 201 | NO | 2.10E-02 | 164 |
| IAJohnDeereDubuque | Boiler 4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.15E-02 | 2 | ET | 202 | NO | 2.15E-02 | 165 |
| WAWeyerhaeuserLongview | No. 11 Hog Fuel Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Duct Sorbent InjectionElectrostatic Precipitator | 2.17E-02 | 1 | ET | 203 | NO | 2.17E-02 | 166 |
| IAJohnDeereDubuque | Boiler 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.17E-02 | 2 | ET | 204 | NO | 2.17E-02 | 167 |
| IAJohnDeereDubuque | Boiler 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.17E-02 | 1 | ET | 205 | NO | 2.17E-02 | 168 |
| IAUofIowa | EP7 Boiler 11 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.30E-02 | 2 | ET | 206 | NO | 2.30E-02 | 169 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 2.30E-02 | 1 | ET | 207 | NO | 2.30E-02 | 170 |
| MOTrigenKansasCity | Boiler 6 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.35E-02 | 1 | ET | 208 | NO | | |
| NCMillerCoors | ES-1 Coal/No. 2 & 6 Fuel Oil Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.37E-02 | 1 | ET | 209 | NO | 2.37E-02 | 172 |
| WVBayerInstitute | Boiler #10 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.37E-02 | 1 | ET | 210 | NO | 2.37E-02 | 171 |
| NCTysonHarmony | TYS-ES-21 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.40E-02 | 1 | ET | 211 | NO | 2.40E-02 | 173 |
| NYBlackRiverGen | E00001 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.51E-02 | 2 | ET | 212 | NO | 2.51E-02 | 176 |
| NYBlackRiverGen | E00002 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.51E-02 | 2 | ET | 213 | NO | 2.51E-02 | 174 |
| NYBlackRiverGen | E00003 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.51E-02 | 2 | ET | 214 | NO | 2.51E-02 | 175 |
| IAADMCornProcessingCR | EU-501B | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterFurnace Sorbent Injection | 2.53E-02 | 1 | ET | 215 | NO | 2.53E-02 | 177 |
| WAGraysHarborPaper | No. 6 Boiler (EU2) | Hydrogen Chloride (HCl) | Solid | Dutch Oven/Pile Burner | Venturi Scrubber | 2.55E-02 | 2 | ET | 216 | NO | 2.55E-02 | 178 |
| MOUofMissouri | Boiler 11 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 2.58E-02 | 1 | ET | 217 | NO | 2.58E-02 | 179 |
| GASPNewsprint | PB2 | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 2.73E-02 | 1 | ET | 218 | NO | 2.73E-02 | 180 |
| WIGPGreenBay2818 | B27 - Cyclone Boiler #7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.16E-02 | 3 | ET | 219 | NO | 3.16E-02 | 182 |
| WIGPGreenBay2818 | B28 - Stoker Boiler #8 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.16E-02 | 3 | ET | 220 | NO | 3.16E-02 | 183 |
| WIGPGreenBay2818 | B26 - Stoker Boiler #6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 3.16E-02 | 3 | ET | 221 | NO | 3.16E-02 | 181 |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 3.19E-02 | 2 | ET | 222 | NO | 3.19E-02 | 184 |
| MNWausauPaper-Brainerd | EU 003 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.20E-02 | 2 | ET | 223 | NO | | |
| MDNewPage-Luke | No. 25 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 3.23E-02 | 1 | ET | 224 | NO | 3.23E-02 | 185 |
| ILBungeDanville | CFB Boiler | Hydrogen Chloride (HCl) | Solid | FB | Fabric Filter | 3.28E-02 | 1 | ET | 225 | NO | 3.28E-02 | 186 |
| MNDESPHansONyman | EU003 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3.30E-02 | 1 | ET | 226 | NO | 3.30E-02 | 187 |
| WVBayerInstitute | Boiler #11 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 3.33E-02 | 1 | ET | 227 | NO | 3.33E-02 | 188 |
| IACentralIAPower | EP1 Unit 1 PC Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 3.35E-02 | 1 | ET | 228 | NO | 3.35E-02 | 189 |
| MNWausauPaper-Brainerd | EU 002 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.39E-02 | 2 | ET | 229 | NO | 3.39E-02 | 190 |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.44E-02 | 1 | ET | 230 | NO | 3.44E-02 | 191 |
| GACaraustar | CB01 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 3.53E-02 | 1 | ET | 231 | NO | 3.53E-02 | 192 |
| CAChineseStation | Unit 1 | Hydrogen Chloride (HCl) | Solid | FB | Electrostatic Precipitator | 3.56E-02 | 2 | ET | 232 | NO | 3.56E-02 | 193 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E3 (3-0006) (Boiler 3) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 3.65E-02 | 1 | ET | 233 | NO | 3.65E-02 | 194 |
| MOTrigenKansasCity | Boiler 8 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 3.74E-02 | 1 | ET | 234 | NO | | |
| NCUNCCogen | ES-002 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 3.83E-02 | 1 | ET | 235 | NO | 3.83E-02 | 195 |
| VACogentrixHopewell | 1A | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.97E-02 | 1 | ET | 236 | NO | 3.97E-02 | 197 |
| VACogentrixHopewell | 1B | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.97E-02 | 1 | ET | 237 | NO | 3.97E-02 | 198 |
| VACogentrixHopewell | 1C | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 3.97E-02 | 1 | ET | 238 | NO | 3.97E-02 | 196 |
| NCBlueRidgePaper | G11039 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.10E-02 | 1 | ET | 239 | NO | 4.10E-02 | 199 |
| VACogentrixHopewell | 2A | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 4.11E-02 | 1 | ET | 240 | NO | 4.11E-02 | 202 |
| VACogentrixHopewell | 2B | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 4.11E-02 | 1 | ET | 241 | NO | 4.11E-02 | 201 |
| VACogentrixHopewell | 2C | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 4.11E-02 | 1 | ET | 242 | NO | 4.11E-02 | 200 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E2 (3-0005) (Boiler 2) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.39E-02 | 1 | ET | 243 | NO | 4.39E-02 | 203 |
| WVPPGMartinsville | R011-Boiler 3 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 4.67E-02 | 2 | ET | 244 | NO | 4.67E-02 | 204 |
| MNWausauPaper-Brainerd | EU 004 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.77E-02 | 2 | ET | 245 | NO | | |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.83E-02 | 1 | ET | 246 | NO | 4.83E-02 | 205 |
| MOIPLBlueValley | Unit 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 4.97E-02 | 1 | ET | 247 | NO | 4.97E-02 | 206 |
| IACargillEddyville | 1.001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.00E-02 | 1 | ET | 248 | NO | 5.00E-02 | 207 |
| IACargillEddyville | 1.002 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.00E-02 | 1 | ET | 249 | NO | 5.00E-02 | 208 |
| IACargillEddyville | 1.039 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.00E-02 | 1 | ET | 250 | NO | 5.00E-02 | 209 |
| ILRockIslandArsenal | Boiler #4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.08E-02 | 1 | ET | 251 | NO | 5.08E-02 | 210 |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.17E-02 | 2 | ET | 252 | NO | 9.49E-02 | 283 |
| VADukeEnergyNarrows | Boiler #1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.19E-02 | 2 | ET | 253 | NO | 5.19E-02 | 211 |
| NYCornellUniversity | B8 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 5.27E-02 | 1 | ET | 254 | NO | 5.27E-02 | 212 |
| IAJohnDeereDubuque | Boiler 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 5.28E-02 | 1 | ET | 255 | NO | 5.28E-02 | 213 |
| PABellefieldPlant | Boiler 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 5.30E-02 | 1 | ET | 256 | NO | | |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E1 (3-0004) (Boiler 1) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.48E-02 | 1 | ET | 257 | NO | 5.48E-02 | 214 |
| MOIPLBlueValley | Unit 2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.53E-02 | 1 | ET | 258 | NO | 5.53E-02 | 215 |
| SCSonocoHartsville | Boiler Number 9 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 5.53E-02 | 1 | ET | 259 | NO | 5.53E-02 | 216 |
| WIWausau | # 6 Power Boiler (B20) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 5.60E-02 | 1 | ET | 260 | NO | 5.60E-02 | 217 |
| NCDakAmericas | EU02 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.87E-02 | 2 | ET | 261 | NO | 5.87E-02 | 218 |
| MOAnheuserBusch | Boiler 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 5.95E-02 | 3 | ET | 262 | NO | 5.95E-02 | 219 |
| TNDuPontOldHickoryPlant | #24 Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.00E-02 | 1 | ET | 263 | NO | 6.00E-02 | 220 |
| NCBlueRidgePaper | G11037 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.03E-02 | 1 | ET | 264 | NO | 6.03E-02 | 222 |
| NCBlueRidgePaper | G11038 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.03E-02 | 1 | ET | 265 | NO | 6.03E-02 | 221 |
| GACargill-Gainesville | B001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.07E-02 | 1 | ET | 266 | NO | 6.07E-02 | 223 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.07E-02 | 1 | ET | 267 | NO | 6.07E-02 | 224 |
| WIWausau | # 5 Power Boiler (B24) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.13E-02 | 1 | ET | 268 | NO | 6.13E-02 | 225 |
| TNDuPontOldHickoryPlant | #20 Boiler | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.17E-02 | 1 | ET | 269 | NO | 6.17E-02 | 226 |
| PAPHGlatfelter | PB4 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.20E-02 | 1 | ET | 270 | NO | 6.20E-02 | 227 |
| PAPHGlatfelter | PB3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.20E-02 | 1 | ET | 271 | NO | 6.20E-02 | 228 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.20E-02 | 1 | ET | 272 | NO | 6.20E-02 | 229 |
| TNInvistaChattanooga | EU002 - Boiler #3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.20E-02 | 1 | ET | 273 | NO | 6.20E-02 | 230 |
| PAPHGlatfelter | PB1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.20E-02 | 1 | ET | 274 | NO | 6.20E-02 | 231 |
| VAPhilipMorrisMC | PC | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.28E-02 | 1 | ET | 275 | NO | 6.28E-02 | 232 |
| NYCornellUniversity | B1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.40E-02 | 1 | ET | 276 | NO | 6.40E-02 | 233 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCCampLejeuneMCB | A-HP-1700-01 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.47E-02 | 1 | ET | 277 | NO | 6.47E-02 | 234 |
| NCCampLejeuneMCB | A-HP-1700-02 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.47E-02 | 1 | ET | 278 | NO | 6.47E-02 | 235 |
| WVDuPontWashingtonWorks | P01 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 6.53E-02 | 1 | ET | 279 | NO | 6.53E-02 | 236 |
| ILAbbottAbbottPark | Unit 5AP | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.54E-02 | 3 | ET | 280 | NO | 6.54E-02 | 237 |
| WVDuPontWashingtonWorks | P02 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.57E-02 | 1 | ET | 281 | NO | 6.57E-02 | 238 |
| OHCognisOleochem | Boiler #1 (B027) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 6.67E-02 | 1 | ET | 282 | NO | 6.67E-02 | 239 |
| MOMarshallMunicipal | Unit # 4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.71E-02 | 1 | ET | 283 | NO | 6.71E-02 | 240 |
| ORSPNewsprint | B10-EU | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 6.73E-02 | 1 | ET | 284 | NO | 6.73E-02 | 241 |
| VAINVISTAWaynesboro | 2-205 (B#1) Boiler #1 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 6.75E-02 | 1 | ET | 285 | NO | 6.75E-02 | 242 |
| ILRockIslandArsenal | NBN 12602 (Boiler #1) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 6.85E-02 | 1 | ET | 286 | NO | 6.85E-02 | 243 |
| MOColumbiaPowerPlant | Boiler Unit 6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.10E-02 | 1 | ET | 287 | NO | 7.10E-02 | 245 |
| MOColumbiaPowerPlant | Boiler Unit 7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.10E-02 | 1 | ET | 288 | NO | 7.10E-02 | 244 |
| VAPhilipMorrisPark500 | B2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.20E-02 | 1 | ET | 289 | NO | 7.20E-02 | 246 |
| NCDakAmericas | EU01 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.24E-02 | 2 | ET | 290 | NO | 7.24E-02 | 247 |
| IAIAStateUnivPowerPlant | B5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 7.34E-02 | 1 | ET | 291 | NO | 7.34E-02 | 248 |
| WIThilmanyLLC | B09 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.41E-02 | 2 | ET | 292 | NO | 7.41E-02 | 249 |
| WIThilmanyLLC | B11 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.41E-02 | 2 | ET | 293 | NO | 7.41E-02 | 250 |
| MITBSimonPowerPlant | Unit 4 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 7.46E-02 | 2 | ET | 294 | NO | | |
| IAUofNorthernIowa | Boiler #3 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 7.53E-02 | 2 | ET | 295 | NO | 7.53E-02 | 251 |
| VARadfordArmyAmmunitionPlant | Boiler No. 4 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.57E-02 | 1 | ET | 296 | NO | 7.57E-02 | 252 |
| WINewPageBiron | B23 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.62E-02 | 1 | ET | 297 | NO | 7.62E-02 | 253 |
| MSDuPontDeLisle1342 | AF-101A (BLR-1342) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.67E-02 | 1 | ET | 298 | NO | 7.67E-02 | 254 |
| MSDuPontDeLisle1342 | AF-101B (BLR-1342) | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.67E-02 | 1 | ET | 299 | NO | 7.67E-02 | 255 |
| IAIAStateUnivPowerPlant | B4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.70E-02 | 1 | ET | 300 | NO | 7.70E-02 | 256 |
| WIDairylandPower-Alma | Alma 3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.72E-02 | 1 | ET | 301 | NO | 7.72E-02 | 258 |
| WIDairylandPower-Alma | Alma 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.72E-02 | 1 | ET | 302 | NO | 7.72E-02 | 257 |
| WIDairylandPower-Alma | Alma 2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.72E-02 | 1 | ET | 303 | NO | 7.72E-02 | 259 |
| WVDuPontWashingtonWorks | P04 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.83E-02 | 1 | ET | 304 | NO | 7.83E-02 | 260 |
| IAIAStateUnivPowerPlant | B1 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 7.84E-02 | 1 | ET | 305 | NO | 7.84E-02 | 261 |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 7.90E-02 | 2 | ET | 306 | NO | 7.90E-02 | 262 |
| MITBSimonPowerPlant | Unit 3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.95E-02 | 2 | ET | 307 | NO | 7.95E-02 | 263 |
| MNRochesterUtilities | EU003 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 7.97E-02 | 1 | ET | 308 | NO | | |
| INNotreDame | B-4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.07E-02 | 1 | ET | 309 | NO | 8.07E-02 | 264 |
| ILRockIslandArsenal | NBN 12888 (Boiler #2) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.15E-02 | 1 | ET | 310 | NO | 8.15E-02 | 265 |
| MOAnheuserBusch | Boiler 8 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.24E-02 | 3 | ET | 311 | NO | 8.24E-02 | 266 |
| FLSmurfit-Stone | 7PB | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.28E-02 | 1 | ET | 312 | NO | 8.28E-02 | 267 |
| VAPhilipMorrisPark500 | B3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.31E-02 | 1 | ET | 313 | NO | 8.31E-02 | 268 |
| ILRockIslandArsenal | NBN 3059 (Boiler #3) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.38E-02 | 1 | ET | 314 | NO | 8.38E-02 | 269 |
| MNDESPHansONyman | EU002 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 8.40E-02 | 1 | ET | 315 | NO | 8.40E-02 | 270 |
| MNRochesterUtilities | EU001 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 8.43E-02 | 1 | ET | 316 | NO | | |
| WVDuPontWashingtonWorks | P06 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 8.73E-02 | 1 | ET | 317 | NO | 8.73E-02 | 271 |
| WIThilmanyPapersNicoletMill | B23 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.80E-02 | 1 | ET | 318 | NO | 8.80E-02 | 272 |
| WIThilmanyPapersNicoletMill | B24 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.80E-02 | 1 | ET | 319 | NO | 8.80E-02 | 273 |
| IAIAStateUnivPowerPlant | B2 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 8.84E-02 | 1 | ET | 320 | NO | 8.84E-02 | 274 |
| OHCargillDayton | B004 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 8.97E-02 | 1 | ET | 321 | NO | 8.97E-02 | 275 |
| MAUMass | EU#3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.23E-02 | 1 | ET | 322 | NO | 9.23E-02 | 276 |
| MAUMass | EU#4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.23E-02 | 1 | ET | 323 | NO | 9.23E-02 | 277 |
| MAUMass | EU#5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.23E-02 | 1 | ET | 324 | NO | 9.23E-02 | 278 |
| OHBataviaTransmissions | Boiler 2 (B002) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.23E-02 | 1 | ET | 325 | NO | 9.23E-02 | 279 |
| MOCentralElectricChamois | UNIT 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 9.40E-02 | 2 | ET | 326 | NO | 9.40E-02 | 281 |
| OHAppletonIdeas | Boiler 2 (B002) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.40E-02 | 1 | ET | 327 | NO | 9.40E-02 | 280 |
| NCCargillFayetteville | ES-22 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.43E-02 | 1 | ET | 328 | NO | 9.43E-02 | 282 |
| IAIAStateUnivPowerPlant | B3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.67E-02 | 1 | ET | 329 | NO | 9.67E-02 | 284 |
| MASolutiaIncSpringfield | EU 150 S03 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.68E-02 | 1 | ET | 330 | NO | 9.68E-02 | 285 |
| INBungeDecatur | B&W (1SP1) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.78E-02 | 1 | ET | 331 | NO | 9.78E-02 | 286 |
| PANorfolkSouthern | 033 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.80E-02 | 1 | ET | 332 | NO | | |
| PANorfolkSouthern | 031 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.80E-02 | 1 | ET | 333 | NO | | |
| PANorfolkSouthern | 032 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.80E-02 | 1 | ET | 334 | NO | | |
| WVDuPontWashingtonWorks | P05 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.87E-02 | 2 | ET | 335 | NO | 9.87E-02 | 287 |
| IAUofIowa | EP6 Boiler 10 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.91E-02 | 1 | ET | 336 | NO | 9.91E-02 | 288 |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 9.94E-02 | 1 | ET | 337 | NO | 9.94E-02 | 289 |
| OHCargillAkron | B001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.04E-01 | 1 | ET | 338 | NO | 1.04E-01 | 290 |
| WIDomtarNekoosa | B24 - Boiler No. 10 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.05E-01 | 1 | ET | 339 | NO | 1.05E-01 | 293 |
| WIDomtarNekoosa | B21 - Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.05E-01 | 1 | ET | 340 | NO | 1.05E-01 | 292 |
| WIDomtarNekoosa | B20 - Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.05E-01 | 1 | ET | 341 | NO | 1.05E-01 | 291 |
| KYISPChemicals | 0AA (Riley) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.07E-01 | 5 | ET | 342 | NO | 1.07E-01 | 294 |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.07E-01 | 3 | ET | 343 | NO | 1.07E-01 | 295 |
| MOIP&LMissouriCity | Unit 1 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.08E-01 | 1 | ET | 344 | NO | 1.08E-01 | 296 |
| MOIP&LMissouriCity | Unit 2 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.08E-01 | 1 | ET | 345 | NO | 1.08E-01 | 297 |
| SCINVISTACamdenPlant | Unit ID 2 - Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.09E-01 | 1 | ET | 346 | NO | 1.09E-01 | 299 |
| SCINVISTACamdenPlant | Unit ID 1 - Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.09E-01 | 1 | ET | 347 | NO | 1.09E-01 | 298 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MIManistiquePaper | EUBLR001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.10E-01 | 1 | ET | 348 | NO | 1.10E-01 | 300 |
| MIManistiquePaper | EUBLR002 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.10E-01 | 1 | ET | 349 | NO | 1.10E-01 | 301 |
| VARadfordArmyAmmunitionPlant | Boiler No. 3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.11E-01 | 1 | ET | 350 | NO | 1.11E-01 | 302 |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.11E-01 | 1 | ET | 351 | NO | 1.11E-01 | 303 |
| INBungeDecatur | Keeler (2SP1) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.12E-01 | 1 | ET | 352 | NO | 1.12E-01 | 304 |
| MOUofMissouri | Boiler 7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 1.13E-01 | 1 | ET | 353 | NO | 1.13E-01 | 307 |
| MOUofMissouri | Boiler 8 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 1.13E-01 | 1 | ET | 354 | NO | 1.13E-01 | 306 |
| MOUofMissouri | Boiler 9 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 1.13E-01 | 1 | ET | 355 | NO | 1.13E-01 | 305 |
| MITBSimonPowerPlant | Unit 1 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.13E-01 | 3 | ET | 356 | NO | 1.13E-01 | 308 |
| MOMallinckrodt | Boiler 6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.13E-01 | 2 | ET | 357 | NO | 1.13E-01 | 309 |
| TNInvistaChattanooga | EU002 - Boiler #5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.14E-01 | 1 | ET | 358 | NO | 1.14E-01 | 310 |
| VADukeEnergyNarrows | Boiler #6 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.14E-01 | 1 | ET | 359 | NO | 1.14E-01 | 311 |
| MICityofEscanaba | EUBOILER#2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.14E-01 | 1 | ET | 360 | NO | 1.14E-01 | 312 |
| WVSunocoIncNealPlantKenova | B602, Coal Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.15E-01 | 1 | ET | 361 | NO | 1.15E-01 | 313 |
| OHAppletonIdeas | Boiler 4 (B003) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.15E-01 | 1 | ET | 362 | NO | 1.15E-01 | 314 |
| MIEBEddyPaper | EUBOILER5 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.15E-01 | 1 | ET | 363 | NO | | |
| VADukeEnergyNarrows | Boiler #3 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.19E-01 | 2 | ET | 364 | NO | 1.19E-01 | 315 |
| VAINVISTAWaynesboro | 2-205 (B#3) Boiler #3 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.20E-01 | 1 | ET | 365 | NO | 1.20E-01 | 316 |
| VADukeEnergyNarrows | Boiler #2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.22E-01 | 2 | ET | 366 | NO | 1.22E-01 | 317 |
| IAGrainProcessing | Boiler #3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.22E-01 | 3 | ET | 367 | NO | 1.22E-01 | 318 |
| IAGrainProcessing | Boiler #7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.22E-01 | 3 | ET | 368 | NO | 1.22E-01 | 323 |
| IAGrainProcessing | Boiler #4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.22E-01 | 3 | ET | 369 | NO | 1.22E-01 | 322 |
| IAGrainProcessing | Boiler #2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.22E-01 | 3 | ET | 370 | NO | 1.22E-01 | 320 |
| IAGrainProcessing | Boiler #1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.22E-01 | 3 | ET | 371 | NO | 1.22E-01 | 321 |
| IAGrainProcessing | Boiler #6 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.22E-01 | 3 | ET | 372 | NO | 1.22E-01 | 319 |
| ILAbbottAbbottPark | Unit 4AP | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.22E-01 | 1 | ET | 373 | NO | 1.22E-01 | 324 |
| ILPolyOne | B1 | Hydrogen Chloride (HCl) | Solid | FB | Fabric FilterDry Sorbent Injection | 1.23E-01 | 2 | ET | 374 | NO | 1.23E-01 | 325 |
| MOBASFHannibal | Coal Fired Boiler #4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.23E-01 | 1 | ET | 375 | NO | 1.23E-01 | 326 |
| MOBASFHannibal | Coal Fired Boiler #5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.27E-01 | 1 | ET | 376 | NO | 1.27E-01 | 328 |
| TNInvistaChattanooga | EU002 - Boiler #4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.27E-01 | 1 | ET | 377 | NO | 1.27E-01 | 327 |
| MINeenahPaperMI | Boiler 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.27E-01 | 3 | ET | 378 | NO | 1.27E-01 | 329 |
| TNCargillMemphis | Stoker Boiler 8001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterWet Scrubber | 1.28E-01 | 2 | ET | 379 | NO | 1.28E-01 | 330 |
| MIWhitePineElectric | Power Boiler #2 | Hydrogen Chloride (HCl) | Solid | PC | Wet Scrubber | 1.31E-01 | 1 | ET | 380 | NO | 1.31E-01 | 331 |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.31E-01 | 1 | ET | 381 | NO | 1.31E-01 | 332 |
| VADukeEnergyNarrows | Boiler #4 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.35E-01 | 1 | ET | 382 | NO | 1.35E-01 | 333 |
| PABayValleyFoodsPittsburgh | Boiler No. 1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.37E-01 | 1 | ET | 383 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.37E-01 | 1 | ET | 384 | NO | | |
| MIPharma&Upjohn1180 | Boiler 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.39E-01 | 2 | ET | 385 | NO | 1.39E-01 | 334 |
| MNRochesterUtilities | EU002 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.42E-01 | 1 | ET | 386 | NO | | |
| INNewEnergy | Riley Boiler | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.42E-01 | 1 | ET | 387 | NO | 1.42E-01 | 335 |
| SCInternationalPaperEastover | No. 1 Power Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.46E-01 | 1 | ET | 388 | NO | 1.46E-01 | 336 |
| INNotreDame | B-3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.46E-01 | 1 | ET | 389 | NO | | |
| VADukeEnergyNarrows | Boiler #5 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.48E-01 | 2 | ET | 390 | NO | 1.48E-01 | 337 |
| PAPennState | 32 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.49E-01 | 1 | ET | 391 | NO | 1.49E-01 | 338 |
| PAPennState | 34 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.49E-01 | 1 | ET | 392 | NO | 1.49E-01 | 339 |
| PAPennState | 31 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.49E-01 | 1 | ET | 393 | NO | 1.49E-01 | 340 |
| PAPennState | 35 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.49E-01 | 1 | ET | 394 | NO | 1.49E-01 | 341 |
| OHOrrvilleUtilities | B005 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.51E-01 | 1 | ET | 395 | NO | 1.51E-01 | 342 |
| MIMenominee | #3 Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.51E-01 | 1 | ET | 396 | NO | 1.51E-01 | 343 |
| SCINVISTACamdenPlant | Unit ID 3 - Boiler No. 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.51E-01 | 1 | ET | 397 | NO | 1.51E-01 | 344 |
| SCINVISTACamdenPlant | Unit ID 4 - Boiler No. 4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.51E-01 | 1 | ET | 398 | NO | 1.51E-01 | 345 |
| MIWhitePineElectric | Power Boiler #1 | Hydrogen Chloride (HCl) | Solid | PC | Wet Scrubber | 1.53E-01 | 1 | ET | 399 | NO | 1.53E-01 | 346 |
| PAARGBradford | 37 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.55E-01 | 1 | ET | 400 | NO | 1.55E-01 | 347 |
| KYMoreheadStateUniv | 02 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.58E-01 | 1 | ET | 401 | NO | 1.58E-01 | 348 |
| PABayValleyFoodsPittsburgh | Boiler No. 3 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.63E-01 | 1 | ET | 402 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 4 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.63E-01 | 1 | ET | 403 | NO | | |
| VADukeEnergyNarrows | Boiler #7 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.63E-01 | 2 | ET | 404 | NO | 1.63E-01 | 349 |
| WVBayerInstitute | Boiler #12 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.63E-01 | 1 | ET | 405 | NO | 1.63E-01 | 350 |
| OHCargillSidney | B002 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.64E-01 | 1 | ET | 406 | NO | 1.64E-01 | 351 |
| WVPPGMartinsville | R072-Boiler 5 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.65E-01 | 1 | ET | 407 | NO | 1.65E-01 | 352 |
| WVDuPontWashingtonWorks | P03 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1.66E-01 | 1 | ET | 408 | NO | 1.66E-01 | 353 |
| OHCargillSidney | B001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.67E-01 | 1 | ET | 409 | NO | 1.67E-01 | 354 |
| WIPCATomahawk | B27 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.68E-01 | 1 | ET | 410 | NO | 1.68E-01 | 356 |
| WIPCATomahawk | B24 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.68E-01 | 1 | ET | 411 | NO | 1.68E-01 | 355 |
| WIPCATomahawk | B28 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.68E-01 | 1 | ET | 412 | NO | 1.68E-01 | 357 |
| ILADMQuincy | EU-5004 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.70E-01 | 1 | ET | 413 | NO | 1.70E-01 | 359 |
| ILADMQuincy | EU-5003 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.70E-01 | 1 | ET | 414 | NO | 1.70E-01 | 358 |
| OHUofCincinnati | B108 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.70E-01 | 1 | ET | 415 | NO | | |
| IAUofNorthernIowa | Boiler #4 | Hydrogen Chloride (HCl) | Solid | FB | Fabric Filter | 1.71E-01 | 1 | ET | 416 | NO | 1.71E-01 | 360 |
| WIGreenBayPackagingMillDivision | Boiler B26- Coal Fired Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.72E-01 | 1 | ET | 417 | NO | 1.72E-01 | 361 |
| WVPPGMartinsville | R015-Boiler 4 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 1.73E-01 | 1 | ET | 418 | NO | | |
| MITBSimonPowerPlant | Unit 2 | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 1.74E-01 | 2 | ET | 419 | NO | 1.74E-01 | 362 |
| MIMortonSaltManistee | No. 6 Boiler | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.78E-01 | 1 | ET | 420 | NO | 1.78E-01 | 363 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCCargillCharlotte | ES-1 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.84E-01 | 1 | ET | 421 | NO | 1.84E-01 | 364 |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.88E-01 | 1 | ET | 422 | NO | 1.88E-01 | 365 |
| OHEmeraldPerformance | EU01 (coal boiler) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 1.89E-01 | 1 | ET | 423 | NO | 1.89E-01 | 366 |
| OHUofCincinnati | B103 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.90E-01 | 1 | ET | 424 | NO | | |
| ILJohnDeereHarvester | B8 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.97E-01 | 1 | ET | 425 | NO | 1.97E-01 | 369 |
| ILJohnDeereHarvester | B7 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.97E-01 | 1 | ET | 426 | NO | 1.97E-01 | 368 |
| ILJohnDeereHarvester | B9 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.97E-01 | 1 | ET | 427 | NO | 1.97E-01 | 367 |
| WVUCCSouthCharleston | B25 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.01E-01 | 1 | ET | 428 | NO | 2.01E-01 | 370 |
| OHRockTennCincinnati | B001 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 2.14E-01 | 1 | ET | 429 | NO | 2.14E-01 | 371 |
| ILADMPeoria | EU-PH101 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.47E-01 | 1 | ET | 430 | NO | | |
| ILADMPeoria | EU-PH102 | Hydrogen Chloride (HCl) | Solid | PC | Electrostatic Precipitator | 2.47E-01 | 1 | ET | 431 | NO | | |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.51E-01 | 1 | ET | 432 | NO | 2.51E-01 | 372 |
| TNCargillMemphis | Pulverized Coal Boiler (8301) | Hydrogen Chloride (HCl) | Solid | PC | Fabric Filter | 3.02E-01 | 1 | ET | 433 | NO | 3.02E-01 | 373 |
| MOUofMissouri | Boiler 10 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric FilterDry Sorbent Injection | 3.65E-01 | 1 | ET | 434 | NO | 3.65E-01 | 374 |
| INNotreDame | B-2 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 5.22E-01 | 1 | ET | 435 | NO | | |
| MICargillSalt | EGBOILER5 | Hydrogen Chloride (HCl) | Solid | Stoker/SlopedGrate/Other | Fabric Filter | 7.67E-01 | 1 | ET | 436 | NO | 7.67E-01 | 375 |

**Appendix B-3a: Unit Rankings for CO from Fluidized Bed Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | CO | Wet Biomass | FB | Fabric Filter | 5.4 | 2 | ET | 1 | YES | 16.39289714 | 1 |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | CO | Wet Biomass | FB | Fabric FilterDry Sorbent Injection | 21.15 | 9 | ET | 2 | YES | | |
| PAPHGlatfelter | PB5 | CO | Wet Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 25.44003 | 1 | ET | 3 | YES | | |
| TNDomtar2384 | HFB1-1 | CO | Wet Biomass | FB | Electrostatic Precipitator | 81.74705892 | 1 | ET | 4 | YES | 81.74705892 | 2 |
| GATempleInlandRome | WF | CO | Wet Biomass | FB | Electrostatic Precipitator | 98.7849276 | 2 | ET | 5 | YES | 98.7849276 | 3 |
| MENewPage-Rumford | Cogen#7 | CO | Wet Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 109.9215604 | 1 | ET | 6 | NO | | |
| MENewPage-Rumford | Cogen#6 | CO | Wet Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 109.9215604 | 1 | ET | 7 | NO | | |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | CO | Wet Biomass | FB | Electrostatic Precipitator | 115.3842123 | 1 | ET | 8 | NO | 115.3842123 | 4 |
| GASPNewsprint | PB2 | CO | Wet Biomass | FB | Electrostatic Precipitator | 117.6226242 | 1 | ET | 9 | NO | | |
| KYDomtarHawesville | Biofuel Boiler B-900 | CO | Wet Biomass | FB | Electrostatic Precipitator | 118.8477359 | 1 | ET | 10 | NO | | |
| SCSonocoHartsville | Boiler Number 9 | CO | Dry Biomass | FB | Fabric FilterDry Sorbent Injection | 168.400722 | 1 | ET | 11 | NO | | |
| ALIPCourtland | No. 3 Combination Boier / 11Cu301 | CO | Wet Biomass | FB | Electrostatic Precipitator | 263.609917 | 1 | ET | 12 | NO | 263.609917 | 5 |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | CO | Dry Biomass | FB | Electrostatic Precipitator | 3551.742532 | 1 | ET | 13 | NO | 3551.742532 | 6 |

**Appendix B-3b: Unit Rankings for CO from Fuel Cell Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARWeyerhaeuserDierksMill | SN-45 | CO | Biomass | Fuel Cell | Electrostatic Precipitator | 62.11250629 | 4 | ET | 1 | YES | 62.11250629 | 1 |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | CO | Biomass | Fuel Cell | Electrostatic Precipitator | 187.0927674 | 6 | ET | 2 | YES | 187.0927674 | 2 |
| IDPotlatch | PB-1 CE | CO | Biomass | Fuel Cell | Electrostatic Precipitator | 272.1349345 | 2 | ET | 3 | YES | 272.1349345 | 3 |
| GAADMLocation551 | 630- Wellons | CO | Biomass | Fuel Cell | Fabric Filter | 366.4007171 | 1 | ET | 4 | YES | 366.4007171 | 4 |
| ARAnthonyForestProducts | SN-16 | CO | Biomass | Fuel Cell | Cyclone or Multiclone | 541.3321841 | 1 | ET | 5 | YES | 541.3321841 | 5 |
| ARAnthonyForestProducts | SN-12 | CO | Biomass | Fuel Cell | Cyclone or Multiclone | 654.262858 | 1 | ET | 6 | NO | 654.262858 | 6 |
| TXNorbordTexasNacogdoches | Konus No. 1 | CO | Biomass | Fuel Cell | Electrified Filter Bed (EFB) | 1222.06657 | 1 | ET | 7 | NO | 1222.06657 | 8 |
| TXNorbordTexasNacogdoches | Konus No. 2 | CO | Biomass | Fuel Cell | Electrified Filter Bed (EFB) | 1222.06657 | 1 | ET | 8 | NO | 1222.06657 | 7 |

**Appendix B-3c: Unit Rankings for CO from Dutch Oven/Pile Burners Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 141.803311 | 3 | ET | 1 | YES | 141.803311 | 1 |
| ORStimsonLumberForestGrove | Boiler 1 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 231.6690109 | 4 | ET | 2 | YES | 231.6690109 | 2 |
| ORStimsonLumberForestGrove | Boiler 2 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 231.6690109 | 4 | ET | 3 | YES | 231.6690109 | 3 |
| ORStimsonLumberForestGrove | Boiler 3 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 231.6690109 | 4 | ET | 4 | YES | 231.6690109 | 4 |
| ARPotlatchForestWarren | Wellons Boiler | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 285.9734853 | 1 | ET | 5 | YES | 285.9734853 | 5 |
| NCWeyerhaeuserGrifton | ES-SEH-2901 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 460.0472075 | 1 | ET | 6 | NO | 460.0472075 | 6 |
| NCWeyerhaeuserGrifton | ES-SEH-3901 | CO | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 460.0472075 | 1 | ET | 7 | NO | 460.0472075 | 7 |
| ORRosboroSpringfield | DV 01.1 | CO | Biomass | Dutch Oven/Pile Burner | Cyclone or Multiclone | 503.2357558 | 1 | ET | 8 | NO | 503.2357558 | 8 |
| WAGraysHarborPaper | No. 6 Boiler (EU2) | CO | Biomass | Dutch Oven/Pile Burner | Venturi Scrubber | 513.5963553 | 2 | ET | 9 | NO | 513.5963553 | 9 |

**Appendix B-3d: Unit Rankings for CO from Stokers/Sloped Grate/Other Wet Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MESDWarrenSomerset | No2 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | DryScrubberElectrostatic Precipitator | 14.10227239 | 8 | ET | 1 | YES | | |
| SCCogenSouth | B001 - Main Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 16.64080062 | 2 | ET | 2 | YES | | |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 38.24616043 | 1 | ET | 3 | YES | | |
| MILPCSagola | TOH-Wood | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 58.26077679 | 6 | ET | 4 | YES | 58.26077679 | 1 |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 69.44541806 | 2 | ET | 5 | YES | | |
| WVWeyerhaeuserBuckhannon | 001-01 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 74.74253879 | 2 | ET | 6 | YES | 74.74253879 | 2 |
| ARWestFraserHuttig | SN-24 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 75.17841893 | 4 | ET | 7 | YES | 75.17841893 | 3 |
| INConsolidatedGrainandBarge | P17B | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 87.16822119 | 1 | ET | 8 | YES | 87.16822119 | 4 |
| INConsolidatedGrainandBarge | P17C | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 87.16822119 | 1 | ET | 9 | YES | 87.16822119 | 5 |
| SCInternationalPaperEastover | No. 1 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 93 | 1 | ET | 10 | YES | | |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 93.00727485 | 3 | ET | 11 | YES | | |
| MNVersoPaper | EU006 B&W | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 98.05448986 | 1 | ET | 12 | YES | | |
| MSGPNewAugusta | AA-015 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 104.8221218 | 3 | ET | 13 | YES | 104.8221218 | 7 |
| KYNewPage-Wickliffe | B09 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 113.4252528 | 3 | ET | 14 | YES | 315.1343801 | 31 |
| MSShuqualakLumber | Boiler 4 (AA-108) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 122.2479564 | 1 | ET | 15 | NO | 122.2479564 | 8 |
| MSHoodBeaumont | AA-030 (Wood-Fired Boiler) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 128.4624225 | 3 | ET | 16 | NO | 128.4624225 | 9 |
| OHAkronThermalEnergy | Unit #2 (B004) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 128.5752523 | 1 | ET | 17 | NO | 128.5752523 | 10 |
| MIWhitePineElectric | IBW Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 148.8237923 | 1 | ET | 18 | NO | 148.8237923 | 11 |
| LAWeyerhaeuserDodson | ES-017 WFB | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 148.8241951 | 3 | ET | 19 | NO | 148.8241951 | 12 |
| NCEPCORSouthport | 1-A Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 149.2755791 | 1 | ET | 20 | NO | | |
| NCEPCORSouthport | 1-B Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 149.2755791 | 1 | ET | 21 | NO | | |
| NCEPCORSouthport | 1-C Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 149.2755791 | 1 | ET | 22 | NO | | |
| ALMeadwestvacoCottonton46 | No.3 Wood Residue Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 161.2986884 | 1 | ET | 23 | NO | | |
| IDRileyCreekLumber | HFB1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 161.3135139 | 1 | ET | 24 | NO | 161.3135139 | 13 |
| IDChilcoLakeSawmill | HFB1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 163.4112911 | 2 | ET | 25 | NO | 163.4112911 | 14 |
| GATempleInlandRome | PB4 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 169.6519128 | 1 | ET | 26 | NO | 169.6519128 | 15 |
| MSBatesvilleMfg | AA-001 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 178.5333333 | 1 | ET | 27 | NO | | |
| WVJELD-WENCraigsville | Wood Fired Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 181.5465355 | 1 | ET | 28 | NO | | |
| MSIPVicksburg | Power Boiler-AA-006 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 188.2165098 | 8 | ET | 29 | NO | 283.545486 | 27 |
| ORBlueHeronPaper | G Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 189.5769933 | 1 | ET | 30 | NO | 189.5769933 | 16 |
| ARDelticTimberWaldo | Wood Fired Boiler No. 1 (SN-13) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 199.175842 | 1 | ET | 31 | NO | 199.175842 | 17 |
| MNDESPHansONyman | EU007 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 204.4366318 | 1 | ET | 32 | NO | 204.4366318 | 18 |
| GAGPCelluloseBrunswick | U700 -- No. 4 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 217.2575124 | 2 | ET | 33 | NO | | |
| GAADMLocation551 | B115A- North Hurst | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 228.277684 | 1 | ET | 34 | NO | 228.277684 | 19 |
| TXAnthonyForestProd-ATL | EP 11.1 Hurst | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 233.1509551 | 1 | ET | 35 | NO | 233.1509551 | 20 |
| MESDWarrenSomerset | No1 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 244.7848871 | 2 | ET | 36 | NO | 244.7848871 | 21 |
| SCMarlboroPaper | Hogged Fuel Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 248.5089112 | 5 | ET | 37 | NO | 253.7181271 | 23 |
| MNFibrominn | EU-001 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 248.6437645 | 1 | ET | 38 | NO | | |
| ALBoiseWhitePaperJackson | 102-0001-Z013 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 248.9687233 | 2 | ET | 39 | NO | 248.9687233 | 22 |
| SCInternationalPaperEastover | No. 2 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 252.5720992 | 6 | ET | 40 | NO | 708.2338245 | 53 |
| ALMeadwestvacoCottonton46 | No.2 Wood Residue Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 259.6410279 | 1 | ET | 41 | NO | | |
| ARDelticTimberWaldo | Wood Fired Boiler No. 2 (SN-14) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 266.9092705 | 1 | ET | 42 | NO | 266.9092705 | 24 |
| GARayonierBaxley | PB02 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 268.3080369 | 3 | ET | 43 | NO | 268.3080369 | 25 |
| GAADMLocation551 | B115B-South Hurst | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 269.8376998 | 1 | ET | 44 | NO | 269.8376998 | 26 |
| WILPHayward | K1 Line 1 Konus | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 293.7 | 1 | ET | 45 | NO | 593.4557383 | 51 |
| WILPHayward | K2 Line 1 Konus | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 293.7 | 1 | ET | 46 | NO | 1133.884022 | 60 |
| ARGBPMorrilton | SN-04 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 294.6711087 | 2 | ET | 47 | NO | 294.6711087 | 28 |
| ARLeolaLumberMill | SN-01A | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 294.6974605 | 1 | ET | 48 | NO | 294.6974605 | 29 |
| WAGPCamas | No. 3 Power Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 295.5397964 | 1 | ET | 49 | NO | | |
| ORJeldWenKlamanthFalls | BLRG | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 297.4002945 | 1 | ET | 50 | NO | | |
| TXAnthonyForestProd-ATL | EP 10.1 Superior | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 300.3017668 | 1 | ET | 51 | NO | 300.3017668 | 30 |
| FLGPPalatka | EU16 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 304.376101 | 1 | ET | 52 | NO | | |
| WIFlambeauRiverPaper | B24 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 306.6922416 | 3 | ET | 53 | NO | 327.7103113 | 33 |
| MSBatesvilleMfg | AA-002 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 307.1 | 1 | ET | 54 | NO | | |
| ARGPGurdonPlyLumber | SN-01 No. 1 Wood Residue Fired Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 321.0571877 | 1 | ET | 55 | NO | 321.0571877 | 32 |
| ARGPGurdonPlyLumber | SN-02 No. 2 Wood Residue Fired Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 339.1004295 | 1 | ET | 56 | NO | 339.1004295 | 34 |
| LAGPLogansportPly | EQT-0009 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 342.8736517 | 1 | ET | 57 | NO | 342.8736517 | 35 |
| GARayonierJesupMill | PB03 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 347.8725985 | 1 | ET | 58 | NO | 347.8725985 | 36 |
| FLCFRC252 | Boiler #3 (McBurney) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 363.949058 | 1 | ET | 59 | NO | 363.949058 | 37 |
| LAWeyerhaeuser1043 | EQT - 0010 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 368.3787184 | 1 | ET | 60 | NO | | |
| TXGPClevelandPlyLumber | GRP-SBOIL | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 386.6385248 | 1 | ET | 61 | NO | | |
| FLSmurfit-Stone | 5PB | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 387.5903629 | 1 | ET | 62 | NO | 387.5903629 | 38 |
| MSBowaterSouth | Bark Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 412.9497521 | 1 | ET | 63 | NO | 412.9497521 | 39 |
| ALWestervelt | Wellons - Unit 001 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 432.5179614 | 1 | ET | 64 | NO | 432.5179614 | 40 |
| MEBoralexStratton | Boiler #1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 435.545877 | 1 | ET | 65 | NO | 435.545877 | 41 |
| IDPotlatch | PB-2 Riley | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 454.9755935 | 1 | ET | 66 | NO | 454.9755935 | 42 |
| WILPHayward | K4 Line 2 Konus | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 451.2 | 1 | ET | 67 | NO | 870.9313796 | 56 |
| WILPHayward | K3 Line 2 Konus | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 451.2 | 1 | ET | 68 | NO | 97.29502116 | 6 |
| ARWestFraserHuttig | SN-01 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 475.1571628 | 1 | ET | 69 | NO | 475.1571628 | 43 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSSandersonPlumbing | AD-001 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 476.2361353 | 1 | ET | 70 | NO | | |
| ARLeolaLumberMill | SN-01B | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 485.2370597 | 1 | ET | 71 | NO | 485.2370597 | 44 |
| WANipponPaper | #8 Hog Fuel Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 498.4054261 | 1 | ET | 72 | NO | 498.4054261 | 45 |
| AREvergreenPackaging | BB | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 502.7179121 | 1 | ET | 73 | NO | 502.7179121 | 46 |
| MSGPBaySprings | AA-001 (Boiler No. 1) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 546.3959231 | 1 | ET | 74 | NO | 546.3959231 | 47 |
| TXwestfraser | Boiler-1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 569.9905189 | 1 | ET | 75 | NO | 569.9905189 | 48 |
| LAHuntPollock | EQT0005 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 584.8402977 | 1 | ET | 76 | NO | 584.8402977 | 49 |
| MSGPBaySprings | AA-003 (Boiler No. 2) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 585.9405307 | 1 | ET | 77 | NO | 585.9405307 | 50 |
| ARDelticTimberOla | Wood Fired Boiler at Ola Mill (SN-13) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 620.0371246 | 1 | ET | 78 | NO | 620.0371246 | 52 |
| ARWeyerhaeuserDierksMill | SN-32 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 820.6569117 | 1 | ET | 79 | NO | 820.6569117 | 54 |
| MEVersoPaperAndroscoggin | WFI | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 827.8614715 | 2 | ET | 80 | NO | 827.8614715 | 55 |
| MNBlandinPaperEnergyCtr | #5 Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 836.6478562 | 1 | ET | 81 | NO | | |
| MNBlandinPaperEnergyCtr | #6 Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 836.6478562 | 1 | ET | 82 | NO | | |
| ALGPEngineeredWoodProductsThornsby | EU 001 Wood Fired Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 875.1048741 | 3 | ET | 83 | NO | 875.1048741 | 57 |
| NCBlueRidgePaper | G11042 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 875.2365718 | 1 | ET | 84 | NO | | |
| ARGBPMorrilton | SN-02 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1068.182769 | 1 | ET | 85 | NO | 1068.182769 | 58 |
| PAAppletonPapers | #036 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 1070.273768 | 1 | ET | 86 | NO | | |
| TXTempleInlandFiberboard | FB-25 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 1082.952215 | 1 | ET | 87 | NO | 1082.952215 | 59 |
| LAHoodIndustries | EQT001 (wood-fired boiler No. 1) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1207.046268 | 2 | ET | 88 | NO | 1207.046268 | 61 |
| IDRileyCreekLumber | HFB2 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1308.888169 | 1 | ET | 89 | NO | 1308.888169 | 62 |
| ALManningtonWoodFloors | BB01 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1309.168044 | 1 | ET | 90 | NO | 1309.168044 | 64 |
| ALManningtonWoodFloors | BB02 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1309.168044 | 1 | ET | 91 | NO | 1309.168044 | 63 |
| LABoiseCascadeOakdale | B-1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1448.816585 | 1 | ET | 92 | NO | 1448.816585 | 65 |
| LAHuntNatalbany | EQT0001 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1569.910903 | 1 | ET | 93 | NO | | |
| LAWestFraserJoyce | 74A | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1606.366808 | 1 | ET | 94 | NO | 1606.366808 | 66 |
| NCDomtar | 64-25-0290 (No. 1 Hog Fuel Boiler) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 1634.339761 | 1 | ET | 95 | NO | 1634.339761 | 67 |
| LAWestFraserJoyce | 75A | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1741.833665 | 1 | ET | 96 | NO | 1741.833665 | 68 |
| IDMoyieSprings Lumber420 | HFB1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 1883.683999 | 1 | ET | 97 | NO | 1883.683999 | 69 |
| MSWeyerhaeuserBruce | AA-001 No. 1 Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 1951.717733 | 3 | ET | 98 | NO | 1951.717733 | 70 |
| LAHoodIndustries | EQT002 (wood-fired boiler No. 2) | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2329.841208 | 1 | ET | 99 | NO | 2329.841208 | 71 |
| LAWestFraserJoyce | 74B | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2331.175882 | 1 | ET | 100 | NO | 2331.175882 | 72 |
| GAGPMadisonPly | 800 Wood Waste Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2475.006629 | 1 | ET | 101 | NO | 2475.006629 | 73 |
| ALMeadwestvacoCottonton46 | No.1 Wood Residue Boiler | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 2734.407974 | 1 | ET | 102 | NO | | |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2818.17596 | 1 | ET | 103 | NO | 2818.17596 | 74 |
| MSWeyerhaeuser1398 | Boiler No. 1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2891.433679 | 1 | ET | 104 | NO | 2891.433679 | 75 |
| GAPCAValdosta | 1005 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 3420.103456 | 1 | ET | 105 | NO | 3420.103456 | 76 |
| GAPCAValdosta | 1006 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 3420.103456 | 1 | ET | 106 | NO | 3420.103456 | 77 |
| LAHuntPollock | EQT0017 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 3566.917653 | 1 | ET | 107 | NO | | |
| ORBBSMMedford | B1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3852.926895 | 1 | ET | 108 | NO | 3852.926895 | 78 |
| ORBBSMMedford | B2 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3852.926895 | 1 | ET | 109 | NO | 3852.926895 | 79 |
| ORBBSMMedford | B3 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3852.926895 | 1 | ET | 110 | NO | 3852.926895 | 80 |
| WABoiseKettleFallsPlywood | B1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 5482.713611 | 1 | ET | 111 | NO | 5482.713611 | 81 |
| GAWestFraserFolkston | FOB1 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 11720.11062 | 1 | ET | 112 | NO | 11720.11062 | 82 |
| GAWestFraserFolkston | FOB2 | CO | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 16474.8886 | 1 | ET | 113 | NO | 16474.8886 | 83 |

**Appendix B-3e: Unit Rankings for CO from Stokers/Sloped Grate/Other Dry Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVAmericanWoodmark | B1 | CO | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 268.2578712 | 1 | ET | 1 | YES | 268.2578712 | 1 |
| WIAshland | B20 | CO | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 511.1034238 | 1 | ET | 2 | NO | 511.1034238 | 2 |
| OKPanPacificProducts | EU 100 | CO | Dry Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 557.026194 | 1 | ET | 3 | NO | 557.026194 | 3 |
| WVAmericanWoodmark | B2 | CO | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 1284.253943 | 2 | ET | 4 | NO | 1284.253943 | 4 |

**Appendix B-3f: Unit Rankings for CO from Hybrid Suspension Grate Boiler Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TXRGVSG | Boiler No. 6 | CO | Biomass | Suspension/Grate | No HAP APCD Control | 125.6666667 | 1 | ET | 1 | YES | 125.6666667 | 1 |
| FLUSSugarCorp | Boiler No. 7 | CO | Biomass | Suspension/Grate | Electrostatic Precipitator | 180.3254517 | 13 | ET | 2 | YES | 180.3254517 | 2 |
| FLSugarCaneGrowersCoop | Boiler No. 8 | CO | Biomass | Suspension/Grate | Wet Scrubber | 378.2715262 | 13 | ET | 3 | YES | 378.2715262 | 3 |
| FLUSSugarCorp | Boiler No. 8 | CO | Biomass | Suspension/Grate | Electrostatic Precipitator | 427 | 8 | ET | 4 | YES | 420.8703522 | 4 |
| HIPuuneneSugarMill | Boiler 3 | CO | Biomass | Suspension/Grate | Venturi Scrubber | 593 | 18 | ET | 5 | YES | 2110.503333 | 7 |
| FLUSSugarCorp | Boiler No. 4 | CO | Biomass | Suspension/Grate | Wet Scrubber | 781 | 11 | ET | 6 | NO | 1193.140814 | 6 |
| FLSugarCaneGrowersCoop | Boiler No. 1 | CO | Biomass | Suspension/Grate | Wet Scrubber | 2503.301391 | 1 | ET | 7 | NO | 2503.301391 | 8 |
| HIPuuneneSugarMill | Boiler 1 | CO | Biomass | Suspension/Grate | Venturi Scrubber | 3306.38 | 2 | ET | 8 | NO | 3306.38 | 10 |
| HIPuuneneSugarMill | Boiler 2 | CO | Biomass | Suspension/Grate | Venturi Scrubber | 3306.38 | 2 | ET | 9 | NO | 3306.38 | 9 |
| FLOsceolaFarms | Boiler No. 3 | CO | Biomass | Suspension/Grate | Wet Scrubber | 5331.943135 | 1 | ET | 10 | NO | 5331.943135 | 11 |
| FLSugarCaneGrowersCoop | Boiler No. 3 | CO | Biomass | Suspension/Grate | Wet Scrubber | 6264 | 1 | ET | 11 | NO | 693.8505315 | 5 |
| FLUSSugarCorp | Boiler No. 1 | CO | Biomass | Suspension/Grate | Wet Scrubber | 6861.889542 | 1 | ET | 12 | NO | 6861.889542 | 12 |
| FLOsceolaFarms | Boiler No. 6 | CO | Biomass | Suspension/Grate | Wet Scrubber | 9992.634511 | 1 | ET | 13 | NO | 9992.634511 | 13 |
| FLUSSugarCorp | Boiler No. 2 | CO | Biomass | Suspension/Grate | Wet Scrubber | 17097.47245 | 2 | ET | 14 | NO | 17097.47245 | 14 |

**Appendix B-3g: Unit Rankings for CO from Suspension Burner Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GATempleInlandThomson | BW-B001 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 15.37267933 | 4 | ET | 1 | YES | 15.37267933 | 1 |
| TXDibollTemple-Inland | PB-44 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 69.30936612 | 1 | ET | 2 | YES | 69.30936612 | 2 |
| MNAndersonCorpBayport | Boiler 11 EU620 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 92.51445303 | 3 | ET | 3 | NO | 92.51445303 | 3 |
| MNAndersonCorpBayport | Boiler 12 EU621 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 99.64285018 | 3 | ET | 4 | NO | 99.64285018 | 4 |
| ORFlakeboardEugene | Boiler-2 | CO | Biomass | Suspension Burner | Fabric Filter | 448.4686569 | 1 | ET | 5 | NO | | |
| OHSauderWoodArchbold | B009 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 501.7698961 | 1 | ET | 6 | NO | 501.7698961 | 5 |
| OHSauderWoodArchbold | B008 | CO | Biomass | Suspension Burner | Electrostatic Precipitator | 542.4872898 | 1 | ET | 7 | NO | 542.4872898 | 6 |
| MNNorbordMinnesota | Konus No. 1 | CO | Biomass | Suspension Burner | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 959.7274305 | 1 | ET | 8 | NO | 959.7274305 | 8 |
| MNNorbordMinnesota | Konus No. 2 | CO | Biomass | Suspension Burner | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 959.7274305 | 1 | ET | 9 | NO | 959.7274305 | 7 |

**Appendix B-4a: Unit Rankings for CO from Fluidized Bed Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAADMCornProcessingCR | EU-530 | CO | Coal | FB | Fabric FilterFurnace Sorbent Injection | 8.889834554 | 1 | ET | 1 | YES | 8.889834554 | 1 |
| IAADMCornProcessingCR | EU-502A | CO | Coal | FB | Fabric FilterFurnace Sorbent Injection | 23.05998952 | 1 | ET | 2 | YES | 23.05998952 | 2 |
| IAADMCornProcessingCR | EU-501B | CO | Coal | FB | Fabric FilterFurnace Sorbent Injection | 23.67538247 | 3 | ET | 3 | NO | 23.67538247 | 3 |
| IAADMCornProcessingCR | EU-501A | CO | Coal | FB | Fabric FilterFurnace Sorbent Injection | 30.02838917 | 1 | ET | 4 | NO | 30.02838917 | 4 |
| INPurdueUniverisity | Boiler 5 | CO | Coal | FB | Fabric FilterDuct Sorbent Injection | 31.95763097 | 2 | ET | 5 | NO | 31.95763097 | 5 |
| ILCornProductsInt | B10 | CO | Coal | FB | Fabric FilterDry Sorbent Injection | 32.90599033 | 1 | ET | 6 | NO | 32.90599033 | 6 |
| ILPolyOne | B1 | CO | Coal | FB | Fabric FilterDry Sorbent Injection | 38.58313751 | 1 | ET | 7 | NO | 38.58313751 | 7 |
| NCUNCCogen | ES-001 | CO | Coal | FB | Fabric FilterDry Sorbent Injection | 41.05215233 | 1 | ET | 8 | NO | 41.05215233 | 8 |
| NEADMLincoln | EU26 Coal Boiler | CO | Coal | FB | Fabric Filter | 43.09840031 | 1 | ET | 9 | NO | 43.09840031 | 9 |
| ILBungeDanville | CFB Boiler | CO | Coal | FB | Fabric Filter | 48.98497061 | 1 | ET | 10 | NO | 48.98497061 | 10 |
| IAADMCornProcessingCR | EU-502B | CO | Coal | FB | Fabric FilterFurnace Sorbent Injection | 50.11413413 | 1 | ET | 11 | NO | 50.11413413 | 11 |
| WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | CO | Coal | FB | Fabric FilterDry Sorbent Injection | 50.51384283 | 2 | ET | 12 | NO | 50.51384283 | 12 |
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | CO | Coal | FB | Fabric Filter | 55.20460348 | 2 | ET | 13 | NO | 55.20460348 | 13 |
| IAUofIowa | EP7 Boiler 11 | CO | Coal | FB | Fabric FilterDry Sorbent Injection | 62.67033805 | 1 | ET | 14 | NO | 62.67033805 | 14 |
| PAPHGlatfelter | PB5 | CO | Coal | FB | Dry Sorbent InjectionElectrostatic Precipitator | 73.95883447 | 1 | ET | 15 | NO | 73.95883447 | 15 |

**Appendix B-4b: Unit Rankings for CO from Fluidized Bed with Integrated Heat Exchanger Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAKimberlyClarkChester | Boiler #10 (ID 035) | CO | Coal | FB-HE | Fabric Filter | 104.2997484 | 1 | ET | 1 | YES | 104.2997484 | 1 |

**Appendix B-4c: Unit Rankings for CO from Pulverized Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | CO | Coal | PC | Wet ScrubberElectrostatic Precipitator | 5.493216251 | 1 | ET | 1 | YES | 5.493216251 | 1 |
| IAUofNorthernIowa | Boiler #3 | CO | Coal | PC | Fabric Filter | 10.33745877 | 2 | ET | 2 | YES | 10.33745877 | 2 |
| OKGPMuskogeeMill | B-4 | CO | Coal | PC | Fabric Filter | 13.96812304 | 2 | ET | 3 | YES | 13.96812304 | 3 |
| FLSmurfit-Stone | 7PB | CO | Coal | PC | Electrostatic Precipitator | 15.25740284 | 1 | ET | 4 | YES | 15.25740284 | 4 |
| TNEastman_NO_CBIDATA | Boiler 30 | CO | Coal | PC | Dry ScrubberElectrostatic Precipitator | 17.84402416 | 1 | ET | 5 | YES | 17.84402416 | 5 |
| INAlcoaWarrick | Unit #3 | CO | Coal | PC | Wet ScrubberElectrostatic Precipitator | 21 | 2 | ET | 6 | NO | 21 | 6 |
| INNewEnergy | Riley Boiler | CO | Coal | PC | Fabric Filter | 21 | 1 | ET | 7 | NO | 21 | 7 |
| VAPhilipMorrisPark500 | B3 | CO | Coal | PC | Electrostatic Precipitator | 21.71663416 | 2 | ET | 8 | NO | 21.71663416 | 8 |
| VASmurfitStoneWestpt | PB08 | CO | Coal | PC | Electrostatic Precipitator | 23.07367604 | 4 | ET | 9 | NO | 23.07367604 | 9 |
| INTateLyleSagamore | 31B1 | CO | Coal | PC | Fabric Filter | 24.78543835 | 1 | ET | 10 | NO | 24.78543835 | 10 |
| OKGPMuskogeeMill | B-3 | CO | Coal | PC | Fabric Filter | 27.67701522 | 2 | ET | 11 | NO | 27.67701522 | 11 |
| OKGPMuskogeeMill | B-2 | CO | Coal | PC | Electrostatic Precipitator | 29.11406094 | 3 | ET | 12 | NO | 29.11406094 | 12 |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | CO | Coal | PC | Electrostatic Precipitator | 35.77684354 | 1 | ET | 13 | NO | 35.77684354 | 13 |
| NCBlueRidgePaper | G11038 | CO | Coal | PC | Electrostatic Precipitator | 37 | 1 | ET | 14 | NO | 37 | 15 |
| NCBlueRidgePaper | G11039 | CO | Coal | PC | Electrostatic Precipitator | 37 | 1 | ET | 15 | NO | 37 | 16 |
| NCBlueRidgePaper | G11040 | CO | Coal | PC | Electrostatic Precipitator | 37 | 1 | ET | 16 | NO | 37 | 17 |
| VAPhilipMorrisMC | PC | CO | Coal | PC | Electrostatic Precipitator | 37 | 1 | ET | 17 | NO | 37 | 14 |
| WYGeneralChemical | GR-2-L (C BOILER) | CO | Coal | PC | Electrostatic Precipitator | 37 | 1 | ET | 18 | NO | 37 | 18 |
| VAGPBigIsland2703 | PWR04 - No. 4 Power Boiler | CO | Coal | PC | Electrostatic Precipitator | 37.0400411 | 1 | ET | 19 | NO | 37.0400411 | 19 |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | CO | Coal | PC | Fabric Filter | 41.33696688 | 1 | ET | 20 | NO | 41.33696688 | 20 |
| INAlcoaWarrick | Unit #2 | CO | Coal | PC | Wet ScrubberElectrostatic Precipitator | 42.98542417 | 1 | ET | 21 | NO | 42.98542417 | 21 |
| VAPhilipMorrisPark500 | B2 | CO | Coal | PC | Electrostatic Precipitator | 43.40944712 | 1 | ET | 22 | NO | 43.40944712 | 22 |
| ILPrairiePowerPearl | B1 | CO | Coal | PC | Wet Scrubber | 45.24559722 | 1 | ET | 23 | NO | 45.24559722 | 23 |
| IDTASCOPaul | Erie City Boiler | CO | Coal | PC | Wet Scrubber | 45.96588766 | 1 | ET | 24 | NO | 45.96588766 | 24 |
| TNDuPontOldHickoryPlant | #20 Boiler | CO | Coal | PC | Electrostatic Precipitator | 49.38286479 | 2 | ET | 25 | NO | 49.38286479 | 25 |
| WYFMCGreenRiver | NS-1A | CO | Coal | PC | Dry ScrubberElectrostatic Precipitator | 49.97762696 | 1 | ET | 26 | NO | 49.97762696 | 26 |
| PADomtarJohnsonburg | #81 Coal Boiler | CO | Coal | PC | Wet ScrubberElectrostatic Precipitator | 72.703566 | 1 | ET | 27 | NO | 72.703566 | 27 |
| PADomtarJohnsonburg | #82 Coal Boiler | CO | Coal | PC | Wet ScrubberElectrostatic Precipitator | 72.703566 | 1 | ET | 28 | NO | 72.703566 | 28 |
| ILDukeEnergyTuscola | Unit 3 | CO | Coal | PC | Electrostatic Precipitator | 74.91811298 | 3 | ET | 29 | NO | 74.91811298 | 30 |
| ILDukeEnergyTuscola | Unit 4 | CO | Coal | PC | Electrostatic Precipitator | 74.91811298 | 1 | ET | 30 | NO | 74.91811298 | 29 |
| ILDukeEnergyTuscola | Unit 1 | CO | Coal | PC | Electrostatic Precipitator | 75.02228016 | 2 | ET | 31 | NO | 75.02228016 | 31 |
| NCBlueRidgePaper | G11037 | CO | Coal | PC | Electrostatic Precipitator | 75.24457895 | 1 | ET | 32 | NO | 75.24457895 | 32 |
| MITBSimonPowerPlant | Unit 1 | CO | Coal | PC | Fabric Filter | 78.66763231 | 1 | ET | 33 | NO | 78.66763231 | 33 |
| MOAnheuserBusch | Boiler 5 | CO | Coal | PC | Electrostatic Precipitator | 109.305079 | 1 | ET | 34 | NO | 109.305079 | 34 |
| WVPPGMartinsville | R011-Boiler 3 | CO | Coal | PC | Fabric Filter | 130.1693547 | 1 | ET | 35 | NO | 130.1693547 | 35 |
| MDNewPage-Luke | No. 25 | CO | Coal | PC | Fabric Filter | 131.0361486 | 1 | ET | 36 | NO | 131.0361486 | 36 |
| MOAnheuserBusch | Boiler 1 | CO | Coal | PC | Electrostatic Precipitator | 138.8389028 | 1 | ET | 37 | NO | 138.8389028 | 37 |

**Appendix B-4d: Unit Rankings for CO from Stoker Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INNotreDame | B-4 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 4.293691382 | 1 | ET | 1 | YES | 4.293691382 | 1 |
| WVDuPontWashingtonWorks | P05 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 16.31035721 | 1 | ET | 2 | YES | 16.31035721 | 2 |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 28.45349543 | 2 | ET | 3 | YES | 28.45349543 | 3 |
| OHAkronThermalEnergy | Boiler #32 (B001) | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 37 | 1 | ET | 4 | YES | 37 | 4 |
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 37 | 1 | ET | 5 | YES | | |
| SCInternationalPaperEastover | No. 1 Power Boiler | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 37 | 1 | ET | 6 | YES | 37 | 5 |
| IAMuscatinePowerandWater | Unit 7 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 42.41023425 | 3 | ET | 7 | YES | 42.41023425 | 6 |
| VAUniversityofVirginia | 7103-1-01R | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 43.9792385 | 2 | ET | 8 | YES | 43.9792385 | 7 |
| OHAppletonIdeas | Boiler 4 (B003) | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 44.38083951 | 1 | ET | 9 | NO | 44.38083951 | 8 |
| OHAppletonIdeas | Boiler 2 (B002) | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 45.63686155 | 1 | ET | 10 | NO | 45.63686155 | 9 |
| PABayValleyFoodsPittsburgh | Boiler No. 3 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 51.84766578 | 1 | ET | 11 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 4 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 51.84766578 | 1 | ET | 12 | NO | | |
| KYISPChemicals | 0AA (Riley) | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 52.07334004 | 2 | ET | 13 | NO | 52.07334004 | 10 |
| ILAbbottAbbottPark | Unit 5AP | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 54.17857074 | 1 | ET | 14 | NO | 54.17857074 | 11 |
| WIThilmanyLLC | B09 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 64.45626792 | 1 | ET | 15 | NO | 64.45626792 | 12 |
| WIThilmanyLLC | B11 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 64.45626792 | 1 | ET | 16 | NO | 64.45626792 | 13 |
| MOColumbiaPowerPlant | Boiler Unit 6 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 65.08073567 | 1 | ET | 17 | NO | 65.08073567 | 14 |
| MOColumbiaPowerPlant | Boiler Unit 7 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 65.08073567 | 1 | ET | 18 | NO | 65.08073567 | 15 |
| NCNC_DukeUniversity_Durham | 7754-02 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 68.53162159 | 1 | ET | 19 | NO | 68.53162159 | 16 |
| NCEPCORRoxboro | 1-A | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 69.23965942 | 1 | ET | 20 | NO | 69.23965942 | 19 |
| NCEPCORRoxboro | 1-B | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 69.23965942 | 1 | ET | 21 | NO | 69.23965942 | 17 |
| NCEPCORRoxboro | 1-C | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 69.23965942 | 1 | ET | 22 | NO | 69.23965942 | 18 |
| VAUniversityofVirginia | 7103-1-02R | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 72.92841246 | 1 | ET | 23 | NO | 72.92841246 | 20 |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 80.37412034 | 1 | ET | 24 | NO | 80.37412034 | 21 |
| IAUofIowa | EP6 Boiler 10 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 89.58644478 | 1 | ET | 25 | NO | 89.58644478 | 22 |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 89.92871496 | 2 | ET | 26 | NO | 89.92871496 | 23 |
| SCClemson | 04-B04 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 95.74796168 | 1 | ET | 27 | NO | 95.74796168 | 24 |
| PABellefieldPlant | Boiler 3 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 95.92207951 | 1 | ET | 28 | NO | | |
| OHBataviaTransmissions | Boiler 2 (B002) | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 103.6319518 | 1 | ET | 29 | NO | 103.6319518 | 25 |
| WIFlambeauRiverPaper | B24 | CO | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 104.1037861 | 1 | ET | 30 | NO | 104.1037861 | 26 |
| PABellefieldPlant | Boiler 5 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 105.1788596 | 1 | ET | 31 | NO | | |
| VACogentrixHopewell | 2A | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 123.4518042 | 2 | ET | 32 | NO | 123.4518042 | 28 |
| VACogentrixHopewell | 2B | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 123.4518042 | 2 | ET | 33 | NO | 123.4518042 | 29 |
| VACogentrixHopewell | 2C | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 123.4518042 | 2 | ET | 34 | NO | 123.4518042 | 27 |
| PABayValleyFoodsPittsburgh | Boiler No. 1 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 143.6435331 | 1 | ET | 35 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 2 | CO | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 143.6435331 | 1 | ET | 36 | NO | | |
| VAUniversityofVirginia | 7103-1-05 | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 152.5902244 | 1 | ET | 37 | NO | 152.5902244 | 30 |
| WYFMCGranger | UIN-14 | CO | Coal | Stoker/SlopedGrate/Other | Dry ScrubberElectrostatic Precipitator | 160.0386198 | 1 | ET | 38 | NO | 160.0386198 | 31 |
| VACogentrixPortsmouth | 1A | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 196.4171516 | 2 | ET | 39 | NO | 196.4171516 | 32 |
| VACogentrixPortsmouth | 1B | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 196.4171516 | 2 | ET | 40 | NO | 196.4171516 | 33 |
| VACogentrixPortsmouth | 1C | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 196.4171516 | 2 | ET | 41 | NO | 196.4171516 | 34 |
| WIThilmanyPapersNicoletMill | B23 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 212.1149903 | 1 | ET | 42 | NO | 212.1149903 | 35 |
| WIThilmanyPapersNicoletMill | B24 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 212.1149903 | 1 | ET | 43 | NO | 212.1149903 | 36 |
| NCEPCORSouthport | 1-A Boiler | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 232.6774602 | 1 | ET | 44 | NO | 232.6774602 | 37 |
| NCEPCORSouthport | 1-B Boiler | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 232.6774602 | 1 | ET | 45 | NO | 232.6774602 | 38 |
| NCEPCORSouthport | 1-C Boiler | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 232.6774602 | 1 | ET | 46 | NO | 232.6774602 | 39 |
| WYFMCGranger | UIN-15 | CO | Coal | Stoker/SlopedGrate/Other | Dry ScrubberElectrostatic Precipitator | 235.6568677 | 1 | ET | 47 | NO | 235.6568677 | 40 |
| MNADMCornDivision | Coal Boiler #1 EU049 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 253.2462929 | 1 | ET | 48 | NO | 253.2462929 | 41 |
| MNADMCornDivision | Coal Boiler #2 EU050 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 253.2462929 | 1 | ET | 49 | NO | 253.2462929 | 42 |
| OHCampbellsSoupCo | B001 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 290.9313744 | 1 | ET | 50 | NO | 378.6470616 | 47 |
| MDNewPage-Luke | No. 24 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 290.9381714 | 1 | ET | 51 | NO | 290.9381714 | 43 |
| OHCampbellsSoupCo | B002 | CO | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 292.1313744 | 1 | ET | 52 | NO | 378.6470616 | 48 |
| VACogentrixPortsmouth | 2A | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 346.6487093 | 1 | ET | 53 | NO | 346.6487093 | 44 |
| VACogentrixPortsmouth | 2B | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 346.6487093 | 1 | ET | 54 | NO | 346.6487093 | 45 |
| VACogentrixPortsmouth | 2C | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 346.6487093 | 1 | ET | 55 | NO | 346.6487093 | 46 |
| TNCargillMemphis | Stoker Boiler 8001 | CO | Coal | Stoker/SlopedGrate/Other | Fabric FilterWet Scrubber | 553.7430664 | 1 | ET | 56 | NO | 553.7430664 | 49 |
| IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | CO | Coal | Stoker/SlopedGrate/Other | Wet Scrubber | 576.9392244 | 1 | ET | 57 | NO | 576.9392244 | 50 |
| VACogentrixHopewell | 1A | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 599.6253984 | 1 | ET | 58 | NO | 599.6253984 | 51 |
| VACogentrixHopewell | 1B | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 599.6253984 | 1 | ET | 59 | NO | 599.6253984 | 52 |
| VACogentrixHopewell | 1C | CO | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 599.6253984 | 1 | ET | 60 | NO | 599.6253984 | 53 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | CO | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 675.4881668 | 1 | ET | 61 | NO | 675.4881668 | 54 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NDMinnDakFarmers | Babcock and Wilcox Boiler #6 | CO | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 675.4881668 | 1 | ET | 62 | NO | 675.4881668 | 55 |
| MIMortonSaltManistee | No. 6 Boiler | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 1285.947129 | 1 | ET | 63 | NO | 1285.947129 | 56 |
| IACargillEddyville | 1.001 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 4373.055286 | 1 | ET | 64 | NO | 4373.055286 | 58 |
| IACargillEddyville | 1.002 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 4373.055286 | 1 | ET | 65 | NO | 4373.055286 | 59 |
| IACargillEddyville | 1.039 | CO | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 4373.055286 | 1 | ET | 66 | NO | 4373.055286 | 57 |

**Appendix B-5a: Unit Rankings for Filterable PM from Fluidized Bed Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Particulate Matter (PM) filterable | Biomass | FB | Fabric FilterDry Sorbent Injection | 0.0011 | 5 | ET | 1 | YES | 0.007103545 | 4 |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | Particulate Matter (PM) filterable | Biomass | FB | Fabric Filter | 0.001336667 | 2 | ET | 2 | YES | 0.001336667 | 1 |
| MENewPage-Rumford | Cogen#6 | Particulate Matter (PM) filterable | Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 0.001474653 | 2 | ET | 3 | YES | | |
| MENewPage-Rumford | Cogen#7 | Particulate Matter (PM) filterable | Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 0.001474653 | 2 | ET | 4 | YES | | |
| PAPHGlatfelter | PB5 | Particulate Matter (PM) filterable | Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 0.002793333 | 2 | ET | 5 | YES | | |
| IAUofIowa | EP7 Boiler 11 | Particulate Matter (PM) filterable | Biomass | FB | Fabric FilterDry Sorbent Injection | 0.003530516 | 2 | ET | 6 | NO | | |
| KYDomtarHawesville | Biofuel Boiler B-900 | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.004466667 | 1 | ET | 7 | NO | | |
| LAGPPortHudson | EQT0109 - No. 6 CFB Boiler | Particulate Matter (PM) filterable | Biomass | FB | Dry Scrubber Limestone InjectionElectrostatic Precipitator | 0.004733333 | 5 | ET | 8 | NO | | |
| ALIPCourtland | No. 3 Combination Boier / 11Cu301 | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.004916667 | 1 | ET | 9 | NO | 0.004916667 | 2 |
| GATempleInlandRome | WF | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.006650225 | 1 | ET | 10 | NO | 0.006650225 | 3 |
| GASPNewsprint | PB2 | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.007699516 | 2 | ET | 11 | NO | | |
| SCSonocoHartsville | Boiler Number 9 | Particulate Matter (PM) filterable | Biomass | FB | Fabric FilterDry Sorbent Injection | 0.020033568 | 1 | ET | 12 | NO | | |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.034 | 3 | ET | 13 | NO | 0.034 | 5 |
| GAGPSRMRiincon | EU BO01 | Particulate Matter (PM) filterable | Biomass | FB | Fabric Filter/Limestone Injection, General | 0.04585 | 1 | ET | 14 | NO | | |
| FLRayonierPerformance | PB06 | Particulate Matter (PM) filterable | Biomass | FB | Wet ScrubberElectrostatic Precipitator | 0.048373333 | 1 | ET | 15 | NO | | |
| NCSeaboardLumber | ES-3 | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.05240567 | 1 | ET | 16 | NO | 0.05240567 | 6 |
| TNDomtar2384 | HFB1-1 | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.096 | 1 | ET | 17 | NO | 0.096 | 7 |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | Particulate Matter (PM) filterable | Biomass | FB | Electrostatic Precipitator | 0.180854683 | 1 | ET | 18 | NO | 0.180854683 | 8 |

**Appendix B-5b: Unit Rankings for TSM from Fluidized Bed Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALIPCourtland | No. 3 Combination Boier / 11Cu301 | TSM8 | Biomass | FB | Electrostatic Precipitator | 2.56754E-06 | 1 | ET | 1 | YES | 2.56754E-06 | 1 |
| IAUofIowa | EP7 Boiler 11 | TSM8 | Biomass | FB | Fabric FilterDry Sorbent Injection | 3.99687E-06 | 1 | ET | 2 | YES | | |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | TSM8 | Biomass | FB | Fabric Filter | 7.36619E-06 | 2 | ET | 3 | YES | 7.36619E-06 | 2 |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | TSM8 | Biomass | FB | Fabric FilterDry Sorbent Injection | 1.12712E-05 | 1 | ET | 4 | YES | | |
| MENewPage-Rumford | Cogen#7 | TSM8 | Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 1.32979E-05 | 1 | ET | 5 | YES | | |
| MENewPage-Rumford | Cogen#6 | TSM8 | Biomass | FB | Dry Sorbent InjectionElectrostatic Precipitator | 1.32979E-05 | 1 | ET | 6 | YES | | |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | TSM8 | Biomass | FB | Electrostatic Precipitator | 1.39998E-05 | 1 | ET | 7 | NO | 1.39998E-05 | 3 |
| GASPNewsprint | PB2 | TSM8 | Biomass | FB | Electrostatic Precipitator | 3.46497E-05 | 1 | ET | 8 | NO | | |
| SCSonocoHartsville | Boiler Number 9 | TSM8 | Biomass | FB | Fabric FilterDry Sorbent Injection | 3.94029E-05 | 1 | ET | 9 | NO | | |
| GATempleInlandRome | WF | TSM8 | Biomass | FB | Electrostatic Precipitator | 7.43042E-05 | 1 | ET | 10 | NO | 7.43042E-05 | 4 |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | TSM8 | Biomass | FB | Electrostatic Precipitator | 0.0001025 | 3 | ET | 11 | NO | 0.0001025 | 5 |
| NCSeaboardLumber | ES-3 | TSM8 | Biomass | FB | Electrostatic Precipitator | 0.000488604 | 1 | ET | 12 | NO | 0.000488604 | 6 |
| TNDomtar2384 | HFB1-1 | TSM8 | Biomass | FB | Electrostatic Precipitator | 0.00055205 | 1 | ET | 13 | NO | 0.00055205 | 7 |

**Appendix B-5c: Unit Rankings for Filterable PM from Fuel Cell Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARWeyerhaeuserDierksMill | SN-45 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.00142 | 3 | ET | 1 | YES | 0.00142 | 1 |
| IDPotlatch | PB-1 CE | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.0024 | 2 | ET | 2 | YES | 0.0024 | 2 |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.003333333 | 7 | ET | 3 | YES | 0.003333333 | 3 |
| MSNorbordMS | Wellons No. 1 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.008943542 | 1 | ET | 4 | YES | 0.008943542 | 4 |
| MSNorbordMS | Wellons No. 2 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.008943542 | 1 | ET | 5 | YES | 0.008943542 | 5 |
| MSNorbordMS | Wellons No. 3 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrostatic Precipitator | 0.008943542 | 1 | ET | 6 | YES | 0.008943542 | 6 |
| TXNorbordTexasNacogdoches | Konus No. 1 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrified Filter Bed (EFB) | 0.037333333 | 1 | ET | 7 | NO | 0.037333333 | 7 |
| TXNorbordTexasNacogdoches | Konus No. 2 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Electrified Filter Bed (EFB) | 0.037333333 | 1 | ET | 8 | NO | 0.037333333 | 8 |
| ARAnthonyForestProducts | SN-12 | Particulate Matter (PM) filterable | Biomass | Fuel Cell | Cyclone or Multiclone | 0.129252229 | 1 | ET | 9 | NO | 0.129252229 | 9 |

**Appendix B-5d: Unit Rankings for TSM from Fuel Cell Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDPotlatch | PB-1 CE | TSM8 | Biomass | Fuel Cell | Electrostatic Precipitator | 1.43363E-05 | 2 | ET | 1 | YES | 1.43363E-05 | 1 |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | TSM8 | Biomass | Fuel Cell | Electrostatic Precipitator | 2.36426E-05 | 3 | ET | 2 | YES | 2.36426E-05 | 2 |
| ARAnthonyForestProducts | SN-12 | TSM8 | Biomass | Fuel Cell | Cyclone or Multiclone | 0.002894064 | 1 | ET | 3 | YES | 0.002894064 | 3 |

**Appendix B-5e: Unit Rankings for Filterable PM from Dutch Ovens/Pile Burners Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 0.0013 | 3 | ET | 1 | YES | 0.000745998 | 1 |
| ARPotlatchForestWarren | Wellons Boiler | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 0.002741551 | 2 | ET | 2 | YES | 0.0008 | 2 |
| NCWeyerhaeuserGrifton | ES-SEH-2901 | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 0.017 | 2 | ET | 3 | YES | 0.017 | 3 |
| NCWeyerhaeuserGrifton | ES-SEH-3901 | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 0.017 | 2 | ET | 4 | YES | 0.017 | 4 |
| ORRosboroSpringfield | DV 01.1 | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Cyclone or Multiclone | 0.12 | 1 | ET | 5 | YES | 0.12 | 5 |
| WAGraysHarborPaper | No. 6 Boiler (EU2) | Particulate Matter (PM) filterable | Biomass | Dutch Oven/Pile Burner | Venturi Scrubber | 0.204333333 | 2 | ET | 6 | NO | 0.204333333 | 6 |

**Appendix B-5f: Unit Rankings for TSM from Dutch Ovens/Pile Burners Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | TSM8 | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 1.55186E-05 | 1 | ET | 1 | YES | 1.55186E-05 | 1 |
| WASimpsonLumberCompany | EU1 | TSM8 | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 5.9874E-05 | 1 | ET | 2 | YES | 5.9874E-05 | 2 |
| IDPotlatch | PB-3 Hurst | TSM8 | Biomass | Dutch Oven/Pile Burner | Electrostatic Precipitator | 0.000145788 | 1 | ET | 3 | YES | 0.000145788 | 3 |
| ORRosboroSpringfield | DV 01.2 | TSM8 | Biomass | Dutch Oven/Pile Burner | Cyclone or Multiclone | 0.000259044 | 1 | ET | 4 | YES | 0.000259044 | 4 |
| ORRosboroSpringfield | DV 01.1 | TSM8 | Biomass | Dutch Oven/Pile Burner | Cyclone or Multiclone | 0.000556465 | 1 | ET | 5 | YES | 0.000556465 | 5 |
| WAGraysHarborPaper | No. 6 Boiler (EU2) | TSM8 | Biomass | Dutch Oven/Pile Burner | Venturi Scrubber | 0.001340002 | 2 | ET | 6 | NO | 0.001340002 | 6 |

**Appendix B-5g: Unit Rankings for Filterable PM from Stokers/Sloped Grate/Other Wet Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 0.00050268 | 3 | ET | 1 | YES | | |
| GAGPMadisonPly | 800 Wood Waste Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.001309558 | 10 | ET | 2 | YES | 0.001237071 | 1 |
| GAGPMonticelloPlywood | EU700 - Wood Waste Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.001333333 | 5 | ET | 3 | YES | | |
| MSGPNewAugusta | AA-015 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0018 | 3 | ET | 4 | YES | 0.0018 | 2 |
| ARWeyerhaeuserDierksMill | SN-32 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00186 | 8 | ET | 5 | YES | 0.00186 | 3 |
| CASierraPacificLincoln | McBurney Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00209012 | 2 | ET | 6 | YES | 0.00209012 | 4 |
| IDRileyCreekLumber | HFB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002111999 | 1 | ET | 7 | YES | 0.002111999 | 5 |
| SCMarlboroPaper | Hogged Fuel Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002333333 | 3 | ET | 8 | YES | 0.002333333 | 6 |
| SCInternationalPaperEastover | No. 2 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002633333 | 9 | ET | 9 | YES | 0.002633333 | 7 |
| FLSmurfit-Stone | 5PB | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002666667 | 1 | ET | 10 | YES | | |
| WAWeyerhaeuserLongview | No. 11 Hog Fuel Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Duct Sorbent InjectionElectrostatic Precipitator | 0.002666667 | 1 | ET | 11 | YES | | |
| MEBoralexStratton | Boiler #1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00329483 | 1 | ET | 12 | YES | 0.002814082 | 8 |
| MESDWarren | #21 Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003333333 | 1 | ET | 13 | YES | | |
| LAWeyerhaeuserDodson | ES-017 WFB | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003333333 | 4 | ET | 14 | YES | 0.003333333 | 10 |
| IDPotlatch | PB-2 Riley | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003433333 | 1 | ET | 15 | YES | 0.003433333 | 11 |
| ARLeolaLumberMill | SN-01A | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003666667 | 1 | ET | 16 | YES | 0.003666667 | 12 |
| GATempleInlandRome | PB4 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003666667 | 1 | ET | 17 | YES | 0.003666667 | 13 |
| WVWeyerhaeuserBuckhannon | 001-01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003840659 | 2 | ET | 18 | YES | 0.003840659 | 14 |
| WIDomtar2814 | B11, S11 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003880585 | 1 | ET | 19 | NO | 0.003041338 | 9 |
| FLGPHawthorne | EU 001 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.004 | 1 | ET | 20 | NO | | |
| MNBoisePaper1212 | EU 430 Boiler #2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.004348857 | 1 | ET | 21 | NO | 0.004348857 | 15 |
| MNFibrominn | EU-001 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.004666667 | 2 | ET | 22 | NO | | |
| SCNewSouthCoConway | WWB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0051 | 2 | ET | 23 | NO | 0.0051 | 16 |
| MESDWarrenSomerset | No2 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | DryScrubberElectrostatic Precipitator | 0.005136667 | 4 | ET | 24 | NO | | |
| GAIPSavannah | No. 13 Power Boiler - PB13 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.005333333 | 4 | ET | 25 | NO | | |
| GAGPCelluloseBrunswick | U700 -- No. 4 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0054 | 2 | ET | 26 | NO | | |
| ARLeolaLumberMill | SN-01B | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.005566667 | 1 | ET | 27 | NO | 0.005566667 | 17 |
| OKWeyerhaeuserWrightCity | EUG 19 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0058 | 3 | ET | 28 | NO | 0.0058 | 18 |
| ORSPNewsprint | B10-EU | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0058 | 1 | ET | 29 | NO | | |
| ORBBSMMedford | B1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.006333333 | 1 | ET | 30 | NO | 0.006333333 | 19 |
| ORBBSMMedford | B2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.006333333 | 1 | ET | 31 | NO | 0.006333333 | 20 |
| ORBBSMMedford | B3 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.006333333 | 1 | ET | 32 | NO | 0.006333333 | 21 |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 0.006558471 | 1 | ET | 33 | NO | 0.006558471 | 22 |
| MNDESPHansONyman | EU007 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.006666667 | 1 | ET | 34 | NO | 0.006666667 | 23 |
| SCCogenSouth | B001 - Main Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.00707 | 4 | ET | 35 | NO | | |
| SCNewSouthCamden | WWB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0071 | 1 | ET | 36 | NO | 0.0071 | 24 |
| ALGPBrewtonMill | BR-PSG0-S026 No. 3 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.007461695 | 5 | ET | 37 | NO | 0.007461695 | 25 |
| KYNewPage-Wickliffe | B09 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.008 | 3 | ET | 38 | NO | 0.008 | 26 |
| SCSmurfitStone | Unit 15: Boiler #3 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009166667 | 1 | ET | 39 | NO | 0.009166667 | 27 |
| ALManningtonWoodFloors | BB01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009666667 | 1 | ET | 40 | NO | 0.009666667 | 28 |
| ALManningtonWoodFloors | BB02 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009666667 | 1 | ET | 41 | NO | 0.009666667 | 29 |
| WINewPage-WisconsinRapids | Power Boiler 2 - B20 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009833333 | 1 | ET | 42 | NO | | |
| ALGPBrewtonMill | BR-PSG0-S021 No. 2 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.01 | 4 | ET | 43 | NO | | |
| GARayonierBaxley | PB02 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0118 | 3 | ET | 44 | NO | 0.0118 | 30 |
| MNHibbing | Unit 4A | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.012 | 1 | ET | 45 | NO | 0.012 | 31 |
| MEVersoPaper | Boiler #8 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.012 | 1 | ET | 46 | NO | | |
| CARoseburgWeed | Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.016466969 | 1 | ET | 47 | NO | 0.016466969 | 32 |
| VASmurfitStoneWestpt | PB10 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.017101982 | 2 | ET | 48 | NO | 0.017101982 | 33 |
| MNBlandinPaperEnergyCtr | #5 Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.017666667 | 1 | ET | 49 | NO | | |
| MNBlandinPaperEnergyCtr | #6 Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.017666667 | 1 | ET | 50 | NO | | |
| ORBlueHeronPaper | G Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.018007924 | 1 | ET | 51 | NO | 0.018007924 | 34 |
| WINewPage-WisconsinRapids | Power Boiler 1 - B21 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.018033333 | 1 | ET | 52 | NO | | |
| WABoiseKettleFallsPlywood | B1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.018039995 | 1 | ET | 53 | NO | 0.018039995 | 35 |
| ALIPPrattville | Z006 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.018333333 | 6 | ET | 54 | NO | | |
| SCSmurfitStone | Unit 16: Boiler #4 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.018533333 | 1 | ET | 55 | NO | | |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.019466667 | 2 | ET | 56 | NO | | |
| ARGBPMorrilton | SN-04 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.019886689 | 2 | ET | 57 | NO | 0.019886689 | 36 |
| IDChilcoLakeSawmill | HFB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 0.020869565 | 2 | ET | 58 | NO | 0.020869565 | 37 |
| VAGPBigIsland2703 | PWR05 - No. 5 Power Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.021033333 | 1 | ET | 59 | NO | 0.021033333 | 38 |
| NCKapStone | PB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.022533333 | 4 | ET | 60 | NO | | |
| ARPotlatchForestPrescott | McBurney Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.023566667 | 1 | ET | 61 | NO | 0.023566667 | 39 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NCDomtar | 64-25-0290 (No. 1 Hog Fuel Boiler) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.023733333 | 3 | ET | 62 | NO | 0.058966667 | 53 |
| ALIPPrattville | Z008 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.024 | 6 | ET | 63 | NO | | |
| MSBowaterSouth | Bark Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.026 | 1 | ET | 64 | NO | 0.026 | 40 |
| LAWeyerhaeuser1043 | EQT - 0010 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.02648314 | 2 | ET | 65 | NO | | |
| ALGPBelkLumber | EU 001 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.026666667 | 1 | ET | 66 | NO | 0.026666667 | 41 |
| MEBoralex | Boiler #1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.028235456 | 1 | ET | 67 | NO | 0.028235456 | 42 |
| IDMoyieSprings Lumber420 | HFB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrified Filter Bed (EFB) | 0.028985507 | 1 | ET | 68 | NO | 0.028985507 | 43 |
| GAInternationalPaperAugustaMills | PB3A | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.031666667 | 2 | ET | 69 | NO | 0.046333333 | 51 |
| GAGPWarrenton | 400B Wood Waste Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.035333333 | 1 | ET | 70 | NO | 0.035333333 | 44 |
| GAGPWoodClaxton | 400 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.036666667 | 1 | ET | 71 | NO | 0.036666667 | 45 |
| LABoiseCascadeOakdale | B-1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.038680906 | 1 | ET | 72 | NO | 0.038680906 | 46 |
| SCBowaterCoatedPaper | Combination Boiler No. 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.042 | 1 | ET | 73 | NO | | |
| MNHill | Boiler 2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.043666667 | 1 | ET | 74 | NO | 0.043666667 | 47 |
| GAWeyerhaeuserCoOglethorpe | Power Boiler (U400) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.044666667 | 1 | ET | 75 | NO | 0.044666667 | 48 |
| IDRileyCreekLumber | HFB2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.045011987 | 1 | ET | 76 | NO | 0.045011987 | 49 |
| TXwestfraser | Boiler-1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.04516487 | 1 | ET | 77 | NO | 0.04516487 | 50 |
| MNVersoPaper | EU006 B&W | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.046333333 | 2 | ET | 78 | NO | | |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.047066667 | 4 | ET | 79 | NO | 0.0723 | 62 |
| GAGPCedarSprings | U500 - Power Boiler No 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.053400746 | 2 | ET | 80 | NO | | |
| WINewPage-Whiting | B24 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.054766667 | 1 | ET | 81 | NO | | |
| WIFlambeauRiverPaper | B24 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.056666667 | 7 | ET | 82 | NO | 0.0733 | 63 |
| SCGPRussellville | Wood-fired boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.057 | 1 | ET | 83 | NO | 0.057 | 52 |
| GAGPWarmSprings | EU600 Wood Fuel Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.061 | 1 | ET | 84 | NO | 0.061 | 54 |
| OKPanPacificProducts | EU 100 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.061074129 | 1 | ET | 85 | NO | 0.061074129 | 55 |
| GAPCAValdosta | 1005 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.062333333 | 5 | ET | 86 | NO | 0.062333333 | 56 |
| GAPCAValdosta | 1006 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.062333333 | 4 | ET | 87 | NO | 0.062333333 | 57 |
| MNHill | Boiler 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.064666667 | 1 | ET | 88 | NO | 0.064666667 | 58 |
| WANipponPaper | #8 Hog Fuel Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.06509799 | 5 | ET | 89 | NO | 0.06509799 | 59 |
| OHSmurfitCoshocton | B006 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.0675 | 1 | ET | 90 | NO | 0.0675 | 60 |
| NYIntlPaperTiconderoga | PB1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 0.067703333 | 8 | ET | 91 | NO | | |
| ALWestFraserMaplesville | Boiler-1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.070445693 | 1 | ET | 92 | NO | 0.070445693 | 61 |
| NCBlueRidgePaper | G11042 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.078033333 | 1 | ET | 93 | NO | | |
| MEVersoPaperAndroscoggin | WFI | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.084 | 2 | ET | 94 | NO | 0.084 | 64 |
| SCGPProsperityPly | B, Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.089333333 | 1 | ET | 95 | NO | 0.089333333 | 65 |
| GARayonierJesupMill | PB02 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 0.093333333 | 1 | ET | 96 | NO | | |
| GARayonierJesupMill | PB03 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.099 | 1 | ET | 97 | NO | | |
| NCGPWhiteville | ES-B2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.103333333 | 1 | ET | 98 | NO | 0.103333333 | 66 |
| WAGraysHarborPaper | No. 8 Boiler (EU1) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.11 | 1 | ET | 99 | NO | 0.11 | 67 |
| ALBoiseWhitePaperJackson | 102-0001-Z013 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.112901786 | 2 | ET | 100 | NO | 0.112901786 | 68 |
| TXAnthonyForestProd-ATL | EP 10.1 Superior | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.114066667 | 1 | ET | 101 | NO | 0.114066667 | 69 |
| GARayonierJesupMill | PB01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.114333333 | 1 | ET | 102 | NO | 0.114333333 | 70 |
| GARayonierBaxley | PB01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.117 | 3 | ET | 103 | NO | 0.117 | 71 |
| MSGPLouisvillePly | AD-003 (Boiler #3) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.127 | 1 | ET | 104 | NO | 0.127 | 72 |
| FLGPPalatka | EU16 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.13 | 1 | ET | 105 | NO | | |
| NCGPDudley | ES-B1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.133333333 | 1 | ET | 106 | NO | | |
| GAInternationalPaperAugustaMills | PB1A | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.139 | 3 | ET | 107 | NO | | |
| TXAnthonyForestProd-ATL | EP 11.1 Hurst | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.142 | 1 | ET | 108 | NO | 0.142 | 73 |
| MILPCSagola | TOH-Wood | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.151338971 | 1 | ET | 109 | NO | | |
| SCMilliken-Pendleton2325 | BOI2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.159 | 1 | ET | 110 | NO | | |
| NCGPAhoskieCNS | ES-B1 - Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.163333333 | 1 | ET | 111 | NO | 0.163333333 | 74 |
| LAGPLogansportPly | EQT-0009 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.1658 | 1 | ET | 112 | NO | 0.1658 | 75 |
| ALGPEngineeredWoodProductsThornsby | EU 001 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.171675029 | 3 | ET | 113 | NO | 0.171675029 | 76 |
| PAAppletonPapers | #036 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.178398285 | 1 | ET | 114 | NO | | |
| MSIPVicksburg | Power Boiler-AA-006 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.18 | 1 | ET | 115 | NO | | |
| ARWestFraserHuttig | SN-24 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.183333333 | 1 | ET | 116 | NO | 0.183333333 | 77 |
| NCJeld-Wen | Boiler 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.198333333 | 1 | ET | 117 | NO | | |
| VAGeorgiaPacificEmporia | WWB | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.204666667 | 1 | ET | 118 | NO | 0.204666667 | 78 |
| ARGeorgiaPacificFordyce | SN - 01 Wood Fuel Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.210333333 | 1 | ET | 119 | NO | 0.210333333 | 79 |
| WIThilmanyLLC | B07 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.211333333 | 1 | ET | 120 | NO | 0.211333333 | 80 |
| MIWhitePineElectric | IBW Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.213333333 | 2 | ET | 121 | NO | 0.213333333 | 81 |
| SCNewSouthLumberCoDarlington | BLR1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.216333333 | 1 | ET | 122 | NO | 0.216333333 | 82 |
| MSGPGlosterPly | AA-002 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.220666667 | 1 | ET | 123 | NO | 0.220666667 | 83 |
| ALChapmanForestProducts | EU 002 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.230285103 | 1 | ET | 124 | NO | 0.230285103 | 84 |
| LABoiseCascadeFlorien | B-1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.230617701 | 1 | ET | 125 | NO | 0.230617701 | 85 |
| SCCollumsLumber | 01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.233333333 | 1 | ET | 126 | NO | 0.233333333 | 86 |
| ARWestFraserHuttig | SN-01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.243666667 | 1 | ET | 127 | NO | 0.243666667 | 87 |
| SCNewSouthLumberCoDarlington | BLR3 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.254 | 1 | ET | 128 | NO | 0.254 | 88 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARGBPMorrilton | SN-02 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.259666667 | 1 | ET | 129 | NO | 0.259666667 | 89 |
| MSGPGlosterPly | AA-001 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.261333333 | 1 | ET | 130 | NO | 0.261333333 | 90 |
| MSWeyerhaeuserBruce | AA-001 No. 1 Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.269333333 | 3 | ET | 131 | NO | 0.269333333 | 91 |
| ALChapmanForestProducts | EU 003 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.272930492 | 1 | ET | 132 | NO | 0.272930492 | 92 |
| NCGPRoxboro | ES-1 Wood fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.284333333 | 1 | ET | 133 | NO | 0.284333333 | 93 |
| ARWeyerhaeuser | SN-06 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.298 | 1 | ET | 134 | NO | 0.298 | 94 |
| ALChapmanForestProducts | EU 001 Wood Fired Boiler | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.298517726 | 1 | ET | 135 | NO | 0.298517726 | 95 |
| MSGPGlosterPly | AA-003 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.299 | 1 | ET | 136 | NO | 0.299 | 96 |
| ALWeyerhaeuserMillport | Boiler No. 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.314527379 | 1 | ET | 137 | NO | 0.314527379 | 97 |
| ARDeltaNaturalKraft | Hog Fuel Boiler (SN-05) | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.332306288 | 1 | ET | 138 | NO | 0.332306288 | 98 |
| ALBrewton | SB-1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.333333333 | 1 | ET | 139 | NO | 0.333333333 | 99 |
| SCSmurfitStone | Unit 15: Boiler #1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.3385 | 1 | ET | 140 | NO | | |
| MSBatesvilleMfg | AA-001 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.346333333 | 1 | ET | 141 | NO | 0.346333333 | 100 |
| SCMilliken2324 | UTBH03 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.362666667 | 1 | ET | 142 | NO | | |
| SCMilliken2324 | UTBH01 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.390333333 | 1 | ET | 143 | NO | | |
| MSBatesvilleMfg | AA-002 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.467666667 | 1 | ET | 144 | NO | 0.467666667 | 101 |
| MSWeyerhaeuser1398 | Boiler No. 1 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.508630489 | 1 | ET | 145 | NO | 0.508630489 | 102 |
| MSWeyerhaeuser1398 | Boiler No. 2 | Particulate Matter (PM) filterable | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 2.234024347 | 1 | ET | 146 | NO | 2.234024347 | 103 |

**Appendix B-5h: Unit Rankings for TSM from Stoker/Sloped Grate/Other Wet Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGPCelluloseBrunswick | U700 -- No. 4 Power Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.5493E-06 | 2 | ET | 1 | YES | | |
| MNFibrominn | EU-001 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 5.5033E-06 | 1 | ET | 2 | YES | | |
| SCMarlboroPaper | Hogged Fuel Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.7315E-06 | 1 | ET | 3 | YES | 7.7315E-06 | 1 |
| MESDWarrenSomerset | No2 Power Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | DryScrubberElectrostatic Precipitator | 8.44583E-06 | 3 | ET | 4 | YES | | |
| SCCogenSouth | B001 - Main Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 1.00115E-05 | 3 | ET | 5 | YES | | |
| IDPotlatch | PB-2 Riley | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000013603 | 1 | ET | 6 | YES | 0.000013603 | 2 |
| GAGPMadisonPly | 800 Wood Waste Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.12173E-05 | 2 | ET | 7 | YES | 3.12173E-05 | 3 |
| MSGPNewAugusta | AA-015 Power Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.12288E-05 | 1 | ET | 8 | YES | 3.12288E-05 | 4 |
| GAGPMonticelloPlywood | EU700 - Wood Waste Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.4145E-05 | 1 | ET | 9 | YES | | |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 3.45943E-05 | 2 | ET | 10 | NO | | |
| KYNewPage-Wickliffe | B09 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.90967E-05 | 3 | ET | 11 | NO | 3.90967E-05 | 5 |
| ORSPNewsprint | B10-EU | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 8.72367E-05 | 1 | ET | 12 | NO | | |
| FLGPHawthorne | EU 001 Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.19467E-05 | 1 | ET | 13 | NO | | |
| MNDESPHansONyman | EU007 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 9.21333E-05 | 2 | ET | 14 | NO | 9.21333E-05 | 6 |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 9.8084E-05 | 1 | ET | 15 | NO | 9.8084E-05 | 7 |
| GAInternationalPaperAugustaMills | PB3A | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0001161 | 2 | ET | 16 | NO | 0.0001161 | 8 |
| MSGeorgiaPacificMonticello | AA-403 (UT-3) Combination Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000121276 | 1 | ET | 17 | NO | 0.000121276 | 9 |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Fabric Filter | 0.000123089 | 1 | ET | 18 | NO | | |
| VASmurfitStoneWestpt | PB10 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000126385 | 2 | ET | 19 | NO | 0.000126385 | 10 |
| ALChapmanForestProducts | EU 002 Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000131865 | 1 | ET | 20 | NO | 0.000131865 | 11 |
| NCDomtar | 64-25-0290 (No. 1 Hog Fuel Boiler) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.000132716 | 1 | ET | 21 | NO | | |
| ARGBPMorrilton | SN-04 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.00013749 | 1 | ET | 22 | NO | 0.00013749 | 12 |
| SCBowaterCoatedPaper | Combination Boiler No. 1 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000144167 | 1 | ET | 23 | NO | | |
| VAGPBigIsland2703 | PWR05 - No. 5 Power Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000149977 | 1 | ET | 24 | NO | 0.000149977 | 13 |
| ALChapmanForestProducts | EU 001 Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000165527 | 1 | ET | 25 | NO | 0.000165527 | 14 |
| GAGPWoodClaxton | 400 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000168286 | 1 | ET | 26 | NO | 0.000168286 | 15 |
| WINewPage-Whiting | B24 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000168379 | 1 | ET | 27 | NO | | |
| NYIntlPaperTiconderoga | PB1 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 0.000193198 | 4 | ET | 28 | NO | | |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000195422 | 1 | ET | 29 | NO | | |
| GARayonierBaxley | PB01 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000202716 | 1 | ET | 30 | NO | 0.000202716 | 16 |
| TXTempleInlandFiberboard | FB-25 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.00021444 | 1 | ET | 31 | NO | 0.00021444 | 17 |
| OHSmurfitCoshocton | B006 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000223952 | 1 | ET | 32 | NO | 0.000223952 | 18 |
| WIFlambeauRiverPaper | B24 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.00024927 | 2 | ET | 33 | NO | | |
| WANipponPaper | #8 Hog Fuel Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000252478 | 1 | ET | 34 | NO | 0.000252478 | 19 |
| TXGPClevelandPlyLumber | GRP-SBOIL | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000265588 | 1 | ET | 35 | NO | | |
| SCGPProsperityPly | B, Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000274405 | 1 | ET | 36 | NO | 0.000274405 | 20 |
| GARayonierJesupMill | PB03 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000277904 | 2 | ET | 37 | NO | | |
| MNVersoPaper | EU006 B&W | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.00028104 | 2 | ET | 38 | NO | | |
| GAGPWarrenton | 400B Wood Waste Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000295625 | 1 | ET | 39 | NO | 0.000295625 | 21 |
| ALBoiseWhitePaperJackson | 102-0001-Z013 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000308143 | 2 | ET | 40 | NO | 0.000308143 | 22 |
| NCLPRoaringRiver | Boiler #2 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.0003154 | 1 | ET | 41 | NO | 0.0003154 | 23 |
| GAGPWarmSprings | EU600 Wood Fuel Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.0003222 | 1 | ET | 42 | NO | 0.0003222 | 24 |
| ALGPBelkLumber | EU 001 Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000340657 | 1 | ET | 43 | NO | 0.000340657 | 25 |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000406366 | 2 | ET | 44 | NO | 0.000406366 | 26 |
| GARayonierJesupMill | PB02 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Dry ScrubberCyclone or Multiclone | 0.000441105 | 1 | ET | 45 | NO | | |
| WIThilmanyLLC | B07 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000453807 | 2 | ET | 46 | NO | 0.000453807 | 27 |
| NCBlueRidgePaper | G11042 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000460943 | 1 | ET | 47 | NO | | |
| NCKapStone | PB1 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000466999 | 2 | ET | 48 | NO | | |
| GARayonierJesupMill | PB01 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000469701 | 2 | ET | 49 | NO | 0.000469701 | 28 |
| GAInternationalPaperAugustaMills | PB1A | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000474513 | 2 | ET | 50 | NO | | |
| LAGPLogansportPly | EQT-0009 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000496151 | 1 | ET | 51 | NO | 0.000496151 | 29 |
| NCInternationalPaperRiegelwood | PB2 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000519989 | 1 | ET | 52 | NO | | |
| NCInternationalPaperRiegelwood | PB5 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000588543 | 1 | ET | 53 | NO | | |
| VAGeorgiaPacificEmporia | WWB | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000642994 | 1 | ET | 54 | NO | 0.000642994 | 30 |
| ALMeadwestvacoCottonton46 | No.1 Wood Residue Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.00066741 | 1 | ET | 55 | NO | 0.00066741 | 31 |
| ARGeorgiaPacificFordyce | SN - 01 Wood Fuel Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000824174 | 1 | ET | 56 | NO | 0.000824174 | 32 |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00084269 | 1 | ET | 57 | NO | | |
| WAGraysHarborPaper | No. 8 Boiler (EU1) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000904079 | 1 | ET | 58 | NO | 0.000904079 | 33 |
| MSGPGlosterPly | AA-001 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.000959144 | 1 | ET | 59 | NO | 0.000959144 | 34 |
| NCGPRoxboro | ES-1 Wood fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001034363 | 1 | ET | 60 | NO | 0.001034363 | 35 |
| PAAppletonPapers | #036 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.001037991 | 1 | ET | 61 | NO | | |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MSGPGlosterPly | AA-002 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001095801 | 1 | ET | 62 | NO | 0.001095801 | 37 |
| LABoiseNewsprintDeRidder | 79-01 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.001221067 | 1 | ET | 63 | NO | | |
| NCGPAhoskieCNS | ES-B1 - Wood Fired Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001315969 | 1 | ET | 64 | NO | 0.001315969 | 39 |
| MSGPGlosterPly | AA-003 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001880236 | 1 | ET | 65 | NO | 0.001880236 | 40 |
| MSGPTylertownMill | AA-001, Woodwaste Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001939226 | 1 | ET | 66 | NO | 0.001939226 | 41 |
| SCGPRussellville | Wood-fired boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.002248523 | 1 | ET | 67 | NO | 0.002248523 | 42 |
| MSHoodWiggins | AA-003 (Wood-Fired Boiler No. 3) | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.002451756 | 1 | ET | 68 | NO | 0.002451756 | 43 |
| MSWeyerhaeuserBruce | AA-001 No. 1 Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.002530328 | 2 | ET | 69 | NO | 0.002530328 | 44 |
| ALWeyerhaeuserMillport | Boiler No. 1 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | No HAP APCD Control | 0.003405939 | 1 | ET | 70 | NO | 0.003405939 | 45 |
| MIWhitePineElectric | IBW Boiler | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.004626557 | 1 | ET | 71 | NO | 0.004626557 | 46 |
| SCWestFraserNewberry | B2 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.00658193 | 1 | ET | 72 | NO | 0.00658193 | 47 |
| NCGPDudley | ES-B1 | TSM8 | Wet Biomass | Stoker/SlopedGrate/Other | Wet Scrubber | 0.045871197 | 1 | ET | 73 | NO | 0.045871197 | 48 |

**Appendix B-5i: Unit Rankings for Filterable PM from Stokers/Sloped Grate/Other Dry Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVAmericanWoodmark | B2 | Particulate Matter (PM) filterable | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.213 | 1 | ET | 1 | YES | 0.213 | 1 |
| NCStanleyFurniture | FB-3 | Particulate Matter (PM) filterable | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.240666667 | 2 | ET | 2 | NO | 0.240666667 | 2 |
| WVAmericanWoodmark | B1 | Particulate Matter (PM) filterable | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.243666667 | 1 | ET | 3 | NO | 0.243666667 | 3 |
| NCHickoryChairCompany | WFB-1 | Particulate Matter (PM) filterable | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.336071878 | 1 | ET | 4 | NO | 0.336071878 | 4 |

**Appendix B-5j: Unit Rankings for TSM from Stoker/Sloped Grate/Other Dry Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GARoseburgForestVienna | 600-Wood fired boiler | TSM8 | Dry Biomass | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.002904736 | 1 | ET | 1 | YES | 0.002904736 | 1 |

**Appendix B-5k: Unit Rankings for Filterable PM from Hybrid Suspension Grate Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FLUSSugarCorp | Boiler No. 8 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Electrostatic Precipitator | 0.002233333 | 9 | ET | 1 | YES | 0.002233333 | 1 |
| TXRGVSG | Boiler No. 6 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | No HAP APCD Control | 0.002333333 | 1 | ET | 2 | YES | 0.002333333 | 2 |
| FLUSSugarCorp | Boiler No. 7 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Electrostatic Precipitator | 0.005333333 | 12 | ET | 3 | YES | 0.005333333 | 3 |
| HIPuuneneSugarMill | Boiler 3 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Venturi Scrubber | 0.049333333 | 4 | ET | 4 | YES | 0.049333333 | 4 |
| FLSugarCaneGrowersCoop | Boiler No. 3 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.056 | 14 | ET | 5 | YES | 0.056 | 5 |
| FLSugarCaneGrowersCoop | Boiler No. 5 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.062666667 | 16 | ET | 6 | NO | 0.062666667 | 6 |
| FLSugarCaneGrowersCoop | Boiler No. 8 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.062666667 | 15 | ET | 7 | NO | 0.062666667 | 7 |
| FLSugarCaneGrowersCoop | Boiler No. 1 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.067 | 2 | ET | 8 | NO | 0.067 | 8 |
| FLUSSugarCorp | Boiler No. 4 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.069666667 | 13 | ET | 9 | NO | 0.069666667 | 9 |
| FLSugarCaneGrowersCoop | Boiler No. 2 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.07 | 14 | ET | 10 | NO | 0.07 | 10 |
| FLSugarCaneGrowersCoop | Boiler No. 4 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.072333333 | 13 | ET | 11 | NO | 0.072333333 | 11 |
| FLOsceolaFarms | Boiler No. 6 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.079 | 12 | ET | 12 | NO | 0.079 | 12 |
| HIPuuneneSugarMill | Boiler 1 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Venturi Scrubber | 0.081133333 | 3 | ET | 13 | NO | 0.081133333 | 13 |
| HIPuuneneSugarMill | Boiler 2 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Venturi Scrubber | 0.081133333 | 3 | ET | 14 | NO | 0.081133333 | 14 |
| FLOsceolaFarms | Boiler No. 3 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.106333333 | 12 | ET | 15 | NO | 0.106333333 | 15 |
| FLUSSugarCorp | Boiler No. 1 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.107266667 | 14 | ET | 16 | NO | 0.107266667 | 16 |
| FLUSSugarCorp | Boiler No. 2 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.108 | 17 | ET | 17 | NO | 0.108 | 17 |
| FLOsceolaFarms | Boiler No. 5 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.144666667 | 11 | ET | 18 | NO | 0.144666667 | 18 |
| FLOsceolaFarms | Boiler No. 4 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.145 | 11 | ET | 19 | NO | 0.145 | 19 |
| FLOsceolaFarms | Boiler No. 2 | Particulate Matter (PM) filterable | Biomass | Suspension/Grate | Wet Scrubber | 0.152666667 | 12 | ET | 20 | NO | 0.152666667 | 20 |

**Appendix B-5l: Unit Rankings for TSM from Hybrid Suspension Grate Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HIPuuneneSugarMill | Boiler 1 | TSM8 | Biomass | Suspension/Grate | Venturi Scrubber | 0.000156788 | 2 | ET | 1 | YES | 0.000156788 | 1 |
| HIPuuneneSugarMill | Boiler 2 | TSM8 | Biomass | Suspension/Grate | Venturi Scrubber | 0.000156788 | 2 | ET | 1 | YES | 0.000156788 | 2 |
| HIPuuneneSugarMill | Boiler 3 | TSM8 | Biomass | Suspension/Grate | Venturi Scrubber | 0.000245383 | 2 | ET | 2 | YES | 0.000245383 | 3 |

Appendix B-5m: Unit Rankings for Filterable PM from Suspension Burner Biomass Units

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MNAndersonCorpBayport | Boiler 11 EU620 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Electrostatic Precipitator | 0.003133333 | 3 | ET | 1 | YES | 0.003133333 | 1 |
| MNAndersonCorpBayport | Boiler 12 EU621 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Electrostatic Precipitator | 0.003133333 | 3 | ET | 1 | YES | 0.003133333 | 2 |
| OHSauderWoodArchbold | B009 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Electrostatic Precipitator | 0.022333333 | 1 | ET | 2 | NO | 0.022333333 | 3 |
| OHSauderWoodArchbold | B008 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Electrostatic Precipitator | 0.066 | 1 | ET | 3 | NO | 0.066 | 4 |
| MNNorbordMinnesota | Konus No. 1 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.114 | 1 | ET | 4 | NO | 0.114 | 5 |
| MNNorbordMinnesota | Konus No. 2 | Particulate Matter (PM) filterable | Biomass | Suspension Burner | Cyclone or Multiclone/Electrified Filter Bed (EFB) | 0.114 | 1 | ET | 5 | NO | 0.114 | 6 |

**Appendix B-5n: Unit Rankings for TSM from Suspension Burners Biomass Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TXDibollTemple-Inland | PB-44 | TSM8 | Dry Biomass | Suspension Burner | Electrostatic Precipitator | 0.00020572 | 1 | ET | 1 | NO | 0.00020572 | 1 |
| VAATCPanels | Babcock & Wilcox Boiler | TSM8 | Dry Biomass | Suspension Burner | Cyclone or Multiclone | 0.004737965 | 1 | ET | 2 | YES | 0.004737965 | 2 |

**Appendix B-6a: Unit Rankings for Filterable PM from Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | Particulate Matter (PM) filterable | Coal | FB | Fabric Filter | 0.000271451 | 2 | ET | 1 | YES | 0.00021 | 1 |
| IAUofNorthernIowa | Boiler #3 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.000591181 | 1 | ET | 2 | YES | 0.000591181 | 2 |
| TNCargillMemphis | Stoker Boiler 8001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric FilterWet Scrubber | 0.00071175 | 2 | ET | 3 | YES | 0.00071175 | 3 |
| VAUniversityofVirginia | 7103-1-01R | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.000811557 | 2 | ET | 4 | YES | 0.000811557 | 5 |
| TNEastman_NO_CBIDATA | Boiler 25 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.000866667 | 6 | ET | 5 | YES | 0.000866667 | 7 |
| OHSmartPapersHoldingsLLC | B010 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.001 | 1 | ET | 6 | YES | 0.001 | 9 |
| TNEastman_NO_CBIDATA | Boiler 27 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0012 | 6 | ET | 7 | YES | 0.0012 | 10 |
| WINewPageBiron | B24 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.001227675 | 2 | ET | 8 | YES | 0.001227675 | 11 |
| IAIAStateUnivPowerPlant | B2 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.001481195 | 1 | ET | 9 | YES | 0.000740598 | 4 |
| IAIAStateUnivPowerPlant | B1 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.001532929 | 1 | ET | 10 | YES | 0.00083617 | 6 |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.001533333 | 2 | ET | 11 | YES | 0.001533333 | 12 |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.001533333 | 2 | ET | 12 | YES | 0.001533333 | 13 |
| WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.001605125 | 10 | ET | 13 | YES | 0.000932386 | 8 |
| MNAmericanCrystalCrookston | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.001733333 | 1 | ET | 14 | YES | 0.001733333 | 14 |
| IAADMCornProcessingCR | EU-502B | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.0022 | 1 | ET | 15 | YES | 0.0022 | 15 |
| AKDoyonUtilities_AK | 4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.002333333 | 1 | ET | 16 | YES | 0.002333333 | 17 |
| VACogentrixHopewell | 2A | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.002351656 | 2 | ET | 17 | YES | 0.002351656 | 19 |
| VACogentrixHopewell | 2B | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.002351656 | 2 | ET | 18 | YES | 0.002351656 | 20 |
| VACogentrixHopewell | 2C | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.002351656 | 2 | ET | 19 | YES | 0.002351656 | 21 |
| INPurdueUniverisity | Boiler 5 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDuct Sorbent Injection | 0.002386201 | 2 | ET | 20 | YES | 0.002333333 | 16 |
| VAUniversityofVirginia | 7103-1-02R | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.0025171 | 1 | ET | 21 | YES | 0.002333333 | 18 |
| TNEastman_NO_CBIDATA | Boiler 30 | Particulate Matter (PM) filterable | Coal | PC | Dry ScrubberElectrostatic Precipitator | 0.002601793 | 4 | ET | 22 | YES | 0.002601793 | 23 |
| ILRockIslandArsenal | NBN 12602 (Boiler #1) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.002693333 | 1 | ET | 23 | YES | 0.002693333 | 24 |
| OHUofCincinnati | B108 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.002775391 | 1 | ET | 24 | YES | 0.002775391 | 25 |
| WIWausau | # 5 Power Boiler (B24) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002868459 | 1 | ET | 25 | YES | 0.002556669 | 22 |
| WIThilmanyPapersNicoletMill | B23 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002939261 | 1 | ET | 26 | YES | 0.002939261 | 27 |
| WIThilmanyPapersNicoletMill | B24 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.002939261 | 1 | ET | 27 | YES | 0.002939261 | 28 |
| SCInternationalPaperEastover | No. 1 Power Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00295147 | 4 | ET | 28 | YES | 0.0029 | 26 |
| IDAmalgamatedSugarCoTwinFalls | S-B1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.003127194 | 1 | ET | 29 | YES | 0.003127194 | 29 |
| ILPolyOne | B1 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.003166667 | 2 | ET | 30 | YES | 0.003166667 | 30 |
| VACogentrixPortsmouth | 1A | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.0032 | 1 | ET | 31 | YES | 0.0032 | 31 |
| VACogentrixPortsmouth | 1B | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.0032 | 1 | ET | 32 | YES | 0.0032 | 32 |
| VACogentrixPortsmouth | 1C | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.0032 | 1 | ET | 33 | YES | 0.0032 | 33 |
| FLSmurfit-Stone | 7PB | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.003236667 | 1 | ET | 34 | YES | 0.003236667 | 34 |
| OKGPMuskogeeMill | B-4 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.003333333 | 1 | ET | 35 | YES | 0.003333333 | 35 |
| TNEastman_NO_CBIDATA | Boiler 31 | Particulate Matter (PM) filterable | Coal | PC | Fabric FilterDry Scrubber | 0.003466667 | 6 | ET | 36 | YES | 0.003466667 | 36 |
| ILAbbottAbbottPark | Unit 5AP | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.003589586 | 2 | ET | 37 | YES | 0.003589586 | 37 |
| VADukeEnergyNarrows | Boiler #2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.003666667 | 2 | ET | 38 | YES | 0.003666667 | 38 |
| MNAmericanCrystalCrookston | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0037 | 1 | ET | 39 | YES | 0.0037 | 39 |
| AKDoyonUtilities_AK | 7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.003833333 | 1 | ET | 40 | YES | 0.003833333 | 42 |
| VAGPBigIsland2703 | PWR04 - No. 4 Power Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.003833333 | 7 | ET | 41 | YES | 0.003833333 | 41 |
| OHSmartPapersHoldingsLLC | B020 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00384181 | 1 | ET | 42 | NO | 0.003733333 | 40 |
| VAUniversityofVirginia | 7103-1-05 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 0.0042 | 1 | ET | 43 | NO | 0.0042 | 43 |
| VADukeEnergyNarrows | Boiler #3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.004333333 | 2 | ET | 44 | NO | 0.004333333 | 44 |
| INNotreDame | B-4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0045 | 1 | ET | 45 | NO | 0.0045 | 45 |
| NCHanesDyeWinstonSalem | ES B01 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.004633333 | 1 | ET | 46 | NO | 0.004633333 | 47 |
| NCHanesDyeWinstonSalem | ES B02 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.004633333 | 1 | ET | 47 | NO | 0.004633333 | 46 |
| OKGPMuskogeeMill | B-3 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.004666667 | 2 | ET | 48 | NO | 0.004666667 | 49 |
| TNEastman_NO_CBIDATA | Boiler 26 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.004666667 | 4 | ET | 49 | NO | 0.004666667 | 48 |
| TNEastman_NO_CBIDATA | Boiler 28 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0047 | 4 | ET | 50 | NO | 0.0047 | 50 |
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | Particulate Matter (PM) filterable | Coal | FB | Fabric Filter/Dry Srubber (Lime Injection)/SNCR | 0.004737846 | 1 | ET | 51 | NO | 0.004737846 | 51 |
| ILCornProductsInt | B10 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.00474 | 2 | ET | 52 | NO | 0.00474 | 52 |
| NYBlackRiverGen | E00001 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.0048 | 2 | ET | 53 | NO | 0.0048 | 53 |
| NYBlackRiverGen | E00002 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.0048 | 2 | ET | 54 | NO | 0.0048 | 54 |
| NYBlackRiverGen | E00003 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.0048 | 2 | ET | 55 | NO | 0.0048 | 55 |
| MIHollandBPW | Unit 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.005 | 1 | ET | 56 | NO | 0.005 | 56 |
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 0.005 | 1 | ET | 57 | NO | 0.005 | 57 |
| MITBSimonPowerPlant | Unit 1 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.005008218 | 1 | ET | 58 | NO | 0.005008218 | 58 |
| NCEPCORRoxboro | 1-A | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.005166667 | 1 | ET | 59 | NO | 0.005166667 | 59 |
| NCEPCORRoxboro | 1-B | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.005166667 | 1 | ET | 60 | NO | 0.005166667 | 60 |
| NCEPCORRoxboro | 1-C | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.005166667 | 1 | ET | 61 | NO | 0.005166667 | 61 |
| PAPHGlatfelter | PB1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.005214239 | 1 | ET | 62 | NO | 0.005214239 | 62 |
| PAPHGlatfelter | PB4 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.005225469 | 1 | ET | 63 | NO | 0.005225469 | 63 |
| PAPHGlatfelter | PB3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.00525885 | 1 | ET | 64 | NO | 0.00525885 | 64 |
| IDTASCONampa | Riley Boiler | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.005292068 | 1 | ET | 65 | NO | 0.005292068 | 65 |
| TNInvistaChattanooga | EU002 - Boiler #4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0053 | 1 | ET | 66 | NO | 0.0053 | 66 |
| IAMuscatinePowerandWater | Unit 7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.005333333 | 3 | ET | 67 | NO | 0.005333333 | 67 |
| TNEastman_NO_CBIDATA | Boiler 29 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0056 | 4 | ET | 68 | NO | 0.0056 | 68 |
| IDTASCONampa | Babcock and Wilcox (B&W) #1 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.005666667 | 2 | ET | 69 | NO | 0.005666667 | 69 |
| IDTASCONampa | Babcock and Wilcox (B&W) #2 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.005666667 | 2 | ET | 70 | NO | 0.005666667 | 70 |
| SCSonocoHartsville | Boiler Number 4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.005666667 | 1 | ET | 71 | NO | 0.005666667 | 71 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| VADukeEnergyNarrows | Boiler #6 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.005666667 | 1 | ET | 72 | NO | 0.005666667 | 72 |
| INAlcoaWarrick | Unit #3 | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.005686667 | 2 | ET | 73 | NO | 0.005686667 | 73 |
| MIPharma&Upjohn1180 | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00577 | 1 | ET | 74 | NO | 0.00577 | 74 |
| VAPhilipMorrisPark500 | B3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.006 | 1 | ET | 75 | NO | 0.006 | 75 |
| IAADMCornProcessingCR | EU-530 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.006083333 | 1 | ET | 76 | NO | 0.006083333 | 76 |
| IAUoflowa | EP7 Boiler 11 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.006333333 | 1 | ET | 77 | NO | 0.006333333 | 77 |
| INNewEnergy | Riley Boiler | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.00645 | 2 | ET | 78 | NO | 0.00645 | 78 |
| VAVirginiaPolytechnic | Boiler 7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 0.006461454 | 1 | ET | 79 | NO | 0.006461454 | 79 |
| PAPennState | 31 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007 | 1 | ET | 80 | NO | 0.007 | 80 |
| PAPennState | 32 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007 | 1 | ET | 81 | NO | 0.007 | 81 |
| PAPennState | 34 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007 | 1 | ET | 82 | NO | 0.007 | 82 |
| PAPennState | 35 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007 | 1 | ET | 83 | NO | 0.007 | 83 |
| VAPhilipMorrisPark500 | B2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.007333333 | 1 | ET | 84 | NO | 0.007333333 | 85 |
| MINeenahPaperMI | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007333333 | 3 | ET | 85 | NO | 0.007333333 | 84 |
| SCSonocoHartsville | Boiler Number 9 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.007366667 | 2 | ET | 86 | NO | 0.007366667 | 86 |
| WVPPGMartinsville | R011-Boiler 3 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.007476769 | 2 | ET | 87 | NO | 0.007476769 | 87 |
| VASmurfitStoneWestpt | PB08 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.00762 | 2 | ET | 88 | NO | 0.00762 | 88 |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.007918069 | 2 | ET | 89 | NO | 0.007918069 | 89 |
| MITESFilerCity | EUBOILER01 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 0.008 | 2 | ET | 90 | NO | 0.008 | 90 |
| WIMilwaukeePowerPlant | Boiler B21 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.008 | 1 | ET | 91 | NO | 0.008 | 91 |
| WIBlountGeneratingStation | Boiler 7 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.008133333 | 1 | ET | 92 | NO | 0.008133333 | 92 |
| WIWausau | # 6 Power Boiler (B20) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.008286667 | 1 | ET | 93 | NO | 0.008286667 | 93 |
| NCUNCCogen | ES-001 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.008451988 | 1 | ET | 94 | NO | 0.008451988 | 94 |
| MAUMass | EU#3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0085 | 1 | ET | 95 | NO | 0.0085 | 95 |
| MAUMass | EU#4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0085 | 1 | ET | 96 | NO | 0.0085 | 96 |
| MAUMass | EU#5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0085 | 1 | ET | 97 | NO | 0.0085 | 97 |
| MITESFilerCity | EUBOILER02 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 0.0085 | 1 | ET | 98 | NO | 0.0085 | 98 |
| WIMilwaukeePowerPlant | Boiler B23 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0086 | 1 | ET | 99 | NO | 0.0086 | 99 |
| OHBataviaTransmissions | Boiler 2 (B002) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.008666667 | 1 | ET | 100 | NO | 0.008666667 | 100 |
| WIWausauRhine | B26 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.008933333 | 1 | ET | 101 | NO | 0.008933333 | 101 |
| OHEmeraldPerformance | EU01 (coal boiler) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.009 | 1 | ET | 102 | NO | 0.009 | 102 |
| NCEPCORSouthport | 1-A Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.009 | 1 | ET | 103 | NO | 0.009 | 103 |
| NCEPCORSouthport | 1-B Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.009 | 1 | ET | 104 | NO | 0.009 | 104 |
| NCEPCORSouthport | 1-C Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.009 | 1 | ET | 105 | NO | 0.009 | 105 |
| WVDuPontWashingtonWorks | P04 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.009032686 | 2 | ET | 106 | NO | 0.009032686 | 106 |
| IAADMCornProcessingCR | EU-501B | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.009233333 | 2 | ET | 107 | NO | 0.009233333 | 107 |
| OHCampbellsSoupCo | B001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009266667 | 1 | ET | 108 | NO | 0.009266667 | 108 |
| OHCampbellsSoupCo | B002 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.009266667 | 1 | ET | 109 | NO | 0.009266667 | 109 |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0094 | 2 | ET | 110 | NO | 0.0094 | 110 |
| VADukeEnergyNarrows | Boiler #4 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.009666667 | 1 | ET | 111 | NO | 0.009666667 | 111 |
| MIGMOrion1138 | EG-Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.01 | 1 | ET | 112 | NO | 0.01 | 112 |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.010280056 | 2 | ET | 113 | NO | 0.010280056 | 113 |
| MIHollandBPW | Unit 4 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.010666667 | 1 | ET | 114 | NO | 0.010666667 | 114 |
| WIMilwaukeePowerPlant | Boiler B22 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.010666667 | 1 | ET | 115 | NO | 0.010666667 | 115 |
| WYSolvay | AQD #18 Boiler #1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Wet ScrubberElectrostatic Precipitator | 0.010666667 | 1 | ET | 116 | NO | 0.010666667 | 116 |
| GAGPSRMRiincon | EU BO02 | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterDry Sorbent Injection | 0.0109 | 1 | ET | 117 | NO | 0.0109 | 117 |
| NCDakAmericas | EU01 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.011433333 | 2 | ET | 118 | NO | 0.011433333 | 118 |
| NCHanesDyeWinstonSalem | ES B03 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.011666667 | 1 | ET | 119 | NO | 0.011666667 | 119 |
| COCoEnergyNations | Boiler 5 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.012 | 1 | ET | 120 | NO | 0.012 | 120 |
| WIGPGreenBay2818 | B25 - Stoker Boiler #5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012 | 7 | ET | 121 | NO | 0.012 | 124 |
| WIGPGreenBay2818 | B26 - Stoker Boiler #6 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012 | 9 | ET | 122 | NO | 0.012 | 121 |
| WIGPGreenBay2818 | B27 - Cyclone Boiler #7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012 | 9 | ET | 123 | NO | 0.012 | 122 |
| WIGPGreenBay2818 | B28 - Stoker Boiler #8 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012 | 9 | ET | 124 | NO | 0.012 | 123 |
| MNAmericanCrystalMoorhead | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.012059264 | 1 | ET | 125 | NO | 0.012059264 | 125 |
| MSDuPontDeLisle1342 | AF-101A (BLR-1342) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.012333333 | 4 | ET | 126 | NO | 0.012333333 | 127 |
| MSDuPontDeLisle1342 | AF-101B (BLR-1342) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.012333333 | 4 | ET | 127 | NO | 0.012333333 | 126 |
| TNNissanSmyrna | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012333333 | 1 | ET | 128 | NO | 0.012333333 | 128 |
| TNNissanSmyrna | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0124 | 1 | ET | 129 | NO | 0.0124 | 129 |
| ILBungeDanville | CFB Boiler | Particulate Matter (PM) filterable | Coal | FB | Fabric Filter | 0.012566667 | 1 | ET | 130 | NO | 0.012566667 | 130 |
| MDNewPage-Luke | No. 25 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.012566667 | 1 | ET | 131 | NO | 0.012566667 | 131 |
| PADomtarJohnsonburg | #81 Coal Boiler | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.012666667 | 1 | ET | 132 | NO | 0.012666667 | 132 |
| PADomtarJohnsonburg | #82 Coal Boiler | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.012666667 | 1 | ET | 133 | NO | 0.012666667 | 133 |
| MIGMDetroitHamtramck | Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012766667 | 1 | ET | 134 | NO | 0.012766667 | 134 |
| MIGMDetroitHamtramck | Boiler #3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012766667 | 1 | ET | 135 | NO | 0.012766667 | 135 |
| MIGMDetroitHamtramck | Boiler #4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.012766667 | 1 | ET | 136 | NO | 0.012766667 | 136 |
| WVPPGMartinsville | R072-Boiler 5 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.012800513 | 1 | ET | 137 | NO | 0.012800513 | 137 |
| NCTysonHarmony | TYS-ES-21 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.013 | 1 | ET | 138 | NO | 0.013 | 138 |
| ALCargill-Decatur | Keeler (S-407) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.013 | 1 | ET | 139 | NO | 0.013 | 139 |
| COCoEnergyNations | Boiler 4 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.013 | 1 | ET | 140 | NO | 0.013 | 140 |
| TNBowaterNewsprint | Power Boiler No. 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.013 | 1 | ET | 141 | NO | 0.013 | 141 |
| IAADMCornProcessingCR | EU-502A | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.0133 | 2 | ET | 142 | NO | 0.0133 | 142 |
| INBungeDecatur | Keeler (2SP1) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.013333333 | 1 | ET | 143 | NO | 0.013333333 | 143 |
| VAVirginiaPolytechnic | Boiler 11 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 0.013416905 | 1 | ET | 144 | NO | 0.013416905 | 144 |
| MASolutiaIncSpringfield | EU 150 S03 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.013547523 | 1 | ET | 145 | NO | 0.013547523 | 145 |
| PAKimberlyClarkChester | Boiler #10 (ID 035) | Particulate Matter (PM) filterable | Coal | FB-HE | Fabric Filter | 0.013803329 | 2 | ET | 146 | NO | 0.013803329 | 146 |
| INCitizensThermal | 15 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.014 | 5 | ET | 147 | NO | 0.014 | 147 |
| INCitizensThermal | 16 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.014 | 5 | ET | 148 | NO | 0.014 | 148 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNViskase | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.014 | 1 | ET | 149 | NO | 0.014 | 149 |
| TNViskase | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.014 | 1 | ET | 150 | NO | 0.014 | 150 |
| DEINVISTA | EU 001 - Coal Boiler No. 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0141 | 1 | ET | 151 | NO | 0.0141 | 151 |
| KYISPChemicals | 0AA (Riley) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.014333333 | 1 | ET | 152 | NO | 0.014333333 | 153 |
| MNWausauPaper-Brainerd | EU 002 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.014333333 | 3 | ET | 153 | NO | 0.014333333 | 152 |
| ILRockIslandArsenal | Boiler #4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.01502 | 1 | ET | 154 | NO | 0.01502 | 154 |
| TNCargillMemphis | Pulverized Coal Boiler (8301) | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.015033333 | 1 | ET | 155 | NO | 0.015033333 | 155 |
| IACargillEddyville | 1.001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.015266667 | 1 | ET | 156 | NO | 0.015266667 | 157 |
| IACargillEddyville | 1.002 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.015266667 | 1 | ET | 157 | NO | 0.015266667 | 158 |
| IACargillEddyville | 1.039 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.015266667 | 1 | ET | 158 | NO | 0.015266667 | 156 |
| DEINVISTA | EU 003 - Coal Boiler No. 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0153 | 1 | ET | 159 | NO | 0.0153 | 159 |
| NCBlueRidgePaper | G11040 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.015333333 | 2 | ET | 160 | NO | 0.015333333 | 160 |
| ILRockIslandArsenal | NBN 12888 (Boiler #2) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0159 | 1 | ET | 161 | NO | 0.0159 | 161 |
| GAInternationalPaperAugustaMills | PB2A | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.016 | 2 | ET | 162 | NO | 0.016 | 162 |
| WYSolvay | AQD #19 Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Wet ScrubberElectrostatic Precipitator | 0.016 | 1 | ET | 163 | NO | 0.016 | 163 |
| OHRockTennCincinnati | B001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.016333333 | 1 | ET | 164 | NO | 0.016333333 | 164 |
| WVDuPontWashingtonWorks | P06 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.016449268 | 1 | ET | 165 | NO | 0.016449268 | 165 |
| OHAppletonIdeas | Boiler 2 (B002) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.016666667 | 1 | ET | 166 | NO | 0.016666667 | 168 |
| OHCognisOleochem | Boiler #1 (B027) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.016666667 | 2 | ET | 167 | NO | 0.016666667 | 166 |
| VADukeEnergyNarrows | Boiler #7 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.016666667 | 2 | ET | 168 | NO | 0.016666667 | 167 |
| GAIPSavannah | No. 13 Power Boiler - PB13 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.017333333 | 1 | ET | 169 | NO | 0.017333333 | 169 |
| MDNewPage-Luke | No. 24 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0174 | 1 | ET | 170 | NO | 0.0174 | 170 |
| IAADMCornProcessingCR | EU-501A | Particulate Matter (PM) filterable | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.018 | 2 | ET | 171 | NO | 0.018 | 171 |
| INAlcoaWarrick | Unit #2 | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.018726667 | 1 | ET | 172 | NO | 0.018726667 | 172 |
| WVUCCSouthCharleston | B25 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.019666667 | 1 | ET | 173 | NO | 0.019666667 | 173 |
| SCINVISTACamdenPlant | Unit ID 3 - Boiler No. 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.02 | 1 | ET | 174 | NO | 0.02 | 174 |
| SCINVISTACamdenPlant | Unit ID 4 - Boiler No. 4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.02 | 1 | ET | 175 | NO | 0.02 | 175 |
| NEADMLincoln | EU26 Coal Boiler | Particulate Matter (PM) filterable | Coal | FB | Fabric Filter | 0.020483333 | 1 | ET | 176 | NO | 0.020483333 | 176 |
| MNNorthshoreMining | Unit 2 (EU 002) | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.020575232 | 2 | ET | 177 | NO | 0.020575232 | 177 |
| INCitizensThermal | 12 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.020666667 | 2 | ET | 178 | NO | 0.020666667 | 178 |
| WIWausauRhine | B20 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.021 | 1 | ET | 179 | NO | 0.021 | 179 |
| WIWausauRhine | B21 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.021 | 1 | ET | 180 | NO | 0.021 | 180 |
| WIWausauRhine | B22 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.021 | 1 | ET | 181 | NO | 0.021 | 181 |
| WIWausauRhine | B23 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.021 | 1 | ET | 182 | NO | 0.021 | 182 |
| ILAbbottAbbottPark | Unit 4AP | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.021333333 | 1 | ET | 183 | NO | 0.021333333 | 183 |
| NCMCASCherryPoint | CP-152-BOIL-01 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.021733333 | 1 | ET | 184 | NO | 0.021733333 | 184 |
| NCMillerCoors | ES-1 Coal/No. 2 & 6 Fuel Oil Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.021733333 | 1 | ET | 185 | NO | 0.021733333 | 185 |
| TNInvistaChattanooga | EU002 - Boiler #3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.023333333 | 1 | ET | 186 | NO | 0.023333333 | 186 |
| MOIPLBlueValley | Unit 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.023466667 | 1 | ET | 187 | NO | 0.023466667 | 187 |
| ILADMQuincy | EU-5003 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.023833333 | 1 | ET | 188 | NO | 0.023833333 | 188 |
| ILADMQuincy | EU-5004 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.023833333 | 1 | ET | 189 | NO | 0.023833333 | 189 |
| OHOrrvilleUtilities | B005 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.024333333 | 10 | ET | 190 | NO | 0.024333333 | 190 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.024666667 | 2 | ET | 191 | NO | 0.024666667 | 191 |
| PAHorseheadCorpMonaco | 35 | Particulate Matter (PM) filterable | Coal | PC | Dry Sorbent InjectionElectrostatic Precipitator | 0.024666667 | 1 | ET | 192 | NO | 0.024666667 | 192 |
| INTateLyleSagamore | 31B1 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.02481205 | 1 | ET | 193 | NO | 0.02481205 | 193 |
| MIManistiquePaper | EUBLR001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0255637 | 1 | ET | 194 | NO | 0.0255637 | 194 |
| MIManistiquePaper | EUBLR002 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0255637 | 1 | ET | 195 | NO | 0.0255637 | 195 |
| NCDakAmericas | EU02 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.025566667 | 2 | ET | 196 | NO | 0.025566667 | 196 |
| MNAmericanCrystalMoorhead | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.025777815 | 1 | ET | 197 | NO | 0.025777815 | 197 |
| TNBowaterNewsprint | Power Boiler No. 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.026 | 1 | ET | 198 | NO | 0.026 | 198 |
| GACargill-Gainesville | B001 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.026333333 | 1 | ET | 199 | NO | 0.026333333 | 199 |
| PAHorseheadCorpMonaco | 34 | Particulate Matter (PM) filterable | Coal | PC | Dry Sorbent InjectionElectrostatic Precipitator | 0.026333333 | 1 | ET | 200 | NO | 0.026333333 | 200 |
| WVDuPontWashingtonWorks | P05 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.026666667 | 3 | ET | 201 | NO | 0.026666667 | 201 |
| MNAmericanCrystalEastGF | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.026766667 | 1 | ET | 202 | NO | 0.026766667 | 202 |
| ILBungeCairo470 | EU 032 (Coal Fired Boiler No. 2) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.027 | 1 | ET | 203 | NO | 0.027 | 203 |
| ILBungeCairo470 | EU 032 (Coal Fired Boiler No.1) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.027 | 1 | ET | 204 | NO | 0.027 | 204 |
| OKGPMuskogeeMill | B-2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.029 | 2 | ET | 205 | NO | 0.029 | 205 |
| WIUWOshkosh | 600425 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.029 | 1 | ET | 206 | NO | 0.029 | 206 |
| OHAkronThermalEnergy | Boiler #32 (B001) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.029566667 | 1 | ET | 207 | NO | 0.029566667 | 207 |
| MOCentralElectricChamois | UNIT 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.029666667 | 2 | ET | 208 | NO | 0.029666667 | 208 |
| MOMallinckrodt | Boiler 6 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.030022127 | 1 | ET | 209 | NO | 0.030022127 | 209 |
| WVDuPontWashingtonWorks | P02 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.030333333 | 1 | ET | 210 | NO | 0.030333333 | 210 |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet Sorbent Injection | 0.030666667 | 2 | ET | 211 | NO | 0.030666667 | 211 |
| ILRockIslandArsenal | NBN 3059 (Boiler #3) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.0314 | 1 | ET | 212 | NO | 0.0314 | 212 |
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.0315 | 1 | ET | 213 | NO | 0.0315 | 213 |
| MOColumbiaPowerPlant | Boiler Unit 6 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.031866667 | 1 | ET | 214 | NO | 0.031866667 | 214 |
| MOColumbiaPowerPlant | Boiler Unit 7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.031866667 | 1 | ET | 215 | NO | 0.031866667 | 215 |
| MNADMMankato | ASEA Boiler #5 | Particulate Matter (PM) filterable | Coal | FB | Fabric Filter | 0.032 | 1 | ET | 216 | NO | 0.032 | 216 |
| NDAmericanCrystalDrayton | Main Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.032166667 | 1 | ET | 217 | NO | 0.032166667 | 217 |
| MNNorthshoreMining | Unit 1 (EU 001) | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.032265705 | 1 | ET | 218 | NO | 0.032265705 | 218 |
| MNAmericanCrystalCrookston | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0329 | 1 | ET | 219 | NO | 0.0329 | 219 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.033333333 | 2 | ET | 220 | NO | 0.033333333 | 220 |
| DEINVISTA | EU 002 - Coal Boiler No. 2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.033633333 | 1 | ET | 221 | NO | 0.033633333 | 221 |
| WINewPageBiron | B23 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.033666667 | 1 | ET | 222 | NO | 0.033666667 | 222 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNDuPontOldHickoryPlant | #20 Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.034 | 1 | ET | 223 | NO | 0.034 | 223 |
| MOIP&LMissouriCity | Unit 1 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.0346 | 1 | ET | 224 | NO | 0.0346 | 224 |
| MOIP&LMissouriCity | Unit 2 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.0346 | 1 | ET | 225 | NO | 0.0346 | 225 |
| WYGeneralChemical | GR-3-W (D BOILER) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.034666667 | 1 | ET | 226 | NO | 0.034666667 | 226 |
| VADukeEnergyNarrows | Boiler #1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.035 | 2 | ET | 227 | NO | 0.035 | 227 |
| NCCampLejeuneMCB | A-HP-1700-01 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.035333333 | 1 | ET | 228 | NO | 0.035333333 | 228 |
| NCCampLejeuneMCB | A-HP-1700-02 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.035333333 | 1 | ET | 229 | NO | 0.035333333 | 229 |
| COCoEnergyNations | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.036666667 | 1 | ET | 230 | NO | 0.036666667 | 230 |
| NCBlueRidgePaper | G11039 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.038 | 2 | ET | 231 | NO | 0.038 | 231 |
| SCINVISTACamdenPlant | Unit ID 1 - Boiler No. 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.04 | 1 | ET | 232 | NO | 0.04 | 232 |
| SCINVISTACamdenPlant | Unit ID 2 - Boiler No. 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.04 | 1 | ET | 233 | NO | 0.04 | 233 |
| NCEIDuPontKinston | ES6022B | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.040133333 | 1 | ET | 234 | NO | 0.040133333 | 234 |
| NCBlueRidgePaper | G11038 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.040333333 | 2 | ET | 235 | NO | 0.040333333 | 235 |
| TNDuPontOldHickoryPlant | #24 Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.040666667 | 1 | ET | 236 | NO | 0.040666667 | 236 |
| MOIPLBlueValley | Unit 2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.041466667 | 1 | ET | 237 | NO | 0.041466667 | 237 |
| INBungeDecatur | B&W (1SP1) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.041666667 | 1 | ET | 238 | NO | 0.041666667 | 238 |
| OHOrrvilleUtilities | B001 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.042333333 | 5 | ET | 239 | NO | 0.042333333 | 239 |
| OHAppletonIdeas | Boiler 4 (B003) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.043333333 | 1 | ET | 240 | NO | 0.043333333 | 241 |
| OHPainesvilleMunicipalElectric | B004 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.043333333 | 2 | ET | 241 | NO | 0.043333333 | 240 |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.043566667 | 2 | ET | 242 | NO | 0.043566667 | 242 |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.043566667 | 1 | ET | 243 | NO | 0.043566667 | 243 |
| VADukeEnergyNarrows | Boiler #5 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.043666667 | 2 | ET | 244 | NO | 0.043666667 | 244 |
| GASPNewsprint | PB1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.044333333 | 1 | ET | 245 | NO | 0.044333333 | 245 |
| GAGPCedarSprings | U501 - Power Boiler No 2 | Particulate Matter (PM) filterable | Coal | PC | Venturi Scrubber | 0.044333333 | 1 | ET | 246 | NO | | |
| OHArcelorMittalCleveland | Boiler D | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.045366667 | 1 | ET | 247 | NO | 0.045366667 | 246 |
| OHPainesvilleMunicipalElectric | B001 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.045666667 | 1 | ET | 248 | NO | 0.045666667 | 247 |
| OHArcelorMittalCleveland | Boiler 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.0459 | 1 | ET | 249 | NO | 0.0459 | 248 |
| ILPrairiePowerPearl | B1 | Particulate Matter (PM) filterable | Coal | PC | Wet Scrubber | 0.046633333 | 1 | ET | 250 | NO | 0.046633333 | 249 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.047233333 | 2 | ET | 251 | NO | 0.047233333 | 250 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #6 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.047233333 | 2 | ET | 252 | NO | 0.047233333 | 251 |
| NCBlueRidgePaper | G11037 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.048 | 2 | ET | 253 | NO | 0.048 | 252 |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.048333333 | 1 | ET | 254 | NO | 0.048333333 | 253 |
| WYGeneralChemical | GR-2-L (C BOILER) | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.049366667 | 1 | ET | 255 | NO | 0.049366667 | 254 |
| MNVersoPaper | EU018 Bros | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.05 | 1 | ET | 256 | NO | 0.05 | 255 |
| OHBataviaTransmissions | Boiler 1 (B001) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.05 | 1 | ET | 257 | NO | 0.05 | 256 |
| IAJohnDeereDubuque | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0505 | 2 | ET | 258 | NO | 0.0505 | 257 |
| IAJohnDeereDubuque | Boiler 4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0505 | 2 | ET | 259 | NO | 0.0505 | 258 |
| TNInvistaChattanooga | EU002 - Boiler #5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.050666667 | 1 | ET | 260 | NO | 0.050666667 | 259 |
| OHBataviaTransmissions | Boiler 3 (B003) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.053333333 | 1 | ET | 261 | NO | 0.053333333 | 260 |
| NYCornellUniversity | B1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.055333333 | 1 | ET | 262 | NO | 0.055333333 | 261 |
| INSABICInnovativePlastics | 09-002 Erie Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.056333333 | 2 | ET | 263 | NO | 0.056333333 | 262 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.057333333 | 2 | ET | 264 | NO | 0.057333333 | 263 |
| IAJohnDeereDubuque | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0584 | 1 | ET | 265 | NO | 0.0584 | 264 |
| IAJohnDeereDubuque | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0584 | 1 | ET | 266 | NO | 0.0584 | 265 |
| NCMCASCherryPoint | CP-152-BOIL-02 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.059666667 | 1 | ET | 267 | NO | 0.059666667 | 266 |
| OHPainesvilleMunicipalElectric | B003 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0635 | 4 | ET | 268 | NO | 0.0635 | 267 |
| NCCampLejeuneMCB | A-HP-1700-03 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.064333333 | 1 | ET | 269 | NO | 0.064333333 | 268 |
| NCCampLejeuneMCB | A-HP-1700-04 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.064333333 | 1 | ET | 270 | NO | 0.064333333 | 269 |
| IAAGPEagleGrove | Boiler 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.065066667 | 1 | ET | 271 | NO | 0.065066667 | 270 |
| HIPuuneneSugarMill | Boiler 3 | Particulate Matter (PM) filterable | Coal | Suspension/Grate | Venturi Scrubber | 0.069333333 | 5 | ET | 272 | NO | | |
| VAPhilipMorrisMC | PC | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.071333333 | 1 | ET | 273 | NO | 0.071333333 | 272 |
| OHOrrvilleUtilities | B004 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.073666667 | 6 | ET | 274 | NO | 0.073666667 | 273 |
| GACaraustar | CB01 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.074666667 | 1 | ET | 275 | NO | 0.074666667 | 274 |
| OHOrrvilleUtilities | B006 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.076666667 | 1 | ET | 276 | NO | 0.076666667 | 275 |
| IAIAStateUnivPowerPlant | B4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.077333333 | 1 | ET | 277 | NO | 0.077333333 | 276 |
| HIPuuneneSugarMill | Boiler 1 | Particulate Matter (PM) filterable | Coal | Suspension/Grate | Venturi Scrubber | 0.079166667 | 6 | ET | 278 | NO | | |
| HIPuuneneSugarMill | Boiler 2 | Particulate Matter (PM) filterable | Coal | Suspension/Grate | Venturi Scrubber | 0.079166667 | 6 | ET | 279 | NO | | |
| MIMISugarSebewaing | Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.079333333 | 2 | ET | 280 | NO | 0.079333333 | 280 |
| MIMISugarSebewaing | Boiler #3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.079333333 | 2 | ET | 281 | NO | 0.079333333 | 279 |
| WIDairylandPower-Alma | Alma 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.084 | 1 | ET | 282 | NO | 0.084 | 281 |
| WIDairylandPower-Alma | Alma 2 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.084 | 1 | ET | 283 | NO | 0.084 | 282 |
| WIDairylandPower-Alma | Alma 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.084 | 1 | ET | 284 | NO | 0.084 | 283 |
| MNAmericanCrystalEastGF | Boiler 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0858 | 1 | ET | 285 | NO | 0.0858 | 284 |
| MIMISugarCroswell | Boiler #1 (east Wicks) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.091 | 2 | ET | 286 | NO | 0.091 | 285 |
| MIMISugarCroswell | Boiler #2 (west Wicks) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.091 | 2 | ET | 287 | NO | 0.091 | 286 |
| PABayValleyFoodsPittsburgh | Boiler No. 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.093 | 2 | ET | 288 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.093 | 2 | ET | 289 | NO | | |
| SCGaley&Lord | 1EB1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.093 | 1 | ET | 290 | NO | 0.093 | 287 |
| SCGaley&Lord | 1FB1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.093 | 1 | ET | 291 | NO | 0.093 | 288 |
| INTateLyleLafayetteSouth | LA-45 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.1038 | 1 | ET | 292 | NO | 0.1038 | 289 |
| NCEIDuPontKinston | ES6022A | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.108666667 | 1 | ET | 293 | NO | 0.108666667 | 290 |
| MICargillSalt | EGBOILER5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.109666667 | 1 | ET | 294 | NO | 0.109666667 | 291 |
| OHCityofHamilton | B008 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.116666667 | 1 | ET | 295 | NO | 0.116666667 | 292 |
| MOBASFHannibal | Coal Fired Boiler #4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.1216 | 1 | ET | 296 | NO | 0.1216 | 293 |
| ILDukeEnergyTuscola | Unit 1 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.13 | 1 | ET | 297 | NO | 0.13 | 294 |
| ILDukeEnergyTuscola | Unit 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.13 | 1 | ET | 298 | NO | 0.13 | 295 |
| IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Wet Scrubber | 0.132666667 | 1 | ET | 299 | NO | 0.132666667 | 296 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IDAmalgamatedSugarCoTwinFalls | S-B2 | Particulate Matter (PM) filterable | Coal | PC | Fabric Filter | 0.133063333 | 1 | ET | 300 | NO | 0.133063333 | 297 |
| NYMortonSalt | EU01 | Particulate Matter (PM) filterable | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.136666667 | 1 | ET | 301 | NO | 0.136666667 | 298 |
| MIDelphiSaginaw | EUBR03 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.147965338 | 1 | ET | 302 | NO | 0.147965338 | 299 |
| MNDESPHansONyman | EU002 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.156666667 | 1 | ET | 303 | NO | 0.156666667 | 300 |
| MNDESPHansONyman | EU003 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.156666667 | 1 | ET | 304 | NO | 0.156666667 | 301 |
| NYCornellUniversity | B8 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.169666667 | 1 | ET | 305 | NO | 0.169666667 | 302 |
| ILAbbottNorthChicago | Emission Unit TT-16 (Boiler #5) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.1699 | 1 | ET | 306 | NO | | |
| IDTASCOPaul | Erie City Boiler | Particulate Matter (PM) filterable | Coal | PC | Wet Scrubber | 0.176666667 | 1 | ET | 307 | NO | 0.176666667 | 303 |
| PABellefieldPlant | Boiler 5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.176666667 | 1 | ET | 308 | NO | | |
| WIThilmanyLLC | B09 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.1799 | 2 | ET | 309 | NO | 0.1799 | 304 |
| WIThilmanyLLC | B11 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.1799 | 2 | ET | 310 | NO | 0.1799 | 305 |
| WVDuPontWashingtonWorks | P03 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.188 | 1 | ET | 311 | NO | 0.188 | 306 |
| ILAbbottNorthChicago | Emission Unit TT-20 (Boiler #6) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.195233333 | 1 | ET | 312 | NO | 0.195233333 | 307 |
| PABayValleyFoodsPittsburgh | Boiler No. 1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.203333333 | 2 | ET | 313 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.203333333 | 2 | ET | 314 | NO | | |
| IAGrainProcessing | Boiler #1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.231333333 | 1 | ET | 315 | NO | 0.231333333 | 308 |
| IAGrainProcessing | Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.231333333 | 1 | ET | 316 | NO | 0.231333333 | 309 |
| IAGrainProcessing | Boiler #3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.231333333 | 1 | ET | 317 | NO | 0.231333333 | 310 |
| IAGrainProcessing | Boiler #4 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.231333333 | 1 | ET | 318 | NO | 0.231333333 | 311 |
| IAGrainProcessing | Boiler #6 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.231333333 | 1 | ET | 319 | NO | 0.231333333 | 312 |
| IAGrainProcessing | Boiler #7 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.231333333 | 1 | ET | 320 | NO | 0.231333333 | 313 |
| MIDelphiSaginaw | EUBR05 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.234515393 | 1 | ET | 321 | NO | 0.234515393 | 314 |
| MIDelphiSaginaw | EUBR04 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.242752688 | 1 | ET | 322 | NO | 0.242752688 | 315 |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.255566667 | 1 | ET | 323 | NO | 0.255566667 | 316 |
| MOBASFHannibal | Coal Fired Boiler #5 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.258666667 | 1 | ET | 324 | NO | 0.258666667 | 317 |
| IACentralIAPower | EP1 Unit 1 PC Boiler | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.271633333 | 1 | ET | 325 | NO | 0.271633333 | 318 |
| MIDelphiSaginaw | EUBR01 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.285182461 | 1 | ET | 326 | NO | 0.285182461 | 319 |
| MIPharma&Upjohn1178 | EUEBLR43-4 (Boiler No. 4) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.298133333 | 1 | ET | 327 | NO | 0.298133333 | 320 |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.307933333 | 1 | ET | 328 | NO | 0.307933333 | 321 |
| PABellefieldPlant | Boiler 3 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.315 | 1 | ET | 329 | NO | | |
| WVDuPontWashingtonWorks | P01 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.316666667 | 1 | ET | 330 | NO | 0.316666667 | 322 |
| MIDelphiSaginaw | EUBR06 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.340377711 | 1 | ET | 331 | NO | 0.340377711 | 323 |
| SCMilliken2324 | UTBH04 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.380666667 | 1 | ET | 332 | NO | | |
| SCSonocoHartsville | Boiler Number 3 | Particulate Matter (PM) filterable | Coal | PC | Electrostatic Precipitator | 0.41 | 1 | ET | 333 | NO | 0.41 | 324 |
| MIMichiganSugarCaro | Boiler #1 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.472 | 1 | ET | 334 | NO | 0.472 | 325 |
| MIMichiganSugarCaro | Boiler #2 | Particulate Matter (PM) filterable | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.472 | 1 | ET | 335 | NO | 0.472 | 326 |

**Appendix B-6b: Unit Rankings for TSM from Coal/Solid Fossil Fuel Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ILPolyOne | B1 | TSM8 | Coal | FB | Fabric FilterDry Sorbent Injection | 7.60995E-06 | 2 | ET | 1 | YES | 7.60995E-06 | 1 |
| VACogentrixHopewell | 2A | TSM8 | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 8.108E-06 | 1 | ET | 2 | YES | 8.108E-06 | 2 |
| VACogentrixHopewell | 2B | TSM8 | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 8.108E-06 | 1 | ET | 3 | YES | 8.108E-06 | 3 |
| VACogentrixHopewell | 2C | TSM8 | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 8.108E-06 | 1 | ET | 4 | YES | 8.108E-06 | 4 |
| TNEastman_NO_CBIDATA | Boiler 30 | TSM8 | Coal | PC | Dry ScrubberElectrostatic Precipitator | 8.15221E-06 | 1 | ET | 5 | YES | 8.15221E-06 | 5 |
| AKDoyonUtilities_AK | 4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 9.86476E-06 | 1 | ET | 6 | YES | 9.86476E-06 | 6 |
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | TSM8 | Coal | FB | Fabric Filter/Dry Srubber (Lime Injection)/SNCR | 1.07528E-05 | 1 | ET | 7 | YES | 1.07528E-05 | 7 |
| VAUniversityofVirginia | 7103-1-01R | TSM8 | Coal | Stoker/SlopedGrate/Other | Spray Dryer/Fabric Filter | 1.07893E-05 | 1 | ET | 8 | YES | 1.07893E-05 | 8 |
| WINewPageBiron | B24 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.29966E-05 | 2 | ET | 9 | YES | 1.29966E-05 | 9 |
| MNHibbing | Unit 1A | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 1.6264E-05 | 1 | ET | 10 | YES | 1.6264E-05 | 10 |
| VAVirginiaPolytechnic | Boiler 7 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 2.1648E-05 | 1 | ET | 11 | YES | 2.1648E-05 | 11 |
| MNHibbing | Unit 2A | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 2.50071E-05 | 1 | ET | 12 | YES | 2.50071E-05 | 12 |
| IDTASCONampa | Babcock and Wilcox (B&W) #1 | TSM8 | Coal | PC | Fabric Filter | 2.53156E-05 | 1 | ET | 13 | YES | 2.53156E-05 | 13 |
| IDTASCONampa | Babcock and Wilcox (B&W) #2 | TSM8 | Coal | PC | Fabric Filter | 2.54238E-05 | 1 | ET | 14 | YES | 2.54238E-05 | 14 |
| IAUofNorthernIowa | Boiler #3 | TSM8 | Coal | PC | Fabric Filter | 2.60005E-05 | 1 | ET | 15 | YES | 2.60005E-05 | 15 |
| NCUNCCogen | ES-001 | TSM8 | Coal | FB | Fabric FilterDry Sorbent Injection | 2.9422E-05 | 1 | ET | 16 | YES | 2.9422E-05 | 16 |
| VAVirginiaPolytechnic | Boiler 11 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric FilterDry Scrubber | 3.28162E-05 | 1 | ET | 17 | YES | 3.28162E-05 | 17 |
| WINewPage-WisconsinRapids | Power Boiler 2 - B20 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 3.28932E-05 | 1 | ET | 18 | YES | 3.28932E-05 | 18 |
| INTateLyleSagamore | 31B1 | TSM8 | Coal | PC | Fabric Filter | 3.80037E-05 | 1 | ET | 19 | YES | 3.80037E-05 | 19 |
| MITBSimonPowerPlant | Unit 1 | TSM8 | Coal | PC | Fabric Filter | 4.37928E-05 | 3 | ET | 20 | YES | 4.37928E-05 | 20 |
| OKGPMuskogeeMill | B-4 | TSM8 | Coal | PC | Fabric Filter | 4.41279E-05 | 1 | ET | 21 | NO | 4.41279E-05 | 21 |
| AKDoyonUtilities_AK | 7 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 4.75553E-05 | 1 | ET | 22 | NO | 4.75553E-05 | 22 |
| OHSmartPapersHoldingsLLC | B010 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000050783 | 1 | ET | 23 | NO | 0.000050783 | 23 |
| PAKimberlyClarkChester | Boiler #10 (ID 035) | TSM8 | Coal | FB-HE | Fabric Filter | 5.18085E-05 | 1 | ET | 24 | NO | | |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | TSM8 | Coal | PC | Fabric Filter | 5.44858E-05 | 1 | ET | 25 | NO | 5.44858E-05 | 25 |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | TSM8 | Coal | PC | Fabric Filter | 5.44858E-05 | 1 | ET | 26 | NO | 5.44858E-05 | 26 |
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | TSM8 | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.000056872 | 2 | ET | 27 | NO | 0.000056872 | 27 |
| IDAmalgamatedSugarCoTwinFalls | S-B2 | TSM8 | Coal | PC | Fabric Filter | 5.68942E-05 | 1 | ET | 28 | NO | 5.68942E-05 | 28 |
| ILDukeEnergyTuscola | Unit 1 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00005838 | 2 | ET | 29 | NO | 0.00005838 | 29 |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | TSM8 | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 7.00785E-05 | 1 | ET | 30 | NO | 7.00785E-05 | 30 |
| OHCargillSidney | B002 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 7.19663E-05 | 1 | ET | 31 | NO | 7.19663E-05 | 31 |
| MNHibbing | Unit 3A | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.20333E-05 | 1 | ET | 32 | NO | 7.20333E-05 | 32 |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 7.22767E-05 | 1 | ET | 33 | NO | 7.22767E-05 | 33 |
| TNCargillMemphis | Stoker Boiler 8001 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric FilterWet Scrubber | 0.00007284 | 1 | ET | 34 | NO | 0.00007284 | 34 |
| VASmurfitStoneWestpt | PB08 | TSM8 | Coal | PC | Electrostatic Precipitator | 7.29107E-05 | 2 | ET | 35 | NO | 7.29107E-05 | 35 |
| GACaraustar | CB01 | TSM8 | Coal | PC | Fabric Filter | 0.000073725 | 1 | ET | 36 | NO | 0.000073725 | 36 |
| IDAmalgamatedSugarCoTwinFalls | S-B1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 7.50103E-05 | 1 | ET | 37 | NO | 7.50103E-05 | 37 |
| TNDuPontOldHickoryPlant | #24 Boiler | TSM8 | Coal | PC | Electrostatic Precipitator | 7.61537E-05 | 1 | ET | 38 | NO | 7.61537E-05 | 38 |
| OKGPMuskogeeMill | B-2 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00007911 | 1 | ET | 39 | NO | 0.00007911 | 39 |
| KYISPChemicals | 0AA (Riley) | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00010545 | 1 | ET | 40 | NO | 0.00010545 | 40 |
| MITBSimonPowerPlant | Unit 2 | TSM8 | Coal | PC | Fabric Filter | 0.000105773 | 2 | ET | 41 | NO | 0.000105773 | 41 |
| ILRockIslandArsenal | NBN 12602 (Boiler #1) | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000108261 | 1 | ET | 42 | NO | 0.000108261 | 42 |
| WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | TSM8 | Coal | FB | Fabric FilterDry Sorbent Injection | 0.000110481 | 3 | ET | 43 | NO | 0.000110481 | 43 |
| TNDuPontOldHickoryPlant | #20 Boiler | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00011359 | 1 | ET | 44 | NO | 0.00011359 | 44 |
| PAARGBradford | 37 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000114013 | 1 | ET | 45 | NO | 0.000114013 | 45 |
| WIDairylandPower-Alma | Alma 1 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00011521 | 1 | ET | 46 | NO | 0.00011521 | 46 |
| WIDairylandPower-Alma | Alma 2 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00011521 | 1 | ET | 47 | NO | 0.00011521 | 47 |
| WIDairylandPower-Alma | Alma 3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00011521 | 1 | ET | 48 | NO | 0.00011521 | 48 |
| INAlcoaWarrick | Unit #3 | TSM8 | Coal | PC | Wet ScrubberElectrostatic Precipitator | 0.000115966 | 1 | ET | 49 | NO | 0.000115966 | 49 |
| NCBlueRidgePaper | G11040 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000120857 | 1 | ET | 50 | NO | 0.000120857 | 50 |
| OHCargillAkron | B001 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000122501 | 1 | ET | 51 | NO | 0.000122501 | 51 |
| OHCargillSidney | B001 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000125731 | 1 | ET | 52 | NO | 0.000125731 | 52 |
| TNEastman_NO_CBIDATA | Boiler 25 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000125737 | 2 | ET | 53 | NO | 0.000125737 | 53 |
| WINewPageBiron | B23 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000127024 | 1 | ET | 54 | NO | 0.000127024 | 54 |
| MIPharma&Upjohn1180 | Boiler 3 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000129833 | 1 | ET | 55 | NO | 0.000129833 | 55 |
| TNBowaterNewsprint | Power Boiler No. 3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000132013 | 1 | ET | 56 | NO | 0.000132013 | 56 |
| TNEastman_NO_CBIDATA | Boiler 27 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00013272 | 2 | ET | 57 | NO | 0.00013272 | 57 |
| VAGPBigIsland2703 | PWR04 - No. 4 Power Boiler | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000135927 | 1 | ET | 58 | NO | 0.000135927 | 58 |
| OHUofCincinnati | B108 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000136107 | 1 | ET | 59 | NO | 0.000136107 | 59 |
| GAInternationalPaperAugustaMills | PB2A | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000139104 | 2 | ET | 60 | NO | 0.000139104 | 60 |
| NCBlueRidgePaper | G11039 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000144417 | 1 | ET | 61 | NO | 0.000144417 | 61 |
| TNViskase | Boiler 1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000144953 | 1 | ET | 62 | NO | 0.000144953 | 62 |
| TNViskase | Boiler 2 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000144953 | 1 | ET | 63 | NO | 0.000144953 | 63 |
| ILRockIslandArsenal | Boiler #4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00014673 | 1 | ET | 64 | NO | 0.00014673 | 64 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E2 (3-0005) (Boiler 2) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00014806 | 1 | ET | 65 | NO | 0.00014806 | 65 |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000149032 | 1 | ET | 66 | NO | 0.000149032 | 66 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ILJohnDeereHarvester | B7 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000150001 | 1 | ET | 67 | NO | 0.000150001 | 67 |
| ILJohnDeereHarvester | B8 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000150001 | 1 | ET | 68 | NO | 0.000150001 | 68 |
| ILJohnDeereHarvester | B9 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000150001 | 1 | ET | 69 | NO | 0.000150001 | 69 |
| NCMCASCherryPoint | CP-152-BOIL-02 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000150253 | 1 | ET | 70 | NO | 0.000150253 | 70 |
| NCEIDuPontKinston | ES6022B | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000156742 | 1 | ET | 71 | NO | 0.000156742 | 71 |
| VARadfordArmyAmmunitionPlant | Boiler No. 4 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000157449 | 1 | ET | 72 | NO | 0.000157449 | 72 |
| INPurdueUniverisity | Boiler 5 | TSM8 | Coal | FB | Fabric FilterDuct Sorbent Injection | 0.000163209 | 1 | ET | 73 | NO | 0.000163209 | 73 |
| IAJohnDeereDubuque | Boiler 1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000163924 | 1 | ET | 74 | NO | 0.000163924 | 74 |
| IAJohnDeereDubuque | Boiler 4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000163924 | 1 | ET | 75 | NO | 0.000163924 | 75 |
| MOMallinckrodt | Boiler 6 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000165608 | 1 | ET | 76 | NO | 0.000165608 | 76 |
| VADukeEnergyNarrows | Boiler #5 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000171796 | 2 | ET | 77 | NO | 0.000171796 | 77 |
| MOBASFHannibal | Coal Fired Boiler #5 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000176618 | 1 | ET | 78 | NO | 0.000176618 | 78 |
| OHAkronThermalEnergy | Boiler #32 (B001) | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.0001788 | 1 | ET | 79 | NO | 0.0001788 | 79 |
| MITBSimonPowerPlant | Unit 3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000181935 | 2 | ET | 80 | NO | 0.000181935 | 80 |
| OHSmartPapersHoldingsLLC | B020 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000182913 | 1 | ET | 81 | NO | 0.000182913 | 81 |
| VAPhilipMorrisPark500 | B3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000183751 | 1 | ET | 82 | NO | 0.000183751 | 82 |
| IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Wet Scrubber | 0.000185552 | 1 | ET | 83 | NO | 0.000185552 | 83 |
| MIManistiquePaper | EUBLR001 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00018715 | 1 | ET | 84 | NO | 0.00018715 | 84 |
| MIManistiquePaper | EUBLR002 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00018715 | 1 | ET | 85 | NO | 0.00018715 | 85 |
| ILAbbottAbbottPark | Unit 5AP | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00018761 | 1 | ET | 86 | NO | 0.00018761 | 86 |
| WIThilmanyLLC | B11 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000197011 | 3 | ET | 87 | NO | 0.000197011 | 87 |
| WIThilmanyLLC | B09 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000197011 | 3 | ET | 88 | NO | 0.000197011 | 88 |
| WYGeneralChemical | GR-2-L (C BOILER) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000202973 | 1 | ET | 89 | NO | 0.000202973 | 89 |
| VAPhilipMorrisPark500 | B2 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000204823 | 1 | ET | 90 | NO | 0.000204823 | 90 |
| MOCentralElectricChamois | UNIT 1 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000208411 | 1 | ET | 91 | NO | 0.000208411 | 91 |
| VADukeEnergyNarrows | Boiler #7 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00021637 | 2 | ET | 92 | NO | 0.00021637 | 92 |
| VADukeEnergyNarrows | Boiler #3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000223435 | 2 | ET | 93 | NO | 0.000223435 | 93 |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter/Activated Carbon Adsorption or InjectionWet  Sorbent Injection | 0.000227187 | 1 | ET | 94 | NO | 0.000227187 | 94 |
| VARadfordArmyAmmunitionPlant | Boiler No. 3 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000240463 | 1 | ET | 95 | NO | 0.000240463 | 95 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000243536 | 1 | ET | 96 | NO | 0.000243536 | 96 |
| ILBungeDanville | CFB Boiler | TSM8 | Coal | FB | Fabric Filter | 0.000247087 | 1 | ET | 97 | NO | 0.000247087 | 97 |
| WIGPGreenBay2818 | B26 - Stoker Boiler #6 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000255083 | 3 | ET | 98 | NO | 0.000255083 | 98 |
| WIGPGreenBay2818 | B27 - Cyclone Boiler #7 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000255083 | 3 | ET | 99 | NO | 0.000255083 | 99 |
| WIGPGreenBay2818 | B28 - Stoker Boiler #8 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000255083 | 3 | ET | 100 | NO | 0.000255083 | 100 |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000257308 | 1 | ET | 101 | NO | 0.000257308 | 101 |
| NCBlueRidgePaper | G11037 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.0002658 | 1 | ET | 102 | NO | 0.0002658 | 102 |
| NCBlueRidgePaper | G11038 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.0002658 | 1 | ET | 103 | NO | 0.0002658 | 103 |
| WYGeneralChemical | GR-3-W (D BOILER) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000272669 | 1 | ET | 104 | NO | 0.000272669 | 104 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000273195 | 1 | ET | 105 | NO | 0.000273195 | 105 |
| NCCampLejeuneMCB | A-HP-1700-01 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000278955 | 1 | ET | 106 | NO | 0.000278955 | 106 |
| NCCampLejeuneMCB | A-HP-1700-02 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000278955 | 1 | ET | 107 | NO | 0.000278955 | 107 |
| FLIPPensacola | Power Boiler 3 / EU ID 33 | TSM8 | Coal | PC | Venturi Scrubber | 0.000280827 | 1 | ET | 108 | NO | 0.000280827 | 108 |
| VAPhilipMorrisMC | PC | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000284397 | 1 | ET | 109 | NO | 0.000284397 | 109 |
| VADukeEnergyNarrows | Boiler #2 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000300501 | 2 | ET | 110 | NO | 0.000300501 | 110 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E1 (3-0004) (Boiler 1) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.0003117 | 1 | ET | 111 | NO | 0.0003117 | 111 |
| HIPuuneneSugarMill | Boiler 3 | TSM8 | Coal | Suspension/Grate | Venturi Scrubber | 0.00031206 | 1 | ET | 112 | NO | | |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000312113 | 2 | ET | 113 | NO | 0.000312113 | 113 |
| TNBowaterNewsprint | Power Boiler No. 1 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000314123 | 1 | ET | 114 | NO | 0.000314123 | 114 |
| MICityofEscanaba | EUBOILER#2 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.00032527 | 1 | ET | 115 | NO | 0.00032527 | 115 |
| WIAppleton | B22 Coal Fired Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.00032641 | 1 | ET | 116 | NO | 0.00032641 | 116 |
| IDTASCOPaul | Erie City Boiler | TSM8 | Coal | PC | Wet Scrubber | 0.000326867 | 1 | ET | 117 | NO | 0.000326867 | 117 |
| HIPuuneneSugarMill | Boiler 1 | TSM8 | Coal | Suspension/Grate | Venturi Scrubber | 0.000328827 | 1 | ET | 118 | NO | | |
| HIPuuneneSugarMill | Boiler 2 | TSM8 | Coal | Suspension/Grate | Venturi Scrubber | 0.000328827 | 1 | ET | 119 | NO | | |
| PANorfolkSouthern | 031 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000330611 | 1 | ET | 120 | NO | 0.000330611 | 120 |
| PANorfolkSouthern | 032 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000330611 | 1 | ET | 121 | NO | 0.000330611 | 121 |
| PANorfolkSouthern | 033 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000330611 | 1 | ET | 122 | NO | 0.000330611 | 122 |
| VADukeEnergyNarrows | Boiler #1 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000343597 | 2 | ET | 123 | NO | 0.000343597 | 123 |
| VADukeEnergyNarrows | Boiler #4 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000351034 | 1 | ET | 124 | NO | 0.000351034 | 124 |
| NCTysonHarmony | TYS-ES-21 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000355333 | 1 | ET | 125 | NO | 0.000355333 | 125 |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00035916 | 1 | ET | 126 | NO | 0.00035916 | 126 |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | TSM8 | Coal | PC | Fabric Filter | 0.00037694 | 1 | ET | 127 | NO | 0.00037694 | 127 |
| NCCampLejeuneMCB | A-HP-1700-03 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000390864 | 1 | ET | 128 | NO | 0.000390864 | 128 |
| NCCampLejeuneMCB | A-HP-1700-04 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000390864 | 1 | ET | 129 | NO | 0.000390864 | 129 |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E3 (3-0006) (Boiler 3) | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00039481 | 1 | ET | 130 | NO | 0.00039481 | 130 |
| WIThilmanyPapersNicoletMill | B23 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000401969 | 1 | ET | 131 | NO | 0.000401969 | 131 |
| WIThilmanyPapersNicoletMill | B24 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000401969 | 1 | ET | 132 | NO | 0.000401969 | 132 |
| WVSunocoIncNealPlantKenova | B602, Coal Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000421003 | 1 | ET | 133 | NO | 0.000421003 | 133 |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000433553 | 1 | ET | 134 | NO | 0.000433553 | 134 |
| OKGPMuskogeeMill | B-3 | TSM8 | Coal | PC | Fabric Filter | 0.000445067 | 1 | ET | 135 | NO | 0.000445067 | 135 |
| VADukeEnergyNarrows | Boiler #6 | TSM8 | Coal | PC | Electrostatic Precipitator | 0.000459059 | 1 | ET | 136 | NO | 0.000459059 | 136 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNInvistaChattanooga | EU002 - Boiler #4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.000464095 | 1 | ET | 137 | NO | 0.000464095 | 137 |
| OHCampbellsSoupCo | B001 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000614078 | 1 | ET | 138 | NO | 0.000614078 | 138 |
| OHCampbellsSoupCo | B002 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000614078 | 1 | ET | 139 | NO | 0.000614078 | 139 |
| INNotreDame | B-4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.000621667 | 1 | ET | 140 | NO | 0.000621667 | 140 |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00064104 | 1 | ET | 141 | NO | 0.00064104 | 141 |
| INSABICInnovativePlastics | 09-002 Erie Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.00064104 | 1 | ET | 142 | NO | 0.00064104 | 142 |
| IACentralIAPower | EP1 Unit 1 PC Boiler | TSM8 | Coal | PC | Electrostatic Precipitator | 0.00065234 | 1 | ET | 143 | NO | 0.00065234 | 143 |
| MNVersoPaper | EU018 Bros | TSM8 | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000701973 | 1 | ET | 144 | NO | 0.000701973 | 144 |
| PABayValleyFoodsPittsburgh | Boiler No. 3 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.000934597 | 1 | ET | 145 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 4 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.000934597 | 1 | ET | 146 | NO | | |
| WIFlambeauRiverPaper | B24 | TSM8 | Coal | Stoker/SlopedGrate/Other | Venturi Scrubber | 0.000938884 | 1 | ET | 147 | NO | 0.000938884 | 145 |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.000988984 | 1 | ET | 148 | NO | 0.000988984 | 146 |
| MNDESPHansONyman | EU003 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001056329 | 1 | ET | 149 | NO | 0.001056329 | 147 |
| PABayValleyFoodsPittsburgh | Boiler No. 1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001070847 | 1 | ET | 150 | NO | | |
| PABayValleyFoodsPittsburgh | Boiler No. 2 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001070847 | 1 | ET | 151 | NO | | |
| VAGPJarrattFiberboard | EP-15 No. 3 Keeler Boiler | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001094233 | 1 | ET | 152 | NO | 0.001094233 | 148 |
| MNDESPHansONyman | EU002 | TSM8 | Coal | Stoker/SlopedGrate/Other | Cyclone or Multiclone | 0.001102091 | 1 | ET | 153 | NO | 0.001102091 | 149 |
| NCEIDuPontKinston | ES6022A | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.001177762 | 1 | ET | 154 | NO | 0.001177762 | 150 |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.001251133 | 1 | ET | 155 | NO | 0.001251133 | 151 |
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | TSM8 | Coal | FB | Fabric Filter | 0.0030707 | 1 | ET | 156 | NO | 0.0030707 | 152 |
| MNAmericanCrystalCrookston | Boiler 1 | TSM8 | Coal | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.003992937 | 1 | ET | 157 | NO | 0.003992937 | 153 |
| IAADMCornProcessingCR | EU-501B | TSM8 | Coal | FB | Fabric FilterFurnace Sorbent Injection | 0.007067033 | 1 | ET | 158 | NO | 0.007067033 | 154 |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | TSM8 | Coal | Stoker/SlopedGrate/Other | Fabric Filter | 0.04400732 | 1 | ET | 159 | NO | 0.04400732 | 155 |

**Appendix B-7a: Unit Rankings for Hg from Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 7.04254E-08 | 1 | ET | 1 | YES | 7.04254E-08 | 1 |
| CTElectric Boat | EMU 17 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 7.61502E-08 | 1 | ET | 2 | YES | 7.61502E-08 | 2 |
| MEFPLEnergyWyman | Unit #5 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.60412E-08 | 1 | ET | 3 | YES | 8.60412E-08 | 3 |
| MNGPDuluth | EU33 Boiler #3 | Mercury (Hg) | Liquid | N/A | Electrostatic Precipitator | 1.04933E-07 | 1 | ET | 4 | YES | 1.04933E-07 | 4 |
| ILCognisCorp | Boiler #1 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.06347E-07 | 1 | ET | 5 | YES | | |
| LAShellChemicaGeismar | Furnace F-S801 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.06946E-07 | 1 | ET | 6 | YES | 5.48169E-07 | 19 |
| OKIPValliant | Power Boiler EUG-D2 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.12994E-07 | 1 | FA | 7 | YES | 1.12994E-07 | 5 |
| PABoeingRidleyPark | 033 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.17526E-07 | 1 | ET | 8 | YES | 1.17526E-07 | 6 |
| ILAkzoNobelMorris | B-1 Nebraska Boiler | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.26667E-07 | 1 | ET | 9 | YES | | |
| HITesoro | H101A | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 10 | YES | 1.60511E-07 | 7 |
| HITesoro | H102A | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 11 | YES | 1.60511E-07 | 8 |
| HITesoro | H102B | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 12 | YES | 1.60511E-07 | 9 |
| HITesoro | H175 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 13 | YES | 1.60511E-07 | 10 |
| HITesoro | H501 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 14 | YES | 1.60511E-07 | 11 |
| HITesoro | H502 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 15 | YES | 1.60511E-07 | 12 |
| HITesoro | H503 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 16 | YES | 1.60511E-07 | 13 |
| HITesoro | H504 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 17 | YES | 1.60511E-07 | 14 |
| HITesoro | SG1102 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 18 | YES | 1.60511E-07 | 15 |
| HITesoro | SG1103 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.60511E-07 | 61 | FA | 19 | YES | 1.60511E-07 | 16 |
| MESDWarrenSomerset | Package Boiler | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 3.14241E-07 | 15 | FA | 20 | NO | 3.14241E-07 | 17 |
| MIConsumerEnergyCo-Campbell | EUAUXBLR12 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.78704E-07 | 3 | FA | 21 | NO | 5.78704E-07 | 20 |
| MIConsumerEnergyCo-Campbell | EUKEWANEEBOILER | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.78704E-07 | 3 | FA | 22 | NO | 5.78704E-07 | 21 |
| INUSSteelGaryWorks | 04B10459 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 7.79216E-07 | 1 | ET | 23 | NO | | |
| NCInvistaHwy421 | B4040 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 24 | NO | 8.23069E-07 | 22 |
| NCInvistaHwy421 | B7600 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 25 | NO | 8.23069E-07 | 23 |
| NCInvistaHwy421 | BLR4 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 26 | NO | 8.23069E-07 | 24 |
| NCInvistaHwy421 | BLR5 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 27 | NO | 8.23069E-07 | 25 |
| NCInvistaHwy421 | HTR3 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 28 | NO | 8.23069E-07 | 26 |
| NCInvistaHwy421 | HTR4 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 29 | NO | 8.23069E-07 | 27 |
| NCInvistaHwy421 | HTR5 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 8.23069E-07 | 12 | FA | 30 | NO | 8.23069E-07 | 28 |
| VANewportNewsShipbuildingDryDock | 78-E1 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09562E-06 | 12 | FA | 31 | NO | 1.09562E-06 | 29 |
| VANewportNewsShipbuildingDryDock | 78-E2 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09562E-06 | 12 | FA | 32 | NO | 1.09562E-06 | 30 |
| VANewportNewsShipbuildingDryDock | 78-E3 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09562E-06 | 12 | FA | 33 | NO | 1.09562E-06 | 31 |
| VANewportNewsShipbuildingDryDock | FTSF-E1 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09562E-06 | 12 | FA | 34 | NO | 1.09562E-06 | 32 |
| VANewportNewsShipbuildingDryDock | FTSF-E2 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09562E-06 | 12 | FA | 35 | NO | 1.09562E-06 | 33 |
| SCHartsvilleOilMill | CB-600 h.p. backup boiler | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09938E-06 | 1 | FA | 36 | NO | 1.09938E-06 | 34 |
| SCHartsvilleOilMill | CB-600 h.p. primary boiler | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.09938E-06 | 1 | FA | 37 | NO | 1.09938E-06 | 35 |
| NYConEd59thStStationNewYork | Boiler 116 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.65E-06 | 13 | FA | 38 | NO | | |
| NYConEd59thStStationNewYork | Boiler 117 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.65E-06 | 13 | FA | 39 | NO | | |
| NYConEd59thStStationNewYork | Boiler 118 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 1.65E-06 | 13 | FA | 40 | NO | | |
| TNMilanArmyAmmunitionPlant | A15L-1, Source #27-0010-05 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 41 | NO | 2.15301E-06 | 36 |
| TNMilanArmyAmmunitionPlant | A15L-2, Source #27-0010-05 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 42 | NO | 2.15301E-06 | 37 |
| TNMilanArmyAmmunitionPlant | B21L-1, Source #27-0010-28 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 43 | NO | 2.15301E-06 | 38 |
| TNMilanArmyAmmunitionPlant | B21L-2, Source #27-0010-28 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 44 | NO | 2.15301E-06 | 39 |
| TNMilanArmyAmmunitionPlant | D2A-1, Source #27-0010-09 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 45 | NO | 2.15301E-06 | 40 |
| TNMilanArmyAmmunitionPlant | D88L-2, Source #27-0010-86 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 46 | NO | 2.15301E-06 | 41 |
| TNMilanArmyAmmunitionPlant | F52L-1, Source #27-0010-30 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 47 | NO | 2.15301E-06 | 42 |
| TNMilanArmyAmmunitionPlant | F52L-2, Source #27-0010-30 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 48 | NO | 2.15301E-06 | 43 |
| TNMilanArmyAmmunitionPlant | I3A-1, Source #27-0010-12 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 49 | NO | 2.15301E-06 | 44 |
| TNMilanArmyAmmunitionPlant | I4A-1, Source #27-0010-13 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 50 | NO | 2.15301E-06 | 45 |
| TNMilanArmyAmmunitionPlant | I5A-1, Source #27-0010-14 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 51 | NO | 2.15301E-06 | 46 |
| TNMilanArmyAmmunitionPlant | I6A-1, Source #27-0010-15 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 52 | NO | 2.15301E-06 | 47 |
| TNMilanArmyAmmunitionPlant | I7A-1, Source #27-0010-16 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 53 | NO | 2.15301E-06 | 48 |
| TNMilanArmyAmmunitionPlant | J107A-1, Source #27-0010-31 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 54 | NO | 2.15301E-06 | 49 |
| TNMilanArmyAmmunitionPlant | J107A-2, Source #27-0010-31 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 55 | NO | 2.15301E-06 | 50 |
| TNMilanArmyAmmunitionPlant | K102L-1, Source #27-0010-42 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 56 | NO | | |
| TNMilanArmyAmmunitionPlant | K300A-1, Source #27-0010-19 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 57 | NO | 2.15301E-06 | 51 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNMilanArmyAmmunitionPlant | K300A-2, Source #27-0010-19 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 58 | NO | 2.15301E-06 | 52 |
| TNMilanArmyAmmunitionPlant | K313A-1, Source #27-0010-83 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 59 | NO | 2.15301E-06 | 53 |
| TNMilanArmyAmmunitionPlant | K313A-2, Source #27-0010-83 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 60 | NO | 2.15301E-06 | 54 |
| TNMilanArmyAmmunitionPlant | S101A-1, Source #27-0010-21 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 61 | NO | 2.15301E-06 | 55 |
| TNMilanArmyAmmunitionPlant | S101A-2, Source #27-0010-21 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 62 | NO | 2.15301E-06 | 56 |
| TNMilanArmyAmmunitionPlant | T116A-1, Source #27-0010-84 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 63 | NO | | |
| TNMilanArmyAmmunitionPlant | T116A-2, Source #27-0010-84 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 64 | NO | | |
| TNMilanArmyAmmunitionPlant | V1L-1, Source #27-0010-46 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 65 | NO | 2.15301E-06 | 57 |
| TNMilanArmyAmmunitionPlant | X21L-1, Source #27-0010-29 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 66 | NO | 2.15301E-06 | 58 |
| TNMilanArmyAmmunitionPlant | X21L-2, Source #27-0010-29 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 67 | NO | 2.15301E-06 | 59 |
| TNMilanArmyAmmunitionPlant | X21L-3, Source #27-0010-29 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15301E-06 | 12 | FA | 68 | NO | 2.15301E-06 | 60 |
| PAUnitedRefiningWarrant | 34 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15452E-06 | 10 | FA | 69 | NO | 2.15452E-06 | 64 |
| PAUnitedRefiningWarrant | 53 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15452E-06 | 10 | FA | 70 | NO | 2.15452E-06 | 67 |
| PAUnitedRefiningWarrant | 54 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15452E-06 | 10 | FA | 71 | NO | 2.15452E-06 | 68 |
| PAUnitedRefiningWarrant | 55 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 2.15452E-06 | 10 | FA | 72 | NO | 2.15452E-06 | 69 |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.15796E-06 | 3 | FA | 73 | NO | 5.15796E-06 | 70 |
| PABoeingRidleyPark | 031 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.37838E-06 | 3 | FA | 74 | NO | 5.37838E-06 | 71 |
| PABoeingRidleyPark | 035 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.37838E-06 | 3 | FA | 75 | NO | 5.37838E-06 | 72 |
| PABoeingRidleyPark | 036 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.37838E-06 | 3 | FA | 76 | NO | 5.37838E-06 | 73 |
| PABoeingRidleyPark | 037 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.37838E-06 | 3 | FA | 77 | NO | 5.37838E-06 | 74 |
| PABoeingRidleyPark | 039 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 5.37838E-06 | 3 | FA | 78 | NO | 5.37838E-06 | 75 |
| MNGPDuluth | EU31 Boiler #1 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 4.9654E-05 | 3 | FA | 79 | NO | 4.9654E-05 | 76 |
| MNGPDuluth | EU32 Boiler #2 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 4.9654E-05 | 3 | FA | 80 | NO | 4.9654E-05 | 77 |
| SCMilliken-Dewey | D30 | Mercury (Hg) | Liquid | N/A | No HAP APCD Control | 0.000766451 | 1 | ET | 81 | NO | 0.000766451 | 78 |

**Appendix B-7b: Unit Rankings for HCl from Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAShellChemicaGeismar | Furnace F-S801 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.0000017 | 1 | ET | 1 | YES | 0.005721703 | 70 |
| SCMilliken-Dewey | D30 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.0001 | 1 | ET | 2 | YES | 0.0001 | 1 |
| ILAkzoNobelMorris | B-1 Nebraska Boiler | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000166 | 1 | ET | 3 | YES | | |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000177333 | 2 | ET | 4 | YES | 0.000177333 | 2 |
| MIConsumerEnergyCo-Campbell | EUKEWANEEBOILER | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000178472 | 3 | FA | 5 | YES | 0.000178472 | 3 |
| INUSSteelGaryWorks | 04B10459 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000206674 | 1 | ET | 6 | YES | | |
| OKIPValliant | Power Boiler EUG-D2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000290395 | 1 | FA | 7 | YES | 0.000290395 | 4 |
| PABoeingRidleyPark | 033 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000420667 | 1 | ET | 8 | YES | 0.000420667 | 5 |
| CTElectric Boat | EMU 17 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00042127 | 1 | ET | 9 | YES | 0.00042127 | 6 |
| SCDAKAmericas | P8F | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000422536 | 1 | ET | 10 | YES | 0.000422536 | 7 |
| MEFPLEnergyWyman | Unit #5 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000488579 | 1 | ET | 11 | NO | 0.000488579 | 8 |
| NCMCASCherryPoint | CP-152-BOIL-03 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.0007 | 1 | ET | 12 | NO | 0.0007 | 9 |
| MNGPDuluth | EU33 Boiler #3 | Hydrogen Chloride (HCl) | Liquid | N/A | Electrostatic Precipitator | 0.000742054 | 1 | ET | 13 | NO | 0.000742054 | 10 |
| MIConsumerEnergyCo-Campbell | EUAUXBLR12 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000777667 | 1 | ET | 14 | NO | 0.000777667 | 11 |
| NCInvistaHwy421 | B7600 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000824544 | 1 | ET | 15 | NO | 0.000824544 | 12 |
| MNMinnesotaSoybeanProcessors | Boiler 1 EU026 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000873333 | 1 | ET | 16 | NO | 0.000873333 | 13 |
| MNMinnesotaSoybeanProcessors | Boiler 2 EU027 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.000873333 | 1 | ET | 17 | NO | 0.000873333 | 14 |
| VAINVISTAWaynesboro | 2-205 (V#1) Vaporizer #1 | Hydrogen Chloride (HCl) | Liquid | N/A | Fabric Filter | 0.001105848 | 1 | ET | 18 | NO | 0.001105848 | 15 |
| VANewportNewsShipbuildingDryDock | 78-E1 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001135 | 1 | ET | 19 | NO | 0.001135 | 16 |
| VAINVISTAWaynesboro | 2-205 (V#2) Vaporizer #2 | Hydrogen Chloride (HCl) | Liquid | N/A | Fabric Filter | 0.001186893 | 1 | ET | 20 | NO | 0.001186893 | 17 |
| TNMilanArmyAmmunitionPlant | A15L-1, Source #27-0010-05 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 21 | NO | 0.001512013 | 39 |
| TNMilanArmyAmmunitionPlant | A15L-2, Source #27-0010-05 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 22 | NO | 0.001512013 | 19 |
| TNMilanArmyAmmunitionPlant | B21L-1, Source #27-0010-28 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 23 | NO | 0.001512013 | 37 |
| TNMilanArmyAmmunitionPlant | B21L-2, Source #27-0010-28 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 24 | NO | 0.001512013 | 40 |
| TNMilanArmyAmmunitionPlant | D2A-1, Source #27-0010-09 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 25 | NO | 0.001512013 | 35 |
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 26 | NO | 0.001512013 | 34 |
| TNMilanArmyAmmunitionPlant | D88L-2, Source #27-0010-86 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 27 | NO | 0.001512013 | 33 |
| TNMilanArmyAmmunitionPlant | F52L-1, Source #27-0010-30 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 28 | NO | 0.001512013 | 32 |
| TNMilanArmyAmmunitionPlant | F52L-2, Source #27-0010-30 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 29 | NO | 0.001512013 | 31 |
| TNMilanArmyAmmunitionPlant | I3A-1, Source #27-0010-12 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 30 | NO | 0.001512013 | 30 |
| TNMilanArmyAmmunitionPlant | I4A-1, Source #27-0010-13 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 31 | NO | 0.001512013 | 29 |
| TNMilanArmyAmmunitionPlant | I5A-1, Source #27-0010-14 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 32 | NO | 0.001512013 | 18 |
| TNMilanArmyAmmunitionPlant | I6A-1, Source #27-0010-15 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 33 | NO | 0.001512013 | 28 |
| TNMilanArmyAmmunitionPlant | I7A-1, Source #27-0010-16 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 34 | NO | 0.001512013 | 27 |
| TNMilanArmyAmmunitionPlant | J107A-1, Source #27-0010-31 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 35 | NO | 0.001512013 | 26 |
| TNMilanArmyAmmunitionPlant | J107A-2, Source #27-0010-31 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 36 | NO | 0.001512013 | 25 |
| TNMilanArmyAmmunitionPlant | K102L-1, Source #27-0010-42 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 37 | NO | | |
| TNMilanArmyAmmunitionPlant | K300A-1, Source #27-0010-19 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 38 | NO | 0.001512013 | 24 |
| TNMilanArmyAmmunitionPlant | K300A-2, Source #27-0010-19 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 39 | NO | 0.001512013 | 23 |
| TNMilanArmyAmmunitionPlant | K313A-1, Source #27-0010-83 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 40 | NO | 0.001512013 | 22 |
| TNMilanArmyAmmunitionPlant | K313A-2, Source #27-0010-83 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 41 | NO | 0.001512013 | 21 |
| TNMilanArmyAmmunitionPlant | S101A-1, Source #27-0010-21 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 42 | NO | 0.001512013 | 20 |
| TNMilanArmyAmmunitionPlant | S101A-2, Source #27-0010-21 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 43 | NO | 0.001512013 | 43 |
| TNMilanArmyAmmunitionPlant | T116A-1, Source #27-0010-84 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 44 | NO | | |
| TNMilanArmyAmmunitionPlant | T116A-2, Source #27-0010-84 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 45 | NO | | |
| TNMilanArmyAmmunitionPlant | V1L-1, Source #27-0010-46 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 46 | NO | 0.001512013 | 36 |
| TNMilanArmyAmmunitionPlant | X21L-1, Source #27-0010-29 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 47 | NO | 0.001512013 | 38 |
| TNMilanArmyAmmunitionPlant | X21L-2, Source #27-0010-29 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 48 | NO | 0.001512013 | 41 |
| TNMilanArmyAmmunitionPlant | X21L-3, Source #27-0010-29 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.001512013 | 7 | FA | 49 | NO | 0.001512013 | 42 |
| VASmurfitStoneWestpt | PB08 | Hydrogen Chloride (HCl) | Liquid | PC | Electrostatic Precipitator | 0.001815526 | 1 | ET | 50 | NO | | |
| NCCampLejeuneMCB | C-RR-15-47B | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.002066667 | 1 | ET | 51 | NO | 0.002066667 | 45 |
| PAUnitedRefiningWarrant | 34 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.002414267 | 10 | FA | 52 | NO | 0.002414267 | 46 |
| PAUnitedRefiningWarrant | 53 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.002414267 | 10 | FA | 53 | NO | 0.002414267 | 49 |
| PAUnitedRefiningWarrant | 54 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.002414267 | 10 | FA | 54 | NO | 0.002414267 | 48 |
| PAUnitedRefiningWarrant | 55 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.002414267 | 10 | FA | 55 | NO | 0.002414267 | 47 |
| MINeenahPaperMI | Boiler 2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003185576 | 3 | FA | 56 | NO | 0.003185576 | 55 |
| ALGPBrewtonMill | BR-PSG0-S018 No. 1 Power Boiler | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003201228 | 3 | FA | 57 | NO | 0.003201228 | 56 |
| NCInvistaHwy421 | B4040 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 58 | NO | 0.003380087 | 61 |
| NCInvistaHwy421 | BLR4 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 59 | NO | 0.003380087 | 60 |
| NCInvistaHwy421 | BLR5 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 60 | NO | 0.003380087 | 62 |
| NCInvistaHwy421 | HTR3 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 61 | NO | 0.003380087 | 58 |
| NCInvistaHwy421 | HTR4 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 62 | NO | 0.003380087 | 57 |
| NCInvistaHwy421 | HTR5 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003380087 | 12 | FA | 63 | NO | 0.003380087 | 59 |
| NYConEd59thStStationNewYork | Boiler 118 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.003666667 | 1 | ET | 64 | NO | 0.003666667 | 63 |
| PABoeingRidleyPark | 031 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00552897 | 3 | FA | 65 | NO | 0.00552897 | 64 |
| PABoeingRidleyPark | 035 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00552897 | 3 | FA | 66 | NO | 0.00552897 | 65 |
| PABoeingRidleyPark | 036 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00552897 | 3 | FA | 67 | NO | 0.00552897 | 66 |
| PABoeingRidleyPark | 037 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00552897 | 3 | FA | 68 | NO | 0.00552897 | 67 |
| PABoeingRidleyPark | 039 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00552897 | 3 | FA | 69 | NO | 0.00552897 | 68 |
| ILCognisCorp | Boiler #1 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00554155 | 1 | ET | 70 | NO | | |
| NCCampLejeuneMCB | C-AS-4151-16 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.007333333 | 1 | ET | 71 | NO | 0.007333333 | 71 |
| SCHartsvilleOilMill | CB-600 h.p. backup boiler | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00823677 | 1 | FA | 72 | NO | 0.00823677 | 72 |
| SCHartsvilleOilMill | CB-600 h.p. primary boiler | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.00823677 | 1 | FA | 73 | NO | 0.00823677 | 73 |
| MESDWarrenSomerset | Package Boiler | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.01018077 | 15 | FA | 74 | NO | 0.01018077 | 74 |
| TNPackagingCorpCounce | Combination Boiler #1 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.011863674 | 1 | ET | 75 | NO | 0.011863674 | 75 |
| MNGPDuluth | EU31 Boiler #1 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.012310478 | 6 | FA | 76 | NO | 0.012310478 | 76 |
| MNGPDuluth | EU32 Boiler #2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.012310478 | 6 | FA | 77 | NO | 0.012310478 | 77 |
| VANewportNewsShipbuildingDryDock | 78-E2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.016894513 | 12 | FA | 78 | NO | 0.016894513 | 79 |
| VANewportNewsShipbuildingDryDock | 78-E3 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.016894513 | 12 | FA | 79 | NO | 0.016894513 | 80 |
| VANewportNewsShipbuildingDryDock | FTSF-E1 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.016894513 | 12 | FA | 80 | NO | 0.016894513 | 81 |
| VANewportNewsShipbuildingDryDock | FTSF-E2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.016894513 | 12 | FA | 81 | NO | 0.016894513 | 78 |
| ILCognisCorp | Boiler #2 | Hydrogen Chloride (HCl) | Liquid | N/A | No HAP APCD Control | 0.044857941 | 12 | FA | 82 | NO | | |

**Appendix B-7c: Unit Rankings for Filterable PM from Heavy Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LAShellChemicaGeismar | Furnace F-S801 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.000533333 | 1 | ET | 1 | YES | | |
| SCMilliken-Dewey | D30 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.002166667 | 1 | ET | 2 | YES | 0.002166667 | 1 |
| ILAkzoNobelMorris | B-1 Nebraska Boiler | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.005333333 | 1 | ET | 3 | YES | | |
| WYSinclairCasper | Pt. 9 B-1 #4 Crude Heater | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.010333333 | 1 | ET | 4 | YES | | |
| MNGPDuluth | EU33 Boiler #3 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | Electrostatic Precipitator | 0.011017244 | 1 | ET | 5 | YES | 0.011017244 | 2 |
| INUSSteelGaryWorks | O4B10459 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.015238195 | 1 | ET | 6 | YES | | |
| NYConEd59thStStationNewYork | Boiler 118 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.017507664 | 1 | ET | 7 | NO | 0.017507664 | 3 |
| PABoeingRidleyPark | 033 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.018259047 | 1 | ET | 8 | NO | 0.018259047 | 4 |
| MENewPage-Rumford | PB#3 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | Venturi Scrubber | 0.02 | 1 | ET | 9 | NO | | |
| MNStPaulParkRef | EU 021 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.023333333 | 1 | ET | 10 | NO | | |
| MENewPage-Rumford | PB#5 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | Venturi Scrubber | 0.03 | 1 | ET | 11 | NO | 0.03 | 6 |
| MNStPaulParkRef | EU 020 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.03 | 1 | ET | 12 | NO | | |
| WANipponPaper | #10 Package Boiler | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.030633324 | 1 | ET | 13 | NO | 0.030633324 | 7 |
| MNStPaulParkRef | EU 018 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.036666667 | 1 | ET | 14 | NO | | |
| NCWeyerhaeuser-Vanceboro | ES 161-001 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | Dry Scrubber | 0.037 | 1 | ET | 15 | NO | 0.037 | 8 |
| ORCascadePacificPulp | PB1EU | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.040333333 | 1 | ET | 16 | NO | 0.040333333 | 9 |
| WANipponPaper | #9 Package Boiler | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.041136178 | 1 | ET | 17 | NO | 0.041136178 | 10 |
| OHCampbellsSoupCo | B003 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.043 | 1 | ET | 18 | NO | 0.043 | 11 |
| ORGeorgiaPacificWaunaMill | EU33 - Power Boiler | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.044102216 | 1 | ET | 19 | NO | 0.044102216 | 12 |
| OHCampbellsSoupCo | B004 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.049 | 1 | ET | 20 | NO | 0.049 | 13 |
| MAGEAviationLynn | 99-2 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.055 | 1 | ET | 21 | NO | 0.055 | 14 |
| MAGEAviationLynn | 99-1 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.056666667 | 1 | ET | 22 | NO | 0.056666667 | 15 |
| SCDAKAmericas | P8F | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.056738724 | 1 | ET | 23 | NO | 0.056738724 | 16 |
| MAGEAviationLynn | 99-5 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.058 | 1 | ET | 24 | NO | 0.058 | 17 |
| ORWahChang | 6633-78 (SEP-AS-502B, Boiler #2) | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.064942647 | 1 | ET | 25 | NO | 0.064942647 | 18 |
| MAGEAviationLynn | 99-3 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.067 | 1 | ET | 26 | NO | 0.067 | 19 |
| MEFPLEnergyWyman | Unit #5 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.06968925 | 2 | ET | 27 | NO | 0.06968925 | 20 |
| VASmurfitStoneWestpt | PB08 | Particulate Matter (PM) filterable | Heavy Liquid | PC | Electrostatic Precipitator | 0.072119159 | 1 | ET | 28 | NO | | |
| MEPioneerPlastics | Boiler #6 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.073333333 | 3 | ET | 29 | NO | 0.073333333 | 22 |
| MEVersoPaperAndroscoggin | Power Boiler No. 1 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.079666667 | 1 | ET | 30 | NO | 0.079666667 | 23 |
| MEVersoPaperAndroscoggin | Power Boiler No. 2 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.079666667 | 1 | ET | 31 | NO | 0.079666667 | 24 |
| MNStPaulParkRef | EU 003 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.08 | 1 | ET | 32 | NO | | |
| MNStPaulParkRef | EU 016 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.08 | 1 | ET | 33 | NO | | |
| ORGPToledo | EU13 - Power Boiler #1 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.10925 | 1 | ET | 34 | NO | 0.10925 | 25 |
| MNStPaulParkRef | EU 009 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.11 | 1 | ET | 35 | NO | | |
| NCWeyerhaeuser-Vanceboro | ES 150-001 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.1411 | 1 | ET | 36 | NO | 0.1411 | 26 |
| TNKimberlyClark2397 | WB | Particulate Matter (PM) filterable | Heavy Liquid | Stoker/SlopedGrate/Other | Electrostatic Precipitator | 0.152996557 | 1 | ET | 37 | NO | | |
| WYSinclairWyoming | Pt 40 #8 HPB | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.155396135 | 1 | ET | 38 | NO | | |
| WYSinclairWyoming | Pt 41 #9 HPB | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.168686552 | 1 | ET | 39 | NO | | |
| NCKapStone | PKG2 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.170333333 | 1 | ET | 40 | NO | 0.170333333 | 28 |
| SCBowaterCoatedPaper | Power Boiler | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.183333333 | 1 | ET | 41 | NO | 0.183333333 | 29 |
| MEPioneerPlastics | Boiler #4 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.2 | 1 | ET | 42 | NO | 0.2 | 30 |
| NCInvistaHwy421 | B7600 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.226806583 | 1 | ET | 43 | NO | 0.226806583 | 31 |
| VANewportNewsShipbuildingDryDock | 78-E1 | Particulate Matter (PM) filterable | Heavy Liquid | N/A | No HAP APCD Control | 0.45 | 1 | ET | 44 | NO | 0.45 | 32 |

**Appendix B-7d: Unit Rankings for TSM from Heavy Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SCMilliken-Dewey | D30 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 2.52291E-06 | 1 | ET | 1 | YES | 2.52291E-06 | 1 |
| LAShellChemicaGeismar | Furnace F-S801 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 3.16148E-06 | 1 | ET | 2 | YES | | |
| MNGPDuluth | EU33 Boiler #3 | TSM8 | Heavy Liquid | N/A | Electrostatic Precipitator | 3.29185E-05 | 1 | ET | 3 | YES | 3.29185E-05 | 2 |
| INUSSteelGaryWorks | O4B10459 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 5.62843E-05 | 1 | ET | 4 | YES | | |
| ILAkzoNobelMorris | B-1 Nebraska Boiler | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 7.47033E-05 | 1 | ET | 5 | NO | | |
| NYConEd59thStStationNewYork | Boiler 118 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.00022114 | 1 | ET | 6 | NO | 0.00022114 | 3 |
| OKIPValliant | Power Boiler EUG-D2 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.000271186 | 1 | FA | 7 | NO | 0.000271186 | 4 |
| VASmurfitStoneWestpt | PB08 | TSM8 | Heavy Liquid | PC | Electrostatic Precipitator | 0.000282187 | 1 | ET | 8 | NO | | |
| MNGPDuluth | EU31 Boiler #1 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.000793565 | 6 | FA | 9 | NO | 0.000793565 | 6 |
| MNGPDuluth | EU32 Boiler #2 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.000793565 | 6 | FA | 10 | NO | 0.000793565 | 7 |
| PABoeingRidleyPark | 033 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.000801401 | 1 | ET | 11 | NO | 0.000801401 | 8 |
| MEFPLEnergyWyman | Unit #5 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.000865076 | 1 | ET | 12 | NO | 0.000865076 | 9 |
| PABoeingRidleyPark | 039 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.0008728 | 3 | FA | 13 | NO | 0.0008728 | 10 |
| PABoeingRidleyPark | 031 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.0008728 | 3 | FA | 14 | NO | 0.0008728 | 11 |
| PABoeingRidleyPark | 035 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.0008728 | 3 | FA | 15 | NO | 0.0008728 | 12 |
| PABoeingRidleyPark | 037 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.0008728 | 3 | FA | 16 | NO | 0.0008728 | 13 |
| PABoeingRidleyPark | 036 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.0008728 | 3 | FA | 17 | NO | 0.0008728 | 14 |
| NYConEd59thStStationNewYork | Boiler 117 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.001358551 | 13 | FA | 18 | NO | | |
| NYConEd59thStStationNewYork | Boiler 116 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.001358551 | 13 | FA | 19 | NO | | |
| NCInvistaHwy421 | HTR5 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 20 | NO | 0.003132484 | 21 |
| NCInvistaHwy421 | HTR4 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 21 | NO | 0.003132484 | 20 |
| NCInvistaHwy421 | HTR3 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 22 | NO | 0.003132484 | 19 |
| NCInvistaHwy421 | BLR5 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 23 | NO | 0.003132484 | 18 |
| NCInvistaHwy421 | BLR4 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 24 | NO | 0.003132484 | 17 |
| NCInvistaHwy421 | B7600 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 25 | NO | 0.003132484 | 16 |
| NCInvistaHwy421 | B4040 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.003132484 | 12 | FA | 26 | NO | 0.003132484 | 15 |
| VANewportNewsShipbuildingDryDock | 78-E1 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.005423727 | 12 | FA | 27 | NO | 0.005423727 | 23 |
| VANewportNewsShipbuildingDryDock | 78-E2 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.005423727 | 12 | FA | 28 | NO | 0.005423727 | 24 |
| VANewportNewsShipbuildingDryDock | 78-E3 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.005423727 | 12 | FA | 29 | NO | 0.005423727 | 25 |
| VANewportNewsShipbuildingDryDock | FTSF-E1 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.005423727 | 12 | FA | 30 | NO | 0.005423727 | 26 |
| VANewportNewsShipbuildingDryDock | FTSF-E2 | TSM8 | Heavy Liquid | N/A | No HAP APCD Control | 0.005423727 | 12 | FA | 31 | NO | 0.005423727 | 22 |

Appendix B-7e: Unit Rankings for Filterable PM from Light Liquid Units

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.000511049 | 1 | ET | 1 | YES | 0.000511049 | 1 |
| ALBP-Decatur24 | AB-8301 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.002300941 | 1 | ET | 2 | YES | 0.002300941 | 2 |
| SCCogenSouth | B002 - Auxiliary Boiler #1 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003046667 | 2 | ET | 3 | YES | 0.003046667 | 3 |
| SCCogenSouth | B003 - Auxiliary Boiler #2 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003046667 | 2 | ET | 4 | YES | 0.003046667 | 4 |
| SCCogenSouth | B004 - Auxiliary Boiler #3 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003046667 | 2 | ET | 5 | YES | 0.003046667 | 5 |
| MIConsumerEnergyCo-Campbell | EUAUXBLR12 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003366667 | 1 | ET | 6 | NO | 0.003366667 | 6 |
| MNMinnesotaSoybeanProcessors | Boiler 1 EU026 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003766667 | 1 | ET | 7 | NO | 0.003766667 | 7 |
| MNMinnesotaSoybeanProcessors | Boiler 2 EU027 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.003766667 | 1 | ET | 8 | NO | 0.003766667 | 8 |
| WIWisconsinPaperboard2879 | B24 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.004099617 | 1 | ET | 9 | NO | 0.004099617 | 9 |
| GAGPCelluloseBrunswick | U707 -- No. 7 Power Boiler | Particulate Matter (PM) filterable | Light Liquid | N/A | Electrostatic Precipitator | 0.005233333 | 1 | ET | 10 | NO | 0.005233333 | 10 |
| OHSolaeBellvue | B010A | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.005433333 | 1 | ET | 11 | NO | 0.005433333 | 11 |
| PAConemaughPowerPlantNewFlorence | Aux Boiler A | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.007466667 | 1 | ET | 12 | NO | 0.007466667 | 12 |
| GAGPCelluloseBrunswick | U706 -- No. 6 Power Boiler | Particulate Matter (PM) filterable | Light Liquid | N/A | Electrostatic Precipitator | 0.008266667 | 1 | ET | 13 | NO | 0.008266667 | 13 |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.0094 | 2 | ET | 14 | NO | 0.0094 | 14 |
| ALGPBrewtonMill | BR-PSG0-S018 No. 1 Power Boiler | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.012333333 | 2 | ET | 15 | NO | | |
| FLOkeelanta268 | Boiler No. 16 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.0183 | 1 | ET | 16 | NO | 0.0183 | 15 |
| MAUMass | EU#7 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.0188 | 1 | ET | 17 | NO | 0.0188 | 16 |
| MDUofMaryland | EU 001-4 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.029766667 | 1 | ET | 18 | NO | 0.029766667 | 17 |
| ILCognisCorp | Boiler #1 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.0354263 | 1 | ET | 19 | NO | | |
| NYDMVInternational | BOIL1 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.056666667 | 1 | ET | 20 | NO | 0.056666667 | 18 |
| NYDMVInternational | BOIL2 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.056666667 | 1 | ET | 21 | NO | 0.056666667 | 19 |
| CTElectric Boat | EMU 17 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.126847571 | 1 | ET | 22 | NO | 0.126847571 | 20 |
| MDUofMaryland | EU 001-2 | Particulate Matter (PM) filterable | Light Liquid | N/A | No HAP APCD Control | 0.129 | 1 | ET | 23 | NO | 0.129 | 21 |

**Appendix B-7f: Unit Rankings for TSM from Light Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 1.26087E-05 | 1 | ET | 1 | YES | 1.26087E-05 | 1 |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 4.64291E-05 | 3 | FA | 2 | YES | 4.64291E-05 | 2 |
| ILCognisCorp | Boiler #1 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000124454 | 1 | ET | 3 | YES | | |
| PAUnitedRefiningWarrant | 54 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000215297 | 10 | FA | 4 | YES | 0.000215297 | 5 |
| PAUnitedRefiningWarrant | 53 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000215297 | 10 | FA | 5 | YES | 0.000215297 | 4 |
| PAUnitedRefiningWarrant | 34 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000215297 | 10 | FA | 6 | YES | 0.000215297 | 3 |
| PAUnitedRefiningWarrant | 55 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000215297 | 10 | FA | 7 | YES | 0.000215297 | 6 |
| MIConsumerEnergyCo-Campbell | EUKEWANEEBOILER | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000491898 | 3 | FA | 8 | NO | 0.000491898 | 8 |
| MIConsumerEnergyCo-Campbell | EUAUXBLR12 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000491898 | 3 | FA | 9 | NO | 0.000491898 | 7 |
| ALGPBrewtonMill | BR-PSG0-S018 No. 1 Power Boiler | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000513158 | 2 | FA | 10 | NO | 0.000513158 | 9 |
| CTElectric Boat | EMU 17 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000583534 | 1 | ET | 11 | NO | 0.000583534 | 10 |
| MESDWarrenSomerset | Package Boiler | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.000737826 | 17 | FA | 12 | NO | 0.000737826 | 11 |
| CTElectric Boat | EMU 18 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.001276538 | 1 | FA | 13 | NO | | |
| TNMilanArmyAmmunitionPlant | I3A-1, Source #27-0010-12 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 14 | NO | 0.002174538 | 20 |
| TNMilanArmyAmmunitionPlant | A15L-1, Source #27-0010-05 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 15 | NO | 0.002174538 | 12 |
| TNMilanArmyAmmunitionPlant | A15L-2, Source #27-0010-05 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 16 | NO | 0.002174538 | 13 |
| TNMilanArmyAmmunitionPlant | B21L-1, Source #27-0010-28 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 17 | NO | 0.002174538 | 14 |
| TNMilanArmyAmmunitionPlant | B21L-2, Source #27-0010-28 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 18 | NO | 0.002174538 | 15 |
| TNMilanArmyAmmunitionPlant | D2A-1, Source #27-0010-09 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 19 | NO | 0.002174538 | 16 |
| TNMilanArmyAmmunitionPlant | D88L-2, Source #27-0010-86 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 20 | NO | 0.002174538 | 17 |
| TNMilanArmyAmmunitionPlant | K300A-1, Source #27-0010-19 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 21 | NO | 0.002174538 | 27 |
| TNMilanArmyAmmunitionPlant | X21L-2, Source #27-0010-29 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 22 | NO | 0.002174538 | 35 |
| TNMilanArmyAmmunitionPlant | X21L-1, Source #27-0010-29 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 23 | NO | 0.002174538 | 34 |
| TNMilanArmyAmmunitionPlant | V1L-1, Source #27-0010-46 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 24 | NO | 0.002174538 | 33 |
| TNMilanArmyAmmunitionPlant | T116A-2, Source #27-0010-84 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 25 | NO | | |
| TNMilanArmyAmmunitionPlant | T116A-1, Source #27-0010-84 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 26 | NO | | |
| TNMilanArmyAmmunitionPlant | S101A-2, Source #27-0010-21 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 27 | NO | 0.002174538 | 32 |
| TNMilanArmyAmmunitionPlant | S101A-1, Source #27-0010-21 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 28 | NO | 0.002174538 | 31 |
| TNMilanArmyAmmunitionPlant | K313A-2, Source #27-0010-83 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 29 | NO | 0.002174538 | 30 |
| TNMilanArmyAmmunitionPlant | F52L-1, Source #27-0010-30 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 30 | NO | 0.002174538 | 18 |
| TNMilanArmyAmmunitionPlant | K300A-2, Source #27-0010-19 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 31 | NO | 0.002174538 | 28 |
| TNMilanArmyAmmunitionPlant | F52L-2, Source #27-0010-30 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 32 | NO | 0.002174538 | 19 |
| TNMilanArmyAmmunitionPlant | K102L-1, Source #27-0010-42 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 33 | NO | | |
| TNMilanArmyAmmunitionPlant | J107A-2, Source #27-0010-31 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 34 | NO | 0.002174538 | 26 |
| TNMilanArmyAmmunitionPlant | J107A-1, Source #27-0010-31 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 35 | NO | 0.002174538 | 25 |
| TNMilanArmyAmmunitionPlant | I7A-1, Source #27-0010-16 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 36 | NO | 0.002174538 | 24 |
| TNMilanArmyAmmunitionPlant | I6A-1, Source #27-0010-15 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 37 | NO | 0.002174538 | 23 |
| TNMilanArmyAmmunitionPlant | I5A-1, Source #27-0010-14 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 38 | NO | 0.002174538 | 22 |
| TNMilanArmyAmmunitionPlant | I4A-1, Source #27-0010-13 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 39 | NO | 0.002174538 | 21 |
| TNMilanArmyAmmunitionPlant | X21L-3, Source #27-0010-29 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 40 | NO | 0.002174538 | 36 |
| TNMilanArmyAmmunitionPlant | K313A-1, Source #27-0010-83 | TSM8 | Light Liquid | N/A | No HAP APCD Control | 0.002174538 | 12 | FA | 41 | NO | 0.002174538 | 29 |

**Appendix B-7g: Unit Rankings for CO from Heavy Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ILAkzoNobelMorris | B-1 Nebraska Boiler | CO | Heavy Liquid | N/A | No HAP APCD Control | 0.826553593 | 2 | ET | 1 | YES | | |
| INUSSteelGaryWorks | O4B10459 | CO | Heavy Liquid | N/A | No HAP APCD Control | 3.85 | 1 | ET | 2 | YES | | |
| ORGeorgiaPacificWaunaMill | EU33 - Power Boiler | CO | Heavy Liquid | N/A | No HAP APCD Control | 4.628481807 | 1 | ET | 3 | YES | 4.628481807 | 1 |
| PABoeingRidleyPark | 033 | CO | Heavy Liquid | N/A | No HAP APCD Control | 5.384527683 | 1 | ET | 4 | YES | 5.726791525 | 2 |
| VANewportNewsShipbuildingDryDock | 78-E1 | CO | Heavy Liquid | N/A | No HAP APCD Control | 8.707354069 | 1 | ET | 5 | NO | 8.707354069 | 3 |
| LAWestlakeStyrene | 1-97 | CO | Heavy Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 6 | NO | | |
| MEVersoPaperAndroscoggin | Power Boiler No. 1 | CO | Heavy Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 7 | NO | 18 | 4 |
| MEVersoPaperAndroscoggin | Power Boiler No. 2 | CO | Heavy Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 8 | NO | 18 | 5 |
| ARGPChemCrossett89 | SN-05 | CO | Heavy Liquid | N/A | No HAP APCD Control | 19.23108398 | 1 | ET | 9 | NO | | |
| ALCibaMcIntosh | Boiler # 6 | CO | Heavy Liquid | N/A | No HAP APCD Control | 19.83333333 | 3 | ET | 10 | NO | | |
| MEPioneerPlastics | Boiler #4 | CO | Heavy Liquid | N/A | No HAP APCD Control | 20.35136557 | 1 | ET | 11 | NO | 20.35136557 | 7 |
| MEFPLEnergyWyman | Unit #5 | CO | Heavy Liquid | N/A | No HAP APCD Control | 20.50016543 | 1 | ET | 12 | NO | 20.50016543 | 8 |
| LAShellChemicaGeismar | Furnace F-S2801 | CO | Heavy Liquid | N/A | No HAP APCD Control | 20.69540435 | 1 | ET | 13 | NO | | |
| SCDAKAmericas | P8F | CO | Heavy Liquid | N/A | No HAP APCD Control | 20.76666667 | 1 | ET | 14 | NO | 18 | 6 |
| WIWRREnvironmental | B#4 | CO | Heavy Liquid | N/A | No HAP APCD Control | 20.77884986 | 1 | ET | 15 | NO | 20.77884986 | 9 |
| PAUnitedRefiningWarrant | 50 | CO | Heavy Liquid | N/A | No HAP APCD Control | 22.42698 | 1 | ET | 16 | NO | | |
| KSGMFairfax | Boiler No.1 | CO | Heavy Liquid | N/A | No HAP APCD Control | 22.49205227 | 2 | ET | 17 | NO | 22.49205227 | 10 |
| PAUnitedRefiningWarrant | 49 | CO | Heavy Liquid | N/A | No HAP APCD Control | 22.83259541 | 1 | ET | 18 | NO | | |
| WAGPCamas | No. 5 Power Boiler | CO | Heavy Liquid | N/A | Venturi Scrubber/Wet Scrubber | 23.44553604 | 1 | ET | 19 | NO | | |
| AREvergreenPackaging | PB1 | CO | Heavy Liquid | N/A | No HAP APCD Control | 23.53017426 | 1 | ET | 20 | NO | | |
| LAShellChemicaGeismar | Furnace F-S801 | CO | Heavy Liquid | N/A | No HAP APCD Control | 23.8940497 | 1 | ET | 21 | NO | | |
| NYConEd59thStStationNewYork | Boiler 118 | CO | Heavy Liquid | N/A | No HAP APCD Control | 23.96586498 | 1 | ET | 22 | NO | 23.96586498 | 12 |
| COKodakWindsor | Boiler 71 | CO | Heavy Liquid | N/A | No HAP APCD Control | 25.16965849 | 1 | ET | 23 | NO | | |
| PAAppletonPapers | #033 | CO | Heavy Liquid | N/A | No HAP APCD Control | 35.03516962 | 1 | ET | 24 | NO | 35.03516962 | 13 |
| MNGPDuluth | EU33 Boiler #3 | CO | Heavy Liquid | N/A | Electrostatic Precipitator | 77.82179039 | 1 | ET | 25 | NO | 77.82179039 | 14 |
| NCInvistaHwy421 | B7600 | CO | Heavy Liquid | N/A | No HAP APCD Control | 98.86139059 | 1 | ET | 26 | NO | 98.86139059 | 15 |
| ORIPSpringfield | Power Boiler | CO | Heavy Liquid | N/A | No HAP APCD Control | 551.8525896 | 1 | ET | 27 | NO | 551.8525896 | 16 |
| SCMilliken-Dewey | D30 | CO | Heavy Liquid | N/A | No HAP APCD Control | 720.2334865 | 1 | ET | 28 | NO | 720.2334865 | 17 |

**Appendix B-7h: Unit Rankings for CO from Light Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NJMerckRahway | E750009 - Boiler #9 | CO | Light Liquid | N/A | No HAP APCD Control | 1.028682397 | 1 | ET | 1 | YES | 1.028682397 | 1 |
| NJPolyOne | E200 Boiler #2 | CO | Light Liquid | N/A | No HAP APCD Control | 1.282203703 | 1 | ET | 2 | YES | 1.282203703 | 2 |
| NJMerckRahway | E750005 - Boiler #5 | CO | Light Liquid | N/A | No HAP APCD Control | 1.325325262 | 1 | ET | 3 | YES | 1.325325262 | 3 |
| NJMerckRahway | E750003 - Boiler #3 | CO | Light Liquid | N/A | No HAP APCD Control | 1.667344685 | 1 | ET | 4 | YES | 1.667344685 | 4 |
| NJMerckRahway | E750010 - Boiler #10 | CO | Light Liquid | N/A | No HAP APCD Control | 2.111871176 | 1 | ET | 5 | YES | 2.111871176 | 5 |
| SCMitsubishiPolyesterFilm | Dowtherm Heater 4 (4FPDDOWHSA) | CO | Light Liquid | N/A | No HAP APCD Control | 2.5 | 2 | ET | 6 | YES | | |
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | CO | Light Liquid | N/A | No HAP APCD Control | 4.20361394 | 1 | ET | 7 | YES | 4.20361394 | 6 |
| NJMerckRahway | E750011 - Boiler #11 | CO | Light Liquid | N/A | No HAP APCD Control | 4.873776771 | 1 | ET | 8 | YES | 4.873776771 | 7 |
| PAConemaughPowerPlantNewFlorence | Aux Boiler B | CO | Light Liquid | N/A | No HAP APCD Control | 6.4 | 1 | ET | 9 | YES | 6.4 | 8 |
| NJMerckRahway | E750012 - Boiler #12 | CO | Light Liquid | N/A | No HAP APCD Control | 7.951951573 | 1 | ET | 10 | NO | 7.951951573 | 9 |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | CO | Light Liquid | N/A | No HAP APCD Control | 9.40236914 | 1 | ET | 11 | NO | 9.40236914 | 10 |
| PAKeystonePowerPlantShelocta | Aux Boiler B | CO | Light Liquid | N/A | No HAP APCD Control | 13.19578302 | 1 | ET | 12 | NO | 13.19578302 | 11 |
| MIConsumerEnergyCo-Campbell | EUAUXBLR12 | CO | Light Liquid | N/A | No HAP APCD Control | 13.81446054 | 1 | ET | 13 | NO | 13.81446054 | 12 |
| PAKeystonePowerPlantShelocta | Aux Boiler A | CO | Light Liquid | N/A | No HAP APCD Control | 14.40770592 | 1 | ET | 14 | NO | 14.40770592 | 13 |
| GAGPCelluloseBrunswick | U706 -- No. 6 Power Boiler | CO | Light Liquid | N/A | Electrostatic Precipitator | 17.76908769 | 1 | ET | 15 | NO | 17.76908769 | 17 |
| ALBP-Decatur24 | AB-8301 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 2 | ET | 16 | NO | | |
| FLOkeelanta268 | Boiler No. 16 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 17 | NO | 18 | 16 |
| ILCognisCorp | Boiler #2 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 18 | NO | 18 | 18 |
| MNMinnesotaSoybeanProcessors | Boiler 1 EU026 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 4 | ET | 19 | NO | 18 | 14 |
| MNMinnesotaSoybeanProcessors | Boiler 2 EU027 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 4 | ET | 20 | NO | 18 | 15 |
| OHUSEnrichmentCorpPiketon | X-6002 Boiler No. 1 (North) | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 21 | NO | 18 | 21 |
| OHUSEnrichmentCorpPiketon | X-6002 Boiler No. 2 (South) | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 22 | NO | 18 | 22 |
| SCBPCooperRiver | AB-350A | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 23 | NO | | |
| SCBPCooperRiver | AB-350B | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 24 | NO | | |
| SCDuPontTeijinFlorence | Boiler #1 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 25 | NO | 18 | 23 |
| SCDuPontTeijinFlorence | Boiler #2 | CO | Light Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 26 | NO | 18 | 24 |
| MDUofMaryland | EU 001-4 | CO | Light Liquid | N/A | No HAP APCD Control | 18.11359718 | 1 | ET | 27 | NO | 18.11359718 | 20 |
| VAUniversityofVirginia | 7103-1-03R | CO | Light Liquid | N/A | No HAP APCD Control | 18.28874592 | 1 | ET | 28 | NO | 18.28874592 | 25 |
| ILJLMChemicalsBlueIsland | Boiler 1 | CO | Light Liquid | N/A | No HAP APCD Control | 18.34391838 | 1 | ET | 29 | NO | 18.34391838 | 19 |
| VAUniversityofVirginia | 7103-1-04R | CO | Light Liquid | N/A | No HAP APCD Control | 18.60485428 | 1 | ET | 30 | NO | 18.60485428 | 27 |
| MIPfizerGlobal1179 | EUBoiler5 | CO | Light Liquid | N/A | No HAP APCD Control | 18.68410796 | 1 | ET | 31 | NO | 18.68410796 | 26 |
| WVCytec | 830X Boiler #1 | CO | Light Liquid | N/A | No HAP APCD Control | 18.90796692 | 1 | ET | 32 | NO | 18.86195038 | 28 |
| VABAENorfolk | 010 | CO | Light Liquid | N/A | No HAP APCD Control | 19.04493013 | 1 | ET | 33 | NO | | |
| CAAerojet | 38008 BR 01 (PO 14611)(C-10008) | CO | Light Liquid | N/A | No HAP APCD Control | 19.60216663 | 2 | ET | 34 | NO | 19.60216663 | 29 |
| OHOSUColumbus | B141 | CO | Light Liquid | N/A | No HAP APCD Control | 19.80797539 | 1 | ET | 35 | NO | 19.80797539 | 31 |
| NJChambersCogen | Auxiliary Boiler | CO | Light Liquid | N/A | No HAP APCD Control | 19.88774357 | 1 | ET | 36 | NO | 19.88774357 | 30 |
| OHOSUColumbus | B143 | CO | Light Liquid | N/A | No HAP APCD Control | 20.21553708 | 1 | ET | 37 | NO | 20.21553708 | 32 |
| VABAENorfolk | 007 | CO | Light Liquid | N/A | No HAP APCD Control | 20.9 | 1 | ET | 38 | NO | | |
| WI3MMenomonie | P04 ABCO east boiler | CO | Light Liquid | N/A | No HAP APCD Control | 20.97791672 | 1 | ET | 39 | NO | | |
| WI3MMenomonie | P05 ABCO west boiler | CO | Light Liquid | N/A | No HAP APCD Control | 20.97791672 | 1 | ET | 40 | NO | | |
| OHOSUColumbus | B142 | CO | Light Liquid | N/A | No HAP APCD Control | 21.1518475 | 1 | ET | 41 | NO | 21.1518475 | 33 |
| WI3MMenomonie | P02 Kewaunee HW boiler | CO | Light Liquid | N/A | No HAP APCD Control | 21.8226341 | 1 | ET | 42 | NO | | |
| WVCytec | 831X Boiler #2 | CO | Light Liquid | N/A | No HAP APCD Control | 21.92021148 | 1 | ET | 43 | NO | 21.92021148 | 35 |
| MDUofMaryland | EU 001-2 | CO | Light Liquid | N/A | No HAP APCD Control | 22.06025275 | 1 | ET | 44 | NO | 22.06025275 | 34 |
| MOAlliantTechsystems | Boiler #5 | CO | Light Liquid | N/A | No HAP APCD Control | 23.73333333 | 1 | ET | 45 | NO | | |
| NCavoca | H-101 | CO | Light Liquid | N/A | No HAP APCD Control | 23.89561125 | 1 | ET | 46 | NO | 24.38683376 | 36 |
| PAUnitedRefiningWarrant | 55 | CO | Light Liquid | N/A | No HAP APCD Control | 23.95305071 | 1 | ET | 47 | NO | | |
| MAUMass | EU#7 | CO | Light Liquid | N/A | No HAP APCD Control | 24.71090328 | 1 | ET | 48 | NO | 24.71090328 | 37 |
| NCavoca | H-103 | CO | Light Liquid | N/A | No HAP APCD Control | 25.3 | 1 | ET | 49 | NO | | |
| WI3MMenomonie | P01 Kewaunee steam boiler | CO | Light Liquid | N/A | No HAP APCD Control | 25.51829584 | 1 | ET | 50 | NO | | |
| MAMirantCanal | Aux Boiler B | CO | Light Liquid | N/A | No HAP APCD Control | 25.65145669 | 1 | ET | 51 | NO | 25.65145669 | 38 |
| NCavoca | H-102 | CO | Light Liquid | N/A | No HAP APCD Control | 28.73701809 | 1 | ET | 52 | NO | 29.51105427 | 39 |
| PACrombyGeneratingStation | 033 - Auxiliary Boiler | CO | Light Liquid | N/A | No HAP APCD Control | 30.06333935 | 1 | ET | 53 | NO | 30.06333935 | 40 |
| OHADMFostoria1778 | B005 | CO | Light Liquid | N/A | No HAP APCD Control | 34.02706534 | 1 | ET | 54 | NO | 34.02706534 | 41 |
| NDADMNorthernSun | EU21 | CO | Light Liquid | N/A | No HAP APCD Control | 35.49449536 | 1 | ET | 55 | NO | 35.49449536 | 42 |
| MAMirantCanal | Aux Boiler A | CO | Light Liquid | N/A | No HAP APCD Control | 39.33223359 | 1 | ET | 56 | NO | 39.33223359 | 43 |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NJDSMNutritional | Boiler 3 | CO | Light Liquid | N/A | No HAP APCD Control | 41.46985498 | 1 | ET | 57 | NO | 41.46985498 | 44 |
| IACargillIowaFalls | EP 26 | CO | Light Liquid | N/A | No HAP APCD Control | 43.39515767 | 1 | ET | 58 | NO | 43.39515767 | 45 |
| NJDSMNutritional | Boiler 2 | CO | Light Liquid | N/A | No HAP APCD Control | 44.03500065 | 1 | ET | 59 | NO | 44.03500065 | 46 |
| NENebraskaCityStation | Auxiliary Boiler 2 | CO | Light Liquid | N/A | No HAP APCD Control | 45.21607164 | 1 | ET | 60 | NO | 45.21607164 | 47 |
| WI3MMenomonie | P03 Cleaver Brooks HW boiler | CO | Light Liquid | N/A | No HAP APCD Control | 54.47540515 | 1 | ET | 61 | NO | | |
| MIPfizerGlobal1179 | EUBoiler3 | CO | Light Liquid | N/A | No HAP APCD Control | 61.53534915 | 1 | ET | 62 | NO | 61.53534915 | 48 |
| PAConemaughPowerPlantNewFlorence | Aux Boiler A | CO | Light Liquid | N/A | No HAP APCD Control | 61.80959718 | 1 | ET | 63 | NO | | |
| MNNSPKingGenPlant | Auxiliary Boiler (EU 028) | CO | Light Liquid | N/A | No HAP APCD Control | 63.9 | 1 | ET | 64 | NO | 63.9 | 49 |
| CTElectric Boat | EMU 17 | CO | Light Liquid | N/A | No HAP APCD Control | 72.03636565 | 1 | ET | 65 | NO | 72.03636565 | 50 |
| VAUniversityofVirginia | 5575-1-02 | CO | Light Liquid | N/A | No HAP APCD Control | 72.91333333 | 2 | ET | 66 | NO | 72.91333333 | 51 |
| VAUniversityofVirginia | 5575-1-01 | CO | Light Liquid | N/A | No HAP APCD Control | 80.18333333 | 2 | ET | 67 | NO | 80.18333333 | 52 |
| VABAENorfolk | 009 | CO | Light Liquid | N/A | No HAP APCD Control | 86.75176499 | 1 | ET | 68 | NO | | |
| VACloverPowerStation | ES-3 | CO | Light Liquid | N/A | No HAP APCD Control | 86.78742846 | 1 | ET | 69 | NO | 86.78742846 | 53 |
| VAUniversityofVirginia | 5575-1-03 | CO | Light Liquid | N/A | No HAP APCD Control | 92.43 | 2 | ET | 70 | NO | 92.43 | 54 |
| VAUniversityofVirginia | 5575-1-04 | CO | Light Liquid | N/A | No HAP APCD Control | 106.0666667 | 2 | ET | 71 | NO | 106.0666667 | 55 |
| OHSolaeBellvue | B010A | CO | Light Liquid | N/A | No HAP APCD Control | 189.3932552 | 1 | ET | 72 | NO | 189.3932552 | 56 |
| MIPfizerGlobal1179 | EUBoiler1B | CO | Light Liquid | N/A | No HAP APCD Control | 746.1589924 | 1 | ET | 73 | NO | 746.1589924 | 57 |

**Appendix B-8a: Unit Rankings for Filterable PM from Non-Continental Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HITesoro | SG1102 | Particulate Matter (PM) filterable | Liquid | N/A | No HAP APCD Control | 0.0041 | 3 | ET | 1 | YES | 0.0041 | 1 |
| HITesoro | H101B | Particulate Matter (PM) filterable | Liquid | N/A | No HAP APCD Control | 0.023296667 | 1 | ET | 2 | YES | 0.023296667 | 5 |
| HIChevronKapolei | F-5103 | Particulate Matter (PM) filterable | Liquid | N/A | No HAP APCD Control | 0.066194823 | 1 | ET | 3 | YES | 0.066194823 | 2 |
| HIChevronKapolei | F-5153 | Particulate Matter (PM) filterable | Liquid | N/A | No HAP APCD Control | 0.066194823 | 1 | ET | 4 | YES | 0.066194823 | 3 |

**Appendix B-8b: Unit Rankings for TSM from Non-Continental Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HIChevronKapolei | AG-5060-1 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 1 |
| HIChevronKapolei | AG-5060-2 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 2 |
| HIChevronKapolei | F-5103 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 3 |
| HIChevronKapolei | F-5153 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 4 |
| HIChevronKapolei | F-5201 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 5 |
| HIChevronKapolei | F-5202 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 6 |
| HIChevronKapolei | F-5203 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 7 |
| HIChevronKapolei | F-5300 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | 0.000851714 | 8 |
| HIChevronKapolei | F-6262 | TSM8 | Liquid | N/A | No HAP APCD Control | 0.000851714 | 1 | FA | 1 | YES | | |

**Appendix B-8c: Unit Rankings for CO from Non-Continental Liquid Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HITesoro | SG1102 | CO | Liquid | N/A | No HAP APCD Control | 8.512825062 | 3 | ET | 1 | YES | | |
| HIChevronKapolei | F-5103 | CO | Liquid | N/A | No HAP APCD Control | 18 | 1 | ET | 2 | YES | | |
| HITesoro | SG1103 | CO | Liquid | N/A | No HAP APCD Control | 18 | 3 | ET | 3 | YES | | |
| HITesoro | H101B | CO | Liquid | N/A | No HAP APCD Control | 22.57027892 | 1 | ET | 4 | YES | 22.57027892 | 11 |

**Appendix B-9a: Unit Rankings for Hg from Process Gas Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVMountainStateCarbonFollansbee | S1 | Mercury (Hg) | Process Gas | N/A | No HAP APCD Control | 6.20333E-06 | 1 | ET | 1 | YES | 6.20333E-06 | 1 |

**Appendix B-9b: Unit Rankings for HCl from Process Gas Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVMountainStateCarbonFollansbee | S1 | Hydrogen Chloride (HCl) | Process Gas | N/A | No HAP APCD Control | 0.001233333 | 1 | ET | 1 | YES | 0.001233333 | 1 |

**Appendix B-9c: Unit Rankings for Filterable PM from Process Gas Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVMountainStateCarbonFollansbee | S1 | Particulate Matter (PM) filterable | Process Gas | N/A | No HAP APCD Control | 0.0061 | 1 | ET | 1 | YES | 0.0061 | 1 |

**Appendix B-9d: Unit Rankings for TSM from Process Gas Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVMountainStateCarbonFollansbee | S1 | TSM8 | Process Gas | N/A | No HAP APCD Control | 6.74163E-05 | 1 | ET | 1 | YES | 6.74163E-05 | 1 |

**Appendix B-9e: Unit Rankings for CO from Process Gas Units**

| Facility ID | Combustor ID | Pollutant | Fuel Category | Combustor Design (Reconsideration) | Total Control | Minimum Test Average | Number Of Tests | DataType | Rank | In Top 12 Pct | Previous Minimum Test Average | Previous Rank |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WVMountainStateCarbonFollansbee | S5 | CO | Process Gas | N/A | No HAP APCD Control | 2.42 | 1 | ET | 1 | YES | 2.42 | 1 |
| WVMountainStateCarbonFollansbee | S1 | CO | Process Gas | N/A | No HAP APCD Control | 3.549822586 | 2 | ET | 2 | NO | 3.549822586 | 2 |
| MDSeverstalSparrows | 3BLR | CO | Process Gas | N/A | No HAP APCD Control | 9.472779614 | 1 | ET | 3 | NO | | |

**Appendix H - Beyond the Floor for HCl Liquid**

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategory_ | Subcategory_ | Subcategory_ | Controls | HCL | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALAscendPerform | Decatur | AL | PH Hydrogen Reform | 30 | Liquid | Liquid | HL | None | 4.90E-04 | Less | |
| ALAscendPerform | Decatur | AL | PH Hydrogen Reform | 30 | Liquid | Liquid | HL | None | 4.90E-04 | Less | |
| FLAscend | Gonzalez | FL | Boiler 4 | 300 | Liquid | Liquid | LL | None | 3.30E-04 | Less | |
| FPLEnergyWymar | Yarmouth | ME | Unit #5 auxiliary boile | 72 | Liquid | Liquid | HL | Uncontrolle | 5.10E-04 | Less | Yes |
| IDNavalReactors | Idaho Falls | ID | Boiler 1 | | Liquid | Liquid | LL | ULSD | 1.21E-05 | Less | |
| IDNavalReactors | Idaho Falls | ID | Boiler 2 | | Liquid | Liquid | LL | ULSD | 2.01E-05 | Less | |
| ILExxonMobilJolie | Channahor | IL | Alky7-B-1 | | Liquid | Liquid | HL | Uncontrolle | 4.00E-05 | Less | |
| INNotreDameU | South Benc | IN | Boiler 1 | 137 | Liquid | Liquid | LL | ULSD | 2.00E-04 | Less | |
| INNotreDameU | South Benc | IN | Boiler 5 | 244.5 | Liquid | Liquid | LL | ULSD | 4.00E-05 | Less | |
| INNotreDameU | South Benc | IN | Boiler 6 | 249 | Liquid | Liquid | LL | ULSD | 4.00E-05 | Less | |
| MECatalystPaperI | Rumford | ME | Boiler 3 | 300 | Liquid | Liquid | HL | VS | 2.70E-04 | Less | |
| MTExxonMobilBil | Billings | MT | F402 PH | | Liquid | Liquid | HL | Uncontrolle | 2.46E-04 | Less | |
| NCAvocaMerryHi | Merry Hill | NC | Oil Boiler H101 | 10 | Liquid | Liquid | LL | Uncontrolle | 2.91E-05 | Less | Yes |
| NCAvocaMerryHi | Merry Hill | NC | Oil Boiler H102 | 10 | Liquid | Liquid | LL | Uncontrolle | 4.89E-05 | Less | Yes |
| NJValtrisSpecialty | Bridgeport | NJ | Vogt Boiler E602 | 44 | Liquid | Liquid | LL | ULSD | 9.88E-05 | Less | |
| PAExelonGenerat | Eddystone | PA | Aux.Boiler A | 124 | Liquid | Liquid | LL | Uncontrolle | 6.73E-05 | Less | |
| PAExelonGenerat | Eddystone | PA | Aux. Boiler B | 124 | Liquid | Liquid | LL | Uncontrolle | 9.17E-05 | Less | |
| PAExelonGenerat | Eddystone | PA | Aux. Boiler C | 124 | Liquid | Liquid | LL | Uncontrolle | 2.16E-04 | Less | |
| PAGlaxoSmithKlin | Collegeville | PA | Boiler 7.1 | | Liquid | Liquid | LL | Uncontrolle | 4.12E-05 | Less | |
| PAGlaxoSmithKlin | Collegeville | PA | Boiler 7.2 | | Liquid | Liquid | LL | Uncontrolle | 1.22E-04 | Less | |
| PAGlaxoSmithKlin | Collegeville | PA | Boiler 7.3 | | Liquid | Liquid | LL | Uncontrolle | 6.25E-05 | Less | |
| PAGlaxoSmithKlin | Collegeville | PA | Boiler 7.4 | | Liquid | Liquid | LL | Uncontrolle | 9.88E-05 | Less | |
| SCMitsubishiPoly | Greer | SC | Boiler 3 | | Liquid | Liquid | LL | Uncontrolle | 3.86E-05 | Less | |
| SCMitsubishiPoly | Greer | SC | Boiler 4 | | Liquid | Liquid | LL | Uncontrolle | 2.10E-05 | Less | |
| TXLyondellChemi | Channelvie | TX | Hot Oil Heater | 126 | Liquid | Liquid | LL | Uncontrolle | 2.70E-04 | Less | |
| VACityofHarrison | Harrisonbu | VA | B3 | 43.2 | Liquid | Liquid | LL | ULSD | 4.20E-05 | Less | |
| VACityofHarrison | Harrisonbu | VA | B4 | 43.2 | Liquid | Liquid | LL | ULSD | 6.30E-05 | Less | |
| VAJamesMadison | Harrisonbu | VA | B5 | 50 | Liquid | Liquid | LL | ULSD | 1.34E-04 | Less | |
| VAUniversityof Vi | Charlottesv | VA | Boiler 3R | 112.5 | Liquid | Liquid | LL | ULSD | 1.20E-05 | Less | |
| VAUniversityof Vi | Charlottesv | VA | Boiler 4R | 112.5 | Liquid | Liquid | LL | ULSD | 1.20E-05 | Less | |

| | |
|---|---|
| 2013 Emission Limit | 1.10E-03 |

**Appendix H - Beyond the Floor for TSM Coal Limits**

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategory | Subcategory | Subcategory | Controls | TSM | Test Result compared to 2013 existing limit | Test Result compared to 2013 new source limit | Note | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IAADM | Cedar Rapids | IA | EU-501A | 551.5 | Solid | Coal | CFB | FF | 5.20E-09 | Less | Less | | |
| IAADM | Cedar Rapids | IA | EU-501B | 551.5 | Solid | Coal | CFB | FF | 5.20E-09 | Less | Less | | |
| IAADM | Cedar Rapids | IA | EU-502A | 551.5 | Solid | Coal | CFB | FF | 8.60E-09 | Less | Less | | |
| IAADM | Cedar Rapids | IA | EU-502B | 551.5 | Solid | Coal | CFB | FF | 8.60E-09 | Less | Less | | |
| IAADM | Cedar Rapids | IA | EU-530 | 1500 | Solid | Coal | CFB | FF | 7.04E-09 | Less | Less | | |
| NEADMCornProcessing | Columbus | NE | CFB#1 | 768 | Solid | Coal | CFB | FF | 2.94E-06 | Less | Less | | Yes |
| NEADMCornProcessing | Columbus | NE | CFB#2 | 768 | Solid | Coal | CFB | FF | 2.21E-06 | Less | Less | | Yes |
| NEAGProcessing | Hastings | NE | CFB Boiler | 382 | Solid | Coal | CFB | FF | 1.23E-05 | Less | Less | | |
| WIFlambeauRiverPapers | Park Falls | WI | B24 Boiler6 | 249 | Solid | Coal | CS | WS | 1.64E-04 | More | More | | Yes |
| WYTronoxAlkaliGranger | Granger | WY | No. 1 | 358.5 | Solid | Coal | CS | ESP/WS | 4.24E-05 | Less | More | | |
| WYTronoxAlkaliGranger | Granger | WY | No. 2 | 358.5 | Solid | Coal | CS | ESP/WS | 3.35E-05 | Less | More | | |
| WYTronoxAlkaliWestvaco | Green River | WY | No. 6 PB | 887 | Solid | Coal | CPC | ESP/WS | 3.65E-05 | Less | More | | |
| WYTronoxAlkaliWestvaco | Green River | WY | No. 7 PB | 887 | Solid | Coal | CPC | ESP/WS | 4.33E-05 | Less | More | | |
| WIExperaSpecialtySolutions | Kaukauna | WI | B09 | 192 | Solid | Coal | CS | FF/DSI | 5.96E-05 | More | More | Beginning 10/1/2018 the facility began complying with the PM CPMS limit. | |
| WIExperaSpecialtySolutions | Kaukauna | WI | B11 | 379 | Solid | Coal | CS | FF/DSI | 5.96E-05 | More | More | Beginning 10/1/2018 the facility began complying with the PM CPMS limit. | |

| | |
|---|---|
| 2013 Emission Limit | 5.30E-05 |
| 2013 New Source Emission Limit | 2.30E-05 |

Appendix H - Beyond the Floor for TSM Wet Biomass Stoker Limits

| Type | FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategoı | Subcategoı | Subcategoı | Controls | TSM | Test Result compared to 2013 new source limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | NDArcherD | Enderlin | ND | EU17 | 280 | Solid | Biomass | WBS | ESP | 1.24E-04 | More | Yes |
| Existing | WIExperaS | Kaukauna | WI | B07 | 204 | Solid | Biomass | WBS | FF/DSI | 5.96E-05 | More | |
| New | CASierraPa | Anderson | CA | Wood Firec | 468.5 | Solid | Biomass | WBS | ESP | 6.70E-06 | Less | |

| | |
|---|---|
| 2013 New Source Emission Limit | 2.60E-05 |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 272 of 496

Appendix H - Beyond the Floor for TSM Heavy Liquid

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategor | Subcategor | Subcategor | Controls | TSM | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ALAscendPerformance | Decatur | AL | PH Hydrogen Reformer B | 30 | Liquid | Liquid | HL | None | 1.05E-04 | Less | |
| ALAscendPerformance | Decatur | AL | PH Hydrogen Reformer C | 30 | Liquid | Liquid | HL | None | 1.03E-04 | Less | |

| | |
|---|---|
| 2013 Emission Limit | 2.00E-04 |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 273 of 496

Appendix H - Beyond the Floor for TSM Light Liquid

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategoı | Subcategoı | Subcategoı | Controls | TSM | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FLAscend | Gonzalez | FL | Boiler 4 | 300 | Liquid | Liquid | LL | None | 2.36E-05 | Less | |
| PAExelonGener | Eddystone | PA | Aux.Boiler A | 124 | Liquid | Liquid | LL | Uncontrolle | 9.59E-06 | Less | Yes |
| PAExelonGener | Eddystone | PA | Aux. Boiler B | 124 | Liquid | Liquid | LL | Uncontrolle | 1.48E-05 | Less | Yes |
| PAExelonGener | Eddystone | PA | Aux. Boiler C | 124 | Liquid | Liquid | LL | Uncontrolle | 3.55E-06 | Less | Yes |
| TXLyondellChen | Channelvie | TX | Hot Oil Heater | 126 | Liquid | Liquid | LL | Uncontrolle | 2.90E-05 | Less | |

| | |
|---|---|
| 2013 Emission Limit | 6.20E-05 |

**Appendix H - Beyond the Floor for PM Dry Biomass Stoker**

| Type | FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcatego | Subcatego | Subcatego | Controls | PM | Test Result compared to 2013 limit | Test Result compared to 2013 new source limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | GAInterforThoma | Thomastor | GA | Boiler 1 | 26.8 | Solid | Biomass | DBS | MC | 0.269 | Less | More | |
| Existing | NDCargill | West Fargo | ND | FW Boiler EU | 50.3 | Solid | Biomass | DBS | FF | 0.0016 | Less | Less | |
| Existing | TXWilsonartTemp | Temple | TX | Hurst Boiler | 20.2 | Solid | Biomass | DBS | ESP | 0.00173 | Less | Less | Yes |
| Existing | VAVaughanBasse | Galax | VA | B1 | 39.2 | Solid | Biomass | DBS | MC | 0.15 | Less | More | |
| Existing | VAVaughanBasse | Galax | VA | B3 | 27 | Solid | Biomass | DBS | MC | 0.16 | Less | More | |
| Existing | VAVaughanBasse | Galax | VA | B4 | 28 | Solid | Biomass | DBS | MC | 0.18 | Less | More | |
| Existing | WIGPBroadwayM | Green Bay | WI | B26 | 228 | Solid | Biomass | DBS | FF/DSI | 0.000459 | Less | Less | Yes |
| Existing | WIGreenBayPack | Green Bay | WI | B26 | 228.7 | Solid | Biomass | DBS | FF/DSI | 0.0021 | Less | Less | |
| New | NCMarshFurnitur | High Point | NC | B2 | 18.5 | Solid | Biomass | DBS | ESP | 0.0104 | | Less | |

| | |
|---|---|
| 2013 Emission Limit | 3.20E-01 |
| 2013 New Source Emission Limit | 3.00E-02 |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 275 of 496

Appendix H - Beyond the Floor for PM Biomass Suspension Burner

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategor | Subcategor | Subcategor | Controls | HCL | Mercury | PM | Test Result compared to 2013 new source limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGPPanelProd | Thomson | GA | B001 Unit 3 | 30 | Solid | Biomass | BSB | ESP | 3.19E-05 | 1.14E-07 | 0.0031 | Less | |
| GAGPWoodProd | Warm Spri | GA | Boiler #1 EU-60 | 180 | Solid | Biomass | BSB | ESP | 3.62E-04 | 7.58E-07 | 0.0081 | Less | |
| MNAndersenCo | Bayport | MN | Boiler 12 EU62 | 52 | Solid | Biomass | BSB | ESP | 1.30E-03 | 1.40E-07 | 0.0035 | Less | |
| MNAndersenCo | Bayport | MN | Boiler 11 EU62 | 52 | Solid | Biomass | BSB | ESP | 1.30E-03 | 1.60E-07 | 0.0033 | Less | |
| MSShuqualakLu | Shuqualak | MS | Boiler#1 AA-00 | 24.11 | Solid | Biomass | BSB | ESP | 4.43E-05 | 2.08E-07 | 0.002 | Less | |
| MSShuqualakLu | Shuqualak | MS | Boiler#2 AA-00 | 24.11 | Solid | Biomass | BSB | ESP | 1.26E-04 | 5.77E-07 | 0.002 | Less | |
| NCWilsonart | Fletcher | NC | BLR 5 | 19.6 | Solid | Biomass | BSB | ESP | 9.71E-05 | 2.22E-06 | 0.0122 | Less | Yes |
| OHSauderwood | Archbold | OH | B008 | 63.75 | Solid | Biomass | BSB | ESP | 4.80E-04 | 1.10E-06 | 0.0017 | Less | |
| OHSauderwood | Archbold | OH | B009 | 63.75 | Solid | Biomass | BSB | ESP | 7.80E-04 | 1.10E-06 | 0.01 | Less | |
| ORBoiseCascade | LAGrande | OR | Boiler 2 | 50 | Solid | Biomass | BSB | ESP | 9.96E-08 | 4.80E-10 | 8.86E-06 | Less | |
| ORRoseburgFore | Medford | OR | Boiler #4 | 77 | Solid | Biomass | BSB | FF | 7.00E-05 | 1.23E-07 | 0.0085 | Less | |
| SCAraucoFlakeb | Bennettsvi | SC | ES-20 | 99 | Solid | Biomass | BSB | ESP | 5.65E-05 | 8.17E-08 | 0.00121 | Less | |
| TXGPPanelProdu | Diboll | TX | PB-44 | 40 | Solid | Biomass | BSB | ESP | 7.99E-05 | 1.77E-07 | 0.00237 | Less | |
| VAMascoCabine | Mount Jack | VA | Boiler No. 1 | 28.5 | Solid | Biomass | BSB | ESP | 7.23E-05 | 1.63E-07 | 0.0183 | Less | |

| | |
|---|---|
| 2013 New Source Emission Limit | 3.00E-02 |

**Appendix H - Beyond the Floor for PM Coal**

| 2013 Emission Limit for New Sources | 1.10E-03 |
|---|---|

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcatego | Subcatego | Subcatego | Controls | PM | Test Result compared to 2013 limit for new sources | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AKDoyonUtilities | Fairbanks | AK | EU1 Boiler#3 | 230 | Solid | Coal | CS | FF | 0.00148 | More | |
| AKDoyonUtilities | Fairbanks | AK | EU2 Boiler#4 | 230 | Solid | Coal | CS | FF | 0.011 | More | |
| AKDoyonUtilities | Fairbanks | AK | EU3 Boiler#5 | 230 | Solid | Coal | CS | FF | 0.000997 | Less | |
| AKDoyonUtilities | Fairbanks | AK | EU4 Boiler#6 | 230 | Solid | Coal | CS | FF | 0.00295 | More | |
| AKDoyonUtilities | Fairbanks | AK | EU5 Boiler#7 | 230 | Solid | Coal | CS | FF | 0.00106 | Less | |
| AKDoyonUtilities | Fairbanks | AK | EU6 Boiler#8 | 230 | Solid | Coal | CS | FF | 0.0039 | More | |
| GAGPConsumerProducts | Rincon | GA | B001 Unit 3 | 422 | Solid | Coal | CFB | FF/LI | 0.0003 | Less | |
| GAGPConsumerProducts | Rincon | GA | B002 Unit 4 | 422 | Solid | Coal | CFB | FF/LI | 0.0026 | More | |
| GAGPConsumerProducts | Rincon | GA | B003 Unit 5 | 422 | Solid | Coal | CFB | FF/LI | 0.004 | More | |
| IAADMDesMoines | Des Moines | IA | C05 | 192 | Solid | Coal | CFB | FF | 0.011 | More | |
| IAAGProcessing | Eagle Grove | IA | Stoker 1 | 146.5 | Solid | Coal | CS | FF | 0.00189 | More | |
| IAAGProcessing | Eagle Grove | IA | Stoker 2 | 146.5 | Solid | Coal | CS | FF | 0.00189 | More | |
| IAAlliantEnergy | Cedar Rapids | IA | Boiler #1 | 304 | Solid | Coal | CS | ESP/O2Trim/Calcium Bromide | 0.0263 | More | |
| IAAlliantEnergy | Cedar Rapids | IA | Boiler #2 | 304 | Solid | Coal | CS | ESP/O2Trim/Calcium Bromide | 0.0263 | More | |
| IAIowaArmyAmmunitionPlant | Middleton | IA | Boiler 1 | 164 | Solid | Coal | CS | FF/Li/ACI | 0.0017 | More | |
| IAIowaArmyAmmunitionPlant | Middleton | IA | Boiler 2 | 164 | Solid | Coal | CS | FF/Li/ACI | 0.0017 | More | |
| IAIowaStateU | Ames | IA | CFB 1 | 235 | Solid | Coal | CFB | FF/DSI | 0.0004 | Less | |
| IAIowaStateU | Ames | IA | CFB 2 | 235 | Solid | Coal | CFB | FF/DSI | 0.0034 | More | |
| IAMuscatinrPower&Water | Muscatine | IA | EU7 | 289 | Solid | Coal | CS | ESP | 0.014 | More | |
| IAUofIOWA | Iowa City | IA | Boiler 10 | 206 | Solid | Coal | CS | FF/SI | 0.00546 | More | |
| IAUofNorthernIowa | Cedar Falls | IA | Boiler 3 | 163 | Solid | Coal | CPC | FF/LI | 0.0056 | More | |
| IDAmalgametedSugar | Twin Falls | ID | FosterWheeler B | 285 | Solid | Coal | CS | FF | 0.0009 | Less | |
| ILADM | Quincy | IL | Coal Boiler#1 | 124.5 | Solid | Coal | CS | FF/DS | 0.016 | More | |
| ILADM | Quincy | IL | Coal Boiler#2 | 124.5 | Solid | Coal | CS | FF/DS | 0.016 | More | |
| ILADMEastComplex | Decatur | IL | CFB1 | 492 | Solid | Coal | CFB | FF | 0.02 | More | |
| ILADMEastComplex | Decatur | IL | CFB2 | 492 | Solid | Coal | CFB | FF | 0.02 | More | |
| ILADMEastComplex | Decatur | IL | CFB3 | 492 | Solid | Coal | CFB | FF | 0.02 | More | |
| ILADMEastComplex | Decatur | IL | CFB4 | 492 | Solid | Coal | CFB | FF | 0.014 | More | |
| ILADMEastComplex | Decatur | IL | CFB5 | 492 | Solid | Coal | CFB | FF | 0.014 | More | |
| ILADMEastComplex | Decatur | IL | CFB6 | 700 | Solid | Coal | CFB | FF | 0.014 | More | |
| ILADMEastComplex | Decatur | IL | CFB7 | 750 | Solid | Coal | CFB | FF | 0.02 | More | |
| ILADMEastComplex | Decatur | IL | CFB8 | 1500 | Solid | Coal | CFB | FF | 0.0072 | More | |
| ILADMEastComplex | Decatur | IL | CFB9 | 1500 | Solid | Coal | CFB | FF | 0.0075 | More | |
| ILIngredionArgo | Bedford Park | IL | Boiler 10 | 1670 | Solid | Coal | CFB | FF/LI | 0.005 | More | |
| ILMexichemSpecialtyResins | Henry | IL | CFB Boiler | 122.8 | Solid | Coal | CFB | FF | 0.0303 | More | |
| ILSouthernIllinoisU | Carbondale | IL | Boiler 5 | 139.3 | Solid | Coal | CFB | FF/LI | 0.00316 | More | |
| ILTate&LyleDecatur | Decatur | IL | Boiler 1 | 470 | Solid | Coal | CFB | FF/LI/DSI | 0.0113 | More | Yes |
| ILTate&LyleDecatur | Decatur | IL | Boiler 2 | 470 | Solid | Coal | CFB | FF/LI/DSI | 0.00453 | More | Yes |
| INAlcoaWarrick | Newburgh | IN | Boiler 1 | 1589 | Solid | Coal | CPC | ESP/FGD | 0.02 | More | |
| INAlcoaWarrick | Newburgh | IN | Boiler 2 | 1589 | Solid | Coal | CPC | ESP/FGD | 0.01 | More | |
| INAlcoaWarrick | Newburgh | IN | Boiler 3 | 1589 | Solid | Coal | CPC | ESP/FGD | 0.01 | More | |
| INEliLilly | Clinton | IN | C31 Boiler | 238 | Solid | Coal | CPC | FF/ACI | 0.00192 | More | |
| INIndianaU | Bloomington | IN | Boiler#4 | 125 | Solid | Coal | CS | FF/ACI/LI | 0.0047 | More | |
| INIndianaU | Bloomington | IN | Boiler#3 | 125 | Solid | Coal | CS | FF/ACI/LI | 0.0059 | More | |
| INIndianaU | Bloomington | IN | Boiler#6 | 190 | Solid | Coal | CS | FF/ACI/LI | 0.0071 | More | |
| INNotreDameU | South Bend | IN | Boiler 4 | 234 | Solid | Coal | CPC | FF/ACI/LI | 0.0011 | More | |
| INNotreDameU | South Bend | IN | Boiler2 | 96 | Solid | Coal | CS | FF/ACI/LI | 0.0006 | Less | |
| INNotreDameU | South Bend | IN | Boiler 3 | 96 | Solid | Coal | CS | FF/ACI/LI | 0.0008 | Less | |
| INPurdueU | West Lafayette | IN | Boiler 5 | 279 | Solid | Coal | CFB | FF/DSI | 0.009 | More | |
| INTateLyleLafayette | Lafayette | IN | LA-45 | 239 | Solid | Coal | CS | FGD | 0.0215 | More | Yes |
| KYAmericanSyntheticRubber | Louisville | KY | Boiler #1 | 212 | Solid | Coal | CS | SD/FF | 0.012 | More | |
| KYAmericanSyntheticRubber | Louisville | KY | Boiler #2 | 212 | Solid | Coal | CS | SD/FF | 0.012 | More | |
| KYLouisvilleMedicalCenter | Louisville | KY | Boiler 4 | | Solid | Coal | CS | FF/DLI | 0.00138 | More | |
| KYLouisvilleMedicalCenter | Louisville | KY | Boiler 5 | | Solid | Coal | CS | FF/DLI | 0.00144 | More | |
| KYLouisvilleMedicalCenter | Louisville | KY | Boiler 6 | | Solid | Coal | CS | FF/DLI | 0.00139 | More | |
| KYOwensboroGrainCo | Owensboro | KY | | 130.5 | Solid | Coal | CS | FF | 0.001 | Less | |
| LAGPConsumerProductsPortHudson | Zachary | LA | CFB6 | 1230 | Solid | Coal | CFB | DSI | 0.0034 | More | |
| MDNewPageLuke | Luke | MD | PB25 | 785 | Solid | Coal | CPC | FF/Li | 0.0264 | More | |
| MIPharmacia&Upjohn | Kalamazoo | MI | GS2 Boiler 5 | 110.81 | Solid | Coal | CS | LI/FF | 0.00219 | More | Yes |
| MIPharmacia&Upjohn | Kalamazoo | MI | GS1 Boiler 1 | 73.87 | Solid | Coal | CS | LI/FF | 0.00261 | More | Yes |
| MIPharmacia&Upjohn | Kalamazoo | MI | GS1 Boiler 6 | 110.81 | Solid | Coal | CS | LI/FF | 0.00261 | More | Yes |
| MNADMMankato | Mankato | MN | Cogen No.5 | 156 | Solid | Coal | CFB | FF | 0.00159 | More | |
| MNAmericanCrystalSugar | Crookston | MN | Boiler 1 | | Solid | Coal | CS | ESP | 0.0022 | More | |
| MNAmericanCrystalSugar | Crookston | MN | Boiler2 | | Solid | Coal | CS | ESP | 0.0032 | More | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MNAmericanCrystalSugar | Crookston | MN | Boiler 3 | | Solid | Coal | CS | ESP | 0.0045 | More | |
| MNAmericanCrystalSugar | East Grand Fork | MN | EU001 | 137 | Solid | Coal | CS | ESP/ACI | 0.035 | More | |
| MNAmericanCrystalSugar | East Grand Fork | MN | EU002 | 137 | Solid | Coal | CS | ESP/ACI | 0.015 | More | |
| MNAmericanCrystalSugar | Moorhead | MN | Boiler3 EU0003 | | Solid | Coal | CS | ESP | 0.0052 | More | |
| MNAmericanCrystalSugar | Moorhead | MN | Boiler 2 | | Solid | Coal | CS | ESP | 0.0123 | More | |
| MNAmericanCrystalSugar | Moorhead | MN | Boiler1 EU0001 | | Solid | Coal | CS | ESP | 0.0039 | More | |
| MNHibbingPublicUtilities | Hibbing | MN | Boiler 1A & 2 | | Solid | Coal | CS | ESP | 0.0281 | More | |
| MNNorthshoreMining | Silver Bay | MN | PB No.1 | 517 | Solid | Coal | CPC | FF | 0.006 | More | |
| MNNorthshoreMining | Silver Bay | MN | PB No. 2 | 765 | Solid | Coal | CPC | FF | 0.006 | More | |
| MNVirginiaPublicUtilities | Virginia | MN | #7 Boiler | 175 | Solid | Coal | CS | ESP | 0.0173 | More | |
| MNVirginiaPublicUtilities | Virginia | MN | #9 Boiler | 249 | Solid | Coal | CS | ESP | 0.0208 | More | |
| NCBlueRidgePaper | Canton | NC | G11040 No.4 Boiler | 535 | Solid | Coal | CPC | ESP/WS | 0.002 | More | Yes |
| NCBlueRidgePaper | Canton | NC | G11039 Riley Coal | 345 | Solid | Coal | Stoker | VS | 0.013 | More | Yes |
| NCUNCChapelHill | Chapel Hill | NC | Boiler 6 | 323 | Solid | Coal | CFB | DSI/FF | 0.00396 | More | Yes |
| NCUNCChapelHill | Chapel Hill | NC | Boiler 7 | 323 | Solid | Coal | CFB | DSI/FF | 0.00253 | More | Yes |
| NDACSDrayton | Drayton | ND | Boiler 1 | 392 | Solid | Coal | CS | ESP | 0.0098 | More | |
| NDAmericanCrystalSugarHillsboro | Hillsboro | ND | Boiler1 EU1 | 237 | Solid | Coal | CS | ESP | 0.012 | More | |
| NDAmericanCrystalSugarHillsboro | Hillsboro | ND | Boiler2 EU2 | 237 | Solid | Coal | CS | ESP | 0.0097 | More | |
| NDGreatPlainsSynfuel | Beulah | ND | CA-5701 | 2289 | Solid | Coal | CS | ESP/FGD | 0.01 | More | Yes |
| NDMinn-DakFarmersCoop | Wahpeton | ND | EU7.A | 225 | Solid | Coal | CS | WS/WESP | 0.0084 | More | |
| NDMinn-DakFarmersCoop | Wahpeton | ND | EU7.B | 225 | Solid | Coal | CS | WS/WESP | 0.0084 | More | |
| NEADMSoybean | Lincoln | NE | EU-26 | 196 | Solid | Coal | CFB | FF | 0.00147 | More | |
| OHCargillDayton | Dayton | OH | B004 | 567 | Solid | Coal | CPC | FF/DSI | 0.014 | More | |
| OHDoverLight&Power | Dover | OH | B004 | 247 | Solid | Coal | CS | FF/ACI/Li | 0.016 | More | |
| OKGPMuskogeeMill(Koch Industries) | Muskogee | OK | Boiler 3 B-3 | 557 | Solid | Coal | CPC | FF | 0.00936 | More | |
| OKGPMuskogeeMill(Koch Industries) | Muskogee | OK | Boiler 4 B4 | 557 | Solid | Coal | CPC | FF | 0.00936 | More | |
| PADomtarPaper | Johnsonburg | PA | Boiler 81 | 306 | Solid | Coal | CPC | ESP/WS | 0.0129 | More | |
| PADomtarPaper | Johnsonburg | PA | Boiler 82 | 306 | Solid | Coal | CPC | ESP/WS | 0.0129 | More | |
| PAKimberlyClark | Chester | PA | Boiler 10 | 838 | Solid | Coal | CFBHE | FF/DSI | 0.011 | More | |
| TNBAESystemsHolstonArmy | Kingsport | TN | Boiler 3 | 191 | Solid | Coal | CS | FF/LI/ACI | 0.01 | More | |
| TNBAESystemsHolstonArmy | Kingsport | TN | Boiler 2 | 191 | Solid | Coal | CS | FF/LI/ACI | 0.025 | More | |
| TNBAESystemsHolstonArmy | Kingsport | TN | Boiler 4 | 191 | Solid | Coal | CS | FF/LI/ACI | 0.0293 | More | |
| VAMeadWestvaco | Covington | VA | PWR006 | 379.5 | Solid | Coal | CPC | ESP/WS | 0.0176 | More | |
| VAUniversityof Virgina | Charlottesville | VA | Boiler 1R | 95 | Solid | Coal | CS | FF/SD | 0.014 | More | |
| VAUniversityof Virgina | Charlottesville | VA | Boiler 2R | 95 | Solid | Coal | CS | FF/SD | 0.0043 | More | |
| VAUniversityof Virgina | Charlottesville | VA | Boiler 5 | 112.5 | Solid | Coal | CS | FF/SD | 0.0018 | More | |
| VAWestRock | West Point | VA | No. 8 PB | | Solid | Coal | CPC | WS | 0.0142 | More | |
| WIExperaSpecialtyMosinee | Mosinee | WI | Boiler#6 B20 | 121 | Solid | Coal | CS | ESP/DSI | 0.0043 | More | |
| WIExperaSpecialtySolutions(WausauRhine) | Rhinelander | WI | B26 | 300 | Solid | Coal | CS | ESP/SI/ACI | 0.002 | More | |
| WIGPBroadwayMill | Green Bay | WI | B28 | 235 | Solid | Coal | CS | FF | 0.00391 | More | Yes |
| WIManitowocPublicUtilities | Manitowoc | WI | Boiler 8 | | Solid | Coal | CFB | FF | 0.0045 | More | |
| WINewPageBiron | Wisconsin Rapi | WI | B24 | 445.16 | Solid | Coal | CS | ESP | 7.02E-03 | More | |
| WVChemoursWashingtonWorks | Washington | WV | B2 | 64 | Solid | Coal | CS | FF/SI | 0.00264 | More | |
| WVChemoursWashingtonWorks | Washington | WV | B3 | 94 | Solid | Coal | CS | FF/SI | 0.00334 | More | |
| WVChemoursWashingtonWorks | Washington | WV | B4 | 125 | Solid | Coal | CS | FF/SI | 0.000963 | Less | |
| WVChemoursWashingtonWorks | Washington | WV | B5 | 181 | Solid | Coal | CS | FF/SI | 0.0012 | More | |
| WVChemoursWashingtonWorks | Washington | WV | B6 | 241 | Solid | Coal | CS | FF/SI | 0.00192 | More | |
| WYSolvay | Green River | WY | #1 Coal Boiler | 350 | Solid | Coal | CS | ESP | 0.00479 | More | Yes |
| WYSolvay | Green River | WY | #2 Coal Boiler | 350 | Solid | Coal | CS | ESP | 0.0101 | More | Yes |
| WYTATAChemicals | Green River | WY | D Boiler | 880 | Solid | Coal | CS | ESP | 0.0051 | More | |
| WYTATAChemicals | Green River | WY | Boiler C | 534 | Solid | Coal | CS | ESP | 0.0076 | More | |

Appendix H - Beyond the Floor for CO Biomass Suspension Burner

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcatego | Subcatego | Subcatego | Controls | HCL | Mercury | PM | TSM | CO | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GAGPPane | Thomson | GA | B001 Unit | 30 | Solid | Biomass | BSB | ESP | 3.19E-05 | 1.14E-07 | 0.0031 | | 510 | Less | |
| GAGPWoo | Warm Spri | GA | Boiler #1 E | 180 | Solid | Biomass | BSB | ESP | 3.62E-04 | 7.58E-07 | 0.0081 | | 1050 | Less | |
| MNAnders | Bayport | MN | Boiler 12 E | 52 | Solid | Biomass | BSB | ESP | 1.30E-03 | 1.40E-07 | 0.0035 | | 384 | Less | |
| MNAnders | Bayport | MN | Boiler 11 E | 52 | Solid | Biomass | BSB | ESP | 1.30E-03 | 1.60E-07 | 0.0033 | | 169 | Less | |
| MSShuqua | Shuqualak | MS | Boiler#1 A/ | 24.11 | Solid | Biomass | BSB | ESP | 4.43E-05 | 2.08E-07 | 0.002 | | 65 | Less | |
| MSShuqua | Shuqualak | MS | Boiler#2 A/ | 24.11 | Solid | Biomass | BSB | ESP | 1.26E-04 | 5.77E-07 | 0.002 | | 210 | Less | |
| NCWilsona | Fletcher | NC | BLR 5 | 19.6 | Solid | Biomass | BSB | ESP | 9.71E-05 | 2.22E-06 | 0.0122 | | 124 | Less | Yes |
| OHSauderv | Archbold | OH | B008 | 63.75 | Solid | Biomass | BSB | ESP | 4.80E-04 | 1.10E-06 | 0.0017 | | 427 | Less | |
| OHSauderv | Archbold | OH | B009 | 63.75 | Solid | Biomass | BSB | ESP | 7.80E-04 | 1.10E-06 | 0.01 | | 189 | Less | |
| ORBoiseCa | LAGrande | OR | Boiler 2 | 50 | Solid | Biomass | BSB | ESP | 9.96E-08 | 4.80E-10 | 8.86E-06 | | 1800 | Less | |
| SCAraucoF | Bennettsvi | SC | ES-20 | 99 | Solid | Biomass | BSB | ESP | 5.65E-05 | 8.17E-08 | 0.00121 | | 360 | Less | |
| TXGPPanel | Diboll | TX | PB-44 | 40 | Solid | Biomass | BSB | ESP | 7.99E-05 | 1.77E-07 | 0.00237 | | 420 | Less | |
| VAMascoC | Mount Jacl | VA | Boiler No. | 28.5 | Solid | Biomass | BSB | ESP | 7.23E-05 | 1.63E-07 | 0.0183 | | 925 | Less | |

| | |
|---|---|
| 2013 Emission Limit | 2,400 |

Appendix H - Beyond the Floor for CO Dry Biomass Stoker

| Type | FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcategoi | Subcategoi | Subcategoi | Controls | CO | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing | GAInterforThomast | Thomaston | GA | Boiler 1 | 26.8 | Solid | Biomass | DBS | MC | 93.5 | Less | |
| Existing | NDCargill | West Fargo | ND | FW Boiler E | 50.3 | Solid | Biomass | DBS | FF | 213 | Less | |
| Existing | VAVaughanBassett | Galax | VA | B1 | 39.2 | Solid | Biomass | DBS | MC | 111 | Less | |
| Existing | VAVaughanBassett | Galax | VA | B3 | 27 | Solid | Biomass | DBS | MC | 412 | Less | |
| Existing | VAVaughanBassett | Galax | VA | B4 | 28 | Solid | Biomass | DBS | MC | 413 | Less | |
| Existing | WIGPBroadwayMill | Green Bay | WI | B26 | 228 | Solid | Biomass | DBS | FF/DSI | 236.4 | Less | Yes |
| Existing | WIGreenBayPackag | Green Bay | WI | B26 | 228.7 | Solid | Biomass | DBS | FF/DSI | 135 | Less | |
| New | NCMarshFurniture | High Point | NC | B2 | 18.5 | Solid | Biomass | DBS | ESP | 13.2 | Less | |

| | |
|---|---|
| 2013 Emission Limit (New and Existing Source) | 460 |

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 280 of 496

**Appendix H - Beyond the Floor for Coal Fluidized Bed with Heat Exchanger**

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcatego | Subcatego | Subcatego | Controls | HCL | Mercury | PM | TSM | CO | Test Result compared to 2013 limit | New Data for Final Rule? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAKimberly | Chester | PA | Boiler 10 | 838 | Solid | Coal | CFBHE | FF/DSI | 1.90E-02 | 9.83E-07 | 0.011 | | 50.15 | Less | |

| | |
|---|---|
| 2013 Emission Limit (New and Existing) | 140 |

www.erg.com

MEMORANDUM

TO: Lisa Thompson, EPA/SPPD

FROM: Eastern Research Group, Inc.

DATE: August 2021

SUBJECT: Revised MACT Floor Analysis (2021) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

---

## 1.0 INTRODUCTION

The purpose of this memorandum is to present the revised results of the maximum achievable control technology (MACT) floor determinations for boilers and process heaters at major sources of hazardous air pollutants (HAP) that changed since the 2020 proposal and to document the comparisons done to assess which emission limits would be set at a level of beyond the floor (BTF). We determined the MACT floors using data obtained from two Information Collection Requests (ICRs) approved under OMB Control No. 2060-0616 (ICR numbers 2286.01 and 2286.03) as well as new data and data corrections received before, during, and after the public comment period on the reconsideration proposal.[1,2,3] The dataset used for the MACT floor analysis remains largely the same as the dataset used in the 2013 final rule. While some background test report files for units that had not been previously included in the rankings and floor calculations were reviewed to correct for errors, fill in gaps for certain co-fired fuel blends, and adjust CO instrument span measurements, no new compliance data from the units since the rule took effect or any other new data were factored into the analysis for the MACT floor calculations. This memo is a follow-up to the memorandum that documents the MACT floor

---

[1] Phase I ICR 2008 Combustion Survey. [ICR No. 2286.01]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on August 1, 2008.
[2] Phase II ICR Test Plan Requesting Emission Testing from Boilers, Process Heaters, and CISWI. [ICR No. 2286.03]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on May 21, 2009.
[3] Eastern Research Group, Inc. Handling and Processing of Corrections and New Data in the EPA ICR Databases. Revised August 2012.

methodology applied in the 2020 proposal and the 2013 final reconsideration of the major source boiler and process heater rule.[4,5] This memo highlights only the changes to the methodology and results since the previous analysis for the 2013 final rule.

This memorandum is organized as follows:

1.0 Introduction

2.0 MACT Floors for New and Existing Sources

3.0 Beyond the Floor Analysis for New and Existing Sources

Appendix A: Hg, HCl, and TSM Variability as a Function of Fuel Variability

Appendix B: Ranked Emission Data for MACT Floor Analysis

Appendix C: Upper Prediction Limit (UPL) Calculations for Existing Sources that Changed Since 2020 Proposal

Appendix D: Summary of Statistical, Fuel, and RDL Variability and Beyond the Floor Selection for Existing Sources

Appendix E: UPL Calculations for New Sources that Changed Since 2020 Proposal

Appendix F: Summary of Statistical, Fuel, and RDL Variability and Beyond the Floor Selection for New Sources that Changed Since 2020 Proposal

Appendix G: Analysis of Paired CO and NOx Data for New Sources

Appendix H: Beyond the Floor Analysis for Changes Since 2020 Proposal

[4] Eastern Research Group, Inc. Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source. Revised August 2019.

[5] Eastern Research Group, Inc. Revised MACT Floor Analysis (August 2012) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source. Revised August 2012.

However, there were edits to the calculated three times RDL values which are discussed in another memorandum available in the docket for this rule.[10] These edits did impact the MACT floor for new source solid fuel boilers as summarized in Appendix F. Since changes occurred to the MACT floor emission limit for new source solid fuels, the UPL calculations from the 2020 proposal are also included in Appendix E-1b for reference.

### *2.3 – Liquid Fuel Boilers*

There were no changes to the UPL calculations for solid fuel boilers since the 2020 proposal. However, there were edits to the calculated three times RDL values which are discussed in another memorandum available in the docket for this rule.[11] These edits did impact the MACT floor for new source solid fuel boilers as summarized in Appendix F. Since changes occurred to the MACT floor emission limit for new source liquid fuels, the UPL calculations from the 2020 proposal are also included in Appendix E-6b for reference.

## 3.0 BEYOND THE FLOOR ANALYSIS

The revisions to the MACT floor methodology described above had the effect of some emission limit calculations becoming less stringent than those in the 2013 final rule. Since these emission limits have been in effect for over six years, additional analysis was done to assess whether the currently promulgated limits were technically achievable. Compliance data available to the EPA through the Compliance and Emissions Data Reporting Interface (CEDRI) and WebFIRE were reviewed and compared to the emission limits in the 2013 final rule to assess whether the more stringent limits were being achieved in practice. The compliance data compared to the emission limits are available in Appendix H.

In addition to these comparisons to recently available compliance data, for PM emission limits at new sources, PM emission limits were compared to the PM limit of 0.03 pound per million British thermal units (lb/MMBtu) for new biomass boilers in 40 CFR part 60 subparts Db and Dc. This comparison is identical to the comparison made during the 2013 final rule.

Tables 1 and 2 identify the subcategories where a BTF limit was finalized as the MACT floor for existing sources and new sources.

---

[10] Eastern Research Group, Inc. Revised (2021) Analysis of Minimum Detection Levels from Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants - Major Source. August 2021.
[11] Ibid.

**Table 1. Existing Source Emission Limits Based on Beyond the Floor**

| Existing Source Subcategory Limit | Discussion |
|---|---|
| HCl-Liquid | All of the existing units with data available are below the 2013 emission limit. |
| TSM-Coal | 12 of the 13 existing units complying with the TSM limit were below the 2013 emission limit. |
| TSM-Heavy Liquid | The two existing units with data were both below the 2013 emission limit. |
| TSM-Light Liquid | The five existing units with data were below the 2013 emission limit. |
| PM-Dry Biomass Stoker | All eight of the existing units with data were below the 2013 limit. |
| CO-Biomass Suspension Burner | All 13 of the existing units with data were below the 2013 limit. |
| CO-Dry Biomass Stoker | All seven of the existing units with data were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |
| CO-Biomass Hybrid Suspension Grate | All 112 of the existing units with data were below the 2015 limit. |

**Table 2. New Source Emission Limits Based on Beyond the Floor**

| New Source Subcategory Limit | Discussion |
|---|---|
| TSM-Wet Biomass Stoker | Only one existing and one new wet stoker boiler has TSM compliance data. The new source data is below the 2013 new source limit. |
| TSM-Coal | Eight of the 15 existing units with compliance data are below the 2013 limit for new sources. Of the ones that were above the limit, all of them were above both the 2013 limit and the remanded MACT floor emission limit. No new coal units were identified in recent compliance data. |
| PM-Suspension Burner | The calculated UPL is identical to the value calculated in the 2013 final rule for existing sources. However, the UPL calculation was less stringent than the NSPS limit for new boilers. Additionally, all of the 14 units with PM test data are below the 2013 limit for new sources. |
| PM-Dry Biomass Stoker | Of the nine units with PM test data, five units were below the 2013 emission limits for new sources, including one new dry biomass stoker boiler. Additionally, the UPL calculation was less stringent than the NSPS limit for new boilers. |
| PM-Coal | Of the 115 existing units with PM test data, nine units were below the 2013 emission limit for new sources. No new coal units were identified in recent compliance data. |
| CO-Dry Biomass Stoker | All eight of the units with data, including one new dry biomass stoker were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |

# *OAR Box 1585*

***Prepped by Keeia Richards***

***Document Number:***

6) II-I-61

***Docket Number:***

A-96-47

*REPORT OF AIR POLLUTION SOURCE TESTING*

**UNIT 1**
**BIOMASS FUEL FIRED STEAM GENERATING PLANT**
**DELANO ENERGY, CALIFORNIA**

## GENERAL INFORMATION

| | |
|---|---|
| Source Owner: | **Delano Energy Company Inc.**<br>31500 Pond Road<br>Delano, California 93216 |
| Contacts: | ~~Mr. Joe Ortega~~<br>(805) 792-3067 Voice<br><br>**Mr. Greg Deedon**<br>(916) 773-2940 Voice<br>(916) 773-1154 FAX |
| Source: | Delano Unit 1 Boiler Stack, 2 fuels<br>Fuel 1: 100% Urban Wood Waste<br>Fuel 2: 50%/50% Urban Wood Waste<br>Agricultural Biomass Waste |
| Reference: | AB 2588 Air Toxics "Hot Spots"<br>Information & Assessment Act |
| Cognizant Agency: | **San Joaquin Valley Unified**<br>**Air Pollution Control District**<br>1999 Tuolumne, Suite 200<br>Fresno, California 93721 |
| Contacts: | **Mr. Luis Paredes**<br>(805) 861-3682 Voice<br>**Mr. William Weese**<br>(209) 497-1000 Voice<br>Ms. Inez Mejia |
| Contractor: | **Parsons Engineering Science, Inc.**<br>6060 N. Irwindale Ave, Suite J<br>Irwindale, California 91706 |
| Contacts: | **Mr. John Crawley or Mr. Dennis Becvar**<br>(818) 969-5758 Voice<br>(818) 969-4692 FAX |

*REPORT OF AIR POLLUTION SOURCE TESTING*

**UNIT 1**
**BIOMASS FUEL FIRED STEAM GENERATING PLANT**
**DELANO ENERGY, CALIFORNIA**

## TABLE OF CONTENTS

**Page**

**1.0 INTRODUCTION** .......... 1

**2.0 EMISSION SOURCE INFORMATION** .......... 1
2.1 Facility Description .......... 1
2.2 Emission Source Description .......... 2

**3.0 SOURCE TEST PROGRAM DESCRIPTION**
3.1 Test Contractor .......... 2
3.2 Subcontract Laboratories .......... 2
3.3 Program Objectives .......... 4

**4.0 SOURCE TESTING PROCEDURES**
4.1 Instrumentation and Equipment Description .......... 6
4.2 Sampling Methods .......... 6
4.3 Analytical Methods .......... 14

**5.0 QUALITY ASSURANCE AND QUALITY CONTROL PROCEDURES**
5.1 Sample Control Log .......... 18
5.2 Field Sampling Quality Assurance .......... 21
5.3 Laboratory Quality Assurance .......... 22
5.4 Sample Custody .......... 22

**6.0 RESULTS**
6.1 Data Summaries .......... 24

*REPORT OF AIR POLLUTION SOURCE TESTING*

UNIT 1
BIOMASS FUEL FIRED STEAM GENERATING PLANT
DELANO ENERGY, CALIFORNIA

## LIST OF TABLES

| | | Page |
|---|---|---|
| **Table 1** | SAMPLE CONTROL LOG | 19 |
| **Table 2** | SUMMARY OF CHROMIUM DATA 100 % URBAN FUEL | 25 |
| **Table 3** | SUMMARY OF CHROMIUM DATA 50/50% | 26 |
| **Table 4** | SUMMARY OF DIBENZOFURAN DATA 100 % URBAN FUEL | 27 |
| **Table 5** | SUMMARY OF DIBENZOFURAN DATA 50/50% | 29 |
| **Table 6** | SUMMARY OF DIOXIN DATA 100% URBAN FUEL | 31 |
| **Table 7** | SUMMARY OF DIOXIN DATA 50/50 % | 32 |
| **Table 8** | SUMMARY OF PCB DATA 100 % URBAN FUEL | 33 |
| **Table 9** | SUMMARY OF PCB DATA 50/50% | 34 |
| **Table 10** | SUMMARY OF PAH DATA 100 URBAN FUEL | 35 |
| **Table 11** | SUMMARY OF PAH DATA 50/50% | 37 |
| **Table 12** | SUMMARY OF TRACE ELEMENT DATA 100 % URBAN FUEL | 39 |
| **Table 13** | SUMMARY OF TRACE ELEMENT DATA 50/50% | 41 |
| **Table 14** | SUMMARY OF FUEL ALDEHYDE DATA 100% URBAN | 43 |
| **Table 15** | SUMMARY OF ALDEHYDE DATA 50/50 % | 44 |
| **Table 16** | SUMMARY OF FUEL ANALYSIS DATA | 45 |

## LIST OF FIGURES

**Figure 1** Location of Sampling Ports ........ 3

*REPORT OF AIR POLLUTION SOURCE TESTING*

**UNIT 1**
**BIOMASS FUEL FIRED STEAM GENERATING PLANT**
**DELANO ENERGY, CALIFORNIA**

## APPENDIX

| | |
|---|---|
| **Appendix A** | Total and Hexavalent Chromium Data |
| **Appendix B** | PCDD / PCDF / PCB Data |
| **Appendix C** | PAH Data |
| **Appendix D** | Trace-Element Data |
| **Appendix E** | Aldehyde / Acrolein Data |
| **Appendix F** | Field Equipment Calibration Data |
| **Appendix G** | Plant Process Data |
| **Appendix H** | Oxygen and Carbon Dioxide Data |
| **Appendix I** | Pre-test Analysis |
| **Appendix J** | CARB Audit Filter Data |

SUMMARY OF ANALYTES QUANTIFIED AND RUN DURATION

| Analyte | CARB Method | Target Sample Volume ($M^3$) | Target Run Duration (minutes) |
|---|---|---|---|
| PCDD,PCDF | 428 | 7.14 | 368 |
| PCB | 428 | 7.14 | 368 |
| PAH | 429 | 7.14 | 368 |
| Aldehydes | 430 | 0.004 | 120 |
| Acrolein | 430 (modified) | 0.004 | 60 |
| Trace Elements | 436 | 7.14 | 368 |
| Chromium | 425 | 7.14 | 368 |

### 3.3.2. Site operations

This air toxics testing program was conducted on two types of fuels. A total of three test runs for each parameter was conducted while the plant was fired on 100% on-hand urban wood fuel. Another set of three test runs for each parameter was conducted while the plant was fired on a 50/50 blend of on-hand urban wood fuel and agricultural biomass fuel. Samples of the biomass fuel and ash were collected throughout the testing program.

Correspondence with the SJVUAPCD approving the soot blowing sequence and cycles is located in Appendix G to this report. In order to quantify the effect of soot blowing on air toxics emissions a soot blow was conducted for a total of 51 minutes during Run No.2 for each type of fuel. The actual soot blowing dates and times were as follows:

**SUMMARY OF SOOT BLOWING**

| Date | Run No. | Duration |
|---|---|---|
| 6/12/96 | 2 | 0730-0745 Complete soot blow<br>0745-0836 Partial soot blow |
| 6/14/96 | 2 | 0915-0928 Complete soot blow<br>0928-1019 Partial soot blow |

October 23, 2020

EPA Docket Center
Environmental Protection Agency
Mailcode 2822T
1200 Pennsylvania Ave., NW
Washington, DC 20460

**RE: Docket ID No. EPA-HQ-OAR-2002-0058; National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters; Amendments (85 Fed. Reg. 52198, August 24, 2020)**

Dear Sir or Madam:

The organizations listed below jointly submit these comments on EPA's proposed amendments to the National Emission Standards for Hazardous Air Pollutants (NESHAP) for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters (40 CFR Part 63, Subpart DDDDD) (85 Fed. Reg. 52198, August 24, 2020) ("Boiler MACT"):

- American Forest and Paper Association (AF&PA)
- American Chemistry Council (ACC)
- American Coke and Coal Chemicals Institute (ACCCI)
- American Iron and Steel Institute (AISI)
- American Wood Council (AWC)
- Coalition for Responsible Waste Incineration (CRWI)
- Council of Industrial Boiler Owners (CIBO)
- U.S. Tire Manufacturers Association (USTMA)

Our coalition represents companies that own and operate boilers and process heaters that are subject to the Boiler MACT. These companies are committed to complying with

applicable environmental requirements and have invested significant capital to comply with the final 2013 Boiler MACT rule, either through installation of controls, implementing new operational practices, or shutting down, or re-powering solid- and liquid-fuel fired boilers with natural gas. These changes are evident in Table 8 in the preamble (*see* 85 Fed. Reg. 52215, August 24, 2020), which indicates that the number of sources currently subject to numeric emissions limits is approximately 25 percent of EPA's estimate in 2013. Our comments on the proposal, which are enclosed, provide suggestions to moderate the impacts of this revised rule, especially on new units, while still protecting the environment.

Thank you for your consideration of our comments. Please feel free to contact a representative of the coalition, Tim Hunt at 202-463-2588 or Tim_Hunt@afandpa.org, if you have questions or need more information.

Sincerely,



Paul Noe
Vice President for Public Policy
American Forest & Paper Association

On behalf of the listed trade associations

cc: Nick Hutson, EPA
Jim Eddinger, EPA
Tim Hunt, AF&PA and AWC
David Ailor, ACCCI
Paul Balserak, AISI
Bob Bessette, CIBO
Mel Keener, CRWI
Jesse Levine, USTMA
Brendan Mascarenhas, ACC

One Enclosure
Two attachments

**Enclosure**

**Comments on EPA's Proposed Amendments to the National Emission Standards for Hazardous Air Pollutants (NESHAP) for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters (40 CFR Part 63, Subpart DDDDD) (85 Fed. Reg. 52198, August 24, 2020)**

# Table of Contents


I. Executive Summary ..... 1
II. Proposal to Revise Multiple Emissions Limits ..... 1
III. New-Source Definition ..... 12
IV. Compliance Dates and Testing ..... 16
V. The Appropriateness of Carbon Monoxide As a Surrogate for non-Dioxin Organic HAP ..... 17
VI. The Reasonableness of EPA's Decision Not to Set Boiler MACT CO Limits Lower than 130 ppm ..... 23
VII. Cost and Benefits of the Proposal ..... 28
VIII. Technical Corrections ..... 30
IX. Proposed Monitoring Changes ..... 31
X. Conclusion ..... 32

# I. Executive Summary

EPA is proposing to amend certain elements of the National Emission Standards for Hazardous Air Pollutants (NESHAP) for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters (40 CFR Part 63, Subpart DDDDD). While we understand that revisions to several of the emissions limits are necessary to address court decisions, a few of the proposed changes warrant slightly different approaches than have been proposed. For example, EPA should adjust its methodology for determining the new-source hydrogen chloride (HCl) limit for units designed to burn solid fuel and for determining the new source particulate matter (PM) limit for fluidized bed units designed to burn biomass, to accurately reflect the emissions achieved by the best-performing sources and to ensure that new sources can reliably measure emissions for compliance. While EPA is appropriately considering variability in emissions *when setting standards*, it is inappropriate to discard arbitrarily a unit as the top performer in a subcategory on the basis that the unit's emissions are too variable, without further consideration of all available information and where that variability is not due to problems with the testing or the unit. Additionally, EPA should apply any revised new-source limits only to units constructed after August 24, 2020, because the ten biomass units constructed since June 2010 were not designed to comply with the revised limits; indeed, some of them represent emissions levels that are at the detection limits of EPA's test methods.

EPA's justification that carbon monoxide (CO) is an appropriate surrogate for non-dioxin organic HAP is well-supported and the 130-ppm CO limitations for certain units are appropriate. There is a sound basis for using CO as a surrogate and for determining that HAP emissions do not continue to decrease below a certain level of CO emissions. We also support the proposed changes that allow use of carbon dioxide ($CO_2$) as a diluent and agree with most of the proposed technical corrections. EPA should not finalize, however, its proposal to add language to footnote "b" of Table 7 because the outcome of doing so is not workable for certain multi-fuel boilers.

Finally, EPA appropriately proposes to allow all units three years to demonstrate compliance with the more-stringent emissions limits. And, while we generally concur with EPA's estimated costs to comply, these costs are not insignificant, and the companies we represent have already made significant investments to reduce emissions and comply with the current rule. In view of this, EPA should take steps to limit further impacts where there are reasonable alternative approaches to revising the rule.

# II. Proposal to Revise Multiple Emissions Limits

EPA is proposing to revise multiple emissions limits for both new and existing units in response to two court decisions, one which addressed co-fired units and the other related to setting limits where there are small datasets. Coalition members have reviewed the

proposed revisions to the emissions limits in tables 1, 2, 14, and 15 of the proposal[1] along with the accompanying documentation.[2] Generally, we support EPA's use of calculation methodologies that incorporate emissions variability to determine the actual performance of the best-performing units in the source category/subcategory when limited test data are available.

One such calculation method is the upper prediction limit (UPL). EPA has well established that the UPL is appropriate to use with stack test data that represent a snapshot in time for reasonably estimating the emissions performance actually achieved by the sources that comprise the floor on an ongoing basis.[3]

With limited exceptions, EPA has also correctly utilized the emissions dataset for the 2012 rulemaking in the reanalysis of the data, as directed by the U.S. Court of Appeals for the D.C. Circuit in *U.S. Sugar Corp v. EPA*. The proposed changes to the emissions limits are primarily a result of a determination in *U.S. Sugar* that certain (not all) subcategories had boilers or process heaters that were improperly excluded from the floor analyses. It is that dataset that should be used, by and large, to respond to the Court's remand and re-calculate the emissions limits for those subcategories.[4]

The Court's decision directed EPA to correct its analysis of the dataset that established the emissions standards. It did *not* direct a new data collection effort. If EPA had been required to utilize the range of compliance data since the rule took effect, the selection of the dataset and the resulting limits would have become a moving target. Regulatory agencies act reasonably when they select a point in time to stop the analysis and set standards. Given that only a subset of the previously-issued relevant standards is being addressed in the remand, and that the majority of the relevant standards were reviewed, upheld by the D.C. Circuit, and will continue in effect, EPA's decision to use the same dataset to respond to the remand is eminently reasonable. This conclusion is further supported by the fact that if advances in technology support a more-stringent standard to

---

[1] 85 Fed. Reg. 52226-52236 (August 24, 2020).

[2] EPA-HQ-OAR-2002-0058-3948.

[3] Use of the Upper Prediction Limit for Calculating MACT Floors, July 30, 2014 (EPA-HQ-OAR-2020-0016-0017). The use of the UPL as a method of incorporating expected variability in emissions of top performers over time in establishing "maximum achievable control technology" or "MACT" numerical emission limits has previously been upheld by the U.S. Court of Appeals for the D.C. Circuit. *U.S. Sugar Corp. v. EPA*, 830 F.3d 579, 639 (D.C. Cir. 2016).

[4] Except in certain instances as described later in these comments, recent compliance data should not be used to recalculate the Section 112(d) floor for purposes of this regulation. It is not appropriate for EPA to use, *en masse*, new data for certain subcategories to fix a 10-year-old error. The recent compliance data that facilities have entered into EPA's Compliance and Emissions Data Reporting Interface (CEDRI) are useful in this rulemaking only to benchmark facilities' current ability to comply with any revised emissions limits and estimate the impacts of the proposed changes.

be issued in the future, Section 112(d)(6) reviews provide the authority to revise the standard to account for those advances.

Furthermore, we support EPA in its decision that any unit with a nitrogen oxides-to-carbon monoxide ratio above 50 does not represent a best-performing boiler for CO. Such a high ratio indicates that CO emissions have been minimized at the expense of increased nitrogen oxides (NOx) emissions, which indicates that such operation does not represent an optimized combustion scenario.

We also support EPA's methodology to establish the new-source floor utilizing only units with at least three test runs, except in cases where no other data are available.[5] As discussed below, EPA must account for long-term variability when calculating emissions limits; a dataset of less than three test runs significantly hinders such consideration and precludes meaningful statistical evaluation.

### *A. EPA should revise its calculation methodology for the new-source HCl limit for units designed to burn solid fuel.*

The D.C. Circuit and other reviewing courts have repeatedly indicated that EPA maintains discretion to evaluate data, determine their relevance, and use them appropriately in standard-setting.[6] Here, in calculating the proposed new-source limit for HCl from units designed to burn solid fuel, EPA has not exercised that authority to determine the relevance of the available data before utilizing it, and furthermore, has failed to use those data appropriately to set a standard that can be met by the best performer "every day and under all operating conditions."[7]

Although we support EPA's use of the emissions dataset for the 2012 rulemaking in the reanalysis of the data, in the instance of the new-source limit for HCl, it is necessary for EPA to inform the use of that data with the additional available information so that the agency can accurately determine the emissions level that is achieved in practice by the best-controlled source. The best-controlled source is the lowest-emitting source; and, in this case, emissions of HCl are related solely to the chloride content in the fuel, not to the performance of any add-on control device. This does not mean that EPA should evaluate and utilize directly additional compliance data to re-determine the best-performing source or top-performing sources. Rather, it is reasonable and appropriate to "draw-the-line" and use the 2012 emissions dataset to determine the best-performing source. Once that best-performing source has been identified, the most reasonable course of action is to evaluate the emissions data from the 2012 dataset in light of the additional data available for the best-performer. (The only exception would be where the 99% UPL does not, in good judgment, represent the emissions level achieved by the best-performing source as a

[5] 85 Fed. Reg. 52204 (August 24, 2020).

[6] *U.S. Sugar Corp. v. EPA*, 830 F.3d 579, 635 (D.C. Cir. 2016).

[7] Mossville Environmental Action Now v. EPA, 370 F.3d 1232, 1242 (D.C. Cir. 2004)

result of a limited amount of data and not due to an overly variable level of performance of a control device, and that is not the case here.) The alternative proposed by EPA to select a source that is not the best performer but has lower variance in test results, partly because there are very limited data available, does not make the second-best performer the best performer. Variance is not the only consideration in the selection of a top performer, especially here where emissions are dictated by the variability of the pollutant in the fuel and not by the use of a control device, as is the case for the unit with the lowest emissions of HCl.

In calculating the proposed emissions limit for new units designed to burn solid fuel, EPA determined that the 99% UPL calculated using the best performer, ARPotlatchForest Warren Wellons Boiler, or "the Wellons Boiler," demonstrated an emissions level that was not as stringent as the proposed existing-source floor. EPA determined this result was unreasonable and selected the second-best performer, TXDibollTempleInland PB-44, or "PB-44," as the basis of the new-source floor 99% UPL calculation. EPA concluded that PB-44 had a more "consistent level of performance than the [nominally] top ranked unit," and actually represented the "best performer" based on a comparison of the variance of the two boilers' available test runs and the resulting UPL calculations.[8] While if the analysis supported it, EPA could have concluded that it was appropriate to reject the performance of a nominally top-performing unit for setting the floor, here, such a conclusion is not supported in that the nominal best performer is, in fact, the best performer, notwithstanding the 99% UPL of its six test runs being higher than the existing-source floor. EPA proposes the determination that the Wellons Boiler was not the top performer based solely on the variance of a limited amount of available data; that variance is not actually related to the boiler's performance, but rather to the fuel chloride content. Therefore, in this case, HCl emissions variance should not be the reason to discard the unit as the top performer. EPA has previously acknowledged that the HCl standards are fuel-based standards, not design-based standards.[9]

Emissions data available for each boiler in the dataset for the 2012 rulemaking[10] are provided in Table 1 below. Also shown are the 99% UPL calculated using each boiler's data, and the available corresponding fuel analyses. Although fuel chloride content data are not available for PB-44 during the 2007 stack test, 2009 data indicate that its fuel chloride content can be as high as that during the 2006 Wellons test that led EPA to conclude its performance was too variable. The lack of information available on how PB-44 emissions vary with fuel chloride content actually render it a poor choice on which to base a new-source limit for a fuel-based pollutant, and certainly not a better choice than the Wellons Boiler.

---

[8] 85 Fed. Reg. 52206 (August 24, 2020).

[9] 76 Fed. Reg. 15612 (March 21, 2011).

[10] EPA-HQ-OAR-2002-0058-3830.

**Table 1. Emissions Test and Fuel Analysis Results for ARPotlatchForest Warren Wellons Boiler and TXDibollTempleInland PB-44**

| Test Date | Sample Number | HCl Emissions (lb/MMBtu) | Test Average (lb/MMBtu) | 99% UPL lb/MMBtu | Fuel Analysis (ppmw chloride – dry basis) |
|---|---|---|---|---|---|
| **Wellons Boiler** | | | | | |
| 8/8/2006 | 1 | 8.0E-04 | 1.57E-03 | 6.63E-02 | 290 |
| | 2 | 2.1E-03 | | | 270 |
| | 3 | 1.8E-03 | | | <100 |
| 9/8/2009 | 1 | <2.66E-05 | <2.49E-05 | | 51.9[1] |
| | 2 | <2.41E-05 | | | 47.9[1] |
| | 3 | <2.39E-05 | | | 48.6[1] |
| **PB-44** | | | | | |
| 6/29/2007 | 1 | 2.73E-05 | 2.65E-05 | 2.85E-05 | Not Available[2] |
| | 2 | 2.62E-05 | | | |
| | 3 | 2.60E-05 | | | |

[1] – Fuel analysis data not available in the 2012 emissions dataset. Fuel analysis data were included in the test report labeled "Survey of Source Emissions for Potlatch Land & Lumber, LLC – Warren Lumber, Warren, Arkansas," revision date December 10, 2009.
[2] – Fuel analysis data from 9/30/2009 and 10/1/2009 are available and equal 258, 278, and 310 ppm by weight, respectively, on a dry basis.

The short-term emissions data (i.e., test runs from a single day) from PB-44 do not show any variability when compared to longer-term emissions data (i.e., tests separated by three years) from the Wellons Boiler, which do demonstrate a reasonable amount of variability because of the nature and origin of the fuel and *not* any variability in unit or control-device performance that would indicate it is not the best performer. The characteristics of the biomass being burned during the performance test cannot result in an otherwise best-performing unit being rejected as the best performer. More is needed to reject it as a best performer, such as some indication that there are actual differences in the controls or operation of the unit.

In addition, the 99% UPL calculated from the three PB-44 data points is below the value EPA has identified as the representative detection limit (RDL) for HCl for new solid-fuel units (EPA's 3XRDL value is 2.96E-04 lb/MMBtu).[11] EPA is essentially proposing that no new solid-fuel boiler or process heater can have <u>any</u> emissions of HCl. This would be difficult for vendors to certify and, would create uncertainty for owners who would like to rely on the fact that the chloride content of clean biomass fuels is very low (and, an add-on control device is not needed to comply), but who know that it may not always be below detection levels (as evidenced by the variability in the Wellons Boiler data). (We observe that the methodology used to calculate the RDL for HCl emissions from solid fuel boilers and process heaters is flawed. This calculation is based on assuming labs can detect HCl down to a certain concentration and then using the available oxygen concentration and flow rate data to calculate the RDL value in lb/MMBtu. However, only some of the

[11] EPA-HQ-OAR-2002-0058-3950, Appendix A.

units in EPA's 2012 emissions database have this information. The National Council for Air and Stream Improvement discusses an alternate approach to address this issue and calculate 3XRDL in their comments, which we would support if EPA does not adopt our suggested approach.)

Neither the Wellons Boiler nor PB-44 were equipped with any controls for HCl emissions at the time of the performance tests.[12] Each unit can achieve HCl emissions rates that are so low that they can barely be detected using promulgated EPA test methods when the level of chloride in the biomass fuel being burned is at the "low end" of the typical range. The HCl emissions results during these tests were directly related to the chloride content of the fuels fired in each unit. The location from which biomass fuel is sourced will vary over time and the concentrations of chloride in the biomass fuel will vary as well. Data indicating the chloride content of the fuel fired during the 2007 performance test on PB-44 are not available; however, a review of fuel data in the 2012 emissions testing dataset[13] shows an average 282 ppm chloride (dry basis). The chloride content of the biomass fired during the 2006 and 2009 stack tests for the Wellons Boiler was 220 ppm (dry basis) and 49 ppm (dry basis), respectively, which is well within the range typical for biomass fuel.

Multiple sources are available to determine the typical range of chloride content in biomass. "*Contaminant Concentrations in Traditional Fuels: Tables for Comparison,*" dated November 29, 2011, shows that the chloride content of wood and biomass materials range from non-detect levels to 5,400 ppm on a dry basis, with an average of 259 ppm.[14] The fuel analysis data for unadulterated biomass also show a wide range of chloride content in the 2012 emissions testing dataset.[15] A review of the chloride content for wood, bark, veneer [without glue or resin], and unadulterated timber and lumber indicates a range of chloride content, from 6.06E-07 lb/MMBtu to 0.35 lb/MMBtu, with an average of 0.018 lb/MMBtu. Notably, the relative standard deviation of chloride content in unadulterated biomass is 143%. Where there is no indication that anything other than fuel variability influenced the performance test results, it would be irrational not to acknowledge this variability when setting new-source limits, and instead to discard data for being too variable and not representative of a best-performing unit.

Comparing the Wellons Boiler 2009 performance test result of 2.49E-05 lb/MMBtu (all three runs indicated as non-detect) and the available fuel data makes clear that the Wellons Boiler is, in fact, the best performer because it is capable of achieving better HCl emissions levels than those achieved by PB-44 during the one stack test available in the 2012 database. Indeed, because we have no information on the chloride content of the

---

[12] EPA-HQ-OAR-2002-0058-3830.

[13] EPA-HQ-OAR-2002-0058-3830.

[14] Available: https://www.epa.gov/sites/production/files/2016-01/documents/nhsm_cont_tf.pdf.

[15] EPA-HQ-OAR-2002-0058-3830.

fuel fired during the one PB-44 test, it is improper for EPA to simply adopt these results without further inquiry. While it is true that the three test runs conducted on June 29, 2007, for PB-44 are consistent (i.e., a relative standard deviation of 3%), these data give no indication of the long-term variability of emissions for PB-44 when firing fuels with varying chloride levels; such data are available for the Wellons Boiler. Thus, we do not know what emission levels PB-44 achieved when experiencing fuel content variability that could be expected based on the data then available for other boilers and validated by subsequent data. EPA has previously stated that the Agency "believe(s) that single short-term stack test data (typically a few hours) are probably not indicative of long term emissions performance, and so are not the best indicators of performance over time."[16] Furthermore, in discussing the use of the 99% UPL to set numerical emissions limits, EPA has acknowledged the criticality of considering long-term fuel variability where such variability directly impacts fuel-related HAP stack emissions:

> [W]e determined that it was inappropriate to use only this MACT floor approach to determine variability and to establish emission limits for boilers and process heaters, because this approach considers only the emissions test data. The main problem with using only the HAP emissions test data is that the data, which may reflect the variability of fuel-related HAP of the best performing units, may not reflect the variability of fuel-related HAP from the best performing units over the long term. Based on fuel-related HAP concentrations (nine individual samples collected over a 30-day period) obtained, pursuant to letters mandating data gathering issued under the authority of CAA section 114, fuel-related HAP levels in the various fuels can vary significantly over time.[17]

EPA's use of the second-best performer, PB-44, to establish the new-source floor therefore directly contradicts its assessment of long-term fuel variability cited above by ignoring the very data related to fuel variability the Agency had before it.[18] Application of the 99% UPL without assessing whether it is the appropriate statistic given the available dataset can sometimes result in a value that does not reflect the actual performance of sources due to (1) the variability of the data and (2) the higher "t" or "z" statistic that must be used with smaller datasets to account for uncertainty. However, using the second-

[16] 75 Fed. Reg. 32021 (June 4, 2010).

[17] Ibid.

[18] EPA has a great deal of discretion in evaluating how to consider and apply test results in standard-setting, as would be the case for PB-44's test data to either not utilize or make adjustments for PB-44 lack of fuel variability data. *See, e.g.*, *U.S. Steel Corp. v. Train*, 556 F.2d 822, 842 (7th Cir. 1977), *abandoned in part on other grounds*, *City of West Chicago, Ill. v. U.S. Nuclear Regulatory Comm'n*, 701 F.2d 632 (7th Cir. 1983) (upholding EPA discarding data in Clean Water Act effluent limitation context, where data were considered unrepresentative, even though the specific cause of anomalous values could not be determined). *See also Chemical Manufacturers Ass'n v. EPA*, 885 F.2d 253, 263-64 (5th Cir. 1989) (EPA decision to exclude outlier data upheld, finding EPA "reasonably could assume that the individual data points … were caused by quality-control problems."); *Rybachek v. EPA*, 904 F.2d 1276, 1296 (9th Cir. 1990) (upholding exclusion of data when EPA could find no explanation for anomaly).

best performer is, in essence, an arbitrary selection of a dataset that better fits a particular statistic. By employing such a methodology, EPA has failed to consider the relevance of the emissions data before the Agency and failed to appropriately account for fuel variability.

It is in this limited circumstance that incorporation of additional compliance data for the best-performing unit is both appropriate and necessary. The Wellons Boiler does not operate a control device to reduce HCl emissions. Instead, HCl emissions are a direct result of the chloride content of the fuel, which has been demonstrated to vary over time. Therefore, subsequent test data do not reflect the results of applying controls in response to regulation. Rather, in this instance, any recent compliance data simply represent the variability of chloride content in the fuel and can be regarded as being on an "equivalent basis" to those data collected in 2006 and 2009 and can be applied to evaluate the results of the earlier tests.

To inform this analysis, we reviewed the test results from four additional stack tests that are available for the Wellons Boiler in EPA's WebFIRE online database.[19] HCl emissions rates from each stack test are presented in Table 2 below.

**Table 2. Summary of Additional Compliance Data Available for the ARPotlatchForest Warren Wellons Boiler in EPA's WebFIRE Database**

| Test Date | Sample Number | HCl Emissions (lb/MMBtu) | Source File |
|---|---|---|---|
| 3/2/2016 | 1 | <3.22E-04 | Potlatch Land & Lumber, LLC_04-14-2016_11-37.accdb |
| | 2 | <3.28E-04 | |
| | 3 | <3.64E-04 | |
| 5/11/2017 | 1 | 7.05E-05 | Potlatch Land and Lumber LLC SN-02 Boile_07-05-2017_13-15.accdb |
| | 2 | 1.08E-04 | |
| | 3 | 1.05E-04 | |
| 05/12/20[1] | 1 | 2.96E-05 | PotlatchDeltic Land and Lumber LLC - War_07-09-2020_13-39.accdb |
| | 3 | 3.94E-05 | |
| | 4 | 3.80E-05 | |

[1] – Run 2 is excluded due to rupture of impinger.

Incorporating the compliance data presented above with the original 2006 and 2009 emissions test results, and thereby decreasing the amount of uncertainty and corresponding "z" statistic, the 99% UPL using the Wellons data is 3.67E-03 lb/MMBtu – a value that reasonably represents the emissions performance achieved by the best-performing source. We recommend EPA adopt this approach in finalizing the new-source HCl limit for units designed to burn solid fuel and establish a limit of 3.7E-03 lb/MMBtu (or 7.0E-03 lb/MMBtu if the fuel variability factor calculated from the existing-source floor data is incorporated). This methodology eliminates the concern with obtaining an unacceptable result when applying the 99% UPL to a small dataset and avoids arbitrarily

[19] https://cfpub.epa.gov/webfire/

selecting a different statistical approach to evaluate the limited data for the top performer to obtain a more reasonable result. The three HCl data points for PB-44 are simply not enough to calculate a new-source emission limit for a fuel-based pollutant when there is additional information available on the top performing unit that allows EPA to use the 99% UPL approach on a non-limited dataset.

Thus, regardless of whether EPA adopts our recommended approach, relying on PB-44's limited dataset with only the UPL adjustment would be arbitrary, given that the fuel content must be taken into account to determine the emissions level that boiler actually achieved "every day and under all operating conditions."[20] Specifically, while we strongly recommend use of the Wellons boiler and the above approach to setting the limit, if EPA retains PB-44 as the unit on which it bases the new-source HCl limit for solid fuel units, it must multiply the proposed limit by a fuel variability factor, to more appropriately reflect variability. The Wellons data indicate that biomass chloride content can vary from approximately 50 to approximately 300 ppm, a variability factor of six. The PB-44 fuel chloride content is likely also in this range, based on the limited data available. The PB-44 test is almost as low as the lowest Wellons test, where the fuel chloride content was about 50 ppm; 2009 PB-44 data that are not paired with stack test data indicate the chloride content was around 300 ppm. At a minimum, EPA should utilize its calculated fuel variability factor for existing solid-fuel units to adjust its proposed new-source limit because the fuel available to existing units is the same fuel that would be available to new units.

Regardless of the final new-source HCl limit for units designed to burn solid fuel, EPA should acknowledge that new solid-fuel boilers built since June 2010 were not designed to emit HCl at the much-lower emissions rates; hence, the Agency should only apply the proposed new-source limit to units constructed after August 24, 2020. Section III below provides our justification for this change.

*B.* *<u>EPA should revise its methodology for determining the new-source PM limit for fluidized bed units designed to burn biomass.</u>*

EPA identified the top performer for PM from fluidized bed units designed to burn biomass as "ORGeorgiaPacificWaunaMill, EU35-Fluidized Bed Boiler" (EU35).[21] EU35 is equipped with a fabric filter to minimize PM emissions and has the lowest 3-run test average. There are 18 test runs available in EPA's 2012 dataset for this unit, so it does not have a limited dataset. However, when EPA calculated the 99% UPL of all 18 test runs, the value was greater than the MACT floor for existing units in this subcategory. Based on this, EPA determined that the dataset exhibited a variance that was too high and, instead, decided to base the new-source floor on the second-best performing unit

---

[20] Mossville Environmental Action Now v. EPA, 370 F.3d 1232, 1242 (D.C. Cir. 2004).

[21] 85 Fed. Reg. 52204 (August 24, 2020).

that fires wastepaper sludge because it exhibits a more-consistent level of performance. A significant concern with that approach is that the second-best performing unit has a limited dataset consisting of only six test runs. The new-source limit should be based on the top-performing PM emissions control technology, a fabric filter, and it should not be based on a limited dataset if a more robust set of data exists for the identified top performer. EU35 uses the best technology, and five of the six stack tests exhibit consistent performance. EPA should determine that the April 27, 2004 stack test for EU35[22] is an outlier that is not representative of the performance achieved by the best-controlled unit and should calculate the new-source limit based on the remaining 15 test runs, as shown in Table 3 below.

**Table 3. Summary of Particulate Matter Emissions Data Available for the ORGeorgiaPacificWaunaMill, EU35-Fluidized Bed Boiler in EPA's 2012 Dataset,[1] Excluding the April 27, 2004 Stack Test**

| Test Date | Run | lb/MMBtu |
|---|---|---|
| 3/15/2005 | 1 | 1.50E-03 |
| | 2 | 1.00E-03 |
| | 3 | 8.00E-04 |
| 3/17/2009 | 4 | 2.40E-03 |
| | 5 | 3.30E-03 |
| | 6 | 2.70E-03 |
| 3/20/2008 | 7 | 3.80E-03 |
| | 8 | 2.40E-03 |
| | 9 | 2.40E-03 |
| 3/22/2006 | 10 | 6.29E-03 |
| | 11 | 8.21E-03 |
| | 12 | 6.81E-03 |
| 3/27/2007 | 13 | 1.60E-03 |
| | 14 | 2.40E-03 |
| | 15 | 1.80E-03 |
| | **99% UPL** | **8.5E-03** |

[1] - EPA-HQ-OAR-2002-0058-3830.

Note that we have corrected the March 22, 2006, emissions data as outlined below.

### *C. EPA should correct the PM emissions data for the ORGeorgiaPacificWaunaMill EU35 Biomass Fluidized Bed Unit*

In Appendix C-4c (i) to EPA's memorandum *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source,*[23] the data for the PM emissions results from the March 22, 2006, for the ORGeorgiaPacificWaunaMill EU35 – Fluidized Bed Boiler are in units of grains per dry standard cubic foot (gr/dscf) corrected to 7%

[22] EPA-HQ-OAR-2002-0058-3830.

[23] EPA-HQ-OAR-2002-0058-3948.

oxygen, instead of lb/MMBtu. EPA should replace the emissions data with those corrected to lb/MMBtu, as presented in Table 4 below.

**Table 4. ORGeorgiaPacificWaunaMill EU35 Particulate Matter Data for March 22, 2006 Test for which EPA used Grains per Dry Standard Cubic Foot Instead of Pounds per Million British Thermal Unit to Calculate the 99% UPL**

| Test Date | Test Run | gr/dscf @7% O2 | lb/MMBtu (F-Factor Standardized) |
|---|---|---|---|
| 3/22/2006 | 1 | 3.6E-03 | 6.29E-03 |
| | 2 | 4.7E-03 | 8.21E-03 |
| | 3 | 3.9E-03 | 6.81E-03 |

Replacement of the gr/dscf values with the lb/MMBtu values in the existing-source floor 99% UPL calculations increases the result from 2.09E-02 lb/MMBtu to 2.22E-02 lb/MMBtu. EPA should revise the existing source filterable PM limit for fluidized bed units designed to burn biomass/bio-based solid from 2.1E-02 lb/MMBtu to 2.3 lb/MMBtu.

*D. EPA should correct its mischaracterization of emissions units.*

We have identified an emissions unit that was mischaracterized in the proposed rule. The unit, identified as TXRGVSG, Boiler No. 6, was listed as the best performer for CO from hybrid suspension grate boilers designed to burn biomass/bio-based solids in Appendix B-3f of the memorandum, *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source*.[24] However, because this unit is located at an area source of HAP emissions and EPA has not used other area-source boilers in its floor analyses for this rule, the unit should not be considered when calculating limits for major-source boilers.[25]

Removing the TXRGVSG Boiler No. 6 from the dataset, the best performer becomes FLUSSugarCorp, Boiler No. 7. The result of the UPL calculation using the available CO data from Boiler No. 7 is 1,022 ppm corrected to 3% oxygen. Therefore, EPA should not revise the new-source CO limit for hybrid suspension grate boilers but, instead, maintain the current limit of 1,100 ppm corrected to 3% oxygen.

*E. Technical corrections are needed to footnotes in proposed Tables 1 and 2.*

In the 2011 proposed reconsideration rule, EPA determined that for limits set using a 3xRDL value, facilities could qualify for testing every three years by meeting the limit,

[24] EPA-HQ-OAR-2002-0058-3948.

[25] See Title V Permit Number O995 (PSD Permit No. 114 – renewed January 14, 2016) for Rio Grande Valley Sugar Growers, Inc, Santa Rosa TX.

rather than 75% of the limit, because a value 75% of 3XRDL could not be accurately measured.[26] EPA finalized this criterion in the January 31, 2013 final rule.[27]

We have reviewed EPA's indication of which limits were set using 3xRDL in attachments D and F of the revised MACT floor memorandum[28] and note the following discrepancies in Tables 1 and 2[29] of the proposed rule:

Table 1

- Row 1 – Units designed to burn solid fuel, HCl. This limit (3.0E-04 lb/MMBtu) is based on 3XRDL and, therefore, should include a reference to footnote "a," but as proposed, does not.
- Row 12 – Fuel cell units designed to burn biomass/bio-based solids, TSM. A reference to footnote "a" is included; however, this limit (2.9E-05 lb/MMBtu) is based on the 99% UPL, not 3XRDL and, therefore, should not reference footnote "a."
- Row 15 – Units designed to burn heavy liquid fuel, TSM. This limit (6.1E-06 lb/MMBtu) is based on 3XRDL and, therefore, should include a reference to footnote "a" but, as proposed, does not.

Table 2

- Row 14 – Units designed to burn liquid fuel, mercury. A footnote "a" is included indicating this limit (7.3E-07 lb/MMBtu) was based on 3XRDL; however, this limit was based on the 99% UPL and the fuel variability factor and, therefore, should not reference footnote "a."
- Row 16 – Units designed to burn light liquid fuel, Filterable PM. A footnote "a" is included indicating that this limit (7.9E-03 lb/MMBtu) was based on 3XRDL; however, this limit was based on the 99% UPL and, therefore, should not reference footnote "a."

## III. New-Source Definition

The proposal would establish the "new source" emission limits based on a "new source" construction or reconstruction date of June 4, 2010, or later. Where emission limits are being revised, the new-source definition should apply based on the current proposal date of August 24, 2020.

Section 112(a)(4) defines "new source" as:

---

[26] 76 Fed. Reg. 80617 (December 23, 2011).

[27] 78 Fed. Reg. 7165, 7195, 7198, 7208, 7210, and 7213 (January 31, 2013).

[28] EPA-HQ-OAR-2002-0058-03948.

[29] 85 Fed. Reg. 52226-52230 (August 24, 2020).

> The term "new source" means a stationary source the construction or reconstruction of which is commenced after the Administrator ***first proposes regulations*** under this section ***establishing an emission standard applicable to such source***.[30]

EPA implemented this definition in Section 63.2 as:

> *New source* means any affected source the construction or reconstruction of which is commenced after the Administrator ***first proposes a relevant emission standard*** under this part ***establishing an emission standard applicable to such source***.[31]

And, EPA reflected its impact in Section 63.5(b)(1) as follows:

> A new affected source for which construction commences ***after proposal of a relevant standard is subject to relevant standards for new affected sources, including compliance dates***. An affected source for which reconstruction commences after proposal of a relevant standard is subject to relevant standards for new sources, including compliance dates, irrespective of any change in emissions of hazardous air pollutants from that source.[32]

*"Relevant standard"* means (1) an emission standard; (2) an alternative emission standard; (3) an alternative emission limitation; or (4) an equivalent emission limitation, such as that established under Section 112(g) or 112(j).[33] Finally, *emission standard* means a "national standard," "limitation," "prohibition," or "other regulation" promulgated by EPA under Section 112(d), (h), or (f).[34]

Like the New Source Performance Standards (NSPS) under Section 111, the reason for establishing the proposed-standard date as the trigger for the definition of "new source" under Section 112 is that facilities that decide to build a new affected source after the date of proposal are "on notice" of the fact that a standard will be issued, what the proposed level of that standard is, and can, therefore, reasonably take into account the controls that will be required when designing and building the affected source.[35]

---

[30] 42 U.S.C. § 7412(a)(4) (emphasis added).

[31] 40 C.F.R. § 63.2 (definition of "new source") (emphasis added).

[32] 40 C.F.R. § 63.5(b)(1) (emphasis added).

[33] 40 C.F.R. § 63.2 (definition of "relevant standard").

[34] 40 C.F.R. § 63.2 (definition of "emission standard").

[35] Indeed, that is why the proposed-source trigger action is "commencement" of construction rather than beginning actual construction. Commencing construction only requires commitment of financial resources, such that a source will be "existing" as long as the owner/operator has made a contractual commitment (with penalties) to purchase equipment. This approach balances the need for environmental protection with promoting the productive capacity of the population, 42 U.S.C. § 7401(b)(1), by preventing "stranded

With respect to the Boiler MACT and the proposed revised limits, EPA can reasonably determine that a "new source" is one on which construction or reconstruction is commenced after the proposal date of August 24, 2020. Given the policy underlying these provisions of providing notice to sources of the level and degree of control to which they might be subject at the time that investment decisions are made, applying the August 24, 2020, proposal date serves that goal whereas applying the June 2010 original proposal date does not. Companies have reasonably relied upon and invested funds to comply with the June 2010 "relevant emission standards," which included "limitations" and "prohibitions." There are nine new biomass boilers that have been constructed since June 4, 2010. And, at least one additional new biomass boiler has been permitted and, thus, has "commenced construction." These boilers were designed and are operated with consideration of the current new source limits, many of which EPA is now proposing to lower significantly. Applying the policy reasons underlying the statutory definition of "new source," it would be unreasonable to subject these units to the new-source MACT limits, particularly given the passage of more than ten years since construction of many of the units. To suddenly treat them as having been on notice many years ago of the revised standards would be unreasonable and divorced from reality. With respect to the "relevant standards" being issued now, these units can and should be classified as "existing" units.

Indeed, the "relevant standard" should be the one for which a source was reasonably provided notice. As a matter of logic, EPA should interpret its regulation to apply "relevant standard" to mean the standard that comports with fundamental principles of fairness and congressional intent that EPA provide notice to sources of the intended emission limit. Accordingly, "relevant standard" in this context should be interpreted to mean that which was proposed on August 24, 2020.Applying the proposal date of August 24, 2020 is consistent with the statutory language, which establishes the new-source date as when EPA "first proposes regulations" "establishing an emission standard applicable to such source." "Emission standard" is defined in the statute to mean "a requirement established" by EPA which "limits the quantity, rate, or concentration of emissions of air pollutants on a continuous basis …."[36] Here, for the first time, EPA is proposing new, more-stringent emissions limitations for boilers and process heaters.

Additionally, applying the proposal date of August 24, 2020 is consistent with EPA's past practice, as evidenced in at least one other rulemaking under Section 112. In 2015, EPA amended its 2005 MACT covering the Secondary Aluminum Production source category. EPA amended several provisions and issued more-stringent emission limits for hydrogen fluoride. In setting the compliance dates for the amended requirements, EPA established that all affected sources that commenced construction or reconstruction after

---

investment" due to the fact that companies did not have notice and full information prior to making decisions to proceed with such investments.

[36] 42 U.S.C. § 7602(k).

the proposal date of February 14, 2012, would be considered "new sources," whereas all other sources would be "existing" with respect to those new requirements.[37] EPA did *not* identify new and existing sources based on the 1999 proposal date for the original Secondary Aluminum MACT regulation.

In light of the *U.S. Sugar* decision, EPA is establishing new "emission limitations," i.e., new "relevant standards." EPA could have interpreted the relevant standard here as a whole; however, it has not done so. Beyond being inappropriate here because companies have already relied upon and invested in complying with the promulgated emission standards, EPA has expressly rejected such an interpretation in the past when imposing standards that are more stringent. For example, EPA expressly refused to interpret the relevant standard as a whole in setting the applicability date for the "amended" hospital/medical/infectious waste incinerators (HMIWI) standards. In 1997, EPA adopted NSPS and emissions guidelines for HMIWI. In response to a challenge, the D.C. Circuit remanded the rule to EPA for further explanation, but the regulations were not vacated and remained in effect. To address the Court's remand and fulfill the statutory five-year review requirement, EPA issued a proposed rule in 2008[38] that, among other things, revised the emissions limits to make them more stringent. Because the new rule would impose more-stringent requirements, EPA modified the applicability date and stated that HMIWI that either commenced construction after the December 1, 2008, proposal, or commenced modification six months after issuance of the October 1, 2009, final rule, would be considered "new sources," whereas "all NSPS units, with respect to the standards as promulgated in 1997, would become 'existing' sources[.]'"[39] EPA reasoned that:

> This approach is justified because most HMIWI will have to install additional emissions controls to comply with the revised standards.… While these [new and modified source] definitions might be read as referring to the dates EPA first proposes standards for the source category as a whole and on which such standards first become effective for the source category, we are interpreting and applying them in this rulemaking to refer to the proposal and effective dates for standards under this new rulemaking record. ***The evident intent of the definitions plus the substantive new unit and***

---

[37] Final Rule, National Emissions Standards for Hazardous Air Pollutants for Secondary Aluminum Production, 80 Fed. Reg. 56,700, 56,700 (Sept. 18, 2015); 40 CFR. § 63.1501(e) ("The owner or operator of an affected source that commences construction or reconstruction after February 14, 2012, must comply with all the requirements of this subpart by September 18, 2015 or upon startup, whichever is later.")

[38] EPA also issued a proposed rule in 2007, but, because of a court decision, it re-proposed the rule in 2008 with additional explanation.

[39] Final Rule, Standards of Performance for New Stationary Sources and Emissions Guidelines for Existing Sources: Hospital/Medical/Infectious Waste Incinerators, 74 Fed. Reg. 51,368, 51,374 (Oct. 6, 2009) ("HMIWI are treated differently under the amended standards than they were under the 1997 standards in terms of whether they are 'existing' or 'new' sources, and there are new dates defining what are 'new' sources and imposing compliance deadlines regarding the amended standards."); 40 CFR § 60.50c.

> ***modified unit provisions is that it is technically more challenging and potentially more costly to retrofit a control system to an existing unit than to incorporate controls when a unit is initially designed***.[40]

While the Section 112 statutory language defining "new source" differs slightly from the definitions in Sections 111 and 129 applicable in the HMIWI context, in that, those definitions use the phrase "first proposes," EPA's discretion to apply the definition in accordance with its "evident intent" should be equally applicable. Here, the "evident intent" of the Section 112 "new source" definition to provide notice to sources of the level and degree of control plus the increased stringency of the limits imposed by the August 24, 2020 proposal, requires that EPA interpret and apply the "new source" definition in this rulemaking to refer to the proposal and effective dates for standards under this new rulemaking record.

Accordingly, both the statute and the regulatory language are ambiguous in that they trigger on first proposing an emission limitation. Under both statute and regulations and in accordance with EPA's past practices, in situations where EPA proposes and finalizes a standard, regulated entities take steps in reliance on that final standard, but then the standard is invalidated by a court and remanded, and then a more stringent standard is proposed, the statutory language is most appropriately interpreted to use the more recent proposal date in establishing which sources must meet the new source standard. This is the only approach that is consistent with principles of due process, notice, fundamental fairness, and reasoned decision-making. In other words, in this instance, the only reasonably "relevant standard" can be that which was proposed August 24, 2020. This is especially the case for new source HCl standard, where the standard is being made dramatically more stringent some 10 years after promulgation.

## IV. Compliance Dates and Testing

### *A. A three-year compliance period for existing sources is appropriate.*

EPA appropriately proposes a three-year compliance period for the proposed revisions to the emission limits. Affected sources will not have certainty about the level of the revised emissions standards until the final revised rule is published; therefore, they will need the same amount of time provided for compliance with the 2013 final rule to comply with the revised standards. Specifically, limits are proposed to be revised and, to the extent to which they are being made more stringent, time is required to analyze the performance of the existing controls and whether those controls will be able to achieve the emission limits. This analysis must take into account a range of factors, including fuel variability. In addition, companies may seek to comply by managing how they operate the boiler or to combine such management approaches with other control strategies.

[40] 74 Fed. Reg. 51375 (emphasis added).

Compliance planning and testing, ordering of equipment, evaluating operating parameters, implementing fuel changes and control measures, and, of course, obtaining any required environmental or other permits necessary for such control installation or fuel changes easily could take three years. Sources faced similar uncertainty and implementation requirements in 2010 and 2013 and, in both instances, EPA correctly determined that a three-year compliance period was appropriate.[41]

In some respects, certain facilities may face an even greater challenge than those presented by previous rulemakings. Facilities subject to stricter HCl limits with existing sorbent injection control devices must carefully evaluate impacts of additional sorbent injection on their ability to comply with the applicable PM emissions limit. Additionally, business impacts as a result of the COVID-19 pandemic have reduced capital availability, increased the lead time for materials, and complicated the process of bringing in contractor support for some of the companies we represent; therefore, additional time will be required to secure funding and materials and ensure the safety of staff and contractors. Indeed, a three-year compliance time frame may even be too short for some of the new emissions limitations, meaning that companies may seek extensions under Section 112(i), as certain facilities were required to do as a result of the 2013 final rule.[42]

*B. EPA should clarify that testing schedules for existing sources would continue based on prior test dates.*

The final rule should clearly state that the testing schedule, and, specifically, the three-year testing schedule in 40 CFR 63.7515(b), do not “reset” if a facility’s historical test data are below the final revised limits. In other words, EPA should clarify that the final rule will not require another two years of consecutive annual tests to demonstrate a facility is eligible to test every three years if the facility’s emissions are below the limits in tables 1-2 of the rule; this could be accomplished with a footnote “a” for 75% of the other emissions limits.

## V. The Appropriateness of Carbon Monoxide as a Surrogate for Non-Dioxin Organic HAP

In *U.S. Sugar Corp. v. EPA*, 830 F.3d 579 (D.C. Cir. 2016), the D.C. Circuit rejected environmental petitioners’ argument that EPA’s decision to use CO as a surrogate for non-dioxin organic HAPs[43] was arbitrary and capricious. The Court reached this decision on the basis of an apparent breakdown of the correlation between CO and organic HAPs

[41] 75 Fed. Reg. 32035 (June 4, 2010), 76 Fed. Reg. 15665 (March 21, 2011), and 78 Fed. Reg. 7143 (January 31, 2013).

[42] 78 Fed. Reg. 7143 (January 31, 2013).

[43] The CO surrogate apples only to non-dioxin organic HAPs, as dioxins and furans are regulated directly in the Boiler MACT by the tune-up work practice. Because of this, although dioxins and furans are organic HAPs, the term “organic HAP” is used throughout these comments exclusively to refer to non-dioxin organic HAPs.

below 130 ppm CO. At the same time, however, the Court held that EPA failed to adequately explain the appropriateness of CO as an organic-HAP surrogate because the Agency had not addressed comments about the availability of alternative control technologies or methods to regulate HAP emissions without reducing CO emissions, or *vice versa*, and remanded to the Agency to *explain* its decision accordingly.

*A. <u>Carbon monoxide emissions are a good surrogate for non-dioxin organic HAP emissions from industrial, commercial, and institutional boilers and process heaters</u>.*

Carbon monoxide is the most common product of incomplete combustion in these units and, because of the chemical kinetics associated with CO combustion, is one of the most difficult to oxidize completely.[44] The D.C. Circuit has long recognized that EPA may use a surrogate to control emissions of a HAP it is required to regulate, provided that the surrogate is "reasonable."[45]

Low CO emissions reflect good combustion conditions that, in turn, equate to negligible emissions of other organic compounds, making CO an appropriate surrogate for these HAPs. As such, since the promulgation of the Boiler and Industrial Furnace regulations in 1991, CO emissions have been used as an indicator of the quality of the combustion process, and as a compliance indicator for waste combustors.[46]

The underlying combustion chemistry and sequence can be simplified, as follows. The first step in the combustion process is the immediate thermal decomposition of organic molecules in the fuel to form other compounds that can more easily oxidize to form CO.[47] The second step involves the oxidation of CO to $CO_2$. The CO-to-$CO_2$ oxidation step occurs at a slower rate than the first step because CO is more thermally stable than the other intermediate products of combustion.[48] As the temperature of the combustion gases decreases, the rate of the CO-to-$CO_2$ oxidation reaction also decreases.[49]

---

[44] EPA, 1989, Background Information Document for the Development of Regulations for PIC emissions from Hazardous Waste Incinerators. Docket ID No. EPA-HQ-RCRA-1989-0007-0285 (F-89-BBSP-S0002).

[45] *Nat'l Lime Ass'n v. EPA*, 233 F.3d 625, 637 (D.C. Cir. 2000), *as amended on denial of reh'g*, No. 99-1325 (D.C. Cir. Feb. 14, 2001).

[46] EPA, Burning of Hazardous Waste in Boilers and Industrial Furnaces: Final Rule, 56 Fed. Reg. 7134 (Feb. 21, 1991).

[47] North American Manufacturing Company, North American Combustion Handbook, Third Edition, Volume I, Part 1 (1986).

[48] EPA, Guidance on PIC Controls for Hazardous Waste Incinerators, Volume V of the Hazardous Waste Incineration Guidance Series, EPA/530-SW-90-040 (April 1990).

[49] J.B. Howard, G.C. Williams, D.H. Fine, International Symposium on Combustion, Volume 14, Issue 1. *Kinetics of Carbon Monoxide Combustion in Post Flame Gases* (1973).

In a laboratory situation with an optimum combination of time, temperature, and turbulence, both CO and non-dioxin organic HAP emissions from fuel combustion will be almost zero.[50] In an actual furnace, mixing (e.g., uniform distribution of fuel and combustion air) is optimized as much as possible to expose fuel particles to oxygen and promote complete combustion.[51]

However, perfect mixing in an industrial combustion unit can never be achieved in practice. The fuel particles that travel through the middle of the furnace will combust more completely than fuel particles that travel through the furnace next to the wall, where it is colder and the conversion of CO to $CO_2$ is, therefore, slower.[52] In imperfect mixing conditions, thermal decomposition of organic HAPs is, likewise, incomplete. Aside from differences across industrial boilers in their physical and mechanical arrangement that impact mixing, there are many other variables that influence mixing on a day-to-day basis, including, but not limited to, fuel firing rate, fuel quality, air-to-fuel ratio, and weather.[53] As a result of non-ideal combustion circumstances, emissions of both CO and organic HAPs will be greater than in perfect, laboratory combustion conditions.

*B.* *Data included in EPA's Boiler MACT dataset[54] support this principle, and demonstrate that as CO emissions increase, organic HAP emissions also increase*.

Figure 1 below shows a general trend of increasing formaldehyde emissions with increasing CO emissions, based on paired CO and formaldehyde data from major-source units in the dataset. Figure 1 presents paired CO and formaldehyde data available for major source units.

To develop Figure 1, EPA's 2012 emissions testing dataset[55] was queried for all CO and formaldehyde data. Paired runs of CO and formaldehyde were identified and fuel and subcategory designations were assigned using the categorization of each unit listed in the appendices to the memorandum titled *Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission*

[50] L.R. Waterland, 77th Annual Meeting of the Air Pollution Control Association, *Pilot-Scale Investigation of Surrogate Means of Determining POHC Destruction* (June 1984).

[51] EPA, Final Technical Support Document for HWC MACT Standards, Volume III: Selection of MACT Standards and Technologies (July 1999).

[52] J.B. Howard, G.C. Williams, D.H. Fine, International Symposium on Combustion, Volume 14, Issue 1. *Kinetics of Carbon Monoxide Combustion in Post Flame Gases* (1973).

[53] EPA, Alternative Control Techniques Document--NOx Emissions from Industrial/Commercial/Institutional (ICI) Boilers, EPA-453/R-94-022 (March 1994).

[54] DRAFT Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, & Fuel Analysis Data Reported under ICR No. 2286.01 & ICR No. 2286.03 (version 8).mdb.

[55] EPA-HQ-OAR-2002-0058-3830.

*Standards for Hazardous Air Pollutants – Major Source*.[56] Units missing fuel mix data, in addition to "Gas 1" units were excluded from the analysis. The analysis and Figure 1 also excluded data from the GATempleInlandThomson BW-B001 unit as it appears the formaldehyde emissions reported for this unit originate primarily from a particle board press and not the combustion unit itself. The paired CO and formaldehyde data are included as Attachment 1.

Although the data show that formaldehyde emissions level off (and, in some cases, exhibit minor increases) when CO emissions are reduced to below 130 ppm, this does not contradict the reasonable conclusion that CO is a good surrogate for organic HAP emissions. Instead, it merely reflects that formaldehyde emissions are already reduced to the maximum extent achievable by best-performing sources in the category, notwithstanding that the measurements continue to exhibit normal variability. Indeed, it would be surprising if there was not continued variability in these levels.




Indeed, a reasonable surrogate bears a close relationship with the emissions of the target HAP it is aimed at reducing. Part of evaluating whether the relationship is sufficiently close is whether alternative control technologies or methods exist that control the target

[56] EPA-HQ-OAR-2002-0058-3948.

HAP without impacting emissions of the surrogate, or vice versa.[57] The implication is that if such alternative means or methods of reducing the target HAP exist, simply reducing the surrogate may not ensure that target HAP emissions are reduced to the levels achieved by the best-performing sources.

The best-performing boilers do not use control technologies or methods that reduce organic HAP emissions beyond what they achieve by controlling CO alone. Conversely, there are no post-combustion control technologies in use that result in a decrease in HAP emissions without a corresponding decrease in CO emissions. Many industrial boilers and process heaters utilize post-combustion controls for PM, acid gases, NOx, mercury, or some combination of these pollutants. These controls do not affect emissions of CO or non-dioxin organic HAPs. Here, the lack of alternative control technologies and methods to control either CO or organic HAPs without controlling the other supports the close relationship between these contaminants and, thus, that the use of CO as a surrogate for organic HAP emissions is reasonable.

The dataset of information on boiler and process heater controls and emissions that EPA used to develop the Boiler MACT[58] lists no boilers or process heaters that are utilizing add-on control technologies to control either CO emissions or non-dioxin organic HAP emissions. Some combustion units do employ methods that can reduce emissions of both CO and organic HAPs. For instance, certain types of combustion units (primarily those firing gas) can use an oxidation catalyst to reduce emissions of CO and non-dioxin organic HAPs. Such oxidation catalyst systems are not as available for certain solid fuel-fired units, because vendors will not guarantee the systems' performance due to the high potential for plugging, fouling, and poisoning of the catalyst if used on a solid fuel-fired boiler. Instead, solid fuel-fired units typically improve or adjust the fuel feed and combustion air delivery systems to reduce CO and non-dioxin organic HAP emissions.[59] Notably, these methods do not control emissions of organic HAPs without also controlling CO emissions.

Some low-temperature, non-combustion process operations in the chemical industry may use a carbon bed adsorber to control emissions of certain non-dioxin organic HAPs without also controlling CO emissions. However, these devices are not suitable for application to boilers and process heaters, because organics adsorb onto carbon at temperatures much lower than boiler or process heater exhaust temperatures and

---

[57] *Sierra Club v. EPA*, 353 F.3d 976, 984 (D.C. Cir. 2004).

[58] DRAFT Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, & Fuel Analysis Data Reported under ICR No. 2286.01 & ICR No. 2286.03 (version 8).mdb.

[59] Air & Waste Management Association, *Air Pollution Engineering Manual*, Chapter 7: Combustion Sources (1992).

desorption is typically accomplished using high-temperature steam.[60] Consequently, the existence of this alternative technology does not call into question CO's surrogacy for organic HAPs in the Boiler MACT because the technology does not reflect methods used by best-performing sources in the Boiler MACT, nor is it even available to the sources subject to the Boiler MACT. Additionally, some coal-fired electric generating units and incinerators inject activated carbon into their gas streams to control emissions of mercury but there is no evidence that activated carbon injection reduces emissions of non-dioxin organic HAPs.

Moreover, EPA conducted a test program in 1993 at a municipal waste combustor to evaluate the effectiveness of carbon injection. EPA found that carbon injection had no impact on control of VOCs.[61] In particular, EPA's report summary states:

> The report gives results of parametric tests to evaluate the injection [of] powdered activated carbon to control volatile pollutants in municipal waste combustor (MWC) flue gas. The tests were conducted at a spray dryer absorber/electrostatic precipitator (SD/ESP)-equipped MWC in Camden County, New Jersey. Primary test objectives were to evaluate the effect of carbon type, feed rate, feed method, and ESP operating temperature on emissions of mercury (Hg) and chlorinated dioxins and furans (CDD/CDF), and to assess the impact of carbon injection on the particulate matter control injection on emissions of other metals and volatile organic compounds (VOCs). The tests included operating three different carbon injection systems and examining 16 different SD/ESP and carbon injection system operating conditions. Test results indicate that carbon injection upstream of a SD/ESP can achieve high levels (> 90%) of Hg and CDD/CDF reduction. Key system operating parameters are carbon feed rate, carbon feed method, and ESP temperature. No detrimental impacts on ESP performance were identified. ***The study also found that carbon injection does not have a significant impact on emissions of the other metal examined or of VOCs***.[62]

For the reasons explained above, EPA's decisions to establish the 130-ppm CO surrogate standard as the MACT floor and not to set a beyond-the-floor standard are reasonable because the best-performing sources in the source category are not using any control technologies or other methods to further reduce organic HAP emissions.

---

[60] EPA, Air Pollution Control Cost Manual, Section 3.1, *Chapter 1 - Carbon Adsorbers*, EPA/452/B-02-001 (October 2018).

[61] D. White, et al. *Emission Test Report – Field Test of Carbon Injection for Mercury Control, Camden County Municipal Waste Combustor*, U.S. Environmental Protection Agency, Washington, D.C., EPA/600/R-93/181 (NTIS PB94-101540) (1993), *available at* https://cfpub.epa.gov/si/si_public_record_Report.cfm?Lab=NRMRL&dirEntryId=129974.

[62] *Id.* (emphasis added).

## VI. The Reasonableness of EPA's Decision Not to Set Boiler MACT CO Limits Lower than 130 ppm

EPA has properly established CO as a surrogate for non-dioxin organic HAPs in the Boiler MACT rule and many other air rules (e.g., 40 CFR Part 63, Subparts EEE, UUU, ZZZZ, and PPPPP), as discussed immediately above. Generally, minimizing CO emissions concurrently minimizes non-dioxin organic HAP emissions. Based on EPA's Boiler MACT dataset, the level of organic HAP emissions becomes insensitive to CO concentrations below 130 ppmv CO at 3% $O_2$. At this level, however, differences in organic HAP emissions are negligible, because organic HAP emissions are already reduced to the maximum extent based on existing technology.

EPA itself reached this conclusion in the Hazardous Waste NESHAP rulemaking when it set CO levels no lower than 100 ppmv at 7% $O_2$ (equivalent to 130 ppmv at 3% $O_2$). EPA states at 70 Fed. Reg. 59462 (October 12, 2005), as follows:

> "We explained at proposal why the carbon monoxide standard of 100 ppmv and the hydrocarbon standard of 10 ppmv are appropriate floors. See 69 FR at 21282. The floor level for carbon monoxide of 100 ppmv is a currently enforceable Federal standard. Although some sources are achieving carbon monoxide levels below 100 ppmv, it is not appropriate to establish a lower floor level because carbon monoxide is a conservative surrogate for organic HAP. Organic HAP emissions may or may not be substantial at carbon monoxide levels greater than 100 ppmv, and are extremely low when sources operate under the good combustion conditions required to achieve carbon monoxide levels in the range of zero to 100 ppmv. (See also the discussion below regarding the progression of hydrocarbon oxidation to carbon dioxide and water). As such, lowering the carbon monoxide floor below 100 ppmv may not provide significant reductions in organic HAP emissions. Moreover, it would be inappropriate to establish the floor blindly using a mathematical approach—the average emissions for the best performing sources—because the best performing sources may not be able to replicate their emission levels (and other sources may not be able to duplicate those emission levels) using the exact types of good combustion practices they used during the compliance test documented in our data base. This is because there are myriad factors that affect combustion efficiency and, subsequently, carbon monoxide emissions. Extremely low carbon monoxide emissions cannot be assured by controlling only one or two operating parameters." [63]

[63] In light of subsequent litigation (the Brick MACT opinion, *Sierra Club* v. *EPA*, 479 F.3d 875 (2007)), EPA later solicited comment on a number of issues in the 2005 revisions to the Hazardous Waste NESHAP. 73 Fed. Reg. 64068, 64089 (Oct. 28, 2008). However, EPA did not delete these standards, which remain in 40 C.F.R. Part 63, Subpart EEE. In fact, EPA states in the preamble at 73 Fed. Reg. 64083, "To the extent the commenter is suggesting that carbon monoxide and hydrocarbons are generally poor surrogates for organic HAP, we strongly disagree. We have fully explained in earlier rules our rationale of using these organic HAP surrogates when establishing MACT floor standards for hazardous waste combustors. 64 FR at 52847–52."

CO is formed and destroyed in the combustion process through different mechanisms than organic HAPs.[64] Because of this, CO concentrations may remain somewhat elevated, even though other organic compounds have been completely oxidized.[65] To the layperson or non-combustion unit expert, it may seem logical to assume that steps taken to reduce CO emissions will improve the quality of the combustion process and, in turn, minimize emissions of other organic compounds. This is not necessarily the case, however. Attempting to drive CO emissions too low will actually over-constrain the combustion process, and can lead to an increase in NOx emissions without providing any further documented organic HAP emissions reductions.[66] Because of the chemical kinetics of CO, emissions standards for CO need not be set at zero to achieve the maximum possible reduction of organic HAP emissions, due to the difficulty of completely oxidizing CO as compared with other organic compounds.

Based on this, the Agency has properly concluded in this and other rulemakings (e.g., the Hazardous Waste Combustor NESHAP) that, at very low levels of CO, the corresponding non-dioxin organic HAP data are also very low and highly variable. In the preamble to the 2013 Boiler MACT final rule, EPA interpreted this variability as unreliability or measurement error of the respective data when it said:

> "[i]t is possible that imprecise formaldehyde measurements at low concentrations (i.e., 1-2 ppm) may account for this slight increase in formaldehyde emissions observed at CO levels below 100 ppm corrected to 7 percent oxygen. Based on this, we do not believe that such measurements are sufficiently reliable to use as a basis for establishing an emissions limit."[67]

However, upon further analysis of the data and in consideration of the principles described above influencing the behavior of CO and organic HAP emissions under combustion circumstances, the data do not appear invalid or unreliable. Instead, the data appear to reflect the random and expected variability of organic HAP emissions at these low levels. To further illustrate this point, an examination of the paired formaldehyde and CO data in the EPA Boiler MACT dataset (see Figure 2 below) shows that much of the formaldehyde emissions data in the 0 to 130 ppm CO range were reported as being above the method detection limits, indicating that the data are not invalid or unreliable. Figure 2 was created using the same analysis described for Figure 1 above.

Hence, the data in EPA's Boiler MACT dataset also support the conclusion that organic HAP emissions do not continue to decrease with decreasing CO emissions below about

---

[64] C.R. Dempsey and E.T. Oppelt, EPA Risk Reduction Engineering Laboratory, Air & Waste, Vol. 43, *Incineration of Hazardous Waste: A Critical Review Update* (January 1993).

[65] EPA, Guidance on PIC Controls for Hazardous Waste Incinerators, Volume V of the Hazardous Waste Incineration Guidance Series, EPA/530-SW-90-040 (April 1990).

[66] https://www.princeton.edu/ssp/64-tiger-cub-1/64-data/combustion-chemistry.pdf.

[67] 78 Fed. Reg. 7137 (Jan. 31, 2013)

130 ppm. The solid-fuel fired units in the dataset have a fairly wide spread of both CO and formaldehyde emissions, so it is fairly easy to graph that subset of the available data in order to see trends.




Figure 3 below shows that at CO emission levels above 130 ppm, formaldehyde emissions from solid-fuel fired units generally increase as CO emissions increase. A line of best fit indicates a positive slope, i.e., for every 100 ppm increase in CO there is a corresponding 0.41 ppm increase in formaldehyde. Furthermore, the coefficient of determination, or “$R^2$” value, indicates a reasonably accuracy of fit at 0.68. Also, Figure 4 below shows that at CO emission levels below 130 ppm, formaldehyde emissions from solid-fuel units are consistently low (less than 2 ppm) and trend in a flat line, not downward with decreasing CO emissions. This supports establishing the lowest CO limit at 130 ppm because, below that threshold, the best-performing sources in the source category have already achieved the maximum reduction of organic HAP emissions achievable with

current technology. Figures 3 and 4 were created using the same analysis described for Figure 1 above.






In light of the foregoing discussion, EPA's decisions to establish a minimum MACT floor for the Boiler MACT at 130 ppm CO as a surrogate for non-dioxin organic HAP emissions, and not to set a beyond-the-floor standard, are both reasonable. This is because this standard represents the level at which organic HAP emissions are maximally reduced by the best-performing sources in the category. The following conclusions support these decisions:

- Because CO is more difficult to oxidize to $CO_2$ than organic HAP compounds, CO emissions from a boiler or process heater are a good indicator of process stability and represent a conservative surrogate for organic HAP emissions.
- There are no emissions controls in use on industrial boilers and process heaters that reduce organic HAP emissions that do not concurrently reduce CO emissions.
- The MACT-floor standard limiting CO emissions to 130 ppm at 3% $O_2$ is an appropriate surrogate threshold for minimization of organic HAP emissions; EPA's data demonstrate that reductions in CO emissions below this level do not result in further reductions in organic HAP emissions that are already reduced to the fullest extent achieved by the best-performing sources in the category.

## VII. Cost and Benefits of the Proposal

EPA estimates the total capital cost to comply with the proposed revisions at approximately $83 million and the total annualized cost at approximately $22 million (2016 dollars).[68] Based on a combination of the information presented in the docketed worksheet, "A-1 Compliance Data" of the file "Appendix_A-_Compliance_Data.xlsx,"[69] and information provided by coalition members, we estimate that the total capital cost of the proposed revisions substantially exceeds EPA's estimate, ranging from $100 million to $216 million, depending on the compliance margin, i.e., the percent below the limit at which facilities will operate to reasonably ensure that they will maintain compliance. To make the estimates more accurate, two specific revisions should be incorporated into the Agency's final cost-and-impacts analysis:

- The Graphic Packing International Macon GA No. 3 Biomass Boiler was listed as "Existing" in worksheet, "A-1 Compliance Data" of the file "Appendix_A-_Compliance_Data.xlsx."[70] This unit is considered a new source under the proposed Boiler MACT.[71]

- In worksheet, "A-1 Compliance Data," the "VAWestRockVirginia No. 1 Boiler" is listed as being able to meet the proposed new solid fuel unit limit for PM; however, based on a review of operating history and past performance testing, WestRock representatives indicate that it would be very difficult for this unit to consistently meet the proposed new-source limit for PM without installation of additional modules to the existing fabric filter control device. The situation is further complicated by whether dry sorbent injection (DSI) is required to meet the HCl limit as discussed previously. DSI addition would increase loading to the baghouse and reduce the current compliance margin. The system is currently equipped with eight modules, but to improve its compliance margin with the proposed standards, two additional modules could be necessary. WestRock's budgetary capital cost estimate of $6.3 million is based on the addition of two modules and necessary infrastructure for support. The final rule and *Regulatory Impact Analysis for Proposed Industrial, Commercial, and Institutional Boiler and Process Heaters NESHAP Reconsideration* (RIA) needs to account for the additional costs of upgrading the fabric filter system on the VAWestRockVirginia No. 1 Boiler.

The WestRock Virginia No. 1 Boiler is likely not unique; other units likely exist that EPA has not identified that will need to make operational adjustments to comply with the revised emissions limits and maintain an acceptable compliance margin. For example, if the chloride or mercury content of a unit's fuel is just below the emissions limit, any future increase in the variability of the fuel's pollutant content could result in an exceedance.

---

[68] 85 Fed. Reg. 52216 (August 24, 2020).

[69] EPA-HQ-OAR-2002-0058-3948.

[70] Ibid.

[71] Refer to air quality permit no. 2631-021-0001-V-04-0 for the Graphic Packaging Macon Mill effective September 11, 2014.

Therefore, if the rule is finalized as proposed, such facilities would need to adjust their fuel mix or control strategy to reasonably ensure compliance going forward, increasing their operating costs. Such costs are not currently included in EPA's analysis. They should be taken into account in any decision to finalize the proposal.

According to Table 9 of the proposed rule, emissions reductions from implementing the proposed rule would be approximately 34 tons per year of HCl, 333 tons per year of PM, 2.3 tons per year of non-mercury metals, and less than 1 ton per year of mercury.[72] However, EPA did not account for the HCl and metal HAP reductions in its cost benefit analysis summarized in Table 2 of the proposal.[73] The RIA for the proposal states that "benefits associated with reductions in the targeted HAP are not estimated in this RIA due to lack of appropriate valuation estimates."[74] Later, the RIA states:

> "The EPA is committed to using scientifically sound, appropriately reviewed evidence in valuing changes in the risk of premature death and continues to engage with the SAB [Science Advisory Board] to identify scientifically sound approaches to update its mortality risk valuation estimates."[75]

We encourage EPA to continue its work with the SAB to develop sound-and-appropriate valuation estimates. Because EPA estimated benefits from reductions in criteria pollutants and not HAPs, Table 2 of the proposal does not accurately represent the true benefits. Although appropriate valuations were not available at the time of proposal, and still may not be available for the final rulemaking, considering the costs and benefits for the pollutants specifically targeted by the statute and rulemaking is important, as EPA acknowledged in its June 11, 2020, proposal for *Increasing Consistency and Transparency in Considering Benefits and Costs in the Clean Air Act Rulemaking Process.*[76] In that proposal, the Agency noted that disaggregation of welfare effects from reductions in targeted and secondary pollutants is important to provide transparency in decision making.[77] Although EPA has taken steps to provide such disaggregation in the preamble to the Boiler MACT proposed rule, we encourage EPA to develop necessary valuations and "to the extent feasible, [perform] an assessment of all benefits and costs,"[78] by accounting for emissions reductions of the targeted pollutants, including HAPs, if sufficient information is currently available to monetize the HAP benefits.

We acknowledge that any updated cost:benefit analysis would have no impact on the outcome of this rulemaking. Hence, we are not asking EPA to develop new information

---

[72] 85 Fed. Reg. 52216 (August 24, 2020).

[73] Ibid., pg. 52201 (August 24, 2020).

[74] EPA-HQ-OAR-2002-0058-3952, pg. 12.

[75] Ibid., pg. 44.

[76] 85 Fed. Reg. 35612 (June 11, 2020).

[77] Ibid., pg. 35622.

[78] Ibid., pg. 35618.

as part of this rulemaking, but to improve the cost:benefit analyses conducted for future HAP rules.

## VIII. Technical Corrections

We support most of the proposed technical corrections summarized in Table 7 of the preamble.[79] For example, we agree that removal of the requirement to sample at 1-hour intervals and, instead, sample at equal intervals (see §63.7521(c)(1)(ii)) is necessary to accommodate fuel sampling during longer test periods (e.g., 2-hour runs).

However, the proposed addition to footnote "b" to Table 7 of the rule is not appropriate for all boilers. Some boilers are designed and permitted to combust multiple fuels, but they cannot always burn each fuel at the maximum heat-input capacity of the boiler or process heater. Combination boilers can sometimes burn only 50% solid fuel by heat input, for example, and supplement the remainder of the heat input with another fuel.

The proposed rule (see 63.7530 (b)) requires that mercury and HCl testing be conducted using the fuel mixture that results in the highest pollutant-input loading in lb/MMBtu (not lb/hr mass). To test for mercury and HCl at such "worst case" conditions, some facilities would have to test at a lower operating load to achieve the highest lb/MMBtu fuel pollutant-input loading. For example, if a 500 MMBtu/hr, multi-fuel boiler can burn coal at only 249 MMBtu/hr heat input, to achieve the highest fuel pollutant input, the mercury and HCl test would have to be conducted at approximately 50% load, burning only coal. The proposed requirement to use this load to set the operating limit is not appropriate and not compatible with the requirement to test at the maximum lb/MMBtu pollutant input loading. EPA should not finalize this change.

We also request that EPA make the following technical corrections and clarifications:

- EPA should add the applicable footnotes on Tables 1 and 2 to proposed tables 14 and 15 for clarity. With no footnotes, it is not clear whether testing every three years is allowed, for example.
- EPA should add 40 CFR Part 63, Appendix A, Method 320 as an approved alternative to Method 26. Stipulations similar to those included in an August 31, 2016, letter from EPA-OAQPS to Ingredion Incorporated's Argo Plant in Bedford Park, IL (see Attachment 2) could be incorporated into the rule to ensure the test is valid. Method 320 provides real-time data that are helpful in setting appropriate sorbent-injection rates for units that have sorbent injection systems for HCl control.

---

[79] 85 Fed. Reg. 52215 (August 24, 2020).

- Table 3 of EPA's Small Entity Compliance Guide for Major Source Boilers and Process Heaters[80] indicates that the Notification of Compliance Status (NOCS) is not required within 60 days of startup for a new "Gas 1" unit because there are no initial compliance requirements. EPA should clarify that the NOCS for a new Gas 1 unit is due within 60 days of the first tune-up.
- EPA should clarify that only the monitor downtime that results in missing or invalid hours is reportable as downtime in the semi-annual compliance report. For example, if ten minutes of data are missing, the hour is still valid, so no monitor downtime should have to be reported. It is not clear whether calibration time is required to be reported as downtime if the calibration is short enough such that the hour is still valid. Additionally, we would like EPA to clarify that scenarios that result in a non-existence of the parameter, such as loss of scrubbing liquid supply flow, do not constitute monitor downtime (i.e., the monitor was functioning, but there was no flow to measure). We acknowledge that the loss of the scrubbing liquid flow transmitter signal would be monitor downtime, but would like clarification that the non-existence of an operational parameter that has to be monitored, such as the scrubbing liquid flow, is not to be classified as monitor downtime.
- EPA should revise the preamble discussion at 85 Fed. Reg. 52203 that incorrectly describes the coal and biomass subcategories. The preamble states that "coal and solid fossil fuel units must burn at least 10-percent coal or another solid fossil fuel" and that "biomass units must burn at least 10-percent biomass, but less than 10-percent coal." The definitions at §63.7575 specify that coal and solid fossil-fuel units must burn at least 10% coal or another solid fossil fuel and less than 10% biomass. Biomass units must burn at least 10% biomass.

## IX. Proposed Monitoring Changes

The current rule allows for use of $CO_2$ as a diluent in lieu of $O_2$ in a CO CEMS that is used to comply with the CO emissions limits. However, §63.7525(a) requires the facility to obtain approval for use of this approach by submitting an alternative test method request to EPA. EPA is seeking comment on its proposal to revise §63.7525(a) to incorporate procedures into the rule that allow for this approach and remove the requirement to request alternate test method approval.[81] We support EPA's inclusion of this alternative into the rule, but request that EPA make clear that any alternate test method approvals that have already been obtained are not voided by this regulatory revision.

Some of our member companies have already received approval of an alternate test method that is consistent with the suggested rule text changes and incorporated the

[80] https://www.epa.gov/sites/production/files/2017-03/documents/boiler_mact_major_source_small_entity_compliance_guide_3.23.pdf.

[81] 85 Fed. Reg. 52218 (August 24, 2020) and EPA-HQ-OAR-2002-0058-3961.

approved methodology into their site-specific monitoring plans. Use of $CO_2$ as a diluent in a CEMS in lieu of $O_2$ is a well-established and proven method that is in use on many boiler monitoring systems. The use of 40 CFR Part 60, Appendix A, Method 19 F-factor equations to calculate adjusted pollutant concentrations corrected to any given percent oxygen basis is straightforward. When CO and $CO_2$ are measured on a wet basis, the moisture correction cancels out, such that moisture content is not relevant to the compliance determination. The only potential modification to the approach would be for boilers that generate $CO_2$ emissions from use of limestone to control acid gas emissions; that adjustment is fairly straightforward and has been approved by EPA in site-specific requests. EPA's proposal to bypass the requirement to obtain EPA approval of an alternate test method and, instead, allow the use of $CO_2$ as a diluent using procedures detailed in a site-specific monitoring plan is justified because the delegated agency can request that the facility submit the plan for review and approval if such an adjustment for $CO_2$ generated within the system is needed.

EPA has also requested comment on expansion of these provisions for use of $CO_2$ in lieu of $O_2$ for all pollutants for which a CEMS is used to comply. The docket does not contain any suggested rule text changes to expand the use of $CO_2$ as a diluent to other pollutants. However, we can see no reason why this is not appropriate and would support such a change.

Finally, EPA has requested comment on removal of requirements for continuous monitoring of moisture and flow. We believe the provision to be deleted is at §63.7525(a)(2)(vi). We agree with the Agency that this provision is not needed.

## X. Conclusion

The coalition supports most aspects of EPA's proposal. We agree that CO is an appropriate surrogate for non-dioxin organic HAPs and that the 130-ppm limits are justified. Additionally, we concur with the proposed technical corrections and monitoring additions. Although we generally support the approach that EPA is using to calculate MACT floors, we believe that there are adjustments EPA should make to several of the proposed new-source emissions limits (as discussed above) and that the revised new-source limits should only apply to units constructed after the date of proposal, August 24, 2020.

**Attachment 1.**

**Paired Carbon Monoxide and Formaldehyde Data**

**Microsoft Excel File**

**Filed with these comments in www.regulations.gov docket (EPA-HQ-OAR-2002-0058)**

**Attachment 2.**

**August 31, 2016, Letter from EPA-OAQPS**
**to Ingredion Incorporated's Argo Plant in Bedford Park, IL**

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
RESEARCH TRIANGLE PARK, NC 27711

AUG 3 1 2016

Mr. Raymond Doogan
Plant Manager
Ingredion Incorporated Argo Plant
6400 South Archer Avenue
Bedford Park, IL 60501

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

Dear Mr. Doogan,

This letter is in response to your letter dated August 22, 2016, for review and approval of alternative testing procedures to be applied to Boiler #10 at the Ingredion Incorporated Argo Plant, located in Bedford Park, Illinois. You state that Boiler #10 is subject to 40 CFR part 63, Subpart DDDDD, National Emissions Standards for Hazardous Air Pollutants for Industrial, Commercial, and Institutional Boilers and Process Heaters and, in particular, that Ingredion Incorporated must conduct initial and subsequent performance testing for hydrogen chloride (HCl) using Method 26 or 26A (40 CFR part 60, Appendix A). You further state that Boiler #10 is in the coal-fired fluidized bed boiler subcategory under Subpart DDDDD and is permitted to fire coal, petcoke, biofuel, and natural gas.

In your letter, you request to use Method 320 (40 CFR part 63, Appendix A) as an alternative to Method 26 or 26A. You believe that an advantage to the use of Method 320 instead of Method 26 or 26A is the ability to obtain real-time data in order to set an appropriate lime injection rate for HCl control.

We have reviewed your request and the associated rule language. With this letter, we are approving the use of Method 320 in lieu of Method 26 or 26A on a site-specific basis for Boiler #10 at the Ingredion Incorporated Argo Plant in Bedford Park, Illinois. This approval is contingent upon the following caveats:

- A successful validation study done in accordance with Method 320, section 13.0, for HCl must be performed. However, if a validation study using the same sample extraction, conditioning equipment, and instrumentation has already been performed on another similar facility (i.e., a coal-fired fluidized bed boiler with the same fuel and similar controls) to the one at the Ingredion Incorporated Argo Plant, then that validation study may be used in lieu of performing one at the Ingredion Incorporated Argo Plant. The substitute validation study and associated data must be included in the test plan and report.

- The sample extraction, conditioning, transport parameters and equipment, analytical procedures, reference spectra, and instrumentation used during the validation study should be used in any future performance testing, if practicable. If sample extraction and conditioning equipment must be replaced, another validation study is not necessary so long as replacements are made "in kind" (i.e., replaced with same make and model in the

case of equipment, or the same material in the case of sample lines or extraction probes). The validation study transfer may be accomplished through a successful quality assurance spiking procedure, per section 9.2, with the replacement equipment. If the Fourier transform infrared spectroscopy (FTIR) instrument needs to be replaced, another validation study is not necessary so long as it is the same make and model and utilizes the same software (e.g., reference spectra, and quantification algorithm, and analysis software) as the original instrument. Replacing an FTIR with another make and model, or with an FTIR from another vendor, will necessitate an additional validation study under Method 320, section 13.0. Using different reference spectra or a major change to the boiler control train will necessitate an additional section 13.0 validation study as well.

- Application of Method 320 on Boiler #10 at the Ingredion Incorporated Argo Plant must be verified according to Method 320, section 8.6.2, using an HCl spike gas for every performance test. Spiking must occur at a point on the probe prior to all filters and sample conditioning elements.

- Stack testing firms, other than the firm that conducted the initial performance test, may use this response letter as permission to perform Method 320 for HCl testing on Boiler #10 at the Ingredion Incorporated Argo Plant, provided that a new validation study is performed, that testing is being conducted to meet Subpart DDDDD, and that this approval letter is supplied with the test plan and test report.

- A copy of this approval letter must be included with test plans and test reports required under 40 CFR part 63, Subpart DDDDD.

If you have any questions or need any further assistance regarding this matter, please contact David G. Nash of my staff at (919) 541-9425 or *nash.dave@epa.gov*.

Sincerely,

Steffan M. Johnson, Group Leader
Measurement Technology Group

cc:

Sara Ayers, US EPA OECA (ayers.sara@epa.gov)
Ethan Chatfield, US EPA Region 5 (chatfield.ethan@epa.gov)
Jim Eddinger, US EPA OAQPS (eddinger.jim@epa.gov)
Kevin Mattison, IEPA (kevin.mattison@illinois.gov)
Rob Mead, Ingredion Incoporated (robert.mead@ingredion.com)
David Nash, US EPA OAQPS (nash.dave@epa.gov)

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

| | |
|---|---|
| National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters; Amendments<br><br>85 Fed. Reg. 52,198<br>(August 24, 2020) | Docket ID No.<br>EPA-HQ-OAR-2002-0058 |

**COMMENTS OF CALIFORNIA COMMUNITIES AGAINST TOXICS, SIERRA CLUB, AND EARTHJUSTICE**

## I. BACKGROUND.

In 2016, the D.C. Circuit held that EPA's use of carbon monoxide (CO) as a surrogate for organic hazardous air pollutants other than dioxins is arbitrary and capricious. *U.S. Sugar v. EPA*, 830 .3d 579, 628-630 (D.C. Cir. 2020). Two years later, it held that EPA's decision to weaken 15 of its CO standards to 130 parts per million – even though the relevant best-performing boilers undisputedly achieve lower CO levels – was arbitrary and capricious. *Sierra Club v. EPA*, 884 F.3d 1185, 1192-1198 (D.C. Cir. 2018).

In *U.S. Sugar*, the D.C. Circuit also held that many of EPA' emission limits are unlawful because EPA excluded some of the best performing units when it calculated the stringency of these limits. 830 F.3d at 630-632.

This proposed rule is EPA's response to the remands in *U.S. Sugar* and *Sierra Club*. Rather than fixing the defects that the Court identified or even seriously addressing them, however, it merely confirms EPA's consistent disregard for the law, the principles of reasoned rulemaking, and the health and safety of people EPA was created to protect. EPA's proposed response to the remands of its national emission standards for industrial, commercial, and institutional boilers and process heaters ("Industrial Boilers") is unlawful and arbitrary. EPA must redo it.

## II. DISCUSSION.

### A. CO IS NOT A VALID SURROGATE FOR ORGANIC HAZARDOUS AIR POLLUTANTS.

In the Industrial Boilers rule that the D.C. Circuit reviewed in *U.S. Sugar*, EPA claimed that CO was a reasonable surrogate for all non-dioxin organic hazardous air pollutants "because: (1) minimizing CO emissions would minimize these HAPs; (2) methods used for the control of these HAP emissions would be the same methods used to control CO emissions (*i.e.*, good combustion or using an oxidation catalyst); (3) standards limiting CO emissions would result in decreases in these HAP emissions; and (4) establishing emission limits for individual organic HAPs would be impractical and costly." 830 F.3d at 628. As the Court noted, EPA had proposed using CO as a surrogate "because, as relevant here: (1) the lowest possible CO emissions resulted in the lowest possible HAP emissions, and (2) the same combustion and oxidation control methods reduce both types of emissions." *Id.* at 629.

Although EPA received comments pointing out that Industrial Boilers can and do reduce their emissions of organic hazardous air pollutants through measures other than combustion controls and that such measures do not affect emissions of CO, EPA did not address these comments in its final rule. *Id.* Instead, "the Agency responded by doubling down on its assertion that both CO and organic HAP emissions were the product of poor combustion and, as a result, optimal combustion would minimize the emissions of both CO and non-dioxin/furan organic HAPs." *Id.* As the Court made clear, "this response was no response at all to the substantial concerns raised in the comments that other variables might also affect emissions." *Id.*

> The EPA could not conclude that CO acts as a reasonable surrogate in this statutory context without at least *considering* a key factor: whether the best performing boilers might be using alternative control technologies and methods that reduce organic HAP emissions beyond what they achieve by regulating CO alone. … We therefore reject the EPA's contention that its reason for using CO as a surrogate—that good combustion would minimize both CO and non-dioxin/furan organic HAP emissions—was alone sufficient to support its decision.

*Id.* The Court recognized only one scenario where a surrogate might be valid in such circumstances: where "EPA used a surrogate that was closely correlated to the HAP and set surrogacy emission standards at a level that would eliminate HAP emissions altogether." *Id.* (emphasis added).

Rather than addressing the defects identified by the D.C. Circuit, EPA's proposed response to the remand effectively triples down on the very same defective arguments the Court rejected. 85 at 52,210-52,211.

Purporting to provide "background" for its response to the remand, EPA reiterates the rationales it advanced for using CO as a surrogate. 85 Fed. Reg. at 52,210. It is not clear whether the agency still seeks to rely on those rationales. To the extent it does, the agency's reliance is misplaced. As the D.C. Circuit has already made clear, they do not and cannot support the agency's decision.

EPA states:

> CO has generally been used as a surrogate for organic HAP because CO is a good indicator of incomplete combustion and organic HAP are products of incomplete combustion. However, based on concerns that CO may not be an appropriate surrogate for D/F because, unlike other organic HAP, D/F can be formed outside the combustion unit, we proposed using CO as a surrogate only for non-D/F organic HAP. For non-D/F organic HAP, we concluded that using CO as a surrogate was a reasonable approach because minimizing CO emissions will result in minimizing non-D/F organic HAP. We stated that, for boilers and process heaters, methods used for the control of CO emissions would be the same methods used to control non-D/F organic HAP emissions. These emission control methods include achieving good combustion or using an oxidation catalyst.

*Id.* (emphasis added).

As EPA is already well aware, those claims are false in several respects. First, not all organic HAP other than dioxins and furans are "products of incomplete combustion." Some organic HAP, such as polychlorinated biphenyls (PCBs) and POM can be present in the raw materials before combustion or can be generated, like dioxins, "outside the combustion unit" or within the combustion unit but outside of the flame zone. In addition, different organic HAPs (such as aldehydes, benzene, etc.) can be formed/destroyed/reformed in various physical regions of diffusion flames and in different zones of premixed flames. Second,

minimizing CO emissions will not minimize emissions of all organic HAP other than dioxins and furans because not all organic HAPs are formed (or destroyed) in combustion and post-combustion zones in the same fashion or like CO. The underlying formation and destruction of just CO in the simplest of situations (i.e., methane combustion in air) involves several hundred reactions and tens of individual species are involved. The kinetics and thermodynamics become far more complex for other organic HAPs. Thus, there is no basis in combustion science to presume that even any one organic HAP – much less all of them (even excluding dioxins and furans) will behave similarly to CO. Specifically, pollutants like PCBs and POM/PAH will not be minimized by good combustion or through using a post-combustion oxidation catalyst.

Second, EPA itself concluded in the record for this rulemaking that POM not only by combustion controls but also through "various post-combustion controls," including "fabric filter[s], "wet scrubber[s]," and "activated carbon injection." 76 Fed. Reg. at 15,653/3-54/1; 75 Fed. Reg. at 32,042/1. More recently, EPA has found that activated carbon injection in particular reduces emissions of all organic hazardous air pollutants by between 80 and 90 percent. 85 Fed. Reg. 42,074, 42,090 (July 13, 2020). Thus, no organic pollutants are "minimized" just by minimizing CO emissions. For these same reasons, EPA's claim that the measures for controlling CO and for controlling non-D/F organic HAP are "the same," 85 Fed. Reg. at 52,210, is false.

Third, EPA's CO standards do not "eliminate HAP emissions altogether," *U.S. Sugar*, 830 F.3d at 629. The record makes abundantly clear that organic HAP emissions exist at all levels of CO, including levels at and below EPA's CO standards.

EPA also states as "background" that:

> Standards limiting emissions of CO will also result in decreases in non-D/F organic HAP emissions (with the additional benefit of decreasing volatile organic compounds (VOC) emissions). Establishing emission limits for specific organic HAP would be impractical and costly. Thus, we concluded that CO, which is less expensive to test for and monitor, is appropriate for use as a surrogate for non-dioxin organic HAP.

*Id.* In the same vein, EPA argues:

> the level and distribution of organic HAP will vary from unit to unit. For example, the principal organic HAP emitted from coal-fired units is benzene, which accounts for about 20 percent of the organic HAP with formaldehyde accounting for about 4 percent of the organic HAP. Whereas, the principal organic HAP emitted from biomass-fired units is formaldehyde, which accounts for 34 percent of the organic HAP with benzene accounting for about 25 percent of the organic HAP. For oil-fired units, formaldehyde is the principal organic HAP, accounting for about 80 percent of the organic HAP. Limiting CO as a surrogate for only non-dioxin organic HAP would eliminate costs associated with speciating numerous compounds.

85 Fed. Reg. at 52,210.

Those arguments are statutorily irrelevant, and EPA's claims about cost and practicality are also misleading. A surrogate is not valid just because limiting emissions of it will also result in "decreases" of the target hazardous air pollutants. Rather setting limits for the surrogate must result in the specific degree of reduction required by § 112(d)(2)-(3). "To be reasonable, the emission standard set for the surrogate must reflect what the best source or best 12 per cent of sources in the relevant subcategory achieved <u>with regard to the HAP</u>." *U.S. Sugar*, 830 F.3d at 628 (emphasis added). As the D.C. Circuit emphasized, the reason for this requirement is clear: "if EPA looks only to [the surrogate], but HAPs are reduced [in another] way that does not reduce [the surrogate], <u>the best achieving sources, and what they can achieve with respect to HAPs, might not be properly identified</u>." *Id.* at 628-629 (emphasis added) (quoting *Sierra Club v. EPA*, 353 F.3d 976, 984 (D.C. Cir. 2004)). As explained in *Sierra Club*, "[t]here is no "close enough" exception to the requirement that EPA's MACT floors limit emissions to the full extent shown to be achievable by the best-performing sources; to the contrary, the Act's MACT provisions instruct EPA to "maximize" the reduction in emissions, up to and including "a prohibition on such emissions, where achievable." 884 F.3d at 1196.

That EPA thinks it would be "impractical and costly" to set limits for organic HAP or that "[l]imiting CO as a surrogate for only non-dioxin organic HAP would eliminate costs associated with speciating numerous compounds," 85 Fed. Reg. at 52,210, does not make the agency's choice of CO any more reasonable. Any surrogate EPA chooses must meet the D.C. Circuit's test for reasonable surrogates. EPA cannot use an unreasonable surrogate just because it thinks that doing so would be more practical or less costly than setting limits for

hazardous air pollutants. In any event, as EPA is well aware, the agency is not faced with a choice between using CO as a surrogate and setting individual limits for each of the organic hazardous air pollutants that Industrial Boilers emit. EPA could instead choose reasonable surrogates. EPA does not even consider this approach, let alone provide reasoned basis for rejecting it. for different categories of organic hazardous air pollutants rather than relying on a single unreasonable surrogate, as it does now. In particular, EPA does not even begin to explain why it cannot identify reasonable surrogates for groups of organic hazardous air pollutants based on characteristics, such as how they are formed and how they are controlled.

EPA next states as "background" that setting CO limits was preferable because many sources currently have CO continuous emission monitoring systems (CEMS). That sources currently use CO CEMS does not make EPA's choice of CO as a surrogate reasonable. If EPA uses surrogates at all, the agency must establish surrogates that are reasonable under the D.C. Circuit's test. EPA must then establish monitoring requirements for those surrogates that are sufficient to ensure compliance.

EPA also states as "background" that

> In the 2013 final rule preamble, as part of the rationale for the 130 ppm CO minimum MACT floor level, we again explained the basis for concluding that CO is an appropriate surrogate. That is, CO is a conservative surrogate for organic HAP because organic HAP emissions are extremely low when sources operate under the good combustion conditions required to achieve low CO levels. There are myriad factors that affect combustion efficiency (CE) and, as a function of CE, CO emissions. As combustion conditions improve and hydrocarbon levels decrease, the larger and easier to combust compounds are oxidized to form smaller compounds that are, in turn, oxidized to form CO and water. As combustion continues, CO is then oxidized to form CO2 and water. Because CO is a difficult to destroy refractory compound (*i.e.*, oxidation of CO to CO2 is the slowest and last step in the oxidation of hydrocarbons), it is a conservative surrogate for destruction of hydrocarbons, including organic HAP.

*Id.*

Those claims are false for at least two reasons. First, as noted above and made clear in the record, some organic hazardous air pollutants are not products of

incomplete combustion. For example, pollutants like PCBs and POM can be present in the raw materials and survive the combustion process, they can be generated in the combustion process, and they can be generated post-combustion. Thus, that there has been good combustion and there are low levels of CO does not mean that these hazardous air pollutants have been destroyed. Indeed, the record shows that CO and POM vary "inversely" in some conditions. Yiannisa, *et al.*, On the Correlation of CO and PAH Emissions from the Combustion of Pulverized Coal and Waste Tires, EPA-HQ-OAR-2002-0058-3856, att.2, at 3777. Specifically, POM can be reduced by increasing combustion temperatures to the point where POM – which is comprised mostly of "solids with high melting and boiling points, is destroyed. The CO and PAH Study concludes an inverse correlation of CO and PAHs was observed with furnace gas temperature. Raising the gas temperature from 1000 to 1300 °C decreased PAH yields by orders of magnitude to levels below the detection limit …. On the other hand, CO yields increased by up to a factor of 3. *Id.*

Second, the record data show that the alleged relationship between emissions of CO and emissions organic hazardous air pollutants was merely a fiction that EPA invented, presumably for the purpose of dodging its obligation to set limits for organic hazardous air pollutants. EPA's own data show that the correlation between the single organic hazardous air pollutant EPA chose to correlate with CO, formaldehyde, is virtually nonexistent. Even when emissions of CO are very close to zero – and when, by EPA's theory, emissions of formaldehyde should be nonexistent because "oxidation of CO to CO2 is the slowest and last step in the oxidation of hydrocarbons," 85 Fed. Reg. at 52,210 – EPA's own data show that many boilers are still emitting formaldehyde at significant levels. Indeed, EPA itself has "decisively characterized" as "untrustworthy" and "dismissed as inaccurate" its own data on the relationship between CO and organic hazardous air pollutants. *Sierra Club*, 884 F.3d at 1195.

Chart H-1b below shows the CO and formaldehyde relationships developed by EPA itself for CO levels below 1000 ppm (plotted on the X-axis). Formaldehyde is shown on the Y-axis. EPA, Revised MACT Floor Analysis (August 2012) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source, August 2012, EPA-HQ-OAR-2002-0058-3836 ("2012 Floor Memo"), App. H. The chart shows four ranges of CO (and corresponding formaldehyde data) – 0-130 ppm; 130-300 ppm; 300-500 ppm; and 500-1000 ppm. For each range of CO, the

chart shows the R-square[1] value between CO and formaldehyde. It is clear from the chart that the R-square values are all substantially below 1 and much closer to zero, for all four ranges. Specifically, for the 1-130 ppm CO range the formaldehyde R-square is 0.0097 or, say, 0.01. That means that just 1% of the variability of formaldehyde is explained by the variability in CO and that the rest (i.e., 99%) of the variability in the observed formaldehyde data is not due to CO. This is not surprising given the previous discussion on how combustion actually works at the detailed level as opposed to the simplistic, and erroneous conceptual level (i.e., both CO and formaldehyde are products of incomplete combustion and just by "completing" combustion such as with more excess air, the levels of both can be minimized in lockstep.




As Chart H-1c shows, EPA cannot demonstrate a reliable relationship between CO and formaldehyde even if it uses a non-linear (i.e., quadratic) fit.

[1] Simply, R-square is the portion of the variability of the response variable (in this case formaldehyde) that is explained by CO. R-square of 1 would indicate that CO and formaldehyde are perfectly directly correlated. R-square of zero means there is no correlation between the two. And R-square of -1 would indicate a perfect but inverse correlation.




EPA may seek to rely on Chart H-1a, showing CO values out to 30,000 ppm in attempt to show a relationship between CO and formaldehyde. The possibility of a relationship between CO and formaldehyde at CO levels greater than 1,000 ppm – and *a fortiori*, greater than 10,000 ppm – is irrelevant for the purposes of EPA's surrogate arguments in this rulemaking. The data are so sparse that they do not support EPA's claims even at high CO levels. Regardless, EPA's argument that CO is a valid surrogate rests on the notion that "organic HAP emissions are extremely low when sources operate under the good combustion conditions required to achieve low CO levels." 85 Fed. Reg. at 52,210 (emphasis added). At low CO levels EPA's own data demonstrate that the relationship between CO and formaldehyde is virtually nonexistent. Indeed, even at high CO levels up to 1,000 ppm the R-square level is at 0.12, meaning that just 12 percent of the variability of formaldehyde emissions is explained by the variability in CO emissions.




Although EPA restates as "background" some of the same unsupported rationale that the D.C. Circuit rejected in *U.S. Sugar*, the agency appears to recognize that some of them are untenable. EPA no longer claims that "the lowest possible CO emissions resulted in the lowest possible HAP emissions," 830 F.3d at 629 (citing 75 Fed. Reg. at 32,018). The agency itself exposed that claim as false when it attempted to defend its decision to weaken many of its CO standards to 130 ppm even though the relevant best-performing units are achieving lower emission levels. In service of that argument – and evidently unconcerned at belying its own prior arguments on the validity of CO as a surrogate – EPA insisted that the lowest possible CO emissions do not result in the lowest possible HAP emissions. *Sierra Club*, 884 F.3d at 1194.

Similarly, EPA does not maintain its prior false claim that "methods used for the control of CO emissions would be the same methods used to control non-D/F organic HAP emissions." 85 Fed. Reg. at 52,210 (emphasis added). Now, EPA merely claims that "combustion is the more commonly applied technology for controlling organic HAP since it is capable of high removal efficiencies for organic

HAP and its effectiveness does not depend on the makeup of the organic HAP stream or the organic HAP concentration." *Id.* at 52,211 (emphasis added). EPA's retreat from claiming that the methods for controlling CO are "the same" as those for controlling organic hazardous air pollutants necessarily bends to the reality reflected in the administrative record and *U.S. Sugar*, that Industrial Boilers achieve reductions in organic HAPs by means unrelated combustion control. *See* 830 F.3d at 629.

Nonetheless, even while it tacitly acknowledges that its prior rationale cannot stand up to scrutiny, EPA advances the same false notion that CO is a valid surrogate because "the level of CO emissions, which indicates organic HAP reductions achieved through the use of combustion controls, is an appropriate surrogate for controlling organic HAP emissions from boilers and process heaters." 85 Fed. Reg. at 52,211.

EPA's new arguments do not remotely satisfy the test for a reasonable surrogate established by the D.C. Circuit. "To be reasonable, the emission standard set for the surrogate must reflect what the best source or best 12 per cent of sources in the relevant subcategory achieved with regard to the HAP." *U.S. Sugar*, 830 F.3d at 628 (emphasis added). This reflects the Clean Air Act's fundamental requirements that: (1) EPA's § 112(d) emission standards for a source category must include limits for each hazardous air pollutant that category emits; and (2) all limits promulgated under § 112(d) must fully satisfy the stringency requirements in § 112(d)(2)-(3) – *i.e.*, must require the "maximum" degree of reduction that is "achievable" considering cost and, regardless of cost, be no less stringent than the emission levels of a hazardous air pollutant "achieved" by the relevant best performing sources. 42 U.S.C. § 7412(d)(2)-(3). As the D.C. Circuit has explained repeatedly, "if EPA looks only to [the surrogate], but HAPs are reduced [in another] way that does not reduce [the surrogate], the best achieving sources, and what they can achieve with respect to HAPs, might not be properly identified." *Id.* at 628-629 (emphasis added) (quoting *Sierra Club v. EPA*, 353 F.3d 976, 984 (D.C. Cir. 2004)). Thus, EPA must demonstrate any surrogate it chooses "accomplish what the statute plainly requires" – *i.e.*, emission standards for organic HAPs at the average level achieved by the best performers *with regard to those HAPs*." *U.S. Sugar*, 830 F.3d at 628.

Here, EPA has not shown that its CO standards reduce organic hazardous air pollutants to the levels achieved by the best performers with regard to those HAPs. To the contrary, the emissions of CO are not "closely related to" emissions of organic HAPs. *Id.* Further, the record makes clear that there are measures that

reduce organic hazardous air pollutants without reducing CO and that there are measures that reduce CO without reducing at least some organic HAP. *Id.* at 628-29.

Further, it is undisputed that there are measures to reduce organic hazardous air pollutants that do not reduce CO. As EPA itself found in the record for this rulemaking, boilers can and do achieve reductions in at least one organic hazardous air pollutant, polycyclic organic matter ("POM"), through means that have nothing to do with lowering CO emissions: "various post-combustion controls," including "fabric filter[s], "wet scrubber[s]," and "activated carbon injection." 76 Fed. Reg. at 15,653/3-54/1; 75 Fed. Reg. at 32,042/1. More recently, EPA has found that activated carbon injection in particular reduces emissions of all organic hazardous air pollutants by between 80 and 90 percent. 85 Fed. Reg. 42,074, 42,090 (July 13, 2020). EPA does not claim that activated carbon injection reduces emissions of CO. Nor does EPA claim that fabric filters or wet scrubbers reduce emissions of CO.

Moreover, the record shows that combustion controls – the measure on which EPA bases its claim that CO is a valid surrogate – can reduce emissions of CO without reducing emissions of at least some of the organic hazardous air pollutants that Industrial Boilers emit. As noted previously, combustion, at the molecular level is messy – involving bond-breakage and reformation; governed by many variables including local temperatures and concentrations of many molecules and their fragments; the kinetics of hundreds of reactions involving combinations of tens of reactants. Thus, it is not possible to "control" combustion at the detailed level in any real system. Only gross variables such as amounts of overall excess air and how air and fuel are mixed can be controlled, and even that, up to a point. Thus, as seen in the CO/formaldehyde example above, combustion controls do not affect CO or organic HAPs in the same manner – and therefore cannot and do not "control" or reduce organic HAPs and CO in the same manner.

Although EPA now acknowledges some of the control measures that reduce organic hazardous air pollutants without reducing CO, the agency argues that it should be allowed to ignore them. There are several flaws in EPA's new arguments.

First, EPA does not even mention two technologies it has already recognized to reduce emissions of POM without impacting emissions of CO, wet scrubbers and fabric filters. Thus, even if the rest of EPA's arguments could be accepted at face value – which they cannot – they would not show that CO is a valid surrogate.

Second, the arguments that EPA now advances for dismissing the impacts of activated carbon injection are statutorily irrelevant and, in any event, belied by the agency's statements elsewhere. EPA claims carbon adsorption does not readily adsorb highly volatile organic pollutants and, therefore, carbon adsorption is not typically used for controlling emission streams that contain such pollutants. 85 Fed. Reg. at 52,211. In the same vein, EPA argues that "recovery" devices generally – *i.e.*, all control measures other than combustion controls – "are not applicable on all organic HAP." *Id.* (emphasis added). Such claims boil down to an argument that because activated carbon injection is not equally useful in reducing all organic hazardous air pollutants, including the highly volatile ones, EPA is free to ignore the fact that it undisputedly is effective in reducing some organic hazardous air pollutants. That argument reflects a serious misunderstanding of the test for a valid surrogate. As long as activated carbon injection reduces some organic hazardous air pollutants – as it undisputedly does – CO is not a valid surrogate for those hazardous air pollutants. In any event, EPA has found elsewhere that activated carbon injection does reduce all organic hazardous air pollutants, including volatile organic hazardous air pollutants, by 80 to 90 percent. 85 Fed. Reg. at 42,090. That finding directly refutes the claim in its proposed response to the remand that carbon does not adsorb highly volatile organic hazardous air pollutants.

Third, EPA's CO standards do not "eliminate" organic HAP emissions "altogether," as the *U.S. Sugar* Court made clear they must if CO is to be a valid surrogate despite the fact that boilers achieve reductions in organic HAP emissions through means unrelated to CO control. 830 F.3d at 629.

Fourth, EPA's argument that controls are not "effective" on organic HAPs from boilers because boilers have allegedly emission streams with relatively low organic HAP concentrations is both belied by the record and irrelevant. EPA has recognized that activated carbon injection does reduce Industrial Boilers' emissions of POM. 76 Fed. Reg. at 15,653/3-54/1; 75 Fed. Reg. at 32,042/1. Likewise it has found that carbon reduces organic HAPs generally by between 80 and 90 percent. 85 Fed. Reg. at 42,090. These findings refute the notion that carbon is not "effective" in doing reducing organic HAPs. Notably, EPA provides no basis to believe that carbon is not effective at low concentrations. Carbon adsorption is widely used to accumulate (over time) small concentrations of air pollutants such as organic HAP, thereby removing them from the exhaust stream. Examples of this, in small scale, include charcoal filters in face masks and respirators, widely used for occupational safety. Thus, carbon or activated carbon

adsorption is effective at treating very low concentrations of organic HAP. Moreover, EPA's attempt to refocus the inquiry from whether CO is a reasonable surrogate for all of the organic hazardous air pollutants that Industrial Boilers emit into an inquiry into whether various control technologies are "effective" misses the point. If a control measure reduces emissions of a given hazardous air pollutant at all, the boilers using that measure will achieve lower emission levels as a result. EPA's emission standards for each hazardous air pollutant must require the maximum degree of reduction that is achievable and, at a minimum, reflect the emission levels actually achieved by the units that are best performing. 42 U.S.C. § 7412(d)(2)-(3). Thus, EPA's assumption that, when it picks surrogates, it can ignore control measures that undisputedly reduce emissions of the target hazardous air pollutants just by claiming they are not "effective" disregards the basic principle the D.C. Circuit has now articulated repeatedly: "if EPA looks only to [the surrogate], but HAPs are reduced [in another] way that does not reduce [the surrogate], the best achieving sources, and what they can achieve with respect to HAPs, might not be properly identified." *U.S. Sugar*, 830 F.3d at 628-629 (emphasis added) (quoting *Sierra Club*, 353 F.3d at 984). The whole point of the floor language in § 112(d)(3) is to require limits that reduce emissions to the levels achieved by the best sources no matter how those levels are achieved or how EPA regards the factors that influence those sources' emissions. "There is no "close enough" exception to the requirement that EPA's MACT floors limit emissions to the full extent shown to be achievable by the best-performing sources; to the contrary, the Act's MACT provisions instruct EPA to "maximize" the reduction in emissions, up to and including "a prohibition on such emissions, where achievable." *Sierra Club*, 884 F.3d at 1196. Industrial Boilers that are using control measures such as activated carbon injection are achieving lower emissions of at least some organic hazardous air pollutants regardless of whether EPA regards the reductions achieved through the use of such controls to be "effective."

Fifth, although EPA does not say what it means by "effective," the agency appears to be referring to a percentage reduction of all the organic hazardous air pollutants in a unit's emission stream. That concept of effectiveness is doubly irrelevant in these circumstances, where the agency is claiming that CO is a valid surrogate for the many very different organic hazardous air pollutants that boilers emit. Many of organic hazardous air pollutants that boilers emit are – like dioxins – emitted at very low levels and toxic at very low levels. These pollutants include, at a minimum, polychlorinated biphenyls (PCBs) and POM. Control technologies that capture these extremely dangerous hazardous air pollutants may not be "effective" in the sense EPA uses that term – *i.e.*, in terms of the percentage of total organic hazardous air pollutants they remove by volume – but, nonetheless, they

significantly affect emissions of these pollutants without having any effect on emissions of CO.

Sixth, EPA's argument that "none of the best performing units employ any addon alternative control device for controlling organic HAP," 85 Fed. Reg. at 52,211 (emphasis added), reflects an understanding of § 112(d) that the D.C. Circuit rejected long ago. As the D.C. Circuit explained, "[t]he Clean Air Act requires the EPA to set MACT floors based upon the 'average emission limitation[s] achieved'; it nowhere suggests that this achievement must be the product of a specific intent.'" *Sierra Club v. EPA*, 479 F.3d 875, 883 (D.C. Cir. 2007) (quoting *National Lime Ass'n v. EPA*, 233 F.3d 625, 643 (D.C. Cir. 2000)). Because EPA must set floors for a hazardous air pollutant without regard to whether there is any "deliberate strategy" to reduce that pollutant, *Sierra Club*, 479 F.3d at 883, it does not matter whether EPA thinks that boilers are using "any addon alternative control device for controlling organic HAP," 85 Fed. Reg. at 52,211 (emphasis added). As long as some units are using a device that controls any organic hazardous air pollutant – whether they are doing so deliberately to control that pollutant or not – those units' emissions of at least some organic hazardous air pollutants will be affected by the use of that control technology. And as long as some units emissions are affected by a control measure that does not impact CO emissions, CO is not a valid surrogate. Significantly, EPA admits that "[m]any industrial boilers and process heaters employ post combustion controls for PM, acid gases, and/or Hg…" *Id.* Because Industrial Boilers are using these technologies and because they undisputedly do reduce emissions of at least some organic hazardous air pollutants, EPA's assumption that it can pick CO as a surrogate based solely on its belief that combustion-based controls are more commonly or typically used or more effective in reducing other organic hazardous air pollutants or organic hazardous air pollutants in the aggregate is flatly unlawful and arbitrary.

Seventh, EPA once again ignores that the materials burned in boilers also affect the boilers' organic HAP emissions without having the same effect on CO emissions. *See* Yiannisa, *et al.*, On the Correlation of CO and PAH Emissions from the Combustion of Pulverized Coal and Waste Tires, EPA-HQ-OAR-2002-0058-3856, att.2. The record shows that, "as furnace gas temperature increased the PAH yields … decreased drastically, while the CO yields increased." *Id.* at 3767. It also shows that switching fuels, from tires to coal, causes boilers' PAH emissions to decrease by an order of magnitude while causing only a small decrease, if any, in carbon monoxide emissions. *Id.* at 3769 fig.2, JA0490 (showing "PAH" emissions

decreasing from between 0.0 and 9.0 milligrams per gram of fuel consumed (mg/g) to between 0.0 and 0.8 mg/g, while "CO" emissions remain relatively stable).

Lastly EPA claims that, although "[m]any industrial boilers and process heaters employ post combustion controls for PM, acid gases, and/or Hg, … these addon controls do not affect emissions of CO or non-dioxin organic HAP." *Id.* Although that claim is true with regard to CO, it is belied by the record and simply false with regard to non-dioxin organic HAP. EPA has admitted in the record for this rulemaking and elsewhere that the addon controls that sources use for control of PM, acid gases, and mercury – including fabric filters, wet scrubbers, and activated carbon injection – do reduce organic hazardous air pollutants.

**B. EPA's New Claim That Its 130 ppm CO Standard Satisfies § 112(d)(3) Contravenes The Clean Air Act.**

In *Sierra Club*, the D.C. Circuit found that EPA's decision to inflate 15 CO standards from the levels actually achieved by the relevant best performing boilers (as calculated by EPA) to 130 ppm was arbitrary. 884 F.3d at 1194-1198. Assuming for the purposes of its decision that CO was a valid surrogate, the Court found that EPA's CO standards did not have to reflect the CO levels achieved by the units that are best performing with respect to CO so long as the hazardous air pollutants for which CO is a surrogate are "effectively nonexistent – or in any event cannot be further reduced – when a boiler's CO emissions are below 130 ppm." *Id.* at 1194. However, as the Court explained, EPA made no such showing. EPA sought to rely on data allegedly showing a relationship between formaldehyde emissions that, as the Court noted, the agency itself determined to be "untrustworthy." *Id.* at 1195.

In its proposed response to the remand, EPA seeks to provide the showing that it failed to provide originally. Instead, the record merely confirms that EPA cannot provide such a showing. 85 Fed. Reg. at 52,211-52,212. The data do not support either a claim that organic HAPs are "effectively nonexistent" when CO levels are below 130 ppm or that organic HAPs cannot be further reduced when CO levels are below 130 ppm. Indeed, the record conclusively refutes those claims.

The record makes entirely clear that emissions of organic hazardous air pollutants are not "effectively nonexistent" when emissions of CO are below 130 ppm, *Sierra Club* 884 F.3d at 1194. First, EPA's formaldehyde emissions data show that there are significant formaldehyde emissions at CO levels below 130 ppm – at 2 ppm or more even with the limited data set available. The other studies

on which EPA seeks to rely merely confirm this point. The study of polycyclic aromatic hydrocarbons (PAH) on which EPA seeks to rely (*id.* at 52,212 n.11), *Organic Atmospheric Pollutants: Polycyclic Hydrocarbons from Coal Atmospheric Fluidised Bed Combustion (AFBC),* A.M Mastral, M.S. Callen, R. Murillo, and T. Garcia, Instituto de Carboquimica, 1999, EPA-HQ-OAR-2002-0058-3959, merely confirms that there are significant PAH emissions even at very high levels of excess air (as high as 40%) when CO levels would be expected to be very low. This data shows that gaseous PAH emissions actually increase with increasing excess air as it is increased from 20% to 40% - when CO levels would be dropping. The results of testing conducted at its Multipollutant Control Research Facility (MPCRF) (cited at 85 Fed. Reg. at 52,212-52,213) confirm that organic HAP emissions are not "nonexistent" when CO levels are at or below 130 ppm and that they are not correlated with CO. Other PAH data in the record – which EPA chooses not to mention – illustrate the same point.

Nor is it remotely true that organic hazardous air pollutants "cannot be further reduced" when CO levels are below 130 ppm, *Sierra Club*, 884 F.3d at 1194. As EPA itself has recognized all organic HAP emissions can be reduced with activated carbon injection, and some organic HAP emissions can also be reduced with other end-of-stack controls, including fabric filters and wet scrubbers. Therefore, as long as organic hazardous air pollutants still exist in emissions at CO levels below 130 ppm – as the record makes plain they do – they can be further reduced. In short, because organic HAP emissions are neither effectively nonexistent nor insusceptible to further reduction when CO levels are below 130 ppm, EPA's 130 ppm CO standards are unlawful and arbitrary and fail the *Sierra Club* test.

Even assuming those problems could be overlooked, EPA's 130 ppm CO standard is still arbitrary. The relationship between CO and organic hazardous air pollutants on which EPA seeks to rely simply does not exist, and EPA's own data confirm this point. EPA cannot say that <u>any</u> particular CO level will ensure that organic hazardous air pollutant emissions are effectively eliminated or insusceptible to further reductions, let alone that 130 ppm is that level.

EPA devotes much space in the proposal trying to explain away its own previous characterization of the relationship between CO and organic HAPs as untrustworthy. 85 Fed. Reg. at 52,212-52,213.

EPA argues that it was not actually disparaging the relationship between its CO and formaldehyde emissions when it informed the court that its data were

"untrustworthy," *Sierra Club*, 884 F.3d at 1195. Instead, EPA now claims, it was merely "referring to the formaldehyde measurements and, thus, to the decision to set a CO standard instead of a formaldehyde standard." 85 Fed. Reg. at 52,212. On its face, that claim makes no sense. If EPA's formaldehyde data are untrustworthy, they cannot support anything and certainly cannot support EPA's claims about a relationship between emissions of CO and formaldehyde. Further, even if EPA's new claim were true and not nonsensical, it completely misses the point. EPA's formaldehyde and CO data plainly show that the relationship between CO and formaldehyde emissions is virtually nonexistent.

EPA also argues that it chose the 130 ppm CO limit because it had used a similar limit in its § 112 rule for hazardous waste combustors (HWC), a rule in which it had also selected CO as a surrogate for organic hazardous air pollutants and claimed that its limit was protective of human health and the environment. *Id.* EPA's use of an unreasonable surrogate in one rulemaking does not make that surrogate reasonable in subsequent rulemakings. Nor does EPA's alleged belief that the CO standard it set in the HWC rulemaking – a rule that is also subject to a remand from the D.C. Circuit – was protective of public health and the environment mean that EPA's CO standard in its boilers rule either eliminates organic HAP emissions or reduces them to a point below which they cannot be further reduced.

EPA next seeks support from the Mastral study of emissions of CO and PAH that, it states, "provide[s] a possible explanation" for the fact that formaldehyde emissions actually increase as CO levels decrease below 200 ppm. 85 Fed. Reg. at 52,212. EPA's speculation about what might explain record evidence refuting its claims does not make those claims reasonable.

EPA's discussion of the MPCRF data is similarly unhelpful to the agency's argument. The data EPA cites show the absence of a reliable relationship between CO and organic HAPs at CO levels below 130 ppm, and EPA is left to admit "[t]he MPCRF does not present any explanation on why these trends were observed" and that "[n]either the PAH study nor the MPCRF study provide an explanation for the phenomenon observed in these studies." *Id.* at 52,213. Figures 4-11 through 4-32 in the MPCRF study show that organic HAPs are present in the emission stream at CO levels at or below 130 ppm and that there is no reliable relationship between CO emissions and organic HAP emissions.

EPA argues that its formaldehyde data are not "imprecise and, thus, unreliable" because they "reflect the variability (scatter) of organic HAP emissions

when each data point is from a different unit" … [w]hereas, the organic HAP emission results presented in the two studies, which were measured at similar low concentrations, are from tests conducted on a single unit at varying CO levels." 85 Fed. Reg. at 52,213. That argument actually illustrates another reason why CO is not a valid surrogate and 130 ppm CO levels do not satisfy the *Sierra Club* test. So long as organic HAP levels exist and are susceptible to further reduction at some units, emissions of organic HAPs from sources in this category are neither nonexistent nor insusceptible to further reduction. In any event, the Mastral study and MPCRF data merely confirm the absence of any reliable relationship between CO and organic HAPs and the reality that organic HAPs remain in boilers emissions – where they are susceptible to further reduction – even when CO emissions are below 130 ppm.

EPA argues that a CO level of 137 ppm is the average CO level of the units that were best performing with respect to formaldehyde. *Id.* That does not make the CO standard lawful or reasonable. *Sierra Club* makes clear that EPA may avoid setting CO standards at the levels achieved by the sources that are best performing with respect to CO only if all the target organic HAPs are either non-existent or insusceptible to further reduction. EPA's claim does not show that emissions of formaldehyde are either nonexistent or insusceptible to further reductions at this point. Moreover, the sources that are achieving those formaldehyde levels may be doing so through means unrelated to controlling CO levels – for example by using end-of-stack controls such as activated carbon or by burning clean fuels. If that is true, those same units might record the same formaldehyde levels in subsequent tests but completely different CO levels. Further, EPA does not even mention any of the many other organic hazardous air pollutants for which EPA claims CO is a surrogate. EPA's CO standard cannot pass muster unless none of these HAPs remain in the boilers emissions or none of them are susceptible to further reduction. EPA does not even claim that is so. Nor could possibly make such a claim, given that different organic HAPs are formed, emitted, and controlled differently.

EPA does not even claim that formaldehyde is a surrogate for other organic HAPs, or that the best performing sources with respect to formaldehyde are the best performing sources with respect to other organic HAPs and, in any event, the record contains nothing to support such a claim. For this reason as well, EPA's assertion that its 130 ppm CO standards are in the same range as the CO levels achieved by boilers that are best performing for formaldehyde (in some unexplained sense) is irrelevant. Even if EPA did claim that formaldehyde was a surrogate for other organic HAPs, the agency has not demonstrated that

formaldehyde emissions allow EPA (or anyone else) to identify the best performing sources with respect to all other organic HAPs, what those sources are achieving with respect to all other organic HAPs, and what degree of emission reduction can be achieved with respect to organic HAPs. Moreover, there is strong reason to conclude that formaldehyde would not be a valid surrogate for other organic HAPs, including:

- Formaldehyde is a relatively simple and volatile organic compound that can be destroyed in the combustion process before it is emitted. In this respect, formaldehyde is very different than much heavier and more complex organic hazardous air pollutants, such as polychlorinated biphenyls (PCBs) and polyaromatic hydrocarbons (PAHs). Unlike formaldehyde, these (and other) organic hazardous air pollutants often survive the combustion process, and can actually be created in the combustion process or directly downstream of the combustion process. Combustion practices that reduce emissions of PCBs and PAHs, such as using extremely temperatures can increase emissions of CO. EPA-HQ-OAR-2002-0058-3856, att.2 at 3767 ("as furnace gas temperature increased the PAH yields … decreased drastically, while the CO yields increased.").
- Emissions of some organic hazardous air pollutants such as PAH are affected by the type of fuel that a boiler burns. The record already shows that switching fuels, from tires to coal, causes boilers' PAH emissions to decrease by an order of magnitude while causing only a small decrease, if any, in carbon monoxide emissions. EPA-HQ-OAR-2002-0058-3856, att.2 at 3769 fig.2, (showing "PAH" emissions decreasing from between 0.0 and 9.0 milligrams per gram of fuel consumed (mg/g) to between 0.0 and 0.8 mg/g, while "CO" emissions remain relatively stable). The record does not show a similar relationship between the use of these (or other fuels) and formaldehyde emissions and, indeed, EPA claims that formaldehyde emissions are closely related to CO emissions (at least at levels above 130 ppm), confirming that emissions of formaldehyde and other organic hazardous air pollutants are not affected in the same way by differing fuels.
- If formaldehyde is emitted, it is emitted as a gas. Other organic hazardous air pollutants, such as PCBs and PAH are emitted as particles. These organic HAPs, unlike formaldehyde, can be captured by particulate matter

> as well as by a combination of particulate matter controls and activated injection. EPA-HQ-OAR-2002-0058-2937 (ICAC COMMENTS) at 21. Indeed, EPA itself has stated that "as byproducts of combustion, the formation of PCBs and POM is effectively reduced by the combustion and post-combustion practices required to comply with the CAA section 129 standards. Any PCBs and POM that do form during combustion are captured by the combination of spray dryer, PM control, and ACI system, which are necessary post-combustion MWC controls. The combination of spray dryer, PM control, and ACI greatly reduces emissions of these organic pollutants, as well as reducing Hg emissions. 75 Fed. Reg. 75,348, 75,356 (December 19, 2005) (emphasis added). *See also* 79 Fed. Reg. 74,656, 74,678 (December 16, 2014) (*citing* 75 Fed. Reg. at 75,356); Sahu Comments, Ex. A hereto, at 5-6. For this reason as well, formaldehyde emissions do not identify the best performers with respect to other organic HAPs and vice versa.

In short, apart from the fact that EPA has neither shown nor even claimed that formaldehyde is a surrogate for either CO or for other organic HAPs, the record shows it would not be a reasonable surrogate. And absent a demonstration that formaldehyde is a valid surrogate for CO as well as other organic HAPs, EPA's claims that a CO level of 130 ppm is in the same range as the average CO level achieved by sources in the top 12 percent for formaldehyde is irrelevant.

Further, even if EPA had demonstrated that formaldehyde is a valid surrogate for CO and for all the other organic HAPs that boilers emit – which it has not – the agency has not demonstrated that its 130 ppm CO floors reflect the average formaldehyde emission levels achieved by sources with the lowest formaldehyde emissions in each subcategory. It is well established that EPA must support its floors by demonstrating with substantial evidence, not mere assertions, that they reflect the average emission level actually achieved by the relevant best performers. In this proposal, EPA does not even identify the sources that are best performers with respect to formaldehyde, let alone show how 130 ppm is a reasonable estimate of the average CO levels these sources have achieved. In particular, EPA does not identify the sources for which it has formaldehyde information, or even claim that it has formaldehyde emissions data for sources in all the subcategories it created. As shown above EPA inflated its CO standard from the level putatively achieved by the best performers to 130 ppm for at least 15 subcategories. For each of these subcategories, EPA would need to identify the

relevant best performers with respect to formaldehyde and then show that the average CO emission level achieved by these sources is 130 ppm. The agency has not done so. It is not clear whether EPA even has formaldehyde data for boilers in all the subcategories for which it set the inflated 130 ppm standard. EPA appears instead to have taken the top 12% of all of its emissions data for all of its boilers together, in an undifferentiated way. EPA does not explain why, given that it did not set a single floor for all boilers, it now thinks that any average emission level by an alleged top 12 percent of all boilers – for any pollutant – is even relevant to its floor calculations. Had EPA looked at the best performing 12 percent of sources or best 5 sources with respect to formaldehyde for each of the subcategories it created (assuming the agency even had formaldehyde emissions information for boilers in each of those subcategories) the agency would have identified completely different best performers with different formaldehyde emission levels and different CO levels. The statute does not suggest, and EPA does not claim, that a floor is lawful and reasonable so long as it is in the same range as the emission level achieved by the best performers. Further, EPA could not claim even that CO emissions for the top 12 percent of sources with respect to formaldehyde are in the same range as EPA's fabricated 130 ppm floors without adopting a completely different approach to calculating floors that it used for all other standards. EPA does not explain why it chose to consider the mathematical average of CO emissions given its rejection of this same approach – in favor of its "upper prediction limit" – for every other standard in the boilers rule.

Even assuming *arguendo* that 130 ppm does reflect the CO level associated with the organic HAP average emission level achieved by the relevant best performers in each of the subcategories for which EPA inflated the floor to 130 ppm, EPA's decision to require only that sources not exceed 130 ppm would still be unreasonable and arbitrary. EPA's rationale for the 130 ppm standard is that, as CO levels increase above 130 ppm or decrease below 130 ppm, formaldehyde levels increase. If that rationale is correct, then CO levels that are <u>either higher or lower</u> than 130 ppm would correspond to formaldehyde emissions that are worse than those achieved by the best performers with respect to formaldehyde. Only emission levels <u>equal to</u> 130 ppm would correspond to the relevant best performers' formaldehyde emissions. Thus, it would not suffice for EPA's floor standard to require that boilers keep their CO emissions below 130 ppm; it would have to require that they keep their CO emissions at 130 ppm, neither above nor below. EPA does not even grapple with this fact, and the agency offers no explanation for setting floors that allow sources to operate with CO levels lower than 130 ppm and thus, by EPA's own logic, to emit more than the average

formaldehyde emission level achieved by the boilers EPA now claims to be the best performers.

EPA's new attempt to justify its 130 ppm CO standards by claiming they are in the same range as the top 12% of its formaldehyde data also raises questions about all the subcategories for which EPA's floors purport to be based on the alleged best performers for CO and are higher than 130 ppm. If EPA's CO floors are meant to correspond to the best performers for formaldehyde, then those (higher-than-130 ppm) floors are unlawful and arbitrary because they do not even purport to correspond to any sources formaldehyde emissions. Nowhere does EPA explain its inconsistent approach to setting CO floors for different subcategories.

EPA's new claims open questions about EPA's failure to set final CO standards at 130 ppm or, at least, at some level lower than the CO floors that exceed 130 ppm. If CO floors are meant to correspond to the best performers for formaldehyde then, presumably, final standards – whether CO standards or formaldehyde standards – should reflect the "maximum" degree of reduction in formaldehyde emissions that is "achievable." Yet, EPA has not determined or even attempted to determine the "maximum" degree of formaldehyde reduction that is "achievable" under § 112(d)(2), and its CO standards do not purport to be correlated to any such level. Accepting EPA's new floor rationale *arguendo*, the agency's failure to determine the maximum achievable degree of formaldehyde emissions for all subcategories and translate that to a CO floor is unlawful. Further, the unexplained inconsistency between EPA's new rationale for the CO floors it inflated to 130 ppm and the agency's failure to even consider beyond-the-floor standards where its CO floors are higher than 130 ppm is arbitrary and capricious.

## II. EPA'S REVISED FLOORS ARE UNLAWFUL AND ARBITRARY.

*U.S. Sugar* found that many of EPA's floors were flatly unlawful because EPA had excluded best performing units from its floor analysis. Underscoring the seriousness of EPA's violation of the Clean Air Act, the Court initially "vacate[d] the MACT standards for all major boiler subcategories that would have been affected had the EPA considered all sources included in the subcategories." 830 F.3d at 632. EPA then petitioned for rehearing on remedy. Without contesting the seriousness of the rule's defects, EPA asked that the defective standards be remanded without vacatur so that some protection against boilers' toxic pollution would remain in place while EPA addressed the defects the Court had identified in the boilers rule. EPA's Petition for Panel Rehearing as to Remedy, U.S. Sugar v.

EPA, D.C. Cir. No. 11-1108. The Court granted that petition, which was supported by the environmental petitioners in that case.

In its rehearing petition, EPA expressly acknowledged that "Existing sources covered by the Rule have been required to be in compliance since January 31, 2016…" *Id.* at 12. Now, without providing any statutory basis or explanation for its decision, EPA announces in its proposed response to the remand that it will recalculate the defective floors based exclusively on pre-compliance emissions data even though – as the agency is well aware – all boilers have been in compliance with the remanded emission standards since 2016. Although EPA has more than three years of compliance data showing that every boiler in every category is achieving emission levels that are at or below the levels of the current limits, the agency proposes to ignore these data in favor of obsolete pre-compliance data from 2013 and before.

EPA's approach violates Clean Air Act §§ 112(d)(3), which provides that floors must be no less stringent than the average emission level achieved by the relevant best performing sources. Now that EPA has identified new sets of best performers for the defective standards, the agency must set floors that reflect the average emission level these sources have achieved. 42 U.S.C. § 7412(d)(3). EPA's proposed floors do not purport to meet this requirement. At best they reflect what these sources may have achieved several years ago before they took steps to meet the current standards. Nothing in the statute even suggests that Congress intended EPA to base floors on obsolete data reflecting inferior performance that sources achieved many years ago.

To the contrary, it makes clear that Congress wanted limits that reflect the best levels that can be achieved. First, § 112(d) expressly provides "[e]missions standards promulgated under this subsection and applicable to new or existing sources of hazardous air pollutants <u>shall</u> require the maximum degree of reduction in emissions…" and that "[t]he maximum degree of reduction in emissions that is deemed achievable for new sources in a category or subcategory <u>shall not</u> be less stringent than…" 42 U.S.C. § 7412(d)(2)-(3) (emphasis added). Thus, it makes plain that any standards promulgated under § 112(d) must satisfy § 112(d)(2)-(3). When EPA recalculates floors in response to the remand and promulgates revised standards, it is promulgating standards under § 112(d). Accordingly, these standards must fully satisfy § 112(d)(2)-(3).

Second, floors that do not reflect the emission level actually achieved by the relevant best performing sources are unlawful. That is true whether EPA chooses

to exclude the best performing sources from its floor calculations as it did in the previous boilers rulemaking or whether EPA excludes data showing what the best performing boilers have actually achieved, as it proposes to do now. Significantly, § 112(d)(3) is a "floor" provision because it establishes a statutory minimum floor for the "maximum" "achievable" degree of reduction under § 112(d)(2). Because it provides a floor for the "maximum" degree of reduction that is "achievable," § 112(d)(3) is necessarily focused on what the best sources are achieving now as an indicator of the maximum achievable reductions, not a meaningless exercise to identify the inferior levels of performance they were achieving long ago before they implemented pollution control measures.

Third, § 112(d)(3) itself makes clear that the only data that are too current are those from sources that "within 18 months before the emission standard is proposed or within 30 months before such standard is promulgated, whichever is later, first achieved a level of emission rate or emission reduction which complies, or would comply if the source is not subject to such standard, with the lowest achievable emission rate (as defined by section 7501 of this title) applicable to the source category and prevailing at the time, in the category or subcategory for categories and subcategories with 30 or more sources…" 42 U.S.C. § 7412(d)(3)(A). By expressly excluding those sources, Congress made plain that it did not intend either to silently exclude sources that came into compliance with § 112(d) standards more than three years ago, or to exclude the emissions data showing what these sources have achieved and can achieve.

Fourth, § 112(d)(3)'s reference to what the best source achieves "in practice" confirms that Congress wanted floors to reflect what the best sources are achieving now, not what they were achieving long ago before they improved their emission control practices.

Egregiously unlawful are the six limits that EPA proposes to weaken. All of the units subject to these limits have been in compliance with them for more than three years. Plainly, all of them have "achieved" these limits consistently. Therefore, any standards that are less stringent than these limits do not reflect the average emission levels actually achieved by the relevant best performing units among them.

Even if EPA's floors are not flatly unlawful, they are unreasonable and arbitrary. Nowhere does EPA provide any explanation – let alone a rational one – for choosing to use pre-compliance data when it knows that all the relevant boilers have been in compliance with the existing standards for almost four years and that

there are abundant emissions data to show what they are achieving. EPA's regulations required every boiler to demonstrate compliance by conducting performance tests in 2016 and annually thereafter. 40 C.F.R. § 63.7510, § 63.7515. Thus, EPA already has performance data for every boiler, or could easily get it, without ordering any further testing. Moreover, EPA does consider post-compliance data selectively – making even clearer that it has no principled basis for excluding the vast majority of these data. First, EPA considers newer data provided by the American Forest & Paper Association. 85 Fed. Reg. at 52,203. Second, EPA considers new data in the beyond-the-floor context. *Id.* at 52,208-52,209.

To the extent EPA assumes that the remand in *U.S. Sugar* either directs it or allows it to consider only pre-compliance data – although the agency articulates no such claim – EPA is incorrect. The remand in *U.S. Sugar* requires EPA to recalculate the floors for the standards the Court found defective. EPA has never issued lawful emission standards for boilers and, if EPA finally promulgates lawful limits in response to the remands in *U.S. Sugar* and *Sierra Club*, it will have done so for the first time. When EPA calculates floors and sets revised standards in response to the remand, it is promulgating standards under § 112(d). The Clean Air Act makes clear that any standards promulgated under § 112(d) must satisfy the stringency requirements in § 112(d)(2)-(3) by providing that "[e]missions standards promulgated under this subsection and applicable to new or existing sources of hazardous air pollutants <u>shall</u> require the maximum degree of reduction in emissions…" and that "[t]he maximum degree of reduction in emissions that is deemed achievable for new sources in a category or subcategory <u>shall not</u> be less stringent than…" 42 U.S.C. § 7412(d)(2)-(3) (emphasis added).

To the extent EPA seeks to rely on a claim that it does not have post-2013 data – and again it bears emphasis that EPA does not articulate any such claim – the record shows that, in fact, EPA either has these data or can obtain them. EPA indicates that, in evaluating beyond the floor standards, EPA states "we reviewed the compliance data available to the EPA through the Compliance and Emissions Data Reporting Interface (CEDRI) and WebFIRE 6 and compared these data to the emission limits in the January 2013 final rule to assess whether those more stringent limits were being achieved in practice." 85 Fed. Reg. at 52,208. EPA explains that "[d]ata is submitted to CEDRI by regulated entities to EPA in order to meet electronic reporting requirements of 40 CFR part 60 subpart DDDDD. These reports include performance tests, CEMS relative accuracy test audits, notifications of compliance status reports, among other items. WebFIRE displays these reports to the public and can be searched by regulatory subpart or boiler

process type (*e.g.*, fuel type, boiler size).” *Id.* Even more fundamentally, EPA has an obligation under *U.S. Sugar* and § 112 to set limits that reflect the average emission levels achieved by the relevant best performing sources. To the extent setting these limits requires EPA to use its ample authority to gather additional data, the agency must do so. It cannot nullify its statutory obligation or sabotage the process by failing or refusing to gather the data it needs. As *U.S. Sugar* makes clear, when EPA has an unambiguous statutory mandate to set emission standards, it is necessarily “obligated to collect the data it need[s] to do so. 830 F.3d at 644.

It is commendable that EPA chose to limit the damage from its floor approach by setting beyond-the-floor standards in 16 instances where the newly calculated floors would be less stringent than the existing standards. EPA’s beyond-the-floor approach does not satisfy § 112(d)(2), however.

Section 112(d)(2) requires the “maximum” degree of reduction that is “achievable” consider cost and other factors through the full range of potential reduction measures. 42 U.S.C. § 7412(d)(2). When EPA promulgates new limits, as it proposes to do in this rulemaking, the agency must fully satisfy these requirements. Instead, EPA’s proposal looks only to whether the newly recalculated floors are less stringent than the emission levels that all the boilers in the category (or some overwhelming proportion of them) are already achieving. 85 Fed. Reg. at 52,208-52,209. In these instances EPA reasoned that moving to a less stringent standard would not save any money for industry and, if “no additional costs would be incurred to meet the more stringent limits,” the agency concluded that beyond-the-floor standards would be “cost-effective.” *Id.* at 52,208. To be sure the existing limits are plainly achievable because every boiler in every category has been meeting them for over three years, and EPA is correct to recognize that the current limits are therefore achievable and to set beyond-the-floor limits that are more stringent than the floors. That said, EPA’s analysis does not even inquire into what the “maximum” achievable reductions are. For example, EPA does not determine what additional levels of reduction are achievable through the use of cleaner fuels or control technologies. EPA does not claim that such reductions are not “achievable” for either technical or cost reasons; EPA simply ignores them. Accordingly, EPA’s standards do not purport to satisfy § 112(d)(2).

Trinity Consultants
919 Lake Baldwin Ln, Ste B, Orlando, FL 32814 / P 407.982.2891 / trinityconsultants.com

October 23, 2020

Federal eRulemaking Portal
https://www.regulations.gov/

*RE: Docket ID No. EPA-HQ-OAR-2002-0058*
*United States Sugar Corporation's Comments Regarding EPA's August 24, 2020 Proposed Amendments to the National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters (85 FR 52198)*

On behalf of United States Sugar Corporation (U.S. Sugar), Trinity Consultants, Inc. (Trinity Consultants) is providing comments to the Environmental Protection Agency's (EPA's) proposed rule *National Emission Standards for Hazardous Air Pollutants (NESHAP) for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters; Amendments* at 85 Federal Register (FR) 52198, August 24, 2020. This letter contains comments regarding two areas of the proposed amendments:

- Proposed retroactive application of proposed "new" source limits to units for which construction commenced prior to the publication of the proposed rule in the FR, and
- Proposed revision to the Maximum Achievable Control Technology (MACT) Floor Emission Limit for hydrogen chloride (HCl) from new solid fuel units.

## OVERVIEW OF U.S. SUGAR BOILERS

U.S. Sugar operates a sugar mill and refinery in Clewiston, Hendry County, Florida. Sugarcane is harvested from agricultural fields in Glades, Hendry, Martin, and Palm Beach counties and transported to the mill by train. In the mill, sugarcane is cut into small pieces and processed in a series of presses to squeeze juice from the cane. The juice undergoes clarification, separation, evaporation, and crystallization to produce raw, unrefined sugar. In the refinery, raw sugar is decolorized, concentrated, crystallized, dried, conditioned, screened, packaged, stored, and distributed as refined sugar. Bagasse, the fibrous byproduct remaining from the sugarcane after the separation stage in the mill, is burned as boiler fuel to provide steam and heating requirements for the mill and refinery. The Clewiston Mill is a major source of hazardous air pollutants and operates the following boilers and process heaters subject to 40 CFR 63, Subpart DDDDD, January 31, 2013 (78 FR 3090):

- Boiler 7, Emission Unit (EU) 014, an existing hybrid suspension grate boiler designed to burn biomass/bio-derived solids;
- Boiler 8, EU028, an existing hybrid suspension grate boiler designed to burn biomass/bio-derived solids;
- Boiler 9, EU044, a "new" hybrid suspension grate boiler designed to burn biomass/bio-derived solids; and
- Warehouse Hot Water Heater, EU045, a new natural gas boiler designed to burn gas 1 fuels.

Boiler 9 is a "new" boiler as described at 40 CFR §63.7490 because it commenced construction after June 4, 2010. The unit was authorized by Air Permit No. 0510003-061-AC (PSD-FL-435), issued on November 29, 2016. Construction commenced on December 5, 2016. Initial startup was on March 1, 2019.

Performance testing was conducted on Boiler 9 in April and May, 2019. Initial compliance test results were submitted on June 21, 2019, confirming that Boiler 9 was in compliance with all applicable emissions standards.[1]

Accordingly, U.S. Sugar is directly impacted by the proposed amendments and greatly appreciates the EPA's consideration of the following comments.

## Fuel Content Variability

Bagasse is the primary fuel combusted in the Clewiston Mill's biomass boilers (Boilers 7, 8, and 9). Bagasse produced from sugar processing is sent either directly to the boilers for combustion or to an outdoor storage pile using a system of conveyors. Bagasse can be retrieved from the storage pile and sent to the boilers using a reclaim conveyor system. Bagasse has a high moisture content, typically greater than 50%, by weight, and is considered wet biomass. The hybrid suspension grate boilers are designed specifically to accommodate the high moisture content of bagasse.

As a result of using biomass harvested from varying sources in South Florida, the moisture content and heating value of bagasse combusted in the Clewiston Mill boilers fluctuates continuously and nonuniformly throughout the year. Additionally, the concentration of various trace elements in bagasse, such as chlorine, are subject to a natural variance. EPA has previously noted in the development of 40 CFR 63 Subpart DDDDD that the formation of fuel-dependent HAP, such as acid gas, is dependent upon the composition of the fuel.[2]

# OVERVIEW OF PROPOSED AMENDMENTS

EPA is proposing to amend the *NESHAP for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters* at 40 CFR 63 Subpart DDDDD, or "the Boiler MACT," as promulgated on March 21, 2011, and amended on January 31, 2013, and November 20, 2015.

The purpose of the proposed amendments is in response to the D.C. Circuit Court's July 29, 2016, decision in *U.S. Sugar Corp v. EPA*, 830 F.3d 579. In this decision, the Court vacated the MACT floor emission limits for those subcategories where the EPA had excluded certain units from its MACT-floor calculation because those units burned less than 90 percent of the subcategory defining fuel. The D.C. Circuit granted EPA's motion for rehearing on remedy and remanded without vacatur these affected MACT standards on December 23, 2016. The proposed amendments seek to respond to the July 29, 2016 decision, as well as a March 2018 remand from the court in a separate case.

EPA also noted they are "proposing several technical corrections."[3] EPA is not proposing any change to the affected source criteria at 40 CFR §63.7490(b). Accordingly, a boiler or process heater is "new" if it commenced construction after June 4, 2010. EPA is proposing that facilities would have up to 3 years after the effective date of the final rule to demonstrate compliance with the revised emissions limits. Without proposing to reflect the date of publication of this proposal for the new methodology applied to new source

---

[1] Letter from Bret Nesbitt, Power Plant Manager, U.S. Sugar, to Katie O'Gara, Florida DEP South District Office, "RE: U.S. Sugar Corporation – Clewiston Sugar Mill, Facility ID No. 0510003, Initial Compliance Testing Report," June 21, 2019.

[2] 75 FR 32017, June 4, 2010.

[3] 85 FR 52202, August 24, 2020.

standard setting, EPA is effectively applying their "new" HCl standard retroactively to all sources that commenced construction a decade ago.

U.S. Sugar has reviewed the proposed rule and wishes to offer comments and suggestions to EPA to improve the justification and support of their proposal, as well as to ensure that the proposed new methods reflect a more thorough analysis and conclusion of what is "achieved in practice by the best controlled similar source."[4] U.S. Sugar's comments focus on the following two areas of the proposed amendments:

- Defining "new" sources for the proposed new standards; and
- The proposed HCl standard for new solid fuel units.

Each of these are discussed in the following sections.

# DEFINING "NEW" SOURCES FOR THE PROPOSED NEW STANDARDS

EPA is proposing to retroactively apply the proposed changes to new source standards back to all sources which commenced construction after June 4, 2010. EPA has not provided justification of why the HCl standard for "new" solid fuel units should apply to sources that have been existing and operating for many years, in some cases up to nearly a decade. For the following reasons, it is appropriate and necessary for EPA to consider the current proposed changes to the HCl standard for new solid fuel units as applicable only to sources that commence construction following the date of publication of the proposed amendments, or after August 24, 2020.

## Proposed Standards Apply to New Sources After Date of Publication

Section 112(a)(4) of the Clean Air Act identifies the term "new source" as a "stationary source the construction or reconstruction of which is commenced after the Administrator *first proposes* regulations under this section establishing an emission standard applicable to such source [*emphasis added*]." With the proposed amendments to the Boiler MACT, EPA has not applied a "new source" criteria to these proposed standards, but instead has retained the date of the June 4, 2010 version of proposed rules.

### It is Appropriate and Necessary to Consider the New Source Standards at a First Proposal Due to Significant Time Passed

By considering a decade-old proposal as the basis for the current proposed amendments, EPA appears to rely on the compliance timing of "Special rule" under Section 112(i)(2) of the Clean Air Act, which states:

> *Notwithstanding the requirements of paragraph (1), a new source which commences construction or reconstruction after a standard, limitation or regulation applicable to such source is proposed and before such standard, limitation or regulation is promulgated shall not be required to comply with such promulgated standard until the date 3 years after the date of promulgation if—*
> *(A) the promulgated standard, limitation or regulation is more stringent than the standard, limitation or regulation proposed; and*
> *(B) the source complies with the standard, limitation, or regulation as proposed during the 3-year period immediately after promulgation.*

Congress acknowledged that there may be unique situations when units "commence construction" between the initial proposal and promulgation of the final standards, but does not address an extrapolation of

[4] Section 112(d)(3) of the Clean Air Act.

publishing a final standard a full decade after the initial proposal. EPA's current proposal is likening back to a separate 2010 proposal, which is longer than the time period EPA was statutorily required to address all Section (c) standards (see Section 112(e)(1)(E) of the Clean Air Act). Further, this time period is longer than Congress required for EPA to address the second phase of NESHAP rule development with a residual risk review (required 8 years after promulgation of standards under subsection (d) at Section 112(f)(2) of the Clean Air Act).

Accordingly, in the context of "first proposes," Congress could not have intended the Administrator pointing to "first proposal" a decade earlier, when in that time period the proposal was already promulgated, reconsidered, and amended twice. As well, the "first" proposal of a rule at 40 CFR 63 Subpart DDDDD occurred on January 13, 2003 (68 FR 1660), so it is acknowledged that "first proposes" does not mean "first ever proposed."

The Boiler MACT requires that new sources comply "by April 1, 2013, or upon startup of your boiler or process heater, whichever is later." April 1, 2013 is 60 days after publication of the January 31, 2013 final amendments (78 FR 7162). Seven years of required compliance has transpired not with a proposed standard, but with a final, amended standard.

Because of the significant duration in time, EPA should acknowledge the August 24, 2020 date as "first proposed" for the change in HCl standard for new solid fuel units.

## It is Appropriate and Necessary to Consider the New Source Standards at a First Proposal Due to a New Methodology in Defining the Floor

Further, the Court remand in *U.S. Sugar Corp v. EPA* 11-1108 (D.C. Cir. July 29, 2016) was not specific to the HCl standard for new solid fuel units. EPA has modified the previous approach not due to a direct remand of this specific standard in the Boiler MACT, but from an interpretation of Court rulings under other rules. As a result, the current, final HCl standard for new solid fuel units was not directly vacated. EPA is now proposing a new approach to standard setting that is expressly different than that which was proposed in 2010, or finalized in 2011, or amended twice. Accordingly, EPA is applying a new calculus which was not a part of prior due process. This is a "new standard" and a "first proposal" of this new standard. EPA describes this "new driver of what is ultimately selected as the basis of the new source floor."

> *Second, in the 2013 final rule the EPA defaulted to the existing source floor in cases where the calculated existing source UPL was more stringent than the corresponding new source floor for the same pollutant and subcategory. This default no longer occurs. While a comparison of the new and existing source floor values are taken into consideration, the underlying tests on variability of the data for each unit used for the floor calculations, as explained in the limited dataset memorandum, are the new driver of what unit is ultimately selected as the basis of the new source floor. These tests are applied not only to limited datasets but also to scenarios where a calculated new source floor may exceed an existing source floor, regardless of the size of the dataset.*[5]

Accordingly, EPA "first proposes" the current changes on August 24, 2020, which defines the date for "new" sources for the HCl standard for solid fuel units.

---

[5] Memorandum from Eastern Research Group, Inc. to Jim Eddinger, EPA/SPPD, "Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source," August 2019, Docket ID EPA-HQ-OAR-2002-0058-3948.

## The Proposed HCl Standard is Not a Small Change

EPA's proposed change in logic approach and methodology in identifying the "best controlled similar source" is not simply a "tweak" of the prior rule. EPA's new selection process – choosing the second lowest stack test result and then justifying it as a floor source because it had less data, and thus less variance – has a change in calculated UPL *3,600 times lower* than the basis for the current, final rule. The UPL is a critical consideration of both a source's lowest emissions and the variability necessary to address "achieved in practice." Three orders of magnitude difference in the basis for a standard is a huge change without precedent between proposal and final standard and confirms that EPA's new methodology is a drastic new approach that is not reasonably a derivation of the current final standard. Units which commenced construction since June 4, 2010 could not have reasonably foreseen such a dramatic change when designing, engineering, financing, and operating under the current, final rule for the last decade.

This is a new proposal, and thus must re-define the date for "new sources" for this new standard as August 24, 2020 to comport to Section 112(a)(4).

## Retroactively Applying the Proposed HCl Standard for New Solid Fuel Units Substantially Harms U.S. Sugar

As discussed previously, U.S. Sugar permitted Boiler 9, a boiler fired with clean bagasse, controlled by a selective non-catalytic reduction, and a five-field electrostatic precipitator, in November 2016, and commenced construction of the unit in December 2016. U.S. Sugar constructed Boiler 9 to replace three existing bagasse-fired boilers, Boilers 1, 2, and 4, which were retired as part of the Boiler 9 project. The replacement of these three older boilers with one state-of-the-art boiler resulted in significant emissions reductions. The boiler replacement project did not result in greater steam generation capacity. The following table presents a comparison of the baseline actual emissions (BAE) reduced from retiring existing boilers to the maximum potential to emit (PTE) of Boiler 9. Actual emissions from Boiler 9 are much lower and result in an even greater reduction in actual emissions.

**Table 1. Emissions Decreases from Boiler 9 Project**

| Pollutant | Boiler 9 PTE (tpy) | Boilers 1, 2, and 4 BAE (tpy) | Emissions Difference (tpy) |
|---|---|---|---|
| CO | 1,884 | 4,490 | -2,606 |
| $NO_X$ | 472 | 309 | 163 |
| VOC | 236 | 1,890 | -1,654 |
| PM | 151 | 285 | -134 |
| $PM_{10}$ | 133 | 267 | -134 |
| $PM_{2.5}$ | 126 | 198 | -72 |
| $SO_2$ | 283 | 23.6 | 259 |

Source: Technical Evaluation & Preliminary Determination, Draft Permit No. 0510003-061-AC/PSD-FL-435, Installation of Boiler No. 9, October 21, 2016.

If the HCl standard currently proposed by EPA had been the already-promulgated standard in 2016, or anything close to it, Boiler 9 would have required a significantly different design, including add-on HCl controls, such as a wet scrubber, and would have required tens of millions of dollars more in capital. With this substantial difference in capital costs, as well as the significant addition to operating costs, the project

would not have been financially viable. This is confirmed with DEP's concurrence that a wet scrubber was economically infeasible for Boiler 9.[6]

EPA's separate, new proposal to retroactively apply a standard two orders of magnitude lower than the promulgated standard was not reasonably foreseeable when designing and financing Boiler 9. EPA retroactively supplanting the mature, final HCl standard with the current proposed HCl standard substantially harms U.S. Sugar by designing, constructing, and operating a state-of-the-art unit to all final, applicable emissions standards, including a best available control technology (BACT) evaluation for acid gas controls. EPA changing the final promulgated limits after U.S. Sugar has already invested greatly in a boiler replacement project results in penalizing U.S. Sugar for undertaking a large emissions reduction project.

Further, while acid gas controls were already determined to be economically infeasible prior to constructing Boiler 9, Boiler 9 is now complete and operating. With EPA's current proposal, and gap of over ten years from their proposed "new source" date, the cost for retrofit controls is substantially greater.[7] Boiler 9 has limited real estate as an addition to an existing source. Adding a control will be significantly more complicated as a retrofit for this unit. EPA's Air Pollution Control Cost Manual describes the complication and cost impacts.

> *Such expected but extra costs include - but are certainly not limited to - the unexpected magnitude of anticipated cost elements; the costs of unexpected delays; the cost of re-engineering and refabrication; and the cost of correcting design errors.*[8]

Without considering the site-specific challenges, EPA's proposed amendments for the Boiler MACT also acknowledge that "Installing air pollution control devices on existing boilers requires additional costs to retrofit the equipment."[9] Accordingly, EPA applies a factor of 1.4 to costs of controls in assessing the beyond-the-floor costs of the proposed amendments. This additional cost burden only further confirms the economic infeasibility and substantial harm of imposing this proposed "new" source standard retroactively.

Requiring controls to be added for a source meeting the current standard for "new" sources is effectively requiring a "beyond-the-floor" standard. EPA has previously completed a beyond-the-floor analysis, noting:

> *The beyond the floor control options are not feasible because the cost of reducing an additional ton of pollutant emissions for each subcategory is extraordinarily high, or there are limitations on the technology's pollutant removal efficiency in retrofit applications.*[10]

EPA's own analysis confirms the infeasibility of adding control to a source already complying with the promulgated standards. Accordingly, it is unreasonable and economically prohibitive to retroactively apply a just-now-proposed HCl standard to Boiler 9. EPA has not fully considered these significant costs and the

---

[6] Technical Evaluation & Preliminary Determination, Draft Permit No. 0510003-061-AC/PSD-FL-435, Installation of Boiler No. 9, October 21, 2016.

[7]

[8] U.S. EPA OAQPS, *EPA Air Pollution Control Cost Manual*, EPA/452/B-02-001, Chapter 2 – Cost Estimation: Concepts and Methodology, November 2017.

[9] Memorandum from Eastern Research Group, Inc. (ERG) to Jim Eddinger, U.S. EPA/OAQPS, Sector Policies and Programs Division, "Revised (2019) Methodology for Estimating Control Costs for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Sources," August 2019.

[10] Memorandum from Amanda Singleton and Graham Gibson, ERG, to Brian Shrager, US EPA\OAQPS\SPPD, "Beyond the Floor Technology Analysis for Major Source Boilers and Process Heaters," January 2011.

disincentive for emissions reductions in the Regulatory Impact Analysis (RIA) of the rule. Accordingly, the impacts of the proposal were not fully disclosed in the RIA, and the retroactive applicability is not justified.

Boiler 9 was not a unique source where it commenced construction after the 2010 proposal and before a final rule, or final amendment to the rule. Boiler 9 was not constructed until after EPA has already promulgated a final rule, a reconsideration, and two amendments. This was a mature final standard by the time Boiler 9 was constructed. As well, the Court had already issued their ruling in U.S. Sugar Corp v. EPA, 11-1108 (D.C. Cir. July 29, 2016), EPA's stated purpose for this current proposal. Notably, the Court's decision in U.S. Sugar upheld the HCl standard for new solid fuel units - only the existing source HCl standard for this category was originally vacated.

Boiler 9's project was not timed with a rule in limbo, nor a standard between proposal and final. U.S. Sugar committed to the environmentally beneficial project to replace older boilers with a well-controlled Boiler 9 designed to meet all promulgated and possibly known standards in 2016.

A three year compliance window, as proposed, does not nullify the substantial economic harm of retroactively imposing the HCl new source standard to Boiler 9. Additional time for compliance is also insufficient. Boiler 9 is an existing source, prior to the date of the August 24, 2020 proposal, and should be considered an existing source for any change to a newly proposed HCl standard.

## PROPOSED HCL STANDARD FOR NEW SOLID FUEL UNITS

In the preamble to the proposed amendments, EPA described the re-ranking of the data for each new source subcategory and that the revisions to the emissions standards proposed are for the limited purpose of addressing the court's remand in *U.S. Sugar*.[11]

The EPA notes that the procedures for determining the data distribution and calculating the upper prediction limit (UPL) remain the same as for the January 2013 final rule, with the exception of:

- Limited datasets that consisted of less than seven test runs, or
- Cases where the calculated new source UPL exceeded the existing source UPL for the same subcategory.

For the solid fuel category for HCl, the inclusion of sources to address the court's remand in U.S. Sugar resulted in the addition of several sources in the top 12%:

- WABoisePaperWallula, Hog Fuel Boiler, now ranked number 10;
- OHSmurfitCoshocton, B006, now ranked number 13;
- MOJamesRiverPowerStation, Unit 2, now ranked number 19;
- MOJamesRiverPowerStation, Unit 1, now ranked number 20;
- ORFlakeboardEugene, Boiler-2, now ranked number 22;
- ALIPCourtland, No.2 Combination Boiler / 11CU201, now ranked number 27;
- WAGPCamas, No. 3 Power Boiler, now ranked number 34;
- MNDESPHansONyman, EU007, now ranked 41;
- MNAndersonCorpBayport, Boiler 11 EU620, now ranked 44;
- MNAndersonCorpBayport, Boiler 12 EU620, now ranked 45;
- ORBoiseBuilding, B2, now ranked 46; and
- WESDWarrenSomerset, No2 Power Boiler, now ranked 50.

---

[11] 85 FR 52204, August 24, 2020.

The additions to unit rankings for HCl from solid fuel units as a results of the Court remand in *U.S. Sugar v. EPA* affected the re-calculation of the existing source standard. However, the inclusion of sources in response to the remand did not change the top-performing source, and only had one source in the top 10 (WABoisePaperWallula, Hog Fuel Boiler ranked at 10th). Accordingly, the adjustments to the rankings do not affect the new source standard for HCl from solid fuel units.

EPA is proposing a significant change to the new source HCl standard for solid fuels not because of a re-ranking of the sources but because EPA has decided to adopt a new methodology of identifying the "best controlled similar source." In cases where the newly existing source UPL was lower than the new source floor for the same pollutant and subcategory, EPA no longer follows the methodology of adjusting the new source standard down to the existing source UPL.

EPA is now proposing to follow a new "driver" for assessing the underlying tests on variability, not just for limited datasets, but also in these situations where the new source floor may exceed an existing source floor, regardless of the size of the dataset.[12]

For the HCl standard for new solid fuel units, the top ranked source, ARPotlatchForestWarren, Wellons Boiler, has a calculated UPL that is higher than the existing source standard. EPA notes that:

> *The variance of the top ranked unit was 6 orders of magnitude higher than the variance of the next ranked unit ''TXDibollTemple-Inland, PB–44'' (PB–44). In addition, the Wellons Boiler six test runs were from two separate stack tests, and while the unit was the top ranked unit due to one of the stack test averages being very low, the other stack test average was 6.2 times higher. The high degree of variance in the dataset for the unit with the lowest average, Wellons Boiler, prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the dataset for PB– 44.*[13]

EPA suggested in the proposal that this information indicates that the unit with the lowest average is not the best performing source, and that instead, TXDibollTemple-Inland, PB-44, is the best performing source, citing lower variance between test runs.

With this discussion, EPA is now proposing to rely on calculated variance of only a single stack test to elevate the TXDibollTemple-Inland, PB-44 above the top ranked unit to be classified as the best controlled similar source. With the change in floor source, EPA has re-calculated the HCl standard for new solid fuel units. The calculated UPL of the single stack test from PB-44, however, is below the three times the method detection limit (3xMDL) qualifier, and thus the new source standard is set at the MDL threshold at 3.0e-4 lb/MMBtu.

## The New Methodology Relies on Insufficient Data

For the HCl standard for new solid fuel units specifically, EPA has proposed to re-assign the determination of "best controlled similar source" to a unit with only a single stack test. In effect, the EPA is now proposing the standard for all solid fuel units forever more to be based on a single stack test representing operations of TXDibollTemple-Inland, PB-44 from a single point in time. EPA does not account for intra-unit variability (e.g., test-to-test variability), nor fuel variability, because this data was not identified for the newly-selected "floor" source as part of the previous two Information Collection Requests (ICR). EPA has previously

---

[12] Memorandum from Eastern Research Group, Inc. to Jim Eddinger, EPA/SPPD, "Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source," August 2019, Docket ID EPA-HQ-OAR-2002-0058-3948.

[13] 85 FR 52206, August 24, 2020.

identified that it is appropriate and necessary to consider variability beyond that observed in a single stack test.

> *EPA is also mindful of the need to account for sources' variability (both due to control device performance and variability in inputs) in assessing sources' performance when developing technology-based standards. See, e.g., Mossville Environmental Action Now v. EPA, 370 F. 3d 1232, 1242 (D.C. Cir. 2004); National Lime I, 627 F. 2d 416,433-34(D.C. Cir. 1980).*[14]

Further, while the data is readily available and already submitted by way of the Compliance and Emissions Data Reporting Interface (CEDRI), EPA considered "no new compliance data from the units since the rule took effect… for the MACT floor calculations."[15]

## EPA Should Consider All Available Information

Should EPA continue to pursue a change in the assigned "best controlled similar source," EPA should not ignore readily-available data without providing justification for why the data available and relied upon is sufficient to confirm that it defines "achieved in practice" or simply justifies why this newly-chosen "floor" source is, in fact, the best controlled similar source.

Unfortunately, the proposed amendments do not provide this justification, and the result of ignoring available data and previously confirmed variability factors are not supportive of the current proposed approach.

It is appreciated that the detailed analysis, extensive amount of data reviewed (the MACT database is an impressive collection of thousands of boiler and process heater designs and emissions data), and duration of re-evaluation for multiple pollutants from multiple subcategories has pulled the evaluation "into the weeds." As well, U.S. Sugar acknowledges that a perfectly complete dataset to fully assess all pollutants from all best-performing units with variability is an "impossible" task.[16] However, the Clean Air Act requires that EPA utilize available information in determining standards at Section 112(d)(3)(A):

> *"the average emission limitation achieved by the best performing 12 percent of the existing sources (**for which the Administrator has emissions information**)…" [emphasis added]*

It is appropriate to include only information that is relevant for setting the floor or identifying appropriate variability, and exclude data that represents post-promulgation changes made to existing sources (it is not appropriate to re-define a standard based on actions taken to comply with such standard). But EPA should not ignore data for which they have emissions information without justification of why their chosen (not forced) result from limited data is sufficient. EPA has noted as such in the proposed amendments, but did not choose to consider this readily available data.

---

[14] U.S. EPA OAQPS, Sector Policies and Program Division, Energy Strategies Group (D243-01) Research Triangle Park, NC, *Summary of Public Comments and Responses for National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, Final rule; notice of action on reconsideration. E.O. 12866 NESHAP for Major Sources: Industrial, Commercial and Institutional Boilers and Process Heaters 2060-AR13 Final Rule 20120822*, December 2012. EPA Response to Document Control Number: EPA-HQ-OAR-2002-0058-3511-A1, Comment Excerpt Number 15.

[15] Memorandum from Eastern Research Group, Inc. to Jim Eddinger, EPA/SPPD, "Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source," August 2019, Docket ID EPA-HQ-OAR-2002-0058-3948.

[16] *Mossville Environmental Action Now v. EPA*, 370 F.3d 1232 (D.C. Cir. 2004).

*We also note that after MACT standards are promulgated, we are required to review those standards periodically, and for such reviews, we typically have significant additional HAP emissions data from the intervening years of compliance with which to further assess the actual performance of the various emission sources.* [17]

Accordingly, EPA should evaluate the data available from other top-ranked solid fuel units instead of relying on too-limited data from a single stack test to validate "consistency" of the top performer. By not continuing their new methodology beyond PB-44, EPA has not confirmed that PB-44 is, in fact, the best performing source – it is simply the only other source evaluated in the proposed rule.

For example, though TXDibollTemple-Inland did not provide fuel samples, EPA was provided chlorine data for sander dust, the primary fuel for PB-44 from ORFlakeboardEugene, the 22nd ranked unit in the proposed amendments. PB-44 does not employ emissions controls for HCl, and thus comparisons of total fuel variability are appropriate in assessing emissions achieved under the worst foreseeable circumstances. The HCl Fuel-Based Emission Factor (lb/MMBtu) for sander dust varies from 0.003 lb/MMBtu to 0.011 lb/MMBtu – nearly a factor of four difference.[18] The calculated variance of all the sander dust samples is 7.5e-6 lb/MMBtu, which is greater than the calculated variance for ARPotlatchForestWarren, the top ranked unit. These samples show the variability not observed by a single stack test. EPA has not considered all of the data necessary to fully justify their assignment of "best controlled similar source" or that the resulting calculations are "achieved in practice."

## Ranking Performance on Sample Variance of Different Sample Sizes is Inappropriate

For the proposed change to the HCl new source solid fuel standard, the data relied upon is insufficient. The need to consider additional data at EPA's disposal is evident when considering the practical impact of EPA's proposal. Essentially, the source selection process ignores the source with the lowest stack test result based on the variability made evident with *additional* data. The variance of the best stack test at ARPotlatchForestWarren, Wellons Boiler, has a variance of 2.3e-12 lb/MMBtu. This is very similar to the variance calculated for the best stack test for TXDibollTemple-Inland, PB-44, of 5.0e-13 lb/MMBtu. EPA's evaluation suggests that the Wellons Boiler has a variance of 6 orders of magnitude greater than PB-44, but this is only true when additional data is included, which EPA does not do for PB-44.

In moving away from this previously promulgated "floor" source, EPA's proposal now uses a different selection methodology that has identified a new "floor" source not because it demonstrated lower total emissions across intra-unit data, but because only a limited portion of the dataset was considered. This is a conclusion by omission, not an analytical exercise with justification.

As well, in order to apply statistical tools and achieve meaningful results, such as a UPL, it is necessary for the sample to be random data from a normal distribution. A single stack test limited to consecutive runs on a single day is not randomly selected data from a normally distributed population. Therefore, the variance observed cannot be compared to data with larger sample sets ranging more conditions to better reflect the population of "emissions data from the source." The EPA has not provided justification of how the UPL of such a limited, non-random sample is sufficient to capture all of EPA's previously described variability in the population of emissions from the best controlled similar source.

---

[17] Memorandum from Jim Eddinger, OAQPS to Docket ID No. EPA-HQ-OAR-2002-0058, Subject: Approach for Applying the Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources," August 2019.

[18] EPA-HQ-OAR-2002-0058-3946_attachment_1.xlsx.

## Ranking Performance on Sample Variance of Different Data Quality is Inappropriate

In the 2010 proposed rule, the EPA identified the June 29, 2007 HCl stack test results from PB-44 at TXDibollTemple-Inland as "Non-detect" values, with all three runs equivalent to 2.5e-5 lb/MMBtu.[19]

The EPA has previously recognized the imprecision of test values at or below the detection level:

> *EPA also disagrees with comments that emission levels at or near the MDLs are appropriate levels to use for standard setting without consideration of measurement imprecision, because the actual performance of sources may differ significantly from the measured values or the MDL. Accordingly, for the boiler and process heater source category, which includes many sources with emission levels at or near the MDL for the various pollutants, EPA concluded that measurement imprecision was a significant factor that should be included in the development of emission limits. To determine an appropriate methodology, EPA examined the contribution of test method measurement imprecision to the variability of a set of emissions data. One element of variability is associated with method detection capabilities and a second is a function of the measurement value. Measurement imprecision is proportionally highest for values measured below or near a method's detection level and proportionally decreasing for values measured above the method detection level.*[20]

Therefore, based on EPA's prior statements, the data utilized from PB-44 is of low quality and as a result, the values inherently hide variability.

It is acknowledged that EPA has continued to apply the three times the MDL threshold for the proposed HCl standard for new solid fuel sources. However, EPA now relies on the variance (or lack thereof) of a source with only three "imprecise" test runs – which are all artificially biased toward a threshold value – as justification of "consistency" of all operation not observed. Moreover, EPA has previously explained that stack testing measurements below a method's detection limit are not accurately detectable, and could range from zero up to the method detection level.[21] As such, it is inappropriate to reference a small sample whose natural run-to-run variance is not fully reported due to measurement imprecision , as a justification to confirm that PB-44 is more "consistent" than a higher ranked source.

EPA has not provided justification for why measurement imprecision dictates the need for adjustment to the standard but does not also dictate adjustment when assessing variance of a dataset.

## The Proposed Floor Source Does Not Follow EPA's Approach to Limited Datasets

Since originally delineated by EPA as "non-detects," the three test runs for PB-44 were later revised to reflect the difference in heat input from each test, accounting for the slight variation in the test runs currently relied upon.[22] It is possible that the difference in revised test run values is variability in the corrected heat input between runs, and does not actually reflect reliable HCl measurement differences. In

[19] Appendix C-6: Ranked Existing Unit Performance by Fuel of Memorandum from Amanda Singleton, ERG to Jim Eddinger, US EPA, "MACT Floor Analysis (2010) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source," April 2010.

[20] 76 FR 15624, March 21, 2011.

[21] See *Cement Kiln Recycling Coalition v. EPA*, 255 F.3d at 871 (D.C. Cir. 2001).

[22] "7/22/10 - Facility submitted corrections for HCl data, heat inputs were initially reported incorrectly" See DRAFT Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, & Fuel Analysis Data Reported under ICR No. 2286.01 & ICR No. 2286.03 (version 8).accdb.

this case, EPA is not utilizing three independent actual measurements of HCl emissions, but unreliable data near or below a detection limit, and three measurements of heat input. This is not appropriate for determining the "floor" for an entire category of sources and does not comprise 3 data points of different HCl values. In this case, EPA should follow their stated methodology for defining a floor with limited datasets, and only utilize sources with at least three discrete, independent, real emissions measurements.

> *…we recognize that for a sample size of fewer than three data points, which has a very large t-score and precludes the appropriate selection of a distribution, we should not develop emission limits using the UPL. In other words, if fewer than 3 data points are available for use in determining an emission limit for a particular source, and no other data from sources in the subcategory are available, we would have to establish a different procedure for establishing the MACT floor that does not rely on the UPL.*[23]

The chosen "floor" source is not because it is the "best controlled similar source," has demonstrated the lowest emissions consistently, nor has data analyzed to confirm its performance, but rather because less data creates the appearance of low variance between runs when compared to larger datasets (an apples-to-oranges comparison). An analysis of variance to ascertain "floor" source is conclusory based on fewer dependent data points that do not capture the inherent variability EPA has already acknowledged is necessary to determine "achieved in practice."

EPA is strongly urged to consider the inappropriateness of ignoring an available, larger dataset to evaluate only a smaller dataset for a methodology of prioritizing statistical variance of inadequate datasets over lowest test results. For this specific case, EPA is not data limited requiring consideration of only a single stack test without three discrete measured values to identify the "best controlled similar source" and the emissions "achieved in practice." U.S. Sugar recommends that EPA continue their evaluation and new methodology with the robust Boiler MACT database and additional, readily-accessible data.

EPA is not required to ignore the Wellons Boiler as the best controlled similar source simply because it has more data, and accordingly, observed variance. And if EPA chooses to compare the top ranked sources, it should evaluate more than just the second ranked unit, and must consider only units with at least three, independent, discrete, actual emissions measurements above the method detection level (MDL) – not limited to results near or below the detection limit, which by nature ignores real variance.

## The Proposed Floor Source is Not the "Best Controlled Similar Source"

EPA's approach to ranking and evaluating the emissions data for determining the top ranked sources and appropriate considerations for variability is very detailed. The evaluation, including specific considerations EPA has made for so many pollutants and subcategories is appreciated. However, the EPA has added limited dataset considerations and evaluations of variance beyond a simple one-size-fits-all UPL.

In addition to these data reviews, it is appropriate and necessary for EPA to review the conclusions of their data analysis for the practical implications of the results. In the case of the proposed HCl standard for new solid fuel units, the EPA has focused a comparison of variance of only two sources to re-assign the best controlled similar source. But the practical implication is that EPA is now assigning the "best controlled similar source" to a unit that does not employ acid gas control, nor fuel selection / conditioning. The PB-44 unit is a pre-NSPS sander dust boiler with maximum firing capacity of 40 MMBtu/hr, and a three field ESP.[24]

---

[23] Memorandum from Jim Eddinger, OAQPS to Docket ID No. EPA-HQ-OAR-2002-0058, Subject: Approach for Applying the Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources," August 2019.

[24] TCEQ Permit Amendment to Permit Numbers: 5207 and PSDTX865, Georgia-Pacific Panel Products LLC Particleboard Manufacturing Plant, Diboll, Angelina County, Regulated Entity Number: RN104725445, March 30, 2017.

By looking only at spreadsheet variance of a single stack test, the solid fuel floor source is proposed as a small unit without acid gas control, with homogenous dry fuel, sourced on-site as particleboard byproduct. Despite EPA's various considerations in preparing the current evaluation of best sources for multiple subcategories, EPA has not applied any operating or fuel variability consideration previously acknowledged as necessary to the proposed HCl new solid fuel unit standard. EPA has not justified that the proposal is a reasonable estimate of the performance of PB-44 "under the worst reasonably foreseeable circumstances."[25]

For PB-44, it is relevant that the only fuel has previously been considered by EPA as a "startup" fuel.[26] While appropriate to ensure emissions are minimized during startup, uncontrolled dry biomass combustion is not structurally similar in design; is not similar in size or capacity; and does not have comparable emissions such that the source could be controlled using the same control technology for HCl reduction for the entire solid fuel subcategory.[27] As well, drying of biomass results in additional emissions, potentially releasing constituents in the wood prior to being fed as boiler fuel. EPA has not included the increase in emissions from wood drying in the regulatory impact analysis (RIA) of the proposed amendments if EPA contends that other solid fuel units can comply with the standard by fuel switching (which is not possible for all solid fuel units).

It is appropriate and necessary for the EPA to consider the practical conclusions when evaluating limited datasets. By revising the process used to select the "best controlled similar source", EPA should logically either continue the evaluation for larger datasets to make a reasoned determination of available data, or add considerations for the variability acknowledged but not inherent in the limited dataset of PB-44. Without these additional considerations, the analysis presented in the proposed rule has not demonstrated that the PB-44 can meet its own UPL "every day and under all operating conditions."[28]

## Other Top Ranked Sources Should be Evaluated

EPA stated that the second test from the Wellons Boiler was not within the range of larger datasets.

> *The MACT floor dataset for HCl from new boilers designed to burn solid fuel includes six test runs from a single boiler "ARPotlatchForestWarren, Wellons Boiler" (Wellons Boiler) that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we compared the calculated UPL to the short-term average emissions and found that the unit had a UPL that was 81 times higher than the lowest short-term average emission test and that this ratio is not within the range that we see when we evaluate larger datasets using our MACT floor calculation procedures.*[29]

The range that EPA references as the basis of comparison to qualify the Wellons Boiler as "higher" was not provided, nor was an analysis of the larger dataset of HCl emissions from solid fuel units presented in the proposed rule. The following table presents this analysis for units with "larger datasets" – meaning more than just a single stack test for top ranked units in the category.

---

[25] *Sierra Club v. EPA*, 167 F.3d 665 (D.C. Cir. 1999).

[26] *"The EPA has reviewed AP-42 emission factor data for wood combustion. Based on this data, clean dry biomass can meet the Hg, HCl limits for solid fuels.... Therefore, the list of clean fuels has been finalized to include clean dry biomass."* See Response #3 in U.S. EPA, "Response to 2015 Reconsideration Comments for Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants," October 2015.

[27] 40 CFR §63.41.

[28] *Mossville Environmental Action Now v. EPA*, 370 F.3d at 1241–42 (D.C. Cir. 2004).

[29] 85 FR 52206, August 24, 2020.

**Table 2. Solid Fuel HCl Data from Top Ranked Units with Multiple Tests**

| Facility ID | Unit ID | Best Test Average (lb/MMBtu) | Alternate Test Average (lb/MMBtu) | Ratio of Best to Alternate Test |
|---|---|---|---|---|
| ARPotlatchForestWarren | Wellons Boiler | 2.49e-5 [a] | 1.57e-3 | 63 |
| SCCogenSouth | B001 – Main Boiler | 6.69e-5 [a] | 1.58e-3 | 24 |
| MEBoralexStratton | Boiler #1 | 1.34e-4 | 2.23e-2 | 167 |
| FLSugarCaneGrowersCoop | Boiler No. 8 | 1.99e-4 | 1.49e-3 | 7.5 |
| FLUSSugarCorp | Boiler No. 4 | 2.02e-4 | 3.05e-3 | 15 |
| ALIPCourtland | No. 3 Combination Boiler / 11CU301 | 2.08e-4 [a] | 2.37e-4 | 1.14 |
| MOJamesRiverPowerStation | Unit 1 or Unit 2 | 2.12e-4 | 2.68e-4 | 1.26 |
| ORFlakeboardEugene | Boiler-2 | 2.33e-4 | 2.62e-4 | 1.12 |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | 3.56e-4 [a] | 4.71e-3 | 13 |
| MNDESPHansONyman | EU007 [b] | 3.70e-4 | 1.93e-3 | 5.2 |
| WIGPGreenBay2818 | B29 – Fluidized Bed Boiler #9 | 3.89e-4 | 5.23e-3 | 13 |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | 4.40e-4 | 9.23e-3 | 21 |
| FLUSSugarCorp | Boiler No. 7 | 5.70e-4 | 3.64e-2 | 64 |

Source: EPA-HQ-OAR-2002-0058-3948.xlsx.
a. Test average includes non-detect runs.
b. Tests were conducted in subsequent calendar days.

For the units that submitted multiple test results (i.e., "larger datasets"), the range of intra-unit variability observed by the best performing source, the Wellons Boiler at ARPotlatchForestWarren has a ratio within the range observed for all of the other top performing solid fuel units for HCl, at a ratio of 63, including its non-detect values. As well, the alternate test average for the Wellons Boiler of 1.57e-3 lb/MMBtu is equivalent or lower than all of the top 16 performing units with more than a single stack test in the Boiler MACT dataset. EPA's statement that "this ratio is not within the range that we see when we evaluate larger datasets" appears to be unsubstantiated.

EPA presents their analysis of variance in EPA-HQ-OAR-2002-0058-3946_attachment_1.xlsx. In this spreadsheet, Tab "A-4 Solid HCl," EPA has only calculated the variance and ratio of averages for the top four ranked units:

- ARPotlatchForestWarren, Wellons Boiler;
- TXDibollTemple-Inland, PB-44;
- IDPotlatch, PB-1 CE; and
- IDTASCOPaul, Erie City Boiler.

Of these sources, the only source considered that had more than one test (necessary for intra-unit variability to fully assess variance) is the ARPotlatchForestWarren, Wellons Boiler. Likewise, the only one of

these sources that had test runs that were not below the method detection level was the ARPotlatchForestWarren, Wellons Boiler. Results at or below the MDL, by nature, hide the variability of the emissions, and thus artificially reduce calculated variance. The "larger datasets" were not fully considered, or rather only those sources with values below the MDL / non-detects (lower data quality) and fewer test runs were considered – this is not a comprehensive evaluation. EPA has not fully justified or defined the parameters used to decide whether to exclude a lowest stack test based only on selective evaluation of smaller datasets with lower data quality. As such, EPA is strongly encouraged to fully assess, quantify, and present their data prior to re-defining the "best controlled similar source" from the top ranked unit in a category.

## EPA's Proposed Approach to Identifying the Best Controlled Similar Source Considering

In following EPA's new methodology relying on variance, it is appropriate and necessary to evaluate more than just sources with reported run results below the MDL, non-detect (ND), or below detection limit (BDL). As discussed previously, EPA has acknowledged the imprecision of test results near the detection limit. Relying on a single stack test where all reported run results are below the MDL or non-detects is equivalent to relying on data sets with fewer than three independent, discrete runs. In this case, EPA evaluated ARPotlatchForestWarren, Wellons Boiler as the top ranked unit, it includes more than a single stack test of non-detect results, and thus has at least 3 discreet data points. However, by including the variance between runs identified as "BDL" and those with measured data, the resulting UPL is greater than the UPL for the top 12% of sources.

EPA has justified this conclusion of calculated UPL as a reason to ignore this top-performing source and consider the next best performing source. For the HCl new source standard for solid fuel units, however, the next ranked source, TXDibollTemple-Inland, PB-44 has insufficient data (fewer than three discrete, independent, quality run values, as discussed previously). According to EPA's new methodology for limited datasets, EPA would then consider the next ranked unit, and so on, until identifying a unit with at least 3 data points (sufficient, discrete, quality valid runs). The lowest ranked source with at least 3 data points (includes measured emissions values in addition to non-detect results) is the SCCogenSouth, B-001 – Main Boiler. EPA did not assess this unit for variance or in their ratio analysis.

If EPA continues to follow their new methodology when identifying a floor source, it is necessary to also ensure that the source data they are relying on for defining the "floor" contains at least 3 data points (at least 3 discrete measured values), prior to relying on low variance to conclude a lower ranked unit "has a more consistent level of performance" and redefines the "best performing source".

The SCCogenSouth, B-001 – Main Boiler, is the top ranked source with sufficient data to appropriately ascertain a comparison of averages and variance to the Wellons Boiler, as presented below.

**Table 3. Comparison of Top Ranked Sources with Sufficient Data**

| Facility ID | Unit ID | Best Test Average (lb/MMBtu) | All Data Average (lb/MMBtu) | Variance |
|---|---|---|---|---|
| ARPotlatchForestWarren | Wellons Boiler | 2.49e-5 [a] | 7.96e-4 [a] | 9.0e-7 |
| SCCogenSouth | B001 – Main Boiler | 6.69e-5 [a] | 7.87e-4 [a] | 7.5e-7 |

Source: EPA-HQ-OAR-2002-0058-3946_attachment_1.xlsx.
a. Test average includes non-detect runs.

The next best source with sufficient data to make a valid comparison is the SCCogenSouth, B001 – Main Boiler, which has a lower average of all data, as well as a lower variance. EPA's proposed new methodology considering available data, a more complete analysis, and ensuring that at least 3 discrete data points are available for a source results in redefining the floor source as SCCogenSouth, B001 – Main Boiler, not PB-44. Not only does this top performing source include sufficient data to actually perform a valid UPL, but it also includes data that may reflect the operational variability of pollution controls used to achieve these best-performing emissions for a solid fuel unit with a spray dryer.

Calculating the UPL for the SCCogenSouth, B001 – Main Boiler consistent with EPA's proposed approach results in 7.11e-3 lb/MMBtu. This result is less than the UPL calculated for existing sources. The resulting UPL therefore conforms to the EPA's proposed methodology. Not only is the result appropriate, but also the data used to get this number provides support that it may represent appropriate intra-unit variability from the top ranked source with sufficient data. As such, this result is illustrative of EPA's proposed new methodology with justification that the result is both "achieved in practice" and represents the "best controlled similar source."

## It is Necessary to Consider Fuel Variability for New Sources

The EPA has acknowledged that it is necessary to account for variability in the fuel for the HCl standard.

> *The EPA agrees with the commenter's assertion that the solid fuel limits only represented testing variability and not operational variability. For this reason, EPA believes it is necessary to establish fuel variability factors (FVF) for the Hg and HCl limits for the solid fuel subcategory. The Hg and HCl MACT floor emission limitations in the final rule have each been multiplied by an FVF, which EPA believes fully accounts for operational variability.*[30]

For sources without source-specific FVF, EPA should not ignore the need to address operational variability. As discussed previously in this letter, EPA already has data that identifies sander dust varies by a factor of four. A floor source that uses 100% sander dust should account for this observed variability, and would be justified in referencing the maximum ratio from the best performing units, to ensure that the operational variability is captured (5.38, as calculated in the existing data EPA-HQ-OAR-2002-0058-3948_attachment_1.xlsx).

EPA identified that the use of the average ratio was appropriate for the calculation of the existing source standard. However, the use of the average was justified based on the "heterogeneous fuel make-up amongst the top performing units… has a mix of biomass, coal, and other solid fossil stack test data factored into the 99% UPL calculations."[31] For a single source, the UPL does not also capture the variability of all heterogenous fuel that is grouped in the solid fuel category. Accordingly, it is appropriate to use the

---

[30] U.S. EPA OAQPS, Sector Policies and Program Division, Energy Strategies Group (D243-01) RTP, NC, *Summary of Public Comments and Responses for National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, Final rule; notice of action on reconsideration. E.O. 12866 NESHAP for Major Sources: Industrial, Commercial and Institutional Boilers and Process Heaters 2060-AR13 Final Rule 20120822*, December 2012. EPA Response to Document Control Number: EPA-HQ-OAR-2002-0058-3508-A1, Comment Excerpt No. 5.

[31] U.S. EPA OAQPS, Sector Policies and Program Division, Energy Strategies Group (D243-01) Research Triangle Park, NC, *Summary of Public Comments and Responses for National Emission Standards for Hazardous Air Pollutants for Major Sources: Industrial, Commercial, and Institutional Boilers and Process Heaters, Final rule; notice of action on reconsideration. E.O. 12866 NESHAP for Major Sources: Industrial, Commercial and Institutional Boilers and Process Heaters 2060-AR13 Final Rule 20120822*, December 2012. EPA Response to Document Control Number: EPA-HQ-OAR-2002-0058-3525-A1, Comment Excerpt Number 37.

maximum ratio. For the SCCogenSouth, B001 – Main Boiler floor source in the illustrative example presented in this letter, EPA has fuel data corresponding to the SCCogenSouth, B001 – Main Boiler, enabling the ability to quantify a source-specific FVF. The following table presents the fuel data.

**Table 4. HCl Fuel Analysis Data for SCCogenSouth, B001 – Main Boiler**

| HCl Fuel-Based Emission Factor (lb/MMBtu) | Maximum HCl Fuel-Based Emission Factor (lb/MMBtu) | Ratio | Subcategory Outlier | Outlier for Ratios ≥1? |
|---|---|---|---|---|
| 0.071 | 0.068 | 1.05 | Not an Outlier | Not an Outlier |
| 0.069 | 0.068 | 1.01 | Not an Outlier | Not an Outlier |
| 0.070 | 0.068 | 1.02 | Not an Outlier | Not an Outlier |
| 0.071 | 0.068 | 1.04 | Not an Outlier | Not an Outlier |
| 0.067 | 0.068 | 0.98 | Not an Outlier | Not an Outlier |
| 0.076 | 0.068 | 1.12 | Not an Outlier | Not an Outlier |
| 0.073 | 0.068 | 1.08 | Not an Outlier | Not an Outlier |
| 0.070 | 0.068 | 1.03 | Not an Outlier | Not an Outlier |
| 0.067 | 0.068 | 0.99 | Not an Outlier | Not an Outlier |

Source: EPA-HQ-OAR-2002-0058-3948_attachment_1.xlsx.

The maximum ratio is 1.12, and the average ratio (for ratios >1) is 1.05. The source-specific FVF would be 1.12.

Following EPA's methodology in the proposed amendments, the FVF is multiplied by the calculated UPL of the floor source. With the considerations for a reasonable approach to EPA's methodologies relying on sufficient data, the resulting new source HCl emissions standard, rounded to two significant figures, would be 8.0e-3 lb/MMBtu.

By considering available, sufficient data in following EPA's proposed new methodology, the results of the new source HCl emission standard for solid fuel units is 74% lower than the current Boiler MACT. This illustration represents a more stringent standard following EPA's methodology for justifying "achieved in practice by the best controlled similar source."

**Table 5. Corresponding Updates to Appendix F: Summary of Statistical, Fuel, and RDL Variability and BTF Selection for New Sources (Revised Cells Only)**

| | | Emissions Data Characteristics | | | Statistical Variability | | Fuel Variability | | |
|---|---|---|---|---|---|---|---|---|---|
| Sub-category | MACT Floor[a] | Average Emissions of Floor Unit | Maximum Run Emission Value | Total Number of Test Runs for Floor Unit | UPL 99% Confidence Level | Test on Stat Variability[b] | Max Ratio[c] | Avg. Ratio for Ratios >1[d] | Small data set[e] |
| **HCl (lb/MMBtu)** | | | | | | | | | |
| Solid Fuel | 8.0e-3 | 7.87e-4 | 2.35e-3 | 12 | 7.11e-3 | 3.0 | 1.12 | 1.05 | NO |

Source: EPA-HQ-OAR-2002-0058-3948_attachment_9.xlsx.

a. Rounded to two significant figures.
b. The test on statistical variability is the UPL divided by the maximum best performance test run.
c. The max ratio is calculated with all data outliers removed and is fuel-specific.
d. The average ratio is calculated with all data outliers removed and is subcategory-specific.
e. A small data set is defined as less than 7 data points.

~~~~~~~~~~~~~~

U.S. Sugar appreciates the opportunity to provide these comments on the proposed amendments. If you have any questions or comments about the information presented in this letter, please do not hesitate to contact me at (407) 982-2891 or mballenger@trinityconsultants.com, or Mr. Keith Tingberg, Director, Regulatory Compliance, at U.S. Sugar at (863) 902-3186 or ktingberg@ussugar.com.

Sincerely,

TRINITY CONSULTANTS



Michael Ballenger, P.E.
Principal Consultant

cc: Keith Tingberg, U.S. Sugar
~~~~~~~~~~~~~~

www.erg.com

MEMORANDUM

TO: Jim Eddinger, EPA/SPPD

FROM: Eastern Research Group, Inc.

DATE: August 2019

SUBJECT: Revised MACT Floor Analysis (2019) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

## 1.0 INTRODUCTION

The purpose of this memorandum is to present the revised results of the maximum achievable control technology (MACT) floor determinations for boilers and process heaters at major sources of hazardous air pollutants (HAP) and to document the comparisons done to assess which emission limits would be set at a level of beyond the floor (BTF). We determined the MACT floors using data obtained from two Information Collection Requests (ICRs) approved under OMB Control No. 2060-0616 (ICR numbers 2286.01 and 2286.03) as well as new data and data corrections received before, during, and after the public comment period on the reconsideration proposal.[1,2,3] The dataset used for the MACT floor analysis remains largely the same as the dataset used in the 2013 rule. While some background test report files for units that had not been previously included in the rankings and floor calculations were reviewed to correct for errors, fill in gaps for certain co-fired fuel blends, and adjust CO instrument span measurements, no new compliance data from the units since the rule took effect were factored into the analysis for the MACT floor calculations. This memo is a follow-up to the memorandum that documents the MACT floor methodology applied in the 2013 final reconsideration of the major source

[1] Phase I ICR 2008 Combustion Survey. [ICR No. 2286.01]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on August 1, 2008.

[2] Phase II ICR Test Plan Requesting Emission Testing from Boilers, Process Heaters, and CISWI. [ICR No. 2286.03]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on May 21, 2009.

[3] Eastern Research Group, Inc. Handling and Processing of Corrections and New Data in the EPA ICR Databases. Revised August 2012.

boiler and process heater rule.[4] This memo highlights only the changes to the methodology and results since the previous analysis for the 2013 final rule. A summary of the data corrections made since the 2013 final rule is available in another memo.[5]

This memorandum is organized as follows:

1.0 Introduction

2.0 MACT Floors for Existing Sources

3.0 MACT Floors for New Sources

4.0 Beyond the Floor Analysis for New and Existing Sources

References

Appendix A: Hg, HCl, and TSM Variability as a Function of Fuel Variability

Appendix B: Ranked Emission Data for MACT Floor Analysis

Appendix C-1: Upper Prediction Limit (UPL) Calculations for Existing Sources

Appendix C -2: Upper Prediction Limit (UPL) Calculations for Existing Sources (Limited Dataset)

Appendix D: Summary of Statistical, Fuel, and RDL Variability and Beyond the Floor Selection for Existing Sources

Appendix E: UPL Calculations for New Sources

Appendix F: Summary of Statistical, Fuel, and RDL Variability and Beyond the Floor Selection for New Sources

Appendix G: Analysis of Paired CO and NOx Data for New Sources

Appendix H: Beyond the Floor Analysis

---

[4] Eastern Research Group, Inc. Revised MACT Floor Analysis (August 2012) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source. Revised August 2012.

[5] Eastern Research Group, Inc. Major Source Boiler and Process Heater Data Corrections and New Data since January 2013 Final Rule. August 2019.

to represent the CO emissions performance of best performing unit in the subcategory: Coal/Fossil Solid Pulverized Coal, Coal/Fossil Solid Stoker/Sloped Grate/Other, and Heavy Liquid. However, in all of these cases the calculated UPL from the next lowest ranked unit was below the floor value of 130 ppm. Appendix G shows the CO to NOx ratios for each subcategory.

## 4.0 BEYOND THE FLOOR ANALYSIS

The revisions to the MACT floor methodology described above had the effect of some emission limit calculations becoming less stringent than those in the 2013 final rule. Since these emission limits have been in effect for over six years, additional analysis was done to assess whether the 2013 limits were technically achievable. Compliance data available to the EPA through the Compliance and Emissions Data Reporting Interface (CEDRI) and WebFIRE were reviewed and compared to the emission limits in the January 2013 final rule to assess whether the more stringent limits were being achieved in practice. The compliance data compared to the emission limits are available in Appendix H.

In addition to these comparisons to recently available compliance data, for PM emission limits at new sources, PM emission limits were compared to the PM limit of 0.03 pound per million British thermal units (lb/MMBtu) for new biomass boilers in 40 CFR part 60 subparts Db and Dc. This comparison is identical to the comparison made during the 2013 final rule.

Tables 1 and 2 identify the subcategories where a BTF limit was proposed as the MACT floor for existing sources and new sources.

**Table 1. Existing Source Emission Limits Based on Beyond the Floor**

| Existing Source Subcategory Limit | Discussion |
|---|---|
| HCl-Liquid | All of the existing units with data available are below the 2013 emission limit. |
| TSM-Coal | All ten of the existing units complying with the TSM limit were below the 2013 emission limit. |
| TSM-Heavy Liquid | The two existing units with data were both below the 2013 emission limit. |
| TSM-Light Liquid | The two existing units with data were both below the 2013 emission limit. |
| PM-Dry Biomass Stoker | All six of the existing units with data were below the 2013 limit. |
| CO-Biomass Suspension Burner | All 12 of the existing units with data were below the 2013 limit. |
| CO-Biomass Suspension Grate | All 99 of the existing units with data were below the 2013 limit. |
| CO-Dry Biomass Stoker | All six of the existing units with data were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |

**Table 2. New Source Emission Limits Based on Beyond the Floor**

| New Source Subcategory Limit | Discussion |
|---|---|
| TSM-Wet Biomass Stoker | Only one existing and one new wet stoker boiler has TSM compliance data. The new source data is below the 2013 new source limit. |
| TSM-Coal | Six of the twelve existing units with compliance data are below the 2013 limit for new sources. Of the ones that were above the limit, all of them were above both the 2013 limit and the remanded MACT floor emission limit. No new coal units were identified in recent compliance data. |
| PM-Suspension Burner | The calculated UPL is identical to the value calculated in the 2013 final rule for existing sources. However, the UPL calculation was less stringent than the NSPS limit for new boilers. Additionally, all of the 13 units with PM test data are below the 2013 limit for new sources. |
| PM-Dry Biomass Stoker | Of the seven units with PM test data, three units were below the 2013 emission limits for new sources, including one new dry biomass stoker boiler. Additionally, the UPL calculation was less stringent than the NSPS limit for new boilers. |
| PM-Coal | Of the 101 existing units with PM test data, nine units were below the 2013 emission limit for new sources. No new coal units were identified in recent compliance data. |
| CO-Dry Biomass Stoker | All seven of the existing units with data, including one new dry biomass stoker were below the 2013 limit. |
| CO-Coal Fluidized Bed with Heat Exchanger | The one existing unit with data was below the 2013 limit. |

Appendix H - Beyond the Floor for HCl Liquid

| FacilityID | City | State | UnitID | Size (MMBtu/h) | Subcatego | Subcatego | Subcatego | Controls | HCL | Test Result compared to 2013 limit |
|---|---|---|---|---|---|---|---|---|---|---|
| ALAscendPerformance | Decatur | AL | PH Hydrogen Reformer B | 30 | Liquid | Liquid | HL | None | 4.90E-04 | Less |
| ALAscendPerformance | Decatur | AL | PH Hydrogen Reformer C | 30 | Liquid | Liquid | HL | None | 4.90E-04 | Less |
| FLAscend | Gonzalez | FL | Boiler 4 | 300 | Liquid | Liquid | LL | None | 3.30E-04 | Less |
| IDNavalReactors | Idaho Falls | ID | Boiler 1 | | Liquid | Liquid | LL | ULSD | 1.21E-05 | Less |
| IDNavalReactors | Idaho Falls | ID | Boiler 2 | | Liquid | Liquid | LL | ULSD | 2.01E-05 | Less |
| ILExxonMobilJolietRefinery | Channahon | IL | Alky7-B-1 | | Liquid | Liquid | HL | Uncontrolled | 4.00E-05 | Less |
| INNotreDameU | South Bend | IN | Boiler 1 | 137 | Liquid | Liquid | LL | ULSD | 2.00E-04 | Less |
| INNotreDameU | South Bend | IN | Boiler 5 | 244.5 | Liquid | Liquid | LL | ULSD | 4.00E-05 | Less |
| INNotreDameU | South Bend | IN | Boiler 6 | 249 | Liquid | Liquid | LL | ULSD | 4.00E-05 | Less |
| MECatalystPaperRumford | Rumford | ME | Boiler 3 | 300 | Liquid | Liquid | HL | VS | 2.70E-04 | Less |
| MTExxonMobilBillings | Billings | MT | F402 PH | | Liquid | Liquid | HL | Uncontrolled | 2.46E-04 | Less |
| NJValtrisSpecialtyChemicals | Bridgeport | NJ | Vogt Boiler E602 | 44 | Liquid | Liquid | LL | ULSD | 9.88E-05 | Less |
| PAExelonGeneration | Eddystone | PA | Aux.Boiler A | 124 | Liquid | Liquid | LL | Uncontrolled | 6.73E-05 | Less |
| PAExelonGeneration | Eddystone | PA | Aux. Boiler B | 124 | Liquid | Liquid | LL | Uncontrolled | 9.17E-05 | Less |
| PAExelonGeneration | Eddystone | PA | Aux. Boiler C | 124 | Liquid | Liquid | LL | Uncontrolled | 2.16E-04 | Less |
| PAGlaxoSmithKline | Collegeville | PA | Boiler 7.1 | | Liquid | Liquid | LL | Uncontrolled | 4.12E-05 | Less |
| PAGlaxoSmithKline | Collegeville | PA | Boiler 7.2 | | Liquid | Liquid | LL | Uncontrolled | 1.22E-04 | Less |
| PAGlaxoSmithKline | Collegeville | PA | Boiler 7.3 | | Liquid | Liquid | LL | Uncontrolled | 6.25E-05 | Less |
| PAGlaxoSmithKline | Collegeville | PA | Boiler 7.4 | | Liquid | Liquid | LL | Uncontrolled | 9.88E-05 | Less |
| SCMitsubishiPolyesterFilm | Greer | SC | Boiler 3 | | Liquid | Liquid | LL | Uncontrolled | 3.86E-05 | Less |
| SCMitsubishiPolyesterFilm | Greer | SC | Boiler 4 | | Liquid | Liquid | LL | Uncontrolled | 2.10E-05 | Less |
| TXLyondellChemical | Channelview | TX | Hot Oil Heater | 126 | Liquid | Liquid | LL | Uncontrolled | 2.70E-04 | Less |
| VACityofHarrisonburg | Harrisonburg | VA | B3 | 43.2 | Liquid | Liquid | LL | ULSD | 4.20E-05 | Less |
| VACityofHarrisonburg | Harrisonburg | VA | B4 | 43.2 | Liquid | Liquid | LL | ULSD | 6.30E-05 | Less |
| VAJamesMadisonU | Harrisonburg | VA | B5 | 50 | Liquid | Liquid | LL | ULSD | 1.34E-04 | Less |
| VAUniversityof Virgina | Charlottesville | VA | Boiler 3R | 112.5 | Liquid | Liquid | LL | ULSD | 1.20E-05 | Less |
| VAUniversityof Virgina | Charlottesville | VA | Boiler 4R | 112.5 | Liquid | Liquid | LL | ULSD | 1.20E-05 | Less |

| | |
|---|---|
| 2013 Emission Limit | 1.10E-03 |

**MEMORANDUM**

**SUBJECT:** Approach for Applying the Upper Prediction Limit to Limited Datasets for Boilers and Process Heaters at Major Sources

**DATE:** August 2019

**FROM:** Jim Eddinger
Office of Air Quality Planning and Standards

**TO:** Docket ID No. EPA-HQ-OAR-2002-0058

I. What is Our Approach for Applying the Upper Prediction Limit to Limited Datasets?

The UPL approach addresses variability of emissions data from the best performing source or sources in setting MACT standards. The UPL also accounts for uncertainty associated with emission values in a dataset, which can be influenced by components such as the number of samples available for developing MACT standards and the number of samples that will be collected to assess compliance with the emission limit. The UPL approach has been used in many environmental science applications.[1,2,3,4,5,6] As explained in more detail in memorandum entitled "Use of the Upper Prediction Limit for Calculating MACT Floors", which is located in the docket for this action, the EPA uses the UPL approach to reasonably estimate the emissions performance of the best performing source or sources to establish MACT floor standards.

Sample size (the number of values in a particular dataset) is an important component of the UPL approach. First, the use of the UPL approach requires us to identify the distribution of the data, that is, whether a particular dataset is normally or non-normally distributed (see the memorandum entitled "Use of the Upper Prediction Limit for Calculating MACT Floors", which is located in the docket for this action). To determine the distribution of the data, we use well-established tests (kurtosis and skewness tests), and these tests require at least three data points. In prior rulemakings, we used the kurtosis equation that is a built-in function in Excel software, but that equation requires at least 4 values in order to avoid dividing by zero, which precluded its use for datasets of 3. However, we recently further reviewed the application of the UPL where data

[1] Gibbons, R. D. (1987), *Statistical Prediction Intervals for the Evaluation of Ground-Water Quality*. Groundwater, 25: 455–465 and Hart, Barbara F. and Janet Chaseling, *Optimizing Landfill Ground Water Analytes*—New South Wales, Australia, Groundwater Monitoring & Remediation, 2003, 23, 2.
[2] Wan, Can; Xu, Zhao; Pinson, Pierre; Dong, Zhao Yang; Wong, Kit Po. Optimal Prediction Intervals of Wind Power Generation. 2014. IEEE Transactions on Power Systems, ISSN 0885-8950, 29(3): pp. 1166 – 1174.
[3] Khosravi, Abbas; Mazloumi, Ehsan; Nahavandi, Saeid; Creighton, Doug; van Lint, J. W. C. Prediction Intervals to Account for Uncertainties in Travel Time Prediction. 2011. IEEE Transactions on Intelligent Transportation Systems, ISSN 1524-9050, 12(2):537 – 547.
[4] Ashkan Zarnani; Petr Musilek; Jana Heckenbergerova. 2014. Clustering numerical weather forecasts to obtain statistical prediction intervals. Meteorological Applications, ISSN 1350-4827. 21(3): 605.
[5] Rayer, Stefan; Smith, Stanley K; Tayman, Jeff. 2009. Empirical Prediction Intervals for County Population Forecasts. Population Research and Policy Review, 28(6): 773 – 793.
[6] Nicholas A Som; Nicolas P Zegre; Lisa M Ganio; Arne E Skaugset. 2012. Corrected prediction intervals for change detection in paired watershed studies. Hydrological Sciences Journal, ISSN 0262-6667, 57(1): 134 – 143

are limited, and concluded that it is appropriate to use another kurtosis estimator[7] that provides a meaningful result with just 3 values. The use of this estimator is important, as many, if not most, of our new source emissions limits are based on 3 samples collected during an emissions test.

Once we determine the data distribution, the appropriate equation to be used in the UPL approach is selected based on the data distribution. We recognize that the use of the UPL approach for limited datasets introduces some amount of uncertainty in the calculation of MACT standards, and, therefore, we are taking additional steps, discussed in this document, to ensure that the level of the MACT standards is reasonable. We also note that after MACT standards are promulgated, we are required to review those standards periodically, and for such reviews, we typically have significant additional HAP emissions data from the intervening years of compliance with which to further assess the actual performance of the various emission sources.

Regardless of the distribution of the data, UPL equations have three well-defined components: an average, the t-score and a measure of variability that includes the actual variability of the data, the sample size, and the number of data points that are averaged together to determine compliance with a particular emission limit. A t-score is a value that estimates the uncertainty and variability for a certain confidence level associated with a specific number of data points. For a constant confidence level, t-scores decrease as the number of samples increase. This means that, if the mean and variance remain constant, UPL values for a particular confidence level decrease as the number of samples increase. Figure 1 and Table 1 show the t-scores for various sample sizes, and demonstrate that the t-score is highly variable at the smallest sample sizes and becomes relatively constant once the sample size is larger than a few data points. Consequently, we recognize that we need to take special care when smaller, limited sample sizes are used to establish emission limits, as the t-scores can have a disproportionate effect, overwhelming the other components of the emission limit calculation. In addition, we recognize that for a sample size of fewer than three data points, which has a very large t-score and precludes the appropriate selection of a distribution, we should not develop emission limits using the UPL. In other words, if fewer than 3 data points are available for use in determining an emission limit for a particular source, and no other data from sources in the subcategory are available, we would have to establish a different procedure for establishing the MACT floor that does not rely on the UPL.

[7] Doric D, Nikolic-Doric E, Jevremovic V and Malisic J. 2009. On measuring skewness and kurtosis. Qual Quant. 43:481-493. DOI 10.1007/s11135-007-9128-9.




Figure 1. Sample sizes versus one-sided, 99 percent confidence interval t-scores for normal distributions

Table 1. Degrees of Freedom, T-Score for a One-Tailed, 99 Percent Confidence Interval, and Percent Difference in T-Score for Each Sample Size

| Sample Size (n) | Degrees of Freedom (n-1) | t-score (99 percent) | Relative Percent Difference[a] |
|---|---|---|---|
| 2 | 1 | 31.82 | |
| 3 | 2 | 6.96 | 78 |
| 4 | 3 | 4.54 | 35 |
| 5 | 4 | 3.75 | 17 |
| 6 | 5 | 3.36 | 10 |
| 7 | 6 | 3.14 | 7 |
| 8 | 7 | 3.00 | 5 |
| 9 | 8 | 2.90 | 3 |

[a]The relative percent difference between the t-score and the t-score shown on the preceding row

In the case of a dataset with a normal distribution, the equation to calculate the UPL is as follows:

$$UPL = \bar{x} + t_{[(n-1),(1-\alpha)]}\sqrt{s^2\left(\frac{1}{n}+\frac{1}{m}\right)}$$

where $\bar{x}$ = average or mean of test run data;

$t_{[(n-1),(1-\alpha)]}$ = t score, the one-tailed t value of the Student's t distribution for a specific degree of freedom (n-1) and confidence level (1- α);

α = level of significance expressed as a decimal (e.g., 1% significance = 0.01), note that confidence level = $100 - (\alpha \times 100)$;

$s^2$ = variance of the dataset (test run);

$n$ = number of values (test runs) in the dataset; and

$m$ = number of values used to calculate the test average (generally 3).

As shown in the equation, the sample size (n) directly affects the UPL calculations in two ways. First, as mentioned earlier, the t-score is selected based on the sample size. Second, the sample size is a separate variable in the equation, and as with the t-score, as the sample size gets larger (all other variables being held constant), the UPL gets smaller (i.e., approaches the mean value). The sample size also influences both the mean ($\bar{x}$) and variance ($s^2$) in that larger sample sizes provide better estimates of the population mean and variance. The confidence level also influences the t-score, and is represented in the UPL equation by the subscript "1- α." As noted in the memorandum entitled "Use of the Upper Prediction Limit for Calculating MACT Floors", which is located in the docket for this action, we typically choose the 99 percent UPL, which is another way of saying that α equals 0.01.

Note that the UPL equation for a lognormal distribution uses a z-score, instead of a t-score.[8] As with the normal UPL equation, the lognormal UPL equation is affected by sample size and the variance of the data, and the basic concepts outlined in this discussion apply to datasets regardless of the distribution.

In summary, sample size is important for UPL calculations, as it is a key component of the t-score value and the calculation of the mean and variance of the sample. For the reasons presented above, for datasets below a certain size, further evaluation is warranted to ensure that the results are a valid representation of the performance of the emission sources whose data are included in the dataset. The remainder of this document provides our assessment of what constitutes a

[8] Bhaumik, D.K. and Gibbons, R.D.``An Upper Prediction Limit for the Arithmetic Mean of a Lognormal Random Variable", Technometrics, 46, 2004, 239-248.

limited dataset and what additional analyses are appropriate for ensuring that the UPL calculations are valid representations of the performance of units as reflected in the available data.

II. What is a limited dataset?

While there are different options for choosing the number of samples that represents a limited dataset (or small sample size), we can use distinctions based on our observations in Figure 1 and Table 1 as an aid in defining what constitutes a limited dataset. As discussed earlier, the t-score is an influential parameter that can have a particularly large influence on an emission limit developed from a limited dataset. As such, the t-score is a key parameter for identifying what constitutes a limited dataset for purposes of MACT analyses. As shown in Figure 1 and Table 1, above, at the 99 percent confidence level there is a clear distinction between t-score values for sample sizes of 3 and fewer when compared to t-score values for sample sizes of more than 6. As Figure 1 and Table 1 show, the t-score changes drastically from sample size equal to 2 to sample size equal to 3. The changes in the t-score are considerably less dramatic as the sample size approaches 9 data points and larger.

As noted earlier, we will not use the UPL approach for datasets with fewer than 3 values because of the high degree of uncertainty that results from the size of the dataset and the related t-score. In fact, the t-score (see Figure 1 and table 1) for a dataset of 3 is 78 percent lower than a t-score for a dataset of 2, meaning that given an equal variance, the component of the UPL that includes the t-score and variance would be more than 78 percent less when evaluating a 3-point dataset compared to a 2-point dataset. The table and figure also show that the relative change of the t-score for each additional data point decreases as the sample size gets larger. As sample size increases, uncertainty decreases, but there is always some amount of uncertainty. The discussion that follows presents our examination of the t-score at various sample sizes. We rely on this examination to help identify a sample size below which we would further evaluate the data and the application of the UPL to ensure that the amount of uncertainty is within a reasonable range. Based on Table 1, the lower bound of the sample size where such further evaluation is needed is 3 values, and a reasonable value (where the size of the t-statistic has much less influence on the eventual emission limit) lies between 4 and 9 values.

An additional factor to consider is that, in the context of MACT analyses, emission tests typically include 3 test runs (independent data points), and, therefore, our MACT floor dataset size typically is a multiple of 3. For this reason, we first considered sample sizes that are multiples of 3 when identifying the size below which further scrutiny is needed. As can be calculated from the t-scores shown in Table 1, the relative difference between the t-score for 6 data points and the t-score for 9 data points is about 14 percent ((3.36-2.90)/3.36). The relative difference between the t-scores for 7 and 9 data points is about 8 percent ((3.14-2.90)/3.14). Given that the test methods that are used to generate the data typically are accurate to within 10 to 20 percent[9] , this difference in t-score (between datasets with 7 and 9 runs) is less than the uncertainty in the test methods and would not have a large influence on the magnitude of an emission limit. Conversely, comparing the t-score for 3 runs to that for 7 runs, the relative

[9] (ReMAP): PHASE 1, Precision of Manual Stack Emission Measurements; American Society of Mechanical Engineers, Research Committee on Industrial and Municipal Waste, February 2001.

difference in the t-score is 55 percent ((6.96-3.14)/6.96), indicating that there is a possibility, especially if the variance is high, that the t-score for 3 test runs may introduce a large amount of uncertainty in an emission limit, and, therefore, additional analysis of a dataset of this size is warranted. We also conducted the same type of evaluation on datasets between 4 and 6 points, and while the change in t-score for datasets of these sizes could be considered to be sufficiently small, to be conservative, we conclude that a limited dataset, for purposes of MACT analyses, is a dataset that includes at least 3 test runs and fewer than 7 test runs. Because of the uncertainty associated with datasets at or below this size, further evaluation is warranted, and the types of additional analyses that we may choose to conduct are explained below.

## III. What approach will the EPA follow for MACT floors based on limited datasets?

When a MACT floor for either existing or new sources is based on fewer than 7 data points, we will further evaluate each individual dataset in order to ensure that the uncertainty associated with a limited dataset does not cause the calculated emission limit to be so high that it does not reflect the average performance of the units upon which the limit is based after accounting for variability in the emissions of those units. The evaluation will include one or more of the following, depending on the specific dataset: confirming that the data distribution was selected correctly; after confirming the data distribution, ensuring that we use the most appropriate UPL equation[10]; and, as necessary, comparing UPL equation components for the individual unit upon which a new source floor is based with those of the units in the existing source floor to determine if our identification of the best unit is reasonable. Each of the additional evaluations are discussed below.

Confirming the data distribution is important because UPL equations and the emission limits derived from those UPL equations depend on the distribution. In prior rulemakings, we had not identified a way of ascertaining the data distribution for units with three samples, so we either assumed a normal or lognormal distribution. This particularly affected new source emissions limits, many of which were based on three samples. However, we have since identified and adopted an established technique that compares the ratio of skewness to the standard error of the skewness for both the raw and log transformed data. The lower of the two ratios identifies the data distribution that best represents the sample set. This ability to more precisely ascertain the data distribution enables us to select the best option for the UPL equation given the small sample size.

After confirming that we selected the best distribution based on the available data and ensuring that we used the correct equation to calculate a MACT floor value, we then examine key variables that factor into the calculated floor values. The variables that are factored into the emission limit include the following: average, t-score, confidence level, variance, number of test runs (i.e., sample size), and number of runs in each test (i.e., the number of data points that are averaged together to determine compliance with a particular emission limit). The considerations related to each variable are discussed below.

---

[10] For datasets with lognormal distributions, we recently determined that the most appropriate UPL equation, which is especially important for the smallest datasets that we use, is based on an approach described in Bhaumik, 2004, op. cit.

The average, which typically is calculated as the mean value of a dataset, does not require additional consideration. Once it is calculated, it is used to rank the performance of units, and also is the key value upon which each emission limit is based. As such, average values have already been compared within a particular dataset, and additional assessment is not necessary. However, in the overall assessment of variables, when multiple best performing units have emission averages that are similar, we may look to other variables like the variance to help to inform our decision as to which unit is the single best performer.

As discussed earlier, the t-score is dependent on the sample size, and, therefore, we discuss these two variables together. As shown earlier in Figure 1, as the sample size decreases, the t-statistic increases. This is important because the t-statistic is multiplied by the variance and a factor that involves the sample size and the number of test runs used for compliance (i.e., the "m" term in the UPL equation). For the smallest datasets (3 data points) that we consider under the UPL approach, a large variance coupled with a t-score that is significantly greater than the t-score for a dataset of 7 or more can create a situation where the emission limit includes a large amount of uncertainty. In such cases, we use our technical expertise to assess what level of emissions could realistically be expected from the type of unit, controls, and other relevant factors, and would ensure that the emission limit is reasonable.

The variance is another key variable that we would evaluate. Generally speaking, if our evaluation showed a very small amount of variability (e.g., a small variance), the emission limit would not contain an unacceptable amount of uncertainty and variability because a small variance would result in an emission limit that would be reasonably close to the mean of the data. With larger datasets, it is more likely that the demonstrated variance is truly representative of the variation in the source's emissions simply because there is more evidence of the source's emissions over time. On the other hand, when a limited dataset includes a large amount of variability (e.g., a large variance), we would need to carefully evaluate the data. For instance, consider the case where the pool of best performing units all have similar averages and the unit identified as the single best performer (based on average emissions only) has a limited dataset and a variance that greatly exceeds the variance of the other similarly-controlled best-performing units. In such a case, the MACT floor analysis may yield an emission limit for that unit (i.e., the new source MACT floor) that is higher than the existing source MACT floor, which is an indicator that further analysis is warranted. Careful consideration of variance will allow us to better ascertain which unit should be considered the best performer.

Another tool that could be used to adjust unreasonable emission limits is the selection of the confidence level. In certain instances, we may determine that a limited dataset includes such a high degree of variability that the 99 percent confidence level results in an emission limit that our experience suggests is higher than the average emissions limitation achieved by the best performing source or sources after accounting for variability. In such cases, we may choose to select a confidence level of 95 percent or 90 percent. As an example, consider a unit identified as the best performing new source with a specific process or control device that has been demonstrated to operate far more efficiently (thus having the potential to lower emissions) in similar units, processes, or control devices. Under these conditions, we may choose to acknowledge the better operation by lowering the confidence level (which lowers the emissions limit).

Establishing and using this approach on a case-by-case basis for limited datasets will ensure consistent application of emissions limit development procedures, which will mitigate the additional uncertainty that could otherwise result from calculating MACT floor standards with limited data.[11]

IV. How did we apply the approach for limited datasets to limited datasets in the industrial, institutional, and commercial boilers and process heaters source categories?

For the industrial, institutional, and commercial boilers and process heaters source categories, we have limited datasets for the following subcategories and pollutants for both existing and new sources: process gas (Hg, HCl, TSM, and PM), biomass suspension burner (TSM), dry biomass stoker (TSM, PM, and CO), and coal fluidized bed coal refuse (CO). For the industrial, institutional, and commercial boilers and process heaters source categories, we have limited datasets for the following subcategories and pollutants for new sources: solid (Hg and HCl), liquid (Hg and HCl), heavy liquid (TSM and PM), light liquid (TSM and PM), biomass dutch oven/pile burner (TSM), biomass fuel cell (TSM), biomass fluidized bed (TSM), biomass suspension burner (TSM), biomass suspension grate (CO), wet biomass stoker (TSM), and coal (TSM and PM). Therefore, we evaluated these specific datasets to determine whether it is appropriate to make any modifications to the approach used to calculate MACT floors for each of these datasets.

For each dataset, we performed the steps outlined above, including: selecting the data distribution that best represents each dataset; checking that the correct equation for the distribution was applied to the data; and comparing individual components of each limited dataset to determine if the standards based on limited datasets reasonably represent the performance of the units included in the dataset. The results of each analysis are presented below for each subcategory and pollutant. Appendix A provides the detailed stack test data and variance calculations, where applicable.

The MACT floor datasets for Hg, HCl, and PM from existing and new boilers designed to burn process gas include three test runs from a single boiler. In addition, there are no other process gas units in the rankings to select from for these pollutants. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. The MACT floor dataset for TSM from existing and new boilers designed to burn process gas only includes two test runs. We assumed a distribution of lognormal for this dataset. We then calculated the UPL-based limits which range from 1.2 to 3 times the average (mean) of all test runs from the best performing source. This result indicates that the emission limits are not unreasonable compared to the actual performance of the unit upon which the limits are based and

---

[11] We note that in the recent D.C. Circuit Court of Appeals decision in National Assn. of Clean Water Agencies v. EPA (NACWA), which involved challenges to EPA's MACT standards for sewage sludge incinerators, the court identified two instances where we replaced a new source floor value with the existing source value because the new source value was less stringent than the existing source value (the "anomalous result"). See 734 F.3d 1115. The procedures outlined here would eliminate the anomalous result in both instances in the rule at issue in NACWA. The first instance in which the court in the NACWA decision identified the anomalous result is where we established an emission limit using the UPL on a dataset that included only 2 data points. The other instance in which the court identified the anomalous result is where we did not apply the most appropriate lognormal UPL equation.

are within the ranges that we see when we evaluate larger data sets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from existing and new suspension burner boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. In addition, there are no other biomass suspension burner units in the rankings to select from for this pollutant because the other unit with test data only has two test runs, and units with less than three test runs were not considered for UPL calculations if other data are available. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based limit which is 1.7 times the short-term average emissions from the best performing source. This result indicates that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger data sets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from existing and new stoker boilers designed to burn dry biomass includes three test runs from a single boiler. In addition, there are no other dry biomass stoker units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based limit which is approximately 2 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger data sets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor datasets for PM and CO from existing and new stoker boilers designed to burn dry biomass include three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit for each pollutant, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance for each pollutant, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limits reasonably account for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutants.

The MACT floor dataset for CO from existing and new fluidized bed boilers designed to burn coal refuse includes three test runs from a single boiler. In addition, there are no other units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for the distribution. We then

calculated the UPL-based limit which is approximately 1.5 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger data sets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for Hg from new boilers designed to burn solid fuel includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for HCl from new boilers designed to burn solid fuel includes six test runs from a single boiler "ARPotlatchForestWarren, Wellons Boiler" (Wellons Boiler) that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we compared the calculated UPL calculation to the short-term average emissions and found that the unit had a UPL that was 81 times higher than the lowest short-term average emission test and that this ratio is not within the range that we see when we evaluate larger data sets using our MACT floor calculation procedures. Based on this, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was six orders of magnitude higher than the variance of the next ranked unit "TXDibollTemple-Inland, PB-44" (PB-44). In addition, the Wellons Boiler six test runs were from two separate stack tests, and while the unit was the top ranked unit due to one of the stack test averages being very low, the other stack test average was 6.2 times higher. The high degree of variance in the dataset for the unit with the lowest average, Wellons Boiler, prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the dataset for PB-44. The dataset for PB-44 includes three test runs and the average emissions are only about seven percent higher than the Wellons Boiler lowest stack test average. However, the PB-44 average emissions are actually 97 percent lower when comparing to the Wellons Boiler average for both stack tests. This information indicates that the second ranked unit, PB-44, has a more consistent level of performance than the top ranked unit, Wellons Boiler, and the resulting UPL calculations support this. The HCl UPL value is lower for PB-44 than for Wellons Boiler, and the Wellons Boiler UPL exceeded the UPL for existing solid fuel boilers. For these reasons, we determined that the unit with the lowest average, Wellons Boiler, is not the best performing source for this pollutant and we are instead selecting PB-44 as the best performing source.

The MACT floor dataset for Hg from new boilers designed to burn liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average

emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit. Our analysis showed that this unit, identified as the best performing unit based on average emissions, and the second ranked unit both have similar and extremely low variance, indicating consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for HCl from new boilers designed to burn liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new boilers designed to burn heavy liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best unit based on average emissions, had a slightly higher variance than the next ranked unit. Therefore, we also evaluated the second ranked unit and determined its distribution and applied the equation for its distribution. Comparing the calculated UPL values for the top two units, the best performing unit resulted in the lower UPL. While its variance was slightly higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for PM from new boilers designed to burn heavy liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new boilers designed to burn light liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on

average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, and the second ranked unit have nearly equivalent variance, indicating consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for PM from new boilers designed to burn light liquid fuel includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new dutch oven boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new biomass fuel cell boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new fluidized bed boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best performing unit based on average emissions, also had the lowest variance, indicating that not

only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this pollutant and subcategory.

The MACT floor dataset for TSM from new suspension burners designed to burn biomass includes three test runs from a single boiler. In addition, there are no other biomass suspension burner units in the rankings to select from for this pollutant. Using the available data, we first determined the correct distribution and ensured that we used the correct equation for each distribution. We then calculated the UPL-based limit which is 1.7 times the short-term average emissions from the best performing source, indicating that the emission limit is not unreasonable compared to the actual performance of the unit upon which the limit is based and is within the range that we see when we evaluate larger data sets using our MACT floor calculation procedures. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to our standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new stoker boilers designed to burn wet biomass includes six test runs from a single boiler “GAGPCelluloseBrunswick, U700 -- No. 4 Power Boiler” (U700 – No. 4 Power Boiler) that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for the distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. We note that the second and third ranked units each have less than three test runs, and units with less than three test runs were not considered for UPL calculations if other data are available. Our analysis showed that this unit, identified as the best performing unit based only on average emissions, has a higher variance than the fourth ranked unit “MESDWarrenSomerset, No2 Power Boiler” (No2 Power Boiler) and an overall average (considering all stack tests, not just the minimum stack test average) that is approximately 18 percent higher than the fourth ranked unit. This information indicates that the fourth ranked unit, No2 Power Boiler, has a more consistent level of performance than the top ranked unit, U700 -- No. 4 Power Boiler, and the resulting UPL calculations support this. The calculated UPL is lower for the fourth ranked unit, No2 Power Boiler, than for the top ranked unit, U700 -- No. 4 Power Boiler. For these reasons, we determined that the unit with the lowest average, U700 -- No. 4 Power Boiler, is not the best performing source for this subcategory and pollutant and we are instead selecting No2 Power Boiler as the best performing source.

The MACT floor dataset for CO from new suspension grate boilers designed to burn biomass includes three test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit, comparing it to other boilers in the same subcategory. Our analysis showed that this unit, identified as the best unit based on average emissions, also had the lowest variance, indicating that not only did it have the lowest average emissions but also the most consistent performance. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for TSM from new coal boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was approximately three times higher than the variance of the next ranked unit. The degree of variance in the dataset for the unit with the lowest average prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the second ranked unit. The second ranked unit includes three test runs. We calculated the UPL using data for the second ranked unit, however, and the resulting UPL was higher than when using data from the top ranked unit. While its variance was higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

The MACT floor dataset for PM from new coal boilers includes six test runs from a single boiler that we identified as the best performing unit based on average emissions. After determining the correct distribution and ensuring that we used the correct equation for each distribution, we evaluated the variance of this unit and concluded that further consideration of the best performer selection was warranted. The variance of the top ranked unit was approximately 2.5 times higher than the variance of the next ranked unit. The degree of variance in the dataset for the unit with the lowest average prompted us to question whether this unit was, in fact, the best performing unit and to evaluate the second ranked unit. The second ranked unit includes three test runs. We calculated the UPL using data for the second ranked unit, however, and the resulting UPL was higher than when using data from the top ranked unit. Therefore, while its variance was higher, the top ranked unit's lower overall emissions and resulting UPL calculations indicate it is the best performer. Therefore, we determined that the emission limit reasonably accounts for variability and that no changes to the standard floor calculation procedure were warranted for this subcategory and pollutant.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY
RESEARCH TRIANGLE PARK, NC 27711

JUL 14 2014

OFFICE OF
AIR QUALITY PLANNING
AND STANDARDS

**MEMORANDUM**

**SUBJECT:** EPA's Response to Remand of the Record for Major Source Boilers

**FROM:** Stephen D. Page, Director
Office of Air Quality Planning and Standards

**TO:** Docket ID No. EPA-HQ-OAR-2002-0058

This document responds to the court's remand of the record to allow EPA to provide further explanation of how its use of the Upper Prediction Limit (UPL) in setting emissions standards pursuant to section 112 and 129 of the Clean Air Act (CAA) meets the requirements of section 112(d)(3) and section 129(a)(2). Specifically, this document explains EPA's use of the UPL, which is the statistical methodology EPA uses as the primary tool to account for emissions variability when setting emissions standards under these sections, and explains how the UPL is used to calculate the average emissions limitation achieved over time by the best performing source or sources.

I. Emissions Standards under Section 112 and 129

For major stationary sources of hazardous air pollutants (HAP) under section 112 and for sources regulated under section 129,[1] the CAA requires emission standards that represent the maximum achievable control technology, or "MACT" level of control. The MACT standard setting process is a two-step process that starts with the agency determining the level of control that is currently achieved by the best-controlled similar source (for new source standards) or the average of the best-performing sources (for existing source standards). That level of control is the minimum level of control required by the CAA regardless of cost or feasibility, and it is commonly called the "MACT floor." This document focuses on that first step in the MACT standard setting process, as it is in that step that the agency uses the UPL to both evaluate average emissions performance and estimate variability to determine the level of control sources currently achieve.[2]

For new sources located at facilities that are major sources of HAP, section 112 of the CAA requires EPA to establish standards that are no less stringent than the emissions control that is

---

[1] A "major source" is a stationary source or group of stationary sources at a single location and under common control that emits or has the potential to emit ten tons per year or more of any hazardous air pollutant or 25 tons per year or more of any combination of hazardous air pollutants. Any stationary source that is not a major source is an "area source." CAA § 112(a). For area sources of HAP, EPA has the discretion to set emissions standards under section 112(d)(5) based on generally available control technology in lieu of MACT standards.

[2] The second step in the MACT standard-setting process is the evaluation of whether beyond-the-floor controls are appropriate, as provided in section 112(d)(2) of the Act. This second step is not addressed in this document.



Internet Address (URL) • http://www.epa.gov
Recycled/Recyclable • Printed with Vegetable Oil Based Inks on Recycled Paper (Minimum 25% Postconsumer)

achieved in practice by the best controlled similar source. The statute does not define "achieved in practice" nor does it dictate the manner in which the agency determines which source is the best controlled similar source, instead leaving it to the agency's discretion to make those determinations. For existing sources located at facilities that are major sources of HAP, standards must be no less stringent than the average emissions limitation achieved by the best performing sources for which EPA has emissions information. Again, the CAA leaves to EPA's discretion the manner in which to calculate "the average emissions limitation achieved" by the best performing sources. Under section 112, the CAA recognizes that source categories and subcategories have differing numbers of sources and provides category size-specific instructions on determining standard stringency for existing sources. Specifically, standards for categories or subcategories with fewer than 30 sources must be based on the average emissions limitation achieved by the best performing 5 sources, and standards for categories or subcategories with 30 or more sources must be based on the average emission limitation achieved by the best performing 12 percent of sources for which EPA has emissions information. Section 129 requires EPA to establish standards for new sources that are no less stringent than the emissions control that is achieved in practice by the best controlled similar source for nine specified criteria and hazardous air pollutants, and standards for existing sources that are no less stringent than the average emission limitation achieved by the best performing 12 percent of sources in the category or subcategory for the same nine pollutants.[3]

II. Remand of the Record

EPA promulgated the major source industrial, commercial, and institutional boilers rules and the commercial and industrial solid waste incinerators (CISWI) rule on March 21, 2011, and subsequently made certain revisions to the rules on January 31, 2012. On August 20, 2013, the D.C. Circuit Court of Appeals issued its decision in National Assn. of Clean Water Agencies v. EPA, which involved challenges to EPA's MACT standards for sewage sludge incinerators, issued under section 129 of the Act. See 734 F.3d 1115. In the NACWA decision, the D.C. Circuit remanded certain aspects of the rule for further explanation, including the question of how the UPL represents the MACT floor for new and existing units, as required by the CAA. The sewage sludge incinerator rule was issued on the same day as the boilers and CISWI rules, and used the same general methodology for calculating the MACT floors. For this reason, EPA requested an opportunity to supplement the record in pending challenges to the boilers and CISWI rules, to provide the explanation of the agency's analysis of variability in setting the MACT floor standards that the court believed was needed in the record for the sewage sludge incinerator rule. The court granted EPA's motion for a remand of the record on May 15, 2014. This document provides that additional explanation.

There are several key points, addressed in more detail below, that underlie EPA's methodology for calculating MACT floor standards through the use of the UPL. First, the floor standards reasonably account for variability in the emissions of the sources used to calculate the standards. This variability occurs due to a number of factors, including measurement variability (both sampling and analysis) and short term fluctuations in the emission levels that result from short-

[3] Unlike section 112(d)(3)(A), section 129(a)(2) does not direct the agency to base the standards on 12% of the sources for which the agency has data, and the EPA has interpreted this to mean that the incinerator standards require the standards to be based on 12% of the sources in the category whether or not the agency has data on all the sources in the category.

term changes in fuels, processes, combustion conditions, and controls. Second, because the emissions data available to EPA is in the form of short-term stack tests and the standards must be complied with at all times, the agency uses the UPL to estimate the average emissions performance of the units used to establish the MACT floor standards at times other than when the stack tests were conducted. Thus, the UPL results in a limit that represents the average emissions limitation achieved by the best performing sources over time, accounting for variability in emissions performance.

III. Overview of MACT Floor Methodology

In establishing MACT floors, we use the available information to determine the average performance of the best performing sources (for existing source floors) and the average performance of the best-controlled similar source (for new source floors). Each MACT standard is based on limited data from sources whose emissions are expected to vary over their long term performance. For this reason, and because sources must comply with the MACT standards at all times, consideration of variability is a key factor in establishing these standards. This variability in emissions is due to numerous factors, including operation of control technologies, variation in combustion materials and combustion conditions, variation in operation of the unit itself, and variation associated with the emission measurement techniques. In order to account for variability that is reflected in the available data that we use to calculate MACT floors, we use the UPL.

The NACWA court recognized that EPA has significant discretion in establishing the MACT floors, including how to account for variability. See NACWA v. EPA, 734 F.3d at 1142-43 ("EPA can decide what value the MACT floors are supposed to represent, as long as that decision is a reasonable interpretation of the statute.") However, the court expressed concern about the interpretation it believed EPA was taking of the "average" emissions performance of the best performing sources. Specifically, the court asked for further clarification of how "'average' means the average of a future 3-run compliance test." Id. at 1143. As explained below, EPA does not interpret the term "average" as used in section 112(d)(3) in this manner. Rather, EPA interprets the average to mean the average emissions over time, based on both the calculated average of all emissions test data from the best performing source or sources and the available information regarding the variability of emissions. The UPL, which EPA uses to account for variability among the best performing sources, reflects an upper limit for the emissions of those sources at times other than when the emissions tests occurred. This not only is a prediction of the emissions performance of those sources in tests conducted in the future, but is also an indication of the range of current average emissions performance of those units.

In calculating MACT floors, EPA analyzes all available emissions information and then uses the emissions information for the best performing source or sources to calculate a value that represents the level achieved in practice by the best controlled similar source for the new source MACT floor and a value that represents the average emission limitation achieved by the best performing twelve percent of sources for the existing source MACT floor. EPA must establish the MACT floor standards based on the emissions information before the agency, and the standards must be met at all times by sources subject to them. The available emissions data are generally in the form of short term, three-run stack tests, with each test run lasting for between 1 and 4 hours. Those short term tests cannot encompass the emissions performance of a source over time. EPA interprets "emissions performance," as used in section 112(d)(3) to mean the

emissions of a source over the long term, rather than just during a short-term stack test. This is a reasonable interpretation of the statutory directive that the MACT standard be no less stringent than the average emissions limitation "achieved by" the best performing sources, since the emissions level of a source is not expected to always be the same as it is during stack testing.

Therefore, EPA applies a methodology that predicts the actual emissions levels the source is achieving at times other than when stack testing was conducted. This enables EPA to calculate the average emissions performance of the best performing sources over time. Therefore, the MACT floor calculation takes into account the inherent variability in emissions performance to more accurately reflect the range of the best performing sources' emissions over time. The remainder of this discussion focuses on why the statistical methodology that we used - the UPL - provides results that reasonably represent the level achieved in practice by the best-controlled similar source for new sources, and the average emissions limitation achieved by the best performing emissions units for existing sources.

IV. Use of the Upper Prediction Limit

The UPL is a value derived from widely accepted and commonly used statistical principles, and represents the upper end of a prediction interval.[4] The UPL is used in a wide variety of industries and professions, such as manufacturing, finance, healthcare and others.[5] The UPL is calculated using one of several equations that must be selected based on certain characteristics of each dataset. The most important parameters in the UPL calculation are the mean (average) performance of the unit or units, the distribution of the dataset, the variance in the measured emission values (that is, the individual data points), and the sample size. The equations that are used to calculate the UPL are explained in more detail below.

In the context of development of MACT floors, the UPL is a value, calculated from a dataset, that identifies the average emissions level that a source or group of sources is meeting and would be expected to meet a specified percent of the time that the source is operating. That percent of time is based on the confidence level used in the UPL equation, as explained in more detail below. For a single best controlled emission source that serves as the basis for a new source MACT floor, the 99 percent UPL is the emissions level that the source would be predicted to be below during 99 out of 100 performance tests, including emissions tests conducted in the past, present, and future, based on the short term stack test data available for that source. It is important to note that the UPL does not represent the *worst* emissions performance of the best performing units at any time, but rather the *average* level expected to have been achieved over time, as the first element of the UPL equation is the average of the short-term emissions test data from the best performing units. In other words, the 99 percent UPL is the level of emissions that we are 99 percent confident is achieved by the average source represented in a dataset over a long-term period based on its previous, measured performance history as reflected in short term stack test data.

---

[4] National Institute of Standards and Technology, *NIST/SEMATECH e-Handbook of Statistical Methods*, <http://www.itl.nist.gov/div898/software/dataplot/refman1/auxillar/predlimi.htm>.

[5] See, e.g., Gibbons, Robert D. and Coleman, David E. (2001). *Statistical Methods for Detection and Quantification of Environmental Contamination*, New York: Wiley, pp 21-31, and Luko, S.N. and D.V. Neubauer, Statistical Intervals Part 2. *Standardization News*, October/November 2011. <http:www.astm.org/standardization-news/data-points/statistical-intervals-part-2-so11.html>.

In sum, the UPL predicts the level of emissions that the sources upon which the floor is based are expected to meet over time, considering both the average emissions level achieved as well as emissions variability and the uncertainty that exists in the determination of emissions variability given the available, short-term data. EPA did not have emissions information from sources at all times each source was operating, and therefore determined it was necessary to apply a methodology that addressed the fact that the data were not complete. Statistical tools are commonly used in science and industry because they permit predictions to be made based on the available data. As explained in more detail below, the UPL equations include a term that adjusts the average emission level of the units to account for both the emissions variability observed in the data and the uncertainty that exists in that estimate of variability for a sample of the given size, to estimate the performance of the units over time. As shown by the t- and z-statistics incorporated into the UPL equations, the uncertainty regarding emissions variability is higher in small samples and is lower in large samples, but it is always accounted for in UPL.

The 99 percent UPL value reasonably estimates the level currently achieved in practice by the best controlled similar source and the average emission limitation currently achieved by the best performing 12 percent of sources by estimating the level achieved by the best source (for new sources) or by the average of the best sources (for existing sources) ninety-nine percent of the time the sources are operating. It is reasonable to interpret the statutory requirement that the MACT floor level reflect the "emission control that is achieved in practice" by the best controlled similar source and the "average emission limitation achieved by" the best performing 12 percent of sources as a level that the average level the best performers are meeting on a consistent basis over time, not just at the single point in time during which emissions test data were collected. If EPA were to simply take the average of the stack test data from the best performing source or sources, the MACT floor would not represent the levels of emissions achieved in practice over time because the MACT floors would not reflect variations in material inputs (e.g., fuels), control device performance, operating unit performance (e.g., changes in combustion conditions that impact emissions), and other factors that affect unit performance over time. This is demonstrated by the fact that even single three run tests, which are performed over a short period of time, typically show different emissions levels during each individual test run. It would not be reasonable to establish a MACT floor standard that the best performing sources would exceed routinely. But neither would it generally be reasonable to establish a standard that all the best performing 12 percent of existing sources can meet without any modification because the statute requires the agency to establish the standard at the *average* level of performance of the best 12 percent of sources. If EPA simply calculated the average (mean) of the emissions data from the best performing 12 percent of sources, that would only lead to a limit that can be met by all the existing sources in the floor at all times in the unlikely hypothetical situation where all the sources have identical emissions test data and controls and operate in exactly the same manner– i.e. the sources would have to be essentially identical and use identical fuels or other material inputs. Since that situation does not represent real-world source categories, the agency takes the available data and applies a statistical formula to account for variability in emissions of the best performing source or sources.

## V. Establishment of MACT Floors

At first glance, developing a HAP emissions limit in accordance with the statutory requirements seems a straightforward task, requiring simply that EPA collect all available valid data from all the sources in a specific category or subcategory, rank the data to select the best performing twelve percent of the category or subcategory, and calculate the average emission level achieved by that group of sources for a particular pollutant. However, multiple factors complicate these calculations. First, emission test results taken during a three-run stack test, as is the case with virtually all the HAP emission data available to EPA, represent three "snapshots" of a source's operations during the test period and those results generally will not represent a source's full range of normal operations or emissions levels. However, because there are three separate runs in a test, a single test will in most cases show some of a particular source's variability over the short period of time during which testing was conducted. Further, EPA generally has limited data with which to establish MACT standards, primarily because the data needed are not generally collected by sources prior to regulation (particularly for HAP, but also for other pollutants such as nitrogen oxides, sulfur dioxide, and carbon monoxide regulated under section 129). The collection of such data is a time- and resource-intensive effort, as emissions tests can take more than a week to perform, analyses of samples from the tests can take more than a month, preparation of test reports typically takes several months, and costs range up to $40,000 per test per pollutant. For example, during our data collection efforts for the boiler and CISWI rules we required hundreds of facilities to conduct emissions testing, and we estimated an average cost of about $90,000 for each facility that was required to conduct testing.

As explained above, EPA establishes MACT floor standards under sections 112 and 129 as limits that reflect the level achieved in practice by the best controlled similar source, or the average emissions limitation achieved by the best performing 12 percent of sources over time, but we necessarily must do that based on the emissions information that is available. In this case, that information consisted of emissions test data that represents the specific instances in the sources' operations when testing was conducted. The UPL is a common statistical technique that allows EPA to use emissions test data and the data characteristics, such as the distribution and sample size, along with the intrinsic variability associated with those data,[6] to calculate an emissions limit based on a specified level of confidence such that an average best performing existing source would not be expected to exceed the limit a specified number of times. For instance, if an emission limit were set at the 50 percent UPL, we would expect the average unit to have emissions above the level of the standard 50 percent of the time.

This section explains how EPA applied the UPL to the emissions data from the best performing source or sources to calculate MACT floor limits that represent the average emissions performance of those sources, while accounting for variation in those sources' emissions over time.

### A. Ranking Sources and Establishing the Distribution of Data

After collecting emissions data, EPA analyzes the data both to identify and rank the best performing sources and to evaluate the data distribution. This evaluation is necessary because the

---

[6] Gibbons, p 30.

UPL equation that is used to account for variability and calculate the MACT floor standard depends on the distribution of the data. Typical data distributions are normal and lognormal, as shown in Figures 1 and 2. Therefore, the first step in applying the UPL is to rank sources (based on lowest emissions) to identify the best performing sources and then analyze the distribution of the emissions data from those best performing sources. The ranking is used to establish which set of units make up the top 12 percent of performers for each pollutant and subcategory and which unit EPA considers the single best-controlled for each pollutant and subcategory. Once these units are identified, EPA determines the data distribution as discussed below.

In order to select statistical equations (to calculate the UPL) that are appropriate for each individual dataset, EPA evaluates each individual dataset to determine the data distribution, as noted above. The individual datasets that we evaluate include the datasets for the best performing unit for each pollutant and subcategory for the new source MACT floor standards and the datasets for the best performing 12 percent of units for each pollutant and subcategory for the existing source MACT floor standards. To evaluate the distribution of the data, EPA checks each dataset for distribution characteristics by applying skewness and kurtosis tests. Skewness is a measure of symmetry (or the lack of symmetry) of a distribution, and is useful in determining the distribution because normal distributions are symmetric while lognormal distributions are not. Kurtosis is a measure of whether a dataset has a similar, more distinct, or flatter peak than a standard normal distribution.[7] Figures 1 and 2 show simple examples of normal and lognormal distributions. In each figure for the purpose of EPA's analyses, the x-axis is the level of emissions and the y-axis represents the probability of a particular value occurring (established based on the number of occurances in the dataset at each level of emissions). If both the skewness and kurtosis tests suggest the data exhibit a normal distribution, EPA evaluates the emissions data for the source category using statistical equations for normally distributed data. If the test results are inconsistent regarding normality, or if both test results suggest non-normality, EPA evaluates the emissions data for the source category using statistical equations for lognormally distributed data.

EPA uses this approach because, absent evidence of a normal distribution, air emissions data have historically been shown to exhibit lognormal distribution characteristics such as 1) run values always above zero; 2) a majority of run values will be low; and 3) a few run values will be high but will have a low probability of occurring.[8,9,10] These characteristics yield a left-skewed distribution curve, meaning the distribution has a long tail to the right.

[7] National Institute of Standards and Technology, *NIST/SEMATECH e-Handbook of Statistical Methods*, <http://www.itl.nist.gov/div898/handbook/eda/section3/eda35b.htm>.

[8] Ott, Wayne R. (1990) *A Physical Explanation of the Lognormality of Pollutant Concentrations*, Journal of the Air & Waste Management Association, 40:10, 1378-383, DOI: 10.1080/10473289.1990.10466789.

[9] Gilbert, Richard O. (1987), *Statistical Methods for Environmental Pollution Monitoring*, New York: Van Nostrand Reinhold, p 152.

[10] Gibbons, Robert D. and Coleman, David E. (2001), *Statistical Methods for Detection and Quantification of Environmental Contamination*, New York: Wiley, p 369.



Figure 1. Normal Distribution[11]




Figure 2. Lognormal Distribution[12]

[11] http://www.psychstat.missouristate.edu/introbook/sbk10m.htm.
[12] http://math.tutorvista.com/statistics/normal-distribution.html.

The following example demonstrates the characteristics of a lognormal distribution curve. Consider a dataset obtained from three filterable particulate matter (PM) emissions tests, each consisting of three test runs, from three independent sources. The nine runs produced the following values measured in pounds PM per million British Thermal Units (lb PM / MMBTU): 0.00134, 0.00139, 0.00153, 0.00319, 0.00387, 0.00417, 0.00970, 0.0128, and 0.0243. This dataset, referred to as Case A, yields both skewness and kurtosis consistent with a lognormal distribution. Figure 3 shows Case A data as solid green squares plotted on the lognormal distribution determined from the characteristics of the run data. Based on those characteristics, one would expect 50 percent of all filterable PM values to be less than 0.0039 lb PM / MMBTU. In addition, one would expect about 95% of all filterable PM values to be less than 0.0188 lb PM / MMBTU. The long tail to the right, as shown in Figure 1, is consistent with the expectation that high values can exist, but they have a low probability of occurring – below one percent for values greater than 0.0255 lb PM / MMBTU.




**FIGURE 3. Lognormal Data Distribution Example.** The smooth curve represents the density function of the lognormal distribution determined from the characteristics of the filterable PM emissions test data (shown as squares) from Case A.

B. Calculating the MACT Floor

Once EPA identifies the best performing single source or best performing twelve percent of sources and the distribution of each dataset, we calculate the UPL, as described below, to identify an emissions limit that represents the level the average unit among the best performing

units has met, is meeting, and would be expected to meet in practice with a specific confidence level.[13] The confidence level, in this case 99 percent, is the percentage of measurements (past, present, and future) that are predicted to fall at or below the UPL value. Stated differently, the 99 percent UPL is the level of emissions that we are 99 percent confident is achieved by the average source represented in a dataset over a long-term period based on its previous, measured performance history as reflected in short term stack test data. The UPL value is based on the available emissions data from the best performing single source (for new source standards) or the best performing 12 percent of sources (for existing source standards). The UPL incorporates the intrinsic variability of the individual run measurements used to calculate an emission test average.[14] While the UPL can be calculated at different confidence levels, we selected the 99 percent level in order to provide reasonable assurance that the limit can be met at all times by a source with emissions at the average level achieved by the best performing source or sources.

C. Applying the UPL Equations

Once the distribution is established and the confidence level selected, a UPL value is calculated using six components. Four of these components are derived from the emissions dataset: the average (or mean), the variance of the dataset, the t-statistic or z-statistic (depending on the distribution characteristics), and the number of samples, which is associated with the total number of emissions test runs. For example, if there are results from six emissions tests, there typically are at least 18 emissions test run values (or samples), since an emissions test generally consists of 3 test runs.[15] The other two components are the number of run values used to calculate the average and the confidence level.

UPL equations are data-distribution specific, so that the normal distribution UPL equation is different from the lognormal UPL equation. Even though they differ due to separate mathematical properties associated with each distribution, the UPL equations share a common format that is composed of two parts which are added together. Equation 1 shows the UPL equation for a dataset with a normal distribution.

Equation 1. $UPL_{100-(\alpha\times100)} = \bar{x} + t_{(n-1),(1-\alpha)}\sqrt{s^2\left(\frac{1}{m}+\frac{1}{n}\right)}$

where $\alpha$ = level of significance expressed as a decimal (e.g., 1% significance = 0.01), note that confidence level $= 100 - (\alpha \times 100)$;

$\bar{x}$ = average or mean of test run data;

[13] Gibbons, p 28.
[14] Gibbons, pp 30-31.
[15] EPA test methods typically require 3 test runs. In cases where a test included fewer than 3 valid test runs, we typically do not include the test as a valid test for the purpose of MACT floor calculations. However, if limited or no other data are available for a particular source and pollutant, we consider the use of such data on a case-by-case basis.

$t$ = t score, the one-tailed t value of the Student's t distribution for a specific degree of freedom and level of significance;

$n$ = number of test runs;

$s^2$ = variance of test run data; and

$m$ = number of test run values used to calculate the test average (generally 3).

The first part of the UPL equation, $\bar{x}$ is the average of the best performing sources' emission measurements. Thus, the average of the emission measurements from the best performing source or sources is a fundamental element, and is in fact the starting point, of the UPL calculation. The second part of the equation, i.e., everything to the right of $\bar{x}$, is associated with the variance of the run data, $s^2$; the total number of runs in the dataset, $n$; the confidence level, calculated from α; and the number of run values used to calculate the emissions average for each test result, $m$.

As shown in Equation 1, the UPL is directly related to the sources' emissions average. In other words, as the emissions average goes up or down, so does the UPL value. The UPL also is directly related to the confidence level and to the variance, meaning that as either of these values go up or down, so does the UPL value. However, the UPL is inversely related to the number of runs in the dataset and to the number of runs averaged for each emissions test. Therefore, as either of these values increases, the UPL value decreases and as either of these values decreases, the UPL value increases. A primary reason for this result is that the amount of uncertainty associated with the UPL is higher when sample sizes are smaller. Larger datasets provide better estimates of the average, the standard deviation and the distribution of the data. A lower boundary for the UPL exists at every significance level. This lower boundary corresponds to what the UPL would be if an infinite number of samples was available because the uncertainty component of the UPL becomes negligible as the sample size increases. In practical terms, this lower boundary represents a value that includes almost no uncertainty when the dataset is large. In other words, even if we had an infinite number of samples, the 99 UPL would not be below this lower-bound value. Therefore, the first half of the UPL equation takes the average emissions value of the sources in the MACT pool and the second half of the equation addresses the variability of that average emissions level based on the factors identified in the variables in that portion of the equation.

Equation 2 shows the UPL equation for a dataset with a lognormal distribution.

Equation 2.

$$UPL_{100-(\alpha\times100)} = e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}} + \frac{z_{(1-\alpha)}}{m}\sqrt{me^{2\hat{\mu}+\hat{\sigma}^2}\left(e^{\hat{\sigma}^2}-1\right)+m^2e^{2\hat{\mu}+\hat{\sigma}^2}\left(\frac{\hat{\sigma}^2}{n}+\frac{\hat{\sigma}^4}{2(n-1)}\right)}$$

where α = level of significance expressed as a decimal (e.g., 1% significance = 0.01); note that confidence level = $100-(\alpha\times100)$;

$e$ = base of the natural logarithm (≈ 2.718282);

$\hat{\mu}$ = mean of the log transformed run data ($= \frac{1}{n}\sum_{i=1}^{n} \ln(x)_i$);

$\hat{\sigma}^2$ = variance of the log transformed run data ($= \frac{1}{n}\sum_{i=1}^{n}(\ln(x)_i - \hat{\mu})^2$);

$z$ = z score, the one-tailed z value of the z distribution for a specific level of significance;

$m$ = number of run values used to calculate the test average (generally 3); and

$n$ = number of runs.

The widely-accepted statistical procedure for calculating a UPL for log-normally distributed data involves performing a log-transformation of the data. As with Equation 1, the first part of the UPL equation, $e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}}$, is associated with the average of the best performing sources' emissions. The second part of the equation, i.e., everything to the right of $e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}}$, is associated with the variance of the run data, $\hat{\sigma}^2$; the number of runs in the dataset, $n$; the confidence level, calculated from α; and the number of run values used to calculate the test average, $m$.

UPL Equation 2 operates in a manner similar to Equation 1. The first part of UPL Equation 2 is directly related to the emissions average and corresponds to an estimate of the average of the lognormal data. In other words, as the emissions average goes up or down, so does the UPL value. The second part of the UPL equation is directly related to confidence level and to the variance of the average of the lognormal data, meaning that as either of these values go up or down, so does the UPL value. As in the normal case, the second part of the UPL equation is inversely related to the number of runs in the dataset and to the number of runs averaged for an emissions test. Therefore, as either of these values increase, the UPL value decreases and as either of these values decrease, the UPL value increases.

Consistent with Equation 1, a lower boundary for the UPL exists for Equation 2 at every significance level when an infinite number of samples is provided. In practical terms, this lower boundary represents the minimum amount of variability associated with a future, past, or present emissions test average.[16] Furthermore, the selection of a higher confidence level for a UPL calculation widens the interval of results, meaning that a higher confidence level increases the UPL value. As with Equation 1, the first half of the UPL equation takes the average emissions value of the sources in the MACT pool and the second half of the equation addresses the variability of that average emissions level based on the factors identified in the variables in that portion of the equation.

To provide an example of how the UPL calculation is performed, the application of the UPL to a specific set of data from a set of best performing sources in EPA's sewage sludge incinerator rule is explained below (Case B).

Case B shows how one takes data from the best performing sources and translates that into an emissions limit. There are 150 existing units in the multiple hearth subcategory for sewage

[16] Gibbons, p 31.

sludge incinerators, so there are 18 units that are best performing sources for Case B since 12 percent of 150 sources is 18 sources. Charts 1 and 2 show PM emissions data for each run of testing for the 18 best performing sources (note that we do not always have the same number of test runs for each source).

| Run | Unit PM Emissions, mg/dscm | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 1 | 2.08 | 1.99 | 0.82 | 2.87 | 16.02 | 15.25 | 25.95 | 41.72 | 38.90 |
| 2 | 0.50 | 0.55 | 5.57 | 15.42 | 12.02 | 18.31 | 26.90 | 39.64 | 30.40 |
| 3 | 1.05 | 2.73 | 5.41 | 8.31 | 15.84 | 19.08 | 20.05 | 20.40 | 32.24 |
| 4 | | | | 18.55 | | | 28.59 | 40.18 | |
| 5 | | | | 18.82 | | | 23.66 | 40.46 | |
| 6 | | | | 2.70 | | | 29.56 | 39.24 | |
| 7 | | | | | | | | 19.10 | |
| 8 | | | | | | | | 20.60 | |
| 9 | | | | | | | | 21.40 | |

Chart 1. PM emissions data, mg/dscm, for Units 1 – 9 by individual run.

| Run | Unit PM Emissions, mg/dscm | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 1 | 47.11 | 33.76 | 49.65 | 42.53 | 48.90 | 45.99 | 72.26 | 80.51 | 70.31 |
| 2 | 43.86 | 41.11 | 34.07 | 40.52 | 46.64 | 124.20 | 60.89 | 80.46 | 88.68 |
| 3 | 27.71 | 44.49 | 28.54 | 37.87 | 70.58 | 45.33 | 78.61 | 69.49 | 83.01 |
| 4 | 27.91 | | 56.75 | | | 89.06 | 63.62 | 73.99 | 74.90 |
| 5 | 52.90 | | 48.47 | | | 28.92 | 94.64 | 79.78 | 69.80 |
| 6 | 37.16 | | 24.03 | | | 55.09 | 63.06 | 75.36 | 85.83 |
| 7 | | | | | | 45.03 | | 81.62 | |
| 8 | | | | | | 32.13 | | 77.11 | |
| 9 | | | | | | 55.30 | | 67.15 | |

Chart 2. PM emissions data, mg/dscm, for Units 10 – 18 by individual run.

Using Excel software, the characteristics of the best performers from this source category are as follows:

$\overline{x}$ = mean of test run data = 41.33;

$n$ = number of test runs = 90;

$s^2$ = variance of test run data = 736.24;

kurtosis = -0.31; and

skewness = 0.47.

As the kurtosis and skewness results are both near zero, we conclude that the data exhibit a normal distribution. Given a normal distribution, we use Equation 1 to calculate the UPL. Because we are using a confidence level of 99, the significance level, $\alpha$, calculated using the confidence level is 0.01 (1-0.99). With 90 run values, the $t$ value as determined from Excel software is 2.37 ($t_{(90-1),(1-0.01)} = 2.37$). Since emission test averages, such as those used to demonstrate compliance with the UPL-based limits, include 3 individual test runs, the value of m is set at 3. The 99 percent UPL is calculated from the best performers' dataset for a normal distribution as follows:

$$UPL_{100-(\alpha\times 100)} = \bar{x} + t_{(n-1),(1-\alpha)}\sqrt{s^2\left(\frac{1}{m}+\frac{1}{n}\right)}$$

$$UPL_{100-(0.01\times 100)} = 41.33 + t_{(90-1),(1-0.01)}\sqrt{736.24\left(\frac{1}{3}+\frac{1}{90}\right)}$$

$$UPL_{99} = 41.33 + 2.37\sqrt{253.59}$$

$$UPL_{99} = 41.33 + 37.74 = 79.07.$$

As mentioned earlier, this 99 percent UPL is composed of two parts: the first part which is directly related to the emissions average of the dataset (41.33) and the second part which is related to the variance, level of confidence, number of runs, and number of runs that constitute an emissions test (37.74). Thus, the equation includes both the average emissions level achieved by the best performing sources, and also a consideration of the variability of those emissions, including the variability associated with conducting an emissions test at other times. The calculation shows that the best performing sources would be expected to have an emissions test value that would not exceed 79.07 mg PM/dscm, based on the average of the best performing 12 percent of sources' emissions data and the consideration of variability within the data.

Most, but not all, of the emissions test data from the best performing twelve percent of sources is below this value. As shown in Figure 4, values of individual test run data from these sources vary, with 10 values above the 99 percent UPL. The range of individual unit values is related to an individual unit's variability. Individual run values above the 99 percent UPL demonstrate that even units among the best performers may need to apply some combination of additional control devices, modified process operations, or modified raw materials in order to be able to meet an emissions limit set at the 99 percent UPL. This is to be expected, and further demonstrates that EPA's use of the UPL to calculate the MACT floor is reasonable, since the MACT floor represents the *average* emission level achieved by the best performing sources, not the *worst* emission level achieved by those sources. For instance, units 15, 16, 17, and 18 (the "bottom 4" out of 18 units in the top 12 percent in this example) all have at least one test run value above the 99 percent UPL for the entire dataset, but no source among the best performing 12 percent of sources had an overall average above the 99 percent UPL, although several sources had an average that is close to the UPL and one source had a 3-run test average above the UPL.




FIGURE 3. Filterable PM data from 18 multiple hearth sewage sludge incineration units. Individual run data shown as open red diamonds, unit average emissions test data shown as solid pink squares, the average of all runs shown as the dashed green line, and the 99 percent UPL is shown as the solid blue line.

VI. Conclusion

In conclusion, EPA's methodology for establishing the MACT floors is reasonable and represents the average emissions achieved by the best performing sources with consideration of the variability in the emissions of those sources. The methodology first identifies the best performing sources by ranking sources from lowest to highest emissions. Next, the distribution of the data is evaluated in order to identify which UPL equation to apply. After that, the average of all the short-term stack test data from all the best performing sources (or the single best-controlled source, for new sources) is calculated. Finally, the UPL is applied to that calculated average value to account for variability such that the MACT floor standard can be met by a unit with emissions at the average level of the best performing source or sources.

December 13, 2011

**Note:**

Subject: Data and procedure for handling below detection level data in analyzing various pollutant emissions databases for MACT and RTR emissions limits

To: SPPD management and MACT rule writers

From: Peter Westlin, SPPD, MPG
Raymond Merrill, AQAD, MTG

This is a note regarding the handling of below detection level (BDL) data and in developing representative detection level (RDL) data in evaluating the floor and setting emissions limits for your NSPS, MACT, and RTR rule making projects. At the end of this note is a table which includes several updates. The updates include corrected values for metals RDL, an easier to use table (e.g., sample volume versus sampling time) and some pollutants not covered in the initial table (e.g., HCl and filterable PM).

<u>The RDL determination procedure</u>

The revised procedure for determining an RDL starts with identifying all of the available reported pollutant specific method detection levels for the best performing units regardless of any subcategory (e.g., existing or new, fuel type, etc.). From that combined pool of data, we calculate the arithmetic mean value. By limiting the data set to those tests used to establish the floor or emissions limit (i.e., best performers), we believe that the result is representative of the best performing testing companies and laboratories using the most sensitive analytical procedures. We believe that the outcome should minimize the effect of a test(s) with an inordinately high method detection level (e.g., the sample volume was too small, the laboratory technique was insufficiently sensitive, or the procedure for determining the minimum value for reporting was other than the detection level). We then call the resulting mean of the method detection levels as the representative detection level (RDL) as characteristic of accepted source emissions measurement performance.

The second step in the process is to calculate three times the RDL to compare with the calculated floor or emissions limit. This step is similar to what we have used before in rulemaking applications. We use the multiplication factor of three to approximate reduce the imprecision of the analytical method until the imprecision in the field sampling reflects the relative method precision as estimated by the ASME study[1] that also indicates that such relative imprecision, from 10 to 20 percent, remains constant over the range of the methods. For comparing to the floor, if three times the RDL were less than the calculated floor or emissions limit (e.g., calculated from the UPL), we would conclude that measurement variability was adequately addressed. The calculated floor or emissions limit would need no adjustment. If, on the other hand, the value equal to three times the RDL were greater than the UPL, we would conclude that

[1] (ReMAP): PHASE 1, Precision of Manual Stack Emission Measurements; American Society of Mechanical Engineers, Research Committee on Industrial and Municipal Waste, February 2001.

the calculated floor or emissions limit does not account entirely for measurement variability. If indicated, we substituted the value equal to three times the RDL for the calculated floor or emissions limit which results in a concentration where the method would produce measurement accuracy on the order of 10 to 20 percent similar to other EPA test methods and the results found in the ASME study.

We determined the RDL for each pollutant using data from tests of all the best performers for all of the final regulatory subcategories (i.e., pooled test data). We applied the same pollutant-specific RDL and emissions limit adjustment procedure to all subcategories for which we established emissions limits. We believe that emissions limits adjusted in this manner better ensure measurement variability is adequately addressed relative to compliance determinations than did the procedure applied for the proposal that may have been based on data sets smaller than seven tests and as few as one test. We also believe that the emissions testing procedures and technologies available now and in the future will be adequate to provide the measurement certainty sufficient for sources to demonstrate compliance at the levels of the adjusted emissions limits when applied in the manner representative of this protocol.

**We recommend that rule writers considering emissions limits for these pollutants review the existing data sets and compare the RDL values used in earlier analyses with the revised RDLs shown in the attached table. We believe that these revised values and the procedures described in the table better reflect representative method capabilities and should be used in data review for current rule development projects and in setting representative emissions limits.**

Results of MDL/RDL data analyses

We have collected data used for the boilers rule reconsideration and the proposed utility MACT in light of the comments to review the effect of available larger pools of dioxin/furan emissions as measured with Method 23 and the Hg emissions as measured with Method 29 of data for these sources. The expanded data set represents several hundred emissions tests used in the floor calculations (i.e., best performers) for the boilers and utility rules. We presume that data for the best performing units also reflect the capabilities of high quality testing companies and laboratories. Further, the method detection levels calculated from larger data are more representative of the inherent measurement variability both within and between testing companies. We have also included data on the RDL values for the individual metals as measured with Method 29 based on a similar assessment of data collected during method development. The tables attached below express the results in two formats:

1) The mass of pollutant sample the method can detect quantitatively and is representative of the method detection level (RDL) for the set of data collected for the specific rule development; and
2) The lowest concentrations that could be measured quantitatively for a range of sample volumes for use in comparing to calculated UPL values and in setting applicable emissions limits.

The first table represents a thorough review of D/F emissions data for both the boilers and utility data sets. Not too surprisingly, the resulting values are similar but not identical. Our first observation is that these calculated representative detection levels are generally greater in magnitude than those calculated for the initial reviews and particularly for establishing new source limits (i.e., for the single best performing unit). The second observation is that the RDLs determined for the utility ICR data set are lower in magnitude than for the boiler data collected during an earlier ICR project. We believe that the boiler data set includes some data reported incorrectly (e.g., laboratory reporting limits rather than method detection limits) and that the utility D/F data set includes fewer of these misreported data. As a result, we believe that the RDLs determined from the utility D/F data set are more representative of current expected measurement data quality. The application procedures described in the table reflect this conclusion.

Also attached to this note is a spreadsheet example of the calculations used to develop these values.

As rule writers collect additional data in the future and test methods and techniques improve, there will be a need to assess new data for representative method detection capabilities. We will prepare new procedures for you and your contractors to use as needed in future rule making activities based on these findings. We will build on these procedures to reflect greater reliance on the broadest set of measurement data available and provide default values to use when there are only a few (e.g., fewer than seven) performance test results available for a source category.

Peter Westlin
Measurement Policy Group
Sectors Policies and Programs Division

Raymond Merrill
Measurement Technology Group
Air Quality Assessment Division

Addressees:
SPPD management
SPPD technical staff

cc:
Conniesue Oldham, MTG, AQAD
Jason Dewees, MTG, AQAD
Kim Garnett, MTG, AQAD
Kristen Benedict, MTG, AQAD
Robin Segall, MTG, AQAD

**Summary of pollutant emissions representative method detection level analyses and a regulatory emissions limit setting procedure**

| | RDL *(ng)* | 3 x RDL *(ng)* | 3 x RDL Concentrations *(ng/dscm)* | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | *1 dscm test* | *2 dscm test* | *3 dscm test* | *4 dscm test* | *6 dscm test* | *8 dscm test* |
| Ind. Boilers D/F total mass (Method 23) | 5.6E-01 | **1.7E+00** | 1.7E+00 | 8.5E-01 | 5.7E-01 | 4.3E-01 | 2.8E-01 | 2.1E-01 |
| Ind. Boilers TEQ (Method 23) | 8.2E-02 | **2.5E-01** | 2.5E-01 | 1.3E-01 | 8.3E-02 | 6.3E-02 | 4.2E-02 | 3.1E-02 |
| Utilities D/F total mass (Method 23) | 3.1E-01 | **9.2E-01** | 9.2E-01 | 4.6E-01 | 3.1E-01 | 2.3E-01 | 1.5E-01 | 1.2E-01 |
| Utilities TEQ (Method 23) | 3.6E-02 | **1.1E-01** | 1.1E-01 | 5.5E-02 | 3.7E-02 | 2.8E-02 | 1.8E-02 | 1.4E-02 |

| | *RDL (ug)* | 3 x RDL (ug) | 3 x RDL Concentrations *(ug/dscm)* | | | |
|---|---|---|---|---|---|---|
| | | | *1 dscm test* | *2 dscm test* | *3 dscm test* | *4 dscm test* |
| HCl/Cl2 (Method 26A) | 6.0E+1 | **1.8E+2** | 1.8E+02 | 9.0E+01 | 6.0E+01 | 4.5E+01 |
| PM filterable (Method 5) | 1.0E+3 | **3.0E+3** | 3.0E+03 | 1.5E+03 | 1.0E+03 | 7.5E+02 |
| Ind. Boiler Hg (Method 29) | 8.3E-01 | **2.5E+00** | 2.1E+00 | 1.0E+00 | 7.1E-01 | 6.2E-01 |

| | | | *120L test* | *240L test* | *360L test* |
|---|---|---|---|---|---|
| HCl/CL2 (Method 26) | 1.0E+01 | **3.0E+01** | 2.5E+02 | 1.3E+02 | 8.3E+01 |

**Summary of pollutant emissions representative method detection level analyses and regulatory emissions limit setting procedure for Method 29 Metals using Inductively Coupled Atomic Emission Spectroscopy or Atomic Absorption Analysis**

| Method 29 Metal | *RDL ICP/AES or AA (ug)* | *3 X RDL ICP/AES or AA (ug)* | **3 x RDL Concentrations *(µg/dscm)*** | | | |
|---|---|---|---|---|---|---|
| | | | *1 dscm test* | *2 dscm test* | *3 dscm test* | *4 dscm test* |
| Antimony | 1.2E+01 | 3.5E+01 | 3.5E+01 | 1.7E+01 | 1.2E+01 | 8.6E+00 |
| Arsenic | 1.9E+01 | 5.7E+01 | 5.7E+01 | 2.9E+01 | 1.9E+01 | 1.4E+01 |
| Barium | 8.0E-01 | 2.4E+00 | 2.4E+00 | 1.2E+00 | 8.0E-01 | 6.0E-01 |
| Beryllium | 1.1E-01 | 3.3E-01 | 3.3E-01 | 1.7E-01 | 1.1E-01 | 8.3E-02 |
| Cadmium | 1.5E+00 | 4.5E+00 | 4.5E+00 | 2.3E+00 | 1.5E+00 | 1.1E+00 |
| Chromium | 2.5E+00 | 7.5E+00 | 7.5E+00 | 3.8E+00 | 2.5E+00 | 1.9E+00 |
| Cobalt | 2.5E+00 | 7.5E+00 | 7.5E+00 | 3.8E+00 | 2.5E+00 | 1.9E+00 |
| Copper | 2.1E+00 | 6.3E+00 | 6.3E+00 | 3.2E+00 | 2.1E+00 | 1.6E+00 |
| Lead | 1.5E+01 | 4.5E+01 | 4.5E+01 | 2.3E+01 | 1.5E+01 | 1.1E+01 |
| Manganese | 7.0E-01 | 2.1E+00 | 2.1E+00 | 1.1E+00 | 7.0E-01 | 5.3E-01 |
| Mercury* | 5.6E-01 | 1.7E+00 | 1.7E+00 | 8.4E-01 | 5.6E-01 | 4.2E-01 |
| Nickel | 5.4E+00 | 1.6E+01 | 1.6E+01 | 8.1E+00 | 5.4E+00 | 4.1E+00 |
| Phosphorus | 2.7E+01 | 8.1E+01 | 8.1E+01 | 4.1E+01 | 2.7E+01 | 2.0E+01 |
| Selenium | 2.7E+01 | 8.1E+01 | 8.1E+01 | 4.1E+01 | 2.7E+01 | 2.0E+01 |
| Silver | 2.6E+00 | 7.8E+00 | 7.8E+00 | 3.9E+00 | 2.6E+00 | 2.0E+00 |
| Thallium | 1.4E+01 | 4.3E+01 | 4.3E+01 | 2.2E+01 | 1.4E+01 | 1.1E+01 |
| Zinc | 8.0E-01 | 2.4E+00 | 2.4E+00 | 1.2E+00 | 8.0E-01 | 6.0E-01 |

*Mercury analyzed by Cold Vapor AA
RDL = Method derived regulatory detection limit based.
ICP/AES = Inductively Coupled Argon Plasma/Atomic Emission Spectroscopy
AA = Atomic Absorption Spectroscopy
GFAA = Graphite Furnace Atomic Absorption spectroscopy

**Summary of pollutant emissions representative method detection level analyses and regulatory emissions limit setting procedure for Method 29 Metals using Inductively Coupled Plasma/Mass Spectrometry or Graphite Furnace Atomic Absorption Analysis**

| **Method 29 Metal** | **RDL ICP/MS or GFAA (µg/dscm)** | ***3 X RDL ICP/MS or GFAA (µg/dscm)*** | **Concentrations *(µg/dscm)*** | | | | |
|---|---|---|---|---|---|---|---|
| | | | *1 dscm test* | *2 dscm test* | *3 dscm test* | *4 dscm test* | *5 dscm test* |
| Antimony | 1.1E+00 | 3.3E+00 | 3.3E+00 | 1.7E+00 | 1.1E+00 | 8.3E-01 | 6.6E-01 |
| Arsenic | 4.0E-01 | 1.2E+00 | 1.2E+00 | 6.0E-01 | 4.0E-01 | 3.0E-01 | 2.4E-01 |
| Barium** | 8.0E-01 | 2.4E+00 | 2.4E+00 | 1.2E+00 | 8.0E-01 | 6.0E-01 | 4.8E-01 |
| Beryllium | 8.0E-02 | 2.4E-01 | 2.4E-01 | 1.2E-01 | 8.0E-02 | 6.0E-02 | 4.8E-02 |
| Cadmium | 3.0E-02 | 9.0E-02 | 9.0E-02 | 4.5E-02 | 3.0E-02 | 2.3E-02 | 1.8E-02 |
| Chromium | 3.0E-01 | 9.0E-01 | 9.0E-01 | 4.5E-01 | 3.0E-01 | 2.3E-01 | 1.8E-01 |
| Cobalt | 3.0E-01 | 9.0E-01 | 9.0E-01 | 4.5E-01 | 3.0E-01 | 2.3E-01 | 1.8E-01 |
| Copper** | 2.1E+00 | 6.3E+00 | 6.3E+00 | 3.2E+00 | 2.1E+00 | 1.6E+00 | 1.3E+00 |
| Lead | 3.0E-01 | 9.0E-01 | 9.0E-01 | 4.5E-01 | 3.0E-01 | 2.3E-01 | 1.8E-01 |
| Manganese | 3.0E-01 | 9.0E-01 | 9.0E-01 | 4.5E-01 | 3.0E-01 | 2.3E-01 | 1.8E-01 |
| Mercury* | 5.6E-01 | 1.7E+00 | 1.7E+00 | 8.4E-01 | 5.6E-01 | 4.2E-01 | 3.4E-01 |
| Nickel** | 5.4E+00 | 1.6E+01 | 1.6E+01 | 8.1E+00 | 5.4E+00 | 4.1E+00 | 3.2E+00 |
| Phosphorus** | 2.7E+01 | 8.1E+01 | 8.1E+01 | 4.1E+01 | 2.7E+01 | 2.0E+01 | 1.6E+01 |
| Selenium | 8.0E-01 | 2.4E+00 | 2.4E+00 | 1.2E+00 | 8.0E-01 | 6.0E-01 | 4.8E-01 |
| Silver** | 2.6E+00 | 7.8E+00 | 7.8E+00 | 3.9E+00 | 2.6E+00 | 2.0E+00 | 1.6E+00 |
| Thallium | 3.0E-01 | 9.0E-01 | 9.0E-01 | 4.5E-01 | 3.0E-01 | 2.3E-01 | 1.8E-01 |
| Zinc | 8.0E-01 | 2.4E+00 | 2.4E+00 | 1.2E+00 | 8.0E-01 | 6.0E-01 | 4.8E-01 |

*Mercury analyzed by Cold Vapor AA

** Common metals analyzed by Inductively Coupled Plasma/AES or Flame Atomic Absorption Spectroscopy

RDL = Method derived regulatory detection limit based on 1.25 dscm collected in 1 hour.

ICP/MS = Inductively Coupled Argon Plasma/Mass Spectrometry

GFAA = Graphite Furnace Atomic Absorption spectroscopy

Except for assessing boiler and CISWI data, we recommend that you select D/F data calculated from the utilities' data set rather than for the industrial boilers in conducting the following analyses.

1. Calculate the UPL for your respective data set in units of pollutant mass as sampled by the test method (e.g., total ng of D/F, total TEQ of D/F, ug of Hg).
2. Compare the 3xRDL mass value (shown in **bold**) to the calculated UPL. If 3xRDL mass < UPL mass, use the UPL value for rulemaking. If 3xRDL > UPL, use the 3xRDL value for rulemaking. For source categories other than boilers, use the 3xRDL D/F values shown above for Utilities.
3. Alternatively, you may calculate the UPL for your data set in units of pollutant concentration (ng/dscm for D/F, ug/dscm for Hg). If so, repeat steps 1 and 2 selecting the concentration associated with the sample volume appropriate for your ICR or regulatory decision. You may also determine to convert the values in the table to other emissions formats (e.g., lb/MMBtu or lb/MWh) for these comparisons.

Example spreadsheet:

| | (ng/dscm @ 7 percent O2) mass (average of all congener data in set) | TEQ (average of all TEQ per congener in set) | ng lab mass | ng TEQ |
|---|---|---|---|---|
| Total OCDD | 2.19E-02 | 6.24E-06 | 8.77E-02 | 2.50E-05 |
| Total OCDF | 6.72E-03 | 1.89E-06 | 2.69E-02 | 7.55E-06 |
| 1,2,3,4,6,7,8 HpCDD | 2.95E-03 | 2.70E-05 | 1.18E-02 | 1.08E-04 |
| 1,2,3,4,6,7,8 HpCDF | 6.10E-03 | 6.02E-05 | 2.44E-02 | 2.41E-04 |
| 1,2,3,4,7,8 HxCDD | 1.16E-03 | 1.06E-04 | 4.63E-03 | 4.25E-04 |
| 1,2,3,4,7,8 HxCDF | 8.24E-03 | 8.10E-04 | 3.30E-02 | 3.24E-03 |
| 1,2,3,4,7,8,9 HpCDF | 3.08E-03 | 3.00E-05 | 1.23E-02 | 1.20E-04 |
| 1,2,3,6,7,8 HxCDD | 1.33E-03 | 1.23E-04 | 5.32E-03 | 4.93E-04 |
| 1,2,3,6,7,8 HxCDF | 9.64E-04 | 8.83E-05 | 3.86E-03 | 3.53E-04 |
| 1,2,3,7,8 PeCDD | 4.40E-03 | 4.33E-03 | 1.76E-02 | 1.73E-02 |
| 1,2,3,7,8 PeCDF | 1.82E-03 | 5.26E-05 | 7.29E-03 | 2.10E-04 |
| 1,2,3,7,8,9 HxCDD | 3.37E-03 | 3.26E-04 | 1.35E-02 | 1.30E-03 |
| 1,2,3,7,8,9 HxCDF | 7.81E-04 | 6.93E-05 | 3.12E-03 | 2.77E-04 |
| 2,3,4,6,7,8 HxCDF | 2.35E-03 | 2.27E-04 | 9.40E-03 | 9.09E-04 |
| 2,3,4,7,8 PeCDF | 1.61E-03 | 4.61E-04 | 6.43E-03 | 1.85E-03 |
| 2,3,7,8-TCDD | 3.38E-03 | 3.34E-03 | 1.35E-02 | 1.34E-02 |
| 2,3,7,8-TCDF | 2.24E-03 | 2.18E-04 | 8.98E-03 | 8.73E-04 |
| max DL | 2.19E-02 | 4.33E-03 | 8.77E-02 | 1.73E-02 |
| min DL | 7.81E-04 | 1.89E-06 | 3.12E-03 | 7.55E-06 |
| mean DL | 4.26E-03 | 6.05E-04 | 1.70E-02 | 2.42E-03 |
| sum | 7.24E-02 | 1.03E-02 | 2.90E-01 | 4.11E-02 |
| RDL = EDL x 2 | 1.45E-01 | 2.06E-02 | 5.80E-01 | 8.22E-02 |
| RDL x 3 > floor? | 4.35E-01 | 6.17E-02 | 1.74E+00 | 2.47E-01 |

MEMORANDUM

TO: Jim Eddinger, EPA/SPPD

FROM: Eastern Research Group, Inc.

DATE: August 2012

SUBJECT: Revised MACT Floor Analysis (August 2012) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

---

## 1.0 INTRODUCTION

The purpose of this memorandum is to present the revised results of the maximum achievable control technology (MACT) floor determinations for boilers and process heaters at major sources of hazardous air pollutants (HAP). We determined the MACT floors using data obtained from two recently implemented Information Collection Requests (ICRs) approved under OMB Control No. 2060-0616: ICR numbers 2286.01 and 2286.03, as well as new data and data corrections received before, during and after the public comment period on the reconsideration proposal.[1,2,3] This memo is a follow-up to the memorandum prepared to document the MACT floor methodology in the December, 2011 proposed reconsideration of the major source boiler and process heater rule.[4] This feature highlights only the changes to the methodology and results since the previous analysis.

This memorandum is organized as follows:

1.0 Introduction
2.0 MACT Floors for Existing Sources
3.0 MACT Floors for New Sources
4.0 Analysis of CO and Formaldehyde Paired Data
5.0 References
Appendix A: Hg, HCl, and TSM Variability as a Function of Fuel Variability

Appendix B: Ranked Emission Data for MACT Floor Analysis

Appendix C: Upper Prediction Limit (UPL) Calculations for Existing Sources

Appendix D: Summary of Statistical, Fuel, and RDL Variability for Existing Sources

Appendix E: UPL Calculations for New Sources

Appendix F: Summary of Statistical, Fuel, and RDL Variability for New Sources

Appendix G: Analysis of Paired CO and NOx Data for New Sources

Appendix H: Analysis of Paired CO and Formaldehyde Data

**Appendix A-1a(ii): Unique Units that Conducted Hg Fuel Analysis Paired with Stack Tests**

| Facility ID | Unit ID | Common Fuel |
|---|---|---|
| ALBrewton | SB-1 | Wood: Unadulterated Lumber |
| ALScotchLumber | EU 001 (Wood-Fired Boiler) | Wood: Bark and Hog Fuel |
| ARAnthonyForestProducts | SN-12 | Wood: Bark/Wood: Unadulterated Lumber/Wood: Unadulterated Timber |
| ARGBPMorrilton | SN-04 | Wood: Bark |
| ARGeorgiaPacificCrossett93 | SN-WB1&2 Boilers | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| ARGeorgiaPacificCrossett93 | SN-WB1&2 Boilers | Wood: Unadulterated Lumber |
| ARLeolaLumberMill | SN-01A | Wood: Bark |
| ARLeolaLumberMill | SN-01B | Wood: Bark |
| ARPotlatchForestPrescott | McBurney Boiler | Hog Fuel |
| ARPotlatchForestWarren | Wellons Boiler | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-32 | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-45 | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-45 | Hog Fuel/Natural gas |
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | Coal: Sub-bituminous |
| FLIPPensacola | Power Boiler 3 / EU ID 33 | Coal: Bituminous |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | Coal: Bituminous |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | Wood: Bark |
| FLSmurfit-Stone | 5PB | No. 6 Residual oil |
| FLSmurfit-Stone | 5PB | Wood: Bark and Industrial Sludge |
| FLSmurfit-Stone | 7PB | Coal: Bituminous |
| GAADMLocation551 | B115A- North Hurst | Wood: Unadulterated Timber |
| GAADMLocation551 | B115B-South Hurst | Wood: Unadulterated Timber |
| GACaraustar | CB01 | Coal: Bituminous |
| GACargill-Gainesville | B001 | Coal: Bituminous |
| GAGPCedarSprings | U500 - Power Boiler No. 1 | Coal: Bituminous |
| GAGPCedarSprings | U500 - Power Boiler No. 1 | Tire Derived Fuel (TDF) |
| GAGPCedarSprings | U500 - Power Boiler No. 1 | Wood: Bark |
| GAGPMadisonPly | 800 Wood Waste Boiler | Wood: Bark |
| GAGPMadisonPly | 800 Wood Waste Boiler | Wood: Plywood, Particleboard (containing glues or resins) |
| GAGPWoodClaxton | 400 | Hog Fuel |
| GAInternationalPaperAugustaMills | PB1A | Coal: Bituminous |
| GAInternationalPaperAugustaMills | PB1A | Wood: Bark and Wood: Unadulterated Timber |
| GAInternationalPaperAugustaMills | PB2A | Coal: Bituminous |
| GAInternationalPaperAugustaMills | PB3A | Wood: Bark and Wood: Unadulterated Timber |
| GAIPSavannah | No. 13 Power Boiler - PB13 | Coal: Bituminous |
| GAPCAValdosta | 1005 | Wood: Bark and Hog Fuel |
| GAPCAValdosta | 1005+1006 | Wood: Bark and Hog Fuel |
| GASPNewsprint | PB2 | Coal: Bituminous |
| GASPNewsprint | PB2 | Industrial Sludge |
| GATempleInlandRome | WF | Wood: Bark |
| HIPuuneneSugarMill | Boiler 1 and Boiler 2 | Used Petroleum-based Oils (on-spec) |
| HIPuuneneSugarMill | Boilers 1, 2, and 3 | Bagasse |
| HIPuuneneSugarMill | Boilers 1, 2, and 3 | Coal: Bituminous |
| IAADMCornProcessingCR | EU-501B | Coal: Sub-bituminous |
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | Coal: Sub-bituminous |
| IACentralIAPower | EP1 Unit 1 PC Boiler | Coal: Bituminous |
| IAGrainProcessing | | Coal: Bituminous |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Coal: Bituminous/Plant-based Agricultural Residue |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Industrial Sludge |

| | | |
|---|---|---|
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | Coal: Bituminous |
| IAUofIowa | EP6 Boiler 10 | Coal: Bituminous |
| IAUofIowa | EP7 Boiler 11 | Biomass |
| IAUofIowa | EP7 Boiler 11 | Coal: Bituminous |
| IAUofNorthernIowa | Boiler #3 | Coal: Bituminous |
| IDPotlatchLewiston | 4 Power Boiler | Industrial Sludge |
| IDPotlatchLewiston | 4 Power Boiler | No. 2 Distillate |
| IDPotlatchLewiston | 4 Power Boiler | Wood: Unadulterated Lumber |
| IDPotlatchLewiston | 4 Power Boiler | Wood: Unadulterated Timber |
| ILAbbottAbbottPark | Unit 5AP | Coal: Bituminous |
| ILADMPeoria | EU-PH101&102 | Coal: Bituminous |
| ILADMPeoria | EU-PH101&102%103 | Coal: Bituminous |
| ILADMQuincy | *EU-5003 and 5004 | Coal: Bituminous |
| ILJohnDeereHarvester | B7, B8, & B9 | Coal: Bituminous |
| ILPolyOne | B1 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #1 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #2 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #3 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #4 | Coal: Bituminous |
| INAlcoaWarrick | Unit #3 | Coal: Sub-bituminous |
| INJasper | 9667 | Coal: Bituminous |
| INNotreDame | B-4 | Coal: Bituminous |
| INPurdueUniverisity | Boiler 5 | Coal: Bituminous |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 09-002 Erie Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | Coal: Bituminous |
| INTateLyleLafayetteSouth | LA-45 | Coal: Bituminous |
| INUSSteelGaryWorks | O4B10459 | No. 4 Fuel oil |
| KYDomtarHawesville | Biofuel Boiler B-900 | Hog Fuel |
| KYISPChemicals | 0AA (Riley) | Coal: Bituminous |
| KYNewPage-Wickliffe | B09 | Industrial Sludge |
| KYNewPage-Wickliffe | B09 | Tire Derived Fuel (TDF) |
| KYNewPage-Wickliffe | B09 | Used Petroleum-based Oils |
| KYNewPage-Wickliffe | B09 | Wood: Bark |
| LABoiseCascadeOakdale | B-1 | Hog Fuel |
| LABoiseNewsprintDeRidder | 69-03 | Industrial Sludge |
| LABoiseNewsprintDeRidder | 69-03 | Tire Derived Fuel (TDF) |
| LABoiseNewsprintDeRidder | 69-03 | Wood: Bark |
| LABoiseNewsprintDeRidder | 69-03 | Wood: Crossties |
| LAHoodIndustries | EQT001/EQT002 (Common Stack) | Wood: Bark and Hog Fuel |
| LAHuntNatalbany | EQT0001 | Wood: Bark and Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| LAShellChemicaGeismar | Furnace F-S801 | Heavy Recycle |
| LAWeyerhaeuser1043 | EQT - 0010 | Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| MAUMass | EU #3,4,5 | Coal: Sub-bituminous |
| MAUMass | EU #3,4,5 | Paper and Paper Residues |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E1 (3-0004) (Boiler 1) | Coal: Bituminous |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E2 (3-0005) (Boiler 2) | Coal: Bituminous |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E3 (3-0006) (Boiler 3) | Coal: Bituminous |
| MEBoralexStratton | Boiler #1 | Wood: Unadulterated Lumber |
| MEFPLEnergyWyman | Unit #5 | No. 6 Residual oil |

| | | |
|---|---|---|
| MEKatahdinPaperCo | EB3 | Wood: Bark |
| MENewPage-Rumford | Cogen#6and#7 | Biomass |
| MENewPage-Rumford | Cogen#6and#7 | Coal: Bituminous |
| MENewPage-Rumford | Cogen#6and#7 | Industrial Sludge |
| MENewPage-Rumford | Cogen#6and#7 | Tire Derived Fuel (TDF) |
| MESDWarrenSomerset | No2 Power Boiler | Biomass |
| MESDWarrenSomerset | No2 Power Boiler | Industrial Commercial or Municipal Sludge |
| MESDWarrenSomerset | No2 Power Boiler | No. 2 Distillate |
| MESDWarrenSomerset | No2 Power Boiler | No. 6 Residual oil |
| MESDWarrenSomerset | No2 Power Boiler | Tire Derived Fuel (TDF) |
| MICityofEscanaba | EUBOILER#2 | Coal: Bituminous |
| MIDecorativePanels | Boiler#1 and Boiler #2 | Coal: Bituminous |
| MIDecorativePanels | Boilers 1 & 2 | Industrial Sludge |
| MIDecorativePanels | Boilers 1 & 2 | Wood: Plywood, Particleboard (containing glues or resins) |
| MIDecorativePanels | Boilers 1,2,3 | Hog Fuel |
| MIHollandBPW | Unit 3 | Coal: Bituminous and Coal: Sub-bituminous |
| MIHollandBPW | Unit 4 | Coal: Bituminous and Coal: Sub-bituminous |
| MIMenominee | #3 Boiler | Coal: Bituminous |
| MINeenahPaperMI | Boiler 1 | Coal: Bituminous |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | Coal: Bituminous |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | Coal: Bituminous |
| MIPharma&Upjohn1180 | Boiler 3 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 1 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 2 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 3 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 4 | Coal: Bituminous |
| MNBlandinPaperEnergyCtr | #5 Boiler & #6 Boiler Common Stack | Coal: Sub-bituminous |
| MNCHSFairmont | EU032 and EU033, each | No. 2 Distillate |
| MNGPDuluth | EU33 Boiler #3 | No. 6 Residual oil |
| MNHibbing | Units 1A-3A | Coal: Sub-bituminous |
| MNHill | Boiler 1 | Wood: Unadulterated Timber |
| MNHill | Boiler 2 | Wood: Unadulterated Timber |
| MNVersoPaper | EU006 B&W | Biomass/Wood: Bark |
| MNVersoPaper | EU006 B&W | Coal: Bituminous |
| MNVersoPaper | EU006 B&W | Industrial Commercial or Municipal Sludge |
| MNVersoPaper | EU006 B&W | Tire Derived Fuel (TDF) |
| MNVersoPaper | EU018 Bros | Coal: Bituminous |
| MNWausauPaper-Brainerd | EU 003, EU 002, EU 004 | Coal: Bituminous |
| MOAnheuserBusch | Boiler 1 | Coal: Bituminous |
| MOAnheuserBusch | Boiler 5 | Coal: Bituminous |
| MOAnheuserBusch | Boiler 8 | Coal: Bituminous |
| MOColumbiaPowerPlant | Boiler Unit 6 | Coal: Bituminous |
| MOColumbiaPowerPlant | Boiler Unit 7 | Coal: Bituminous |
| MOIP&LMissouriCity | Unit 1 | Coal: Bituminous |
| MOIP&LMissouriCity | Unit 2 | Coal: Bituminous |
| MOIPLBlueValley | Unit 1 | Coal: Bituminous |
| MOIPLBlueValley | Unit 2 | Coal: Bituminous |
| MOJamesRiverPowerStation | Unit 1 | Coal: Sub-bituminous |
| MOJamesRiverPowerStation | Unit 2 | Coal: Sub-bituminous |
| MOMallinckrodt | Boiler 6 | Coal: Sub-bituminous |
| MOUofMissouri | Boiler 10 | Biomass/Coal: Bituminous/Tire Derived Fuel (TDF) |
| MSBowaterSouth | Bark Boiler | Industrial Sludge |
| MSBowaterSouth | Bark Boiler | Wood: Bark |
| MSDuPontDeLisle1342 | AF-101 | Coal: Bituminous |

| | | |
|---|---|---|
| MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | Wood: Bark and Hog Fuel |
| MSHoodWiggins | AA-003 (Wood-Fired Boiler No. 3) | Wood: Bark and Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| MSWeyerhaeuser1398 | Boiler No. 1 | Hog Fuel |
| MSWeyerhaeuser1398 | Boiler No. 2 | Hog Fuel |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | Hog Fuel/Natural gas |
| MTSmurfitStone | Multi-Fuel Boiler | Biomass/Industrial Sludge/Hydro Pulper Refuse |
| NCBlueRidgePaper | G11037,G11038,G11039 | Coal: Bituminous |
| NCBlueRidgePaper | G11040 | Coal: Bituminous |
| NCBlueRidgePaper | G11042 | Coal: Bituminous |
| NCBlueRidgePaper | G11042 | Wood: Unadulterated Timber |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Coal: Bituminous |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Hog Fuel/Natural gas |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Industrial Commercial or Municipal Sludge |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Used Petroleum-based Oils |
| NCGPAhoskieCNS | ES-B1 - Wood Fired Boiler | Hog Fuel |
| NCGPRoxboro | ES-1 Wood fired Boiler | Hog Fuel |
| NCHanesDyeWinstonSalem | ES B01 & ES B02 | Coal: Bituminous |
| NCHanesDyeWinstonSalem | ES B03 | Coal: Bituminous |
| NCInternationalPaperRiegelwood | | Coal: Bituminous |
| NCInternationalPaperRiegelwood | | Industrial Sludge |
| NCInternationalPaperRiegelwood | | Wood: Bark |
| NCJacksonPaperSylva | JP-021 | Biomass |
| NCJacksonPaperSylva | JP-021 | Hog Fuel |
| NCJacksonPaperSylva | JP-021 | Plastics |
| NCMCASCherryPoint | CP-152-BOIL-03 | No. 2 Distillate |
| NCMillerCoors | ES-1 Coal/No. 2 & 6 Fuel Oil Boiler | Coal: Bituminous |
| NCMillerCoors | ES-12Coal/No. 2 & 6 Fuel Oil Boiler | Coal: Bituminous |
| NCMillerCoors | ES-2 Coal/No. 2 & 6 Fuel Oil Boiler | Coal: Bituminous |
| NCUNCCogen | ES-001 | Coal: Bituminous |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | Biomass |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | Coal: Sub-bituminous |
| NJVinelandMuniElectric-HowardDown | Unit 10 | Coal: Bituminous |
| NYCornellUniversity | | Coal: Bituminous |
| NYFinchPaper | #9 Woodwaste Boiler (BLR-1749) | Wood: Bark and Wood: Unadulterated Lumber |
| OHAppletonIdeas | Boiler 2 (B002) | Coal: Bituminous |
| OHAppletonIdeas | Boiler 4 (B003) | Coal: Bituminous |
| OHBataviaTransmissions | Boiler 2 (B002) | Coal: Bituminous |
| OHCargillDayton | B004 | Coal: Bituminous |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | Coal: Bituminous |
| OHEmeraldPerformance | EU01 (coal boiler) | Coal: Bituminous |
| OHMedicalCenterCo1915 | B003, B004 | Coal: Bituminous |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | Coal: Bituminous |
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | Coal: Bituminous |
| OHShelbyMuniLightPlant | B008 | Coal: Bituminous |
| OHSmartPapersHoldingsLLC | B020 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | Coal: Bituminous |
| ORBoiseBuilding | B2 | Wood: Plywood, Particleboard (containing glues or resins) |
| ORFlakeboardEugene | Boiler-2 | Natural gas/Wood: Sanderdust |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Hog Fuel |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Hog Fuel/Natural gas |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Industrial Commercial or Municipal Sludge |

| | | |
|---|---|---|
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Industrial Sludge |
| ORRosboroSpringfield | DV 01.1 | Hog Fuel/Natural gas |
| ORRosboroSpringfield | DV 01.2 | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| PAARGBradford | 37 | Coal: Bituminous |
| PABayValleyFoodsPittsburgh | Boilers 1 and 2 | Coal: Bituminous |
| PABayValleyFoodsPittsburgh | Boilers 3 and 4 | Coal: Bituminous |
| PABellefieldPlant | Boiler 3 | No. 2 Distillate |
| PABoeingRidleyPark | 033 | No. 6 Residual oil |
| PAHorseheadCorpMonaco | 34 | Coal: Sub-bituminous |
| PAHorseheadCorpMonaco | 35 | Coal: Sub-bituminous |
| PAPennState | 31,32,34,35 | Coal: Bituminous |
| PAPHGlatfelter | PB5 | Coal: Bituminous |
| PAPHGlatfelter | PB5 | Industrial Commercial or Municipal Sludge |
| PAPHGlatfelter | PB5 | Wood: Bark |
| PAProctorGambleMehoopanyPA | Boiler #3 (033A) | Paper and Paper Residues |
| SC3VGeorgetown | 01SB102 | No. 2 Distillate |
| SC3VGeorgetown | 01SB102 | Process Gas |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Wood: Bark |
| SCCogenSouth | B001 - Main Boiler | Biomass |
| SCCogenSouth | B001 - Main Boiler | Coal: Bituminous |
| SCCogenSouth | B001 - Main Boiler | Spent Carbon |
| SCCogenSouth | B001 - Main Boiler | Wood: Bark and Industrial Sludge |
| SCInternationalPaperEastover | No. 1 Power Boiler | Coal: Bituminous |
| SCInternationalPaperEastover | No. 2 Power Boiler | Tire Derived Fuel (TDF) |
| SCInternationalPaperEastover | No. 2 Power Boiler | Wood: Bark and Wood: Unadulterated Lumber |
| SCInternationalPaperEastover | No. 2 Power Boiler | Wood: Bark/Wood: Unadulterated Lumber/Wood: Unadulterated Timber |
| SCMarlboroPaper | Hogged Fuel Boiler | Industrial Sludge/Wood: Bark |
| SCMarlboroPaper | Hogged Fuel Boiler | Wood: Plywood, Particleboard (containing glues or resins) |
| SCMilliken-Dewey | D30 | Anhydrides Waste |
| SCNewSouthCamden | WWB1 | Wood: Unadulterated Timber |
| SCNewSouthCoConway | WWB1 | Wood: Unadulterated Timber |
| SCSmurfitStone | | Biomass |
| SCSonocoHartsville | Boiler Number 9 | Biomass |
| SCSonocoHartsville | Boiler Number 9 | Coal: Bituminous |
| SCSonocoHartsville | Boiler Number 9 | Fly Ash |
| SCSonocoHartsville | Boiler Number 9 | Paper and Paper Residues |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Industrial Sludge |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Industrial Sludge/Tire Derived Fuel (TDF)/Wood: Bark |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Wood: Bark |
| TNBowaterNewsprint | Power Boilers No.1 , No. 2, and No. 3 | Coal: Bituminous |
| TNCargillMemphis | Stoker Boiler 8001 | Coal: Bituminous |
| TNDomtar2384 | HFB1-1 | Hog Fuel |
| TNDomtar2384 | HFB1-1 | No. 2 Distillate |
| TNEastman_NO_CBIDATA | Boiler 19 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 19 | Industrial Sludge |
| TNEastman_NO_CBIDATA | Boiler 20 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 20 | Industrial Sludge |
| TNEastman_NO_CBIDATA | Boiler 25 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 27 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 30 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 31 | Coal: Bituminous |
| TNKimberlyClark2397 | WB | Deinking Residuals |

| | | |
|---|---|---|
| TNKimberlyClark2397 | WB | Deinking residuals and Wood: Unadulterated Lumber |
| TNKimberlyClark2397 | WB | Wood: Unadulterated Lumber |
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | No. 2 Distillate |
| TNOakRidge-Y12 | | Natural gas |
| TNOakRidge-Y12 | Boiler/Unit 31 | Natural gas |
| TNViskase | Boiler 1 | Coal: Bituminous |
| TNViskase | Boiler 2 | Coal: Bituminous |
| TXLyondellPasadena | B-1780 | Process coproduct liquid |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Coal: Bituminous |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Wood: Unadulterated Lumber and Industrial Sludge |
| VACogentrixHopewell | 1A, 1B, 1C | Coal: Bituminous |
| VACogentrixHopewell | 2A, 2B, 2C | Coal: Bituminous |
| VAGeorgiaPacificBrooknealGladys | 5600 | Wood: Bark and Wood: Plywood, Particleboard (containing glues or resins) |
| VAGeorgiaPacificEmporia | WWB | Wood: Bark and Wood: Plywood, Particleboard (containing glues or resins) |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | Coal: Bituminous |
| VAPhilipMorrisMC | PC | Coal: Bituminous |
| VAPhilipMorrisPark500 | B2 | Coal: Bituminous |
| VAPhilipMorrisPark500 | B3 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | No. 2 Distillate |
| VARadfordArmyAmmunitionPlant | Boiler No. 3 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 4 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | No. 2 Distillate |
| VASmurfitStoneHopewell | Combination Boiler | Coal: Bituminous |
| VASmurfitStoneHopewell | Combination Boiler | Wood: Bark and Wood: Unadulterated Timber |
| VASmurfitStoneWestpt | PB08 | Coal: Bituminous |
| VASmurfitStoneWestpt | PB08 and PB10 | No. 6 Residual oil |
| VASmurfitStoneWestpt | PB10 | Industrial Sludge |
| VASmurfitStoneWestpt | PB10 | Wood: Bark |
| VASmurfitStoneWestpt | PB10 | Wood: Bark and Industrial Sludge |
| VAStanleyFurniture | FB-2 | Coal: Bituminous |
| VAStanleyFurniture | FB-2 | Wood: Unadulterated Lumber and Wood: Plywood, Particleboard (containing glues or resins) |
| VAUniversityofVirginia | 7103-1-01R | Coal: Bituminous |
| VAVirginiaPolytechnic | Boiler 11 | Coal: Bituminous |
| VAVirginiaPolytechnic | Boiler 7 | Coal: Bituminous |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Hog Fuel |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Industrial Sludge |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Paper and Paper Residues |
| WAPortTownsendPaper | #10 Power Boiler | Biomass and Construction/Demolition Derived Material and Industrial Sludge |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Hog Fuel |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Hog Fuel/Natural gas |
| WIAppletonCoated | B23 | Coal: Bituminous |
| WIFlambeauRiverPaper | B24 | Coal: Bituminous |
| WIFlambeauRiverPaper | B24 | Wood: Bark |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | Deinking residuals |
| WINewPageBiron | B23 | Coal: Bituminous |
| WINewPageBiron | B24 | Coal: Sub-bituminous |

| | | |
|---|---|---|
| WINewPageBiron | B24 | Wood: Bark |
| WINewPage-Whiting | B24 | Coal: Sub-bituminous |
| WINewPage-WisconsinRapids | Power Boiler 1 - B21 | Coal: Sub-bituminous |
| WIThilmanyLLC | B09 and B11 (common stack) | Coal: Bituminous |
| WVATKRocketCenter | NB2766 W-17479-W (Boiler 17) | Coal: Bituminous/Plant-based Agricultural Residue |
| WVDuPontWashingtonWorks | P02 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P03 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P04 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P05 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P06 | Coal: Bituminous |
| WVGPMtHopeOSB | 5600 - Wellons Energy System | Hog Fuel |
| WVPPGMartinsville | R011-Boiler 3 | Coal: Bituminous |
| WVSunocoIncNealPlantKenova | B602, Coal Boiler | Coal: Bituminous |
| WVUCCSouthCharleston | B25 | Coal: Bituminous |
| WYGeneralChemical | GR-2-L (C BOILER) | Kerosene |
| WYGeneralChemical | GR-3-W (D BOILER) | Kerosene |

**Appendix A-1b(ii): Unique Units that Conducted Cl Fuel Analysis Paired with Stack Tests**

| Facility ID | Unit ID | Common Fuel |
|---|---|---|
| ALBrewton | SB-1 | Wood: Unadulterated Lumber |
| ALScotchLumber | EU 001 (Wood-Fired Boiler) | Wood: Bark and Hog Fuel |
| ARAnthonyForestProducts | SN-12 | Wood: Bark/Wood: Unadulterated Lumber/Wood: Unadulterated Timber |
| ARGeorgiaPacificCrossett93 | SN-WB1&2 Boilers | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| ARGeorgiaPacificCrossett93 | SN-WB1&2 Boilers | Wood: Unadulterated Lumber |
| ARLeolaLumberMill | SN-01A | Wood: Bark |
| ARLeolaLumberMill | SN-01B | Wood: Bark |
| ARPotlatchForestCypressBend | #1 Recovery Boiler | Black Liquor |
| ARPotlatchForestCypressBend | Power Boiler #1 | Used Petroleum-based Oils |
| ARPotlatchForestPrescott | McBurney Boiler | Hog Fuel |
| ARPotlatchForestWarren | Wellons Boiler | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-32 | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-45 | Hog Fuel |
| ARWeyerhaeuserDierksMill | SN-45 | Hog Fuel/Natural gas |
| AZCatalystPaperSnowflake | Power Boiler #2 Coal | Coal: Sub-bituminous |
| FLIPPensacola | Power Boiler 3 / EU ID 33 | Coal: Bituminous |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | Coal: Bituminous |
| FLIPPensacola | Power Boiler 4 / EU ID 37 | Wood: Bark |
| FLSmurfit-Stone | 5PB | Wood: Bark and Industrial Sludge |
| GAADMLocation551 | B115A- North Hurst | Wood: Unadulterated Timber |
| GAADMLocation551 | B115B-South Hurst | Wood: Unadulterated Timber |
| GACaraustar | CB01 | Coal: Bituminous |
| GACargill-Gainesville | B001 | Coal: Bituminous |
| GAGPMadisonPly | 800 Wood Waste Boiler | Wood: Bark |
| GAInternationalPaperAugustaMills | PB1A | Coal: Bituminous |
| GAInternationalPaperAugustaMills | PB1A | Wood: Bark and Wood: Unadulterated Timber |
| GAInternationalPaperAugustaMills | PB2A | Coal: Bituminous |
| GAInternationalPaperAugustaMills | PB3A | Wood: Bark and Wood: Unadulterated Timber |
| GAIPSavannah | No. 13 Power Boiler - PB13 | Coal: Bituminous |
| GAPCAValdosta | 1005 | Wood: Bark and Hog Fuel |
| GAPCAValdosta | 1005+1006 | Wood: Bark and Hog Fuel |
| GASPNewsprint | PB2 | Coal: Bituminous |
| GASPNewsprint | PB2 | Industrial Sludge |
| GASPNewsprint | PB2 | Tire Derived Fuel (TDF) |
| HIPuuneneSugarMill | Boiler 1 and Boiler 2 | Used Petroleum-based Oils (on-spec) |
| HIPuuneneSugarMill | Boilers 1, 2, and 3 | Bagasse |
| HIPuuneneSugarMill | Boilers 1, 2, and 3 | Coal: Bituminous |
| IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | Coal: Sub-bituminous |
| IACentralIAPower | EP1 Unit 1 PC Boiler | Coal: Bituminous |
| IAGrainProcessing | | Coal: Bituminous |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Coal: Bituminous/Plant-based Agricultural Residue |
| IAMonsantoMuscatine | Boiler #8 (EP-195) | Industrial Sludge |
| IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | Coal: Bituminous |
| IAUofIowa | EP6 Boiler 10 | Coal: Bituminous |
| IAUofIowa | EP7 Boiler 11 | Biomass |
| IAUofIowa | EP7 Boiler 11 | Coal: Bituminous |
| IAUofNorthernIowa | Boiler #3 | Coal: Bituminous |
| IDChilcoLakeSawmill | HFB1 | Hog Fuel |
| IDMoyieSprings Lumber420 | HFB1 | Hog Fuel |
| ILADMPeoria | EU-PH101&102 | Coal: Bituminous |

| | | |
|---|---|---|
| ILADMPeoria | EU-PH101&102%103 | Coal: Bituminous |
| ILADMPeoria | Eu-PH103 | Coal: Bituminous |
| ILADMQuincy | *EU-5003 and 5004 | Coal: Bituminous |
| ILCognisCorp | Boiler #1 | Animal Fat/Oils/Tallow |
| ILJohnDeereHarvester | B7, B8, & B9 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #1 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #2 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #3 | Coal: Bituminous |
| ILRockIslandArsenal | Boiler #4 | Coal: Bituminous |
| INAlcoaWarrick | Unit #3 | Coal: Sub-bituminous |
| INJasper | 9667 | Coal: Bituminous |
| INPurdueUniverisity | Boiler 5 | Coal: Bituminous |
| INSABICInnovativePlastics | 01-001 BW1 Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 01-001 BW2 Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 09-002 Erie Boiler | Coal: Bituminous |
| INSABICInnovativePlastics | 09-002 Lasker Boiler | Coal: Bituminous |
| INTateLyleLafayetteSouth | LA-45 | Coal: Bituminous |
| INTateLyleSagamore | 31B1 | Coal: Sub-bituminous |
| INTateLyleSagamore | 31B1 | Plant-based Agricultural Residue |
| INUSSteelGaryWorks | O4B10459 | No. 4 Fuel oil |
| KYDomtarHawesville | Biofuel Boiler B-900 | Hog Fuel |
| KYISPChemicals | 0AA (Riley) | Coal: Bituminous |
| KYNewPage-Wickliffe | B09 | Industrial Sludge |
| KYNewPage-Wickliffe | B09 | Tire Derived Fuel (TDF) |
| KYNewPage-Wickliffe | B09 | Used Petroleum-based Oils |
| KYNewPage-Wickliffe | B09 | Wood: Bark |
| KYWeyerhaeuserEKY | MP 01-01 | Hog Fuel |
| KYWeyerhaeuserEKY | MP 01-01 | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| KYWeyerhaeuserEKY | MP 01-01 | Oily rags |
| KYWeyerhaeuserEKY | MP 01-02 | Hog Fuel |
| KYWeyerhaeuserEKY | MP 01-02 | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| KYWeyerhaeuserEKY | MP 01-02 | Oily rags |
| KYWeyerhaeuserEKY | MP 01-03 | Hog Fuel |
| KYWeyerhaeuserEKY | MP 01-03 | Hog Fuel and Wood: Plywood, Particleboad (containing glues or resins) |
| KYWeyerhaeuserEKY | MP 01-03 | Oily rags |
| LABoiseCascadeOakdale | B-1 | Hog Fuel |
| LABoiseNewsprintDeRidder | 69-03 | Industrial Sludge |
| LABoiseNewsprintDeRidder | 69-03 | Tire Derived Fuel (TDF) |
| LABoiseNewsprintDeRidder | 69-03 | Wood: Bark |
| LABoiseNewsprintDeRidder | 69-03 | Wood: Crossties |
| LAHoodIndustries | EQT001/EQT002 (Common Stack) | Wood: Bark and Hog Fuel |
| LAHuntNatalbany | EQT0001 | Wood: Bark and Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| LAShellChemicaGeismar | Furnace F-S801 | Heavy Recycle |
| LAWeyerhaeuser1043 | EQT - 0010 | Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| LAWeyerhaeuserDodson | ES-017 WFB | Hog Fuel |
| MAUMass | EU #3,4,5 | Coal: Sub-bituminous |
| MAUMass | EU #3,4,5 | Paper and Paper Residues |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E1 (3-0004) (Boiler 1) | Coal: Bituminous |
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E2 (3-0005) (Boiler 2) | Coal: Bituminous |

| | | |
|---|---|---|
| MDDeptofNavySupportFacilityIndianHead | PTO - 873 - E3 (3-0006) (Boiler 3) | Coal: Bituminous |
| MEKatahdinPaperCo | EB3 | Wood: Bark |
| MENewPage-Rumford | Cogen#7 | Biomass |
| MENewPage-Rumford | Cogen#7 | Coal: Bituminous/Plant-based Agricultural Residue |
| MENewPage-Rumford | Cogen#7 | Industrial Sludge |
| MENewPage-Rumford | Cogen#7 | Petroleum Coke |
| MENewPage-Rumford | Cogen#7 | Tire Derived Fuel (TDF) |
| MESDWarrenSomerset | No2 Power Boiler | Biomass |
| MESDWarrenSomerset | No2 Power Boiler | Industrial Commercial or Municipal Sludge |
| MESDWarrenSomerset | No2 Power Boiler | No. 2 Distillate |
| MESDWarrenSomerset | No2 Power Boiler | No. 6 Residual oil |
| MESDWarrenSomerset | No2 Power Boiler | Tire Derived Fuel (TDF) |
| MICityofEscanaba | EUBOILER#1 | Coal: Bituminous |
| MICityofEscanaba | EUBOILER#2 | Coal: Bituminous |
| MIDecorativePanels | Boiler#1 and Boiler #2 | Coal: Bituminous |
| MIDecorativePanels | Boilers 1 & 2 | Industrial Sludge |
| MIDecorativePanels | Boilers 1 & 2 | Wood: Plywood, Particleboard (containing glues or resins) |
| MIDecorativePanels | Boilers 1,2,3 | Hog Fuel |
| MIHollandBPW | Unit 3 | Coal: Bituminous and Coal: Sub-bituminous |
| MIHollandBPW | Unit 4 | Coal: Bituminous and Coal: Sub-bituminous |
| MIMenominee | #3 Boiler | Coal: Bituminous |
| MINeenahPaperMI | Boiler 1 | Coal: Bituminous |
| MIPharma&Upjohn1178 | EUEBLR43-2 (Boiler No. 2) | Coal: Bituminous |
| MIPharma&Upjohn1178 | EUEBLR43-5 (Boiler No. 5) | Coal: Bituminous |
| MIPharma&Upjohn1180 | Boiler 3 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 1 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 2 | Coal: Bituminous |
| MITBSimonPowerPlant | Unit 3 | Coal: Bituminous |
| MIWhitePineElectric | IBW Boiler | Wood: Unadulterated Timber |
| MIWhitePineElectric | Power Boiler #1 | Coal: Bituminous |
| MIWhitePineElectric | Power Boiler #2 | Coal: Bituminous |
| MNBlandinPaperEnergyCtr | #5 Boiler & #6 Boiler Common Stack | Coal: Sub-bituminous |
| MNCHSFairmont | EU032 and EU033, each | No. 2 Distillate |
| MNFibrominn | EU-001 | Hog Fuel/Poultry Litter |
| MNGPDuluth | EU33 Boiler #3 | No. 6 Residual oil |
| MNHibbing | Units 1A-3A | Coal: Sub-bituminous |
| MNHill | Boiler 1 | Wood: Unadulterated Timber |
| MNHill | Boiler 2 | Wood: Unadulterated Timber |
| MNVersoPaper | EU018 Bros | Coal: Bituminous |
| MNWausauPaper-Brainerd | EU 003, EU 002, EU 004 | Coal: Bituminous |
| MNWeyerhaeuserIronton | EU 001 - 4 Cell Furnace | Hog Fuel |
| MOAnheuserBusch | Boiler 1 | Coal: Bituminous |
| MOAnheuserBusch | Boiler 5 | Coal: Bituminous |
| MOAnheuserBusch | Boiler 8 | Coal: Bituminous |
| MOColumbiaPowerPlant | Boiler Unit 6 | Coal: Bituminous |
| MOColumbiaPowerPlant | Boiler Unit 7 | Coal: Bituminous |
| MOIP&LMissouriCity | Unit 1 | Coal: Bituminous |
| MOIP&LMissouriCity | Unit 2 | Coal: Bituminous |
| MOIPLBlueValley | Unit 1 | Coal: Bituminous |
| MOIPLBlueValley | Unit 2 | Coal: Bituminous |
| MOJamesRiverPowerStation | Unit 1 | Coal: Sub-bituminous |
| MOJamesRiverPowerStation | Unit 2 | Coal: Sub-bituminous |
| MOMallinckrodt | Boiler 6 | Coal: Sub-bituminous |

| | | |
|---|---|---|
| MOUofMissouri | Boiler 10 | Biomass/Coal: Bituminous/Tire Derived Fuel (TDF) |
| MSBowaterSouth | Bark Boiler | Industrial Sludge |
| MSBowaterSouth | Bark Boiler | Wood: Bark |
| MSDuPontDeLisle1342 | AF-101 | Coal: Bituminous |
| MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | Wood: Bark and Hog Fuel |
| MSHoodWiggins | AA-003 (Wood-Fired Boiler No. 3) | Wood: Bark and Hog Fuel and Wood: Plywood, Particleboard (containing glues or resins) |
| MSWeyerhaeuser1398 | Boiler No. 1 | Hog Fuel |
| MSWeyerhaeuser1398 | Boiler No. 2 | Hog Fuel |
| MSWeyerhaeuserBruce | AA-002 No. 2 Boiler | Hog Fuel/Natural gas |
| MTSmurfitStone | Multi-Fuel Boiler | Biomass/Industrial Sludge/Hydro Pulper Refuse |
| NCBlueRidgePaper | G11037,G11038,G11039 | Coal: Bituminous |
| NCBlueRidgePaper | G11040 | Coal: Bituminous |
| NCBlueRidgePaper | G11042 | Coal: Bituminous |
| NCBlueRidgePaper | G11042 | Wood: Unadulterated Timber |
| NCCampLejeuneMCB | C-AS-4151-16 | No. 2 Distillate |
| NCCampLejeuneMCB | C-RR-15-47B | No. 2 Distillate |
| NCCargillCharlotte | ES-1 | Coal: Bituminous |
| NCCargillFayetteville | ES-22 | Coal: Bituminous |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Coal: Bituminous |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Hog Fuel/Natural gas |
| NCDomtar | 65-25-0310 (No. 2 Hog Fuel Boiler) | Industrial Commercial or Municipal Sludge |
| NCGPAhoskieCNS | ES-B1 - Wood Fired Boiler | Hog Fuel |
| NCHanesDyeWinstonSalem | ES B01 & ES B02 | Coal: Bituminous |
| NCHanesDyeWinstonSalem | ES B03 | Coal: Bituminous |
| NCInternationalPaperRiegelwood | | Coal: Bituminous |
| NCInternationalPaperRiegelwood | | Industrial Sludge |
| NCInternationalPaperRiegelwood | | Wood: Bark |
| NCInvistaHwy421 | B7600 | No. 6 Residual oil |
| NCJacksonPaperSylva | JP-021 | Biomass |
| NCJacksonPaperSylva | JP-021 | Hog Fuel |
| NCJacksonPaperSylva | JP-021 | Plastics |
| NCMCASCherryPoint | CP-152-BOIL-03 | No. 2 Distillate |
| NCMillerCoors | ES-1 Coal/No. 2 & 6 Fuel Oil Boiler | Coal: Bituminous |
| NCMillerCoors | ES-12Coal/No. 2 & 6 Fuel Oil Boiler | Coal: Bituminous |
| NCUNCCogen | ES-001 | Coal: Bituminous |
| NDCargillWestFargo | Foster Wheeler Boiler (EU43) | Biomass |
| NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | Coal: Sub-bituminous |
| NJVinelandMuniElectric-HowardDown | Unit 10 | Coal: Bituminous |
| NJVinelandMuniElectric-HowardDown | Unit 9 | No. 6 Residual oil |
| NYCornellUniversity | | Coal: Bituminous |
| NYFinchPaper | #9 Woodwaste Boiler (BLR-1749) | Wood: Bark and Wood: Unadulterated Lumber |
| OHBataviaTransmissions | Boiler 2 (B002) | Coal: Bituminous |
| OHCargillDayton | B004 | Coal: Bituminous |
| OHDukeEnergyGenerationCincinnati | B022 (Boiler #4, IG-4A) | Coal: Bituminous |
| OHEmeraldPerformance | EU01 (coal boiler) | Coal: Bituminous |
| OHMedicalCenterCo1915 | B003, B004 | Coal: Bituminous |
| OHMortonSaltRittman | B002 - Coal-Fired Boiler #2 | Coal: Bituminous |
| OHMortonSaltRittman | B003 - Coal-Fired Boiler #1 | Coal: Bituminous |
| OHSmartPapersHoldingsLLC | B020 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 1 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 2 | Coal: Bituminous |
| OHUSEnrichmentCorpPiketon | X-600 Boiler No. 3 | Coal: Bituminous |

| | | |
|---|---|---|
| ORFlakeboardEugene | Boiler-2 | Natural gas/Wood: Sanderdust |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Hog Fuel |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Hog Fuel/Natural gas |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Industrial Commercial or Municipal Sludge |
| ORGeorgiaPacificWaunaMill | EU35 - Fluidized Bed Boiler | Industrial Sludge |
| ORRosboroSpringfield | DV 01.1 | Hog Fuel/Natural gas |
| ORWeyerhaeuserCoWarrentonLumberMill | 3-HFB | Hog Fuel |
| PAAppletonPapers | #036 | Biomass |
| PAAppletonPapers | #036 | Coal: Bituminous |
| PAAppletonPapers | #036 | Industrial Commercial or Municipal Sludge |
| PAARGBradford | 37 | Coal: Bituminous |
| PABayValleyFoodsPittsburgh | Boilers 1 and 2 | Coal: Bituminous |
| PABayValleyFoodsPittsburgh | Boilers 3 and 4 | Coal: Bituminous |
| PABellefieldPlant | Boiler 3 | No. 2 Distillate |
| PABoeingRidleyPark | 033 | No. 6 Residual oil |
| PAHorseheadCorpMonaco | 34 | Coal: Sub-bituminous |
| PAHorseheadCorpMonaco | 35 | Coal: Sub-bituminous |
| PAPennState | 31,32,34,35 | Coal: Bituminous |
| PAPHGlatfelter | PB5 | Coal: Bituminous |
| PAPHGlatfelter | PB5 | Industrial Commercial or Municipal Sludge |
| PAPHGlatfelter | PB5 | Wood: Bark |
| PAProctorGambleMehoopanyPA | Boiler #3 (033A) | Paper and Paper Residues |
| SC3VGeorgetown | 01SB102 | No. 2 Distillate |
| SC3VGeorgetown | 01SB102 | Process Gas |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Tire Derived Fuel (TDF) |
| SCBowaterCoatedPaper | Combination Boiler No. 2 | Wood: Bark |
| SCCogenSouth | B001 - Main Boiler | Coal: Bituminous |
| SCCogenSouth | B001 - Main Boiler | Spent Carbon |
| SCCogenSouth | B001 - Main Boiler | Wood: Bark and Industrial Sludge |
| SCGPChemRussellville | FO Boiler | Diesel fuel |
| SCInternationalPaperEastover | No. 1 Power Boiler | Coal: Bituminous |
| SCInternationalPaperEastover | No. 2 Power Boiler | Tire Derived Fuel (TDF) |
| SCInternationalPaperEastover | No. 2 Power Boiler | Wood: Bark and Wood: Unadulterated Lumber |
| SCMarlboroPaper | Hogged Fuel Boiler | Industrial Sludge/Wood: Bark |
| SCMarlboroPaper | Hogged Fuel Boiler | Wood: Plywood, Particleboard (containing glues or resins) |
| SCMilliken-Dewey | D30 | Anhydrides Waste |
| SCNewSouthCoConway | WWB1 | Wood: Unadulterated Timber |
| SCSmurfitStone | | Biomass |
| SCSonocoHartsville | Boiler Number 9 | Biomass |
| SCSonocoHartsville | Boiler Number 9 | Coal: Bituminous |
| SCSonocoHartsville | Boiler Number 9 | Fly Ash |
| SCSonocoHartsville | Boiler Number 9 | Paper and Paper Residues |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Industrial Sludge |
| TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | Wood: Bark |
| TNBowaterNewsprint | Power Boilers No.1 , No. 2, and No. 3 | Coal: Bituminous |
| TNCargillMemphis | Stoker Boiler 8001 | Coal: Bituminous |
| TNDomtar2384 | HFB1-1 | Hog Fuel |
| TNDomtar2384 | HFB1-1 | No. 2 Distillate |
| TNEastman_NO_CBIDATA | Boiler 19 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 19 | Industrial Sludge |
| TNEastman_NO_CBIDATA | Boiler 20 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 20 | Industrial Sludge |
| TNEastman_NO_CBIDATA | Boiler 25 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 27 | Coal: Bituminous |

| | | |
|---|---|---|
| TNEastman_NO_CBIDATA | Boiler 30 | Coal: Bituminous |
| TNEastman_NO_CBIDATA | Boiler 31 | Coal: Bituminous |
| TNInvistaChattanooga | EU003 - Vaporizer #2 | No. 2 Distillate |
| TNKimberlyClark2397 | WB | Deinking Residuals |
| TNKimberlyClark2397 | WB | Deinking residuals and Wood: Unadulterated Lumber |
| TNKimberlyClark2397 | WB | Wood: Unadulterated Lumber |
| TNMilanArmyAmmunitionPlant | D88L-1, Source #27-0010-86 | No. 2 Distillate |
| TNOakRidge-Y12 | | Natural gas |
| TNOakRidge-Y12 | Boiler/Unit 31 | Natural gas |
| TNViskase | Boiler 1 | Coal: Bituminous |
| TNViskase | Boiler 2 | Coal: Bituminous |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Coal: Bituminous |
| VABearIslandPaperCoAshland | Unit Ref #2 (Combo Boiler) | Wood: Unadulterated Lumber and Industrial Sludge |
| VACogentrixPortsmouth | 1A, 1B, 1C | Coal: Bituminous |
| VACogentrixPortsmouth | 2A, 2B, 2C | Coal: Bituminous |
| VAGeorgiaPacificBrooknealGladys | 5600 | Wood: Bark and Wood: Plywood, Particleboard (containing glues or resins) |
| VAGeorgiaPacificEmporia | WWB | Wood: Bark and Wood: Plywood, Particleboard (containing glues or resins) |
| VAINVISTAWaynesboro | 2-205 (B#2) Boiler #2 | Coal: Bituminous |
| VANewportNewsShipbuildingDryDock | 78-E1 | No. 6 Residual oil |
| VAPhilipMorrisMC | PC | Coal: Bituminous |
| VAPhilipMorrisPark500 | B2 | Coal: Bituminous |
| VAPhilipMorrisPark500 | B3 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 2 | No. 2 Distillate |
| VARadfordArmyAmmunitionPlant | Boiler No. 3 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 4 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | Coal: Bituminous |
| VARadfordArmyAmmunitionPlant | Boiler No. 5 | No. 2 Distillate |
| VASmurfitStoneWestpt | PB08 | Coal: Bituminous |
| VASmurfitStoneWestpt | PB08 and PB10 | No. 6 Residual oil |
| VASmurfitStoneWestpt | PB10 | Industrial Sludge |
| VASmurfitStoneWestpt | PB10 | Wood: Bark |
| VASmurfitStoneWestpt | PB10 | Wood: Bark and Industrial Sludge |
| VAStanleyFurniture | FB-2 | Coal: Bituminous |
| VAStanleyFurniture | FB-2 | Wood: Unadulterated Lumber and Wood: Plywood, Particleboard (containing glues or resins) |
| VAUniversityofVirginia | 7103-1-01R | Coal: Bituminous |
| VAVirginiaPolytechnic | Boiler 11 | Coal: Bituminous |
| VAVirginiaPolytechnic | Boiler 7 | Coal: Bituminous |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Hog Fuel |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Industrial Sludge |
| WAKimberlyClarkEverett | No. 14 Cogeneration Boiler | Paper and Paper Residues |
| WAPortTownsendPaper | #10 Power Boiler | Biomass and Construction/Demolition Derived Material and Industrial Sludge |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Hog Fuel |
| WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | Hog Fuel/Natural gas |
| WIAppletonCoated | B23 | Coal: Bituminous |
| WIFlambeauRiverPaper | B24 | Coal: Bituminous |
| WIFlambeauRiverPaper | B24 | Wood: Bark |
| WIGPGreenBay2818 | B10 - Wastepaper Sludge-Fired Boiler 10 | Deinking residuals |

| | | |
|---|---|---|
| WIMendotaMentalHealthMadison | B1065 | Coal: Bituminous |
| WINewPageBiron | B23 | Coal: Bituminous |
| WINewPageBiron | B24 | Coal: Sub-bituminous |
| WINewPageBiron | B24 | Wood: Bark |
| WINewPage-Whiting | B24 | Coal: Sub-bituminous |
| WINewPage-WisconsinRapids | Power Boiler 1 - B21 | Coal: Sub-bituminous |
| WIUWMadisonCharterStHeating | Boiler # 1 | Paper and Paper Residues |
| WIUWMadisonCharterStHeating | Boiler # 2 | Paper and Paper Residues |
| WIUWMadisonCharterStHeating | Boiler # 3 | Paper and Paper Residues |
| WIUWMadisonCharterStHeating | Boiler # 4 | Paper and Paper Residues |
| WIUWStevensPoint | | Paper and Paper Residues |
| WVBayerInstitute | Boiler #10 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P01 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P02 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P03 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P04 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P05 | Coal: Bituminous |
| WVDuPontWashingtonWorks | P06 | Coal: Bituminous |
| WVGPMtHopeOSB | 5600 - Wellons Energy System | Hog Fuel |
| WVPPGMartinsville | R011-Boiler 3 | Coal: Bituminous |
| WVSunocoIncNealPlantKenova | B602, Coal Boiler | Coal: Bituminous |
| WVUCCSouthCharleston | B25 | Coal: Bituminous |
| WYGeneralChemical | GR-2-L (C BOILER) | Kerosene |
| WYGeneralChemical | GR-3-W (D BOILER) | Kerosene |

MEMORANDUM

Date: November 2011

To: Brian Shrager, US EPA

From: Eastern Research Group, Inc.

Subject: Summary of Test Report Data Review from Best Performing Units at Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

This memorandum describes the procedures used to review test reports from best performing units in each subcategory for consistency in reporting stack test and laboratory data.

The memorandum is organized as follows:

1.0 Introduction
2.0 Particulate Matter Data Review
3.0 Mercury Data Review
4.0 Dioxin/Furan Data Review
5.0 HCl Data Review
6.0 References

Appendix A: Particulate Matter Data Review
Appendix B: Mercury Data Review
Appendix C: Dioxin/Furan Data Review
Appendix D: HCl Data Review

## 1.0 INTRODUCTION

With a large pool of emission data and with stack tests performed over a period of twenty years a more thorough look at the data was undertaken. Petitioners were concerned about the

quality of the data, specifically that the tests were not always representative of a boiler's characteristics, that ICR stack test protocols were not followed, and that a wide range in variability was seen in the boiler data. See the emissions database for all boiler data available.[1] Although some test reports were available to conduct an audit, they had not been properly vetted at the time of the March 2011 promulgation for the NESHAP at Industrial, Commercial, and Institutional Boilers and Process Heaters (Boiler MACT). Additionally, after promulgation of the Boiler MACT in March 2011, and in support of the reconsideration, EPA requested industry to submit additional test reports from best performers identified in the March 2011 promulgation in order to conduct a more complete review. The review focused on screening the reports of best performing boilers which were used in MACT floor calculations for the March 2011 promulgation since these reports are the most likely to have an impact on the emission limits for the reconsideration proposal.

For each pollutant, the applicable EPA test method (e.g. Method 5 or Method 29) was examined and main points from the protocol were selected to create a review template specific to each. In addition, reports were reviewed at a test run level to ensure each run was properly reported. If revisions were necessary individual test runs could be updated on a case by case basis. This memorandum discusses the results for PM, mercury, dioxin/furan, and HCl test reports reviews. A related test report review was also performed for CO and is presented in a separate memorandum. [2]

## 2.0 PARTICULATE MATTER DATA REVIEW

Stack test reports for best performing boilers for filterable particulate matter were reviewed for consistency in reporting the measured mass values from the particulate on the filter and in the rinse. According to Method 5 the filterable particulate matter weight is recorded twice; the mass of particulate matter which is caught in the filter and the mass of the particulate matter which is measured in the rinse. The filter mass and rinse mass are added together to calculate the total mass of particulate matter. When reporting the mass values in the stack test reports which were then used to complete the Boiler survey, however, there were inconsistencies in what was reported.

Three major changes were implemented to correct for low PM values:

calculated value and the database value then the database value was replaced with the calculated value. In the laboratory section of the test report, each congener non-detect value flag was also reviewed and compared to the database flag. Where differences were present in the database flag and the flag from the review, the database flag was replaced with the flag from the review. Test reports from 18 best performers from the March 2011 promulgation were reviewed for dioxin/furan data. Dioxin/furan congener values were revised for 4 boilers and non-detect flags were updated for 10 boilers. See Appendix C for the dioxin/furan review template with results. Additional review of dioxin/furan congener data were made as a result of a separate analysis. Those edits are discussed in another memorandum.[3]

## 5.0 HCL DATA REVIEW

Stack test reports for HCl were reviewed for reported mass values, detection limits, and method protocol checks. Based on the test report review, no major errors were found which would warrant the removal of data although some concerns with certain reports were noted in the review. It is noted that although test reports were provided for many of the best performing units for HCl, there was a lack of detailed laboratory data available to conduct a complete review of all the details of each test.

In one instance (WAGraysHarborPaper, No. 6 Boiler (EU2)), the results were reported separately for two portions of the gas stream and the database was corrected to reflect the total emissions from both the duct and stack portions. One of the tests for FLUSSugarCorp, Boiler No. 4 will be investigated further before promulgation of the final rule. All of the reviewed HCl data was used for MACT floor calculations. In total, 65 boilers were reviewed for HCl. See Appendix D for the HCl review template with findings during the review.

EPA-HQ-OAR-2002-0058-3390_attachment_4 (filtered for TXDibollTemple-Inland/PB-44)

## Appendix D - HCl Tracking Sheet for Boiler Data Review

| Facility/Unit | Category/Subcategory | Run # | Method used (26 or 26A) | Sample time (min.) | Sample volume (dscf) | Percent H2O (Bws) | Mass Cl2 (ug) | Mass HF (ug) | Mass HCL (ug) | Reported Mass/Unit: ppm | lb/hr | lb/MMBtu | ppm @ 7% O2 | Analyzed in 28 days? y/n | Post-test purge? y/n |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TXDibollTemple-Inland/PB-44 | Solid/Biomass/Dutch oven | 1 | 26A | 60 | 33.87 | | | | | <0.0104 | <0.0006 | | | | |
| TXDibollTemple-Inland/PB-44 | Solid/Biomass/Dutch oven | 2 | 26A | 60 | 34.49 | | | | | <0.0101 | <0.0006 | | | | |
| TXDibollTemple-Inland/PB-44 | Solid/Biomass/Dutch oven | 3 | 26A | 60 | 34.04 | | | | | <0.0099 | <0.0006 | | | | |

**Appendix D - HCl Tracking Sheet for Boile**

| Facility/Unit | Reported detection limit | Meter cal y/n | Leak check y/n | Iso Check y/n | Nozzle check y/n | Notes: |
|---|---|---|---|---|---|---|
| TXDibollTemple-Inland/PB-44 | | | | | | Report says they did a modified version of Method 26, which appears to mean single point sampling with a 26A sampling train - big impingers. Then used data from simultaneous Method 5 train to calculate lb/hr numbers. Doesn't necessarily invalidate the data - just odd. All HCL values were below the detection limit. |
| TXDibollTemple-Inland/PB-44 | | | | | | Report says they did a modified version of Method 26, which appears to mean single point sampling with a 26A sampling train - big impingers. Then used data from simultaneous Method 5 train to calculate lb/hr numbers. Doesn't necessarily invalidate the data - just odd. All HCL values were below the detection limit. |
| TXDibollTemple-Inland/PB-44 | | | | | | Report says they did a modified version of Method 26, which appears to mean single point sampling with a 26A sampling train - big impingers. Then used data from simultaneous Method 5 train to calculate lb/hr numbers. Doesn't necessarily invalidate the data - just odd. All HCL values were below the detection limit. |

MEMORANDUM

TO: Brian Shrager, U.S. Environmental Protection Agency, OAQPS/SPPD

FROM: Eastern Research Group, Inc.

DATE: November 2011

SUBJECT: Revised (November 2011) Methodology for Estimating Cost and Emissions Impacts for Industrial, Commercial, Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

# 1.0 INTRODUCTION

The purpose of this memorandum is to discuss the revised methodology used to estimate the costs, emission reductions, and secondary impacts from industrial, commercial, and institutional boilers at major sources of hazardous air pollutants (HAP). These impacts were calculated for existing units and new units projected to be operational by the year 2015, three years after the rule is expected to be promulgated. The results of the impacts analysis are presented for both the regulatory option contained in the proposal and a more stringent regulatory option. The development of the maximum achievable control technology (MACT) floor level of control, projection of new units, and a detailed description of the cost equations used to estimate costs for various control technologies is presented in other memoranda.[1,2,3] This memorandum is organized as follows:

1.0 Introduction
2.0 Overview of Regulatory Options
3.0 Estimating Cost Impacts
4.0 Methodology for Estimating Emission Reductions
5.0 Methodology for Estimating Secondary Impacts
6.0 References

Appendix B-5: Summary of Estimated Emission Reductions for Existing Units

Table B-5a: Baseline Emissions

| Fuel Subcategory | Pollutant | Baseline Emissions (tpy) |
|---|---|---|
| Biomass/Bio-Based Solid | Hg | 0.67 |
| 504 Boilers | PM-filterable | 43,142 |
| | HCl | 2,541 |
| | CO | 314,685 |
| | Dioxin/Furans (TEQ) | 4.62E-06 |
| | THC | 17,615 |
| | VOC | 10,110 |
| | HF | 60 |
| | SO2 | 38,822 |
| | PM2.5 | 30,475 |
| | Total Metals* | 354 |
| Coal/Fossil Solid | Hg | 2.55 |
| 601 Boilers | PM-filterable | 27,273 |
| | HCl | 46,830 |
| | CO | 134,903 |
| | Dioxin/Furans (TEQ) | 3.19E-05 |
| | THC | 9,129 |
| | VOC | 5,240 |
| | HF | 1,517 |
| | SO2 | 810,975 |
| | PM2.5 | 13,113 |
| | Total Metals* | 379 |
| Gas 1 | Hg | 0.87 |
| 10,883 Boilers | PM-filterable | 11,760 |
| | HCl | 2,063 |
| | CO | 68,694 |
| | Dioxin/Furans (TEQ) | 8.11E-06 |
| | THC | 14,872 |
| | VOC | 8,536 |
| | HF | 11,222 |
| | SO2 | 19,599 |
| | PM2.5 | 11,760 |
| | Total Metals* | 85 |
| Gas 1 - Metal Furnace | Hg | 0.07 |
| 698 Boilers | PM-filterable | 299 |
| | HCl | 42 |
| | CO | 28,287 |
| | Dioxin/Furans (TEQ) | 2.80E-06 |
| | THC | 4,059 |
| | VOC | 2,330 |
| | HF | 62 |
| | SO2 | 420 |
| | PM2.5 | 299 |
| | Total Metals* | 2 |
| Limited Use | Hg | 0.02 |
| 479 Boilers | PM-filterable | 212 |
| | HCl | 81 |
| | CO | 763 |
| | Dioxin/Furans (TEQ) | 5.43E-08 |
| | THC | 107 |
| | VOC | 62 |
| | HF | 38 |
| | SO2 | 2,105 |
| | PM2.5 | 110 |
| | Total Metals* | 45 |
| Liquid | Hg | 1.22 |
| 777 Boilers | PM-filterable | 14,623 |
| | HCl | 2,337 |
| | CO | 14,709 |
| | Dioxin/Furans (TEQ) | 1.88E-06 |
| | THC | 4,388 |
| | VOC | 2,518 |
| | HF | 72 |
| | SO2 | 106,792 |
| | PM2.5 | 7,535 |
| | Total Metals* | 3,069 |
| Non-Continental Liquid | Hg | 0.13 |
| 44 Boilers | PM-filterable | 2,860 |
| | HCl | 202 |
| | CO | 1,111 |
| | Dioxin/Furans (TEQ) | 4.55E-07 |
| | THC | 718 |
| | VOC | 412 |
| | HF | 11 |
| | SO2 | 18,772 |
| | PM2.5 | 343 |
| | Total Metals* | 352 |
| Process Gas | Hg | 0.46 |
| 125 Boilers | PM-filterable | 1,130 |
| | HCl | 131 |
| | CO | 2,085 |
| | Dioxin/Furans (TEQ) | 3.91E-07 |
| | THC | 291 |
| | VOC | 167 |
| | HF | 9 |
| | SO2 | 18,593 |
| | PM2.5 | 1,130 |
| | Total Metals* | 7 |
| TOTAL | Hg | 5.99 |
| 14,111 Boilers | PM-filterable | 101,299 |
| | HCl | 54,227 |
| | CO | 565,237 |
| | Dioxin/Furans (TEQ) | 5.02E-05 |
| | THC | 51,179 |
| | VOC | 29,375 |
| | HF | 12,993 |
| | SO2 | 1,016,077 |
| | PM2.5 | 64,765 |
| | Total Metals* | 4,294 |

*Total Metals includes:

antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Table B-5b: Emission Reductions (Recommended Option)

| Fuel Subcategory | Pollutant | Emission Reductions (tpy) | Hg Emission Reductions (tpy) - Upper Bound |
|---|---|---|---|
| Gas 1 | Hg | 0.01 | 0.01 |
| 10,883 Boilers | PM-filterable | 118 | |
| | HCl | 21 | |
| | CO | 687 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 149 | |
| | VOC | 85 | |
| | HF | 112 | |
| | SO2 | 196 | |
| | PM2.5 | 118 | |
| | Total Metals* | 1 | |
| Gas 1 - Metal Furnace | Hg | 7.06E-04 | 7.06E-04 |
| 698 Boilers | PM-filterable | 3 | |
| | HCl | 4.18E-01 | |
| | CO | 283 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 41 | |
| | VOC | 23 | |
| | HF | 1 | |
| | SO2 | 4 | |
| | PM2.5 | 3 | |
| | Total Metals* | 1.87E-02 | |
| Limited Use | Hg | 2.21E-04 | 2.21E-04 |
| 479 Boilers | PM-filterable | 2 | |
| | HCl | 1 | |
| | CO | 8 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 1 | |
| | VOC | 1 | |
| | HF | 3.84E-01 | |
| | SO2 | 21 | |
| | PM2.5 | 1 | |
| | Total Metals* | 4.46E-01 | |
| Liquid | Hg | 0.04 | 0.31 |
| 777 Boilers | PM-filterable | 6,240 | |
| | HCl | 2,039 | |
| | CO | 13,086 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 3,162 | |
| | VOC | 1,815 | |
| | HF | 58 | |
| | SO2 | 83,063 | |
| | PM2.5 | 2,725 | |
| | Total Metals* | 1,905 | |
| Non-Continental Liquid | Hg | 1.34E-03 | 0.01 |
| 44 Boilers | PM-filterable | 29 | |
| | HCl | 158 | |
| | CO | 623 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 295 | |
| | VOC | 169 | |
| | HF | 9 | |
| | SO2 | 14,629 | |
| | PM2.5 | 3 | |
| | Total Metals* | 4 | |
| Process Gas | Hg | 4.59E-03 | 3.81E-03 |
| 125 Boilers | PM-filterable | 11 | |
| | HCl | 4 | |
| | CO | 1,852 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 240 | |
| | VOC | 138 | |
| | HF | 0 | |
| | SO2 | 462 | |
| | PM2.5 | 11 | |
| | Total Metals* | 0 | |
| Solid | Hg | 0.44 | 1.43 |
| 1,105 Boilers | PM-filterable | 34,830 | |
| | HCl | 34,815 | |
| | CO | 170,082 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 4,334 | |
| | VOC | 2,487 | |
| | HF | 860 | |
| | SO2 | 460,055 | |
| | PM2.5 | 21,987 | |
| | Total Metals* | 271 | |
| TOTAL | Hg | 0.50 | 1.77 |
| 14,111 Boilers | PM-filterable | 41,233 | |
| | HCl | 37,037 | |
| | CO | 186,621 | |
| | Dioxin/Furans (TEQ) | - | |
| | THC | 8,221 | |
| | VOC | 4,719 | |
| | HF | 1,041 | |
| | SO2 | 558,430 | |
| | PM2.5 | 24,848 | |
| | Total Metals* | 2,181 | |

*Total Metals includes:

antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Table B-5c: Emission Reductions (Alternative Option)

| Fuel Subcategory | Pollutant | Emission Reductions (tpy) |
|---|---|---|
| Gas 1<br>10,883 Boilers | Hg | 0.01 |
| | PM-filterable | 118 |
| | HCl | 21 |
| | CO | 687 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 149 |
| | VOC | 85 |
| | HF | 112 |
| | SO2 | 196 |
| | PM2.5 | 118 |
| | Total Metals* | 1 |
| Gas 1 - Metal Furnace<br>698 Boilers | Hg | 7.06E-04 |
| | PM-filterable | 3 |
| | HCl | 4.18E-01 |
| | CO | 283 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 41 |
| | VOC | 23 |
| | HF | 1 |
| | SO2 | 4 |
| | PM2.5 | 3 |
| | Total Metals* | 0 |
| Limited Use<br>479 Boilers | Hg | 2.21E-04 |
| | PM-filterable | 2 |
| | HCl | 1 |
| | CO | 8 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 1 |
| | VOC | 1 |
| | HF | 3.84E-01 |
| | SO2 | 21 |
| | PM2.5 | 1 |
| | Total Metals* | 0 |
| Liquid<br>777 Boilers | Hg | 0.04 |
| | PM-filterable | 12,721 |
| | HCl | 2,039 |
| | CO | 13,086 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 3,162 |
| | VOC | 1,815 |
| | HF | 58 |
| | SO2 | 83,063 |
| | PM2.5 | 6,792 |
| | Total Metals* | 2,239 |
| Non-Continental Liquid<br>44 Boilers | Hg | 1.34E-03 |
| | PM-filterable | 2,574 |
| | HCl | 158 |
| | CO | 623 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 295 |
| | VOC | 169 |
| | HF | 9 |
| | SO2 | 14,629 |
| | PM2.5 | 309 |
| | Total Metals* | 291 |
| Process Gas<br>125 Boilers | Hg | 4.59E-03 |
| | PM-filterable | 577 |
| | HCl | 4 |
| | CO | 1,852 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 240 |
| | VOC | 138 |
| | HF | 0 |
| | SO2 | 462 |
| | PM2.5 | 577 |
| | Total Metals* | 4 |
| Solid<br>1,105 Boilers | Hg | 0.44 |
| | PM-filterable | 41,069 |
| | HCl | 34,815 |
| | CO | 170,082 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 4,334 |
| | VOC | 2,487 |
| | HF | 860 |
| | SO2 | 460,055 |
| | PM2.5 | 25,605 |
| | Total Metals* | 290 |
| TOTAL<br>14,111 Boilers | Hg | 0.50 |
| | PM-filterable | 57,063 |
| | HCl | 37,037 |
| | CO | 186,621 |
| | Dioxin/Furans (TEQ) | - |
| | THC | 8,221 |
| | VOC | 4,719 |
| | HF | 1,041 |
| | SO2 | 558,430 |
| | PM2.5 | 33,404 |
| | Total Metals* | 2,825 |

*Total Metals includes:
antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Appendix B-6: Summary of Estimated Emission Reductions for New Units

Table B-6a: Baseline Emissions

| Fuel Subcategory | Pollutant | Baseline Emissions (tpy) |
|---|---|---|
| Biomass/Bio-Based Solid | Hg | 0.05 |
| 82 Boilers | PM-filterable | 1,693 |
| | HCl | 339 |
| | CO | 12,265 |
| | Dioxin/Furans (TEQ) | 2.61E-07 |
| | THC | 545 |
| | VOC | 313 |
| | HF | 5 |
| | SO2 | 4,549 |
| | PM2.5 | 890 |
| | Total Metals* | 22 |
| Coal/Fossil Solid | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Gas 1 | Hg | 0.14 |
| 1,626 Boilers | PM-filterable | 1,660 |
| | HCl | 367 |
| | CO | 10,152 |
| | Dioxin/Furans (TEQ) | 1.22E-06 |
| | THC | 1,062 |
| | VOC | 610 |
| | HF | 1,677 |
| | SO2 | 3,721 |
| | PM2.5 | 1,660 |
| | Total Metals* | 5 |
| Gas 1 - Metal Furnace | Hg | 0.01 |
| 136 Boilers | PM-filterable | 61 |
| | HCl | 9 |
| | CO | 1,033 |
| | Dioxin/Furans (TEQ) | 5.92E-07 |
| | THC | 1,002 |
| | VOC | 575 |
| | HF | 11 |
| | SO2 | 89 |
| | PM2.5 | 61 |
| | Total Metals* | 0 |
| Liquid | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Process Gas | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| TOTAL | Hg | 0.20 |
| 1,844 Boilers | PM-filterable | 3,413 |
| | HCl | 716 |
| | CO | 23,451 |
| | Dioxin/Furans (TEQ) | 2.07E-06 |
| | THC | 2,608 |
| | VOC | 1,497 |
| | HF | 1,693 |
| | SO2 | 8,359 |
| | PM2.5 | 2,611 |
| | Total Metals* | 27 |

Total Metals Includes:

antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Table B-6b: Emission Reductions (Recommended Option)

| Fuel Subcategory | Pollutant | Emission Reductions (tpy) |
|---|---|---|
| Gas 1 | Hg | - |
| 1,626 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Gas 1 - Metal Furnace | Hg | - |
| 136 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Liquid | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Process Gas | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Solid | Hg | 0.01 |
| 82 Boilers | PM-filterable | 1,462 |
| | HCl | 0 |
| | CO | 0 |
| | Dioxin/Furans (TEQ) | 0.00E+00 |
| | THC | 0 |
| | VOC | 0 |
| | HF | 0 |
| | SO2 | 0 |
| | PM2.5 | 753 |
| | Total Metals* | 19 |
| TOTAL | Hg | 0.01 |
| 1,844 Boilers | PM-filterable | 1,462 |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | 753 |
| | Total Metals* | 19 |

Total Metals Includes:

antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Table B-6c: Emission Reductions (Alternative Option)

| Fuel Subcategory | Pollutant | Emission Reductions (tpy) |
|---|---|---|
| Gas 1 | Hg | - |
| 1,626 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Gas 1 - Metal Furnace | Hg | - |
| 136 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Liquid | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Process Gas | Hg | - |
| 0 Boilers | PM-filterable | - |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | - |
| | Total Metals* | - |
| Solid | Hg | 0.01 |
| 82 Boilers | PM-filterable | 3,629 |
| | HCl | 0 |
| | CO | 0 |
| | Dioxin/Furans (TEQ) | 0.00E+00 |
| | THC | 0 |
| | VOC | 0 |
| | HF | 0 |
| | SO2 | 0 |
| | PM2.5 | 2,127 |
| | Total Metals* | 24 |
| TOTAL | Hg | 0.01 |
| 1,844 Boilers | PM-filterable | 3,629 |
| | HCl | - |
| | CO | - |
| | Dioxin/Furans (TEQ) | - |
| | THC | - |
| | VOC | - |
| | HF | - |
| | SO2 | - |
| | PM2.5 | 2,127 |
| | Total Metals* | 24 |

Total Metals Includes:

antimony, arsenic, beryllium, cadmium, chromium, cobalt, lead, manganese, nickel, and selenium

Date: January 4, 2011

To: Brian Shrager, US EPA

From: Amanda Singleton, ERG

Subject: Revised MACT Floor Analysis (2011) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

The purpose of this memorandum is to present the revised methodology and results of the maximum achievable control technology (MACT) floor determinations for boilers and process heaters at major sources of hazardous air pollutants (HAP). We determined the MACT floors using data obtained from two recently implemented Information Collection Requests (ICRs) approved under OMB Control No. 2060-0616: ICR numbers 2286.01 and 2286.03, as well as new data and data corrections received before, during and after the public comment period on the proposal.[1,2,3] Data from both phases—the 2008 Combustion Survey and the 2009 Test Plan for boilers and process heaters—were analyzed for currently operating boilers and process heaters. We ranked emission test averages for each boiler and process heater, calculated MACT floor averages, and conducted emission data variability analyses. We determined the MACT floor emission limits based on the results of these analyses. The following sections address the methodology used to calculate pollutant limits for existing and new sources. The memorandum is organized as follows:


1.0 Background of MACT Floor Methodology
2.0 Floors for Existing Sources
  2.1 Methodology for MACT Floors for Existing Sources
  2.2 Incorporating Data Variability
  2.3 Calculating Emission Limits
  2.4 Data Not Considered in the MACT Floor Analysis for Existing Units
3.0 Floors for New Sources
  3.1 Methodology for MACT Floors for New Sources

Appendix A: Hg and HCl Variability as a Function of Fuel Variability
Appendix B: Ranked Emission Data for MACT Floor Analysis
Appendix C: Upper Prediction Limit (UPL) Calculations for Existing Sources
Appendix D: Analysis of Representative Method Detection Levels (RDL)
Appendix E: Summary of Statistical, Fuel, and RDL Variability for Existing Sources
Appendix F: UPL Calculations for New Sources
Appendix G: Summary of Statistical, Fuel, and RDL Variability for New Sources

1.0 Background of MACT Floor Methodology

Section 112 of the Clean Air Act (CAA), as amended in November 1990, requires the U.S. Environmental Protection Agency (EPA) to set emission standards for HAP emitted by major stationary sources based on the performance of the MACT. Pollutants emitted by boilers and process heaters include particulate matter (PM); mercury (Hg); non-mercury metallic HAP; halogenated compounds (HCl, HF, and $Cl_2$); and organic HAP, including volatile organic compounds, dioxin, and polycyclic organic matter.

On September 13, 2004, under authority of section 112 of the CAA , EPA promulgated national emission standards for hazardous air pollutants (NESHAP) for new and existing industrial/commercial/institutional boilers and process heaters. On June 19, 2007 the United States Court of Appeals for the District of Columbia Circuit (DC Circuit) vacated the NESHAP for industrial/commercial/institutional boilers and process heaters. The facture occurred simultaneously with the vacatur of the CISWI solid waste definition rule (see *Natural Resources Defense Council* v. *EPA,* 489 F. 3d 1250, 1257–61 [D.C. Cir. 2007]). In this decision, the court determined that any combustion device firing "any" solid waste material is subject to Section 129 instead of Section 112. As a result, EPA has categorized units as either waste burning units, or boilers and process heaters, consistent with the EPA definition for nonhazardous solid waste. The new MACT floor analyses do not consider emissions from waste burning units in the ranking analysis. If boilers and process heaters were burning small amounts of waste materials or had indicated that they would stop burning materials that were considered to be solid wastes, it is possible that a unit firing waste materials is in the boiler inventory, but any emission test data based on tests when the unit was firing any amount of waste materials was not included in the analysis. In the Emission database, the table 'Data: Emission Test' and the field 'Test Burning Waste? Opt 3' indicates whether or not the test is firing waste materials, as defined under the proposed solid waste definition. In the 'Data: Fuel Analysis' table the field 'In Waste Inventory? Opt 3' denotes if a certain fuel is covered by the final solid waste definition.[4]

The revised MACT floor analysis discussed in this memorandum factors in other recent court decisions that impacted the MACT floor analysis methodology used in the 2004 vacated rule. The March 2007 court decision (*Sierra Club* v. *EPA,* 479 F. 3d 875 [DC Cir. 2007]) (*Brick MACT*) found the following:

- Floors for existing sources must reflect the average emission limitation achieved by the best-performing 12 percent of existing sources, not levels EPA considers to be achievable by all sources (479 F. 3d at 880–81).

- EPA cannot set floors of "no control." The court reiterated its prior holdings, including National Lime Association, confirming that EPA must set floor standards for all HAP emitted by the major source, including those HAP that are not controlled by at-the-stack control devices (479 F. 3d at 883).
- EPA cannot ignore non-technology factors that reduce HAP emissions. Specifically, the court held that "EPA's decision to base floors exclusively on technology even though non-technology factors affect emissions violates the Act" (479 F. 3d at 883).
- EPA may not use emission levels of the worst performers to estimate variability of the best performers without a demonstrated relationship between the two (479 F. 3d at 882).

## 2.0 Floors for Existing Sources

### 2.1 Methodology for MACT Floors for Existing Units

For existing sources, MACT cannot be less stringent than the average emission limitation achieved by the best performing 12 percent of existing sources (for which emission information is available) for categories and subcategories with 30 or more sources or the best performing five sources for subcategories with less than 30 sources. The size of the subcategory was determined according to the number of units in the boiler and process heater inventory, not the number of units within each subcategory that had emission data available.

The revised MACT floor analysis has the following differences from the analysis conducted for the 2010 proposal for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants:

1) Variability factors for Hg and chlorine (Cl) were assessed using fuel variability only from units in the top 12 percent. Fuel variability was not used for units outside the top 12 percent. However, in contrast to the proposed approach all fuel analysis data reported from top performing units were analyzed instead of only the maximum reported fuel sample from each unit.
2) Statistical variability was incorporated using the 99% Upper Prediction Limit (UPL) for all pollutants except for CO, and a 99.9% UPL statistic was used to establish the MACT floor for CO.
3) The computed UPLs in each subcategory were compared to a level three times the Method Detection Limit (MDL) and if the computed UPL was less than this level the floor was established no less than three times the method detection level.

4) Modifications were made to the default distribution selection of each floor dataset and the statistical approach for lognormally distributed data was adjusted to calculate a UPL on the arithmetic mean in lieu of a geometric mean.
5) New subcategories were added based on comments received during the public comment period to account for limited use units, hybrid suspension grate burners, and facilities located outside of the lower 48 contiguous states. A solid fuel subcategory consolidated the fuel-based HAP emission limits from units firing coal, other fossil solids, or bio-based solids.
6) The threshold criterion for considering performance tests from co-fired units was increased from 10 percent of a fuel type to 90 percent of a fuel type.
7) Instrument calibration and measurement error were incorporated into the CO analysis before computing a floor.

Based on the 2008 Combustion Survey and additional new data submitted during the public comment period, there are 13,840 boilers/process heaters currently in operation at major sources in the United States and United States territories. Emission test data and additional Hg and Cl fuel analysis data from uncontrolled liquid units were ranked and analyzed. These data were obtained from the public comment period, Boiler Survey, when available, or when requested under the ICR phase II testing plan, and compiled into an emissions database.[2,4] We used this database to develop the MACT floors.

We identified the lowest emission test average (mean) for each pollutant at each boiler/process heater. We did not include any data from units that indicated in their ICR responses that they were permanently shut down or other situations where the data was no longer representative of current operating conditions, as discussed in Section 2.4 below. For units with a mix of detection levels and measures, we used the reported numerical detection level. If a source reported “zero” or simply “ND” as the value for a test run, that run was not used to calculate the average of the test. Similarly, if a unit reported data in the ICR that were not standardized to the appropriate units of measure, or did not provide operating and stack test parameters necessary to standardize the emissions data, the data were not used in the MACT floor analysis. For uncontrolled liquid units, we included reported fuel analysis data for Hg and Cl (converted to HCl) in the ranking analysis for the MACT floors for units designed to burn liquid fuels. Details on how these data were standardized are discussed in another memorandum.[6]

Next, we ranked the minimum stack test means for each pollutant in each subcategory. We conducted this ranking according to the fuels the unit was burning during the test for Hg, PM, and HCl. Because emissions of fuel-based HAP (e.g., Hg, acid gases, filterable particulate) depend on the fuel used

rather than the design of the combustion chamber, MACT floors for fuel-based HAP were based on data from all boilers and process heaters firing a minimum threshold of each fuel group. For the recommended MACT floor analysis the fuel groups were solid, liquid and other process gases and for the alternative MACT floor analysis the fuel groups were coal/fossil solid, biomass/bio-based solid, liquid, and other process gases. For boilers/process heaters burning multiple fuel types, we reviewed the emission database to determine the relative heat input percentages each fuel category contributed during the test. If a test was fired with at least 90 percent of the heat input from solid fuels, the test was assigned and ranked in the MACT floor for units designed to solid fuels. If a test was fired with at least 90 percent of the heat input from liquid fuels, the test was assigned and ranked in the MACT floor for units designed to burn liquid fuels or non-continental liquid fuels, depending on the location of the unit. If a test was fired with at least 90 percent of the heat input from other gaseous fuels (gas 2), the test was assigned and ranked in the MACT floor for units designed to burn other gaseous fuels. Based on the results of the selected gas specification for mercury, which will determine whether a gaseous fuel belongs in the gas 1 or other gas 2 fuel category, we determined that most gaseous fuels other than coke oven gas and blast furnace gas would pass the fuel specifications in the final rule, so only tests firing coke oven gas either alone or in combination with blast furnace gas or other gaseous fuels were considered when calculating the MACT floors for the other process gas (gas 2) subcategory.

Emissions of organic HAP, including CO and dioxin/furans, fluctuated according to the design of the combustion chamber. Combustor design subcategories considered in this analysis were Pulverized Coal (PC), Fluidized Bed (FB), and Stoker/Other for units designed to burn coal and other fossil solids and Stoker/Sloped Grate/Other, FB, Dutch Oven (including Suspension Burners), Fuel Cells, and hybrid grate/suspension for units designed to burn biomass/bio-based solids. Because of these differences, MACT floors for dioxin/furans and CO were based on unique combustor design characteristics in addition to the type of solid fuel the boiler is designed to burn. We conducted a ranking according to the combustor design categories at solid fuel units and according to the fuel the unit was burning during the test. If the test was fired with at least 90 percent biomass the test data was assigned and ranked in one of the five combustor design subcategories for biomass and bio-based solids. If the test was fired with at least 90 percent coal or other fossil solids, the test was classified and ranked in one of the three combustor design groups for coal and other fossil solids. If a test was fired with at least 90 percent liquid fuels it was classified and ranked in either the liquid or non-continental liquid subcategories, depending on the location of the unit. If a test was fired with at any amount of heat input from coke oven gas in combination with other gaseous fuels, the test was classified and ranked in the MACT floor units

designed to burn other process gases (gas 2). Some units reported test burns on more than one material or blend of materials in different tests. For example, units burning oil during process interruptions might have submitted test results when firing coke oven gas and when firing fuel oil. The emission test data based on fuel oil would have been characterized and ranked in the "boilers designed to burn liquids" subcategory, but the emission test data based on coke oven gas would have been ranked and analyzed in the "boilers designed to burn other gas" subcategory. Given the ability for units to switch subcategories based on their actual annual heat input, we determined that it is appropriate to rank and analyze tests separately, based on what materials were fired during the test.

Emissions of CO were ranked according to either their reported measured values, or the adjusted values that incorporate measurement calibration error. The methodologies used to adjust CO measurements to incorporate instrument measurement error are discussed in another memorandum.[5]

If an emission test result was conducted on a common stack, and the units feeding that stack were boilers and process heaters in the same subcategory, each unit venting to a common stack was treated as a separate data point. For example, if PM emissions were reported at a common stack for boilers #1 and #2, we would have counted the results of those tests twice, to represent data from two units. Although some commenters suggested that this approach underestimates emissions variability, EPA determined that emissions from common stacks for boilers in the same subcategory are relevant to the analysis and incorporating these data as separate records avoids under estimating the number of sources for which data is available.

We then identified minimum emission test averages in the best performing 12 percent (or top 5 units) for each subcategory. To determine the number of boilers/process heaters in the best-performing 12 percent, we multiplied the number of sources with emission data in each subcategory by 12 percent and rounded up to the nearest whole integer. For example, 12 percent of a category with 103 emission test averages is 12.36, so we would have averaged the emission test data from the top 13 boilers/process heaters. This roundup approach is consistent with the approach used by statisticians in survey sampling.[7]

## 2.2 Incorporating Data Variability

Four types of data variability were evaluated to determine the emission levels achieved by the best performing sources over the long term. This section discusses the statistical variability, method detection level variability, fuel analysis variability, and boiler operating load variability considered and incorporated into the MACT floor analysis.

*Statistical Variability.*[10,11]

After identifying the units, based on minimum emission test averages, in the top 12 percent (or top 5 units), we identified all the emission test runs reported for those top-performing boilers/process heaters to be in the same subcategory. By including multiple emission tests from units with a test average in the top 12 percent, EPA can evaluate intra-unit variability of emission tests over time, considering variability in control device performance, unit operations, and fuels fired during the test. Some commenters disagreed with considering all test runs from a best performer in the statistical analysis, while others agreed with this approach. EPA determined that consideration of all test runs for a unit is an appropriate method for assessing the operational and test-to-test variability at the same unit, when additional data was made available to the Agency.

We evaluated various confidence intervals for the upper prediction limits (UPL), including 99 percent, 99.5 percent, and 99.9 percent. A prediction interval for a future observation is an interval that will, with a specified degree of confidence, contain the next (or some other pre-specified) randomly selected observation from a population. In other words, the prediction interval estimates what future values will be, based on present or past background samples taken. Given this definition, the UPL represents the value we can expect the mean of three future observations (three-run average) to fall below, based on the results of the independent sample of size (n) from the same population. In other words, if we were to randomly select a future test condition from any of these sources (i.e., average of three runs), we can be 99 percent confident that the reported level will fall below a MACT floor emission limit calculated using a UPL. Since a source must demonstrate compliance with the MACT floor using the average of a three-run test, the appropriate test condition to use to assess variability is 3. If a source had to demonstrate compliance by showing that each individual test run was below the MACT floor emission limit, it would be appropriate to use a future test condition of 1.

In light of comments made during the proposal we first determined the distribution of the test run data for the best-performing 12 percent of units within each subcategory prior to calculating UPL values. To evaluate the distribution of the best performing dataset, we computed the skewness and kurtosis statistics and then conducted the appropriate small-sample hypothesis tests. Some commenters suggested additional more complex methods for determining the distribution of a dataset, such as the Shapiro-Wilkes method. However due to the small nature of the datasets available for the MACT floor calculations, EPA determined these more advanced methods, which are commonly used for larger datasets, were not necessary in this analysis.

The skewness statistic (S) characterizes the degree of asymmetry of a given data distribution. Normally distributed data have a skewness of 0. A skewness statistic that is greater (less) than 0 indicates that the data are asymmetrically distributed with a right (left) tail extending toward positive (negative) values. Further, the standard error of the skewness statistic (SES) is given by SES = SQRT(6/N) where N is the sample size. According to the small sample skewness hypothesis test, if the skewness statistic (S) is greater than two times the SES, the data distribution can be considered non-normal.

The kurtosis statistic (K) characterizes the degree of peakedness or flatness of a given data distribution in comparison to a normal distribution. Normally distributed data have a kurtosis of 0. A kurtosis statistic that is greater (less) than 0 indicates a relatively peaked (flat) distribution. Further, the standard error of the kurtosis statistic (SEK) is given by SEK = SQRT(24/N) where N is the sample size. According to the small sample kurtosis hypothesis test, if K is greater than two times the SEK, the data distribution is typically considered to be non-normal.

We applied the skewness and kurtosis hypothesis tests to both the reported test values and the lognormal values of the reported test values. If the S and K statistics of the reported dataset were both less than twice the SES and SEK, respectively, the dataset was classified as normally distributed. If neither of the S and K statistics or only one of these statistics was less than twice the SES or SEK, respectively, then the skewness and kurtosis hypothesis tests were conducted for the natural log-transformed data. Then the distribution most similar to a normal distribution was selected as the basis for calculating the UPL. If both the reported values and the natural-log transformed reported values had S and K statistics that were greater than twice the SES or SEK, respectively, the lognormally distributed dataset was selected as the basis of the floor, consistent with guidelines from EPA Guidance document, *Data Quality Assessment: Statistical Methods for Practitioners EPA QA/G-9S* which notes that a lognormal distribution is a commonly used distribution for most environmental contaminant data.[a] This guidance document also notes that the lognormal is an important probability distribution when analyzing environmental data where normality cannot be assumed. If the results of the skewness and kurtosis hypothesis tests were mixed for the reported values and the natural log-transformed reported values, or if the dataset was too small to apply skewness or kurtosis tests, we also chose the lognormal distribution, consistent with the guidance noted above. We believe this approach is more accurate and obtained more representative results than a more simplistic normal distribution assumption.

*<u>Computing the UPL for Normally Distributed Data</u>*

For datasets that were determined to be normally distributed, we computed the UPL using a student's t-test statistic. The t-test was used in the promulgated HMWI rulemaking and proposed Portland Cement rulemaking, and it is more appropriate for smaller sample sizes. The t-statistic is calculated using the following Excel equation:

t-statistic = TINV(2*(1-x),n-1) (Equation 1)

Where:

n = the number of test runs from units in the top 12 percent

x = the selected confidence level (0.99, 0.995, 0.999)

Next, for the floors that were based on a single type of data, e.g. emission stack tests, the average (or sample mean) and sample standard deviation of the test runs were calculated. We calculated the 99, 99.5 and 99.9 percent UPL values based on the test run data for those units in the best-performing 12 percent. Since the compliance with the MACT floor emission limit is based on the average of a three-run test, the UPL is calculated by:

$$UPL = \bar{x} + t(0.99, n-1) \times \sqrt{s^2 \times \left(\frac{1}{n} + \frac{1}{m}\right)}$$ (Equation 2)

Where:

n = the number of test runs

m = the number of test runs in the compliance average

$s^2$ = the combined variance of the sample of test runs from top performing units

bar x = the sample mean of test runs from top performing units

This calculation was performed using the following Microsoft Excel function:

Normal distribution: 99% UPL = AVERAGE (Test Runs in Top 12%) + [STDEV(Test Runs in Top 12%) x TINV(2 * 0.99, n-1 degrees of freedom)*SQRT((1/n)+(1/3))], for a one-tailed t-value (with 2 x probability), probability of 0.01, and sample size of n

For floors that were based on more than one type of data, e.g., emission stack tests and fuel analysis data from uncontrolled liquid fuel units, a separate set of analysis were conducted to calculate a pooled variance from the two different populations of data. First, the averages for the stack test data were

calculated using the averages of the individual test runs. If a source had more than 1 stack test (e.g. 6 test runs), then separate averages were calculated for each test. Next, the average of the fuel analysis data were calculated, assuming that the *u*-th source has $n_{3u}$ data points. The averages of stack test and fuel analysis data were considered to be a sample of averages of outcomes that come from the same population with mean µ and the variance, $\sigma^2$. The averages obtained from stack tests and fuel analysis data were assumed to come from distributions with the same average, but with variances given by $\frac{\sigma^2}{3}$ and $\frac{\sigma^2}{n_{3u}}$, respectively. The UPL equation for a floor based on a combination of fuel analysis and emission stack test data is then calculated using the following equation:

$$\bar{X} + t_{df}\sqrt{\mathrm{Var}\left(\bar{X}\right) + \mathrm{Var}\left(\text{Mean future m-test runs}\right)}$$ (Equation 3)

where

$$\bar{X} = \frac{\frac{\sum_{i=1}^{n_1}\bar{x}_i}{n_1} + \frac{\sum_{u=1}^{n_3}\bar{f}_u}{n_3}}{2} = \frac{\bar{\bar{x}} + \bar{\bar{f}}}{2}$$ (Equation 4)

where

$$\bar{\bar{x}} = \frac{\sum_{i=1}^{n_1}\bar{x}_i}{n_1} \text{ and } \bar{\bar{f}} = \frac{\sum_{u=1}^{n_3}\bar{f}_u}{n_3}$$ (Equations 5a and 5b)

The pooled variance of the two source means are calculated as:

$$\mathrm{Var}\left(\bar{X}\right) = \mathrm{Var}\left(\frac{\bar{\bar{x}} + \bar{\bar{f}}}{2}\right) = \frac{s^2}{4}\left(\frac{1}{n_1} + \frac{1}{n_3}\right)$$ (Equation 6)

$$s^2 = \frac{\sum_{i=1}^{n_1}\sum_{k=1}^{n_{1i}}\left(x_{ki} - \bar{x}_i\right)^2 + \sum_{u=1}^{n_3}\sum_{j=1}^{n_{3u}}\left(f_{uj} - \bar{f}_u\right)^2}{\sum_{i=1}^{n_1}\left(n_{1i} - 1\right) + \sum_{u=1}^{n_3}\left(n_{3u} - 1\right)}$$ (Equation 7)

$$df = \sum_{i=1}^{n_1} (n_{1i} - 1) + \sum_{u=1}^{n_3} (n_{3u} - 1) \quad \text{(Equation 8)}$$

Where:

$f_{uj}$ is the j-th fuel analysis data value for the ujth-source with only fuel analysis data

$n_{1i}$ is the total number of test-runs in the ith-source with only stack tests data

$n_1$ is the total number of sources with only stack tests data

$n_3$ is the total number of sources fuel analysis data

$n_{3u}$ is the total number of sources fuel analysis data in the u-th source with only fuel analysis data

$$\bar{x}_i = \frac{1}{n_{1i}} \sum_{k=1}^{n_{1i}} x_{ki} \quad \text{(Equation 9)}$$

Where:

$x_{ki}$ is the k-th test value for the j-th source with only stack test data

$$\bar{f}_u = \frac{1}{n_{3u}} \sum_{j=1}^{n_{3u}} f_{uj} \quad \text{(Equation 10)}$$

Then the UPL will be equal to:

$$\bar{X} + t_{df} \sqrt{s^2 \left\{ \frac{1}{4} \left( \frac{1}{n_1} + \frac{1}{n_3} \right) + \frac{1}{m} \right\}} \quad \text{(Equation 11)}$$

Where:

$m$ is the number of test-runs from the new source. $T_{df}$ is the student t-statistic as described in Equation 1 above.

*Computing the UPL for Lognormally Distributed Data*

For lognormally distributed datasets, we revised the UPL computation in light of comments that a simple lognormal transformation of the dataset results in a UPL calculated on the geometric mean of a dataset instead of the arithmetic mean of the dataset, which can introduce bias into the resulting UPL calculation. To adjust the calculation EPA considered a scale bias correction approach as well as a new UPL equation based on a Bhaumik and Gibbons 2004 paper, which calculates “An Upper Prediction Limit for the Arithmetic Mean of a Lognormal Random Variable”. EPA selected the Bhaumik and Gibbons 2004 approach which addresses commenters concerns with the proposed computations. In this approach, y is a lognormal random variable, that means $\log(y) \sim N(\mu, \sigma^2)$ where $\mu = E\left[\log(y)\right]$ and $\sigma^2 = \mathrm{var}\left[\log(y)\right]$. We assume $y_1, \ldots, y_n$ is a random sample from the lognormal distribution. The goal is to construct the upper prediction limit (UPL) for the mean of m future observations of the lognormal distribution: $\bar{x} = \frac{\sum_{i=1}^{m} x_i}{m}$. For values of n and m less than 30, as is the case for the test condition of three future test runs to demonstrate compliance with the MACT floor, we use the Gram-Charlier Type A series to compute the UPL. The equations used to compute UPL according to the Bhaumik Gibbons approach are detailed below.

For most MACT floors, which were based on a single type of data, e.g., stack tests, the average (mean, µ^) and combined variance, $\sigma^2$, of all the test runs associated with the best performing units were computed using the average and variance functions in Excel. Next, the expressions $\beta_{2z}$, which represents the flatness of the distribution z and $\sqrt{\beta_{1z}}$ which measures the skewness of the z distribution was calculated as:

$$\beta_{2z} = \frac{e^{4\hat{\sigma}^2} + 2e^{3\hat{\sigma}^2} + 3e^{2\hat{\sigma}^2} - 3}{m\left(e^{\hat{\sigma}^2} - 1\right)^2} + 3\left(1 - \frac{1}{m}\right) \qquad \text{(Equation 12)}$$

Where:

m = number of test runs in test condition (3)

$$\sqrt{\beta_{1z}} = \frac{\sqrt{e^{\hat{\sigma}^2} - 1}\left(e^{\hat{\sigma}^2} + 2\right)}{\sqrt{m}} \qquad \text{(Equation 13)}$$

The two parameters calculated using Equations 12 and 13 above, were used to identify the density of Z:

$$f_G(z) = \left(1 - \frac{\sqrt{\beta_{1z}}}{6}\left(3z - z^3\right) + \frac{\left(\beta_{2z} - 3\right)\left(3 - 6z^2 + z^4\right)}{24}\right)\phi(z) \qquad \text{(Equation 14)}$$

The 99 percentile is calculated as calculated as:

$$\int_0^{z_{.99}} \left(1 - \frac{\sqrt{\beta_{1z}}}{6}\left(3z - z^3\right) + \frac{\left(\beta_{2z} - 3\right)\left(3 - 6z^2 + z^4\right)}{24}\right)\phi(z) = .99 \qquad \text{(Equation 15)}$$

Using the trapezoidal rule, and taking increments Δx very small, the 99 percentile was estimated by numerically integrating the density function to obtain the 99 percent UPL, called $z_{.99}$. For other confidence levels the density function was numerically integrated to obtain the 99.5 or 99.9 percent UPL. The trapezoidal rule approximates an integral as follows:

$$\int_a^b f(x)dx = \frac{\Delta x}{2}\left( f(a) + 2\sum_{i=1}^{M} f(x_i) + f(b)\right) \qquad \text{(Equation 16)}$$

Next, we solved the following equation for $\bar{x} = \frac{\sum_{i=1}^{m} x_i}{m}$ (Equation 17)

$$\frac{\sum_{i=1}^{m} x_i - me^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}}}{\sqrt{me^{2\hat{\mu}+\hat{\sigma}^2}(e^{\hat{\sigma}^2} - 1) + m^2 e^{2\hat{\mu}+\hat{\sigma}^2}\left(\frac{\hat{\sigma}^2}{m} + \frac{\hat{\sigma}^4}{2(m-1)}\right)}} = z_{.99} \qquad \text{(Equation 18)}$$

The z-value with the smallest value greater than the selected confidence level was identified. For a confidence level of 99 percent, we identified the smallest z-value, $z_{.99}$ with a value greater than 0.99. This z-value was used to compute the UPL, using this equation:

$$UPL = e^{\hat{\mu}+\frac{\hat{\sigma}^2}{2}} + \frac{z_{.99}}{m}\sqrt{me^{2\hat{\mu}+\hat{\sigma}^2}(e^{\hat{\sigma}^2} - 1) + m^2 e^{2\hat{\mu}+\hat{\sigma}^2}\left(\frac{\hat{\sigma}^2}{n} + \frac{\hat{\sigma}^4}{2(n-1)}\right)} \qquad \text{(Equation 19)}$$

Where:

μ^ = mean of test runs

n = number of test runs

m = number of test runs in test condition (3)

For lognormally distributed datasets that were based on more than one data type, such as the HCl and Hg floor calculations for the liquid fuel subcategory, the mean and variance of each data type were calculated separately and a pooled variance was computed using the lognormal values of the reported test data and Equations 6, 7, and 8 of this section. This pooled variance, $\sigma^2$ and mean of the two datasets, μ^, were then used to compute the terms in Equations 12 through 19 of this section.

*Measurement Detection Level Variability*

After the UPL were calculated, the UPL was compared to a computed value that was developed to account for the effect of measurement imprecision associated with a database that includes method detection level data. The purposes of this procedure were 1) to define a method detection level (DL) that is representative of the data used in establishing the floor or emissions limit and that also minimizes the influence of an outlier test-specific DL value; and 2) use this representative method detection level (RDL) to assess and ensure that the floor or the emissions limit used in the rulemaking adequately accounts for measurement variability.

First, the mean of the pollutant emissions values was calculated for each subcategory, (e.g., mean of reported HCl emissions from best performing liquid-fired boilers). Next, for each test run (e.g., three runs per test per pollutant per emissions unit) in the pollutant emissions dataset, all pollutant emissions data flagged as below detection level (BDL) or detection level limited (DLL) were identified. Then, the largest of the BDL or DLL flagged values that is no greater than the mean of the pollutant emissions values from the best performers was identified and this largest value serves as the representative method detection level (RDL) for each pollutant emissions dataset.

Next, we multiplied the RDL by 3 (3x RDL) for each subcategory and then compared the 3x RDL to the computed floor value or emissions limit (e.g., the 99 percent confidence UPL). If the 3x RDL value was less than or equal to the calculated floor or emissions limit, we used the calculated floor derived from the UPL calculations above. If the 3x RDL value was greater than the calculated floor or emissions limit, we used the 3x RDL value as the basis for the floor, adjusted for measurement variability for the final rule.

When applying this procedure to measurements of dioxins and furans (D/F) in terms of toxic equivalence (TEQ) additional steps were necessary to identify the RDL for the TEQ values. The individual reported congeners that comprise the TEQ value were reviewed to identify if they were flagged as either BDL or DLL. The state of the congener data fell into one of two types:

1) If the reported emissions values for all of the congeners for a test run are flagged data (i.e., BDL, DLL), the reported flagged value for each congener was multiplied by the appropriate TEQ factor (see http://edocket.access.gpo.gov/2007/pdf/E7-9015.pdf) to produce a flagged TEQ value. Next, the sum of the TEQ adjusted flagged values was estimated for the test run; and this sum of the TEQ adjusted flagged values represented the DL for the test run.
2) If some but not all of the reported values for the congeners for a test run are flagged data, the mean of the flagged congeners was computed (e.g., if there are six flagged congeners out of 17 reported values, we determined the mean of those six flagged values); then the mean of the flagged values was multiplied by the appropriate toxic equivalency factor to produce a TEQ adjusted flagged value for each congener. The TEQ adjusted flagged values were summed for each test run; and this sum of the TEQ adjusted flagged values represented the DL for the test run.

Then the maximum test run DL values computed in items 1) and 2) above were identified and used in place of the individual flagged values for determining the RDL. Appendix D shows the data identified as RDL for each subcategory.

*Fuel Analysis Variability*

The UPL analysis discussed above takes into account intra-unit variability within test runs, and since the compliance date of the vacated boiler MACT was after the date the rule was vacated, often there were only one or two tests available at a unit. These tests represent a small snapshot of the overall unit operations, and based on the fuel analysis data reported in the Boiler Survey, Phase II test plan, and data reported from public comments, but fuel-related HAP levels in the various fuels can vary significantly over time. These fuel-related HAP levels are not well-represented in a small sample of emission stack test results.

Fuel analysis data for Hg and HCl (converted from Cl) were standardized to a lb/million Btu (lb/mmBtu) basis, using data standardization techniques discussed in another memorandum.[6] Next, the units that reported fuel analysis data paired with stack tests were identified by using the database field in the Data: Fuel Analysis table, “FM_analysiswithEmissionTest”. Since the Phase II test plan requested paired fuel analysis data for each stack test run, the fuel analysis “Sample ID” associated with each fuel

analysis were matched up with the individual test run "Test ID." Since fuel sampling IDs reported in the spreadsheet and test IDs reported in the Electronic Reporting tool sometimes had different naming conventions, the IDs of the units in the top 12 percent were reviewed and a secondary test ID column was created in order to allow these two data tables to be linked and compared.

Single-Fuel Units

For boilers combusting a single fuel during a stack test, a ratio of the inlet HAP content from the fuel analysis data divided by the fuel analysis data point associated with the paired stack test was calculated for every fuel analysis data point reported for that unit. Where this ratio is greater than one, a unit reported long-term fuel analysis data that exceeded the mercury and/or chlorine content when compared to the fuel burned during the reported performance test. The control efficiency parameter that was incorporated into the fuel variability analysis at the proposal was disregarded due to public comments which provided supporting data that control efficiency can vary depending on the fuel constituents or fuel blends.[12]A simple ratio of fuel analysis data points, comparing the data at the time of the test to the data used at other times provides a similar relationship of fuel quality overtime without introducing additional uncertainty surrounding a calculated, and then extrapolated control efficiency at any given time.

Multi-Fuel Units

For boilers combusting multiple fuels during a test, the HAP content of each individual fuel varies over time, and the relative heat input contribution of multiple fuel types can also vary over time. To evaluate the impact of fuel variability at multi-fuel boilers, a similar ratio was computed, but the fuel analysis used in the ratio was based on the fuel with the predominant Hg or HCl (converted from Cl) content. The average reported fuel input rate, standardized to mmBtu/hr, for each of the fuels fired during the test was calculated. Next the Hg or HCl (converted from Cl) content of each fuel was multiplied by the fuel input rate to calculate an emission rate from each fuel type, on a lb/hr basis. The fuel resulting in the highest Hg or HCl emissions, on a lb/hr basis, was identified as the predominant driver of Hg or HCl emissions, and its variability was used to compute the ratios discussed above for single fuel units.

Review of Outliers

At proposal, the maximum fuel variability factors (FVF) for Hg and HCl were ranked in ascending order for each subcategory (coal, biomass, and liquid), and the interquartile range (IQR) of the variability

factors was computed to identify any variability factors that might be outliers. In response to treatment of outliers received during the public comment period, in this revised analysis, all fuel variability factors, not just the maximum factors for each unit were evaluated for outliers. All of the calculated ratios, or FVF for Hg and HCl were ranked in ascending order for each subcategory (coal, biomass, and liquid). Because variability is considered only from units identified to be in the top 12 percent, the list of fuel analysis data was restricted to only those units that were in the top 12 percent for Hg or HCl. No Hg or HCl fuel analysis variability factors could be calculated for gas-fired units.

A statistical analysis was performed on the ratios of best performing units for each combination of subcategory and pollutant on both a fuel specific basis and on a unit specific basis. In the fuel-specific approach, all of the ratios for a specific fuel subcategory were ranked in ascending order and the distribution of the dataset was assumed to be normal. The empirical rule was then applied to identify and eliminate outlier values that did not lie within three standard deviations of the mean of all of the computed ratios in each subcategory. For those subcategory and pollutant combination datasets that had fuel category outliers, the outliers were identified and removed to create a new dataset from which the maximum ratios, or FVF were calculated. In the unit-specific approach, all of the ratios corresponding to fuel analysis data reported by a specific best performing unit in each subcategory were ranked in ascending order and the empirical rule was used to identify outlier values that did not lie within three standard deviations of the mean of the fuel analysis ratios reported for that unit. For subcategory and pollutant combination datasets that had unit-specific outliers, the outliers were removed to create a new dataset from which the maximum ratios were calculated.

After calculating the FVF ratios on both a fuel-specific and unit-specific basis, we determined that the fuel-specific basis was most appropriate for further consideration in the MACT floor analysis. Because fuel variability at existing units is based on a range of fuel types identified to be from a set of best performing units in a subcategory and not fuels specific to any single unit, assessing outliers on fuel-specific basis is more appropriate than assessing outliers on a unit-specific basis.

Appendix A shows the calculated FVF analysis for Hg and HCl for each subcategory where data was available.

Developing a Fuel Variability Factor for Each Fuel Category

To calculate the MACT floor emission limit for Hg and HCl, the 99% UPL emission limit was multiplied by the maximum ratio, or FVF, at units in the top 12 percent of each fuel category, after removing the outliers discussed above. Appendix A-2 shows the calculated fuel variability factors used in the MACT floor analyses for coal/fossil-solid, biomass/bio-based solid, all solid fuels, and liquid subcategories.

For existing solid fuel units, EPA reviewed the fuel variability in the UPL calculations prior to multiplying the results by the FVF. In the case of the solid fuel subcategory the fuels used in the top performing boilers varied widely, including coal, petroleum coke, tire-derived fuel, as well as several types of biomass fuel. Based on the heterogeneous make up of the best performing units, we determined that the UPL calculation alone considered sufficient variability in fuel types from best performing units and it was unnecessary to incorporate additional fuel variability through the use of a FVF. For new solid fuel units, since the floor was based on the best single unit of the subcategory, we determined that a FVF was appropriate. The best performing solid unit for mercury is also the best performing coal unit. This unit has additional test data burning 25% coal and 75% biomass, which is included in the UPL calculations for this subcategory. Given the variability of coal fired from this best performing unit, a FVF was multiplied by the new source solid fuel UPL for mercury. For HCl, there is no available FVF from the best performing unit so no FVF was applied.

For existing and new liquid fuel units, the fuels making up the best performing units demonstrated less variability in their composition and type, and EPA determined that an additional fuel variability factor was necessary.

*Load Variability*

For combustion-based emissions, such as CO, formaldehyde, and dioxin/furan, the formation of emissions are dependent on the design of the combustion unit; the MACT floor emission limits for CO and dioxin/furan are subcategorized according to combustor design for boilers burning solid fuels. However, the emissions can fluctuate with changes in the operating rate of a boiler, or “boiler load”. Boiler load was divided into two subcategories, depending on the role of a boiler at a facility. A boiler providing a relatively constant amount of steam to a facility is considered a “base-loaded” unit, and a boiler that adjusts its operating parameters to meet varying levels of demand in a plant over time is referred to a “load-following” unit.

Stack tests for CO are conducted at near full-load conditions, and although the MACT floor limits based on stack test results achieved when operating at or near full load, the MACT floor emission levels for CO might not be achieved when best performing units are operating at lower loads. EPA assessed the limited amount of CEM data that was paired with load rates in a separate memorandum.[12] As this memo discusses there is insufficient data to establish a CO limit that considers lower loads, and the preamble discusses how the compliance mechanisms for CO were modified in the final rule to address this concern.

## 2.3 Calculating Emission Limits

We determined emission limits for each MACT floor option and pollutant by rounding up the UPL values to two significant digits for all pollutants except for dioxin/furan. Two significant figures is consistent with public comments and their referenced guidance document, "Memorandum: Performance Test Calculation Guidelines, William Laxton, OAQPS, and John Seitz, OAQPS which suggests considering no less than two and no more than three significant figures. For dioxin/furan which are measured in units of nanograms per dry standard cubic meter, and are often comprised of data below detection levels and additional measurement uncertainty due to the analytical procedures for multiple congeners, these data were rounded up to one significant figure. Although some commenters disagreed with always rounding up, the guidance they cited was intended for rounding of performance stack test data results and not standard setting for MACT floors. Rounding up is appropriate for establishing emission standards that must be complied with at all times. It should be noted that if the UPL values were rounded down, then the possibility exists that the best-performing units comprising the MACT floor might not be able to achieve the emission limit on an ongoing basis. In all cases, the significant figure approach and associated rounding does not meaningfully change the emission limits. The emission limits are summarized for each subcategory in Tables 1 and 2. The data ranked and analyzed for the MACT floor at existing units is shown in Appendix B, and the UPL floor calculations for each subcategory and each pollutant are shown in Appendix C.

**Table 1: Summary of Calculated MACT Floor Limits for Existing Boilers and Process Heaters at Major Sources of HAP under Recommended Approach**

| Subcategory | Filterable Particulate Matter (lb/MMBtu) | Hydrogen Chloride (lb/MMBtu) | Mercury (lb/MMBtu) | CO (ppm @ 3% $O_2$) | TEQ Dioxins/Furans (ng/dscm @ 7% $O_2$) |
|---|---|---|---|---|---|
| **All Solid Fuels** | 0.039 | 0.035 | 4.6E-06 | | |
| **Coal/Fossil Solid** | | | | | |
| *PC* | | | | 160 [A] | 0.004 |

| | | | | | |
|---|---|---|---|---|---|
| *Stoker* | | | | 270 [A] | 0.003 |
| *FB* | | | | 82 [A] | 0.002 |
| **Biomass/Bio-based Solid** | | | | | |
| *Stoker* | | | | 490 [A] | 0.005 |
| *FB* | | | | 430 [A] | 0.02 |
| *Dutch Oven/ Suspension Burner* | | | | 470 [A] | 0.2 |
| *Fuel Cell* | | | | 690 [A] | 4.0 |
| *Suspension/Grate* | | | | 3,500 [A] | 0.2 |
| **Liquid** | 0.0075 | 0.00033 | 3.5E-06 | 10 [A] | 4.0 |
| **Non-Continental Liquid** | 0.0075 | 0.00033 | 7.8E-07 | 160 [A] | 4.0 |
| **Process Gas** | 0.043 | 0.0017 | 1.3E-05 | 9 [A] | 0.08 |

Notes:

- Red text indicates at least one test run used to calculate the UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability. The Hg and HCl floors for liquid units incorporate both the 3*RDL value and fuel analysis variability. These values represent the 3*RDL multiplied by the FVF.
- Green cells indicate limits that are based on the 3*RDL approach.
- Although default maximum calibration errors were used for CO, if data was flagged as non-detect when initially reported it was still considered to be non-detect data even if the value defaulted to the calibration error.

A CO MACT floor is based on adjusted data that consider measurement error for measurements obtained with an instrument test method.

**Table 2: Summary of Calculated MACT Floor Limits for Existing Boilers and Process Heaters at Major Sources of HAP under Alternative Approach**

| Subcategory | Filterable Particulate Matter (lb/MMBtu) | Hydrogen Chloride (lb/MMBtu) | Mercury (lb/MMBtu) | CO (ppm @ 3% $O_2$) | TEQ Dioxins/Furans (ng/dscm @ 7% $O_2$) |
|---|---|---|---|---|---|
| **Coal/Fossil Solid** | 0.053 | 0.068 | 4.1E-05 | | |
| *PC* | | | | 160 [A] | 0.004 |
| *Stoker* | | | | 270 [A] | 0.003 |
| *FB* | | | | 82 [A] | 0.002 |
| **Biomass/Bio-based Solid** | 0.038 | 0.0031 | 1.2E-06 | | |
| *Stoker* | | | | 490 [A] | 0.005 |
| *FB* | | | | 430 [A] | 0.02 |
| *Dutch Oven/ Suspension Burner* | | | | 470 [A] | 0.2 |
| *Fuel Cell* | | | | 690 [A] | 4.0 |
| *Suspension/Grate* | | | | 3,500 [A] | 0.2 |
| **Liquid** | 0.0075 | 0.00033 | 3.5E-06 | 10 [A] | 4.0 |
| **Non-Continental Liquid** | 0.0075 | 0.00033 | 7.8E-07 | 160 [A] | 4.0 |
| **Process Gas** | 0.043 | 0.0017 | 1.3E-05 | 9 [A] | 0.08 |

Notes:

- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability. The mercury for biomass and liquid as well as the HCl value for liquid incorporate both the 3*RDL value and fuel analysis variability. These values represent the 3*RDL multiplied by the FVF.
- Green cells indicate limits that are based on the 3*RDL approach.

- Although default maximum calibration errors were used for CO, if data was flagged as non-detect when initially reported it was still considered to be non-detect data even if the value defaulted to the calibration error.

A CO MACT floor is based on adjusted data that consider measurement error for measurements obtained with an instrument test method.

## 2.4 Filling Data Gaps

For subcategories with no applicable test data for a given pollutant, floor limits from other subcategories were assigned in order to fill the gaps in data. In both of these instances the subcategories were created in response to compelling public comments and data provided to create a new subcategory. Since these subcategories were not envisioned at proposal the 2009 ICR test plan was not targeted to fill data gaps for these subcategories and data from the most similar subcategories were used as a proxy to fill data gaps and establish emission limits for these subcategories. The appropriate action taken to fill these data gaps are described below.

- Non-continental liquid: No test data was available for PM, HCl, or TEQ dioxins/furans. For these pollutants, the floor for other liquid units was used as a proxy to the floor for this subcategory since both of these subcategories fire liquid fuels.
- Biomass hybrid suspension/grate: No test data was available for TEQ dioxins/furans. The floor for TEQ dioxins/furans from biomass dutch oven/suspension burners was used as a proxy to the floor for this subcategory since both of these subcategories incorporate suspension firing.

## 2.5 Data Not Considered in the MACT Floor Analysis for Existing Units

For fuel-based HAP, data upstream of the control device were not considered in the MACT floor analysis because the control device is expected to achieve emission reductions. The location of the test is denoted in the “Location” field of the Data: EmissionsTest Table. If the test location was not reported, it was assumed to be downstream of the control device since this data represented the vast majority of data in the database. The upstream/downstream location was not a limiting factor when identifying suitable data for CO and dioxin/furan, although in all cases, dioxin/furan emissions were downstream of the control device.

In response to public comments on concerns with basing MACT floors on co-fired units, the threshold criteria for considering performance tests from co-fired units was increased since proposal from 10 percent of a fuel type to 90 percent of a fuel type. Based on feedback received during the public comment period, not all units are designed to co-fire fuels and EPA determined that units that are co-firing substantial amounts of fuels that do not belong within a subcategory are not representative of units firing single fuel types or small amounts of co-firing. For example, if a unit has a test based on 50 percent natural gas and 50 percent biomass, the unit is not representative of the other units in the solid fuel subcategory and it is not representative of the other units in the gas 1 subcategory. Therefore data from this test would not be considered in the MACT floor analysis.

Some facilities submitted emission test data based on previous control configurations that are no longer installed on the unit. Emission data reported while using these previous control configurations were not used to establish the MACT floor. Table 3 shows which control configurations were not considered in the MACT floor analysis. Any emissions associated with the control configurations at these units were not considered in the analysis, except the emissions for CO, as CO is not expected to be affected by the control devices currently installed on the unit.

**Table 3: Deleted Control Configurations for MACT Floor Analysis**

| FacilityID | UnitID | DeleteRecord | Reason for Removing |
|---|---|---|---|
| NCNC_DukeUniversity_Durham | 7754-01 | Fabric Filter | Dry injection added to FF in 2007 |
| OHMedicalCenterCo1915 | B003 & B004 | Fabric Filter | Dry injection added to FF in 2007 |
| MSMasoniteLaurel | BB-003 | Wet Scrubber | Wet scrubber removed in 2007 |
| MIMichiganSugarCaro | Boilers #1 & #2 | No HAP APCD Control | Venturi installed in 2007 |
| ARGeorgiaPacificCrossett93 | SN-WB1 Wood Boiler | Wet Scrubber | Wet scrubber no longer installed at unit |
| SCNewSouthCamden | WWB1 | Cyclone or Multiclone | ESP installed in 2007 |
| SCNewSouthCoConway | WWB1 | Cyclone or Multiclone | ESP installed in 2007 |

For uncontrolled light liquid units with fuel analysis data for Hg or HCl, the fuel analysis data were only used if there was not an emission test available for that unit for Hg or HCl. Using both fuel analysis and emission test data associated with the same unit would be double-counting emission data and would be inconsistent with the approach to use the minimum available emission data for each unit to identify the units in the top 12 percent.

Some emission data for CO or dioxin/furan were based on common stacks that are fed from units in more than one subcategory. Because the CO and dioxin/furan MACT floors are based on combustor design, only those emissions are based on units of the same combustor. If the combustor design classification in the Data: EmissionsTest table listed “Multiple Combustor Designs,” this data was not used in the MACT floor calculations for CO or dioxin/furan.

Finally, there were some specific data reported that were excluded from the MACT floor analysis for site specific reasons. The data table “Data: EmissionsTest” in version 6 of the emission test database contains two fields, “Ignore for Floor?” and “Note” which flag data that were disregarded from the analysis and provides a reason why the data was not considered in the analysis.

After receiving a short extension to the court-ordered deadline we re-evaluated the floor calculations to consider data from Fibrominn, LLC (Facility ID: MNFibrominn, Unit ID: EU-001). This unit is a stoker boiler that had been classified as a solid waste incinerator due to the combustion of poultry litter along with hog fuel, but was reclassified as a boiler combusting biomass and bio-based solids after further consideration of the final solid waste definition. Standardized test data for this boiler was available for filterable PM, HCl, CO, and TEQ dioxin/furan. Test data was provided for Hg, but could not be standardized from its reported format to units of lb/MMBtu because exhaust temperatures were not reported with the data. The boiler was not a top performer for any pollutant and did not cause a change in the number of top performers for filterable PM, HCl, and CO. However, the inclusion of TEQ dioxin/furan data increased the number of biomass-fired stokers in the top 12 percent from one to two boilers. Due to rounding conventions, the newly calculated TEQ dioxin/furan emission limit did not differ

from the emission limit calculated without the MNFibrominn data represented in Table 1 above. Since the addition of data from this boiler did not cause changes to any of the previously calculated emission limits, the floor rankings and calculations presented in the appendices to this memorandum do not contain the MNFibrominn test data.

## 3.0 Floors for New Sources

### 3.1 Methodology for MACT Floor at New Units

The same methodology used to calculate the MACT floors for existing sources, as discussed in Section 2.0, was used to calculate the floor for new sources, with four exceptions. Additional exceptions needed to be considered for new source limits to ensure that the floor computations are representative of the best controlled similar source for an entire subcategory. First, if the calculated floor for new sources was less stringent than the calculated floor for existing sources, the floor corresponding to the same subcategory for existing sources was used as the basis for the floor for new sources. Although the minimum average test run for the best performing source resulted in the lowest three-run average test, the 99% UPL-based limit incorporated variability between test runs. As the sample size—in this case the number of test runs—gets smaller, the t-statistic increases. When the sample size of test runs is small, and there is a large variability between test runs, the calculated limit using the UPL approach can be larger than the variability among a larger set of test runs from units in the best performing 12 percent, especially if the performance of the best performing units is comparable. Similar to the approach used in the HMIWI rulemaking and the proposal for this final rule, if the emission limit for new sources was less stringent than the emission limit for existing sources in the same subcategory, we decided to use existing source limits for new sources.

Second, if the lowest emitting unit had less than three test runs, the unit with the next lowest emissions based on at least a three-run test average was used as the basis for the MACT floor from new units. Using the lowest emitting unit with three test runs ensures that adequate variability can be incorporated into the limit to guarantee that future sources can repeatedly meet the limit during their compliance tests. There were no instances where the top ranked unit was disregarded due to not having three test runs.

Third, if the top ranked unit was represented by an emission test based on co-firing of fuels that are not in the same subcategory, this test was not considered to be representative of the best similar source for the subcategory. The unit with the next lowest emissions that is based on a test firing 100 percent of the fuel category was used in the basis of the floor.

1) For the CO MACT floor for new units designed to burn process gas, the second lowest test average was used because the lowest test average was based on test data co-firing fuels from other subcategories.

2) For the Hg MACT floor for new units designed to burn process gas, the second lowest test average was used because the lowest test average was based on test data co-firing fuels from other subcategories.

3) For the PM MACT floor for new units designed to burn process gas, the second lowest test average was used because the lowest test average was based on test data co-firing fuels from other subcategories.

Fourth, if the top ranked unit was based on a process-specific fuel that could not be reasonably purchased or obtained by other sources in the subcategory, we selected the unit with the next lowest emissions as the basis of the floor calculations.

1) For the CO MACT floor for new fluidized bed boilers designed to burn biomass, the third lowest test average was used. The top two best performing test averages were from units burning deinking residuals and industrial sludge, respectively. Since these fuels are specific to a process and are not routinely available to other units in the category, they do not represent the best performing similar source for the subcategory.

2) For the Hg MACT floor for new boilers designed to burn solid fuel, the second lowest test average was used. The top performing test average was from a unit burning 100 percent tire derived fuel. This test does not reflect normal operating conditions for the unit in question, which typically combusts a mixture of hog fuel, bituminous coal, and natural gas. Since this does not represent typical operating conditions for the unit in question, it does not represent the best performing similar source for the subcategory.

3) For the HCl MACT floor for new boilers designed to burn liquid fuel, the ninth lowest test average was used. The top seven best performing test averages were fuel analysis data. The eighth best performing test average was from a unit burning anhydrides waste. Since this fuel is specific to a process and not routinely available to other units in the category, it does not represent the best performing similar source for the subcategory.

Similar to the existing source MACT floor analysis, some subcategories did not have any data available to establish a MACT floor and the computed floors from the most similar subcategories were used as a proxy to fill these data gaps.

1) Non-continental liquid: No test data for PM, HCl, or TEQ dioxins/furans. For all pollutants, the floor for other liquid units was used as the floor for this subcategory.

2) Biomass suspension/grate: No test data for TEQ dioxins/furans. The floor for TEQ dioxins/furans from biomass dutch oven/suspension burners was used as the floor for this subcategory.

Tables 4 and 5 summarize the MACT floor emission limits for new sources, and the light green highlighted cells represent the limits where the corresponding limit for existing sources in the same subcategory were used as a basis for the limit at new sources. The UPL floor calculations for each subcategory and each pollutant for new sources are shown in Appendix E.

To assess fuel variability, the same procedures were used; however, only fuel analysis variability from the top-performing unit in each subcategory was considered in the analysis.

**Table 4: Summary of MACT Floor Limits for New Boilers and Process Heaters at Major Sources of HAP under Recommended Approach**

| Subcategory | Filterable Particulate Matter (lb/MMBtu) | Hydrogen Chloride (lb/MMBtu) | Mercury (lb/MMBtu) | CO (ppm @ 3% $O_2$) | TEQ Dioxins/Furans (ng/dscm @ 7% $O_2$) |
|---|---|---|---|---|---|
| **All Solids** | 0.0011 | 0.0022 | 3.5E-06 | | |
| **Coal/Fossil Solid** | | | | | |
| *PC* | | | | 12 [A] | 0.003 |
| *Stoker* | | | | 6 [A] | 0.003 |
| *FB* | | | | 18 [A] | 0.002 |
| **Biomass/Bio-based Solid** | | | | | |
| *Stoker* | | | | 160 [A] | 0.005 |
| *FB* | | | | 260 | 0.02 |
| *Dutch Oven/ Suspension Burner* | | | | 470 [A] | 0.2 |
| *Fuel Cell* | | | | 470 | 0.003 |
| *Suspension/Grate* | | | | 1,500 [A] | 0.2 |
| **Liquid** | 0.0013 | 0.00033 | 2.1E-07 | 3 [A] | 0.002 |
| **Non-Continental Liquid** | 0.0013 | 0.00033 | 7.8E-07 | 51 [A] | 0.002 |
| **Process Gas** | 0.0067 | 0.0017 | 7.9E-06 | 3 [A] | 0.08 |

Notes:

- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability.
- Yellow shaded cells indicate limits where the calculated limit for new sources was less stringent than the calculated limit for existing sources, so the limit for existing sources was used as the basis for the limit at new sources.
- Green cells indicate limits that are based on the 3*RDL approach.
- Although default maximum calibration errors were used for CO, if data was flagged as non-detect when initially reported it was still considered to be non-detect data even if the value defaulted to the calibration error.

A CO MACT floor is based on adjusted data that consider measurement error for measurements obtained with an instrument test method.

**Table 5: Summary of MACT Floor Limits for New Boilers and Process Heaters at Major Sources of HAP under Alternative Approach**

| Subcategory | Filterable Particulate Matter (lb/MMBtu) | Hydrogen Chloride (lb/MMBtu) | Mercury (lb/MMBtu) | CO (ppm @ 3% $O_2$) | TEQ Dioxins/Furans (ng/dscm @ 7% $O_2$) |
|---|---|---|---|---|---|
| **Coal/Fossil Solid** | 0.0011 | 0.0022 | 5.5E-08 | | |
| *PC* | | | | 12 [A] | 0.003 |
| *Stoker* | | | | 6 [A] | 0.003 |
| *FB* | | | | 18 [A] | 0.002 |
| **Biomass/Bio-based Solid** | 0.0034 | 0.0031 | 2.8E-07 | | |
| *Stoker* | | | | 160 [A] | 0.005 |
| *FB* | | | | 260 | 0.02 |
| *Dutch Oven/* | | | | 470 [A] | 0.2 |

| | | | | | |
|---|---|---|---|---|---|
| *Suspension Burner* | | | | | |
| *Fuel Cell* | | | | 470 | 0.003 |
| *Suspension/Grate* | | | | 1,500 [A] | 0.2 |
| **Liquid** | 0.0013 | 0.00033 | 2.1E-07 | 3 [A] | 0.002 |
| **Non-Continental Liquid** | 0.0013 | 0.00033 | 7.8E-07 | 3 [A] | 0.002 |
| **Process Gas** | 0.0067 | 0.0017 | 7.9E-06 | 3 [A] | 0.08 |

Notes:

- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability.
- Yellow shaded cells indicate limits where the calculated limit for new sources was less stringent than the calculated limit for existing sources, so the limit for existing sources was used as the basis for the limit at new sources.
- Green cells indicate limits that are based on the 3*RDL approach.
- Although default maximum calibration errors were used for CO, if data was flagged as non-detect when initially reported it was still considered to be non-detect data even if the value defaulted to the calibration error.

A CO MACT floor is based on adjusted data that consider measurement error for measurements obtained with an instrument test method.

6.0 References

1. Phase I ICR 2008 Combustion Survey. [ICR No. 2286.01]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on August 1, 2008.

2. Phase II ICR Test Plan Requesting Emission Testing from Boilers, Process Heaters, and CISWI. [ICR No. 2286.03]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on May 21, 2009.

3. Gibson, G. ERG. Handling and Processing of Corrections and New Data in the EPA ICR Databases. January 2011.

4. Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, & Fuel Analysis Data Reported under ICR No. 2286.01 & ICR No. 2286.03 (version 6)

5. Singleton, A. and G. Gibson, ERG. Incorporating Measurement Error in Reported Carbon Monoxide (CO) and Total Hydrocarbon (THC) Data. January 2011.

6. Gibson, G. and A. Singleton, ERG. Revised Standardization of Reported Data from the Questionnaire for Boilers, Process Heaters, Incinerators and Other Combustion Units. January 2011.

7. Cochran, William G. 1977. *Sampling Techniques.* Third Edition, John Wiley & Sons. Pages 72-87.

8. Hahn GJ & Meeker WQ. 1991. *Statistical Intervals: A Guide for Practitioners*. John Wiley & Sons, Inc.: New York.

9. NIST/SEMATECH. 2009. *NIST/SEMATECH e-Handbook of Statistical Methods*. <http://www.itl.nist.gov/div898/handbook/> August 4, 2010.

10. Air Tox Environmental Company, Inc. Test Report Boiler MACT Demonstration Test Program for Cytec Industries. October 2009.

11. EPA. Data Quality Assessment: Statistical Methods for Practitioners. EPA QA/G-9S. February 2006. Available on-line at: <http://www.epa.gov/quality/qs-docs/g9s-final.pdf>

12. National Council for Air and Stream Improvement, Inc. "Proposed Emission Standards for Hazardous Air Pollutant for Major Sources: Industrial, Commercial and Institutional Boilers and Process Heaters." Appendices. August 23, 2010. Docket Comment Number EPA-HQ-OAR-2002-0058-2804.1

**Appendix C-1b (i): Solid Fuel HCl Run Data (Recommended Option)**

| Numeric Value of ND Data | ND Data < Avg of Best Performers | In top 12%? | Fuel Category | Metals Process Heater? | Rank | FacilityID | UnitID | Data Source | Source Tab | Pollutant | Data Type | Run Number | Test Date | Test Burning Waste? | Non-Detect? | Test Run Emission Value | ln (Run Value) | If Test Run is ND, "1" |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0.0000143 | 0.0000143 | YES | Solid | no | 1 | INAlcoaWarrick | Unit #3 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/7/2008 | | ND | 0.0000143 | -11.15525102 | 1 |
| 0.0000157 | 0.0000157 | YES | Solid | no | 1 | INAlcoaWarrick | Unit #3 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/7/2008 | | ND | 0.0000157 | -11.06184985 | 1 |
| 0.00025433 | 0.000254326 | YES (non-min value) | Solid | no | 1 | INAlcoaWarrick | Unit #3 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-1 | 8/17/2009 | | BDL | 0.000254326 | -8.276892394 | 1 |
| 0.00023432 | 0.000234316 | YES (non-min value) | Solid | no | 1 | INAlcoaWarrick | Unit #3 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-2 | 8/17/2009 | | BDL | 0.000234316 | -8.358841777 | 1 |
| 0.00024812 | 0.000248123 | YES (non-min value) | Solid | no | 1 | INAlcoaWarrick | Unit #3 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-3 | 8/17/2009 | | BDL | 0.000248123 | -8.301585449 | 1 |
| N/A | N/A | YES (non-min value) | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/8/2006 | | | 0.0008 | -7.13089883 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/8/2006 | | | 0.0021 | -6.165817934 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 9/8/2006 | | | 0.0018 | -6.319968614 | 0 |
| 0.0000266 | 0.0000266 | YES | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 1 | 9/8/2009 | | BDL | 0.0000266 | -10.53459934 | 1 |
| 0.0000241 | 0.0000241 | YES | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 2 | 9/8/2009 | | BDL | 0.0000241 | -10.63329872 | 1 |
| 0.0000239 | 0.0000239 | YES | Solid | no | 2 | ARPotlatchForestWarren | Wellons Boiler | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 3 | 9/8/2009 | | BDL | 0.0000239 | -10.6416321 | 1 |
| N/A | N/A | YES | Solid | no | 3 | TXDibollTemple-Inland | PB-44 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 6/29/2007 | | | 2.73477E-05 | -10.50687845 | 0 |
| N/A | N/A | YES | Solid | no | 3 | TXDibollTemple-Inland | PB-44 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 6/29/2007 | | | 2.62453E-05 | -10.54802209 | 0 |
| N/A | N/A | YES | Solid | no | 3 | TXDibollTemple-Inland | PB-44 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 6/29/2007 | | | 2.60315E-05 | -10.55620234 | 0 |
| 0.000028 | 0.000028 | YES | Solid | no | 4 | IDPotlatch | PB-1 CE | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 7/28/2009 | | ND | 0.000028 | -10.48330605 | 1 |
| 0.000028 | 0.000028 | YES | Solid | no | 4 | IDPotlatch | PB-1 CE | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 7/28/2009 | | ND | 0.000028 | -10.48330605 | 1 |
| 0.000029 | 0.000029 | YES | Solid | no | 4 | IDPotlatch | PB-1 CE | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 7/28/2009 | | ND | 0.000029 | -10.44821473 | 1 |
| 3.9614E-05 | 3.96135E-05 | YES | Solid | no | 5 | IDTASCOPaul | Erie City Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 6/20/2006 | | ND | 3.96135E-05 | -10.13633992 | 1 |
| 4.0164E-05 | 4.01643E-05 | YES | Solid | no | 5 | IDTASCOPaul | Erie City Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 6/20/2006 | | ND | 4.01643E-05 | -10.1225318 | 1 |
| 3.5777E-05 | 3.57766E-05 | YES | Solid | no | 5 | IDTASCOPaul | Erie City Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 6/21/2006 | | ND | 3.57766E-05 | -10.23821611 | 1 |
| 0.0000151 | 0.0000151 | YES | Solid | no | 6 | INAlcoaWarrick | Unit #2 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/6/2008 | | ND | 0.0000151 | -11.10081581 | 1 |
| N/A | N/A | YES | Solid | no | 6 | INAlcoaWarrick | Unit #2 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/6/2008 | | | 0.000103 | -9.18078157 | 0 |
| N/A | N/A | YES | Solid | no | 7 | IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 1 | 6/2/2009 | | ADL | 8.56124E-05 | -9.365679955 | 0 |
| N/A | N/A | YES | Solid | no | 7 | IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 2 | 6/2/2009 | | ADL | 6.84776E-05 | -9.589004051 | 0 |
| N/A | N/A | YES | Solid | no | 7 | IARoquetteAmerica | Circulating Fluidized Bed Boiler (121) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 3 | 6/3/2009 | | ADL | 3.13181E-05 | -10.37131418 | 0 |
| 6.741E-05 | 6.74103E-05 | YES | Solid | no | 8 | SCMarlboroPaper | Hogged Fuel Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 7/14/2009 | | ND | 6.74103E-05 | -9.604712977 | 1 |
| 6.5079E-05 | 6.50789E-05 | YES | Solid | no | 8 | SCMarlboroPaper | Hogged Fuel Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 7/14/2009 | | ND | 6.50789E-05 | -9.639909729 | 1 |
| 6.6763E-05 | 6.67627E-05 | YES | Solid | no | 8 | SCMarlboroPaper | Hogged Fuel Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 7/14/2009 | | ND | 6.67627E-05 | -9.614366688 | 1 |
| N/A | N/A | YES | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 11/7/2007 | | | 0.0000895 | -9.321271933 | 0 |
| 0.0000601 | 0.0000601 | YES | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 11/7/2007 | | ND | 0.0000601 | -9.719500716 | 1 |
| 0.000051 | 0.000051 | YES | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 11/7/2007 | | ND | 0.000051 | -9.883684925 | 1 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 11/3/2005 | | | 0.0012 | -6.725433722 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 11/3/2005 | | | 0.0013 | -6.645391015 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 11/3/2005 | | | 0.0015 | -6.502290171 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (3) | Hydrogen Chloride (HCl) | ET | Sample #1 | 11/25/2003 | | | 0.00029019 | -8.144974677 | 0 |
| 0.00010922 | 0.00010922 | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (3) | Hydrogen Chloride (HCl) | ET | Sample #2 | 11/25/2003 | | ND | 0.00010922 | -9.122146361 | 1 |
| 0.00010941 | 0.00010941 | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase I | Inorganic HAP (3) | Hydrogen Chloride (HCl) | ET | Sample #3 | 11/25/2003 | | ND | 0.00010941 | -9.120408264 | 1 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/18/2009 | | | 0.00235 | -6.053339951 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/18/2009 | | | 0.00024 | -8.334871635 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 9 | SCCogenSouth | B001 - Main Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/19/2009 | | | 0.00215 | -6.142287437 | 0 |
| 0.000073 | 0.000073 | YES | Solid | no | 10 | TNEastman_NO_CBIDATA | Boiler 30 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/26/2009 | | ND | 0.000073 | -9.525051117 | 1 |
| 0.000073 | 0.000073 | YES | Solid | no | 10 | TNEastman_NO_CBIDATA | Boiler 30 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/27/2009 | | ND | 0.000073 | -9.525051117 | 1 |
| 0.000071 | 0.000071 | YES | Solid | no | 10 | TNEastman_NO_CBIDATA | Boiler 30 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/27/2009 | | ND | 0.000071 | -9.552830681 | 1 |
| N/A | N/A | YES | Solid | no | 11 | GAGPMadisonPly | 800 Wood Waste Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/13/2009 | | | 0.00009 | -9.315700888 | 0 |
| N/A | N/A | YES | Solid | no | 11 | GAGPMadisonPly | 800 Wood Waste Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/13/2009 | | | 0.00012 | -9.028018815 | 0 |
| 0.00004 | 0.00004 | YES | Solid | no | 11 | GAGPMadisonPly | 800 Wood Waste Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/14/2009 | | ND | 0.00004 | -10.1266311 | 1 |
| N/A | N/A | YES | Solid | no | 12 | AZCatalystPaperSnowflake | Power Boiler #2 Coal | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 3/24/2006 | | | 0.000182755 | -8.607361972 | 0 |
| N/A | N/A | YES | Solid | no | 12 | AZCatalystPaperSnowflake | Power Boiler #2 Coal | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 3/24/2006 | | | 7.6851E-05 | -9.473642283 | 0 |
| N/A | N/A | YES | Solid | no | 12 | AZCatalystPaperSnowflake | Power Boiler #2 Coal | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 3/24/2006 | | | 8.85661E-05 | -9.331761696 | 0 |
| N/A | N/A | YES | Solid | no | 13 | MEBoralexStratton | Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/21/2009 | | | 0.000133871 | -8.918635923 | 0 |
| N/A | N/A | YES | Solid | no | 13 | MEBoralexStratton | Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/21/2009 | | | 0.000133871 | -8.918635923 | 0 |
| N/A | N/A | YES | Solid | no | 13 | MEBoralexStratton | Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/21/2009 | | | 0.000133871 | -8.918635923 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 011905 | Hydrogen Chloride (HCl) | ET | Sample #1 | 1/19/2005 | | | 0.00155 | -6.469500348 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 011905 | Hydrogen Chloride (HCl) | ET | Sample #2 | 1/19/2005 | | | 0.00169 | -6.38302675 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 011905 | Hydrogen Chloride (HCl) | ET | Sample #3 | 1/19/2005 | | | 0.00122 | -6.70890442 | 0 |
| N/A | N/A | YES | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 121602 | Hydrogen Chloride (HCl) | ET | Sample #1 | 12/16/2002 | | | 0.000232 | -8.368773186 | 0 |
| N/A | N/A | YES | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 121602 | Hydrogen Chloride (HCl) | ET | Sample #2 | 12/16/2002 | | | 0.000215 | -8.44487253 | 0 |
| N/A | N/A | YES | Solid | no | 14 | FLSugarCaneGrowersCoop | Boiler No. 8 | ICR Phase I | Inorganic HAP 121602 | Hydrogen Chloride (HCl) | ET | Sample #3 | 12/16/2002 | | | 0.000151 | -8.798230721 | 0 |
| N/A | N/A | YES | Solid | no | 15 | ARAnthonyForestProducts | SN-12 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 9/1/2009 | | | 0.00021 | -8.468403027 | 0 |
| N/A | N/A | YES | Solid | no | 15 | ARAnthonyForestProducts | SN-12 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 9/1/2009 | | | 0.00023 | -8.377431249 | 0 |
| N/A | N/A | YES | Solid | no | 15 | ARAnthonyForestProducts | SN-12 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 9/2/2009 | | | 0.00016 | -8.740336743 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 6/22/2006 | | | 0.0643 | -2.744195648 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 6/22/2006 | | | 0.0484 | -3.028255465 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 6/22/2006 | | | 0.0222 | -3.80766299 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Comments | Stack & Duct Combined | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/14/2009 | | ADL | 0.0322 | -3.435788826 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Comments | Stack & Duct Combined | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/14/2009 | | ADL | 0.0262 | -3.641995868 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Comments | Stack & Duct Combined | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/14/2009 | | ADL | 0.0182 | -4.006333685 | 0 |
| N/A | N/A | YES | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Duct | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/14/2009 | | | 0.0002 | -8.517193191 | 0 |
| N/A | N/A | YES | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Duct | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/14/2009 | | | 0.0002 | -8.517193191 | 0 |
| N/A | N/A | YES | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Duct | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/14/2009 | | | 0.0002 | -8.517193191 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Stack | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/14/2009 | | | 0.032 | -3.442019376 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Stack | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/14/2009 | | | 0.026 | -3.649658741 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 16 | WAGraysHarborPaper | No. 6 Boiler (EU2) | ICR Phase II - Test Report | HCl and HF - Stack | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/14/2009 | | | 0.018 | -4.017383521 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 | Hydrogen Chloride (HCl) | ET | Sample #1 | 12/1/2006 | | | 0.0027 | -5.914503506 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 | Hydrogen Chloride (HCl) | ET | Sample #2 | 12/1/2006 | | | 0.0024 | -6.032286542 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 | Hydrogen Chloride (HCl) | ET | Sample #3 | 12/1/2006 | | | 0.0019 | -6.265901393 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 12/1/2006 | | | 0.0027 | -5.914503506 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 12/1/2006 | | | 0.0024 | -6.032286542 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 120106 (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 12/1/2006 | | | 0.0019 | -6.265901393 | 0 |
| N/A | N/A | YES | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 121002 | Hydrogen Chloride (HCl) | ET | Sample #1 | 12/10/2002 | | | 0.00023 | -8.377431249 | 0 |
| N/A | N/A | YES | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 121002 | Hydrogen Chloride (HCl) | ET | Sample #2 | 12/10/2002 | | | 0.00015 | -8.804875264 | 0 |
| N/A | N/A | YES | Solid | no | 17 | FLUSSugarCorp | Boiler No. 4 | ICR Phase I | Inorganic HAP 121002 | Hydrogen Chloride (HCl) | ET | Sample #3 | 12/10/2002 | | | 0.000227 | -8.39056054 | 0 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | YES | Solid | no | 18 | MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/14/2003 | | | 0.00028 | -8.180720955 | 0 |
| N/A | N/A | YES | Solid | no | 18 | MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/14/2003 | | | 0.000235 | -8.355925044 | 0 |
| N/A | N/A | YES | Solid | no | 18 | MSHoodWaynesboro | AA-001 (Wood-Fired Boiler) | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/14/2003 | | | 0.000118 | -9.044825933 | 0 |
| N/A | N/A | YES | Solid | no | 19 | NCGPRoxboro | ES-1 Wood fired Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 7/14/2004 | | | 0.000216 | -8.44023215 | 0 |
| N/A | N/A | YES | Solid | no | 19 | NCGPRoxboro | ES-1 Wood fired Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 7/14/2004 | | | 0.000221 | -8.417347856 | 0 |
| N/A | N/A | YES | Solid | no | 19 | NCGPRoxboro | ES-1 Wood fired Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 7/14/2004 | | | 0.000215 | -8.44487253 | 0 |
| N/A | N/A | YES | Solid | no | 20 | ALIPCourtland | No. 3 Combination Boier / 11CU301 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 7/7/2009 | | | 0.000306 | -8.091925456 | 0 |
| N/A | N/A | YES | Solid | no | 20 | ALIPCourtland | No. 3 Combination Boier / 11CU301 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 7/7/2009 | | | 0.000237 | -8.347450417 | 0 |
| N/A | N/A | YES | Solid | no | 20 | ALIPCourtland | No. 3 Combination Boier / 11CU301 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 7/8/2009 | | | 0.000167 | -8.697516746 | 0 |
| 0.00026 | 0.00026 | YES | Solid | no | 21 | NCLPRoaringRiver | Boiler #2 | ICR Phase I | Inorganic HAP(2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/13/2004 | | ND | 0.00026 | -8.254828927 | 1 |
| 0.00024 | 0.00024 | YES | Solid | no | 21 | NCLPRoaringRiver | Boiler #2 | ICR Phase I | Inorganic HAP(2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/14/2004 | | ND | 0.00024 | -8.334871635 | 1 |
| 0.00026 | 0.00026 | YES | Solid | no | 21 | NCLPRoaringRiver | Boiler #2 | ICR Phase I | Inorganic HAP(2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/14/2004 | | ND | 0.00026 | -8.254828927 | 1 |
| N/A | N/A | YES | Solid | no | 22 | MSHankinsLumber | Boiler #1 (AA-001) | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 1/10/2005 | | | 0.00026 | -8.254828927 | 0 |
| 0.00027 | 0.00027 | YES | Solid | no | 23 | WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/11/2009 | | ND | 0.00027 | -8.217088599 | 1 |
| 0.00028 | 0.00028 | YES | Solid | no | 23 | WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/11/2009 | | ND | 0.00028 | -8.180720955 | 1 |
| 0.00025 | 0.00025 | YES | Solid | no | 23 | WAWeyerhaeuser_Raymond | Hog Fuel Boiler EU1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/12/2009 | | ND | 0.00025 | -8.29404964 | 1 |
| 0.00028531 | 0.000285307 | YES | Solid | no | 24 | ALBoiseWhitePaperJackson | 102-0001-Z013 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 1 | 8/5/2009 | | BDL | 0.000285307 | -8.161945741 | 1 |
| 0.00030079 | 0.000300788 | YES | Solid | no | 24 | ALBoiseWhitePaperJackson | 102-0001-Z013 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 2 | 8/5/2009 | | BDL | 0.000300788 | -8.109106423 | 1 |
| 0.00028659 | 0.000286585 | YES | Solid | no | 24 | ALBoiseWhitePaperJackson | 102-0001-Z013 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 3 | 8/5/2009 | | BDL | 0.000286585 | -8.15747425 | 1 |
| 0.0003 | 0.0003 | YES | Solid | no | 25 | IDTASCOPaul | Babcock and Wilcox (B&W) Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 6/1/2006 | | ND | 0.0003 | -8.111728083 | 1 |
| N/A | N/A | YES | Solid | no | 26 | MSBowaterSouth | Bark Boiler | ICR Phase I | Bark Boiler Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 1/23/2007 | | | 0.0003 | -8.111728083 | 0 |
| N/A | N/A | YES | Solid | no | 26 | MSBowaterSouth | Bark Boiler | ICR Phase I | Bark Boiler Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 1/23/2007 | | | 0.0003 | -8.111728083 | 0 |
| N/A | N/A | YES | Solid | no | 26 | MSBowaterSouth | Bark Boiler | ICR Phase I | Bark Boiler Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 1/23/2007 | | | 0.0004 | -7.824046011 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Additional HCl Data from Report | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/14/2004 | | | 0.009836 | -4.621706155 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Additional HCl Data from Report | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/14/2004 | | | 0.01083 | -4.525435218 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Additional HCl Data from Report (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/14/2004 | | | 0.0217 | -3.830443018 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Additional HCl Data from Report (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/14/2004 | | | 0.0472 | -3.053361386 | 0 |
| N/A | N/A | YES | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/14/2004 | | | 0.0003138 | -8.066754718 | 0 |
| N/A | N/A | YES | Solid | no | 27 | ORRoseburgCoquille | Boiler 1 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/14/2004 | | | 0.0003668 | -7.910693818 | 0 |
| N/A | N/A | YES | Solid | no | 28 | NDCargillWestFargo | Foster Wheeler Boiler (EU43) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 1 | 8/25/2009 | | ADL | 0.00065213 | -7.335266201 | 0 |
| 0.00017915 | 0.000179149 | YES | Solid | no | 28 | NDCargillWestFargo | Foster Wheeler Boiler (EU43) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 2 | 8/25/2009 | | BDL | 0.000179149 | -8.627293246 | 1 |
| 0.00023687 | 0.000236865 | YES | Solid | no | 28 | NDCargillWestFargo | Foster Wheeler Boiler (EU43) | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 3 | 8/25/2009 | | BDL | 0.000236865 | -8.34801986 | 1 |
| N/A | N/A | YES | Solid | no | 29 | NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/26/2006 | | | 0.000513505 | -7.574250842 | 0 |
| N/A | N/A | YES | Solid | no | 29 | NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/26/2006 | | | 0.000276503 | -8.193290051 | 0 |
| N/A | N/A | YES | Solid | no | 29 | NDMinnDakFarmers | Babcock and Wilcox Boiler #5 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/26/2006 | | | 0.000302836 | -8.102318273 | 0 |
| 0.00035 | 0.00035 | YES | Solid | no | 30 | GARayonierJesupMill | PB01 | ICR Phase I | Inorganic HAP (1) | Hydrogen Chloride (HCl) | ET | Sample #1 | 5/11/2004 | | ND | 0.00035 | -7.957577403 | 1 |
| 0.0004 | 0.0004 | YES | Solid | no | 30 | GARayonierJesupMill | PB01 | ICR Phase I | Inorganic HAP (1) | Hydrogen Chloride (HCl) | ET | Sample #2 | 5/11/2004 | | ND | 0.0004 | -7.824046011 | 1 |
| 0.00035 | 0.00035 | YES | Solid | no | 30 | GARayonierJesupMill | PB01 | ICR Phase I | Inorganic HAP (1) | Hydrogen Chloride (HCl) | ET | Sample #3 | 5/12/2004 | | ND | 0.00035 | -7.957577403 | 1 |
| N/A | N/A | YES | Solid | no | 31 | IDMoyieSprings Lumber420 | HFB1 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 9/12/2003 | | | 0.00076 | -7.182192125 | 0 |
| N/A | N/A | YES | Solid | no | 31 | IDMoyieSprings Lumber420 | HFB1 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 9/12/2003 | | | 0.00014 | -8.873868135 | 0 |
| N/A | N/A | YES | Solid | no | 31 | IDMoyieSprings Lumber420 | HFB1 | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 9/12/2003 | | | 0.00025 | -8.29404964 | 0 |
| 0.000381 | 0.000381 | YES | Solid | no | 32 | IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/24/2009 | | ND | 0.000381 | -7.872711183 | 1 |
| 0.000377 | 0.000377 | YES | Solid | no | 32 | IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/24/2009 | | ND | 0.000377 | -7.883265371 | 1 |
| 0.000407 | 0.000407 | YES | Solid | no | 32 | IAArchersDanielsMidlandDesMoines | Asea Boiler #1 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/25/2009 | | ND | 0.000407 | -7.806697373 | 1 |
| N/A | N/A | YES | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 1992 | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/27/1992 | | | 0.000383026 | -7.867407179 | 0 |
| N/A | N/A | YES | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 1992 | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/27/1992 | | | 0.000459631 | -7.685085622 | 0 |
| N/A | N/A | YES | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 1992 | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/27/1992 | | | 0.000325572 | -8.029926108 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2004 | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/10/2004 | | | 0.0036 | -5.626821434 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2004 | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/10/2004 | | | 0.00058 | -7.452482454 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2004 | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/11/2004 | | | 0.00059 | -7.435388021 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2005 | Hydrogen Chloride (HCl) | ET | Sample #1 | 7/19/2005 | | | 0.0056 | -5.184988681 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2005 | Hydrogen Chloride (HCl) | ET | Sample #2 | 7/19/2005 | | | 0.0045 | -5.403677882 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2005 | Hydrogen Chloride (HCl) | ET | Sample #3 | 7/19/2005 | | | 0.0056 | -5.184988681 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2006 | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/21/2006 | | | 0.003 | -5.80914299 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2006 | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/21/2006 | | | 0.0045 | -5.403677882 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 33 | WIGPGreenBay2818 | B29 - Fluidized Bed Boiler #9 | ICR Phase I | Inorganic HAP B29 2006 | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/21/2006 | | | 0.0048 | -5.339139361 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/6/2005 | | | 0.0003 | -8.111728083 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/6/2005 | | | 0.001 | -6.907755279 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/6/2005 | | | 0.0006 | -7.418580903 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/7/2005 | | | 0.0071 | -4.947660495 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/7/2005 | | | 0.0079 | -4.84089252 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase I | BFB Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/7/2005 | | | 0.0127 | -4.366153286 | 0 |
| N/A | N/A | YES | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/4/2009 | | | 0.00043 | -7.751725349 | 0 |
| N/A | N/A | YES | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/4/2009 | | | 0.00018 | -8.622553707 | 0 |
| N/A | N/A | YES | Solid | no | 34 | TNBowaterNewsprint | Bubbling Fluidized Bed Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/5/2009 | | | 0.00071 | -7.250245588 | 0 |
| N/A | N/A | YES | Solid | no | 35 | MSWeyerhaeuserBruce | AA-002  No. 2 Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/6/2009 | | | 0.00047 | -7.662777863 | 0 |
| N/A | N/A | YES | Solid | no | 35 | MSWeyerhaeuserBruce | AA-002  No. 2 Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/6/2009 | | | 0.00066 | -7.323270723 | 0 |
| N/A | N/A | YES | Solid | no | 35 | MSWeyerhaeuserBruce | AA-002  No. 2 Boiler | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/6/2009 | | | 0.00039 | -7.849363819 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 010203 | Hydrogen Chloride (HCl) | ET | Sample #1 | 1/2/2003 | | | 0.000734 | -7.217001529 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 010203 | Hydrogen Chloride (HCl) | ET | Sample #2 | 1/2/2003 | | | 0.000692 | -7.275924602 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 010203 | Hydrogen Chloride (HCl) | ET | Sample #3 | 1/2/2003 | | | 0.000284 | -8.16653632 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 012507 | Hydrogen Chloride (HCl) | ET | Sample #1 | 1/25/2007 | | | 0.0018 | -6.319968614 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 012507 | Hydrogen Chloride (HCl) | ET | Sample #2 | 1/25/2007 | | | 0.0014 | -6.571283042 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 012507 | Hydrogen Chloride (HCl) | ET | Sample #3 | 1/25/2007 | | | 0.0057 | -5.167289104 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 051507 | Hydrogen Chloride (HCl) | ET | Sample #1 | 5/15/2007 | | | 0.0313 | -3.464137181 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 051507 | Hydrogen Chloride (HCl) | ET | Sample #2 | 5/15/2007 | | | 0.0515 | -2.966173471 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 051507 | Hydrogen Chloride (HCl) | ET | Sample #3 | 5/16/2007 | | | 0.0264 | -3.634391269 | 0 |
| N/A | N/A | YES | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 123102 | Hydrogen Chloride (HCl) | ET | Sample #1 | 12/31/2002 | | | 0.000734 | -7.217001529 | 0 |
| N/A | N/A | YES | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 123102 | Hydrogen Chloride (HCl) | ET | Sample #2 | 12/31/2002 | | | 0.000592 | -7.432003923 | 0 |
| N/A | N/A | YES | Solid | no | 36 | FLUSSugarCorp | Boiler No. 7 | ICR Phase I | Inorganic HAP 123102 | Hydrogen Chloride (HCl) | ET | Sample #3 | 12/31/2002 | | | 0.000284 | -8.16653632 | 0 |
| N/A | N/A | YES | Solid | no | 37 | ORRoseburgRiddle2 | Boiler #2 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/11/2004 | | | 0.0004 | -7.824046011 | 0 |
| N/A | N/A | YES | Solid | no | 37 | ORRoseburgRiddle2 | Boiler #2 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/11/2004 | | | 0.00048 | -7.641724454 | 0 |
| N/A | N/A | YES | Solid | no | 37 | ORRoseburgRiddle2 | Boiler #2 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/11/2004 | | | 0.00082 | -7.106206218 | 0 |
| 0.00057961 | 0.000579607 | YES | Solid | no | 38 | VAUniversityofVirginia | 7103-1-01R | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-1 | 9/15/2009 | | < | 0.000579607 | -7.453160223 | 1 |
| N/A | N/A | YES | Solid | no | 38 | VAUniversityofVirginia | 7103-1-01R | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-2 | 9/16/2009 | | | 0.000590539 | -7.434475661 | 0 |
| 0.00053685 | 0.000536854 | YES | Solid | no | 38 | VAUniversityofVirginia | 7103-1-01R | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | M26A-3 | 9/17/2009 | | < | 0.000536854 | -7.529785266 | 1 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | YES | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 9/12/2007 | | | 0.00054 | -7.523941418 | 0 |
| N/A | N/A | YES | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 9/12/2007 | | | 0.00052 | -7.561681746 | 0 |
| N/A | N/A | YES | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 9/12/2007 | | | 0.0007 | -7.264430223 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 1 | 8/25/2009 | | ADL | 0.001999194 | -6.215011315 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 2 | 9/22/2009 | | ADL | 0.00195462 | -6.237559663 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 39 | WINewPageBiron | B24 | ICR Phase II - ERT | ERT | Hydrogen Chloride (HCl) | ET | 3 | 9/22/2009 | | ADL | 0.002175911 | -6.130308062 | 0 |
| N/A | N/A | YES | Solid | no | 40 | MICityofEscanaba | EUBOILER#1 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #1 | 10/27/2004 | | | 0.0006 | -7.418580903 | 0 |
| N/A | N/A | YES | Solid | no | 40 | MICityofEscanaba | EUBOILER#1 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #2 | 10/27/2004 | | | 0.0006 | -7.418580903 | 0 |
| N/A | N/A | YES | Solid | no | 40 | MICityofEscanaba | EUBOILER#1 | ICR Phase I | Inorganic HAP (2) | Hydrogen Chloride (HCl) | ET | Sample #3 | 10/27/2004 | | | 0.0006 | -7.418580903 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase I | Inorganic HAP (PB08) | Hydrogen Chloride (HCl) | ET | Sample #1 | 11/8/2004 | | | 0.008679023 | -4.746846286 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase I | Inorganic HAP (PB08) | Hydrogen Chloride (HCl) | ET | Sample #2 | 11/8/2004 | | | 0.006244146 | -5.076110876 | 0 |
| N/A | N/A | YES (non-min value) | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase I | Inorganic HAP (PB08) | Hydrogen Chloride (HCl) | ET | Sample #3 | 11/8/2004 | | | 0.007218479 | -4.931110971 | 0 |
| N/A | N/A | YES | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #1 | 9/26/2009 | | | 0.00074 | -7.208860372 | 0 |
| N/A | N/A | YES | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #2 | 9/26/2009 | | | 0.000504 | -7.59293429 | 0 |
| N/A | N/A | YES | Solid | no | 41 | VASmurfitStoneWestpt | PB08 | ICR Phase II - Templates | HCl and HF | Hydrogen Chloride (HCl) | ET | Sample #3 | 9/26/2009 | | | 0.000762 | -7.179564002 | 0 |
| N/A | N/A | YES | Solid | no | 42 | LAGPPortHudson | EQT0109 - No. 6 CFB Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #1 | 8/14/2007 | | | 0.0006 | -7.418580903 | 0 |
| N/A | N/A | YES | Solid | no | 42 | LAGPPortHudson | EQT0109 - No. 6 CFB Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #2 | 8/14/2007 | | | 0.0008 | -7.13089883 | 0 |
| N/A | N/A | YES | Solid | no | 42 | LAGPPortHudson | EQT0109 - No. 6 CFB Boiler | ICR Phase I | Inorganic HAP | Hydrogen Chloride (HCl) | ET | Sample #3 | 8/14/2007 | | | 0.0007 | -7.264430223 | 0 |

Date: April 2010

To: Jim Eddinger, US EPA

From: Amanda Singleton, ERG

Subject: MACT Floor Analysis (2010) for the Industrial, Commercial, and Institutional Boilers and Process Heaters National Emission Standards for Hazardous Air Pollutants – Major Source

The purpose of this memorandum is to present the methodology and results of the maximum achievable control technology (MACT) floor determinations for boilers and process heaters at major sources of hazardous air pollutants (HAP). We determined the MACT floors using data obtained from two recently implemented Information Collection Requests (ICRs) approved under OMB Control No. 2060-0616: ICR numbers 2286.01 and 2286.03.[1,2] Data from both phases—the 2008 Combustion Survey and the 2009 Test Plan for boilers and process heaters—were analyzed for currently operating boilers and process heaters. We ranked emission test averages for each boiler and process heater, calculated MACT floor averages, and conducted emission data variability analyses. We determined the MACT floor emission limits based on the results of these analyses. The following sections address the methodology used to calculate pollutant limits for existing and new sources. The memorandum is organized as follows:

1.0 Background of MACT Floor Methodology
2.0 Floors for Existing Sources
  2.1 Methodology for MACT Floors for Existing Sources
  2.2 Incorporating Data Variability
  2.3 Calculating Emission Limits
  2.4 Data Not Considered in the MACT Floor Analysis for Existing Units
3.0 Floors for New Sources
  3.1 Methodology for MACT Floors for New Sources
4.0 Calculating Floors for the Alternative Solid Waste Definition
5.0 Calculating Floors with a Minimum of Five Test Results

Appendix A: Hg and HCl Variability as a Function of Fuel Variability
Appendix B: CO Variability as a Function of Boiler Load
Appendix C: Ranked Emission Data for MACT Floor Analysis
Appendix D: Upper Prediction Limit (UPL) Calculations for Existing Sources
Appendix E: Data Excluded from the Analysis for Existing Sources
Appendix F: UPL Calculations for New Sources
Appendix G: Ranked Emission Data and UPL Calculations for Existing Sources According to the Alternative Non-Hazardous Solid Waste Definition

1.0 Background of MACT Floor Methodology

Section 112 of the Clean Air Act (CAA), as amended in November 1990, requires the U.S. Environmental Protection Agency (EPA) to set emission standards for HAP emitted by major stationary sources based on the performance of the MACT. Pollutants emitted by boilers and process heaters include particulate matter (PM); mercury (Hg); non-mercury metallic HAP; halogenated compounds (HCl, HF, and $Cl_2$); and organic HAP, including volatile organic compounds, dioxin, and polycyclic organic matter.

On September 13, 2004, under authority of section 112 of the CAA , EPA promulgated national emission standards for hazardous air pollutants (NESHAP) for new and existing industrial/commercial/institutional boilers and process heaters. On June 19, 2007 the United States Court of Appeals for the District of Columbia Circuit (DC Circuit) vacated the NESHAP for industrial/commercial/institutional boilers and process heaters. The vacature occurred simultaneously with the vacature of the CISWI solid waste definition rule (see *Natural Resources Defense Council* v. *EPA,* 489 F. 3d 1250, 1257–61 [D.C. Cir. 2007]). In this decision, the court determined that any combustion device firing "any" solid waste material is subject to Section 129 instead of Section 112. As a result, EPA has categorized units as either waste burning units, or boilers and process heaters, consistent with the EPA proposed definition for nonhazardous solid waste. The new MACT floor analyses do not consider emissions from waste burning units in the ranking analysis. If boilers and process heaters were burning small amounts of waste materials or had indicated that they would stop burning materials that were considered to be solid wastes, it is possible that a unit firing waste materials is in the boiler inventory, but any emission test data based on tests when the unit was firing any amount of waste materials was not included in the analysis. In the Emission database, the table 'Data: Emission Test' and the field 'Test Burning Proposed Option Waste?' indicates whether or not the test is firing waste materials, as defined under the proposed solid waste definition. In the 'Data: Fuel Analysis' table the field 'Proposed Option Waste?' denotes if a certain fuel is covered by the proposed solid waste definition.[3] As the definition of solid waste changes, EPA will continue to adjust combustion unit classifications and the subsequent MACT floor analysis until the solid waste definition discussed above is promulgated.

The revised MACT floor analysis discussed in this memorandum factors in other recent court decisions that impacted the MACT floor analysis methodology used in the 2004 vacated rule. The March 2007 court decision (*Sierra Club* v. *EPA,* 479 F. 3d 875 [DC Cir. 2007]) (*Brick MACT*) found the following:

- Floors for existing sources must reflect the average emission limitation achieved by the best-performing 12 percent of existing sources, not levels EPA considers to be achievable by all sources (479 F. 3d at 880–81).
- EPA cannot set floors of "no control." The court reiterated its prior holdings, including National Lime Association, confirming that EPA must set floor standards for all HAP emitted by the major source, including those HAP that are not controlled by at-the-stack control devices (479 F. 3d at 883).
- EPA cannot ignore non-technology factors that reduce HAP emissions. Specifically, the court held that "EPA's decision to base floors exclusively on technology even though non-technology factors affect emissions violates the Act" (479 F. 3d at 883).
- EPA may not use emission levels of the worst performers to estimate variability of the best performers without a demonstrated relationship between the two (479 F. 3d at 882).

## 2.0 Floors for Existing Sources

### 2.1 Methodology for MACT Floors for Existing Units

For existing sources, MACT cannot be less stringent than the average emission limitation achieved by the best performing 12 percent of existing sources (for which emission information is available) for categories and subcategories with 30 or more sources or the best performing five sources for subcategories with less than 30 sources. The size of the subcategory was determined according to the number of units in the boiler and process heater inventory, not the number of units within each subcategory that had emission data available.

The new MACT floor analysis has the following differences from the analysis conducted for the 2004 vacated rule:

1) In response to the concern over MACT floor analyses based on control technologies, the new approach ranks the performance of each pollutant according to the lowest emitting (based on stack test data), regardless of control technologies installed on the boiler/process heater.
2) Variability factors for Hg and chlorine (Cl) were assessed using fuel variability only from units in the top 12 percent. Fuel variability was not used for units outside the top 12 percent.
3) Statistical variability was incorporated using the 99% Upper Prediction Limit (UPL).
4) Numerical limits were established for each HAP for each subcategory.
5) The number and type of subcategories were adjusted using unit design as the basis for the subcategorization.

Based on the 2008 Combustion Survey, there are 13,555 boilers/process heaters currently in operation at major sources in the United States. Emission test data and additional Hg and Cl fuel analysis data from uncontrolled liquid units were ranked and analyzed. These data were obtained from the Boiler Survey, when available, or when requested under the ICR phase II testing plan, and compiled into an emissions database.[3] We used this database to develop the MACT floors.

We identified the lowest emission test average (mean) for each pollutant at each boiler/process heater. We did not include any data from units that indicated in their ICR responses that they were permanently shut down. For units with a mix of detection levels and measures, we used the reported numerical detection level. If a source reported “zero” or simply “ND” as the value for a test run, that run was not used to calculate the average of the test. Similarly, if a unit reported data in the ICR that were not standardized to the appropriate units of measure, or that did not provide operating and stack test parameters necessary to standardize the emissions data, the data were not used in the MACT floor analysis. For uncontrolled liquid units, we included reported fuel analysis data for Hg and Cl (converted to HCl) in the ranking analysis for the MACT floors for units designed to burn liquid fuels. Details on how these data were standardized are discussed in another memorandum.[4]

Next, we ranked the minimum stack test means for each pollutant in each subcategory. We conducted this ranking according to the fuels the unit was designed to burn for Hg, PM, and HCl. For

carbon monoxide (CO) and dioxin/furan, we conducted a ranking according to the combustor design categories at solid fuel units, and according to the fuel the unit was designed to burn for liquid and gaseous fuel units. Because emissions of fuel-based HAP (e.g., Hg, acid gases, filterable particulate) depend on the fuel used rather than the design of the combustion chamber, MACT floors for fuel-based HAP were based on data from all boilers and process heaters designed to burn the same type of fuel. For boilers/process heaters burning multiple fuel types, we reviewed the emission database to determine the relative heat input percentages each fuel category contributed during the test. If a test was fired with at least 10 percent of the heat input from coal, the unit was classified as designed to burn coal. If the test was fired with at least 10 percent biomass and less than 10 percent coal, the unit was classified as designed to burn biomass. If the test was fired with at least 10 percent liquid and less than 10 percent coal and less than 10 percent biomass, the unit was classified as designed to burn liquid. If a test was fired with at least 10 percent of the heat input from a process gas (other than refinery gas) or some other type of gas other than natural gas (e.g. landfill gas, digester gas), and less than 10 percent of the heat input came from any solid or liquid fuel, the unit was classified as a unit designed to burn other gases. If a unit fired refinery gas or natural gas, and less than 10 percent of the heat input came from any other fuel, the unit was classified as designed to burn natural gas/refinery gas. Some units reported test burns on more than one material. For example, units burning oil during periods of gas curtailment might have submitted test results when firing natural gas and when firing fuel oil. The emission test data based on fuel oil would have been characterized and ranked in the "boilers designed to burn liquids" subcategory, but the emission test data based on natural gas would have been ranked and analyzed in the "boilers designed to burn natural gas" subcategory.

If an emission test result was conducted on a common stack, and the units feeding that stack were boilers and process heaters in the same subcategory, each unit venting to a common stack was treated as a separate data point. For example, if PM emissions were reported at a common stack for boilers #1 and #2, we would have counted the results of those tests twice, to represent data from two units. This approach avoids under estimating the number of sources for which data is available.

Emissions of organic HAP, including THC, CO, and dioxin/furans fluctuated according to the design of the combustion chamber. Combustor design subcategories considered in this analysis were Pulverized Coal (PC), Fluidized Bed (FB), and Stoker/Other for units designed to burn coal and Stoker/Sloped Grate/Other, FB, Dutch Oven (including Suspension Burners), and Fuel Cells for units designed to burn biomass. Because of these differences, MACT floors for dioxin/furans and CO were based on unique combustor design characteristics in addition to the type of solid fuel the boiler is designed to burn.

We then identified minimum emission test averages in the best performing 12 percent (or top 5 units) for each subcategory. To determine the number of boilers/process heaters in the best-performing 12 percent, we multiplied the number of sources with emission data in each subcategory by 12 percent and rounded up to the nearest whole integer. For example, 12 percent of a category with 103 emission test averages is 12.36, so we would have averaged the emission test data from the top 13 boilers/process heaters. This roundup approach is consistent with the approach used by statisticians in survey sampling.[5]

## 2.2 Incorporating Data Variability

Three types of data variability were evaluated to determine the emission levels achieved by the best performing sources over the long term. This section discusses the statistical variability, fuel analysis variability, and boiler operating load variability considered and incorporated into the MACT floor analysis.

### *Statistical Variability*[6, 7]

After identifying the units, based on minimum emission test averages, in the top 12 percent (or top 5 units), we identified all the emission test runs reported for those top-performing boilers/process heaters to be in the same subcategory. By including multiple emission tests from units with a test average in the top 12 percent, EPA can evaluate intra-unit variability of emission tests over time, considering variability in control device performance, unit operations, and fuels fired during the test. We evaluated two statistical options based on statistical methods used in previous EPA rulemakings, the 99% upper limit and the 99% UPL.

The Upper Limit (UL) is roughly equivalent to the 99th percentile of the actual data distribution for the sample. While the UL has been utilized by EPA in some of its analyses (see Hospital, Medical, Waste Incinerators rulemaking), it assumes that the data used represent the population rather than a random sample from that population. The data used to calculate statistical variability on the MACT floor analysis do not represent data from the entire population of affected boilers and process heaters in this source category. Instead, EPA has collected a sample of emission data from random units in each subcategory. Since the data used to calculate the MACT floor represents a sample of the population of affected units, EPA determined that the upper limit was not an appropriate interval to use for assessing variability.

Instead, EPA selected the upper prediction limit (UPL). A prediction interval for a future observation is an interval that will, with a specified degree of confidence, contain the next (or some other pre-specified) randomly selected observation from a population. In other words, the prediction interval estimates what future values will be, based on present or past background samples taken. Given this definition, the UPL represents the value we can expect the mean of three future observations (three-run average) to fall below, based on the results of the independent sample of size (n) from the same population. In other words, if we were to randomly select a future test condition from any of these sources (i.e., average of three runs), we can be 99 percent confident that the reported level will fall below a MACT floor emission limit calculated using a UPL. Since a source must demonstrate compliance with the MACT floor using the average of a three-run test, the appropriate test condition to use to assess variability is 3. If a source had to demonstrate compliance by showing that each individual test run was below the MACT floor emission limit, it would be appropriate to use a future test condition of 1.

In light of comments made during the Hospital, Medical, Infectious Waste Incinerator rulemaking, we first determined the distribution of the test run data for the best-performing 12 percent of units within each subcategory prior to calculating UPL values. To evaluate the distribution of the best

performing dataset, we computed the skewness and kurtosis statistics and then conducted the appropriate small-sample hypothesis tests.

The skewness statistic (S) characterizes the degree of asymmetry of a given data distribution. Normally distributed data have a skewness of 0. A skewness statistic that is greater (less) than 0 indicates that the data are asymmetrically distributed with a right (left) tail extending toward positive (negative) values. Further, the standard error of the skewness statistic (SES) is given by SES = SQRT(6/N) where N is the sample size. According to the small sample skewness hypothesis test, if the skewness statistic (S) is greater than two times the SES, the data distribution can be considered non-normal.

The kurtosis statistic (K) characterizes the degree of peakedness or flatness of a given data distribution in comparison to a normal distribution. Normally distributed data have a kurtosis of 0. A kurtosis statistic that is greater (less) than 0 indicates a relatively peaked (flat) distribution. Further, the standard error of the kurtosis statistic (SEK) is given by SEK = SQRT(24/N) where N is the sample size. According to the small sample kurtosis hypothesis test, if K is greater than two times the SEK, the data distribution is typically considered to be non-normal.

We applied the skewness and kurtosis hypothesis tests to both the reported test values and the lognormal values of the reported test values. If the S and K statistics of the reported dataset were both less than twice the SES and SEK, respectively, the dataset was classified as normally distributed. If neither of the S and K statistics or only one of these statistics was less than twice the SES or SEK, respectively, then the skewness and kurtosis hypothesis tests were conducted for the natural log-transformed data. Then the distribution most similar to a normal distribution was selected as the basis for calculating the UPL. If both the reported values and the natural-log transformed reported values had S and K statistics that were greater than twice the SES or SEK, respectively, the normally distributed dataset was selected as the basis of the floor to be conservative. If the results of the skewness and kurtosis hypothesis tests were mixed for the reported values and the natural log-transformed reported values, we also chose the normal distribution to be conservative. We believe this approach is more accurate and obtained more representative results than a more simplistic normal distribution assumption.

After determining the distribution of each dataset, a student's t-test statistic was used. The t-test was used in the promulgated HMWI rulemaking and proposed Portland Cement rulemaking, and it is more appropriate for smaller sample sizes. The t-statistic is calculated using the following Excel equation:

t-statistic = TINV(2*(1-0.99),n-1)
Where:
n = the number of test runs from units in the top 12 percent

Next, the average (or sample mean) and sample standard deviation of the test runs were calculated. We calculated the 99% UPL values (which was determined to be the appropriate percentile to use in setting MACT limits in the Hospital/Medical/Infectious Waste Incinerators NSPS) based on the test run data for

those units in the best-performing 12 percent. Since the compliance with the MACT floor emission limit is based on the average of a three-run test, the UPL is calculated by:

$$UPL = \bar{x} + t(0.99, n-1) \times \sqrt{s^2 \times \left(\frac{1}{n} + \frac{1}{m}\right)}$$

Where:
n = the number of test runs
m = the number of test runs in the compliance average

This calculation was performed using the following two Excel functions:

Normal distribution: 99% UPL = AVERAGE (Test Runs in Top 12%) + [STDEV(Test Runs in Top 12%) x TINV(2 * 0.99, n-1 degrees of freedom)*SQRT((1/n)+(1/3))], for a one-tailed t-value (with 2 x probability), probability of 0.01, and sample size of n

Lognormal distribution: 99% UPL = EXP{AVERAGE(Natural Log Values of Test Runs in Top 12%) + [STDEV(Natural Log Values of Test Runs in Top 12%) x TINV(2 * 0.99, n-1 degrees of freedom) * SQRT((1/n)+(1/3))]}, for a one-tailed t-value (with 2 x probability), probability of 0.01, and sample size of n

*Fuel Analysis Variability*

The UPL analysis discussed above takes into account intra-unit variability within test runs, and since the compliance date of the vacated boiler MACT was after the date the rule was vacated, often there were only one or two tests available at a unit. These tests represent a small snapshot of the overall unit operations, and based on the fuel analysis data reported in the Boiler Survey and the Phase II test plan, fuel-related HAP levels in the various fuels can vary significantly over time. These fuel-related HAP levels are not well-represented in a small sample of emission stack test results.

Fuel analysis data for Hg and HCl (converted from Cl) were standardized to a lb/million Btu (lb/mmBtu) basis, using data standardization techniques discussed in another memorandum.[4] Next, the units that reported fuel analysis data paired with stack tests were identified by using the database field in the Data: Fuel Analysis table, "FM_analysiswithEmissionTest". Since the Phase II test plan requested paired fuel analysis data for each stack test run, the fuel analysis "Sample ID" associated with each fuel analysis were matched up with the individual test run "Test ID." Since fuel sampling IDs reported in the spreadsheet and test IDs reported in the Electronic Reporting tool sometimes had different naming conventions, the IDs of the units in the top 12 percent were reviewed and a secondary test ID column was created in order to allow these two data tables to be linked and compared.

Single-Fuel Units

For boilers combusting a single fuel during a stack test, a control efficiency was calculated by comparing the stack test result for Hg or HCl on each test run to the inlet HAP content from the fuel

analysis corresponding to that test run. This control efficiency was calculated using the following emission database fields and this Microsoft Access equation:

Control Efficiency =
([Data: FuelAnalysis]![StdFuelBased EF (lbpermmBtu)]-[Data: EmissionsTest]![Averaging Value])/
[Data: FuelAnalysis]![StdFuelBased EF (lbpermmBtu)

Next, the average (mean) of these calculated control efficiencies was calculated for each unit with paired emission test and fuel analysis data. The average control efficiency was applied to all standardized fuel analysis data reported for the boiler or process heater to calculate a control-based emission factor for the fuel HAP content for each reported analysis. The maximum fuel HAP content at each unit, after applying the control efficiency, was divided by the average stack test result for that unit to identify cases where fuel HAP content may exceed the results of a stack test.

Multi-Fuel Units

For boilers combusting multiple fuels during a test, the HAP content of each individual fuel varies over time, and the relative heat input contribution of multiple fuel types can also vary over time. To evaluate the impact of fuel variability at multi-fuel boilers, the average reported fuel input rate, standardized to mmBtu/hr, for each of the fuels fired during the test was calculated. Next the Hg or HCl (converted from Cl) content of each fuel was multiplied by the fuel input rate to calculate an emission rate from each fuel type, on a lb/hr basis. The fuel resulting in the highest Hg or HCl emissions, on a lb/hr basis, was the predominant driver of Hg or HCl emissions, and its variability was used to evaluate the variability in HAP content over subsequent fuel analyses of that fuel.

After the predominant fuel for Hg and HCl was identified, the same control efficiency calculations used to evaluate variability for single-fuel units were applied. Then the maximum fuel HAP content of the predominant fuel at each unit was divided by the average stack test result for that unit to identify cases where fuel HAP content exceeded the results of a stack test.

Review of Outliers

The calculated variability factors for Hg and HCl were ranked in ascending order for each subcategory (coal, biomass, and liquid), and the interquartile range (IQR) of the variability factors was computed to identify any variability factors that might be outliers. No Hg or HCl fuel analysis variability factors could be calculated for gas-fired units. Variability factors outside of the IQR were not considered in further analysis. Appendix A-1 shows the IQR analysis for Hg and HCl.

Developing a Fuel Variability Factor for Each Fuel Category

Because variability is considered only from units identified to be in the top 12 percent, the list of fuel analysis data was limited to only those units that were in the top 12 percent for Hg or HCl. To calculate the MACT floor emission limit for Hg and HCl, the 99% UPL emission limit was multiplied by the average (mean) of all fuel variability factors for units in the top 12 percent of each fuel category.

Appendix A-2 shows the calculated fuel variability factors used in the MACT floor analyses for coal, biomass, and liquid fuels.

*Load Variability*

For combustion-based emissions, such as CO, formaldehyde, dioxin/furan, and total hydrocarbons, the formation of emissions are dependent on the design of the combustion unit; the MACT floor emission limits for CO and dioxin/furan are subcategorized according to combustor design for boilers burning solid fuels. However, the emissions can fluctuate with changes in the operating rate of a boiler, or "boiler load". Boiler load was divided into two subcategories, depending on the role of a boiler at a facility. A boiler providing a relatively constant amount of steam to a facility is considered a "base-loaded" unit, and a boiler that adjusts its operating parameters to meet varying levels of demand in a plant over time is referred to a "load-following" unit.

Stack tests for CO are conducted at near full-load conditions, and although the MACT floor limits based on stack test results achieved when operating at or near full load, the MACT floor emission levels for CO might not be achieved when best performing units are operating at lower loads. For units greater than 100 mmBtu/hr, the proposal required units to demonstrate compliance with emission limits by using a CO continuous emissions monitoring system (CEMS) and calculating a 30-day rolling average. The Phase II ICR collected 30-day monitoring data on an hourly average interval for CO, , and THC from six different boilers. Two boilers fired coal, two fired biomass, and two fired gas (one refinery gas and one natural gas). Each unit submitting 30-day monitoring data also reported the boiler load during each hourly average. These monitoring data were reviewed and standardized to a common basis, ppm @ 3% $O_2$. Then, each unit's CO and THC data were plotted against the boiler load. Data corresponding to malfunction in the CO, THC, or load monitor were removed from the dataset prior to plotting. The graphs containing the CO emissions as a function of boiler load are shown in Appendix B.

Each graph was reviewed to examine the variability of CO emissions as a function of boiler load. The emissions included all periods of normal operation as well as start-up and shutdown. No data associated with periods of malfunction were included in the graphs. Based on the six graphs, only the boilers firing biomass appear to show an inverse relationship between load and emissions. For these two units firing biomass fuels (TXDibollTemple-Inland, PB-44; ARDomtarIndustries, PB1) there was a trend of increased CO emissions at lower boiler loads. Of these two units, only the TXDibollTemple-Inland, PB-44 unit was in the top 12 percent for CO emissions at Dutch oven boilers. The 30-day period reported by TXDibollTemple-Inland included boiler loads ranging from 17 to 77 percent of the rated design capacity of unit PB-44 and represents a boiler with large fluctuations in load. The ARDomtarIndustries, PB1 boiler is no longer in the boiler inventory, as it was identified as burning fuel cubes, a waste material under the proposed solid waste definition rule; therefore, its data was not used to assess CO variability as a function of boiler load.

A daily average was calculated for CO emissions from TXDibollTemple-Inland unit PB-44, based on the hourly averages reported for the 30-day CO and THC monitoring data. The result was 1,113 ppm @ 3% O2. This average is similar to the numerical limited calculated using 99% UPL for the dutch oven

and suspension burner subcategory. Therefore, we concluded that the statistical variability correctly accounts for variability in CO emissions over various boiler loads.

## 2.3 Calculating Emission Limits

We determined emission limits for each MACT floor option and pollutant by rounding up the UPL values less than 100 to one significant figure, rounding the UPL values between 100 and 1,000 to two significant figures, and rounding up the UPL values greater than or equal to 1,000 to three significant figures. This approach allows for an appropriate level of precision depending on the scale of the measured value. For example, we determined the MACT floor emission limit for Hg at coal boilers/process heaters by rounding up the 99% UPL value after applying the fuel variability factor for Hg (1.52E-06 pounds per million Btu [lb/mmBtu]) to 2.64E-06 lb/mmBtu. For CO emissions, calculated ppm values less than 1 ppm were rounded up to 1 ppm, because measurement precision of CO emissions less than 1 ppm were expected to be difficult for some sources. For CO emissions between 1 and 10 ppm, the emissions were rounded up to the nearest whole integer. For CO emissions above 10 ppm, CO emissions were rounded up to the nearest 10 ppm. It should be noted that if the UPL values were rounded down, then the possibility exists that the best-performing units comprising the MACT floor might not be able to achieve the emission limit on an ongoing basis. In all cases, the significant figure approach and associated rounding does not meaningfully change the emission limits. The emission limits are summarized for each subcategory in Table 2. The data ranked and analyzed for the MACT floor at existing units is shown in Appendix C, and the UPL floor calculations for each subcategory and each pollutant are shown in Appendix D.

**Table 1: Summary of Calculated MACT Floor Limits for Existing Boilers and Process Heaters at Major Sources of HAP**

| Subcategory | PM-Filterable (lb/mmBtu) | Hg (lb/mmBtu) | HCl (lb/mmBtu) | CO (ppm @3% $O_2$) | TEQ dioxin/Furan (ng/dscm @7% $O_2$) |
|---|---|---|---|---|---|
| **Boilers and Process Heaters Designed to Burn Coal** | 2.00E-02 | 3.00E-06 | 2.00E-02 | | |
| Stoker/Sloped Grate/Other | | | | 50 | 3.00E-03 |
| FB | | | | 30 | 2.00E-03 |
| PC | | | | 90 | 4.00E-03 |
| **Boilers and Process Heaters Designed to Burn Biomass** | 2.00E-02 | 9.00E-07 | 6.00E-03 | | |
| Stoker/Sloped Grate/Other | | | | 560 | 4.00E-03 |
| Fuel Cell | | | | 270 | 2.00E-02 |
| FB | | | | 250 | 2.00E-02 |
| Dutch Oven | | | | 1010 | 3.00E-02 |
| **Boilers and Process Heaters Designed to Burn Liquids** | 4.00E-03 | 4.00E-06 | 9.00E-04 | 1 | 2.00E-03 |
| **Boilers/PH Designed to Burn Natural Gas, Propane, LPG, Refinery Gas, Excluding Metallurgical Furnaces** | 3.00E-02 | 2.00E-07 | 2.00E-04 | 20 | 1.00E-02 |
| **Metallurgical Process Furnaces Designed to Burn Natural Gas** | 2.00E-02 | 2.00E-07 | 4.00E-04 | 2 | 4.00E-03 |
| **Boilers and Process Heaters Designed to Burn Other Gases** | 5.00E-02 | 2.00E-07 | 3.00E-06 | 1 | 9.00E-03 |

Notes:

- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability.
- Although floors were calculated, no numerical emission limits are proposed for new units firing natural gas/refinery gas.

## 2.4 Data Not Considered in the MACT Floor Analysis for Existing Units

For fuel-based HAP, data upstream of the control device were not considered in the MACT floor analysis because the control device is expected to achieve emission reductions. The location of the test is denoted in the "Location" field of the Data: Emission Test Table. If the test location was not reported, it was assumed to be downstream of the control device. The upstream/downstream location was not a limiting factor when identifying suitable data for CO, THC, and dioxin/furan, although in all cases, THC and dioxin/furan emissions were downstream of the control device.

One unit reported emission data from test burns that did not fit into any of the five fuel categories. MIVersoPaperQuinnesec reported a test burn on 100 percent tire-derived fuel (TDF). This does not reflect normal fuel blends at the boiler and was not included in the MACT floor analysis.

Some facilities submitted emission test data based on previous control configurations that are no longer installed on the unit. Emission data reported while using these previous control configurations were not used to establish the MACT floor. Table 3 shows which control configurations were not considered in the MACT floor analysis. Any emissions associated with the control configurations at these units were not considered in the analysis, except the emissions for CO, as CO is not expected to be affected by the control device installed on the unit.

**Table 2: Deleted Control Configurations for MACT Floor Analysis**

| FacilityID | UnitID | DeleteRecord | Reason for Removing |
|---|---|---|---|
| NCNC_DukeUniversity_Durham | 7754-01 | Fabric Filter | Dry injection added to FF in 2007 |
| OHMedicalCenterCo1915 | B003 & B004 | Fabric Filter | Dry injection added to FF in 2007 |
| MSMasoniteLaurel | BB-003 | Wet Scrubber | Wet scrubber removed in 2007 |
| MIMichiganSugarCaro | Boilers #1 & #2 | No HAP APCD Control | Venturi installed in 2007 |
| ARGeorgiaPacificCrossett93 | SN-WB1 Wood Boiler | Wet Scrubber | Wet scrubber no longer installed at unit |
| SCNewSouthCamden | WWB1 | Cyclone or Multiclone | ESP installed in 2007 |
| SCNewSouthCoConway | WWB1 | Cyclone or Multiclone | ESP installed in 2007 |

For uncontrolled light liquid units with fuel analysis data for Hg or HCl, the fuel analysis data were only used if there was not an emission test available for that unit for Hg or HCl. Using both fuel analysis and emission test data associated with the same unit would be double-counting emission data and would be inconsistent with the approach to use the minimum available emission data for each unit to identify the units in the top 12 percent.

Some emission data for CO or dioxin/furan were based on common stacks that are fed from units in more than one subcategory. Because the CO and dioxin/furan MACT floors are based on combustor design, only those emissions are based on units of the same combustor. If the combustor

design classification in the Data: Emission Test table listed "Multiple Combustor Designs," this data was not used in the MACT floor calculations for CO or dioxin/furan.

Finally, there were some specific data reported that were excluded from the MACT floor analysis. PM data at WAGraysHarborPaper was reported using method OTM 27/OTM 28; however, the unit has a wet scrubber installed, and this method is not applicable at wet stacks. WICharterSteel reported total dioxin/furan data on a total mass basis; however, based on the large values of these data compared to all other dioxin/furan data, they were identified as outliers and not included in the analysis. The metals data (including mercury) reported for CTCytecWallingford were also identified as outliers. These data were submitted in the Electronic Reporting Tool (ERT). Upon comparison to the hard copy test report submitted with the ERT each individual metal was reported as non-detect with a lb/mmBtu value of zero in the hard copy of the test report.[8] Since the ERT values were outliers and could not be confirmed against the hard copy of the test report, the data was not used in the MACT floor analysis. Appendix E lists the specific facility data not considered in the MACT floor analysis.

## 3.0 Floors for New Sources

### 3.1 Methodology for MACT Floor at New Units

The same methodology used to calculate the MACT floors for existing sources, as discussed in Section 2.0, was used to calculate the floor for new sources, with three exceptions. First, if the calculated floor for new sources was less stringent than the calculated floor for existing sources, the floor corresponding to the same subcategory for existing sources was used as the basis for the floor for new sources. Although the minimum average test run for the best performing source resulted in the lowest three-run average test, the 99% UPL-based limit incorporated variability between test runs. As the sample size—in this case the number of test runs—gets smaller, the t-statistic increases. When the sample size of test runs is small, and there is a large variability between test runs, the calculated limit using the UPL approach can be larger than the variability among a larger set of test runs from units in the best performing 12 percent, especially if the performance of the best performing units is comparable. Similar to the approach used in the HMIWI rulemaking, if the emission limit for new sources was less stringent than the emission limit for existing sources in the same subcategory, we decided to use existing source limits for new sources.

Second, if the lowest emitting unit had less than three test runs, the unit with the next lowest emissions based on at least a three-run test average was used as the basis for the MACT floor from new units. Using the lowest emitting unit with three test runs ensures that adequate variability can be incorporated into the limit to guarantee that future sources can repeatedly meet the limit during their compliance tests. The next lowest unit was used in three instances:

1) For the HCl MACT floor for new units designed to burn coal, the second lowest test average was used because the lowest test average was based on only two test runs.

2) For CO MACT floor for new units designed to burn natural gas/refinery gas, and metallurgical furnaces designed to burn natural gas the second lowest test average was used because the lowest test average was based on less than two runs.

3) For HCl emissions from new units designed to burn liquids, the two lowest emissions are based on Cl content from reported fuel analysis data. The lowest emission test was from a unit burning anhydrides residue, an on-site process liquid. Since this liquid is specific to a process and is not routinely available to other units in the category, it does not represent the best performing similar source for other boilers designed to burn liquid fuels. The floor was based on the second lowest three-run test instead of the fuel analysis data or the test based on anhydrides residue.

4) For dioxin/furan TEQ MACT floor for new units designed to burn liquids the second lowest test was used since the top performing unit burns anhydrides residue, an on-site process liquid not representative of other units in the category.

Table 4 summarizes the MACT floor emission limits for new sources, and the light green highlighted cells represent the limits where the corresponding limit for existing sources in the same subcategory were used as a basis for the limit at new sources. The UPL floor calculations for each subcategory and each pollutant for new sources are shown in Appendix F.

To assess fuel variability, the same procedures were used; however, only fuel analysis variability from the top-performing unit in each subcategory was considered in the analysis. For load variability, the PB-44 boiler at TXTemple-Inland Diboll was not the top-performing Dutch oven boiler for CO emissions, so its CO variability over various boiler loads was not considered in the calculated MACT floor limit for new sources.

Table 1: Summary of MACT Floor Limits for New Boilers and Process Heaters at Major Sources of HAP

| Subcategory | PM- Filterable (lb/mmBtu) | Hg (lb/mmBtu) | HCl (lb/mmBtu) | CO (ppm @3% $O_2$) | TEQ Dioxin/Furan (ng/dscm @7% $O_2$) |
|---|---|---|---|---|---|
| **Boilers and Process Heaters Designed to Burn Coal** | 1.00E-03 | 2.00E-06 | 6.00E-05 | | |
| Stoker/Sloped Grate/Other | | | | 7 | 3.00E-03 |
| Fluidized Bed | | | | 30 | 3.00E-05 |
| Pulverized Coal | | | | 90 | 2.00E-03 |
| **Boilers and Process Heaters Designed to Burn Biomass** | 8.00E-03 | 2.00E-07 | 4.00E-03 | | |
| Stoker/Sloped Grate/Other | | | | 560 | 5.00E-05 |
| Fuel Cell | | | | 270 | 5.00E-04 |
| Fluidized Bed | | | | 40 | 7.00E-03 |
| Dutch Oven/Susp Burner | | | | 1,010 | 3.00E-02 |
| **Boilers and Process Heaters Design to Burn Liquids** | 2.00E-03 | 3.00E-07 | 4.00E-04 | 1 | 2.00E-03 |
| **Boilers and Process Heaters Designed to Burn Natural Gas, Propane, LPG, Refinery Gas, Excluding Metallurgical Furnaces** | 5.00E-04 | 2.00E-07 | 2.00E-04 | 20 | 1.00E-02 |
| **Metallurgical Process Furnaces Designed to Burn Natural Gas** | 2.00E-02 | 2.00E-07 | 2.00E-04 | 2 | 4.00E-03 |
| **Boilers and Process Heaters Designed to Burn Other Gases** | 3.00E-03 | 2.00E-07 | 3.00E-06 | 1 | 9.00E-03 |

Notes:

- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability.
- Light green shaded cells indicate limits where the calculated limit for new sources was less stringent than the calculated limit for existing sources, so the limit for existing sources was used as the basis for the limit at new sources.
- Although floors were calculated, no numerical emission limits are proposed for new units firing natural gas/refinery gas.

## 4.0 Calculating Floors for the Alternative Proposed Solid Waste Definition

Concurrent with this proposed rulemaking for boilers and process heaters, an alternative definition of solid waste is being proposed by EPA's Office of Resource Conservation and Recovery (OCRC). An alternative MACT floor analysis was conducted, taking into account the materials classified as solid wastes under the  proposed alternative solid waste definition. Boilers or process heaters firing materials classified as wastes under the alternative approach were removed from the emission inventory, as long as they fired those materials greater than 25 percent of the reported operating hours, and those materials were not listed as "start-up" only materials. If a unit was firing materials less than

25 percent of the reported operating hours, or only listed waste materials during start-up, EPA assumed these units would stop burning wastes to avoid being classified as a CISWI unit. Considering the alternative definition of solid waste, there are 13,275 boilers and process heaters estimated in operation in the United States. We analyzed emission test and fuel analysis data reported from these units for calculating an alternative set of MACT floor numerical emission limits. For this alternative analysis emission tests conducted while a unit was firing any amount of waste (as defined under the alternative definition) were excluded from the MACT floor analysis. In the Emission database, the table 'Data: Emission Test' the field 'Alternative Waste Inventory?' denotes whether the unit is covered under the alternative solid waste definition and the field 'Test Burning Alternative Option Waste?' indicates whether or not the test is firing waste materials, as defined under the alternative definition. In the 'Data: Fuel Analysis' table the field 'Alternative Option Waste?' denotes if a certain fuel is covered by the alternative solid waste definition.

The data were ranked and analyzed using same methodology used to calculate the MACT floors for existing sources, as discussed in Section 2.0. The calculated MACT floors under the alternative approach are shown in Table 5. Details of the data used to rank and calculate the MACT floors under the alternative approach are shown in Appendix G.

**Table 2 Summary of MACT Floor Limits for Existing Boilers and Process Heaters at Major Sources of HAP, Considering the Proposed Alternative Definition of Nonhazardous Solid Waste.**

| SUBCATEGORY | PM- Filterable (lb/mmBtu) | Hg (lb/mmBtu) | HCl (lb/mmBtu) | CO (ppm @3% $O_2$) | TEQ Dioxin/Furan (ng/dscm @7% $O_2$) |
|---|---|---|---|---|---|
| **Boilers and Process Heaters Designed to Burn Coal** | 3.00E-02 | 4.00E-06 | 2.00E-02 | | |
| Stoker/Other | | | | 40 | 3.00E-03 |
| FB | | | | 50 | 8.00E-03 |
| PC | | | | 90 | 4.00E-03 |
| **Boilers and Process Heaters Designed to Burn Biomass** | 2.00E-02 | 5.00E-07 | 3.00E-02 | | |
| Stoker/Other | | | | 180 | 5.00E-05 |
| Fuel Cell | | | | 460 | 2.00E-02 |
| FB | | | | 10650 | 1.00E-01 |
| Dutch Oven | | | | 1060 | 3.00E-01 |
| **Boilers and Process Heaters Design to Burn Liquids** | 4.00E-03 | 5.00E-06 | 2.00E-03 | 1 | 2.00E-03 |
| **Boilers and Process Heaters Designed to Burn Natural Gas, Propane, LPG, Refinery Gas, Excluding Metallurgical Furnaces** | 3.00E-02 | 2.00E-07 | 2.00E-04 | 20 | 1.00E-02 |
| **Metallurgical Furnaces (Process Heaters) Designed to Burn Natural Gas** | 2.00E-02 | 2.00E-07 | 4.00E-04 | 2 | 4.00E-03 |
| **Boilers and Process Heaters Designed to Burn Other Gases** | 5.00E-02 | 2.00E-07 | 3.00E-06 | 1 | 9.00E-03 |

Notes:
- Red text indicates at least one test run used to calculate the 99% UPL limit was reported as non-detect data.
- Blue shaded cells indicate limits that incorporate fuel analysis variability.
- Although floors were calculated, no numerical emission limits are proposed for existing units firing natural gas/refinery gas.

5.0 Calculating Floors with a Minimum of Five Test Results

The proposal is requesting comment on calculating MACT floors for source categories with more than 30 affected sources on a minimum of five sources instead of using data from the top 12 percent of units with available data. Appendix H presents the UPL calculations considering a minimum of five sources. For dutch oven boilers, the dioxin TEQ floor is based on three data points since no other data were available.

## 6.0 References

1. Phase I ICR 2008 Combustion Survey. [ICR No. 2286.01]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on August 1, 2008.

2. Phase II ICR Test Plan Requesting Emission Testing from Boilers, Process Heaters, and CISWI. [ICR No. 2286.03]. OMB Control No. 2060-0616 - Information Collection Effort for Facilities with Combustion Units. Approved by OMB on May 21, 2009.

3. Emissions Database for Boilers and Process Heaters Containing Stack Test, CEM, & Fuel Analysis Data Reported under ICR No. 2286.01 & ICR No. 2286.03 (version 5)

4. Gibson, G. and A. Singleton. ERG. 2010. Standardization of Reported Data from the Questionnaire for Boilers, Process Heaters, Incinerators and Other Combustion Units.

5. Cochran, William G. 1977. *Sampling Techniques.* Third Edition, John Wiley & Sons. Pages 72-87.

6. Hahn GJ & Meeker WQ. 1991. *Statistical Intervals: A Guide for Practitioners*. John Wiley & Sons, Inc.: New York.

7. NIST/SEMATECH. 2009. *NIST/SEMATECH e-Handbook of Statistical Methods*, http://www.itl.nist.gov/div898/handbook/, August 4.

8. Air Tox Environmental Company, Inc. Test Report Boiler MACT Demonstration Test Program For Cytec Industries. October 2009.

USCA Case #22-1303 Document #2028784 Filed: 11/27/2023 Page 495 of 496

| In top 12%? | MACT Floor FuelCat | Metal Furnace? | Rank | FacilityID | CombustorID_common | Pollutant_Name | TestID | TestDate_common | Non-Detect? | lb/mmBtu | ln (lb/mmBtu) | Fuel | Coal % | Bagasse % | Wet Biomass % | Dry Biomass % | Heavy Liquid % | Light Liquid % | Gas 1% | Gas 2% | Other % | Waste % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | 1 | 9/8/2009 | < | 3.61E-06 | -1.25E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | 2 | 9/8/2009 | < | 3.69E-06 | -1.25E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | 3 | 9/8/2009 | < | 3.78E-06 | -1.25E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | Sample #1 | 8/8/2006 | | 8.00E-04 | -7.13E+00 | /Hog Fuel/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | Sample #2 | 8/8/2006 | | 2.10E-03 | -6.17E+00 | /Hog Fuel/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 1 | ARPotlatchForestWarren | Wellons Boiler | Hydrogen Chloride (HCl) | Sample #3 | 9/8/2006 | | 1.80E-03 | -6.32E+00 | /Hog Fuel/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 2 | TXDibollTemple-Inland | PB-44 | Hydrogen Chloride (HCl) | Sample #1 | 6/29/2007 | ND | 2.50E-05 | -1.06E+01 | /Wood: Plywood, Particleboard (containing glues or resins)/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 2 | TXDibollTemple-Inland | PB-44 | Hydrogen Chloride (HCl) | Sample #2 | 6/29/2007 | ND | 2.50E-05 | -1.06E+01 | /Wood: Plywood, Particleboard (containing glues or resins)/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 2 | TXDibollTemple-Inland | PB-44 | Hydrogen Chloride (HCl) | Sample #3 | 6/29/2007 | ND | 2.50E-05 | -1.06E+01 | /Wood: Plywood, Particleboard (containing glues or resins)/ | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 3 | IDPotlatch | PB-1 CE | Hydrogen Chloride (HCl) | Sample #1 | 7/28/2009 | ND | 2.80E-05 | -1.05E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 3 | IDPotlatch | PB-1 CE | Hydrogen Chloride (HCl) | Sample #2 | 7/28/2009 | ND | 2.80E-05 | -1.05E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 3 | IDPotlatch | PB-1 CE | Hydrogen Chloride (HCl) | Sample #3 | 7/28/2009 | ND | 2.90E-05 | -1.04E+01 | Hog Fuel | - | - | - | 100.00 | - | - | - | - | - | - |
| YES | Biomass | | 4 | MESDWarrenSomerset | No2 Power Boiler | Hydrogen Chloride (HCl) | 2 | 7/30/2009 | | 5.86E-04 | -7.44E+00 | Biomass/Industrial Sludge/No. 2 Distillate/No. 6 Residual oil/Noncondensable Gas (includes stripper offgas)/Tire Derived Fuel (TDF) | - | - | - | 51.78 | 38.68 | 3.28 | - | - | 6.26 | - |
| YES | Biomass | | 4 | MESDWarrenSomerset | No2 Power Boiler | Hydrogen Chloride (HCl) | 3 | 7/30/2009 | | 5.39E-04 | -7.53E+00 | Biomass/Industrial Sludge/No. 2 Distillate/No. 6 Residual oil/Noncondensable Gas (includes stripper offgas)/Tire Derived Fuel (TDF) | - | - | - | 51.78 | 38.68 | 3.28 | - | - | 6.26 | - |
| YES | Biomass | | 4 | MESDWarrenSomerset | No2 Power Boiler | Hydrogen Chloride (HCl) | Sample #1 | 4/18/2008 | | 6.09E-05 | -9.71E+00 | /Hog Fuel/No. 6 Residual oil/Wood: Bark/ | | | | | | | | | | |
| YES | Biomass | | 4 | MESDWarrenSomerset | No2 Power Boiler | Hydrogen Chloride (HCl) | Sample #2 | 4/18/2008 | | 5.87E-05 | -9.74E+00 | /Hog Fuel/No. 6 Residual oil/Wood: Bark/ | | | | | | | | | | |
| YES | Biomass | | 5 | GAGPMadisonPly | 800 Wood Waste Boiler | Hydrogen Chloride (HCl) | Sample #1 | 8/13/2009 | | 9.00E-05 | -9.32E+00 | Wood: Bark | - | - | 100.00 | - | - | - | - | - | - | - |
| YES | Biomass | | 5 | GAGPMadisonPly | 800 Wood Waste Boiler | Hydrogen Chloride (HCl) | Sample #2 | 8/13/2009 | | 1.20E-04 | -9.03E+00 | Wood: Bark | - | - | 100.00 | - | - | - | - | - | - | - |
| YES | Biomass | | 5 | GAGPMadisonPly | 800 Wood Waste Boiler | Hydrogen Chloride (HCl) | Sample #3 | 8/14/2009 | ND | 4.00E-05 | -1.01E+01 | Wood: Bark | - | - | 100.00 | - | - | - | - | - | - | - |
| YES | Biomass | | 6 | WABoisePaperWallula | Hog Fuel Boiler | Hydrogen Chloride (HCl) | Sample #1 | 5/6/2008 | | 8.67E-05 | -9.35E+00 | /Hog Fuel/Natural gas/Noncondensable Gas (includes stripper offgas)/ | | | | | | | | | | |

**CERTIFICATE OF SERVICE**

I certify that on this 27th day of November, 2023, the foregoing deferred joint appendix was filed via CM/ECF. Service was accomplished on all parties or their counsel of record via CM/ECF.

*/s/ James S. Pew*
James S. Pew